# Catalyst Report

## Complaint Description

**Description**

I opened a complaint recently about ticketmaster and you summarily denied it.  then this appears on the national news tonight: http://www.bizjournals.com/newyork/news/2016/01/28/schneiderman-blasts-ticketmaster-stubhub-and.html

# Catalyst
# Complaint Cover Page

### 478877

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **478877** | **Status** | **Closed** |
| Date | 2/1/2016 | **Assignee** | **Moore, Jessica L** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Eric  Clayton**<br>**3109 S Adams St**<br>**Seattle, WA  98108** | **(206) 349-1018** | | ERICTCLAYTON@gmail.com |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | consumersupportwv@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 300 | Excessive Price or Charge |
| 316 | Billing Issues |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/1/2016 | Intake Notes | See previous complaint against ticketmaster: 476834 |

**478877**                                        1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/1/2016 | Intake Notes | C stated we rejected his previous complaint against Ticketmaster, however, it looks like it was accepted and the reslolution was unadjusted.  See previous complaint: 476834 |
| 2/1/2016 | Resolution- DUPLICATE COMPLAINT | 476834 |

**478877**                    2 of 2

# Catalyst Report

## Complaint Description

**Description**

Tried purchasing tickets from Ticketmaster this morning for the March 24th, Bruce Springsteen concert at Key Arena in Seattle.  Attempted to purchase tickets within 5 minutes of them going on-sale only to find they were sold out, yet within 15 minutes 1,000 of those tickets were available on Stubhub at over a 400% mark-up. Thus, the tickets I hoped to be able to buy at an average cost of $100 each we now being re-sold at $400 each. How these re-sellers were able to so quickly obtain those tickets and all make them available on Stubhub appears to violate the recent WA SB 5456.

# Catalyst
# Complaint Cover Page

### 479705

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 479705 | | **Status** | **Closed** |
| Date | 2/12/2016 | | **Assignee** | **Laycock, Sarah E** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $1,500.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Bruce  Dankberg** **20713 NE 8th St** **Sammamish, WA  98074** | **(425) 868-9944** | **(206) 854-5758** | **bruce@dankberg.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** **1000 Corporate Landing** **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| StubHub Inc 360 Third St Ste 400 San Francisco, CA  94107 | | (415) 222-8400 | (866) 788-2482 | DL-SH-ECC@stubhub.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 301 | Failure To Deliver/Perform |

##  Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/12/2016 | Intake Notes | C provided no address for Co-R; address already in database was used. |
| 2/22/2016 | Email to Complainant | C-1stLetter To:  bruce@dankberg.com |

### 479705                     1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/22/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 2/22/2016 | Email to Respondent | R-1stLetterRevised To: casemanager@stubhub.com |
| 2/22/2016 | Email from Respondent | |
| 3/9/2016 | Email from Respondent | See doc 479705A |
| 3/9/2016 | Email to Complainant | C-ResponseOneRespondentPending To: bruce@dankberg.com |
| 3/9/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 3/11/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: casemanager@stubhub.com |
| 3/15/2016 | Email from Respondent | |
| 3/17/2016 | Email to Complainant | C-ClosingUnadjustedW-Response To: bruce@dankberg.com |
| 3/17/2016 | Email to Respondent | R-ClosingW-Response To: casemanager@stubhub.com |
| 3/17/2016 | Resolution-UNADJUSTED | |
| 5/16/2016 | Records Management | Paper and electronic document compared and verified to be accurate, complete, and accessible. Paper file destroyed per scan and toss policy on 5/16/2016. SEL |

JR - 00590
PRR-2025-0179 B2

March 9, 2016

**Bob Ferguson**
**ATTORNEY GENERAL OF WASHINGTON**
**Consumer Protection Division**
**103 East Holly Street, Suite 308**
**Bellingham, WA 98225-4310**

RE: Bruce Dankberg
File #: 479705

Dear Ms. Laycock:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Mr. Bruce Dankberg. Thank you for bringing his concerns to our attention.

Following the rapid sale of Bruce Springsteen tickets on account of high demand, Mr. Dankberg has contacted your office due to his inability to purchase tickets, and that afterwards he noticed that tickets were available for resale on third party sites at prices above face value. We welcome this opportunity to explain how tickets are distributed.

Please be aware that Ticketmaster made available for sale all Bruce Springsteen tickets provided by our event provider client in the specific manner we were instructed to do so. By way of background, Ticketmaster acts as an agent and ticket services provider on behalf of our venue, promoter, artist and sports team clients. Each and every ticket our clients entrust us to distribute is made available for sale in strict compliance with their instructions. We do not decide how many tickets will be made available for any event or for a particular presale or general onsale. Our event provider clients decide at their sole discretion which of their tickets are made available for public sale.

Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible; however, the demand for Bruce Springsteen tickets greatly exceeds available inventory. When a popular event goes on sale there are thousands and sometimes millions of fans trying to get tickets at the same time through our various distribution channels. They are trying online at Ticketmaster.com, through our automated phone system, through sales reps, at any of our retail locations and at the box office. If there are 3,000 fans trying to each buy 4 tickets, that is 12,000 tickets sold within minutes.

Bruce Springsteen's current tour did request several measures be put in place to restrict the third party resale of tickets, including having many sections at most venues be "credit card entry". "Credit Card Entry" ticketing requires that the actual credit card used to place the order must be in attendance in order to gain access to the seats. Additionally, strict ticket limits were in place that limit purchases by several key indicators per household.

In all candor, this process is as frustrating to us as it apparently is to Mr. Dankberg. We wish it were the case that everyone who wanted to attend a live entertainment event could get tickets and receive their first choice for seat location. Unfortunately, in light of the extremely high level of demand for some events, not everyone wanting to attend certain events is able to buy a ticket. There are only a limited number of tour dates for events, each with a limited seating capacity, so regrettably this just is not possible.

We appreciate this opportunity to respond to Mr. Dankberg's complaint. Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

RECEIVED

MAR 15 2016

CONSUMER PROTECTION DIVISION
SEATTLE



March 14, 2016

Ms. Sarah E. Laycock
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Re:      Consumer: Bruce Dankberg
         File #: 479705

Dear Ms. Laycock,

I am responding on behalf of the Executive Customer Care Department at StubHub regarding file # 479705 filed by Mr. Bruce Dankberg.

It may help to explain that StubHub is a secondary ticket marketplace which enables fans to buy and sell tickets to sports, concert, theater, and other live entertainment events. We do not own any of the tickets listed on our site. When buyers place an order for tickets, they are purchasing from a third party. By accessing or using our website, buyers and sellers agree to the terms of our User Agreement. As part of our User Agreement, our FanProtect Guarantee for buyers states:  You will get your tickets in time for the event, your tickets will be valid for entry, and your tickets will be the same as those you ordered. If any of these things do not occur and you comply with applicable policies and timelines, we will find you comparable or better tickets to the event, or offer you a refund or FanCode for future purchase and if the event is cancelled and not rescheduled, you will get a refund. For sellers, our FanProtect Guarantee notes: Buyers or prospective buyers are not permitted to contact you, you can adjust your ticket prices any time before they sell, and you will receive payment for all tickets you sell and deliver in accordance with the StubHub User Agreement. Our User Agreement also notes that when a buyer places an order, the buyer is entering into a binding contract with the seller to purchase those tickets or related passes.  Except for canceled events, buyers will not receive a refund for completed purchases and buyers cannot change or cancel any orders after the sale is complete; all sales are final. As part of our FanProtect Guarantee for sellers, we guarantee that sellers will receive payment for all tickets they sell and deliver in accordance with our User Agreement. A copy of our User Agreement is enclosed any may also be found on our website at https://www.stubhub.com/legal.

All listings on our site come from individual sellers who set their own prices. In most cases, the prices found on our website will be based on market value, popularity of the event, and seat

1

JR - 00592
PRR-2025-0179 B2

location. However, pricing can also be dependent on different factors such as player/performer popularity, standings, ratings, and the location of events. Ultimately, supply and demand dictate successful sale prices. It is important to consider that all potential buyers will see a variety of tickets at a wide range of prices, and these prices may change frequently as sellers compete for our buyers' business. As we are an open marketplace for tickets, we do not restrict our sellers in regard to pricing above or below face value.  However, it is the seller's responsibility to abide by the StubHub User Agreement and list tickets in accordance with all applicable local, state, federal, and international laws, statutes, and regulations.

When a buyer is locating tickets on our website, the following message is noted in the drop down menu in the More section located at the top right of every page on our site: *By using this website or application, you agree to StubHub's policies. You are buying from a third party; StubHub is not the ticket seller. Prices are set by sellers and may be above face value.* When a buyer selects a specific ticket listing for further review, the following message appears on the Review & buy page: *Prices are set by sellers and may be above face value, buying means you agree to our User Agreement and Privacy Policy.*

As noted previously, sellers may change their ticket prices frequently as they compete for our buyers' business. If Mr. Dankberg or any potential buyer is interested in purchasing tickets within a set price range to a specific event, the buyer could sign up for a Price Alert for the specific event of interest using our mobile app.  With Price Alert, buyers enter the number of tickets they'd like, where they want to sit, and the maximum amount they're willing to pay. When tickets that match what they're looking for become available, we send a notification when tickets matching their price are available. As StubHub is a live marketplace, it is very possible a ticket may fall into a price range which a buyer may find more reasonable as the event date gets closer.

Thank you for the opportunity to provide specific information about StubHub. If I can be of any further assistance, please let me know.


Sincerely,

Jess Meunier
StubHub Executive Customer Care


Enclosure

199 Fremont Street  |  San Francisco, CA 94105  |  866-788-2482  |  **StubHub**.com

JR - 00593
PRR-2025-0179 B2

RECEIVED

MAR 15 2016

CONSUMER PROTECTION DIVISION
SEATTLE

# StubHub, Inc. User Agreement

Last Updated: June 1, 2015
Effective date for new users: June 1, 2015
Effective date for existing users: June 16, 2015

Welcome to StubHub! **By accessing or using our website (the 'Site'), our mobile applications and associated services (collectively, the 'Services'), you agree to be bound by the StubHub, Inc. User Agreement ("Agreement").** Our User Privacy Notice, Seller Policies, Top Seller Manual (if you qualify as a Top Seller) and all other policies applicable to your use of the Site are incorporated by reference into this Agreement (collectively, the "Additional Policies"). We may periodically make changes to this Agreement (indicated by the date above), which will be posted on the Site and become effective fifteen (15) days following posting for current users, or immediately for new users. Your continued use of the Site indicates your acceptance of the changes to the Agreement. Changes to the Additional Policies, except the User Privacy Notice, may be made from time to time without notice and your continued use of the Site or Service constitutes your acceptance of the modified terms of the Additional Policies.

You are contracting with StubHub, Inc. ("StubHub"), including its affiliate Last Minute Transactions, Inc. (operator of Last Minute Services).

**Please be advised: Section 7 of this Agreement contains an Agreement to Arbitrate, which will, with limited exceptions, require you to submit claims you have against us to binding and final arbitration, unless you opt-out. Unless you opt out: (1) you will only be permitted to pursue claims against StubHub on an individual basis, not as a plaintiff or class member in any class or representative action or proceeding, and (2) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.**

1. Using StubHub

Ticket Marketplace.

StubHub is a marketplace that allows users to buy ("Buyers") and sell ("Sellers") tickets, related passes and merchandise or other goods (collectively, the "tickets") for events. As a marketplace, StubHub does not own the tickets on the Site nor does it set prices for tickets. Because sellers set ticket prices, they may be higher than face value.

While StubHub may provide pricing, shipping, listing and other guidance in our Services, such guidance is solely informational and you may decide to follow it or not. Also, while we may help facilitate the resolution of disputes and provide the FanProtect Guarantee, StubHub has no control over and does not guarantee the existence, quality, safety or legality of the items advertised; the truth or accuracy of the user's content or listings; the ability of Sellers to sell tickets or Buyers to pay for them; or that a Buyer or Seller will complete a transaction.

Your Account.

You must create an account to list, sell or purchase tickets and you must have a valid credit card or debit card on file. StubHub also accepts payment by PayPal. You acknowledge that StubHub may charge any one of your payment methods on file for amounts you owe us, costs we incur or other losses arising out of your violation of this Agreement (including the Additional Policies).

Fees.

We may charge service, shipping, delivery, fulfillment or other fees for using our Services (collectively referred to as 'Fees'). StubHub reserves the right in its sole discretion to change Fees at any time as it deems appropriate, including after you list your tickets.

In addition, we may collect amounts owed using a collection agency or other collection mechanism and you may be charged fees associated with collecting the delinquent payments. StubHub, or the collection agency it retains, may also report information about your account to credit bureaus, and as a result, defaults in your account may be reflected in your credit report. If you wish to dispute the information StubHub reported to a credit bureau, contact StubHub. If you wish to dispute the information a collection agency reported, contact the collection agency directly.

Listing Tickets.

Pricing tickets is the sole responsibility of, and at the sole discretion of, Sellers and must be done in accordance with all applicable laws. Under no circumstances may you list speculative tickets. Please refer to the Seller Policies for other requirements when listing tickets.

Commitment to Supply.

By listing a ticket for sale, you are making a binding offer to sell that ticket to a Buyer who purchases the ticket for the price you have specified. When a Buyer accepts your offer by purchasing your ticket through our Site or Services, you are contractually bound to deliver that **exact** ticket for the specified price and **within the required delivery timeframe.** You are obligated to monitor your inventory and ensure all listings are accurate. Under no circumstances may Sellers cancel orders at one price and repost the same tickets for a higher price. Failure to fulfill your orders will lead to charges as stated in the Seller Policies.

Taxes.

You are solely responsible for the payment of any applicable taxes resulting from your ticket sales. You agree to provide StubHub with your Social Security Number or other tax identification number if necessary for StubHub to provide information to the Internal Revenue Service

("IRS") or other tax authorities related to payments you receive from us and further authorize StubHub to release that information to the IRS or other tax authority.

<u>Site Changes and Availability.</u>

StubHub reserves the right at any time to modify or discontinue, temporarily or permanently, the Site, the Services, or any part of the Site or Services with or without notice for any reason. StubHub performs regularly scheduled maintenance. While we do our best to avoid customer impact, the Site or our Services may be temporarily unavailable during maintenance periods.

<u>Buying Tickets.</u>

You are responsible for reading the complete listing before making a commitment to buy tickets. When placing an order, you are entering into a <u>binding contract</u> with the Seller to purchase those tickets. Payment is remitted to StubHub and disbursed to the seller according to our payment policy. **All Sales are Final.** Except for cancelled events, you will not receive a refund for completed purchases. You cannot change or cancel any orders after the sale is complete.

<u>Event Cancellations, Postponement and other Event Changes.</u>

**Cancellation**: If an event is cancelled or a contingent event (e.g. playoff game) does not occur, we will remove the relevant listings and email you about the cancellation. The Buyer will receive a full refund and the Seller will, if he received payment, be charged the amount he received for the original sale. If a Seller needs his tickets to obtain a refund of the original purchase, he must reply to StubHub's cancellation email within two weeks of the event cancellation.

**Postponement**: If an event is postponed and rescheduled, StubHub will work with Buyers on a case-by-case basis attempting to resolve any ticket issues. Sellers cannot resell, invalidate or change the tickets for the rescheduled event. If a venue requires new tickets for rescheduled events, sellers are expected to deliver the new tickets. StubHub reserves the right to cancel orders if new tickets are required. Refunds will not be issued for postponed events (unless they are ultimately cancelled).

**Other changes:** StubHub is not responsible for partial performances, or venue, line-up, date, or time changes. No refunds will be issued in these instances.

<u>International Transactions and use of StubHub mobile applications.</u>

Your StubHub account can also be used to access or transact on other international StubHub websites or StubHub mobile applications, subject to the applicable User Agreement and User Privacy Notice, which may differ from this Agreement.

2. Abusing StubHub

When using the Site or the Services, you agree that you will **not** do any of the following:

- Contact or invite contact with other StubHub users for any reason other than the purpose for which you received the StubHub user's contact information or solicit sales outside of StubHub;
- Violate any venue or event promoter rules at events or violate any applicable third party terms of service (for instance, when using our mobile applications);
- Use our Services if you are not able to form legally binding contracts (for example if you are under 18);
- Use the Site or the Services for unlawful purposes or in an unlawful manner;
- Use StubHub's trademarks without our written permission;
- Copy, reproduce, reverse engineer, modify, decompile, disassemble or otherwise attempt to derive source code from, create derivative works from, distribute, or publicly display any content (except for your information) or software from our Site or Services without the prior express written permission of StubHub and the appropriate third party, as applicable;
- Commercialize any StubHub application or any information or software associated with such application;
- Export or re-export any StubHub application or tool except in compliance with the export control laws of any relevant jurisdiction and in accordance with posted rules and restrictions;
- Use any robot, spider, scraper, or other automated means to access our Site for any purpose without our express written permission;
- Take any action that imposes or may impose (to be determined in our sole discretion) an unreasonable or disproportionately large load on our infrastructure or otherwise interferes with the functioning of the Site;
- Bypass our robot exclusion headers, robots.txt rules or any other measures we may use to prevent or restrict access to our Site or Services; or
- Do anything else that StubHub determines, in its sole discretion, misuses the Site or Services or otherwise negatively impacts our marketplace

In our effort to protect our Buyers and Sellers we may screen ticket sales or listings for signs of fraud using algorithms or automated systems, which may result in automatic cancellation of listings or sales and temporary or permanent suspension of accounts. If your transaction is cancelled in error, or your account suspended in error, please contact us and we may reinstate your account or listing, in our sole discretion.

3. User Content and Ideas.

User Content.

You own and are solely responsible for any content including images, text, audio or other materials that you submit ('User Content').

By submitting User Content, you grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, transferable, sub-licensable (through multiple tiers) right and license to use, reproduce, distribute, create derivative works from, publicly perform, display, store, or publish in any way, in any media known now or in the future. You grant StubHub the right to use your name or image in association with your User Content, if we so choose.

You represent and warrant that the User Content: (a) is owned by you or you control all necessary rights to it; (b) does not violate, misappropriate or infringe on the rights of any third party including intellectual property rights, privacy rights or publicity rights; (c) is accurate, not obscene, false, libelous or defamatory; and (d) will not cause injury to any person, entity or system. You will indemnify StubHub for any and all claims resulting from your User Content.

StubHub has the right but not the obligation to monitor, edit or remove your User Content. The User Content is non-confidential and StubHub will not be liable for its use or disclosure.

Ideas

If you submit ideas, suggestions, documents, and/or proposals ('Ideas') to StubHub, you do so voluntarily and with no expectation of confidentiality. By submitting Ideas, you grant us ownership of the Ideas to use for any purpose, in any way, in any media now known or in the future and throughout the universe without any obligation or payment. You understand that StubHub may have something similar to the Ideas under consideration or in development.

4. Protecting Intellectual Property Rights

StubHub respects intellectual property rights. If you have a good faith belief that your copyright, trademark or other intellectual property is being infringed, complete a notice of infringement. If you have a good faith belief that your content was mistakenly removed, complete a counter notice. If you repeatedly infringe other people's intellectual property rights, we will terminate your account when appropriate.

5. Consequences

If we believe you are abusing StubHub in any way (including, by way of example only, suspected violations of the User Agreement or applicable law, and actions that fail to comply with the letter or spirit of our policies (e.g., by deliberately exploiting any policy loopholes)), we may investigate and you are obligated to cooperate. We may take any action we deem appropriate in our sole discretion for such abuse. These actions may include, but are not limited to: temporarily or permanently suspending you from using or accessing the Site or Services, removing a listing, requiring you to edit a listing, cancelling a sale, requiring you to send the ticket(s) to the Buyer within a specified time, withholding a payment to you, or charging the payment method on file for amounts you owe us or costs we incur due to your misconduct (including, without limitation, any costs associated with collection of delinquent accounts or chargebacks and any replacement costs). We reserve the right to report any activity that we believe to be illegal and we will respond to all inquiries initiated by governmental agencies or as otherwise legally required. In addition, we reserve the right to refuse or terminate our Services to anyone for any reason at our discretion.

6. Privacy and Communications

All communications between you and StubHub (including our service providers, our parent company, eBay Inc., members of the eBay corporate family or our affiliates) are subject to our User Privacy Notice.

You consent to receive calls, including autodialed or prerecorded calls, and text messages from StubHub at any telephone number that you have provided us or we have otherwise obtained. We may place such calls and texts to (i) notify you regarding your account; (ii) provide customer support; (iii) collect a debt; (iv) resolve a dispute; (v) poll your opinions through surveys or questionnaires; (vi) contact you with marketing or promotional material; or (vii) as otherwise necessary to service your account, provide the Services, applications or tools, or enforce this User Agreement, our policies, applicable law, or any other agreement we may have with you. Standard rates may apply.

We may share your telephone numbers with our service providers (such as billing or collections companies) who we have contracted with to assist us in pursuing our rights or performing our obligations under the User Agreement, our policies, applicable law, or any other agreement we may have with you. You agree these service providers may also contact you using autodialed or prerecorded calls and text messages, as authorized by us to carry out the purposes we have identified above, and not for their own purposes.

In addition, you understand and agree that we may, without further notice or warning and in our discretion, monitor or record telephone conversations you or anyone acting on your behalf has with us or our agents for quality control and training purposes or for our own protection. Not all telephone lines or calls may be recorded by StubHub so we do not guarantee that recordings of any particular telephone calls will be retained or retrievable.

If StubHub provides you with information about another user, you agree you will use the information only for the purposes it is provided to you. You may not disclose, sell, rent, or distribute a user's information to a third party for purposes unrelated to the Services. You may not distribute or post spam, unsolicited or bulk electronic communications, chain letters or pyramid schemes. Additionally, you may not use information for marketing purposes, via electronic or other means, unless you obtain the consent of the specific user to do so.

7. Agreement to Arbitrate Legal Disputes with StubHub

**You and StubHub each agree that any and all disputes or claims that have arisen or may arise between you and StubHub relating in any way to or arising out of this or previous versions of the User Agreement, your use of or access to StubHub's Site or Services, or any tickets or related passes sold or purchased through StubHub's Site or Services shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis.** The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

(a)

*Prohibition of Class and Representative Actions and Non-Individualized Relief*
**YOU AND STUBHUB AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND STUBHUB AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER STUBHUB USERS.**

(b)

*Arbitration Procedures*
Arbitration is less formal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual; and an arbitrator must also follow the terms of the User Agreement, as a court would.

All issues are for the arbitrator to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), shall be for a court of competent jurisdiction to decide.

The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement to Arbitrate, any part of it, or of the User Agreement including, but not limited to, any claim that all or any part of this Agreement to Arbitrate or the User Agreement is void or voidable.

The arbitration will be conducted by the American Arbitration Association ('AAA') under its rules and procedures, including the AAA's Supplementary Procedures for Consumer-Related Disputes (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org or by calling the AAA at 1-800-778-7879.

A party who intends to seek arbitration must first send to the other, by certified mail, a completed form Notice of Dispute ("Notice"). You may download a form Notice. A Notice to StubHub should be sent to eBay Inc., Attn: Litigation Department, Re: StubHub Notice of Dispute, 583 W. eBay Way, Draper, UT 84020. StubHub will send any Notice to you to the physical address we have on file associated with your StubHub account; it is your responsibility to keep your physical address up to date. All information called for in the Notice must be provided, including a description of the nature and basis of the claims the party is asserting and the relief sought.

If you and StubHub are unable to resolve the claims described in the Notice within 30 days after the Notice is sent, you or StubHub may initiate arbitration proceedings. A form for initiating arbitration proceedings is available on the AAA's website at www.adr.org. In addition to filing this form with the AAA in accordance with its rules and procedures, the party initiating the arbitration must mail a copy of the completed form to the opposing party. You may send a copy to StubHub at the following address: StubHub, Inc. c/o National Registered Agents, Inc., 2875 Michelle Dr., Ste. 100, Irvine, CA 92606. In the event StubHub initiates arbitration against you, it will send a copy of the completed form to the physical address we have on file associated with your StubHub account. Any settlement offer made by you or StubHub shall not be disclosed to the arbitrator. The arbitration shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or StubHub may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and StubHub subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. In cases where an in-person hearing is held, you and/or StubHub may attend by telephone, unless the arbitrator requires otherwise.

The arbitrator will decide the substance of all claims in accordance with the laws of the State of California, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving different StubHub users, but is bound by rulings in prior arbitrations involving the same StubHub user to the extent required by applicable law. The arbitrator's award shall be final and binding, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

(c)

*Costs of Arbitration*

Payment of all filing, administration, and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, StubHub will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by StubHub should be submitted by mail to the AAA along with your Demand for Arbitration and StubHub will make arrangements to pay all necessary fees directly to the AAA. If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of accessing arbitration will be prohibitive as compared to the costs of accessing a court for purposes of pursuing litigation on an individual basis, StubHub will pay as much of the filing, administration, and arbitrator fees as the arbitrator deems necessary to prevent the costs of accessing arbitration from being prohibitive. In the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse StubHub for all fees associated with the arbitration paid by StubHub on your behalf that you otherwise would be obligated to pay under the AAA's rules.

(d)

*Severability*

With the exception of any of the provisions in subsection (a) of this Agreement to Arbitrate ('Prohibition of Class and Representative Actions and Non-Individualized Relief'), if an arbitrator or court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If an arbitrator or court decides that any of the provisions in subsection (a) of this Agreement to Arbitrate ('Prohibition of Class and Representative Actions and Non-Individualized Relief') is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the User Agreement will continue to apply.

(e)

*Opt-Out Procedure*

**You can choose to reject this Agreement to Arbitrate ('opt out') by mailing us a written opt-out notice ('Opt-Out Notice'). The Opt-Out Notice must be postmarked no later than 30 days after the date you accept the User Agreement for the first time. You must mail the Opt-Out Notice to StubHub, Inc., Attn: Litigation Department, 2145 Hamilton Avenue, San Jose, CA 95125.**

For your convenience, we are providing an Opt-Out Notice form you must complete and mail to opt out of the Agreement to Arbitrate. You must complete the Opt-Out Notice form by providing the information called for in the form, including your name, address (including street number and address, city, state, and zip code), phone number and the email address(es) used to log in to the StubHub account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate. If you opt out of the Agreement to Arbitrate, all other parts of the User Agreement will continue to apply. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

(f)

*Future Amendments to the Agreement to Arbitrate*

Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than a change to any notice address or website link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding between you and StubHub prior to the effective date of the change. The amendment shall apply to all other disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between you and StubHub. We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on http://www.StubHub.com at least thirty (30) days before the effective date of the amendments and by sending notice via email to your email address on file with us. If you do not agree to the amended terms, you may close your account within the thirty (30) day period and you will not be bound by the amended terms.

8. Applicable Law

Except as otherwise stated, the Agreement shall be governed by the laws of the State of California.

9. Transactions Involving Tickets to Events in Illinois

Pursuant to 815 ILCS 414/1.5(c), for transactions involving tickets to events in Illinois, Buyers and Sellers may elect to submit complaints against one another to the American Arbitration Association ('AAA') under its rules and procedures. The AAA's rules are available at www.adr.org. Such complaints shall be decided by an independent arbitrator in accordance with this User Agreement and all incorporated Policies. Buyers and Sellers further agree to submit to the jurisdiction of the State of Illinois for complaints involving a ticketed event held in Illinois.

10. Disclaimer of Warranties; Limitation of Liability

YOU UNDERSTAND AND AGREE THAT YOU ARE MAKING USE OF STUBHUB'S SITE AND SERVICES ON AN 'AS IS' AND 'AS AVAILABLE' BASIS. STUBHUB MAKES NO WARRANTY WITH RESPECT TO ITS SOFTWARE, SERVICES, SITE, ANY TICKETS, ANY EVENT, ANY USER CONTENT, OR THAT SELLERS OR BUYERS WILL PERFORM AS PROMISED. ACCORDINGLY, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW AND EXCEPT AS SPECIFICALLY PROVIDED IN THIS USER AGREEMENT AND IN OUR FANPROTECT™ GUARANTEE, WE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, OR NON-INFRINGEMENT.

IN ADDITION, TO THE MAXIMUM EXTENT PERMITTED BY LAW, STUBHUB (INCLUSIVE OF ANY OF ITS SERVICE PROVIDERS AND LICENSORS) IS NOT LIABLE FOR: (A) ANY SPECIAL, INDIRECT, OR CONSEQUENTIAL DAMAGES; (B) LOSS OF: PROFITS, GOODWILL

OR REPUTATION, PROFITS, OR OTHER INTANGIBLE LOSSES; (C) DAMAGES RELATING TO: (I) YOUR ACCESS TO, USE OF, OR INABILITY TO ACCESS OR USE THE SITE OR SERVICES; (II) VIRUSES OR OTHER MALICIOUS SOFTWARE OBTAINED BY ACCESSING OUR SITE OR SERVICES OR THOSE OF ANY SITE, SERVICES, OR TOOLS LINKED TO OUR SITE OR SERVICES; (III) ANY USER CONTENT OR CONTENT OF THIRD PARTIES, OR (IV) THE DURATION OR MANNER IN WHICH TICKETS YOU LIST APPEAR ON THE SITE OR SERVICES;

SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF WARRANTIES OR EXCLUSION OF DAMAGES, SO SUCH DISCLAIMERS AND EXCLUSIONS MAY NOT APPLY TO YOU.

REGARDLESS OF THE PREVIOUS PARAGRAPHS, OUR LIABILITY TO YOU OR TO ANY THIRD PARTY IS LIMITED TO THE GREATER OF (A) THE AMOUNT OF FEES IN DISPUTE NOT TO EXCEED THE TOTAL FEES WHICH YOU PAID TO US IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO THE LIABILITY, OR (B) $100.

11. Release and Covenant Not to Sue

To the fullest extent permitted by law, you release and covenant not to sue StubHub, its affiliated companies, and our and their respective officers, directors, agents, joint venturers, employees, legal representatives, and suppliers from any and all claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with disputes between users. In entering into this release you expressly waive any protections (whether statutory or otherwise - e.g., California Civil Code § 1542) that would otherwise limit the coverage of this release to include only those claims, which you may know or suspect to exist in your favor at the time of agreeing to this release.

12. Indemnification

You agree to indemnify and hold StubHub and (if applicable) StubHub's parent, subsidiaries, affiliates, and our and their respective officers, directors, attorneys, agents, employees, licensors and suppliers (the 'StubHub Indemnitees') harmless against any claim or demand and all liabilities, costs and expenses (including reasonable attorneys' fees) incurred by StubHub and (if applicable) any StubHub Indemnitee resulting from or arising out of your breach of this User Agreement, your improper use of StubHub's Site or Services, and/or your violation of any law or the rights of a third party.

13. General Provisions

This Agreement, together with all additional policies referenced above constitutes the entire agreement between you and StubHub relating to your use of our Site or Services. You consent to receive notice by email to the address provided at registration. To the extent this Agreement conflicts with the Top Seller Handbook, the Top Seller Handbook governs. No amendment, modification or supplement of any provision of this Agreement will be effective unless in writing. If any provision of this Agreement is held to be invalid or unenforceable under any circumstances, its application in any other circumstances and the remaining provisions of this Agreement shall not be affected. StubHub may assign or transfer this Agreement at any time. You may not assign or transfer this Agreement, or any of its rights or obligations, without the prior written consent of StubHub, which we can refuse in our sole discretion. No agency, partnership, joint venture, employer-employee or franchisor-franchisee relationship is intended or created by this Agreement, your use of the Site, or the provision of our Services. This Agreement is for your benefit only, not for the benefit of any third party except for StubHub's permitted successors and assigns. The following Sections survive any termination of this Agreement: Fees, Taxes, Abusing StubHub, User Content and Ideas, Consequences, Agreement to Arbitrate Disputes with StubHub, Limitation of Liability, and Indemnification.

If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

*TO REPORT INFRINGEMENT OF YOUR INTELLECTUAL PROPERTY*

If you have a good faith belief that your intellectual property rights have been violated, you can submit a Notice of Claimed Infringement to StubHub's designated agent with the following information:

1. The physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification or description of the copyrighted work or other intellectual property you claim has been infringed. If you are asserting infringement of an intellectual property right other than copyright, please specify the right at issue (for example, trademark or patent);
3. Identification or description of where the material that you claim is infringing is located on StubHub, with enough detail that we may find it on the Site including, whenever possible, the URL;
4. Brief description of how the challenged content infringes the owner's intellectual property rights;
5. Your address, telephone number, and email address;
6. A statement by you that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright or intellectual property owner, its agent, or the law; and
7. A statement, under penalty of perjury, that the information in the notification is accurate and that you are the copyright or intellectual property owner or authorized to act on the owner's behalf.

StubHub's designated agent can be contacted as follows: by mail to StubHub's Designated Agent, StubHub, Inc., 583 West eBay Way, Draper, Utah 84020; by email to copyright@StubHub.com; by phone at 1.866.322.9106; or by fax to 1.801.757.9521.

TO CHALLENGE A DMCA TAKEDOWN

DMCA Counter-Notice. If you believe that your User Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your User Content, you may send a counter-notice containing the following information to the Designated Agent at the address(es) listed above:

1.  Your physical or electronic signature;
2.  Identification of the User Content that has been removed or to which access has been disabled and the location at which the User Content appeared before it was removed or disabled;
3.  A statement that you have a good faith belief that the User Content was removed or disabled as a result of mistake or a misidentification; and
4.  Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by StubHub's Designated Agent, StubHub may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed User Content or cease disabling it in ten (10) business days. Unless the copyright owner files an action seeking a court order against the User Content provider, member or user, the removed User Content may be replaced, or access to it restored, in ten (10) to fourteen (14) business days or more after receipt of the counter-notice, at StubHub's sole discretion.

# Things every StubHub seller needs to know

We count on you to help us keep StubHub a safe, secure, and reliable place for fans to buy and sell tickets. We need you to understand and follow a few rules, including our User Agreement and Privacy Policy, to make sure our marketplace continues to thrive.

In addition, your sales on StubHub are subject to the following Seller Policies.

Some of the things you're not allowed to list
The rules for listing tickets
The rules for getting tickets to buyers
How we handle cancelled events, playoff games, and postponed events
Getting paid, paying taxes, and tips on avoiding fees
State laws on the resale of tickets
Other stuff you're not allowed to do
What happens when you break the rules

**Some of the things you're not allowed to list**

Here's a list of ticket types or ticket items that you're not allowed to list for sale on StubHub.

- **'Paperless tickets', 'flash seats', and 'will call only' tickets -** Since these types of tickets can't be transferred by any of the delivery methods available (UPS shipment, electronic delivery, or Last Minute Services), you may not list them for sale on StubHub.
- **Listings without event access (Non-event ticket items) -** You may only list non-event ticket items as an add-on to your event ticket listings or as otherwise approved by StubHub. The most common forms of non-event items include:
  - o  Parking passes
  - o  Pit passes
  - o  Club passes
  - o  Party passes

  Parking passes may only be sold on their own as part of a 'PARKING ONLY' event listing created by StubHub.

- **Tickets for non-consecutive seats -** All of the seats in your listing must be together (consecutive), unless they are piggyback seats.

  If you're listing 'piggyback' seats, you must select the 'Piggyback' check box when listing your tickets for sale. To list piggyback seats, your seats must:

  - o  Be directly behind one another (not staggered or off to the side)
  - o  Be in 2 consecutive rows, and

o   Have the same number of seats in each row
- **Speculative tickets -** Before listing tickets, you must know the exact seat locations. We may remove listings at any time with vague seat locations (such as 'TBD' in either the section or row description) or rows that don't exist.

  Speculative tickets or 'spec tickets' are tickets that are listed for sale or sold before the seller actually owns the tickets. Listing or selling speculative tickets on StubHub is not allowed and may result in account suspension, fees, charges or other consequences.

  Sellers who regularly list tickets that are not in their possession and who are known to have listed 'spec tickets' in the past, may be required to provide an earlier In Hand Date than is normally required.

  **Listing by zones:** For some events, we divide sections of the venue into zones and allow you to list tickets by zone. In the case of zone listings, you aren't required to know the exact seat locations for your tickets. But to list tickets by zone, you must be absolutely certain that you'll be able to deliver tickets in that zone.

- **Stolen property -** We probably don't need to tell you this, but selling stolen tickets or other stolen items on StubHub is against the rules and violates various laws.

## The rules for listing tickets

Providing accurate section, row, and seat info about your tickets is one of the keys to becoming a successful seller and is a requirement to list on the Site. If any of the information in your ticket listing doesn't accurately reflect the actual tickets you deliver to the buyer - including features and comments you select or disclosures you fail to select - you may not get paid, you may incur fees for us finding replacement tickets for the buyer, or you may be subject to other consequences.

### Accurately tell us when you'll be able to send the tickets to buyers (if your tickets aren't in hand)

It's OK to list tickets you own but don't have in your possession yet (i.e. 'Not In Hand') as long as you're absolutely certain you will have them on the date you give us when listing the tickets (the 'In-Hand Date'). The In-Hand Date you select is the beginning of your shipping window to complete the sale. We'll show buyers a delivery estimate based on your In-Hand Date, so be accurate. If you're not sure when you will have the tickets in your possession, hold off on listing the tickets or select the latest date available on the calendar. If your tickets haven't sold and the In-Hand Date changes, you may change the In-Hand Date without penalty. If your tickets have sold and the In-Hand Date changes, you may incur penalties.

### Select the right delivery method for your ticket type

For our integrated partner teams and venues (such as most Major League Baseball teams), you'll deliver your tickets by entering the barcodes printed on them. This type of delivery applies to all types of tickets and is **not** the same as electronic delivery of PDF files (see below).

For all other events, when you start listing your tickets on the 'Enter your ticket details' page, you'll select a delivery method based on the type of tickets you have - electronic tickets (e-tickets), paper printouts, or traditional 'hard' tickets (such as tickets printed on card stock). Once your tickets sell, you can't change the delivery method and you must deliver the tickets using the delivery method you selected.

**Important:** Be careful about selecting electronic delivery - which requires you to upload your tickets as PDF files. Traditional 'hard' tickets cannot be delivered electronically. And you cannot scan, copy, or photograph them to convert them into PDF files. If you have 'hard' tickets, you must select the shipping option (such as UPS) or use Last Minute Services (LMS).

### Enter accurate section, row, and seat info

When you list your tickets on StubHub, you are responsible for entering the exact section and row printed on your tickets. We may remove any listings, cancel any sales or take other actions if listings that are vague, confusing, inaccurate or misleading about section, row and seat information. You may face various consequences, including forfeiting payment for cancelled sales.

### Select any required disclosures

You are responsible for noting any important required disclosures about your tickets, including:

- Limited or obstructed view
- Possible obstruction
- Wheelchair seating

- Wheelchair only
- Wheelchair accessible
- Alcohol-free section
- Behind stage (possible obstruction)
- Side stage (possible obstruction)
- 21 and over event

**Select accurate ticket features and comments**

If you have an aisle seat ticket, have a parking pass to include with the tickets you're selling, or want to highlight any other details about your tickets, select the appropriate check box on the 'Enter your ticket details' page when you're listing your tickets. Be sure to list exactly what you will deliver to the buyer and select only comments that accurately describe your tickets.

Don't see a comment you're looking for? Let us know at CommentsRequests@StubHub.com. Keep in mind that the comments should be about specific ticket features and disclosures, not subjective comments like 'Best value' and 'Great view of the stage'.

**List valid tickets**

It's up to you to make sure the tickets you list for sale on StubHub are valid. If you deliver incorrect, misrepresented, invalid, fraudulent or counterfeit tickets for any sale or portion of a sale you will be subject to a replacement fee, other charges, and/or other consequences.

**Manage your listings and sales closely**

If you choose to list your tickets on StubHub and on other sites and you end up selling your tickets somewhere else or no longer have them in your possession, delete them from StubHub immediately. If you upload electronic tickets for sale and then remove the listing, StubHub is not responsible if you are unable to use those tickets due to technical or other reasons. Remember, if you choose to list your tickets for Instant Download or with Last Minute Services, you agree to list your tickets for sale on StubHub exclusively.

**No guarantee**

StubHub does not guarantee that your tickets or related passes will sell or that your listing will appear on the site within a certain time after it is posted. StubHub will not, for any reason, provide compensation for tickets that do not sell, even if it is due to Site unavailability from an outage or maintenance or listing delays.

**The rules for getting tickets to buyers**

**Completing your sales**

When your tickets sell, your sale is not complete until the buyer receives the tickets from you. Completing a sale means following all of the steps to send the tickets you sold, on time and as promised in your listing.

As soon as your tickets sell, we'll send you an email with a deadline to complete your sale. The deadline to complete your sale is based on whether you told us your tickets were in hand or not - and if not, the date you identified as your In-Hand Date. To get paid more quickly, complete your sale as soon as possible.

**Deliver your tickets on time and as promised**

When sellers deliver tickets late, worried buyers contact us wondering why they haven't received their tickets yet, when they should be looking forward to going to their event. And when a buyer gets tickets that don't match the information in the listing, we may need to take various remedial actions for that buyer including finding replacement tickets, providing refunds, etc. So if any of the information in your listing doesn't exactly match the actual tickets you deliver to the buyer or if you don't complete your sale on time, we may cancel your sale, you may not get paid, you may incur additional fees or you may be subject to other consequences. The deadline for completing your sale depends on whether or not your tickets are In Hand and how you will deliver your tickets to the buyer. Refer to the table below to determine when you are required to ship (or send) your tickets. Your 'Sale Date' refers to the date you receive the sale notification email.

|  | In Hand | Not in Hand |
|---|---|---|
| UPS Delivery (for orders > 72 hours from event) | Sale Date + 1 business day | In-Hand Date + 1 business day |
| Electronic Delivery (for orders > 48 hours from event) | Sale Date + 1 calendar day | In-Hand Date + 1 calendar day |

Except for tickets sold through LMS, StubHub will show you the delivery methods available for the event during the listing process. Not all delivery methods are available for all events. The delivery method determines the last available date to list tickets that are Not in Hand and the date and time the listing will expire (i.e. no longer be visible to buyers). This allows you adequate time to get tickets to buyers before the event.

**Tip:** If you're listing e-tickets that are in your possession (in hand), enter the barcodes or upload them when you list them to take advantage of the following benefits:

- We'll highlight your listings as being ready for Instant Download (which is the delivery method buyers prefer)
- Your tickets can stay listed longer
- You'll get paid more quickly

With Instant Download, you'll 'pre-deliver' your tickets when you list them for sale, instead of waiting to receive a buyer's order to deliver them. That way, within minutes of their sale they are delivered to the buyer. And remember: with Instant Download tickets, until they sell, the tickets are still yours. If you decide you want to use them, just delete your listing first. If you choose to list your tickets using Instant Download, you have agreed to list them for sale exclusively on StubHub. To learn more, read about Listing tickets for Instant Download.

**Last Minute Services (LMS):** Remember, if you choose to list your tickets for sale using LMS, you have agreed to list them for sale exclusively on StubHub and you must send your tickets to LMS on or before the In-Hand Date. Keep in mind that LMS is not available for all events or sellers. Learn more about LMS

### Reporting an issue and offering replacement tickets

We know things don't always go as planned - and there's a chance that your tickets will sell and you won't be able to deliver them as promised. If you can't send the required based on your In-Hand Date, if you need to offer replacements, or if you can't deliver the tickets at all, you need to 'report an issue' right away by following the 'Report an Issue' link in the email or by clicking the 'Report an Issue' link on the 'Open sales' tab in My Account.

Here are a few things to keep in mind:

- It is always your responsibility to report an issue immediately, no matter how much time has passed since you received your sale notification email.
- If your tickets sell within 72 hours of the event or you have listed your tickets using Instant Download or LMS you won't be able to report an issue online - but you still need to let us know immediately. So call us.
- If your tickets have sold but you cannot fulfill the order (also referred to as 'dropping a sale' or a 'dropped sale'), StubHub may charge your payment method an amount equal to 20% of the price of the ticket sold to compensate us for the losses we incur to meet our obligations under the Fan*Protect*TM Guarantee. In some cases involving dropped sales that result in unusually large losses to StubHub (for example, dropped sales involving large numbers of tickets or tickets with significant price appreciation), however, StubHub reserves the right in its sole discretion to charge your payment method the full amount of the replacement costs StubHub incurs under the Fan*Protect*TM Guarantee (including costs in excess of 20% of the ticket price).
- A dropped sale means one of these things happens:
  - You cannot deliver the ticket and related passes in time,
  - You do not have a replacement ticket (tickets that StubHub determines in its sole discretion are comparable or better than the ones originally listed) that the buyer accepts, or
  - The buyer or StubHub rejects your requested change and cancels the order. Remember, just because you Report an Issue to request a change to a sale it does not have to be accepted. StubHub may, in its sole discretion, cancel the order without further notice or payment to you.
- StubHub monitors the frequency and rate at which you drop sales as compared to your total sales (your 'dropped order rate') and we reserve the right, upon notice to you, to suspend your account if we determine that your dropped order rate has exceeded an acceptable level. Similarly, if you abuse the StubHub marketplace as determined by StubHub in its sole discretion including, without limitation, (i) dropping orders at one price and relisting the same tickets for higher prices; (ii) engaging in speculative listings or (iii) other similar abuses of your obligations as a seller, you may be subject to an investigation and any applicable consequences.

The sooner you let us know that there might be an issue with a ticket that you sold, the sooner we can try to find replacement tickets for the buyer. If you offer replacement tickets, we may decide, in our sole discretion, what is a comparable or better seat location.

### Don't place additional items in the envelope (like your contact info, promotional materials for your business etc.)

It may be tempting and seem harmless to stick a note in the UPS envelope when you ship tickets to buyers - but it's against the rules. Here are examples of promotional or commercial information that you aren't allowed to include in shipments:

- With the exception of StubHub merchandise or leaflets that we send you for this specific reason, don't place additional items in the envelope (like your contact info, promotional materials, etc.)
- Catalogs
- Business cards or business reply cards
- Bookmarks
- Coupons
- Flyers
- Solicitations
- Other marketing or advertising material
- Sticky notes with your contact information

**How we handle cancelled events, playoff games, and postponed events**

**Cancelled events and playoff games**

If you sold tickets to a cancelled event or a playoff game that's not played, we'll email you to let you know and you won't be paid for the sale. If you were already paid, we'll recover the payment by charging your Payment Method on file with us or cancelling pending payments (for other tickets you've sold). If you prevent us from recovering a payment, we may suspend your selling permissions or withhold future payments until the amount owed is recovered.

If you need your tickets shipped back to you in order to get a refund of your original purchase, please contact us by replying to the cancellation email within two weeks of the event cancellation.

**Postponed events policy**

A 'postponed event' is an event where the time or date has changed because it was rescheduled by the team, venue, or artist. We evaluate postponed events on a case-by-case basis to determine the appropriate course of action. Here are a few important things to keep in mind:

- **If a venue requires new tickets for the rescheduled event to be printed and you have already delivered the original tickets to the buyer,** contact StubHub customer service to request a new shipping label to ship the new tickets to the buyer. If you don't contact customer service and the buyer is denied entry to the event, StubHub may charge you the full amount of the order, costs incurred to satisfy the buyer, and/or you may be subject to other consequences.
- **If an event is postponed and the new event ticket availability is limited and not guaranteed,** we will deem the event cancelled and handle this as we do other cancelled events.

**Getting paid, paying taxes, and tips on avoiding consequences**

**Getting paid for your ticket sale**

Top Sellers will receive their payment as set forth in the Top Seller Manual. Generally, other sellers will be sent payments within five (5) business days (sometimes longer) following StubHub's confirmation of the Buyer's receipt of tickets or related passes. For contingent events (meaning events that may not happen, including certain playoff games that only occur if a team wins), sellers will be sent payment within five days of the event itself.

Payment receipt times will vary depending on the payment method chosen by the Seller. We'll also send you an email to let you know the buyer received the tickets and we have begun processing your payment.

If you choose to be paid by check, we'll send your check by First-Class Mail®. When you receive your check depends on where you live and the United States Postal Service.

If you choose to be paid through PayPal, we'll transfer your payment directly to your PayPal account.

If you're crediting your payment to your team account, how quickly the payment appears in your account depends on your team.

When you donate payments to charity, it's the responsibility of the charity to send you a receipt for tax purposes.

**Paying taxes**

We do not collect taxes on any transactions. However, as a seller, you are responsible for collecting and remitting any and all applicable international, federal, state, or municipal taxes in connection with ticket sales.

As of January 2011, we are required by the IRS to collect a Tax ID Number (TIN) for sellers with more than 200 transactions and $20,000 USD paid to them by StubHub per year so we can create an annual 1099k form. If you're one of these sellers, we'll send you an email with instructions on how to add your TIN in My Account.

**Avoiding additional fees and order cancellation**

We want to make sure the buyer gets the tickets in time for the event. If anything goes wrong with an order - if a buyer gets invalid tickets, doesn't get the right tickets, doesn't get them on time, or doesn't get them at all - our marketplace suffers. That's why sellers may not get paid for their sales, may incur other fees, and/or may be subject to other consequences.

Here's a list of reasons sellers may incur fees or other penalties and tips on how to avoid them:

- **You were unable to send your tickets within the shipping window.** If you list tickets that aren't in your possession yet, you should take care in selecting your In-Hand Date. Not only is the In-Hand Date the beginning of your shipping window to complete the sale, it is also the date we use to determine a delivery estimate for buyers which sets their expectations of when they'll receive the tickets they purchased. Wait to list your tickets until you know for sure when you'll have them.
- **You were unable to complete the sale.** It's simple: only list tickets you'll be able to send on time. If you realize you won't get the tickets you listed in time to send them to the buyer or you no longer have them, you must delete your listing from StubHub immediately. If you sell tickets you can't send within your shipping window (based on your In-Hand Date or Sale Date) or you no longer have them, let us know right away.
- **You sent tickets that didn't match the tickets you listed.** When you list your tickets, make sure:
  - you'll be able to send the exact tickets you listed
  - you enter the exact section, row, and seat numbers printed on your tickets
  - you select any ticket features or required disclosures that apply
- **The buyer was denied entry into the event because the tickets were invalid or duplicates.** Only list tickets that you know are valid. You might be tempted to increase your chances of selling your tickets by posting them for sale somewhere else, but you could end up selling the same tickets to different sets of buyers, which then prevents buyers' entry into the event. If you make your tickets available for Instant Download or list them with Last Minute Services, do not list them for sale elsewhere.
- **You uploaded invalid PDF files or selected the wrong delivery method.** Never create your own electronic ticket files from scans, photos, or copies of paper tickets or ticket printouts. Only choose e-tickets if the tickets originated as electronic PDF files and you have the original files. When you enter your ticket details, make sure you select a delivery method based on the type of tickets you have.
- **You listed or sold tickets or items that are not allowed.** Be sure to review the things you're not allowed to list before listing your tickets on StubHub.

**State laws on the resale of tickets**

When setting the sale price of your tickets, it is your responsibility to comply with all applicable local, state, federal, and international laws, statutes, and regulations.

Certain U.S. states, Canadian provinces, and municipalities have ticket resale regulations. Regulations differ by location and may apply to different aspects of ticket resale. For example, some laws may regulate the resale price, require you to be a licensed reseller or require you to provide certain disclosures. Below is a basic list with some of these regulations. This is not an all-inclusive list of the laws that may apply to you or your actions. Although we try to keep this information up to date, it's your responsibility to check the laws where you reside and where the venue is located. It's also up to you to determine if any of these laws or any other laws apply to you. You should review the laws that are applicable to you to determine if or how the law applies to you or the tickets you are listing for sale.

**Note regarding the chart below:** Some states have additional or different restrictions if you are not reselling tickets through an online marketplace. You should also keep in mind that different laws may define face value differently. We recommend that you familiarize yourself with the laws that may apply to the resale of your tickets on the Site.

| State/Province | Regulations |
|---|---|
| Arkansas, Kentucky, Wisconsin, Manitoba, Ontario | No more than face value. |
| Colorado | Venues can restrict the resale of season tickets if the season ticket package agreement gives the season ticket holder a priority or other preference to renew their agreement. |
| Delaware | No more than face value for tickets sold on the day of or the day before an event at the Bob Carpenter Sports/Convocation Center or a NASCAR race at Dover Downs. |
| Florida | No sale of multi-day or multi-event tickets that have been used at least once for admission. |

| | No sale for more than $1 above the admission price for multi-day or multi-event tickets or for certain event tickets issued by a charitable organization (the back of the ticket will reference s. 817.36 FL Statutes if this prohibition applies). |
|---|---|
| Georgia | Only an original purchaser who purchases tickets for personal use, a charity, or a licensed broker may sell for more than face value. |
| Hawaii, Indiana, Maryland | No more than face value for tickets to boxing and/or sparring matches. |
| Louisiana | Allows resale of tickets without regard to face value if authorized by the venue. No more than face value for tickets to university sporting events issued to students and Louisiana legislators. |
| Massachusetts | No more than face value plus $2.00; however, a licensed broker may charge for certain additional expenses related to acquiring and selling the ticket. |
| Michigan | No more than face value. Tickets that were purchased under restrictive terms and at a discount cannot be resold; ticket will state that it is nontransferable if this prohibition applies. |
| Mississippi | No more than face value for events held on a state owned property and athletic contests at Mississippi colleges and universities; no limits on other events. |
| New Jersey | No limits for non-brokers; however, a registered ticket broker may accept a premium of up to 50% of the price paid to acquire the ticket. |
| New Mexico | No more than face value for college athletic events; no limits on other events. |
| North Carolina | Allows resale of tickets without regard to face value, except for student tickets for sporting events. Venues may opt-out of allowing resale above face value for certain events - if in doubt, check the venue's website. Sellers must also provide certain information to the state Department of Revenue. |
| Ohio | Resale of tickets to boxing and sparring matches is prohibited. |
| Pennsylvania | Allows resale of tickets without regard to face value, except boxing tickets, which can be resold for no more than 50 cents above face value. |
| Rhode Island | No more than face value plus the greater of 10% of the ticket price or $3.00. |
| South Carolina | Allows resale of tickets without regard to face value, except tickets to events held at institutes of higher education unless the school approves resale above face value. |

**Other stuff you're not allowed to do**

**Misusing buyer contact info or StubHub's site and services**

We provide you with the buyers contact information so you can ship tickets to them. However, don't use this info to contact the buyer for anything other than delivering the tickets you sold to the buyer and do not tell a buyer that you are affiliated with or a representative of StubHub.

You are not allowed to use the StubHub's Site or Services to:

- contact other StubHub users
- ask other StubHub users to contact you
- buy, sell, or deliver tickets outside of StubHub

**What happens when you break the rules**

When you violate StubHub's policies, you may face penalties, which could include the following (or any combination):

- The removal of your listings
- Order cancellation
- Limits to your buying and selling privileges
- Additional fees (including the cost of replacement tickets, coupons, gift certificates, reprinting fees, UPS rerouting charges, and refunds to the buyer)
- Withholding of payments
- Temporary or permanent suspension of your account

Remember, it's your responsibility to consult StubHub's User Agreement and incorporated policies (including these Seller Policies) for all of the detail.

We update this information from time to time, so be sure to check back regularly.

We'd like to hear from you. If you have any questions or comments, contact us.

# User Privacy Notice

This User Privacy Notice ("Privacy Notice") applies to your use of the www.stubhub.com website and any other StubHub sites where this Privacy Notice appears in the footer, our mobile applications, tools and associated services (collectively the "Services") where this Privacy Notice is referenced, regardless of how you access or use them, including through mobile devices.

Posted and effective for new users: June 1, 2015

Effective for current users: July 1, 2015

We may amend this Privacy Notice by posting any changes to this website and notifying existing users of any material changes with an alert on the website or a communication. Changes take effect 30 days after they are posted. Your continued use of the website and/or Services indicates your acceptance of the amended Privacy Notice.

Please read the summary below and click on the "Learn More" link in each section for more details on a particular topic.

**Summary**

**Scope and Consent**

This User Privacy Notice ("Privacy Notice") applies to your use of the www.stubhub.com website and any other StubHub sites where this Privacy Notice appears in the footer, our mobile applications, tools and associated services (collectively the "Services") where this Privacy Notice is referenced, regardless of how you access or use them, including through mobile devices.

**Global Privacy Standards**

Our parent company eBay Inc. has established global privacy standards for all eBay Inc. companies known as Binding Corporate Rules (BCRs). They are our commitment to protect your personal information and honor our privacy obligations regardless of where your personal information is collected, processed or stored.

**Collection**

We collect personal information from you and the devices (including mobile devices) you use to access or use our Services. Categories of personal information we collect include, but are not limited to, personal information:

- you give us when you use our Services
- we collect automatically when you use our Services
- we collect using Cookies, Web Beacons and Similar Technologies
- we collect or obtain from other sources

**Use and Retention**

We use the personal information we collect to: operate, improve and personalize our Services, to contact you about your account or our Services, provide you customer service, customize our advertising and marketing, to detect, prevent and mitigate fraudulent or illegal activities and to comply with our legal obligations.

We retain your personal information as long as it is necessary and relevant for our operations. In addition, we retain personal information from closed accounts to comply with the law, prevent fraud, collect any fees owed, resolve disputes, troubleshoot problems, assist with any investigation, enforce our User Agreement and take other actions permitted by law.

**Choice**

You have a choice about how we use your personal information to communicate with you, send you marketing information, and provide you with customized and relevant advertising.

**Access**

We take steps to ensure that the personal information we collect is accurate and up to date, and that you have the ability to access it or make corrections to it.

**Disclosure**

There are times when we disclose your personal information to members of the eBay Inc. corporate family or other third parties. This disclosure may be required for us to operate or provide you with access to our Services, comply with our legal obligations, enforce our policies, facilitate our advertising, or detect or prevent fraud related to our Services. We do not disclose your personal information to third parties for their marketing and advertising purposes without your explicit consent.

**Security**

We protect your information using technical and administrative security measures to reduce the risks of loss, misuse, unauthorized access, disclosure and alteration. Some of the safeguards we use are firewalls and data encryption, physical access controls to our data centers, and information access authorization controls.

**Important Information**

This section describes some additional important information related to your use of our Services. Please review it for more details.

**Full Privacy Notice**

**Scope and Consent**

This Privacy Notice describes your privacy rights regarding our collection, use, disclosure, retention, and protection of your personal information. It applies to any StubHub site where this Privacy Notice appears in the footer, and to any Services (as defined above) where this Privacy Notice is referenced, regardless of how you access or use them, including through mobile devices.

By using our Services and/or registering for an account with us, you are accepting the terms of this Privacy Notice and you are consenting to our collection, use, disclosure and retention of your personal information as described in this Privacy Notice and in our User Agreement. If you do not provide the information we require, we may not be able to provide all our Services to you.

If you reside within the United States or Canada your data controller for all Services is StubHub, Inc., 199 Fremont Street, Floor 4, San Francisco, CA 94105, USA. If you reside within the European Union, your data controller is StubHub Europe S.a r.l., 22-24 Boulevard Royal, L-2449, Luxembourg. If you reside elsewhere your data controller is eBay International AG, Helvetiastrasse 15/17, 3005, Bern, Switzerland. We may store and process your personal information on our computers in the US and elsewhere in the world where our data centers are located.

**Personal Information**

"Personal information" is information that can be associated with a specific person and could be used to identify that specific person whether from that data alone or from that data in combination with other information that StubHub has or is likely to have access to. We do not consider personal information to include information that has been made anonymous or aggregated so that it can no longer be used, whether in combination with other information or otherwise, to identify a specific person.

**Global Privacy Standards**

Our parent company eBay Inc. has established global privacy standards for all eBay Inc. companies known as our Binding Corporate Rules (BCRs). They are our commitment to protect your personal information and honor our privacy obligations regardless of where your personal information is collected, processed or stored. Our BCRs have been approved by a number of European Union privacy regulators. More information about our BCRs and our global privacy practices and principles, including information on how to contact us, is available at our eBay Privacy Center.

**Collection**

We collect personal information from you and the devices (including mobile devices) you use to access or use our Services. This personal information we collect includes, but is not limited to, personal information of the kinds described below:

Personal information you give us when you use our Services

- Information you provide us when registering with StubHub, which may include name, physical address, email address, telephone and/or mobile phone number, business seller information, tax identification number;
- Financial information such as PayPal account information, credit card, or debit card or bank account information;

JR - 00608
PRR-2025-0179 B2

- Transactional information based on your activities on our sites and through our Services (such as information on your buying and selling activity, ticket information and other content you generate or that relates to your account);
- Shipping, billing and other information you provide to purchase or list a ticket, as well as, where shipping services are provided through one of our programs, additional relevant shipping information (such as tracking updates) provided by the chosen shipping partner;
- Information provided through user ratings and reviews, chats, dispute resolution, referral services, information added to a web form or when adding/updating your account information, correspondence through our sites and Services, correspondence with our customer service team or correspondence sent to us;
- Information provided through user ratings and reviews, chats, dispute resolution, referral services, information added to a web form or when adding/updating your account information, correspondence through our sites and Services, correspondence with our customer service team or correspondence sent to us;
- Additional information you may be asked to provide in order to verify your or your business' identity or other information pertaining to your account or listings. Such information may include name and address of legal representatives and beneficial owners, date of birth, nationality, and copies of your passport and/or other identification documents.

**Personal information we collect automatically when you use our Services**

We also collect information about your interaction with our sites and Services, advertising, mobile notifications or e-mail communications. This is typically information we receive from your computer or other devices, including your mobile devices.

- Device ID or unique identifier, device type, ID for Advertising, unique device token;
- Geo-location information, including location information from your mobile device.
  Keep in mind that:
  - Most mobile devices allow you to control or disable the use of location services in the device's settings' menu.
- You may also be presented with an additional notice when using our Services explaining any additional information we may collect from you that is not listed in this notice.
- Computer and connection information;
- Statistics on page views, traffic to and from the sites, referral URL, ad data, IP address, browsing history and web log information.

**Personal information we collect using Cookies, Web Beacons and Similar Technologies**

We use cookies, web beacons, unique identifiers, and similar technologies to provide and improve our Services and personalized advertising and marketing and to provide a safer and personalized experience on our sites. We collect information about the pages you view, the links you click and other actions you take on our Services, or within our advertising or email content. For more information about our use of these technologies and how to control them, see our notice on Cookies, Web Beacons and Similar Technologies.

**Personal information from other sources**

- We may supplement the information we collect from you with information from third parties and add it to your account information. This may include publicly available demographic information; additional contact information, user information or account information (including third-party account information) and other information required to verify your or your business' identity or user information or to assess fraud; credit check information; and information from credit bureaus as permitted by law. We may combine information you give us with information we collect from other sources and use it for the purposes disclosed in this Privacy Notice.
- We may allow you to share information with third party social media sites, or use social media sites or other sites connected to your account. Those social media sites may give us access to certain personal information stored by them (e.g. content viewed, content liked by you, and information about the advertisements within the content you have been shown or may have clicked on etc.). If you provide us with access to any site with video content, then you agree that we may share your video viewing with, or obtain information about your video viewing from, third-party social media sites for at least two years or until you withdraw consent. You control the personal information you allow us to have access to through the privacy settings on that third party site and the permissions you give us when you grant us access. By associating an account managed by a third party with your account and authorizing StubHub to have access to this information, you agree that StubHub may collect, use and store the information provided by these sites in accordance with this Privacy Notice.
- If you give us personal information about someone else, you must do so only with their consent. You agree to inform them that we have collected their personal information and tell them how we collect, use and disclose the personal information.

**Use and Retention**

We use the personal information we collect to operate, improve and personalize our Services, to contact you and provide you customer service, customize our advertising and marketing, to detect, prevent and mitigate fraudulent or illegal activities and to comply with our legal obligations. You agree that we may use your personal information as follows:

**Operate, improve, and personalize our Services**

- Provide you use of and access to our Services;
- Give you access to your purchase and sales history, payment transaction history, internal email and other features and functionalities;

- Customize, measure and improve our Services;
- Provide other services requested by you as described when we collect the information;
- Provide you with location-based services, such as advertising, search results, and other personalized content using geo-location information.

**Contact you and provide you customer service**

- Provide customer support you request for our Services or for the products offered by members of our corporate family;
- Contact you, either via postal mail, email, phone (including using auto-dialed or pre-recorded messages and text messages) to provide you with information regarding your listings, sales, purchases or payment transactions, resolve disputes, collect fees, and troubleshoot problems with your account or our Services, poll your opinions, and for other purposes authorized by law and consistent with this Privacy Notice. You consent to receive autodialed or pre-recorded calls and text messages as described in our User Agreement. Message and data rates may apply.

**Customize our advertising and marketing communications with you**

- Customize, measure, and improve our content and advertising based on your ad customization preferences;
- Contact you and deliver targeted marketing about our services and those of our corporate family, service updates and promotional offers either via email, telephone (including using auto-dialled or pre-recorded messages), SMS text, or postal mail, based on your communication preferences. Message and data rates may apply.

**Detect, Prevent and Mitigate Fraudulent or Illegal Activities**

- Prevent, detect, investigate and report fraud, security breaches, potentially prohibited or illegal activities;
- Protect the security or integrity of our sites and Services;
- Enforce our User Agreement or other applicable policies;
- Compare the personal information you provide for accuracy, and verify it with information provided by third parties as necessary.

**Other**

- For accounting and litigation purposes

We retain your personal information as long as it is necessary and relevant for our operations. Upon request, personal information from closed accounts will be deleted or rendered anonymous as soon as reasonably possibly after the account is closed or deactivated. Under certain circumstances we may retain personal information from closed accounts to prevent fraud, collect any fees owed, resolve disputes, troubleshoot problems, assist with any investigation, enforce our User Agreement, comply with applicable legal data retention obligations and take other actions permitted by law. After it is no longer necessary for us to retain your personal information, we will dispose of it in a secure manner according to our data retention and deletion policies.

**Choice**

You have a choice about how we use your personal information to communicate with you, send you marketing information, and provide you with customized and relevant advertising.

**Communication Preferences**

We do not sell or rent your personal information to third parties for their marketing purposes without your explicit consent. If you do not wish to receive marketing communications from us, you can unsubscribe from the link in the email you received, change your Preferences within My Account or indicate your preferences within the direct communication from us. You may not opt out of receiving administrative messages, customer services responses or other transactional communications. If you have agreed to receive marketing communications through check-out with our partners, you must change your communication preferences with them directly.

**Advertising**

We do not allow third parties to track or collect your personal information on our sites for their own advertising purposes without your explicit consent. If you do not wish to participate in our ad-customization programs, you can opt-out by following the directions provided within the applicable advertisement. The effect of an opt-out will be to stop targeted advertising, but it will still allow the collection of usage data for certain purposes (e.g. research, analytics and internal online services operation purposes).

**Withdraw Consent**

JR - 00610
PRR-2025-0179 B2

If you withdraw your consent for the use or disclosure of your personal information for the other purposes set out in this Privacy Notice you may not have access to all of our Services and we might not be able to provide you all of the Services and customer support offered to our users and authorized under this Privacy Notice and our User Agreement.

**Access**

We take steps to ensure that the personal information we collect is accurate and up to date, and that you have the ability to access or correct it.

- You can see, review and change most of your personal information by signing on to your account. Please update your personal information immediately if it changes or is inaccurate.
- Once you make a public posting, you may not be able to change or remove it. Upon your request, we will close your account and remove your personal information from view as soon as reasonably possible, based on your account activity and in accordance with applicable law.
- We will honor any statutory right you might have to access, modify or erase your personal information. You can contact Customer Service to request access. Where you have a legal right to request access or request the modification or erasure of information, we can still withhold that access or decline to correct information in some cases in accordance with applicable law, but will give you reasons if we do so.

**Disclosure**

We disclose personal information to respond to legal requirements, enforce our policies, respond to claims that a listing or other content violates the rights of others, or protect the rights, property or safety of any member of the eBay Inc. corporate family, other users or third parties. Such information will be disclosed only in accordance with applicable laws and regulations (such as professional secrecy obligations). We minimize the amount of personal information we share to what is directly relevant and necessary to accomplish the specified purpose. As stated above, we do not disclose your personal information to third parties for their marketing purposes without your explicit consent.

We may share your personal information with:

- Members of the eBay Inc. corporate family to provide joint content and services (like registration, transactions and customer support), to help detect and prevent potentially illegal acts and violations of our policies, to guide decisions about their products, sites, applications, tools, services and communications and to provide customized advertising. Members of our corporate family may use this information to send you marketing communications only if you have consented to their services and will use your personal information in compliance with their respective privacy policies and our global privacy standards.
- PayPal Inc. and its corporate family to prevent fraud or assess and manage risk (including to help protect your account from fraudulent activity or alert you if we detect such fraudulent activity on your account), to provide customer services (including to help service your account or resolve disputes, e.g., billing or transactional), and to comply with anti-money laundering and counter-terrorist financing verification requirements.
- Third party service providers, payment processors and financial institutions under contract who help with our business operations (such as, but not limited to, fraud detection and investigations, identity verification services, payment processing, bill collection, affiliate and rewards programs, website operations, fulfilment and delivery services or ticket cancellation and reissue services).
- Co-brand partners for certain sites, events or listings. When we identify a co-brand partner for a site, event or listing, you agree that we may share contact information and transaction data (excluding payment information) with that partner. Information shared with a co-brand partner is subject to their privacy policy. We do not control the privacy policies of co-brand partners and we encourage you to review their privacy policies.
- Marketing partners for certain sites, events or listings where you agree during checkout that you would like your information shared for their marketing purposes. We may share your contact information and transaction data (excluding payment information) with the marketing partner identified in checkout. Information shared with a marketing partner is subject to their privacy policy. We do not control the privacy policies of marketing partners and we encourage you to review their privacy policies.
- Other StubHub users, whether located in your country of residence or outside of your country of residence, as necessary or appropriate for the transaction or as authorized by your use of our Services. For example, when you purchase a ticket, a seller may receive your contact information and transaction data (excluding payment information) or other information that might be included on a ticket in order for the seller to complete the transaction or provide box office services. Such information is subject to the seller's privacy policy.
- Other third parties to whom you explicitly ask us to send your information (or about whom you are otherwise explicitly notified and consent to when using a specific service).
- Local and foreign law enforcement or regulatory agencies, other government officials or authorized third-parties, in response to a verified request relating to a criminal investigation (i.e. a subpoena, court order or substantially similar legal procedure) or alleged illegal activity or any other activity that may expose us, you, or any other StubHub user to legal liability. In such events, we will disclose information relevant and necessary to the investigation or inquiry, such as name, address, telephone number, email address, IP address, fraud complaints, sales and/or purchase history or payment transaction history.
- Credit bureaus to which we might report information about your account, including information on late fee payments, missed fee payments or other defaults on your account that may be reflected in your credit report, as allowed by applicable law.

While we use contractual and other measures to ensure protection of personal information, the laws and regulations relating to privacy and personal information protection in other jurisdictions may not be the same as, or similar to, your local privacy laws. The governments, courts, law enforcement or regulatory agencies in these other jurisdictions may be able to request disclosure of personal information through the laws of these countries. In an effort to respect your privacy, we will not otherwise disclose your personal information to law enforcement, other

government officials, or other third parties without a subpoena, court order or substantially similar legal procedure, except when we believe in good faith that the disclosure of information is necessary to prevent imminent physical harm, financial loss or to report potentially illegal or fraudulent activity.

If we were to merge with or be acquired by another company, we may share information with them in accordance with our Global Privacy Standards. Should such an event occur, we will require that the new combined entity follow this Privacy Notice with respect to your personal information. If your personal information will be used or disclosed for any purposes not covered in this Privacy Notice, you will receive prior notification of the use of your personal information for the new purposes.

**Security**

We protect your information using technical and administrative security measures to reduce the risks of loss, misuse, unauthorized access, disclosure and alteration. Some of the safeguards we use are firewalls and data encryption, physical access controls to our data centers, and information access authorization controls.

**Important Information**

There are just a few more pieces of important privacy information related to your use of our Services that we need to cover:

**Using information obtained on StubHub**

Other users have access to the information you share on StubHub (e.g. listings, ratings and reviews, business seller information) and may have access to other users' contact, delivery and transaction data as necessary to facilitate ticket purchases, sales and payment transactions. You may only use the personal information that you have access to for transaction-related purposes, for using services offered through StubHub (such as delivery services) and for purposes expressly consented by the user to whom the information relates. Using personal information that you have access to for any other purpose, including marketing without appropriate consent, is a violation of our User Agreement and other policies.

**Unwanted or threatening email**

Sending unwanted or threatening email is against our policies and constitutes a violation of our User Agreement. To report StubHub-related spam or spoof emails please forward the email to safety@stubhub.com.

**Children's Privacy**

Our websites are general audience websites, and our Services are not intended for users under the age of 18. We do not knowingly collect personal information from users in this age group.

**Third Party Privacy Practices**

This Privacy Notice addresses only the use and disclosure of personal information we collect from you. If you disclose your information to others, their privacy notices and practices will apply. We cannot guarantee the privacy or security of your information once you provide it to a third party and we encourage you to evaluate the privacy and security policies of any third party before entering into a transaction and choosing to share your information.

**Questions or Complaints**

If you have questions or concerns about this Privacy Notice or our global privacy or information handling processes, you can contact

StubHub, Inc.
199 Fremont Street, Suite 300
San Francisco, CA 94105
Email: customerservice@stubhub.com

You can also find more information on our global privacy processes and how to contact us at our eBay Privacy Center.

# StubHub FanProtectTM Guarantee

StubHub backs every qualified order so you can buy and sell with 100% confidence.

If you have an issue with your order, please contact StubHub Customer Service via email at customerservice@stubhub.com or by phone at 1.866.STUBHUB (1.866.788.2482). Please provide your order number.

**FanProtectTM for Buyers**

Summary of StubHub guarantee to Buyers:

- You will get your tickets in time for the event
- Your tickets will be valid for entry
- Your tickets will be the same as those you ordered
- If any of these things do not occur and you comply with applicable policies and timelines, we will find you comparable or better tickets to the event, or offer you a refund or FanCode for future purchase

  and

- If the event is cancelled and not rescheduled, you will get a refund

**Getting tickets on time:**

If you don't receive the tickets you ordered by the date communicated to you when you placed your order or in subsequent communications, notify StubHub. StubHub will, in its sole discretion, attempt to locate and facilitate delivery of your tickets, provide you with comparable or better replacement tickets at no additional cost, issue you a full refund (including any fees and shipping/handling charges), or issue you a FanCode (coupon) for use on a future purchase.

**Getting valid tickets:**

If the tickets you ordered are invalid and not honored by the venue, StubHub may, in its sole discretion, attempt to locate replacement tickets for you or provide you with a full refund (including any fees and shipping/handling charges). StubHub may require information from you or the venue to confirm that the tickets were invalid. You are encouraged to call us at 1.866.STUBHUB (1.866.788.2482) from the venue if you experience problems with your tickets. You must notify StubHub and complete any required forms no later than thirty days after the event.

**Getting the tickets you ordered or better tickets:**

If you receive tickets that are not the same or better than the ones you ordered, notify StubHub immediately. Upon verification by StubHub and depending on when you notify us, StubHub may do any of the following in its sole discretion: provide you with comparable or better replacement tickets; issue you a full refund (including any fees and shipping/handling charges); issue you a partial or full credit or provide FanCodes towards a future purchase. StubHub may require that you return the tickets you received.

**If the event is cancelled or postponed:**

If an event is cancelled and not rescheduled, we will provide you with a full refund (including any fees and shipping/handling charges). We will notify you that the event was cancelled and provide instructions on how to obtain the refund.

If an event is postponed and rescheduled, you may use the tickets on the rescheduled date or, time permitting, list them for sale on StubHub. If replacement tickets are required for entry to the event on the rescheduled date, StubHub will work to obtain replacement tickets for you or provide you a full refund (including any fees and shipping/handling charges). If you cannot attend the event on the rescheduled date, you are encouraged to list the tickets on StubHub. Except when replacement tickets are required, StubHub does not provide refunds for postponed or rescheduled events, partial performances, or venue, date, lineup, or time changes.

Other terms:

- "Comparable or better" replacement tickets are determined by StubHub in its sole discretion based on cost, quality, availability and other factors.

JR - 00613
PRR-2025-0179 B2

- Tickets may include event tickets, parking passes or other items offered for sale on StubHub (unless the listing explicitly exempts the order from the FanProtect Guarantee).
- To receive the benefits of the FanProtect Guarantee, you must comply with the StubHub User Agreement and all policies, guidance and emails we send you regarding your order, including any timelines or procedures to notify StubHub of issues.
- The FanProtect Guarantee does not apply in cases of buyer's remorse or any reason other than the reasons stated in this Guarantee.

**FanProtectTM for Sellers**

Summary of StubHub guarantee to Sellers:

- In most cases, buyers or prospective buyers are not permitted to contact you
- You can adjust your ticket prices any time before they sell
- You will receive payment for all tickets you sell and deliver in accordance with the StubHub User Agreement

**Buyer or prospective buyers won't contact you directly regarding a sale:**

Buyers and prospective buyers are not permitted to contact you unless you consent or it is necessary for the specific transaction. If you are contacted and an exception does not apply, you are encouraged to refer the customer to StubHub Customer Service at customerservice@stubhub.com or 1.866.STUBHUB (1.866.788.2482) for assistance and let us know.

**Setting and adjusting the ticket prices before your tickets sell:**

You set ticket prices. You can adjust the ticket price as often as you desire before your tickets sell. If you cannot adjust pricing for a ticket listing before the tickets have sold, you should contact Customer Service at 1.866.STUBHUB (1.866.788.2482) for assistance. You must be using a supported browser and have Internet connectivity.

**Receiving payment:**

If you sell your tickets and send them in accordance with the StubHub User Agreement, policies, and emails we send you but there is a problem with the delivery that was not caused by your actions or inaction, you will still get paid for the sale.

**If you have not received payment for a ticket sale:**

If you have not received payment for a ticket sale, you should first make sure that the Seller Payment Information provided to StubHub is correct by logging in and going to My Account. If you opted to receive payment by PayPal, the same email address provided in your Seller Payment Contact must also be registered at PayPal. After making any necessary corrections, please allow 2-3 weeks for StubHub to re-issue payment. If the Seller Payment Information is already correct, you should contact Customer Service at 1.866.STUBHUB (1.866.788.2482) for assistance. StubHub will investigate the matter promptly and determine the status of the payment. If your payment has not already been properly processed by StubHub, we will make every effort to do so as quickly as possible. You can always contact Customer Service at any time throughout this process if you have any questions.

**FanProtectTM for Buyers and Sellers**

**Abuse of the FanProtect Guarantee**

StubHub will investigate all claims under the Guarantee and determine resolutions on a case-by-case basis. Such decisions are final. StubHub reserves the right to limit the dollar amount a Buyer or Seller may be awarded and the number of claims a Buyer or Seller may file in a calendar year. StubHub may temporarily or permanently suspend any Buyer or Seller who attempts to abuse the FanProtect Guarantee and may report any such abuse to the appropriate legal authorities.

**Terms and Conditions**

This FanProtect Guarantee is effective as of June 1, 2015. If we change this Guarantee, we will post a revised version of the Guarantee on the Site, which shall automatically replace the terms of this Guarantee. Your use of the Site and the Services following the effective date of the revised Guarantee will constitute your acceptance of the revised Guarantee. If you do not agree with the terms of this Guarantee or any revised version of this Guarantee, do not continue to use the Site or Services.

3/14/2016                                    UPS CampusShip: Shipment Label

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 4001 S DECATUR BLVD | 3540 W SAHARA AVE | 3395 S JONES BLVD |
| LAS VEGAS ,NV 89103 | LAS VEGAS ,NV 89102 | LAS VEGAS ,NV 89146 |

FOLD HERE

---

SH RETURN CENTER
866-784-2482
STUBHUB TKC (CS)
4079 DEAN MARTIN DR
LAS VEGAS NV 89103

SHIP TO:
MS. SARAH E. LAYCOCK
ATTORNEY GENERAL OF WASHINGTON
CONSUMER PROTECTION DIVISION
SUITE 2000
800 FIFTH AVENUE
SEATTLE WA 98104-3188

0.0 LBS    LTR    1 OF 1

WA 981 9-05

UPS NEXT DAY AIR    1

TRACKING #: 1Z E30 R18 01 9167 9583

WKFN750 72.0A 01/2016

BILLING: P/P

Ref #: 1-1705967747
Invoice #: RD

CS 18.0.33.

JR - 00615
PRR-2025-0179 B2

SarLay.100     2/22/2016

C-1stLetter To: bruce@dankberg.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 22, 2016

Bruce Dankberg
20713 NE 8th St
Sammamish, WA 98074

RE: TicketMaster and StubHub
File #: 479705

Dear Bruce Dankberg:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster and StubHub was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center and has been assigned to me for processing. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**479705**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**479705**

SarLay.100        2/22/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 22, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Bruce Dankberg
File #:  479705

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Bruce Dankberg regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. We will provide a copy of your response to the consumer. Please reference the file number 479705 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**479705**

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Bruce Dankberg

Address:
20713 NE 8th St
Sammamish, WA 98074

Day Phone:
(425) 868-9944

Evening Phone:
(206) 854-5758

E-mail Address:
bruce@dankberg.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**479705**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

Item or service purchased:

Cost of item or service:
1,500

Did you sign a contract -

Date of transaction:
02/12/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**479705**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Tried purchasing tickets from Ticketmaster this morning for the March 24th, Bruce Springsteen concert at Key Arena in Seattle. Attempted to purchase tickets within 5 minutes of them going on-sale only to find they were sold out, yet within 15 minutes 1,000 of those tickets were available on Stubhub at over a 400% mark-up. Thus, the tickets I hoped to be able to buy at an average cost of $100 each we now being re-sold at $400 each. How these re-sellers were able to so quickly obtain those tickets and all make them available on Stubhub appears to violate the recent WA SB 5456.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Bruce Dankberg    Date   February 12th, 2016

**479705**

Received via the Internet
City and State where signed Sammamish, WA

**479705**

SarLay.100     2/22/2016

R-1stLetterRevised To: casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 22, 2016

StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

RE:  Bruce Dankberg
File #:  479705

Dear StubHub:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Bruce Dankberg regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. We will provide a copy of your response to the consumer. Please reference the file number 479705 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**479705**

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Bruce Dankberg

Address:
20713 NE 8th St
Sammamish, WA 98074

Day Phone:
(425) 868-9944

Evening Phone:
(206) 854-5758

E-mail Address:
bruce@dankberg.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**479705**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

Item or service purchased:

Cost of item or service:
1,500

Did you sign a contract -

Date of transaction:
02/12/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**479705**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Tried purchasing tickets from Ticketmaster this morning for the March 24th, Bruce Springsteen
concert at Key Arena in Seattle. Attempted to purchase tickets within 5 minutes of them going
on-sale only to find they were sold out, yet within 15 minutes 1,000 of those tickets were
available on Stubhub at over a 400% mark-up. Thus, the tickets I hoped to be able to buy at an
average cost of $100 each we now being re-sold at $400 each. How these re-sellers were able to
so quickly obtain those tickets and all make them available on Stubhub appears to violate the
recent WA SB 5456.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Bruce Dankberg    Date   February 12th, 2016
Received via the Internet

**479705**

City and State where signed Sammamish, WA

**479705**

JR - 00627
PRR-2025-0179 B2

SarLay.100        2/22/2016

From: Dankberg Bruce [mailto:bruce@dankberg.com]
Sent: Monday, February 22, 2016 12:22 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 479705 : A notice from the Washington State Attorney General's Office

Ok, thanks Sarah.  I'll look forward to hearing from you as the process progresses.

B. Regards,
Bruce
Attitude is Everything... Pick a good one !!
Bruce Dankberg
Home: bruce@dankberg.com
Work: bruce.dankberg@guggenheimpartners.com
Home: 425.868.9944
Work: 425.369-8077
GSM: 206.854.5758

**479705**

JR - 00628
PRR-2025-0179 B2

SarLay.100        3/9/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Wednesday, March 09, 2016 7:32 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 479705 : A notice from the Washington State Attorney General's Office

Hello,

Please see the attachment for our response to the complaint from Mr. Dankberg.

Thanks,
Barrett



Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com

**479705**

SarLay.100        3/9/2016

C-ResponseOneRespondentPending To:  bruce@dankberg.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 9, 2016


Bruce Dankberg
20713 NE 8th St
Sammamish, WA 98074


RE:   TicketMaster and StubHub
File #:   479705

Dear Bruce Dankberg:

This letter is to inform you that our office received the enclosed reply from TicketMaster in response to the complaint you filed regarding TicketMaster and StubHub, complaint # 479705.

As of the date of this letter, we have not yet received a response from StubHub. We will continue to monitor your complaint for StubHub's response. If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before March 28, 2016.

Thank you for your patience as we work through the informal complaint resolution process. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure Attached


**479705**

SarLay.100          3/9/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 9, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Bruce Dankberg
File #:  479705

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Bruce Dankberg regarding your business. A copy
of your response was provided to Bruce Dankberg. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**479705**

1-206-464-6684 for out-of-state callers

**479705**

SarLay.100      3/11/2016

R-2ndLetterCourtesyReminder To:  casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 11, 2016

StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

RE:  Bruce Dankberg
File #:  479705

Dear StubHub:

This letter is a courtesy reminder that the requested date for your written response to complaint # 479705 is seven calendar days from the date of this letter. This complaint was filed by Bruce Dankberg regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 479705 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**479705**

COMPLAINT SUMMARY
Consumer Information

Name:
Bruce Dankberg

Address:
20713 NE 8th St
Sammamish, WA 98074

Day Phone:
(425) 868-9944

Evening Phone:
(206) 854-5758

E-mail Address:
bruce@dankberg.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**479705**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

Item or service purchased:

Cost of item or service:
1,500

Did you sign a contract -

Date of transaction:
02/12/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

**479705**

If YES, please explain:

Explain your complaint in detail:
Tried purchasing tickets from Ticketmaster this morning for the March 24th, Bruce Springsteen concert at Key Arena in Seattle. Attempted to purchase tickets within 5 minutes of them going on-sale only to find they were sold out, yet within 15 minutes 1,000 of those tickets were available on Stubhub at over a 400% mark-up. Thus, the tickets I hoped to be able to buy at an average cost of $100 each we now being re-sold at $400 each. How these re-sellers were able to so quickly obtain those tickets and all make them available on Stubhub appears to violate the recent WA SB 5456.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Bruce Dankberg    Date   February 12th, 2016
Received via the Internet
City and State where signed Sammamish, WA

**479705**

SteGro.100     3/15/2016

479705B fro StubHub

**479705**

SarLay.100    3/17/2016

C-ClosingUnadjustedW-Response To:  bruce@dankberg.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 17, 2016


Bruce Dankberg
20713 NE 8th St
Sammamish, WA 98074


RE:  TicketMaster and StubHub
File #:  479705

Dear Bruce Dankberg:

Our office received the enclosed response to your complaint from StubHub. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster and StubHub's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the Small Claims Court in your County if it is appropriate for your complaint.

General information about Small Claims Court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**479705**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure Attached

**479705**

SarLay.100        3/17/2016

R-ClosingW-Response To:  casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 17, 2016


StubHub
199 Fremont St Fl 4
San Francisco, CA 94105


RE:  Bruce Dankberg
File #:  479705

Dear StubHub:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Bruce Dankberg regarding your business. A copy
of your response was provided to Bruce Dankberg. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**479705**

**479705**

JR - 00641
PRR-2025-0179 B2

# Catalyst Report

## Complaint Description

**Description**

Over the past several weeks, I have been privy to details that the Gorge Amphtheatre has been selling tickets to the Dave Matthews Band concert at the Gorge on Friday, Saturday and Sunday, September, 2nd, 3rd and 4th, before these tickets are made to the general public.  They have also been selling these tickets at a higher cost than the actual value of the ticket and calling it VIP seating.  This is both deceptive and misleading to the consumer, who believes that the majority of tickets go on sale to the General Public at a certain time, which was noon today, 2/19/2016.  When tickets went on sale to the general public, there appeared to be NO tickets with seating available to the general public.  This could only happen if the ticket seller, Live Nation, were holding tickets for other vendors or selling these tickets offline at a premium price.  This is deceptive and misleading.  The State of Washington needs to be a leader and stop this company from gauging consumers. Please investigate.

# Catalyst
# Complaint Cover Page

### 480118

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **480118** | | **Status** | **Closed** |
| Date | 2/23/2016 | | **Assignee** | **Laycock, Sarah E** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Timothy Andrew Hogg**<br>**13403 98th Ave NE**<br>**Kirkland, WA  98034** | **(206) 724-8477** | | **timothyhogg@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Live Nation Entertainment Inc**<br>**9348 Civic Ctr Dr**<br>**Beverly Hills, CA  90210** | | **(310) 360-3041** | **(800) 653-8000** | **reply@email.livenat ion.com;ian.putnam @ticketmaster.com** |
| Gorge Amphitheatre<br>754 Silica Rd<br>Quincy, WA  98848 | Javier O'Brien | (509) 785-6262 | | javierobrien@livenat ion.com; dannywilde@livenati on.com |
| TicketMaster<br>1000 Corporate Landing<br>Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv @ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 013 | Misrepresentation of product or service |
| 301 | Failure To Deliver/Perform |

## Activities

**480118**                    1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/23/2016 | Intake Notes | C did not provide an address for co-R's listed. Selected existing entries in Catalyst. |
| 2/26/2016 | Reviewed | Triage 3 due to number of respondents. |
| 2/26/2016 | Email to Complainant | C-1stLetter To:  timothyhogg@gmail.com |
| 2/26/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 2/26/2016 | Form Letter to Respondent | R-1stLetterRevised |
| 2/26/2016 | Form Letter to Respondent | R-1stLetterRevised |
| 3/16/2016 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 3/16/2016 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 3/16/2016 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 3/23/2016 | Email from Complainant | |
| 3/23/2016 | Email to Complainant | C-ThankYouForInformation To: timothyhogg@gmail.com |
| 3/24/2016 | Email from Respondent | See doc 480118A |
| 3/24/2016 | Email to Complainant | C-ResponseOneRespondentUnresolved To: timothyhogg@gmail.com |
| 3/24/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 3/24/2016 | Resolution-UNADJUSTED | |

**480118**                                    2 of 2

JR - 00644
PRR-2025-0179 B2

March 22, 2016

**Via Email**

RE: Timothy Andrew Hogg
File #: 480118

Dear Ms. Laycock:

We are in receipt of the recent complaint submitted to Washington Attorney General's Office by Mr. Timothy Andrew Hogg.  We apologize for the delay in response.  Thank you for bringing his concerns to our attention.

Mr. Hogg wrote to your office following his inability to purchase tickets to Dave Matthews Band ("DMB") at The Gorge on September 2nd, 3rd, and 4th, 2016.  Following the rapid sales of tickets on account of high demand during the onsale process, he has complained to your office accusing Ticketmaster of various improprieties, including selling VIP tickets at prices above face value, not releasing reserved seating for the general public onsale, and diverting inventory to third parties. We empathize with his frustrations, but Ticketmaster is not responsible for the problems he experienced.

When a popular artist like DMB goes on sale, invariably the demand for the finite number of tickets increases dramatically.  This is especially true for DMB's performances at The Gorge, as the band has played more than 50 shows at the venue since 1997, and have set attendance records  with crowds of more than 60,000 people over the three-day period.  When the onsales began, there were thousands of fans attempting to simultaneously purchase tickets across all distribution channels, and tickets sold out quickly.

Please be aware that Ticketmaster made available for sale all DMB tickets provided by our event provider client in the specific manner we were instructed to do so.  By way of background, Ticketmaster acts as an agent and ticket services provider on behalf of our venue, promoter, artist and sports team clients.  Each and every ticket our clients entrust us to distribute is made available for sale in strict compliance with their instructions.  In particular, we do not (1) own the tickets being made available for sale, (2) "hold back" any tickets entrusted to us by our clients, (3) provide preferential access to brokers or others accessing our website,  or (4) "divert" tickets to any ticket brokers, resale websites, or other third parties. To the contrary, we invest considerable resources to thwart those unscrupulous individuals who use automated technology to unfairly and illegally access tickets.

Although Mr. Hogg is correct in his assertion that VIP tickets are priced higher than non-VIP tickets, there is additional cost associated with each package element, which may include premium seat locations, merchandise, or other amenities.

In all candor, this process is as frustrating to us as it apparently is to Mr. Hogg.  We wish it were the case that everyone who wanted to attend a live entertainment event could get tickets and receive their first choice for seat location. Unfortunately, in light of the extremely high level of

demand for some events, not everyone wanting to attend certain events is able to buy a
ticket.  There are only a limited number of tour dates for events, each with a limited seating
capacity, so regrettably this just is not possible.

We appreciate this opportunity to respond to Mr. Hogg's complaint.  Please do not hesitate to
contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

SarLay.100     2/26/2016

C-1stLetter To:  timothyhogg@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 26, 2016

Timothy Andrew Hogg
13403 98th Ave NE
Kirkland, WA 98034

RE:   Live Nation, TicketMaster and Gorge Amphitheatre
File #:   480118

Dear Timothy Andrew Hogg:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding Live Nation, TicketMaster and Gorge Amphitheatre was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center and has been assigned to me for processing. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**480118**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**480118**

SarLay.100     2/26/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 26, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Timothy Andrew Hogg
File #:   480118

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Timothy Andrew Hogg regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. We will provide a copy of your response to the consumer. Please reference the file number 480118 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**480118**

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Timothy Andrew Hogg

Address:
13403 98th Ave NE
Kirkland, WA 98034

Day Phone:
(206) 724-8477

Evening Phone:

E-mail Address:
timothyhogg@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**480118**

Name of business that I am complaining about:
Live Nation

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848

Item or service purchased:

Cost of item or service:
$0.00

Did you sign a contract -

Date of transaction:
2/19/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**480118**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Over the past several weeks, I have been privy to details that the Gorge Amphtheatre has been
selling tickets to the Dave Matthews Band concert at the Gorge on Friday, Saturday and Sunday,
September, 2nd, 3rd and 4th, before these tickets are made to the general public. They have also
been selling these tickets at a higher cost than the actual value of the ticket and calling it VIP
seating. This is both deceptive and misleading to the consumer, who believes that the majority
of tickets go on sale to the General Public at a certain time, which was noon today, 2/19/2016.
When tickets went on sale to the general public, there appeared to be NO tickets with seating
available to the general public. This could only happen if the ticket seller, Live Nation, were
holding tickets for other vendors or selling these tickets offline at a premium price. This is
deceptive and misleading. The State of Washington needs to be a leader and stop this company
from gauging consumers. Please investigate.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with

**480118**

the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Timothy Hogg     Date   02/19/2016
Received via the Internet
City and State where signed Kirkland, Wa

**480118**

SarLay.100     2/26/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

February 26, 2016

Live Nation
9348 Civic Center Dr
Beverly Hills, CA 90210

RE:  Timothy Andrew Hogg
File #:  480118

Dear Live Nation:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Timothy Andrew Hogg regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. We will provide a copy of your response to the consumer. Please reference the file number 480118 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**480118**

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Timothy Andrew Hogg

Address:
13403 98th Ave NE
Kirkland, WA 98034

Day Phone:
(206) 724-8477

Evening Phone:

E-mail Address:
timothyhogg@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Live Nation

**480118**

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848

Item or service purchased:

Cost of item or service:
$0.00

Did you sign a contract -

Date of transaction:
2/19/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**480118**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Over the past several weeks, I have been privy to details that the Gorge Amphtheatre has been selling tickets to the Dave Matthews Band concert at the Gorge on Friday, Saturday and Sunday, September, 2nd, 3rd and 4th, before these tickets are made to the general public. They have also been selling these tickets at a higher cost than the actual value of the ticket and calling it VIP seating. This is both deceptive and misleading to the consumer, who believes that the majority of tickets go on sale to the General Public at a certain time, which was noon today, 2/19/2016. When tickets went on sale to the general public, there appeared to be NO tickets with seating available to the general public. This could only happen if the ticket seller, Live Nation, were holding tickets for other vendors or selling these tickets offline at a premium price. This is deceptive and misleading. The State of Washington needs to be a leader and stop this company from gauging consumers. Please investigate.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Timothy Hogg    Date    02/19/2016

**480118**

Received via the Internet
City and State where signed Kirkland, Wa

**480118**

JR - 00658
PRR-2025-0179 B2

SarLay.100        2/26/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

February 26, 2016

Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848

RE: Timothy Andrew Hogg
File #: 480118

Dear Gorge Amphitheatre:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Timothy Andrew Hogg regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. We will provide a copy of your response to the consumer. Please reference the file number 480118 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**480118**

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Timothy Andrew Hogg

Address:
13403 98th Ave NE
Kirkland, WA 98034

Day Phone:
(206) 724-8477

Evening Phone:

E-mail Address:
timothyhogg@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Live Nation

**480118**

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848

Item or service purchased:

Cost of item or service:
$0.00

Did you sign a contract -

Date of transaction:
2/19/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**480118**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Over the past several weeks, I have been privy to details that the Gorge Amphtheatre has been selling tickets to the Dave Matthews Band concert at the Gorge on Friday, Saturday and Sunday, September, 2nd, 3rd and 4th, before these tickets are made to the general public. They have also been selling these tickets at a higher cost than the actual value of the ticket and calling it VIP seating. This is both deceptive and misleading to the consumer, who believes that the majority of tickets go on sale to the General Public at a certain time, which was noon today, 2/19/2016. When tickets went on sale to the general public, there appeared to be NO tickets with seating available to the general public. This could only happen if the ticket seller, Live Nation, were holding tickets for other vendors or selling these tickets offline at a premium price. This is deceptive and misleading. The State of Washington needs to be a leader and stop this company from gauging consumers. Please investigate.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Timothy Hogg    Date    02/19/2016

**480118**

Received via the Internet
City and State where signed Kirkland, Wa

**480118**

JR - 00663
PRR-2025-0179 B2

SarLay.100     3/16/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

March 16, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Timothy Andrew Hogg
File #:  480118

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 480118 is seven calendar days from the date of this letter. This complaint was filed by Timothy Andrew Hogg regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 480118 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY

**480118**

Consumer Information

Name:
Timothy Andrew Hogg

Address:
13403 98th Ave NE
Kirkland, WA 98034

Day Phone:
(206) 724-8477

Evening Phone:

E-mail Address:
timothyhogg@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Live Nation

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

**480118**

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848

Item or service purchased:

Cost of item or service:
$0.00

Did you sign a contract -

Date of transaction:
2/19/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**480118**

Explain your complaint in detail:

Over the past several weeks, I have been privy to details that the Gorge Amphtheatre has been selling tickets to the Dave Matthews Band concert at the Gorge on Friday, Saturday and Sunday, September, 2nd, 3rd and 4th, before these tickets are made to the general public. They have also been selling these tickets at a higher cost than the actual value of the ticket and calling it VIP seating. This is both deceptive and misleading to the consumer, who believes that the majority of tickets go on sale to the General Public at a certain time, which was noon today, 2/19/2016. When tickets went on sale to the general public, there appeared to be NO tickets with seating available to the general public. This could only happen if the ticket seller, Live Nation, were holding tickets for other vendors or selling these tickets offline at a premium price. This is deceptive and misleading. The State of Washington needs to be a leader and stop this company from gauging consumers. Please investigate.

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Timothy Hogg    Date   02/19/2016

Received via the Internet

City and State where signed Kirkland, Wa

**480118**

SarLay.100     3/16/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

March 16, 2016


Live Nation
9348 Civic Center Dr
Beverly Hills, CA 90210


RE:  Timothy Andrew Hogg
File #:   480118

Dear Live Nation:

This letter is a courtesy reminder that the requested date for your written response to complaint # 480118 is seven calendar days from the date of this letter. This complaint was filed by Timothy Andrew Hogg regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 480118 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure



COMPLAINT SUMMARY
Consumer Information

**480118**

Name:
Timothy Andrew Hogg

Address:
13403 98th Ave NE
Kirkland, WA 98034

Day Phone:
(206) 724-8477

Evening Phone:

E-mail Address:
timothyhogg@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Live Nation

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

**480118**

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848

Item or service purchased:

Cost of item or service:
$0.00

Did you sign a contract -

Date of transaction:
2/19/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**480118**

Explain your complaint in detail:

Over the past several weeks, I have been privy to details that the Gorge Amphtheatre has been selling tickets to the Dave Matthews Band concert at the Gorge on Friday, Saturday and Sunday, September, 2nd, 3rd and 4th, before these tickets are made to the general public. They have also been selling these tickets at a higher cost than the actual value of the ticket and calling it VIP seating. This is both deceptive and misleading to the consumer, who believes that the majority of tickets go on sale to the General Public at a certain time, which was noon today, 2/19/2016. When tickets went on sale to the general public, there appeared to be NO tickets with seating available to the general public. This could only happen if the ticket seller, Live Nation, were holding tickets for other vendors or selling these tickets offline at a premium price. This is deceptive and misleading. The State of Washington needs to be a leader and stop this company from gauging consumers. Please investigate.

What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Timothy Hogg    Date   02/19/2016
Received via the Internet
City and State where signed Kirkland, Wa

**480118**

SarLay.100      3/16/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

March 16, 2016


Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848


RE:   Timothy Andrew Hogg
File #:   480118

Dear Gorge Amphitheatre:

This letter is a courtesy reminder that the requested date for your written response to complaint # 480118 is seven calendar days from the date of this letter. This complaint was filed by Timothy Andrew Hogg regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 480118 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure



COMPLAINT SUMMARY
Consumer Information

**480118**

Name:
Timothy Andrew Hogg

Address:
13403 98th Ave NE
Kirkland, WA 98034

Day Phone:
(206) 724-8477

Evening Phone:

E-mail Address:
timothyhogg@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Live Nation

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

**480118**

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
Gorge Amphitheatre
754 Silica Rd
Quincy, WA 98848

Item or service purchased:

Cost of item or service:
$0.00

Did you sign a contract -

Date of transaction:
2/19/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**480118**

Explain your complaint in detail:

Over the past several weeks, I have been privy to details that the Gorge Amphtheatre has been selling tickets to the Dave Matthews Band concert at the Gorge on Friday, Saturday and Sunday, September, 2nd, 3rd and 4th, before these tickets are made to the general public. They have also been selling these tickets at a higher cost than the actual value of the ticket and calling it VIP seating. This is both deceptive and misleading to the consumer, who believes that the majority of tickets go on sale to the General Public at a certain time, which was noon today, 2/19/2016. When tickets went on sale to the general public, there appeared to be NO tickets with seating available to the general public. This could only happen if the ticket seller, Live Nation, were holding tickets for other vendors or selling these tickets offline at a premium price. This is deceptive and misleading. The State of Washington needs to be a leader and stop this company from gauging consumers. Please investigate.

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Timothy Hogg    Date    02/19/2016

Received via the Internet

City and State where signed Kirkland, Wa

**480118**

SarLay.100     3/23/2016

From: Danny Wilde [mailto:DannyWilde@LiveNation.com]
Sent: Tuesday, March 22, 2016 3:53 PM
To: ATG MI CRC Complaint Processing
Subject: complaint # 480118

Attn. Sarah Laycock

Hi Sarah,

Regards the above referenced complaint, it is my understanding that Ticketmaster has responded to you regards this complaint. Ticketmaster are the ticket sellers for the Gorge, there is a corporate relationship between Live Nation, The Gorge and Ticketmaster and therefore their response would be considered responding on behalf of the Gorge also.

Kindest Regards

Danny


Danny Wilde
SVP Amphitheatre Operations – NW
754 Silica Rd, George, WA 98848
509 785 6262
The Gorge & White River Amphitheatres

**480118**

JR - 00676
PRR-2025-0179 B2

SarLay.100        3/23/2016

C-ThankYouForInformation To: timothyhogg@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 23, 2016


Timothy Andrew Hogg
13403 98th Ave NE
Kirkland, WA 98034


RE:  Live Nation, TicketMaster and Gorge Amphitheatre
File #:  480118

Dear Timothy Andrew Hogg:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your correspondence dated 3/22/2016 regarding Gorge Amphitheatre and
TicketMaster.

As of the date of this letter, we have not yet received a response from TicketMaster, Gorge
Amphitheatre, or Live Nation. We will continue to monitor your complaint for a response. If the
business does not respond, or your complaint is not resolved through our informal complaint
resolution service, your complaint will be closed. However, you will be notified of additional
options and resources that may be available to assist you in the event you wish to pursue the
matter further.

We will contact you regarding the status of your complaint on or before 4/1/2016.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices. We may open a formal investigation or take enforcement action
pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that
further action is warranted. It is our policy to neither confirm nor deny the existence of an
ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce
that to the public through a press release or on our website at http://www.atg.wa.gov.

Consumer complaints are public records and are available to the public for copying or
inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

**480118**

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**480118**

SarLay.100        3/24/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Tuesday, March 22, 2016 8:41 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 480118 : A notice from the Washington State Attorney General's Office

Hello,

Please see the attachment for our response to the complaint from Mr. Hogg.

Barrett



Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**480118**

SarLay.100     3/24/2016

C-ResponseOneRespondentUnresolved To:  timothyhogg@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 24, 2016


Timothy Andrew Hogg
13403 98th Ave NE
Kirkland, WA 98034


RE:   Live Nation, TicketMaster and Gorge Amphitheatre
File #:   480118

Dear Timothy Andrew Hogg:

This letter is to inform you that our office received the enclosed reply from TicketMaster in response to the complaint you filed regarding Live Nation, TicketMaster and Gorge Amphitheatre, complaint # 480118. Based on the response from TicketMaster we are closing your complaint.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel a business to respond or to make an adjustment in resolution of a dispute. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the Small Claims Court in your County if it is appropriate for your complaint.

General information about Small Claims Court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

**480118**

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

As of the date of this letter, we have not yet received a response from Live Nation or Gorge Amphitheatre. If Live Nation or Gorge Amphitheatre sends us a response in the future, we will add it to your complaint as a public record and we will send you a copy for your information.

Consumer complaints provide valuable information our office uses to identify patterns of unfair or deceptive trade practices that may warrant enforcement of the Consumer Protection Act. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure Attached

**480118**

SarLay.100     3/24/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 24, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Timothy Andrew Hogg
File #:  480118

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Timothy Andrew Hogg regarding your business. A copy of your response was provided to Timothy Andrew Hogg. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**480118**

1-206-464-6684 for out-of-state callers

**480118**

JR - 00683
PRR-2025-0179 B2

# Catalyst Report

## Complaint Description

**Description**

Go to the website for iHeartRadio, at http://www.iheart.com/, and access the link titled "Terms of Use" (http://news.iheart.com/legal/terms/), located near the bottom of the home page.  On the "Terms of Use" web page, the section titled "Indemnification" states "You agree to indemnify and hold harmless iHeartMedia, its subsidiaries, agents, distributors and affiliates, and their officers, directors and employees from and against any and all claims, actions, demands, liabilities, costs and expenses, including, without limitation, reasonable attorneys' fees, resulting from your breach of any provision of this Agreement, the Additional Terms, or any warranty you provide herein, or otherwise arising in any way out of your use of this iHeartMedia Site and any related iHeartMedia Internet Service and/or software. You agree to cooperate fully with iHeartMedia in asserting any available defenses in connection with a claim subject to indemnification by you under this Agreement."

# Catalyst
# Complaint Cover Page

### 478410

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **478410** | **Status** | **Closed** |
| Date | 1/21/2016 | **Assignee** | **Hatcher, Sandra M** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 541800-Advertising & Related Services (includes coupon bo | Amount Disputed | $0.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Eric  Samuelson**<br>**3306 Gregory Ave**<br>**Yakima, WA  98902-4820** | **(509) 494-4333** | | **dibdublin@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **iHeartMedia Inc**<br>**200 E Basse Rd**<br>**San Antonio, TX  78209** | | **(210) 822-2828** | | |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 999 | Other/Miscellaneous |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/26/2016 | Reviewed | Triage level 4:  Outside scope of services because the information provided in the complaint description is insufficient to provide ICR services, information, resources, or a referral. |
| 1/26/2016 | Email to Complainant | C-OutsideScopeofServices To: dibdublin@gmail.com |
| 1/26/2016 | Resolution-CLOSED INQUIRY/INFORMATION | |

JR - 00685
PRR-2025-0179 B2

Terms of Use | iHeartRadio                                                                    1/20/16, 2:34 AM

 iHeartRADIO    For You    Live Radio    Artist Radio    Genres    More ⌄

Home » Articles » Legal » Terms of Use

# Terms of Use

      Permalink

Versión en Español

## Quick Guide to Contents

- I. MOBILE DEVICES
- II. CHANGES TO THIS AGREEMENT
- III. PRIVACY AND PROTECTION OF PERSONAL INFORMATION
- IV. ACCOUNTS, SECURITY
- V. USER CODE OF CONDUCT
- VI. FEES
- VII. DISCLAIMER OF WARRANTIES
- VIII. EXCEPTIONS
- IX. LIMITATIONS ON LIABILITY
- X. INDEMNIFICATION
- XI. MODIFICATION/TERMINATION BY IHEARTMEDIA
- XII. LINKS
- XIII. SOFTWARE AND DOWNLOADS AVAILABLE THROUGH THIS SITE
- XIV. INTERNATIONAL USE/U.S. EXPORT CONTROLS
- XV. THIRD-PARTY MERCHANTS
- XVI. ADVERTISEMENTS, SPONSORSHIPS, CO-PROMOTIONS AND OTHER PARTNERSHIPS
- XVII. EVENTS
- XVIII. INTERACTIVE SERVICES AND USER MATERIALS
- XIX. SUBSCRIPTION SERVICES
- XX. PREMIUM SERVICES
- XXI. CONTESTS/SWEEPSTAKES
- XXII. GENERAL
- XXIII. COPYRIGHT AND TRADEMARK NOTICE

This site or application is owned or managed by iHeartMedia, Inc. ("iHeartMedia") and is part of the iHeartMedia family of companies, which includes other quality entertainment brands such as broadcast and Internet radio stations, Clear Channel Outdoor, iHeartMedia, and the Premiere Networks, each of which operates or manages one or more websites or applications (each a "iHeartMedia Site," and collectively the "iHeartMedia Sites"). iHeartMedia provides this iHeartMedia Site and related services for your personal non-commercial use only and subject to your compliance with this Terms of Use Agreement (the "Agreement"). Please read this Agreement carefully before using this iHeartMedia Sites. Your use of this iHeartMedia Sites constitutes your acceptance to be bound by this Agreement without limitation, qualification or change. If at any time you do not accept all the terms and conditions of this Agreement, you must immediately discontinue use of this iHeartMedia Site. This Agreement sets forth iHeartMedia's policies with respect to its operation of the iHeartMedia Sites. Other policies govern iHeartMedia's non-Internet operations.

Certain products or services offered by this and/or other iHeartMedia Sites (each a "iHeartMedia Internet Service," and collectively "iHeartMedia Internet Services"), and certain areas within this and/or other iHeartMedia Sites may be governed by additional terms ("Additional Terms") presented in conjunction with those products or services. You must agree to those Additional Terms before using those areas or iHeartMedia Internet Services. The Additional Terms and this Agreement, taken together, shall apply to your use of those areas or iHeartMedia Internet Services. In the event of an irreconcilable inconsistency between the Additional Terms and this Agreement, the Additional Terms shall control.

YOU MAY NOT USE ANY IHEARTMEDIA SITE FOR ANY PURPOSE THAT IS UNLAWFUL OR PROHIBITED BY THIS AGREEMENT AND/OR ANY APPLICABLE ADDITIONAL TERMS. YOUR ACCESS TO ANY IHEARTMEDIA SITE MAY BE TERMINATED IMMEDIATELY IN IHEARTMEDIA'S SOLE DISCRETION, WITH OR WITHOUT NOTICE, IF YOU FAIL TO COMPLY WITH ANY PROVISIONS OF THIS AGREEMENT AND/OR ANY APPLICABLE ADDITIONAL TERMS, OR FOR ANY OTHER REASON, OR NO REASON.

By using this iHeartMedia Site, you are representing and warranting that: (a) you are a legal resident of the United States; (b) you are at or above the legal age of majority in your jurisdiction of residence; (c) you own or have sufficient authorization to use the computer, mobile device, technology or other device you use to access this iHeartMedia Site (collectively, "Device"); and (d) you will access and use this iHeartMedia Site in accordance with this Agreement.
Some parts of this iHeartMedia Site may contain adult content intended for people who are at or above the legal age of majority in their jurisdiction of residence. By viewing this adult content, you are representing that you are at or above such legal age of majority and that the content is acceptable to you. Filtering software is commercially available which can be used to exclude content that is not acceptable to you. This software may prevent the display of all or portions of the iHeartMedia Site content.

## Mobile Devices

If permitted or available through the applicable iHeartMedia Internet Service, to (a) upload content to this iHeartMedia Site via your mobile device and/or tablet, (b) receive and reply to messages, or to access or make posts using text messaging, (c) browse this iHeartMedia Site from your mobile device and/or (d) to access certain features through a mobile application you have downloaded and installed on your mobile device (collectively the "Mobile Services"), you must have a mobile communications subscription (or have the consent of the applicable subscriber) with a participating carrier or otherwise have access to a mobile communications network for which

JR - 00686
PRR-2025-0179 B2

iHeartMedia makes the iHeartMedia Internet Service available as well as any carrier services necessary to download content, and pay any service fees associated with any such access (including text messaging charges for each text message you send and receive on your mobile device). In addition, you must provide all equipment and software necessary to connect to the iHeartMedia Internet Service, including, but not limited to, if this iHeartMedia Site contains a mobile element, a mobile hand set or other mobile access device that is in working order and suitable for use in connection with the iHeartMedia Internet Service and to use any part of that Service. You are responsible for ensuring that your equipment and/or software does not disturb or interfere with iHeartMedia's or this iHeartMedia Site's operations or the iHeartMedia Internet Service. Any equipment or software causing interference will be immediately disconnected from the iHeartMedia Internet Service and iHeartMedia will have the right to immediately terminate this Agreement. If any upgrade in or to the iHeartMedia Internet Service requires changes in your equipment or software (including the operating system for your Device), you must effect these changes at your own expense. Unless explicitly stated otherwise, any new or additional features that augment or enhance the current iHeartMedia Internet Service, including the release of new products and services, will be subject to the terms and conditions of this Agreement. You agree to follow and comply with any applicable laws in your use of the iHeartMedia Internet Service.

## Changes to This Agreement

iHeartMedia reserves the right, in its sole discretion, to modify, alter, or otherwise change this Agreement and/or the Additional Terms at any time. iHeartMedia will provide notice of such change on this iHeartMedia Site. Please review this Agreement and/or Additional Terms periodically for changes. Your continued use of this iHeartMedia Site and/or iHeartMedia Internet Service constitutes your acceptance and agreement to be bound by these changes without limitation, qualification or change. If at any time you do not accept these changes, you must immediately discontinue use of this iHeartMedia Site and/or the iHeartMedia Internet Service to which the changes may apply.

## Privacy and Protection of Personal Information

iHeartMedia has developed a Privacy Statement in order to inform you of its practices with respect to the collection, use, disclosure and protection of personal information. You can find the Privacy Statement, which is incorporated into this Agreement, by clicking here, and by using this iHeartMedia Site you agree to the terms of the Privacy Statement.

## Accounts, Security, Passwords

If a particular iHeartMedia Site or iHeartMedia Internet Service requires you to open an account, you must complete the specified registration process by providing us with current, complete, and accurate information as requested by the applicable online registration form. It is your responsibility to maintain the currency, completeness, and accuracy of your registration data and any loss caused by your failure to do so is your responsibility. After you have fully completed the registration form, you may be asked to choose a password and a user name. It is entirely your responsibility to maintain the confidentiality of your password and account. Additionally, you are entirely responsible for any and all activities that occur under your account. You agree to notify iHeartMedia immediately of any unauthorized use of your account. iHeartMedia is not liable for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. You may cancel your account by delivering notice in the manner provided in the Additional Terms governing the particular iHeartMedia Internet Service.

## User Code of Conduct

In accessing and using this iHeartMedia Site and/or the iHeartMedia Internet Services, you agree that you will not:

- Deliver any unsolicited advertisement, promotional materials, junk email, bulk email (also known as "spam"), chain letters, surveys or contests, or solicit participation in any pyramid schemes (unless it is on a page that explicitly states that such postings are allowed on that page).
- Deliver any unlawful (according to local, state, federal, or international law or regulation) postings to or through this iHeartMedia Site, or any postings which advocate illegal activity.
- Deliver, or provide links to, any postings containing material that could be considered harmful, obscene, pornographic, indecent, lewd, violent, abusive, profane, insulting, threatening, harassing, hateful or otherwise objectionable.
- Deliver, or provide links to, any postings containing material that harasses, victimizes, degrades, or intimidates an individual or group of individuals on the basis of religion, race, ethnicity, sexual orientation, gender, age, or disability.
- Deliver, or provide links to, any postings containing defamatory, false or libelous material.
- Deliver any posting that infringes or violates any intellectual property or other right of any entity or person, including, without limitation, copyrights, patents, trademarks, laws governing trade secrets, rights to privacy, or publicity.
- Deliver any posting to that you do not have a right to make available under law or contractual or fiduciary relationships.
- Impersonate another person or entity or falsely state or otherwise misrepresent your affiliation with a person or entity, or adopt a false identity if the purpose of doing so is to mislead, deceive, or defraud another.
- Manipulate identifiers, including by forging headers, in order to disguise the origin of any posting that you deliver.
- Deliver any posting containing personal information, such as phone numbers, social security numbers, account numbers, addresses or employer references.
- Use this iHeartMedia service in any manner which could damage, disable, overburden, or impair or otherwise interfere with the use of this iHeartMedia Site or other users' Devices, or cause damage, disruption or limit the functioning of any software, hardware, or telecommunications equipment.
- Attempt to gain unauthorized access to this iHeartMedia Site, any related website, other accounts, computer system, or networks connected to this iHeartMedia Site, through hacking, password mining, or any other means.
- Obtain or attempt to obtain any materials or information through any means not intentionally made available through this iHeartMedia Site, including harvesting or otherwise collecting information about others such as email addresses.

JR - 00687
PRR-2025-0179 B2

## Fees

Except where otherwise provided, access to and use of this iHeartMedia Site and the iHeartMedia Internet Services offered through it are currently available without charge. iHeartMedia reserves the right to charge a fee for access to or use of this iHeartMedia Site, or any iHeartMedia Internet Service available on this iHeartMedia Site at any time in the future. Your access to or use of this iHeartMedia Site before such time does not entitle you to use of this iHeartMedia Site without charge in the future.

## Disclaimer of Warranties

YOUR USE OF, AND RELIANCE ON, ANY ADVICE OR INFORMATION OBTAINED FROM OR THROUGH THIS IHEARTMEDIA SITE AND/OR IHEARTMEDIA INTERACTIVE SERVICE IS AT YOUR OWN RISK. ALL CONTENT, INCLUDING SOFTWARE, PRODUCTS, SERVICES, INFORMATION, TEXT AND RELATED GRAPHICS CONTAINED WITHIN OR AVAILABLE THROUGH THIS IHEARTMEDIA SITE OR IHEARTMEDIA INTERACTIVE SERVICE ARE PROVIDED TO YOU ON AN "AS IS," "AS AVAILABLE" BASIS. IHEARTMEDIA MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS IHEARTMEDIA SITE OR THE INFORMATION, CONTENT OR MATERIALS INCLUDED ON THIS IHEARTMEDIA SITE. TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, IHEARTMEDIA DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY OR SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANLIKE EFFORT, INFORMATIONAL CONTENT, TITLE, OR NON-INFRINGEMENT OF THE RIGHTS OF THIRD PARTIES. IHEARTMEDIA DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS THAT THIS IHEARTMEDIA SITE WILL OPERATE ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, OR THAT THIS IHEARTMEDIA SITE AND/OR ITS SERVER WILL BE FREE OF VIRUSES AND/OR OTHER HARMFUL COMPONENTS. IHEARTMEDIA DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING SUITABILITY, AVAILABILITY, ACCURACY, RELIABILITY, COMPLETENESS, OR TIMELINESS OF ANY MATERIAL OF ANY KIND CONTAINED WITHIN THIS IHEARTMEDIA SITE FOR ANY PURPOSE, INCLUDING SOFTWARE, PRODUCTS, SERVICES, INFORMATION, TEXT AND RELATED GRAPHICS CONTENT.

IHEARTMEDIA IS NOT RESPONSIBLE FOR ANY FAILURES CAUSED BY SERVER ERRORS, MISDIRECTED OR REDIRECTED TRANSMISSIONS, FAILED INTERNET CONNECTIONS, INTERRUPTIONS IN THE TRANSMISSION OR RECEIPT OF TICKET ORDERS OR IHEARTMEDIA INTERACTIVE SERVICES, OR ANY COMPUTER VIRUS OR OTHER TECHNICAL DEFECT, WHETHER HUMAN OR TECHNICAL IN NATURE.

## Exceptions

SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER, EXCLUSION OR LIMITATION OF CERTAIN WARRANTIES, LIABILITIES AND DAMAGES, SO SOME OF THE ABOVE DISCLAIMERS, EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IN SUCH JURISDICTIONS, IHEARTMEDIA'S LIABILITY WILL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

## Limitations on Liability

In no event shall iHeartMedia, its subsidiaries, affiliates, distributors, suppliers, licensors, agents or others involved in creating, sponsoring, promoting, or otherwise making available this iHeartMedia Site and its contents, be liable to any person or entity whatsoever for any direct, indirect, incidental, special, compensatory, consequential, or punitive damages or any damages whatsoever, including but not limited to: (i) loss of goodwill, profits, business interruption, data or other intangible losses; (ii) your inability to use, unauthorized use of, performance or non-performance of this iHeartMedia Site; (iii) unauthorized access to or tampering with your personal information or transmissions; (iv) the provision or failure to provide any service; (v) errors or inaccuracies contained on this iHeartMedia Site or any information, software, products, services, and related graphics obtained through this iHeartMedia Site; (vi) any transactions entered into through this iHeartMedia Site; (vii) any property damage including damage to your Device or computer system caused by viruses or other harmful components, during or on account of access to or use of this iHeartMedia Site or any site to which it provides hyperlinks; or (viii) damages otherwise arising out of the use of this iHeartMedia Site and iHeartMedia Internet Services. The limitations of liability shall apply regardless of the form of action, whether based on contract, tort, negligence, strict liability or otherwise, even if iHeartMedia has been advised of the possibility of damages.

## Indemnification

You agree to indemnify and hold harmless iHeartMedia, its subsidiaries, agents, distributors and affiliates, and their officers, directors and employees from and against any and all claims, actions, demands, liabilities, costs and expenses, including, without limitation, reasonable attorneys' fees, resulting from your breach of any provision of this Agreement, the Additional Terms, or any warranty you provide herein, or otherwise arising in any way out of your use of this iHeartMedia Site and any related iHeartMedia Internet Service and/or software. You agree to cooperate fully with iHeartMedia in asserting any available defenses in connection with a claim subject to indemnification by you under this Agreement.

## Modification/Termination by iHeartMedia

iHeartMedia reserves the right, in its sole discretion, to modify, suspend, or terminate this iHeartMedia Site and/or any portion thereof, including any iHeartMedia Internet Service, and/or your account, password, or use of any iHeartMedia Internet Service, or any portion thereof, at any time for any reason with or without notice to you.

Termination of your account for a iHeartMedia Internet Service removes your authorization to use the iHeartMedia Internet Service. In the event of termination, you will still be bound by your obligations under this Agreement and any Additional Terms, including the warranties made by you, and by the disclaimers and limitations of liability. Additionally, iHeartMedia shall not be liable to you or any third party for any termination of your access to a iHeartMedia Internet Service.hall not be liable to you or any third party for any termination of your access to a iHeartMedia Internet Service.

JR - 00688
PRR-2025-0179 B2

## Links

This iHeartMedia Site may contain links to websites, applications or other services operated by third parties (the "Linked Sites"). iHeartMedia does not monitor or control the Linked Sites and makes no representations regarding, and is not liable or responsible for the accuracy, completeness, timeliness, reliability or availability of, any of the content uploaded, displayed, or distributed, or products, or services available at the Linked Sites. If you choose to access any third-party site (including any Linked Site), you do so at your own risk, and your use of that site is subject to its own terms of use and privacy policy, which you should review. The presence of a link to a third-party site does not constitute or imply iHeartMedia's endorsement, sponsorship, or recommendation of the third party or of the content, products, or services contained on, or available through, the site.

## Software and Downloads Available Through This Site

Any software that is made available to access, use, view and/or download in connection with a iHeartMedia Site or iHeartMedia Internet Service ("Software"), including applications, podcasts, audio streaming, or video streaming, is owned or controlled by iHeartMedia and/or licensors, affiliates and suppliers and is protected by copyright laws and international treaty provisions. Your use of the Software is limited to private, non-commercial use and is governed by the terms of the end user license agreement, if any, which accompanies or is included with the Software. iHeartMedia accepts no responsibility or liability in connection with any Software owned or controlled by third parties..

## International Use/U.S. Export Controls

Accessing materials on this iHeartMedia Site by certain persons in certain countries may not be lawful, and iHeartMedia makes no representation that materials on this iHeartMedia Site are appropriate or available for use in locations outside the United States. If you choose to access this iHeartMedia Site from outside the United States, you do so at your own risk and initiative, and are responsible for compliance with any applicable local laws.

The United States controls the export of any software downloadable from this iHeartMedia Site. No software or any other materials associated with this iHeartMedia Site may be downloaded or otherwise exported or re-exported to countries or persons prohibited under export control laws, including but not limited to countries against which the United States has embargoed goods, or to anyone on the U.S. Treasury Department list of Specially Designated Nationals and Blocked Persons or the U.S. Commerce Department's Table of Deny Orders. You are responsible for compliance with the laws of your local jurisdiction regarding the import, export, or re-export of any such materials. By using and/or downloading any such materials from a iHeartMedia Site, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country to which such import, export, or re-export is prohibited or are not a person or entity to which such export is prohibited.

## Third-Party Merchants

This iHeartMedia Site may enable you to order and receive products, information and services from businesses that are not owned or operated by iHeartMedia. The purchase, payment, warranty, guarantee, delivery, maintenance, and all other matters concerning the merchandise, services or information, opinion or advice ordered or received from such businesses are solely between you and such businesses. iHeartMedia does not endorse, warrant, or guarantee such products, information, or services, and is not liable for the accuracy, completeness, or usefulness of such information or the quality of availability of such products or services. iHeartMedia will not be a party to or in any way responsible for monitoring any transaction between you and third-party providers of such products, services, or information, or for ensuring the confidentiality of your credit card information. Any separate charges or obligations you incur in your dealings with these third parties are your responsibility and are not part of the fee, if any, charged for the iHeartMedia Internet Service.

## Advertisements, Sponsorships, Co-Promotions and Other Partnerships

iHeartMedia may display advertisements for the goods and services of a third party on the iHeartMedia Sites, including in connection with co-promotions, sponsorships and other similar partnership arrangements. iHeartMedia does not endorse or represent and is not responsible for the safety, quality, accuracy, reliability, integrity or legality of any such goods or services advertised, promoted or displayed on this iHeartMedia Site.

## Events

You may be invited or asked to attend iHeartMedia-sponsored events or events held by other members and users of this iHeartMedia Site which are not in any way associated with iHeartMedia at various locations throughout the United States (collectively, "Events"). Your participation in any Events is at your own risk and you agree to release and hold iHeartMedia, its subsidiaries, agents, distributors and affiliates, and their officers, directors and employees harmless from and against any and all claims, actions, demands, liabilities, costs and expenses, including, without limitation, any injury or death to you or your minor children or wards, resulting from attending the Events or participation in any activities available at the Events. You also agree that we may film and record any of the Events sponsored by iHeartMedia in which you or your minor children or wards participate and you hereby agree that such films and recordings shall be owned by iHeartMedia and we may use your or your minor children or wards' name, likeness, voice, performance and other activities in which you or your minor children or wards engage for any advertising, promotional or other lawful purpose in any and all media now or hereafter known throughout the world in perpetuity without notice, approval or compensation to you or any third party.

## Interactive Services and User Materials

This iHeartMedia Site may offer certain iHeartMedia Internet Services having interactive components such as bulletin boards, chat rooms, blogs, and forums (collectively, "iHeartMedia Interactive Services"). Additional Terms may cover iHeartMedia Internet Services, which appear on the pages where these services are available, in addition to the general terms provided below. The selection of available iHeartMedia Internet Services may change from time to time in iHeartMedia's sole discretion. You may participate in the iHeartMedia Interactive Service by completing the registration form where one is provided.

JR - 00689
PRR-2025-0179 B2

**User Materials**

iHeartMedia does not control and is not responsible for any notes, messages, billboard postings, ideas, suggestions, concepts or other material, or files delivered to iHeartMedia by you or other users (collectively, "User Materials"). iHeartMedia is not obligated to and does not regularly review, prescreen, monitor, delete, or edit User Materials. However, iHeartMedia reserves the right to do so at any time in its sole discretion, for any reason or no reason, and to refuse, delete, move or edit any User Materials, in whole or in part, with or without notice. iHeartMedia is not responsible or liable for damages of any kind arising from any User Materials even when iHeartMedia is advised of the possibility of such damages, or from iHeartMedia's alteration or deletion of any User Materials.

You are solely responsible and liable for all User Materials delivered to iHeartMedia, whether via your account, this iHeartMedia Site, email, or any other method. Any violation of these provisions can subject your iHeartMedia account to immediate termination and, possibly, further legal action. You represent and warrant that you own or otherwise control any and all rights in and to the User Materials and that public posting and use of the User Materials by iHeartMedia will not infringe or violate the rights of any third party in any manner.

By emailing, submitting, transmitting, posting, uploading, modifying or otherwise providing any User Material to iHeartMedia, whether solicited or unsolicited, you are granting iHeartMedia and its designees a royalty-free, fully paid, non-exclusive, irrevocable, perpetual, unrestricted, worldwide license to reproduce, publish, transmit, perform, display, sublicense, create derivative works from and otherwise use such User Material for any purpose, including, without limitation, advertising and promotional purposes, alone or as a part of other works in any form, media or technology now or hereafter known. No credit, approval or compensation is due to you for any such use of User Materials you may submit. iHeartMedia also has the right, but not the obligation, to use your username (and real name, image, likeness or other identifying information, if provided in connection with User Materials), city and state in connection with broadcast, print, online or other use or publication of your User Materials. Please note that any User Material you submit is and will be treated as non-confidential and non-proprietary as to you, unless specifically stated otherwise in our Privacy Statement.

The information and opinions expressed in User Materials appearing on this iHeartMedia Site are not necessarily those of iHeartMedia or its content providers, advertisers, sponsors, affiliated or related entities, and iHeartMedia makes no representations or warranties regarding that information or those opinions, and expressly disclaims any responsibility for User Materials. iHeartMedia does not represent or guarantee the truthfulness, accuracy, or reliability of any User Materials or determine whether the User Materials violate the rights of others, and iHeartMedia has no control over whether such User Materials are of a nature that you or other users might find offensive, distasteful or otherwise unacceptable. You acknowledge that any reliance on any User Materials submitted by other users will be at your own risk, including any reliance on the accuracy, completeness or usefulness of such User Materials. You acknowledge that this iHeartMedia Site is "public," and in addition to the license granted to iHeartMedia, other users will have access to your User Materials and might copy, modify or distribute them.

If you are aware of any User Material on this iHeartMedia Site which violates these Terms, please contact us at support@iheartradio.com. Please provide as much detail as possible, including a copy of the underlying material, the location where iHeartMedia may find it, and the reason such User Material should be removed. Please note that filing a complaint will not guarantee its removal, iHeartMedia will only remove User Materials if iHeartMedia believes the measure is necessary, in our sole discretion. To the extent any notice is based on an alleged copyright violation, please follow in the instructions set forth in the section entitled "Copyright Infringement." Other than those we specifically request, we do not accept or consider unsolicited creative materials, ideas or suggestions either via this iHeartMedia Site, email or other means. This is to avoid any misunderstandings if your ideas are similar to those we have developed or obtained independently. However, if you do still transmit to us, via this iHeartMedia Site, email or otherwise, any unsolicited communication or material, you will be deemed to have granted to us the same rights as are set out in this section with respect to User Materials. Without limitation thereof, you agree that iHeartMedia, our affiliates and our licensees are free to use any ideas, concepts, know-how or techniques contained in any communication you send to us for any purpose whatsoever including, but not limited to, developing, manufacturing and marketing products, services and content using such information, without any credit, notice, approval or compensation to you.

**Referral Programs and "Forward to a Friend" Opportunities**

The iHeartMedia Site may offer referral programs that permit you to submit information about other persons (each, a "Referred Person"), including, without limitation, U.S.-based email addresses, mobile telephone numbers, names, street addresses and other contact information so they may receive information and/or promotional offers concerning the iHeartMedia Internet Service. You may only refer persons with whom you have a personal relationship. You must have obtained the consent of the Referred Person prior to providing us with his or her contact information. We reserve the right to limit the number of Referred Persons you can submit. We reserve the right to limit the number of transmissions to any particular Referred Person from time to time. You may not withdraw the contact information you provide for a Referred Person once it has been submitted. A Referred Person must be a permanent, legal resident of the continental United States, at least 18 years old (or 19 years old if a resident of Alabama or Nebraska, or 21 years old if a resident of Mississippi), and be able to register for the iHeartMedia Internet Service, or otherwise use the iHeartMedia Internet Service. The contact information for a Referred Person must be valid and functioning in order for us to contact him or her about the iHeartMedia Internet Service. We will not be responsible for validating the contact information you provide. We may elect NOT to communicate with any Referred Person and/or e-mail address if he/she/it appears to be on any of our "do not contact" or "do not e-mail" lists. In addition, we reserve the right to reject the participation of any Referred Person if (a) the contact information provided by you is incorrect or not valid, (b) such individual has violated any provision of these terms or conditions, or (c) we determine in our sole discretion that the participation of such individual might be harmful to us, this iHeartMedia Site, any iHeartMedia Internet Service, or any third party for any reason. We specifically disclaim any liability for exercising such right.

We may, at our discretion, send you a confirmation using any means available through the iHeartMedia Internet Service, including email, text and other forms of messaging, to inform you that the Referred Person has registered

for the iHeartMedia Internet Service. If we send the confirmation to you via the carrier service with which you have a mobile communications subscription or otherwise have access, you understand you will pay any service fees associated with any such access (including text messaging charges in connection with messages to your mobile device). If you misuse any referral program or otherwise engage in improper behavior with respect to a referral program, as we determine in our sole discretion, we reserve the right to discontinue the iHeartMedia Internet Service to you. We may from time to time offer incentives or rewards in connection with a referral program, and any such incentive or reward programs shall be subject to Additional Terms which will be posted at the time such programs become available and will be deemed incorporated into, and subject to, this Agreement. We reserve the right, in our sole discretion, to suspend, temporarily or permanently, or cease to provide any and all referral programs without notice, reason or liability.

If you are using the iHeartMedia Internet Service to communicate to a Referred Person (or any third party), you agree not to use such iHeartMedia Internet Service to harm the Referred Person or any other third party, and/or use such iHeartMedia Internet Service in violation of any applicable laws, rules or regulations or the terms and conditions of this Agreement.

**Voting/Rating Features**

For any voting/rating features that are available on this iHeartMedia Site, you must follow instructions on this iHeartMedia Site to submit your votes/ratings, including any restrictions set forth with respect to limitations on voting/rating. Votes/ratings received from you in excess of any stated limitation will be disqualified. Payment or other consideration in exchange for votes/ratings is prohibited. Votes/ratings generated by script, macro or other automated means or any other means intended to impact the integrity of the voting/rating process as determined by us may be void. iHeartMedia assumes no responsibility for incorrect/inaccurate voting/rating information or for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to, or alteration of, votes/ratings. We may, at our discretion, modify, terminate, or suspend the voting/rating or void any vote/rating should a virus, bug, non-authorized human intervention, action of voter/rater, or other cause corrupt or impair the administration, security, or fairness of the voting/rating. We reserve the right, in our sole discretion, to disqualify any individual it finds to be violating these terms, tampering with the voting/rating process, or acting in an unsportsmanlike or improper manner and void all associated votes/ratings. Our decisions with respect to all aspects of any voting/rating element are final and binding, but not limited to, with respect to the tallying of votes/ratings and the invalidation or disqualification of any suspected votes/ratings or voters/raters. You may also be given the opportunity to participate in voting/rating features in a third party application or feature (such as one of our social media partners like Facebook or Twitter), in which case your participation in such features will be subject to the terms and conditions governing that third party application or feature.

## Subscription Services

This iHeartMedia Site may offer certain iHeartMedia Subscription Services such as newsletters and Real Simple Syndication ("RSS") feeds (collectively "iHeartMedia Subscription Services"). By registering for a iHeartMedia Subscription Service, you will be subject to any charges and rules set forth in the description of that service which may or may not be reflected in Additional Terms.

## Premium Services

Some iHeartMedia Internet Services on this iHeartMedia Site, including certain iHeartMedia Interactive and Subscription Services, may be offered to you conditioned on your payment of a fee (each, a "iHeartMedia Premium Service"). By using the iHeartMedia Premium Service, you will be subject to any charges and rules set forth in the Additional Terms for that service, in addition to the general terms provided below. You may register for by completing the applicable registration form.

**Member Account and Password**

You are responsible for any membership name and password that is associated with your account during registration. If this premium service does not recognize your device from a previous sign-in, you will be asked for information that will help us to identify your registration. It is your responsibility to maintain the confidentiality of your password, if one is established. You are entirely responsible for any and all activities that occur under your account, and agree to notify us immediately of any unauthorized use of your account.

**Charges for Premium Service**

iHeartMedia will provide notice of any charges, or extra charges, before you register for or enter a premium area. You are responsible for any charges for premium content incurred by your account. We are not liable for any loss that you may incur as a result of someone else using your password or account, whether with or without your knowledge.

In the event that you pay for a premium service by credit card, you authorize us to charge your credit card account by registering for the service and providing us with your credit card information. You warrant to us that the credit card information that you provide us is correct and is your account.

**Limited to Personal and Non-Commercial Use**

Any premium service is for your personal and non-commercial use only. You may not modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell any information, software, products obtained from this premium service without our prior written consent. You may inquire about obtaining written permission from us to display or reproduce material from this iHeartMedia Site by writing:

IP Permission
Legal Department
iHeartMedia, Inc.
200 East Basse Road, Suite 100
San Antonio, TX 78209

JR - 00691
PRR-2025-0179 B2

1/20/16, 2:34 AM

By Facsimile: (210) 832-3149
By Email: IPPermission@iheartmedia.com

**Cancellation**

You may cancel your membership in this premium service at any time by contacting us using the contact information provided on this premium service. In the event that you have paid a fee to register on this iHeartMedia Site and you cancel before the end of your membership period, we will not return any portion of your membership fee provided that you will be entitled to continue accessing the applicable iHeartMedia Site until the end of your membership period.

We reserve the right to terminate your access to this premium service or any portion thereof at any time, without notice. Upon such termination, we shall return the unused pro-rata portion of your membership fee on a 52-week pro-rated basis to you within ninety (90) days of the termination of your access to this service.

**Service Contact**

You may email your requests for customer service through the contact information provided on the home page of the applicable premium service.

**Contests/Sweepstakes**

Any sweepstakes, contests, games and/or promotional offers accessible on this iHeartMedia Site are governed by specific rules and/or terms and conditions. By entering a sweepstakes or contests or participating in such games or promotional offers available on this iHeartMedia Site, you will be subject to those rules and/or terms and conditions. It is critical that you read the applicable rules and/or or terms and conditions, which are linked from the particular page or activity. To the extent of any conflict between those rules and/or terms and conditions and these Terms, the rules and/or terms and conditions for the sweepstakes, game or promotional offer will govern, but only to the extent of the conflict. Any sweepstakes, contests, games and/or promotional offers made available or advertised on third party sites accessible from this iHeartMedia Site (such as those of social media partners like Facebook and Twitter), in addition to being subject to the specific rules and/or terms and conditions applicable to your participation in such feature(s) on this iHeartMedia Site, will also be subject to the rules and/or terms and conditions applicable to your participation in such feature(s) on those third party sites.

**General**

This Agreement and any Additional Terms shall be governed by, construed and enforced in accordance with the laws of the State of New York, as it is applied to agreements entered into and to be performed entirely within such state, without regard to conflict of law principles. You agree that any and all disputes, claims and causes of action arising out of, or connected with, this Agreement and/or the Additional Terms, or in connection with any matters related to this iHeartMedia Site and/or the Privacy Statement, shall be resolved individually, without resort to any form of class action, exclusively in either the state or Federal courts located in New York County, New York. You agree to submit to the personal jurisdiction of the courts of the State of New York for any cause of action arising out of this Agreement. You agree to file any cause of action with respect to this Agreement within one year after the cause of action arises. You agree that a cause of action filed after this date is barred.

If any provision of this Agreement, or the application thereof to any person or circumstances, is held invalid or for any reason, unenforceable including, but not limited to, the warranty disclaimers and liability limitations, then such provision shall be deemed superseded by a valid, enforceable provision that matches, as closely as possible, the original provision, and the other provisions of this Agreement shall remain in full force and effect. The failure of either party to insist upon strict performance of any provision of this Agreement shall not be construed as a waiver of any provision or right. Unless expressly provided otherwise, this Agreement is the entire agreement between you and iHeartMedia with respect to the use of this iHeartMedia Site and shall not be modified except in writing, signed by an authorized representative of iHeartMedia.

If you have any questions concerning this Agreement, you may send them by email to support@iheartradio.com. You must send any official correspondence via postal mail to:

Legal Department
ATTN: iHeartMedia Sites Terms of Use
iHeartMedia, Inc.
200 E. Basse Road, Suite 100
San Antonio, Texas 78209

# Copyright & Trademark Notice
## Use of Intellectual Property

The iHeartMedia Site, and all of its contents, including but not limited to articles, other text, photographs, images, illustrations, graphics, video material, audio material, including musical compositions and sound recordings, software, iHeartMedia logos, titles, characters, names, graphics and button icons (collectively "Intellectual Property"), are protected by copyright, trademark and other laws of the United States, as well as international conventions and the laws of other countries. The Intellectual Property is owned or controlled by iHeartMedia or by other parties that have provided rights thereto to iHeartMedia.

You may not, and agree that you will not, reproduce, download, license, publish, enter into a database, display, modify, create derivative works from, transmit, post, distribute or perform publicly by any means, method, or process now known or later developed, decompile, reverse engineer, disassemble, use on another computer-related environment, transfer or sell any Intellectual Property, information, software or products obtained from or through this iHeartMedia Site, in whole or in part, without the express written permission of iHeartMedia.

JR - 00692
PRR-2025-0179 B2

Other trademarks, service marks, product names and company names or logos appearing on this iHeartMedia Site that are not owned by iHeartMedia may not be used without express permission from their owners.

Additionally, unless otherwise expressly permitted, websites may not link, whether by hyperlink or otherwise, to any page beyond the homepage of this iHeartMedia Site, or frame this iHeartMedia Site, or any web page or material herein, nor may any entity include a link to any aspect of this iHeartMedia Site in an email for commercial purposes, without the express written permission of iHeartMedia. Further, unless otherwise expressly permitted, you agree not to link to iHeartMedia's Intellectual Property so as to cause you or anyone else to access iHeartMedia's Intellectual Property other than through this iHeartMedia Site.

You may inquire about obtaining permission by writing:

IP Permission
Legal Department
iHeartMedia, Inc.
200 East Basse Road, Suite 100
San Antonio, TX 78209

By Facsimile: (210) 832-3149
By Email: IPPermission@iheartmedia.com

## Copyright Infringement

iHeartMedia respects the intellectual property rights of third parties, and complies with the terms of the Digital Millennium Copyright Act (DMCA) regarding such rights. By submitting any material or photographs through this iHeartMedia Site, you are granting permission to have this material posted on this iHeartMedia Site, and are representing that you are the rightful owner of the submitted material, and that no one else may claim rights to this material. iHeartMedia reserves the right to remove access to infringing material. Such actions do not affect or modify any other rights iHeartMedia may have under law or contract. You can find our procedures for providing notice of alleged copyright infringement below.

## Procedure for Making Claim of Copyright Infringement

If you believe that your work has been copied in a way that constitutes copyright infringement, you should send written notification thereof, in accordance with the provisions of the Digital Millennium Copyright Act, to our Designated Agent, who can be reached as follows:

By mail:

DMCA Designated Agent
c/o Legal Department
iHeartMedia, Inc.
200 East Basse Road, Suite 100
San Antonio, TX 78209

By Facsimile: (210) 832-3149
By Email: dmca@iheartmedia.com

Pursuant to 17 U.S.C. § 512(c), to be effective, the Notification must include the following:

- (i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- (ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
- (iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit iHeartMedia to locate the material.
- (iv) Information reasonably sufficient to permit iHeartMedia to contact the complaining party, such as an address, telephone number, and, if available, an email address.
- (v) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.
- (vi) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

This process only relates to reporting a claim of copyright infringement. Messages related to other matters will not receive a response through this process.

This Agreement was last modified on December 14, 2015.

TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE | EEO PUBLIC FILE
iHeartRadio - GET THE FREE RADIO APP | GENERAL CONTEST GUIDELINES | ADVERTISE WITH US | PHILANTHROPY
© 2016 iHeartMedia, Inc.

SanHat.100     1/26/2016

C-OutsideScopeofServices To: dibdublin@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 26, 2016

Eric Samuelson
3306 Gregory Ave
Yakima, WA 98902-4820

RE: iHeartMedia Inc
File #: 478410

Dear Eric Samuelson:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office. We received your complaint regarding iHeart Media, Inc.. Your complaint was reviewed and determined to be outside the parameters of the informal complaint resolution services provided by our Consumer Resource Center. Your complaint was closed accordingly.

The following information and resources may be of assistance to you regarding the issues presented in your complaint.

Your complaint was determined to be outside the parameters of the informal complaint resolution services because the information you provided in your complaint description is insufficient to provide our informal complaint resolution service. Additionally, the information is insufficient for our office to determine other appropriate agencies or resources regarding your complaint.

The primary function of the Consumer Protection Division is to enforce the Consumer Protection Act RCW 19.86. We will retain a copy of your complaint as a public record. Public records are subject to disclosure pursuant to the Public Records Act RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SANDRA M. HATCHER
Consumer Resource Center Unit Supervisor

**478410**

Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**478410**

JR - 00695
PRR-2025-0179 B2

# Catalyst Report

## Complaint Description

**Description**

I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET SELLERS--INTERNET SALES-- UNAUTHORIZED INTERFERENCE.  I also believe the "reseller sites"  knowingly allow bot users who obtain large numbers of tickets to resale them on their sites, while claiming no part in it.

The minute tickets went on sale tickets were almost completely sold out and now a bunch of online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case of many fans I have talked with.  I managed to eventually get 2 tickets nowhere near each other, but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in pairs seated together.

I started seeing adds online before ticket sales even started and have seen many more since.  I have been seen many adds on Craigslist from reseller sites.  How is it possible that the ordinary consumer who is in the ticket queue the minute sale open can not get a pair of seats together or even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots to out maneuver consumers with an unfair advantage only to turn around and raise the prices and resell them.  Cheap tickets that were $75 in the upper levels are now being sold for over $100, lower level seats being sold for $145 are not going for much more.

Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket company, but they are helping people sell bulk numbers of tickets, more like a front for those using bots to buy their tickets.  Have attached just a same of their page where the ticket list just keeps going.

Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx?event_id=2739150  same issue as with Encoretickets above.

TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two sites above.

Something needs to be done to insure the law is being enforced to protect the consumers of Washington state.

# Catalyst
# Complaint Cover Page

## 478735

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **478735** | **Status** | **Closed** |
| Date | 1/27/2016 | **Assignee** | **Holbrook, Ruth E** |
| Location | Bellingham - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $323.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Diane Webb**<br>**20221 Aurora Ave N #430**<br>**Shoreline, WA  98133** | **(206) 629-5444** | | diane.webbheath@gmail.com |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| BigStub.com<br>, | | (888) 292-8495 | | customersupport@bigstub.com |
| EncoreTicketStore.com<br>96 Harding Ave<br>Clifton, NJ  07011 | | (877) 686-5370 | | customersupport@mytickettracker.com |
| TicketMayor<br>4010 Crescent Point<br>Carlsbad, CA  92008 | | (866) 830-6631 | | customersupport@ticketmayor.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 006 | Insufficient Quantity/Sale |
| 203 | Internet & Mobile device based transaction |

## Activities

**478735**                                          1 of 3

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/27/2016 | Intake Notes | C did not provide addresses for all Rs. Existing entries selected for: TicketMaster and BigStub.com. Located contact info for TicketMayor.com on R's website. Unable to locate an address for EncoreTicketStore.com. |
| 1/28/2016 | Reviewed | Triage 4: Requires custom letter explaining complaint monitoring in addition to ICR. |
| 1/29/2016 | Reviewed | Found and added contact information for EncoreTicketStore.com on their website. |
| 1/29/2016 | Email to Respondent | R-1st LetterRevised To: consumersupportwv@ticketmaster.com |
| 1/29/2016 | Email to Respondent | R-1st LetterRevised To: customersupport@bigstub.com |
| 1/29/2016 | Correspondence Error | Did not include the attachments in the two previous emails to R. |
| 1/29/2016 | Email to Respondent | R-1st LetterRevised To: consumersupportwv@ticketmaster.com |
| 1/29/2016 | Email to Respondent | R-1st LetterRevised To: customersupport@bigstub.com |
| 1/29/2016 | Email to Respondent | R-1st LetterRevised To: customersupport@ticketmayor.com |
| 1/29/2016 | Email to Respondent | R-1st LetterRevised To: customersupport@mytickettracker.com |
| 1/29/2016 | Email to Complainant | C-1stLetter To:  diane.webbheath@gmail.com |
| 2/10/2016 | Email from Respondent | TicketMaster, attachment is document D. |
| 2/10/2016 | Email to Complainant | C-ResponseOneRespondentPending To: diane.webbheath@gmail.com |
| 2/16/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: customersupport@bigstub.com |
| 2/16/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: customersupport@ticketmayor.com |
| 2/16/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: customersupport@mytickettracker.com |
| 2/18/2016 | Email from Respondent | Ticketmayor |
| 2/19/2016 | Email to Complainant | C-ResponseOneRespondentPending To: diane.webbheath@gmail.com |
| 3/3/2016 | Email to Complainant | C-ClosingNoResponse To: diane.webbheath@gmail.com |
| 3/3/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 3/3/2016 | Email to Respondent | R-ClosingW-Response To: customersupport@ticketmayor.com |
| 3/3/2016 | Email to Respondent | R-Closing-wNOResponse To: customersupport@bigstub.com |

**478735**                          2 of 3

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/3/2016 | Email to Respondent | R-Closing-wNOResponse To: customersupport@mytickettracker.com |
| 3/3/2016 | Resolution-UNADJUSTED | |

**478735**                                    3 of 3

JR - 00699
PRR-2025-0179 B2







JR - 00702
PRR-2025-0179 B2

























February 10, 2016

**Bob Ferguson**
**ATTORNEY GENERAL OF WASHINGTON**
**Consumer Protection Division**
**103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187**

RE: Diane Webb
File #: 478735

Dear Ms. Holbrook:

We are in receipt of the recent correspondence submitted to the Consumer Protection Division of the Washington Office of the Attorney General by Ms. Diane Webb. Ms. Webb has complained to your office following her inability to purchase tickets to AC/DC, and that afterwards she noticed that tickets were available for resale on third party sites at prices above face value. We welcome this opportunity to explain how tickets are distributed.

The resale sites Ms. Webb mentions in her complaint are not affiliated with Ticketmaster in any way, and we don't profit or otherwise benefit from purchases made through unaffiliated third parties. Ticketmaster does understand the frustration of not being able to get tickets at the moment of the onsale, only to see tickets show up on resale web-sites. While this may seem common, the fact is that the vast majority of tickets end up in the hands of fans eager to attend the event. When a well-known and talented group like AC/DC schedules live performances, invariably the demand for the finite number of tickets increases dramatically. This was clearly demonstrated in this instance.

Each and every ticket our clients entrust us to distribute was made available for sale in strict compliance with their instructions. In particular, we do not (1) own the tickets being made available for sale, (2) "hold back" any tickets entrusted to us by our clients, (3) provide preferential access to brokers or others accessing our website, or (4) "divert" tickets to any ticket brokers or resale websites. To the contrary, we invest considerable resources to thwart those unscrupulous individuals who use automated technology to unfairly and illegally access tickets. When high-demand events like this are placed on our system, consumer demand overwhelms ticket supply and our inventory of tickets can be depleted within minutes (note that our systems can process and sell thousands of ticket orders within minutes).

It is always possible for a limited number of tickets to become available after an on-sale. Sometimes the venue or promoter will release additional tickets after an event has been taken off sale. Also, in the course of processing orders, we may find accounts that are over the ticket limit, need payment or do not have the correct billing address. In these cases, the order may be cancelled and the seats released back into the system for sale. Therefore, it is possible for additional seats to become available after the initial on sale.

Thank you for the opportunity to respond and address her concerns. Please contact us if you have further questions or concerns.

Sincerely,

Barrett Justice
Escalations Manager

JR - 00716
PRR-2025-0179 B2

RutHol.100     1/29/2016

R-1st LetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


January 29, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Diane Webb
File #:  478735

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Diane Webb regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. We will provide a
copy of your response to the consumer. Please reference the file number 478735 in your
response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**478735**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**478735**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

**478735**

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as
with Encoretickets above.
TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two

**478735**

sites above.

Something needs to be done to insure the law is being enforced to protect the consumers of Washington state.

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Diane Webb   Date   1/26/2016

Received via the Internet

City and State where signed Shoreline, WA

**478735**

RutHol.100     1/29/2016

R-1st LetterRevised To:  customersupport@bigstub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


January 29, 2016


BigStub.com
(888) 292-8495


RE:  Diane Webb
File #:  478735

Dear BigStub.com:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Diane Webb regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. We will provide a copy of your response to the consumer. Please reference the file number 478735 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**478735**

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

**478735**

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

**478735**

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as
with Encoretickets above.
TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two
sites above.
Something needs to be done to insure the law is being enforced to protect the consumers of

**478735**

Washington state.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Diane Webb    Date   1/26/2016
Received via the Internet
City and State where signed Shoreline, WA

**478735**

RutHol.100     1/29/2016

R-1st LetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


January 29, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Diane Webb
File #:  478735

Dear Consumer Support:

Please disregard our previous email as it did not include the attachments provided with the
complaint.

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Diane Webb regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. We will provide a
copy of your response to the consumer. Please reference the file number 478735 in your
response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit

**478735**

additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**478735**

JR - 00728
PRR-2025-0179 B2

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

**478735**

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.

**478735**

Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as with Encoretickets above.

TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two sites above.

Something needs to be done to insure the law is being enforced to protect the consumers of Washington state.

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Diane Webb    Date   1/26/2016

Received via the Internet

City and State where signed Shoreline, WA

**478735**

JR - 00731
PRR-2025-0179 B2

RutHol.100          1/29/2016

R-1st LetterRevised To:  customersupport@bigstub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


January 29, 2016


BigStub.com
(888) 292-8495


RE:  Diane Webb
File #:  478735

Dear BigStub.com:

Please disregard our previous email as it did not include the attachments provided with the complaint.

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Diane Webb regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. We will provide a copy of your response to the consumer. Please reference the file number 478735 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any

**478735**

complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**478735**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

**478735**

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as
with Encoretickets above.

**478735**

TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two sites above.
Something needs to be done to insure the law is being enforced to protect the consumers of Washington state.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Diane Webb    Date   1/26/2016
Received via the Internet
City and State where signed Shoreline, WA

478735

JR - 00736
PRR-2025-0179 B2

RutHol.100        1/29/2016

R-1st LetterRevised To:  customersupport@ticketmayor.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

January 29, 2016

TicketMayor
4010 Crescent Point
Carlsbad, CA 92008

RE:  Diane Webb
File #:  478735

Dear TicketMayor:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Diane Webb regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. We will provide a
copy of your response to the consumer. Please reference the file number 478735 in your
response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**478735**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:

**478735**

TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

**478735**

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as
with Encoretickets above.
TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two
sites above.

**478735**

Something needs to be done to insure the law is being enforced to protect the consumers of Washington state.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Diane Webb    Date   1/26/2016
Received via the Internet
City and State where signed Shoreline, WA

**478735**

RutHol.100      1/29/2016

R-1st LetterRevised To:  customersupport@mytickettracker.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

January 29, 2016

EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

RE:  Diane Webb
File #:  478735

Dear EncoreTicketStore.com:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Diane Webb regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. We will provide a
copy of your response to the consumer. Please reference the file number 478735 in your
response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**478735**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:

**478735**

TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

**478735**

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as
with Encoretickets above.
TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two
sites above.

**478735**

Something needs to be done to insure the law is being enforced to protect the consumers of Washington state.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Diane Webb    Date   1/26/2016
Received via the Internet
City and State where signed Shoreline, WA

**478735**

JR - 00746
PRR-2025-0179 B2

RutHol.100      1/29/2016

C-1stLetter To:  diane.webbheath@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


January 29, 2016


Diane Webb
20221 Aurora Ave N #430
Shoreline, WA 98133


RE:  TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com
File #:  478735

Dear Diane Webb:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center and has been assigned to me for processing.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted. It is our policy to neither confirm nor deny the existence of an ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce that to the public through a press release or on our website at http://www.atg.wa.gov.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
Our informal complaint resolution process is not an investigation; it is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We are prohibited by Washington State law from providing legal advice or representing either party.

**478735**

The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the businesses with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the businesses within 14 calendar days, a courtesy reminder will be sent to the business reminding them that their response is due within the next 7 calendar days. If the businesses do not respond to our request, our office cannot compel the business to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the businesses do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**478735**

RutHol.100     2/10/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Wednesday, February 10, 2016 7:13 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 478735 : A notice from the Washington State Attorney General's Office

Hello,

Please see the attachment for our response to the complaint from Ms. Webb.  We appreciate
your patience and apologize for any delay in response.

Thanks,
Barrett

Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
Phone: 3043576147 Cell: 3044445648
1000 Corporate Landing Charleston, WV 25311

**478735**

JR - 00749
PRR-2025-0179 B2

RutHol.100      2/10/2016

C-ResponseOneRespondentPending To:  diane.webbheath@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

February 10, 2016

Diane Webb
20221 Aurora Ave N #430
Shoreline, WA 98133

RE:   TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com
File #:   478735

Dear Diane Webb:

This letter is to inform you that our office received the enclosed reply from  TicketMaster in
response to the complaint you filed regarding TicketMaster, BigStub.com, TicketMayor and
EncoreTicketStore.com, complaint # 478735.

As of the date of this letter, we have not yet received a response from BigStub.com,
TicketMayor and EncoreTicketStore.com. We will continue to monitor your complaint for
responses from BigStub.com, TicketMayor and EncoreTicketStore. If the business does not
respond, or your complaint is not resolved through our informal complaint resolution service,
your complaint will be closed. However, you will be notified of additional options and resources
that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before March 3rd, 2016.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**478735**

Enclosure

**478735**

JR - 00751
PRR-2025-0179 B2

RutHol.100    2/16/2016

R-2ndLetterCourtesyReminder To:  customersupport@bigstub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

February 16, 2016

BigStub.com
(888) 292-8495

RE:  Diane Webb
File #:  478735

Dear BigStub.com:

This letter is a courtesy reminder that the requested date for your written response to complaint # 478735 is seven calendar days from the date of this letter. This complaint was filed by Diane Webb regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 478735 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
**478735**

Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

**478735**

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -


**478735**

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as
with Encoretickets above.
TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two
sites above.
Something needs to be done to insure the law is being enforced to protect the consumers of
Washington state.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the

**478735**

information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Diane Webb    Date   1/26/2016
Received via the Internet
City and State where signed Shoreline, WA

**478735**

JR - 00756
PRR-2025-0179 B2

RutHol.100        2/16/2016

R-2ndLetterCourtesyReminder To:  customersupport@ticketmayor.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


February 16, 2016


TicketMayor
4010 Crescent Point
Carlsbad, CA 92008


RE:   Diane Webb
File #:   478735

Dear TicketMayor:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 478735 is seven calendar days from the date of this letter. This complaint was filed by Diane
Webb regarding your business. Our practice is to send a courtesy reminder to provide you with
the opportunity to respond in a timely manner.

Please include the file # 478735 with your written response. You may respond by email, fax, or
U.S. mail. If you have already sent your response, please accept our thanks for your attention to
this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**478735**

COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:

**478735**

(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

**478735**

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the "reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other, but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary consumer who is in the ticket queue the minute sale open can not get a pair of seats together or even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots to out maneuver consumers with an unfair advantage only to turn around and raise the prices and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over $100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket company, but they are helping people sell bulk numbers of tickets, more like a front for those using bots to buy their tickets. Have attached just a same of their page where the ticket list just keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as with Encoretickets above.
TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two sites above.
Something needs to be done to insure the law is being enforced to protect the consumers of Washington state.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

**478735**

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Diane Webb    Date   1/26/2016

Received via the Internet

City and State where signed Shoreline, WA

**478735**

JR - 00761
PRR-2025-0179 B2

RutHol.100      2/16/2016

R-2ndLetterCourtesyReminder To:  customersupport@mytickettracker.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


February 16, 2016


EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011


RE:  Diane Webb
File #:  478735

Dear EncoreTicketStore.com:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 478735 is seven calendar days from the date of this letter. This complaint was filed by Diane
Webb regarding your business. Our practice is to send a courtesy reminder to provide you with
the opportunity to respond in a timely manner.

Please include the file # 478735 with your written response. You may respond by email, fax, or
U.S. mail. If you have already sent your response, please accept our thanks for your attention to
this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.


Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**478735**

COMPLAINT SUMMARY
Consumer Information

Name:
Diane Webb

Address:
20221 Aurora Ave N #430
Shoreline, WA 98133

Day Phone:
(206) 629-5444

Evening Phone:

E-mail Address:
diane.webbheath@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:

**478735**

(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
BigStub.com
(888) 292-8495
TicketMayor
4010 Crescent Point
Carlsbad, CA 92008
EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

Item or service purchased:

Cost of item or service:
323.00

Did you sign a contract -

Date of transaction:
12/19/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

**478735**

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I believe that the AC/DC ticket sales where interfered with by ticket bots and I would like it
investigated as I believe the law was broken ENGROSSED HOUSE BILL 1091, TICKET
SELLERS--INTERNET SALES--UNAUTHORIZED INTERFERENCE. I also believe the
"reseller sites" knowingly allow bot users who obtain large numbers of tickets to resale them on
their sites, while claiming no part in it.
The minute tickets went on sale tickets were almost completely sold out and now a bunch of
online ticket agencies are selling blocks of tickets that the ordinary consumer, like myself
couldn't even get a pair of tickets seated together for the show or no tickets at all as in the case
of many fans I have talked with. I managed to eventually get 2 tickets nowhere near each other,
but had to frantically do so in almost no time and now resellers are selling hundreds of tickets in
pairs seated together.
I started seeing adds online before ticket sales even started and have seen many more since. I
have been seen many adds on Craigslist from reseller sites. How is it possible that the ordinary
consumer who is in the ticket queue the minute sale open can not get a pair of seats together or
even a single ticket but ticket agencies have bulk quantities of tickets unless they are using bots
to out maneuver consumers with an unfair advantage only to turn around and raise the prices
and resell them. Cheap tickets that were $75 in the upper levels are now being sold for over
$100, lower level seats being sold for $145 are not going for much more.
Resellers I have seen are:
EncoreTicketStore.com hundreds and hundreds of tickets, they claim to not be the ticket
company, but they are helping people sell bulk numbers of tickets, more like a front for those
using bots to buy their tickets. Have attached just a same of their page where the ticket list just
keeps going.
Bigstub.com: http://www.bigstub.com/ac-dc-tickets.aspx - event_id=2739150 same issue as
with Encoretickets above.
TicketMayor.com http://www.ticketmayor.com/searchticket/2739150 same as the other two
sites above.
Something needs to be done to insure the law is being enforced to protect the consumers of
Washington state.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

**478735**

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Diane Webb    Date   1/26/2016
Received via the Internet
City and State where signed Shoreline, WA

**478735**

LeonaH     2/18/2016

From: Customer Care [mailto:customercare@ticketmayor.com]
Sent: Wednesday, February 17, 2016 4:58 AM
To: ATG MI CRC Complaint Processing
Subject: Complaint # 478735

Hi,

TicketMayor does not control the prices of tickets on our system nor are we a vendor of record of the tickets, we simply list the tickets offered by brokers and make a match between buyer and seller who conduct the transaction between each other without the involvement of TicketMayor. A user is free to search around for alternate providers at any time. Price discrepancy is an unfortunate side effect of the ticket industry overall - where artists and venues are more interested in "selling out" than market-pricing tickets. So they offload risk to brokers, who buy tickets, and in over 50% of all cases end up losing money on the tickets they buy at that "face value". Again, though, this is really an issue for the broker, not TicketMayor. We stand by our product and our offerings, we do not rip anyone off, and we are sorry complainant feels that tickets are overpriced. If it is any consolation, it's very unlikely that they are. The list price may have been was quoted, but that does not mean tickets were actually available for that price - per my explanation above.

Again, we are sorry complainant's experience didn't meet with her expectations, but we do not control these prices, and it is always in the consumer's best interest and option to search around, especially when it is so easy on the internet. We imagine you will find our prices are equal to or better than the true market rate for tickets anywhere online. If complainant has purchased tickets from our site and can provide us with more information (Order ID, Tickets Confirmation Email, Event name and date, Buyer full name and email ID used for the purchase) regarding the tickets, we can help trace the exact order and address specific complaint if any.

Best,
Team TicketMayor

**478735**

RutHol.100     2/19/2016

C-ResponseOneRespondentPending To:  diane.webbheath@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

February 19, 2016

Diane Webb
20221 Aurora Ave N #430
Shoreline, WA 98133

RE:  TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com
File #:  478735

Dear Diane Webb:

This letter is to inform you that our office received the enclosed reply from TicketMayor in
response to the complaint you filed regarding TicketMaster, BigStub.com, TicketMayor and
EncoreTicketStore.com, complaint # 478735.

As of the date of this letter, we have not yet received a response from  BigStub.com and
EncoreTicketStore.com. We will continue to monitor your complaint for BigStub.com and
EncoreTicketStore.com.'s response. If the business does not respond, or your complaint is not
resolved through our informal complaint resolution service, your complaint will be closed.
However, you will be notified of additional options and resources that may be available to assist
you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before March 3rd, 2016.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**478735**

Enclosure

From: Customer Care [mailto:customercare@ticketmayor.com]
Sent: Wednesday, February 17, 2016 4:58 AM
To: ATG MI CRC Complaint Processing
Subject: Complaint # 478735

Hi,

TicketMayor does not control the prices of tickets on our system nor are we a vendor of record of the tickets, we simply list the tickets offered by brokers and make a match between buyer and seller who conduct the transaction between each other without the involvement of TicketMayor. A user is free to search around for alternate providers at any time. Price discrepancy is an unfortunate side effect of the ticket industry overall - where artists and venues are more interested in "selling out" than market-pricing tickets. So they offload risk to brokers, who buy tickets, and in over 50% of all cases end up losing money on the tickets they buy at that "face value". Again, though, this is really an issue for the broker, not TicketMayor. We stand by our product and our offerings, we do not rip anyone off, and we are sorry complainant feels that tickets are overpriced. If it is any consolation, it's very unlikely that they are. The list price may have been was quoted, but that does not mean tickets were actually available for that price - per my explanation above.

Again, we are sorry complainant's experience didn't meet with her expectations, but we do not control these prices, and it is always in the consumer's best interest and option to search around, especially when it is so easy on the internet. We imagine you will find our prices are equal to or better than the true market rate for tickets anywhere online. If complainant has purchased tickets from our site and can provide us with more information (Order ID, Tickets Confirmation Email, Event name and date, Buyer full name and email ID used for the purchase) regarding the tickets, we can help trace the exact order and address specific complaint if any.

Best,
Team TicketMayor

**478735**

RutHol.100        3/3/2016

C-ClosingNoResponse To:  diane.webbheath@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

March 3, 2016

Diane Webb
20221 Aurora Ave N #430
Shoreline, WA 98133

RE:  TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com
File #:  478735

Dear Diane Webb:

You recently filed a consumer complaint with our office regarding TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com. As of today's date, BigStub.com and EncoreTicketStore.com have not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster, BigStub.com, TicketMayor and EncoreTicketStore.com. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

**478735**

PRR-2025-0179 B2

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK

Consumer Resource Center Unit Supervisor

Consumer Protection Division

1-800-551-4636 for in-state callers

1-206-464-6684 for out-of-state callers

**478735**

RutHol.100          3/3/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

March 3, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Diane Webb
File #:  478735

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Diane Webb regarding your business. A copy of your response was provided to Diane Webb. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers

**478735**

1-206-464-6684 for out-of-state callers

**478735**

JR - 00773
PRR-2025-0179 B2

RutHol.100          3/3/2016

R-ClosingW-Response To:  customersupport@ticketmayor.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187


March 3, 2016


TicketMayor
4010 Crescent Point
Carlsbad, CA 92008


RE:  Diane Webb
File #:   478735

Dear TicketMayor:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Diane Webb regarding your business. A copy of
your response was provided to Diane Webb. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**478735**

**478735**

JR - 00775
PRR-2025-0179 B2

RutHol.100          3/3/2016

R-Closing-wNOResponse To:  customersupport@bigstub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

March 3, 2016

BigStub.com
(888) 292-8495

RE:  Diane Webb
File #:  478735

Dear BigStub.com:

We recently contacted you regarding a consumer complaint filed by Diane Webb regarding your
business and presented you an opportunity to provide our office with a written response to that
complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Diane Webb
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**478735**

JR - 00776
PRR-2025-0179 B2

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**478735**

RutHol.100        3/3/2016

R-Closing-wNOResponse To:  customersupport@myticketracker.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
103 East Holly Street, Suite 308 Bellingham, WA 98225-4310 (360) 738-6187

March 3, 2016

EncoreTicketStore.com
96 Harding Ave
Clifton, NJ 07011

RE:  Diane Webb
File #:  478735

Dear EncoreTicketStore.com:

We recently contacted you regarding a consumer complaint filed by Diane Webb regarding your
business and presented you an opportunity to provide our office with a written response to that
complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Diane Webb
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**478735**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**478735**

# Catalyst
# Complaint Cover Page

### 483170

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 483170 | **Status** | **Closed** | **CONFIDENTIAL** |
| Date | 3/31/2016 | **Assignee** | **Laycock, Sarah E** | |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 | |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 | |
| | | Estimated Savings | $0.00 | |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Robert Allen Butts**<br>**14313 80th St SE**<br>**Puyallup, WA  98372** | **(253) 841-0408** | | **adbutts@comcast.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/31/2016 | Emailed/Faxed Complaint - New | |
| 3/31/2016 | Intake Notes | C provided no address for R; address already in database was used.<br><br>Complaint not submitted on complaint form. |

**483170**                     1 of 2

JR - 00780
PRR-2025-0179 B2

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/4/2016 | Reviewed | ICR authorization needed. |
| 4/4/2016 | Email to Complainant | C-ICRAuthorizationLetter To: adbutts@comcast.net |
| 4/11/2016 | Resolution-CLOSED INQUIRY/INFORMATION | |

**483170**                2 of 2

SteGro.100          3/31/2016

-----Original Message-----
From: ATG MI CPR Contact AGO
Sent: Monday, March 28, 2016 11:07 AM
To: ATG MI CRC Complaint Processing
Subject: FW: Contact AGO - Comcert Tickets


-----Original Message-----
From: ATG WWW Email AGO temporary
Sent: Monday, March 28, 2016 11:02 AM
To: ATG MI CPR Contact AGO
Subject: FW: Contact AGO - Comcert Tickets


-----Original Message-----
From: adbutts@comcast.net [mailto:adbutts@comcast.net]
Sent: Saturday, March 26, 2016 10:28 AM
To: ATG WWW Email AGO temporary
Subject: Contact AGO - Comcert Tickets

The following message has been submitted to staff at the Attorney General's Office.  While we
make every effort to respond promptly, depending on the complexity of your request and the
volume of messages received, it may take more time for our staff to respond.  We appreciate
your patience. Please do not respond directly to this message as the ATG WWW Email AGO
mailbox is unmonitored.  If you need to reach us again, please return to this form:
https://fortress.wa.gov/atg/formhandler/ago/ContactForm.aspx

Butts, Robert Allen

Email Address: adbutts@comcast.net

Address:
14313 80th st E
Puyallup WA 98372

Address Type: Home

Phone: 253-841-0408
Phone Type: Home

Subject: Comcert Tickets

Message: Once again I try to buy concert tickets through Ticketmaster.  I am logged on and hit
the button to buy tickets the second they are listed to go on sale and yet again I see the message

**483170**

that they are already sold out.  But I then click on a reseller site (scalper) and they already have long lists of tickets available at 2 -3 times the face value.
I understand that popular concerts have a high demand and the tickets can sell quickly buy when I am shut out time after time (even though I click on the second the tickets go on sale) I feel that I am not playing on an even field.
This latest concert was for the Jackson Browne concert at the Chateau Ste Michelle Winery.
But I have been shut out on several different artists at different venues in the past year.
I keep hearing that something will be done but I have not seen any evidence that there has been any change.

Previous Contact: No
Date:

Regarding:


Declared By Name and Date:
Name: R Allen Butts
Date: 3/26/2016

Submitted on: 3/26/2016 10:27:30 AM

Consumer protection issues constantly change, with new scams and threats emerging every week.  To be automatically notified, please consider signing up for one or more of our newsletters (http://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions, consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (http://www.twitter.com/agowa), YouTube (http://www.youtube.com/washingtonago) and Facebook (https://www.facebook.com/WAStateAttorneyGeneral).

**483170**

SarLay.100     4/4/2016

C-ICRAuthorizationLetter To:  adbutts@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 4, 2016


Robert Allen Butts
14313 80th St SE
Puyallup, WA 98372


RE:  TicketMaster
File #:  483170

Dear Robert Allen Butts:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your correspondence. Because the nature of your correspondence appears to be a
consumer complaint that we would normally send to the business and request a response, we
need your authorization to proceed.

You may provide authorization by email or regular mail:

1. To provide authorization by email, send an email to CRCComplaints@atg.wa.gov referencing
the above complaint number in the subject line. The email should explicitly state that you
authorize our office to send your correspondence and any associated materials to the business
and/or refer to other agencies or organizations as appropriate.

2. To provide authorization by regular mail, complete our paper complaint form
(enclosed/attached) referencing the above complaint number. Please reference your previous
correspondence in the complaint description section on the form. Return the completed form to
our office at 800 5th Avenue, Suite 2000, Seattle, Washington, 98104-3188.

It is important to include the above referenced file number on all communications with our
office regarding this complaint. This will allow us to quickly access your file. Also, please be
sure to include all the contact information you have for the business including mailing address,
telephone number, fax number, and email address.

If you do not wish to participate in our informal complaint resolution process, no further action
is required. If we do not receive authorization from you within seven calendar days, we will
close your complaint without further processing and will maintain a copy in our files as a public
record.

**483170**

Consumer complaints are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56. Complaint information we receive is exported to the Federal Trade Commission's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**483170**

# Catalyst Report

## Complaint Description

**Description**

I bought concert tickets in MAR 2016 for the Paul McCartney concert in Seattle.  Upon following the web pages at Ticketmaster to check out, I was offered insurance on one of the checkout screens.  I saw no clear indication that there was in fact a charge associated with this insurance and therefore assumed it was part of the price.   I would have backed up, and deselected the insurance if I had known of that there was a cost associated with this poorly advertised service.

I received an e-mail on 10 MAR 2016 from the insurance provider, Allianz Global Assistance.  This company is different than the company charging my AMEX credit card for $45.04 on 11 MAR 2016.  Attached is the attachment I received in this e-mail correspondence.

I did not review the attachment when I received the e-mail from them on 10 MAR, and it was not until I reviewed my next AMEX bill that I noted this deceptive insurance practice had cost me $45.04.

I have contacted AMEX, and filed a dispute of charges with them.  However, I purchased tickets to yet another concert on the same day, with the same outcome but losing only $13.98.

My complaint to your office is deeper than the initial issue I point out here.  I strongly believe that Ticketmaster is aligned with these deceptive insurance practices that Allianz Global Assistance (aka Event Ticket Insurance) is knowingly bilking consumers out of their money by not clearly stating that there are charges associated with this service.

Request the assistance of your office to investigate these misleading practices, and hopefully put this to a halt, and force Ticketmaster into clearly stipulating the cost of the service.

# Catalyst
# Complaint Cover Page

### 483518

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **483518** | **Status** | **Closed** |
| Date | 4/5/2016 | **Assignee** | **Moore, Jessica L** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $87.02 |
| NAICS | 524000-Insurance Carriers & Related Activities | Amount Disputed | $45.04 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **James Arthur Martin**<br>**6326 Blue Mountain Ln NW**<br>**Seabeck, WA  98380** | **(360) 830-4802** | **(360) 830-4802** | **james.a.martin@q.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Allianz Global Insurance**<br>**PO Box 71533**<br>**Richmond, VA  23255-1533** | | **(866) 884-3556** | **(800) 424-3396** | **customerservice@allianzassistance.com** |
| TicketMaster<br>1000 Corporate Landing<br>Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|
| Office of the Insurance Commissioner | Consumer Advocacy | (360) 725-7080 | (800) 562-6900 | cap@oic.wa.gov |

## Practice(s)

| Code | Practice |
|---|---|
| 019 | Inadequate Disclosure |
| 203 | Internet & Mobile device based transaction |

## Activities

**483518**                                  1 of 2

JR - 00787
PRR-2025-0179 B2

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/5/2016 | Intake Notes | C provided no address for Co-R; address already in database was used. |
| 4/11/2016 | Reviewed | ICR w/ FYI to OIC |
| 4/11/2016 | Form Letter to Respondent | R-1stLetterRevised |
| 4/11/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 4/11/2016 | Email to Referral | AR-FYItoAgency To:  cap@oic.wa.gov |
| 4/11/2016 | Email to Complainant | C-1stLetterw-AGYReferral To: james.a.martin@q.com |
| 5/2/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 5/2/2016 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 5/2/2016 | Email from Respondent | See doc #483518A From Allianz Global Insurance |
| 5/2/2016 | Email to Complainant | C-ResponseOneRespondentResolution To: james.a.martin@q.com |
| 5/2/2016 | Form Letter to Respondent | R-ClosingW-Response |
| 5/2/2016 | Resolution-CLOSED ADJUSTED | |
| 5/2/2016 | Email from Complainant | |
| 5/10/2016 | Email from Respondent | See doc #483518B From Ticketmaster |

**483518**                    2 of 2

JR - 00788
PRR-2025-0179 B2



May 2, 2016

Attorney General of Washington
Consumer Protection Division
Attn:  Jessica L. Moore
800 Fifth Avenue, Suite 2000
Seattle, WA  98104

**VIA E-MAIL**

| | |
|---|---|
| Your File #: | **483518** |
| Complainant: | **James Arthur Martin** |
| Policy ID #s: | **[5a]** & **[5a]** |

Dear Ms. Moore:

Your letter of April 11 has been directed to my attention. *"Allianz Global Assistance"* and *"Allianz Event Ticket Insurance"* - branded plans include insurance benefits which are underwritten by Jefferson Insurance Company, NAIC # 11630.  AGA Service Company is the licensed producer and administrator for this plan.

Mr. Martin purchased event tickets and our insurance via the Ticketmaster website on March 10, 2016 for events taking place on June 1, 2016 and April 17, 2016. Our insurance premiums, in the amount of $13.98 and $45.04, respectively, were charged to his credit card at the time of purchase.

When we offer our product via the Ticketmaster website, we display the full premium to be charged for the insurance.  This premium charge is also included in the purchase confirmation and is indicated as being charged by Allianz Global Assistance.

Moreover, we also make clear in the offer, and again in the insuring agreement, that the consumer may, for any reason, cancel the insurance and receive a premium refund with a 10-day "free-look" period by calling our toll free number, faxing, or emailing a written request.

Our records do not indicate Mr. Martin made any attempt within the "free-look" period to request the cancellation of his insurance and a refund of the premiums. However, we have chosen to cancel his insurance and process of refund of the insurance premiums, $13.98 and $45.04, as a one-time consideration.  The refunds should reflect on his credit card statement within 3 – 5 business days from the date of this correspondence.

Please feel free to contact me with any further questions.

Sincerely,

How can we help?

**Allianz Global Assistance**
P.O. Box 71533
Richmond, VA 23255-1533          www.allianztravelinsurance.com

Geoffrey Mills
Regulatory & Litigation Examiner, USA
Tel:  804.673.1435
Fax: 804.673.1469
Geoffrey.Mills@allianzassistance.com

Cc:     File

May 9, 2016

**Via Email**

RE: James Arthur Martin
File#: 483518

Dear Ms. Moore:

We are in receipt of the recent complaint submitted to the Washington Attorney General's Office by Mr. James Arthur Martin.  Thank you for bringing his concerns to our attention.

Mr. Martin's complaint relates to his recent ticket purchase to Paul McCartney at KeyArena on April 17, 2016.  He says that he was under the impression that the Event Ticket Protection insurance was included with the cost of the ticket.  We welcome the opportunity to respond to his complaint.

As an additional service to consumers, we provide the opportunity to purchase Event Ticket Insurance from our partner, Allianz Assistance. The insurance is an optional benefit that provides full reimbursement when the buyer is unable to attend the event their event due to illness, airline delays, traffic accidents, or other covered reasons.  Attached is a screenshot of the insurance offer that appeared during the purchase process, which clearly states that the insurance is an additional $6.99 per ticket.

We're sorry to hear that Mr. Martin is not satisfied with the cost of the insurance; however, the price was clearly provided to him at the time of purchase.  As a gesture of goodwill, we have refunded $28.00 to his American Express card ending in [5a]   We trust this explanation will be helpful and satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

**Recommended: Protect Your Ticket Purchase - Allianz Global Assistance**

**Get reimbursed up to 100% with Event Ticket Insurance for an additional $6.99/ticket**
If you can't attend this event for any number of reasons like covered illness, airline delays, traffic accidents and more, you'll be reimbursed for this purchase. Why insure your tickets? Event ticket insurance insures your financial investment of the event tickets including taxes and shipping costs (up to the amount of your policy limits) should you not be able to attend the event for a covered reason. Coverage also includes parking and other event related items that have been added to your order.

Terms, conditions and exclusions apply. See full Coverage Details. Event Ticket Protector insurance does not offer coverage for cancellation due to a personal change of plans. This charge is in addition to the order total displayed above and will be billed separately by Allianz Global Assistance. You may cancel your Event Ticket Insurance within a time period determined by your state and receive a full refund of insurance fees paid.

Insurance coverage is underwritten by BCS Insurance Company (OH, Administrative Office: Oakbrook Terrace, IL), rated "A-" (Excellent) by A.M. Best Co., under BCS Form No. 52.201 or 52.401 series, or Jefferson Insurance Company (NY, Administrative Office: Richmond, VA), rated "A" (Excellent) by A.M. Best Co., under Jefferson Form No. 102-C or 102-P series, or Jefferson Form No. 105-C series or 105-P series, depending on the insured's state of residence. Allianz Global Assistance is a brand of AGA Service Company. AGA Service Company is the licensed producer and administrator of this plan and an affiliate of Jefferson Insurance Company. The insured shall not receive any special benefit or advantage because of the affiliation between AGA Service Company and Jefferson Insurance Company.

By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to Allianz Global Assistance, who will charge your card on the terms described above.

○  No.

○  **YES, Protect my Ticket Purchase to Monster Jam at Charleston Civic Center (Recommended)**

Product available to residents of all states except: WA.

JR - 00792
PRR-2025-0179 B2

JesMoo.100    4/11/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

April 11, 2016

Allianz Global Insurance
9950 Mayland Dr
Richmond, VA 23233

RE:   James Arthur Martin
File #:   483518

Dear Allianz Global Insurance:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by James Arthur Martin regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 483518 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**483518**

JR - 00793
PRR-2025-0179 B2

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
James Arthur Martin

Address:
6326 Blue Mountain Ln NW
Seabeck, WA 98380

Day Phone:
(360) 830-4802

Evening Phone:
(360) 830-4802

E-mail Address:
james.a.martin@q.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**483518**

Name of business that I am complaining about:
Allianz Global Insurance

Address:
9950 Mayland Dr
Richmond, VA 23233

Phone:
(800) 424-3396

Toll-Free:

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
$45.04

Did you sign a contract -

Date of transaction:
11 MAR 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**483518**

If you have not contacted the business, explain why:

Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:

Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:

I bought concert tickets in MAR 2016 for the Paul McCartney concert in Seattle. Upon following the web pages at Ticketmaster to check out, I was offered insurance on one of the checkout screens. I saw no clear indication that there was in fact a charge associated with this insurance and therefore assumed it was part of the price. I would have backed up, and deselected the insurance if I had known of that there was a cost associated with this poorly advertised service.

I received an e-mail on 10 MAR 2016 from the insurance provider, Allianz Global Assistance. This company is different than the company charging my AMEX credit card for $45.04 on 11 MAR 2016. Attached is the attachment I received in this e-mail correspondence.

I did not review the attachment when I received the e-mail from them on 10 MAR, and it was not until I reviewed my next AMEX bill that I noted this deceptive insurance practice had cost me $45.04.

I have contacted AMEX, and filed a dispute of charges with them. However, I purchased tickets to yet another concert on the same day, with the same outcome but losing only $13.98.

My complaint to your office is deeper than the initial issue I point out here. I strongly believe that Ticketmaster is aligned with these deceptive insurance practices that Allianz Global Assistance (aka Event Ticket Insurance) is knowingly bilking consumers out of their money by not clearly stating that there are charges associated with this service.

Request the assistance of your office to investigate these misleading practices, and hopefully put this to a halt, and force Ticketmaster into clearly stipulating the cost of the service.

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

**483518**

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature James Martin    Date   04 APR 2016
Received via the Internet
City and State where signed Seabeck, Washington

**483518**

JesMoo.100     4/11/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 11, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   James Arthur Martin
File #:   483518

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by James Arthur Martin regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 483518 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**483518**

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
James Arthur Martin

Address:
6326 Blue Mountain Ln NW
Seabeck, WA 98380

Day Phone:
(360) 830-4802

Evening Phone:
(360) 830-4802

E-mail Address:
james.a.martin@q.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**483518**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Allianz Global Insurance

Address:
9950 Mayland Dr
Richmond, VA 23233

Phone:
(800) 424-3396

Toll-Free:

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
$45.04

Did you sign a contract -

Date of transaction:
11 MAR 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**483518**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I bought concert tickets in MAR 2016 for the Paul McCartney concert in Seattle. Upon
following the web pages at Ticketmaster to check out, I was offered insurance on one of the
checkout screens. I saw no clear indication that there was in fact a charge associated with this
insurance and therefore assumed it was part of the price. I would have backed up, and
deselected the insurance if I had known of that there was a cost associated with this poorly
advertised service.
I received an e-mail on 10 MAR 2016 from the insurance provider, Allianz Global Assistance.
This company is different than the company charging my AMEX credit card for $45.04 on 11
MAR 2016. Attached is the attachment I received in this e-mail correspondence.
I did not review the attachment when I received the e-mail from them on 10 MAR, and it was
not until I reviewed my next AMEX bill that I noted this deceptive insurance practice had cost
me $45.04.
I have contacted AMEX, and filed a dispute of charges with them. However, I purchased tickets
to yet another concert on the same day, with the same outcome but losing only $13.98.
My complaint to your office is deeper than the initial issue I point out here. I strongly believe
that Ticketmaster is aligned with these deceptive insurance practices that Allianz Global
Assistance (aka Event Ticket Insurance) is knowingly bilking consumers out of their money by
not clearly stating that there are charges associated with this service.
Request the assistance of your office to investigate these misleading practices, and hopefully put
this to a halt, and force Ticketmaster into clearly stipulating the cost of the service.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

**483518**

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature James Martin    Date   04 APR 2016
Received via the Internet
City and State where signed Seabeck, Washington

**483518**

JesMoo.100    4/11/2016

AR-FYItoAgency To:  cap@oic.wa.gov
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 11, 2016

Office of the Insurance Commissioner
PO Box 40256
Olympia, WA 98504-0256

RE:   Allianz Global Insurance and TicketMaster
File #:   483518

Dear OIC - Consumer Advocacy:

Enclosed, please find information our office received as a consumer complaint. We are
processing this complaint through our Informal Complaint Resolution Service. We are
forwarding you a copy for your information because it may include information of interest to
your agency.
If you have questions about this complaint, please contact the Consumer Resource Center by
email at CRCComplaints@ATG.WA.GOV. Please include the complaint number given above
on any correspondence to our office.
Sincerely,
JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure(s)

COMPLAINT SUMMARY
Consumer Information

Name:
James Arthur Martin

Address:
6326 Blue Mountain Ln NW

**483518**

Seabeck, WA 98380

Day Phone:
(360) 830-4802

Evening Phone:
(360) 830-4802

E-mail Address:
james.a.martin@q.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Allianz Global Insurance

Address:
9950 Mayland Dr
Richmond, VA 23233

Phone:
(800) 424-3396

Toll-Free:

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster

**483518**

1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
$45.04

Did you sign a contract -

Date of transaction:
11 MAR 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I bought concert tickets in MAR 2016 for the Paul McCartney concert in Seattle. Upon
following the web pages at Ticketmaster to check out, I was offered insurance on one of the
checkout screens. I saw no clear indication that there was in fact a charge associated with this
insurance and therefore assumed it was part of the price. I would have backed up, and
deselected the insurance if I had known of that there was a cost associated with this poorly
advertised service.

**483518**

I received an e-mail on 10 MAR 2016 from the insurance provider, Allianz Global Assistance. This company is different than the company charging my AMEX credit card for $45.04 on 11 MAR 2016. Attached is the attachment I received in this e-mail correspondence.
I did not review the attachment when I received the e-mail from them on 10 MAR, and it was not until I reviewed my next AMEX bill that I noted this deceptive insurance practice had cost me $45.04.
I have contacted AMEX, and filed a dispute of charges with them. However, I purchased tickets to yet another concert on the same day, with the same outcome but losing only $13.98.
My complaint to your office is deeper than the initial issue I point out here. I strongly believe that Ticketmaster is aligned with these deceptive insurance practices that Allianz Global Assistance (aka Event Ticket Insurance) is knowingly bilking consumers out of their money by not clearly stating that there are charges associated with this service.
Request the assistance of your office to investigate these misleading practices, and hopefully put this to a halt, and force Ticketmaster into clearly stipulating the cost of the service.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature James Martin    Date   04 APR 2016
Received via the Internet
City and State where signed Seabeck, Washington

**483518**

JesMoo.100     4/11/2016

C-1stLetterw-AGYReferral To:  james.a.martin@q.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 11, 2016

James Arthur Martin
6326 Blue Mountain Ln NW
Seabeck, WA 98380

RE:   Allianz Global Insurance and TicketMaster
File #:   483518

Dear James Arthur Martin:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding Allianz Global Insurance and TicketMaster
was reviewed and determined to be appropriate for the informal complaint resolution services
offered by our Consumer Resource Center and has been assigned to me for processing. This is
an informal, voluntary process. Our office acts as a neutral party to facilitate communication
between consumers and businesses to assist in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**483518**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

It was also determined that the concerns presented in your complaint may be of interest to the following agency; a copy of your complaint was forwarded for review:

Office of the Insurance Commissioner
PO Box 40256
Olympia, WA 98504-0256
www.insurance.wa.gov
(800) 562-6900

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please reference the assigned complaint number referenced above.

Sincerely,


JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**483518**

JesMoo.100        5/2/2016

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


May 2, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   James Arthur Martin
File #:   483518

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 483518 is seven calendar days from the date of this letter. This complaint was filed by James
Arthur Martin regarding your business. Our practice is to send a courtesy reminder to provide
you with the opportunity to respond in a timely manner.

Please include the file # 483518 with your written response. You may respond by email, fax, or
U.S. mail. If you have already sent your response, please accept our thanks for your attention to
this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**483518**

COMPLAINT SUMMARY
Consumer Information

Name:
James Arthur Martin

Address:
6326 Blue Mountain Ln NW
Seabeck, WA 98380

Day Phone:
(360) 830-4802

Evening Phone:
(360) 830-4802

E-mail Address:
james.a.martin@q.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Allianz Global Insurance

Address:
9950 Mayland Dr
Richmond, VA 23233

Phone:
(800) 424-3396

Toll-Free:

**483518**

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
$45.04

Did you sign a contract -

Date of transaction:
11 MAR 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

**483518**

If YES, please explain:

Explain your complaint in detail:
I bought concert tickets in MAR 2016 for the Paul McCartney concert in Seattle. Upon following the web pages at Ticketmaster to check out, I was offered insurance on one of the checkout screens. I saw no clear indication that there was in fact a charge associated with this insurance and therefore assumed it was part of the price. I would have backed up, and deselected the insurance if I had known of that there was a cost associated with this poorly advertised service.
I received an e-mail on 10 MAR 2016 from the insurance provider, Allianz Global Assistance. This company is different than the company charging my AMEX credit card for $45.04 on 11 MAR 2016. Attached is the attachment I received in this e-mail correspondence.
I did not review the attachment when I received the e-mail from them on 10 MAR, and it was not until I reviewed my next AMEX bill that I noted this deceptive insurance practice had cost me $45.04.
I have contacted AMEX, and filed a dispute of charges with them. However, I purchased tickets to yet another concert on the same day, with the same outcome but losing only $13.98.
My complaint to your office is deeper than the initial issue I point out here. I strongly believe that Ticketmaster is aligned with these deceptive insurance practices that Allianz Global Assistance (aka Event Ticket Insurance) is knowingly bilking consumers out of their money by not clearly stating that there are charges associated with this service.
Request the assistance of your office to investigate these misleading practices, and hopefully put this to a halt, and force Ticketmaster into clearly stipulating the cost of the service.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature James Martin   Date   04 APR 2016
Received via the Internet

**483518**

City and State where signed Seabeck, Washington

**483518**

JR - 00813
PRR-2025-0179 B2

JesMoo.100          5/2/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

May 2, 2016


Allianz Global Insurance
9950 Mayland Dr
Richmond, VA 23233


RE:   James Arthur Martin
File #:   483518

Dear Allianz Global Insurance:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 483518 is seven calendar days from the date of this letter. This complaint was filed by James
Arthur Martin regarding your business. Our practice is to send a courtesy reminder to provide
you with the opportunity to respond in a timely manner.

Please include the file # 483518 with your written response. You may respond by email, fax, or
U.S. mail. If you have already sent your response, please accept our thanks for your attention to
this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure



COMPLAINT SUMMARY
Consumer Information

**483518**

Name:
James Arthur Martin

Address:
6326 Blue Mountain Ln NW
Seabeck, WA 98380

Day Phone:
(360) 830-4802

Evening Phone:
(360) 830-4802

E-mail Address:
james.a.martin@q.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Allianz Global Insurance

Address:
9950 Mayland Dr
Richmond, VA 23233

Phone:
(800) 424-3396

Toll-Free:

Fax:

**483518**

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
$45.04

Did you sign a contract -

Date of transaction:
11 MAR 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:

**483518**

I bought concert tickets in MAR 2016 for the Paul McCartney concert in Seattle. Upon
following the web pages at Ticketmaster to check out, I was offered insurance on one of the
checkout screens. I saw no clear indication that there was in fact a charge associated with this
insurance and therefore assumed it was part of the price. I would have backed up, and
deselected the insurance if I had known of that there was a cost associated with this poorly
advertised service.
I received an e-mail on 10 MAR 2016 from the insurance provider, Allianz Global Assistance.
This company is different than the company charging my AMEX credit card for $45.04 on 11
MAR 2016. Attached is the attachment when I received in this e-mail correspondence.
I did not review the attachment when I received the e-mail from them on 10 MAR, and it was
not until I reviewed my next AMEX bill that I noted this deceptive insurance practice had cost
me $45.04.
I have contacted AMEX, and filed a dispute of charges with them. However, I purchased tickets
to yet another concert on the same day, with the same outcome but losing only $13.98.
My complaint to your office is deeper than the initial issue I point out here. I strongly believe
that Ticketmaster is aligned with these deceptive insurance practices that Allianz Global
Assistance (aka Event Ticket Insurance) is knowingly bilking consumers out of their money by
not clearly stating that there are charges associated with this service.
Request the assistance of your office to investigate these misleading practices, and hopefully put
this to a halt, and force Ticketmaster into clearly stipulating the cost of the service.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature James Martin    Date    04 APR 2016
Received via the Internet
City and State where signed Seabeck, Washington

**483518**

JesMoo.100          5/2/2016

From: Mills, Geoffrey (Allianz Global Assistance)
[mailto:Geoffrey.Mills@allianzassistance.com]
Sent: Monday, May 02, 2016 11:30 AM
To: ATG MI CRC Complaint Processing
Subject: Your File # 483518

Good Afternoon,

Please see attached response.

Best Regards,

Geoffrey Mills
Regulatory & Litigation Examiner, USA
Tel: 1.804.673.1435
Fax: 1.804.673.1469
Geoffrey.Mills@allianzassistance.com

9950 Mayland Drive
Richmond, Virginia 23233
www.allianzassistance.com

**483518**

JesMoo.100    5/2/2016

C-ResponseOneRespondentResolution To: james.a.martin@q.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

May 2, 2016

James Arthur Martin
6326 Blue Mountain Ln NW
Seabeck, WA 98380

RE:  Allianz Global Insurance and TicketMaster
File #:  483518

Dear James Arthur Martin:

This letter is to inform you that our office received the enclosed reply from Allianz Global
Insurance in response to the complaint you filed regarding Allianz Global Insurance and
TicketMaster, complaint # 483518. This response resolves your complaint with our office and
your complaint is now closed.

As of the date of this letter, we have not yet received a response from TicketMaster. If
TicketMaster sends us a response in the future, we will add that to your complaint as a public
record and we will send you a copy for your information. Our office does not have authority to
compel participation in our informal complaint resolution services.

Consumer complaints provide valuable information our office uses to identify patterns of unfair
or deceptive trade practices that may warrant enforcement of the Consumer Protection Act. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**483518**

**483518**

JR - 00820
PRR-2025-0179 B2

JesMoo.100          5/2/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

May 2, 2016

Allianz Global Insurance
9950 Mayland Dr
Richmond, VA 23233

RE:   James Arthur Martin
File #:   483518

Dear Allianz Global Insurance:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by James Arthur Martin regarding your business. A
copy of your response was provided to James Arthur Martin. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**483518**

**483518**

JR - 00822
PRR-2025-0179 B2

JesMoo.100        5/2/2016

From: James A. Martin [mailto:james.a.martin@q.com]
Sent: Monday, May 02, 2016 1:24 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 483518 : A notice from the Washington State Attorney General's Office

Jessica,

THANK YOU so much for your assistance in this matter.

I'm grateful they say they will credit me the money, but more than that, I'm hoping they are
more clear about the costs associated with this type of insurance,
Jim Martin

**483518**

JesMoo.100        5/10/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Tuesday, May 10, 2016 6:35 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 483518 : A notice from the Washington State Attorney General's Office

Hello,

Please see the attachment for our response to the complaint from Mr. Martin.

Barrett


Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**483518**

# Catalyst Report

## Complaint Description

**Description**

In mid- February,I ordered tickets to a concert. Credit card was charged immediately. Immediately! Tickets were promised to be available for printing "soon". But no, I got no notice for weeks. I finally called a month later, only to be told that tickets will be available via my Ticketmaster account. They were not, for weeks. I checked. Still pending??

Yes, they were available tonight, weeks later. I printed them. But it took more than 30 minutes on the phone to resolve this issue.

Terrible customer r??ponse, awful process, this is just a scam to maximize profits from items in high demand.

Please tell Ticketmaster to change their processes and policies to deliver on what they promise.

# Catalyst
# Complaint Cover Page

**481999**

## Complaint

| | | | |
|---|---|---|---|
| **Number** | 481999 | **Status** | **Closed** |
| Date | 3/11/2016 | **Assignee** | **Laycock, Sarah E** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Donald  Retallack** **1803 216th Ave SE** **Sammamish, WA  98075** | **(425) 313-9144** | | **don.retallack@comcast.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** **1000 Corporate Landing** **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/11/2016 | Intake Notes | C provided no address for R. Only used R All. |
| 3/11/2016 | Email to Complainant | C-1stLetter To:  don.retallack@comcast.net |
| 3/11/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 3/24/2016 | Email from Respondent | See doc 481999A |

**481999**                          1 of 2

JR - 00826
PRR-2025-0179 B2

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/24/2016 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: don.retallack@comcast.net |
| 3/24/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 3/24/2016 | Resolution-CLOSED ADJUSTED | |

**481999**                    2 of 2

JR - 00827
PRR-2025-0179 B2

March 23, 2016

**Via Email**

Dear Ms. Laycock:

We are in receipt of the recent complaint submitted to the Washington Attorney General's Office by Mr. Donald Retallack.  We apologize for the delay in response and thank you for your patience while we researched the facts associated with his inquiry.

Mr. Retallack wrote to your office regarding his recent ticket purchase to Bruce Springsteen at KeyArena on March 24, 2016.  When he ordered his tickets, he chose the "eticket" delivery method, which allows fans to select from print-at-home, credit card entry, or mobile delivery.  For this event, the delivery was delayed while we manually reviewed orders to determine whether they have violated the ticket limit.  Once this process was complete, the delay was lifted and Mr. Retallack should have been able to print his tickets without issue.

We apologize for any confusion, and appreciate Mr. Retallack's business.  As a gesture of goodwill, we have refunded his Ticketmaster service fees in the amount of $29.94, which will post to his American Express account ending in [5a] in 3-5 business days.

Thank you for the opportunity to respond and address his concerns.  Please contact us if you have further questions or concerns.

Sincerely,

Barrett Justice
Escalations Manager

SarLay.100     3/11/2016

C-1stLetter To:  don.retallack@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 11, 2016

Donald Retallack
1803 216th Ave SE
Sammamish, WA 98075

RE:  TicketMaster
File #:  481999

Dear Donald Retallack:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**481999**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**481999**

SarLay.100     3/11/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 11, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Donald Retallack
File #:   481999

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Donald Retallack regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 481999 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**481999**

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Donald Retallack

Address:
1803 216th Ave SE
Sammamish, WA 98075

Day Phone:
(425) 313-9144

Evening Phone:

E-mail Address:
don.retallack@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**481999**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**481999**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
In mid- February,I ordered tickets to a concert. Credit card was charged immediately.
Immediately! Tickets were promised to be available for printing "soon". But no, I got no notice
for weeks. I finally called a month later, only to be told that tickets will be available via my
Ticketmaster account. They were not, for weeks. I checked. Still pending -  -
Yes, they were available tonight, weeks later. I printed them. But it took more than 30 minutes
on the phone to resolve this issue.
Terrible customer r -  - ponse, awful process, this is just a scam to maximize profits from items
in high demand.
Please tell Ticketmaster to change their processes and policies to deliver on what they promise.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Donald   Date  03/09/2016
Received via the Internet
City and State where signed Sammamish, WA

**481999**

SarLay.100     3/24/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Wednesday, March 23, 2016 8:55 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 481999 : A notice from the Washington State Attorney General's Office

Hello,

Please see the attachment for our response to the complaint from Mr. Retallack.  Thanks for
your patience.

Barrett



Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**481999**

SarLay.100      3/24/2016

C-ClosingAdjustedEnclosureIncluded To:  don.retallack@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 24, 2016

Donald Retallack
1803 216th Ave SE
Sammamish, WA 98075

RE:  TicketMaster
File #:  481999

Dear Donald Retallack:

We received the enclosed response from TicketMaster regarding the consumer complaint you
filed with our office. Your complaint has been closed as this response completes our informal
complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure Attached

**481999**

**481999**

JR - 00837
PRR-2025-0179 B2

SarLay.100        3/24/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 24, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Donald Retallack
File #:  481999

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Donald Retallack regarding your business. A copy
of your response was provided to Donald Retallack. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**481999**

1-206-464-6684 for out-of-state callers

**481999**

# Catalyst Report

## Complaint Description

**Description**

Paul McCartney concert was sold out before they even went on sale to "general public" at 10:00am. Thousands are on reseller sites at inflated prices. It's a giant scam, and the customer loses.

# Catalyst
# Complaint Cover Page

**482195**

## Complaint

| Number | **482195** | | | | **Status** | **Closed** |
|---|---|---|---|---|---|---|

| Date | 3/15/2016 | | **Assignee** | **Moore, Jessica L** |
|---|---|---|---|---|

| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
|---|---|---|---|---|

| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
|---|---|---|---|---|

| | | Estimated Savings | $0.00 |
|---|---|---|---|

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **David Benjamin Edson**<br>**10630 SE 22nd St**<br>**Bellevue, WA  98004** | **(425) 213-7253** | | **dave@edsons.org** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/15/2016 | Intake Notes | C did not provide an address for R, so only used R All. |
| 3/16/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 3/16/2016 | Email to Complainant | C-1stLetter To:  dave@edsons.org |

JR - 00841
PRR-2025-0179 B2

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/25/2016 | Email from Respondent | See doc #482195A |
| 3/25/2016 | Email to Complainant | C-ClosingUnadjustedW-Response To: dave@edsons.org |
| 3/25/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 3/25/2016 | Resolution-UNADJUSTED | |

**482195**                                   2 of 2

March 23, 2016

**Via Email**

**RE: David Benjamin Edson**
**File No.: 482195**

Dear Ms. Moore:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Mr. David Edson.  Thank you for bringing his concerns to our attention.

Following the rapid sale of Paul McCartney tickets on account of high demand, Mr. Edson has contacted your office due to his inability to purchase tickets and that afterwards, he noticed tickets listed for above face value prices on third party resale sites.  Ticketmaster empathizes with his frustration and appreciates the opportunity to explain ticket availability and to clarify our distribution practices.

Please be aware that Ticketmaster made available for sale all Paul McCartney tickets provided by our event provider client in the specific manner we were instructed to do so. By way of background, Ticketmaster acts as an agent and ticket services provider on behalf of our venue, promoter, artist and sports team clients.  Each and every ticket our clients entrust us to distribute is made available for sale in strict compliance with their instructions.  We do not decide how many tickets will be made available for any event or for a particular presale or general onsale.  Our event provider clients decide at their sole discretion which of their tickets are made available for public sale.

Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible; however, the demand for Paul McCartney tickets greatly exceeds available inventory.  When a popular event goes on sale there are thousands and sometimes millions of fans trying to get tickets at the same time through our various distribution channels.  They are trying online at Ticketmaster.com, through our automated phone system, through sales reps, at any of our retail locations and at the box office.  If there are 3,000 fans trying to each buy 4 tickets, that is 12,000 tickets sold within minutes.

Ticketmaster does understand the frustration of not being able to get tickets at the moment of the onsale, only to see tickets show up on resale web-sites. While this may seem common, the fact is that the vast majority of tickets end up in the hands of fans eager to attend the event.  When a well-known and talented artist like Billy Joel schedules live performances, invariably the demand for the finite number of tickets increases dramatically.  This was clearly demonstrated in this instance.

In all candor, this process is as frustrating to us as it apparently is to Mr. Edson.  We wish it were the case that everyone who wanted to attend a live entertainment event could get tickets and receive their first choice for seat location. Unfortunately, in light of the extremely high level of demand for some events, not everyone wanting to attend certain events is able to buy a ticket.  There are only a limited number of tour dates for events, each with a limited seating capacity, so regrettably this just is not possible.

We appreciate this opportunity to respond to Mr. Edson's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

JesMoo.100     3/16/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 16, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  David Benjamin Edson
File #:  482195

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by David Benjamin Edson regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 482195 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**482195**

JR - 00844
PRR-2025-0179 B2

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
David Benjamin Edson

Address:
10630 SE 22nd St
Bellevue, WA 98004

Day Phone:
(425) 213-7253

Evening Phone:

E-mail Address:
dave@edsons.org

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**482195**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**482195**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Paul McCartney concert was sold out before they even went on sale to "general public" at
10:00am. Thousands are on reseller sites at inflated prices. It's a giant scam, and the customer
loses.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature David B Edson    Date   3/14/2016
Received via the Internet
City and State where signed Bellevue, WA

**482195**

JesMoo.100    3/16/2016

C-1stLetter To:  dave@edsons.org
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 16, 2016

David Benjamin Edson
10630 SE 22nd St
Bellevue, WA 98004

RE:  TicketMaster
File #:  482195

Dear David Benjamin Edson:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**482195**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**482195**

JesMoo.100       3/25/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Thursday, March 24, 2016 6:33 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 482195 : A notice from the Washington State Attorney General's Office

Hello,

Please see the attachment for our response to the complaint from Mr. Edson.

Barrett


Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**482195**

JesMoo.100      3/25/2016

C-ClosingUnadjustedW-Response To:  dave@edsons.org
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 25, 2016

David Benjamin Edson
10630 SE 22nd St
Bellevue, WA 98004

RE:  TicketMaster
File #:  482195

Dear David Benjamin Edson:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the Small Claims Court in your County if it is appropriate for your complaint.

General information about Small Claims Court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**482195**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**482195**

JesMoo.100      3/25/2016

R-ClosingW-Response To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 25, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  David Benjamin Edson
File #:  482195

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by David Benjamin Edson regarding your business. A
copy of your response was provided to David Benjamin Edson. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**482195**

JR - 00853
PRR-2025-0179 B2

1-206-464-6684 for out-of-state callers

**482195**

# Catalyst Report

## Complaint Description

**Description**

On March 14th, at 10am, tickets to the Paul McCartney show went on general sale to the public. My friend (who was trying to buy tickets for myself and others), was poised and waiting, refreshing the Ticketmaster site to buy 3 tickets, preferably in the $39-$59 range. She kept coming up with messages like "Sorry, no tickets from venue currently... Tons of fans are shopping and some may have let their tickets go. You can try again or change quantity or ticket type." The only time that she was able to get through, there were only a smattering of $100+ tickets with obstructed view. Now, I understand that concerts sell out, and cheap seats sell out. But I looked at StubHub at 10:45am (45 miinutes after the tickets went on sale), and there are OVER 2,000 tickets available for purchase, starting at $124.20 for a single seat in the "cheap seats". This makes me furious. I *know* that HUNDREDS of people, not to mention fans, would turn around and list their tickets for sale within minutes of buying them. I've been to two big "sold out" shows in the last couple years that had hundreds of empty seats, all in the same sections, that were all listed on the various reseller sites like StubHub. Whether it is Ticketmaster's fault, the reseller's fault, or the robots' fault, the consumer gets screwed EVERY time.

# Catalyst
# Complaint Cover Page

**482302**

## Complaint

| Number | 482302 | | Status | Closed |
|---|---|---|---|---|
| Date | 3/16/2016 | | **Assignee** | **Moore, Jessica L** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Linda  Gwilym**<br>**707 N 130th St B301**<br>**Seattle, WA  98133** | **(206) 383-9066** | | **coffeeboss@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| StubHub Inc<br>360 Third St Ste 400<br>San Francisco, CA  94107 | | (415) 222-8400 | (866) 788-2482 | DL-SH-ECC@stubhub.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/25/2016 | Email from Respondent | See doc #482302<br>From TicketMaster |
| 3/17/2016 | Form Letter to Respondent | R-1stLetterRevised |

**482302**                                    1 of 2

JR - 00856
PRR-2025-0179 B2

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/17/2016 | Email to Respondent | R-1stLetterRevised To: casemanager@stubhub.com |
| 3/17/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 3/17/2016 | Email to Complainant | C-1stLetter To:  coffeeboss@gmail.com |
| 3/21/2016 | Correspondence from Respondent | |
| 3/25/2016 | Email from Respondent | See doc #482302C From Ticketmaster. |
| 3/25/2016 | Email to Complainant | C-ClosingUnadjustedW-Response To: coffeeboss@gmail.com |
| 3/25/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 3/25/2016 | Email to Respondent | R-ClosingW-Response To: casemanager@stubhub.com |
| 3/25/2016 | Resolution-UNADJUSTED | |
| 5/23/2016 | Records Management | Paper and electronic document compared and verified to be accurate, complete, and accessible. Paper file destroyed per Scan and Toss Policy on 05/23/2016 by JLM. |

**482302**                    2 of 2

Buy sports, concert and theater tickets on StubHub!

FIND EVENTS ⌄    MY TICKETS ⌄    SELL TICKETS

👤 SIGN IN ⌄    HELP ⌄    MORE

🔍

Search for team or artist...

🗓 Showing events for all dates ⌄

📍 Happening near Seattle, WA ⌄

## Seattle Sounders FC

**Sat** Mar 19 — Vancouver WhiteCaps at Seattle Sounders FC
7:00 pm at CenturyLink Field
848 tickets available

**Sat** Apr 02 — Montreal Impact at Seattle Sounders FC
7:00 pm at CenturyLink Field
945 tickets available

**Wed** Oct 12 — Houston Dynamo at Seattle Sounders FC
7:30 pm at CenturyLink Field
828 tickets available

See more

**Sun** Apr 17 — Paul McCartney
8:00 pm at Key Arena
2069 tickets available

## Seattle Mariners

**Sat** Aug 06 — Los Angeles Angels at Seattle Mariners Tickets (Ken Griffey Jr...
6:10 pm at Safeco Field - Seattle
6038 tickets available

**Fri** Apr 08 — Oakland Athletics at Seattle Mariners
7:10 pm at Safeco Field - Seattle
3195 tickets available

3/14/2016

1/4

http://www.stubhub.com/

JR - 00858
PRR-2025-0179 B2

Buy sports, concert and theater tickets on StubHub!

3/14/2016



**Sat**
Apr 09

Oakland Athletics at Seattle Mariners
6:10 pm at Safeco Field - Seattle
1644 tickets available

See more

**Mon**
May 16

Tori Kelly
5:30 pm at Paramount Theatre (Seattle)
212 tickets available

Rovi

GEICO®
Saving money
brightens
your day :)
Begin a Quote

**Wed**
May 18

Beyoncé
TBD at CenturyLink Field
10417 tickets available

Rovi

**Thu**
Mar 24

Bruce Springsteen and the E Street
Band
7:30 pm at Key Arena
537 tickets available

Alamy

**Sat**
Apr 02

Ellie Goulding
7:30 pm at Key Arena
401 tickets available

Alamy

JR - 00859
PRR-2025-0179 B2

Buy sports, concert and theater tickets on StubHub!



Corbis

**Fri** / May 20
Billy Joel
8:00 pm at Safeco Field - Seattle
4026 tickets available

MediaNet

**Sun** / Apr 24
Rihanna
7:30 pm at Key Arena
565 tickets available

**Kinky Boots Seattle**

**Fri** / Apr 29
Kinky Boots Seattle
8:00 pm at 5th Ave Theatre - Seattle
23 tickets available

Alamy

**Fri** / May 13
Selena Gomez
7:30 pm at Key Arena
316 tickets available

Rovi

**Sun** / Apr 17
2Cellos
7:00 pm at McCaw Hall - Seattle
180 tickets available

Rovi

JR - 00860
PRR-2025-0179 B2

4/4

3/14/2016

Buy sports, concert and theater tickets on StubHub!

**Mon** Mar 14
Dave Chappelle
10:00 pm at The Neptune
12 tickets available

**Mon** Mar 14
Dave Chappelle
7:00 pm at The Neptune
6 tickets available

**Wed** May 04
Kinky Boots Seattle
7:30 pm at 5th Ave Theatre - Seattle
28 tickets available

**Sun** May 01
Kinky Boots Seattle
7:00 pm at 5th Ave Theatre - Seattle
23 tickets available

See more

Load More

http://www.stubhub.com/

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 17, 2016

StubHub 199 Fremont St Fl 4 San Francisco, CA 94105

RE:  Linda Gwilym
File #:  482302

Dear StubHub:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint
filed by Linda Gwilym regarding your business. Our office provides an informal complaint resolution
process to consumers and businesses to assist them in resolving disputes. Many businesses find
this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the
date of this letter so that we may determine how to proceed in this matter. Our preference is to
receive the response by email at CRCComplaints@ATG.WA.GOV.  We will provide a copy of your
response to the consumer. Please reference the file number 482302 in your response.

Please note that consumer complaints, including responses, are public records and are available to
the public for copying or inspection in compliance with the Washington State Public Records Act,
RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please
include the complaint number given above on any complaint correspondence.

Sincerely,

JESSICA L. MOORE Consumer Resource Center Coordinator Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Linda Gwilym

Address:
707 N 130th St B301 Seattle, WA 98133

JLM

JR - 00862
PRR-2025-0179 B2

Day Phone:
(206) 383-9066

Evening Phone:

E-mail Address:
coffeeboss@gmail.com

Age Group (optional):
40-49

 Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent? (optional):
No

If English is not your first language, what is your first language?

Do you want the Attorney General's Office to send this business a copy of your complaint?

Yes

Names and addresses of any other complainants involved:

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
StubHub 199 Fremont St Fl 4 San Francisco, CA 94105

Item or service purchased:

Cost of item or service:

Did you sign a contract?

Date of transaction:

Salesperson's name:

Was an advertisement involved?

Date and source of advertisement:

About Your Complaint

Have you complained to the business?

If YES, to whom (include position)?

What response did you receive?

If you have not contacted the business, explain why:

Have you filed a complaint about this business with the Attorney General's Office before?

If yes, list the file number assigned to that complaint:

Have you contacted a private attorney?

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending?

If YES, please explain:

Explain your complaint in detail:
On March 14th, at 10am, tickets to the Paul McCartney show went on general sale to the public.
My friend (who was trying to buy tickets for myself and others), was poised and waiting, refreshing
the Ticketmaster site to buy 3 tickets, preferably in the $39-$59 range. She kept coming up with
messages like "Sorry, no tickets from venue currently... Tons of fans are shopping and some may
have let their tickets go. You can try again or change quantity or ticket type." The only time that she
was able to get through, there were only a smattering of $100+ tickets with obstructed view. Now, I
understand that concerts sell out, and cheap seats sell out. But I looked at StubHub at 10:45am (45
miinutes after the tickets went on sale), and there are OVER 2,000 tickets available for purchase,
starting at $124.20 for a single seat in the "cheap seats". This makes me furious. I *know* that
HUNDREDS of people, not to mention fans, would turn around and list their tickets for sale within
minutes of buying them. I've been to two big "sold out" shows in the last couple years that had
hundreds of empty seats, all in the same sections, that were all listed on the various reseller sites
like StubHub. Whether it is Ticketmaster's fault, the reseller's fault, or the robots' fault, the
consumer gets screwed EVERY time.
What do you think the business should do to resolve your complaint?

Explain if you have circled 'Other':
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information
contained in this complaint is true and accurate, and that any documents attached are true and
accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I
have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies)
against which I have filed this complaint to communicate with and provide information related to my
complaint to the Washington State Attorney General's Office. By selecting NO below, I
acknowledge that the Attorney General's Office will not contact the party(ies) named in my
complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My
complaint will be kept by the Attorney General's Office for informational purposes.
Signature Linda Gwilym    Date    3/14/16
Received via the Internet
City and State where signed Seattle, WA A

3/14/2016　　Buy sports, concert and theater tickets on StubHub!

1/4

FIND EVENTS ⌄　MY TICKETS ⌄　SELL TICKETS　　　🔒 SIGN IN ⌄　HELP ⌄　MORE

Search for team or artist...

🔍

⊞ Showing events for all dates ⌄　📍 Happening near Seattle, WA ⌄

[ROW]

## Seattle Sounders FC

**Sat**
Mar 19

Vancouver WhiteCaps at Seattle Sounders FC
7:00 pm at CenturyLink Field
848 tickets available

**Sat**
Apr 02

Montreal Impact at Seattle Sounders FC
7:00 pm at CenturyLink Field
945 tickets available

**Wed**
Oct 12

Houston Dynamo at Seattle Sounders FC
7:30 pm at CenturyLink Field
828 tickets available

See more

## Seattle Mariners

**Sun**
Apr 17

Paul McCartney
8:00 pm at Key Arena
2069 tickets available

**Sat**
Aug 06

Los Angeles Angels at Seattle Mariners Tickets (Ken Griffey Jr...
6:10 pm at Safeco Field - Seattle
6038 tickets available

**Fri**
Apr 08

Oakland Athletics at Seattle Mariners
7:10 pm at Safeco Field - Seattle
3195 tickets available

http://www.stubhub.com/

JR - 00866
PRR-2025-0179 B2

3/14/2016

Buy sports, concert and theater tickets on StubHub!

**Sat**
Apr 09

Oakland Athletics at Seattle Mariners

6:10 pm at Safeco Field - Seattle
1644 tickets available

See more

**Mon**
May 16

Tori Kelly

5:30 pm at Paramount Theatre (Seattle)
212 tickets available



GEICO®

Saving money
brightens
your day :)

Begin a Quote

**Thu**
Mar 24

Bruce Springsteen and the E Street Band

7:30 pm at Key Arena
537 tickets available

**Sat**
Apr 02

Ellie Goulding

7:30 pm at Key Arena
401 tickets available

**Wed**
May 18

Beyoncé

TBD at CenturyLink Field
10417 tickets available

http://www.stubhub.com/

2/4

JR - 00867
PRR-2025-0179 B2

3/14/2016

Buy sports, concert and theater tickets on StubHub!

**Fri**
May 20

Billy Joel
8:00 pm at Safeco Field - Seattle
4026 tickets available

**Sun**
Apr 24

Rihanna
7:30 pm at Key Arena
565 tickets available

## Kinky Boots Seattle

**Fri**
Apr 29

Kinky Boots Seattle
8:00 pm at 5th Ave Theatre - Seattle
23 tickets available

**Fri**
May 13

Selena Gomez
7:30 pm at Key Arena
316 tickets available

**Sun**
Apr 17

2Cellos
7:00 pm at McCaw Hall - Seattle
180 tickets available

http://www.stubhub.com/

3/4

3/14/2016

Buy sports, concert and theater tickets on StubHub!

**Mon**
Mar 14

Dave Chappelle
10:00 pm at The Neptune
12 tickets available

**Mon**
Mar 14

Dave Chappelle
7:00 pm at The Neptune
6 tickets available

**Wed**
May 04

Kinky Boots Seattle
7:30 pm at 5th Ave Theatre - Seattle
28 tickets available

**Sun**
May 01

Kinky Boots Seattle
7:00 pm at 5th Ave Theatre - Seattle
23 tickets available

See more

Load More

JR - 00869
PRR-2025-0179 B2



March 18, 2016

Ms. Jessica L. Moore
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Re:     Consumer: Linda Gwilym
        File #: 482302

Dear Ms. Moore,

I am responding on behalf of the Executive Customer Care Department at StubHub regarding
file number 482302 submitted by Ms. Gwilym.

It may help to explain that StubHub is a secondary ticket marketplace which enables fans to buy
and sell tickets to sports, concert, theater, and other live entertainment events. We do not own
any of the tickets listed on our site. When buyers place an order for tickets, they are purchasing
from a third party. By accessing or using our website, buyers and sellers agree to the terms of
our User Agreement. As part of our User Agreement, our FanProtect Guarantee for buyers
states:  You will get your tickets in time for the event, your tickets will be valid for entry, and
your tickets will be the same as those you ordered. If any of these things do not occur and you
comply with applicable policies and timelines, we will find you comparable or better tickets to
the event, or offer you a refund or FanCode for future purchase and if the event is cancelled
and not rescheduled, you will get a refund. For sellers, our FanProtect Guarantee notes: Buyers
or prospective buyers are not permitted to contact you, you can adjust your ticket prices any
time before they sell, and you will receive payment for all tickets you sell and deliver in
accordance with the StubHub User Agreement. Our User Agreement also notes that when a
buyer places an order, the buyer is entering into a binding contract with the seller to purchase
those tickets or related passes.  Except for canceled events, buyers will not receive a refund for
completed purchases and buyers cannot change or cancel any orders after the sale is complete;
all sales are final. As part of our FanProtect Guarantee for sellers, we guarantee that sellers will
receive payment for all tickets they sell and deliver in accordance with our User Agreement. A
copy of our User Agreement is enclosed any may also be found on our website at
https://www.stubhub.com/legal.

All listings on our site come from individual sellers who set their own prices. In most cases, the
prices found on our website will be based on market value, popularity of the event, and seat

1

JR - 00870
PRR-2025-0179 B2

location. However, pricing can also be dependent on different factors such as player/performer popularity, standings, ratings, and the location of events. Ultimately, supply and demand dictate successful sale prices. It is important to consider that all potential buyers will see a variety of tickets at a wide range of prices, and these prices may change frequently as sellers compete for our buyers' business. As we are an open marketplace for tickets, we do not restrict our sellers in regard to pricing above or below face value.  However, it is the seller's responsibility to abide by the StubHub User Agreement and list tickets in accordance with all applicable local, state, federal, and international laws, statutes, and regulations.

When a buyer is locating tickets on our website, the following message is noted in the drop down menu in the More section located at the top right of every page on our site: *By using this website or application, you agree to StubHub's policies. You are buying from a third party; StubHub is not the ticket seller. Prices are set by sellers and may be above face value.* When a buyer selects a specific ticket listing for further review, the following message appears on the Review & buy page: *Prices are set by sellers and may be above face value, buying means you agree to our User Agreement and Privacy Policy.*

As noted previously, sellers may change their ticket prices frequently as they compete for our buyers' business. If Ms. Gwilym or any potential buyer is interested in purchasing tickets within a set price range to a specific event, the buyer could sign up for a Price Alert for the specific event of interest using our mobile app.  With Price Alert, buyers enter the number of tickets they'd like, where they want to sit, and the maximum amount they're willing to pay. When tickets that match what they're looking for become available, we send a notification when tickets matching their price are available. As StubHub is a live marketplace, it is very possible a ticket may fall into a price range which a buyer may find more reasonable as the event date gets closer.

Thank you for the opportunity to provide specific information about StubHub. If I can be of any further assistance, please let me know.


Sincerely,

Jess Meunier
StubHub Executive Customer Care


Enclosure

2

JR - 00871
PRR-2025-0179 B2

# StubHub, Inc. User Agreement

Last Updated: June 1, 2015
Effective date for new users: June 1, 2015
Effective date for existing users: June 16, 2015

Welcome to StubHub! **By accessing or using our website (the 'Site'), our mobile applications and associated services (collectively, the 'Services'), you agree to be bound by the StubHub, Inc. User Agreement ("Agreement").** Our User Privacy Notice, Seller Policies, Top Seller Manual (if you qualify as a Top Seller) and all other policies applicable to your use of the Site are incorporated by reference into this Agreement (collectively, the "Additional Policies"). We may periodically make changes to this Agreement (indicated by the date above), which will be posted on the Site and become effective fifteen (15) days following posting for current users, or immediately for new users. Your continued use of the Site indicates your acceptance of the changes to the Agreement. Changes to the Additional Policies, except the User Privacy Notice, may be made from time to time without notice and your continued use of the Site or Service constitutes your acceptance of the modified terms of the Additional Policies.

You are contracting with StubHub, Inc. ("StubHub"), including its affiliate Last Minute Transactions, Inc. (operator of Last Minute Services).

**Please be advised: Section 7 of this Agreement contains an Agreement to Arbitrate, which will, with limited exceptions, require you to submit claims you have against us to binding and final arbitration, unless you opt-out. Unless you opt out: (1) you will only be permitted to pursue claims against StubHub on an individual basis, not as a plaintiff or class member in any class or representative action or proceeding, and (2) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.**

1. Using StubHub

Ticket Marketplace.

StubHub is a marketplace that allows users to buy ("Buyers") and sell ("Sellers") tickets, related passes and merchandise or other goods (collectively, the "tickets") for events. As a marketplace, StubHub does not own the tickets on the Site nor does it set prices for tickets. Because sellers set ticket prices, they may be higher than face value.

While StubHub may provide pricing, shipping, listing and other guidance in our Services, such guidance is solely informational and you may decide to follow it or not. Also, while we may help facilitate the resolution of disputes and provide the FanProtect Guarantee, StubHub has no control over and does not guarantee the existence, quality, safety or legality of the items advertised; the truth or accuracy of the user's content or listings; the ability of Sellers to sell tickets or Buyers to pay for them; or that a Buyer or Seller will complete a transaction.

Your Account.

You must create an account to list, sell or purchase tickets and you must have a valid credit card or debit card on file. StubHub also accepts payment by PayPal. You acknowledge that StubHub may charge any one of your payment methods on file for amounts you owe us, costs we incur or other losses arising out of your violation of this Agreement (including the Additional Policies).

Fees.

We may charge service, shipping, delivery, fulfillment or other fees for using our Services (collectively referred to as 'Fees'). StubHub reserves the right in its sole discretion to change Fees at any time as it deems appropriate, including after you list your tickets.

In addition, we may collect amounts owed using a collection agency or other collection mechanism and you may be charged fees associated with collecting the delinquent payments. StubHub, or the collection agency it retains, may also report information about your account to credit bureaus, and as a result, defaults in your account may be reflected in your credit report. If you wish to dispute the information StubHub reported to a credit bureau, contact StubHub. If you wish to dispute the information a collection agency reported, contact the collection agency directly.

Listing Tickets.

Pricing tickets is the sole responsibility of, and at the sole discretion of, Sellers and must be done in accordance with all applicable laws. Under no circumstances may you list speculative tickets. Please refer to the Seller Policies for other requirements when listing tickets.

Commitment to Supply.

By listing a ticket for sale, you are making a binding offer to sell that ticket to a Buyer who purchases the ticket for the price you have specified. When a Buyer accepts your offer by purchasing your ticket through our Site or Services, you are contractually bound to deliver that **exact** ticket for the specified price and **within the required delivery timeframe.** You are obligated to monitor your inventory and ensure all listings are accurate. Under no circumstances may Sellers cancel orders at one price and repost the same tickets for a higher price. Failure to fulfill your orders will lead to charges as stated in the Seller Policies.

Taxes.

You are solely responsible for the payment of any applicable taxes resulting from your ticket sales. You agree to provide StubHub with your Social Security Number or other tax identification number if necessary for StubHub to provide information to the Internal Revenue Service

("IRS") or other tax authorities related to payments you receive from us and further authorize StubHub to release that information to the IRS or other tax authority.

<u>Site Changes and Availability.</u>

StubHub reserves the right at any time to modify or discontinue, temporarily or permanently, the Site, the Services, or any part of the Site or Services with or without notice for any reason. StubHub performs regularly scheduled maintenance. While we do our best to avoid customer impact, the Site or our Services may be temporarily unavailable during maintenance periods.

<u>Buying Tickets.</u>

You are responsible for reading the complete listing before making a commitment to buy tickets. When placing an order, you are entering into a <u>binding contract</u> with the Seller to purchase those tickets. Payment is remitted to StubHub and disbursed to the seller according to our payment policy. **All Sales are Final**. Except for cancelled events, you will not receive a refund for completed purchases. You cannot change or cancel any orders after the sale is complete.

<u>Event Cancellations, Postponement and other Event Changes.</u>

**Cancellation**: If an event is cancelled or a contingent event (e.g. playoff game) does not occur, we will remove the relevant listings and email you about the cancellation. The Buyer will receive a full refund and the Seller will, if he received payment, be charged the amount he received for the original sale. If a Seller needs his tickets to obtain a refund of the original purchase, he must reply to StubHub's cancellation email within two weeks of the event cancellation.

**Postponement**: If an event is postponed and rescheduled, StubHub will work with Buyers on a case-by-case basis attempting to resolve any ticket issues. Sellers cannot resell, invalidate or change the tickets for the rescheduled event. If a venue requires new tickets for rescheduled events, sellers are expected to deliver the new tickets. StubHub reserves the right to cancel orders if new tickets are required. Refunds will not be issued for postponed events (unless they are ultimately cancelled).

**Other changes:** StubHub is not responsible for partial performances, or venue, line-up, date, or time changes. No refunds will be issued in these instances.

<u>International Transactions and use of StubHub mobile applications.</u>

Your StubHub account can also be used to access or transact on other international StubHub websites or StubHub mobile applications, subject to the applicable User Agreement and User Privacy Notice, which may differ from this Agreement.

2. Abusing StubHub

When using the Site or the Services, you agree that you will **not** do any of the following:

- Contact or invite contact with other StubHub users for any reason other than the purpose for which you received the StubHub user's contact information or solicit sales outside of StubHub;
- Violate any venue or event promoter rules at events or violate any applicable third party terms of service (for instance, when using our mobile applications);
- Use our Services if you are not able to form legally binding contracts (for example if you are under 18);
- Use the Site or the Services for unlawful purposes or in an unlawful manner;
- Use StubHub's trademarks without our written permission;
- Copy, reproduce, reverse engineer, modify, decompile, disassemble or otherwise attempt to derive source code from, create derivative works from, distribute, or publicly display any content (except for your information) or software from our Site or Services without the prior express written permission of StubHub and the appropriate third party, as applicable;
- Commercialize any StubHub application or any information or software associated with such application;
- Export or re-export any StubHub application or tool except in compliance with the export control laws of any relevant jurisdiction and in accordance with posted rules and restrictions;
- Use any robot, spider, scraper, or other automated means to access our Site for any purpose without our express written permission;
- Take any action that imposes or may impose (to be determined in our sole discretion) an unreasonable or disproportionately large load on our infrastructure or otherwise interferes with the functioning of the Site;
- Bypass our robot exclusion headers, robots.txt rules or any other measures we may use to prevent or restrict access to our Site or Services; or
- Do anything else that StubHub determines, in its sole discretion, misuses the Site or Services or otherwise negatively impacts our marketplace

In our effort to protect our Buyers and Sellers we may screen ticket sales or listings for signs of fraud using algorithms or automated systems, which may result in automatic cancellation of listings or sales and temporary or permanent suspension of accounts. If your transaction is cancelled in error, or your account suspended in error, please contact us and we may reinstate your account or listing, in our sole discretion.

3. User Content and Ideas.

User Content.

You own and are solely responsible for any content including images, text, audio or other materials that you submit ('User Content').

By submitting User Content, you grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, transferable, sub-licensable (through multiple tiers) right and license to use, reproduce, distribute, create derivative works from, publicly perform, display, store, or publish in any way, in any media known now or in the future. You grant StubHub the right to use your name or image in association with your User Content, if we so choose.

You represent and warrant that the User Content: (a) is owned by you or you control all necessary rights to it; (b) does not violate, misappropriate or infringe on the rights of any third party including intellectual property rights, privacy rights or publicity rights; (c) is accurate, not obscene, false, libelous or defamatory; and (d) will not cause injury to any person, entity or system. You will indemnify StubHub for any and all claims resulting from your User Content.

StubHub has the right but not the obligation to monitor, edit or remove your User Content. The User Content is non-confidential and StubHub will not be liable for its use or disclosure.

Ideas

If you submit ideas, suggestions, documents, and/or proposals ('Ideas') to StubHub, you do so voluntarily and with no expectation of confidentiality. By submitting Ideas, you grant us ownership of the Ideas to use for any purpose, in any way, in any media now known or in the future and throughout the universe without any obligation or payment. You understand that StubHub may have something similar to the Ideas under consideration or in development.

4. Protecting Intellectual Property Rights

StubHub respects intellectual property rights. If you have a good faith belief that your copyright, trademark or other intellectual property is being infringed, complete a notice of infringement. If you have a good faith belief that your content was mistakenly removed, complete a counter notice. If you repeatedly infringe other people's intellectual property rights, we will terminate your account when appropriate.

5. Consequences

If we believe you are abusing StubHub in any way (including, by way of example only, suspected violations of the User Agreement or applicable law, and actions that fail to comply with the letter or spirit of our policies (e.g., by deliberately exploiting any policy loopholes)), we may investigate and you are obligated to cooperate. We may take any action that we deem appropriate in our sole discretion for such abuse. These actions may include, but are not limited to: temporarily or permanently suspending you from using or accessing the Site or Services, removing a listing, requiring you to edit a listing, cancelling a sale, requiring you to send the ticket(s) to the Buyer within a specified time, withholding a payment to you, or charging the payment method on file for amounts you owe us or costs we incur due to your misconduct (including, without limitation, any costs associated with collection of delinquent accounts or chargebacks and any replacement costs). We reserve the right to report any activity that we believe to be illegal and we will respond to all inquiries initiated by governmental agencies or as otherwise legally required. In addition, we reserve the right to refuse or terminate our Services to anyone for any reason at our discretion.

6. Privacy and Communications

All communications between you and StubHub (including our service providers, our parent company, eBay Inc., members of the eBay corporate family or our affiliates) are subject to our User Privacy Notice.

You consent to receive calls, including autodialed or prerecorded calls, and text messages from StubHub at any telephone number that you have provided us or we have otherwise obtained. We may place such calls and texts to (i) notify you regarding your account; (ii) provide customer support; (iii) collect a debt; (iv) resolve a dispute; (v) poll your opinions through surveys or questionnaires; (vi) contact you with marketing or promotional material; or (vii) as otherwise necessary to service your account, provide the Services, applications or tools, or enforce this User Agreement, our policies, applicable law, or any other agreement we may have with you. Standard rates may apply.

We may share your telephone numbers with our service providers (such as billing or collections companies) who we have contracted with to assist us in pursuing our rights or performing our obligations under the User Agreement, our policies, applicable law, or any other agreement we may have with you. You agree these service providers may also contact you using autodialed or prerecorded calls and text messages, as authorized by us to carry out the purposes we have identified above, and not for their own purposes.

In addition, you understand and agree that we may, without further notice or warning and in our discretion, monitor or record telephone conversations you or anyone acting on your behalf has with us or our agents for quality control and training purposes or for our own protection. Not all telephone lines or calls may be recorded by StubHub so we do not guarantee that recordings of any particular telephone calls will be retained or retrievable.

If StubHub provides you with information about another user, you agree you will use the information only for the purposes it is provided to you. You may not disclose, sell, rent, or distribute a user's information to a third party for purposes unrelated to the Services. You may not distribute or post spam, unsolicited or bulk electronic communications, chain letters or pyramid schemes. Additionally, you may not use information for marketing purposes, via electronic or other means, unless you obtain the consent of the specific user to do so.

7. Agreement to Arbitrate Legal Disputes with StubHub

**You and StubHub each agree that any and all disputes or claims that have arisen or may arise between you and StubHub relating in any way to or arising out of this or previous versions of the User Agreement, your use of or access to StubHub's Site or Services, or any tickets or related passes sold or purchased through StubHub's Site or Services shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis.** The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

(a)

*Prohibition of Class and Representative Actions and Non-Individualized Relief*
**YOU AND STUBHUB AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND STUBHUB AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER STUBHUB USERS.**

(b)

*Arbitration Procedures*
Arbitration is less formal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual; and an arbitrator must also follow the terms of the User Agreement, as a court would.

All issues are for the arbitrator to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of Section 1 of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), shall be for a court of competent jurisdiction to decide.

The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement to Arbitrate, any part of it, or of the User Agreement including, but not limited to, any claim that all or any part of this Agreement to Arbitrate or the User Agreement is void or voidable.

The arbitration will be conducted by the American Arbitration Association ('AAA') under its rules and procedures, including the AAA's Supplementary Procedures for Consumer-Related Disputes (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org or by calling the AAA at 1-800-778-7879.

A party who intends to seek arbitration must first send to the other, by certified mail, a completed form Notice of Dispute ("Notice"). You may download a form Notice. A Notice to StubHub should be sent to eBay Inc., Attn: Litigation Department, Re: StubHub Notice of Dispute, 583 W. eBay Way, Draper, UT 84020. StubHub will send any Notice to you to the physical address we have on file associated with your StubHub account; it is your responsibility to keep your physical address up to date. All information called for in the Notice must be provided, including a description of the nature and basis of the claims the party is asserting and the relief sought.

If you and StubHub are unable to resolve the claims described in the Notice within 30 days after the Notice is sent, you or StubHub may initiate arbitration proceedings. A form for initiating arbitration proceedings is available on the AAA's website at www.adr.org. In addition to filing this form with the AAA in accordance with its rules and procedures, the party initiating the arbitration must mail a copy of the completed form to the opposing party. You may send a copy to StubHub at the following address: StubHub, Inc. c/o National Registered Agents, Inc., 2875 Michelle Dr., Ste. 100, Irvine, CA 92606. In the event StubHub initiates arbitration against you, it will send a copy of the completed form to the physical address we have on file associated with your StubHub account. Any settlement offer made by you or StubHub shall not be disclosed to the arbitrator. The arbitration shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or StubHub may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and StubHub subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. In cases where an in-person hearing is held, you and/or StubHub may attend by telephone, unless the arbitrator requires otherwise.

The arbitrator will decide the substance of all claims in accordance with the laws of the State of California, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving different StubHub users, but is bound by rulings in prior arbitrations involving the same StubHub user to the extent required by applicable law. The arbitrator's award shall be final and binding, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

(c)

*Costs of Arbitration*
Payment of all filing, administration, and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, StubHub will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by StubHub should be submitted by mail to the AAA along with your Demand for Arbitration and StubHub will make arrangements to pay all necessary fees directly to the AAA. If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of accessing arbitration will be prohibitive as compared to the costs of accessing a court for purposes of pursuing litigation on an individual basis, StubHub will pay as much of the filing, administration, and arbitrator fees as the arbitrator deems necessary to prevent the costs of accessing arbitration from being prohibitive. In the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse StubHub for all fees associated with the arbitration paid by StubHub on your behalf that you otherwise would be obligated to pay under the AAA's rules.

(d)

*Severability*
With the exception of any of the provisions in subsection (a) of this Agreement to Arbitrate ('Prohibition of Class and Representative Actions and Non-Individualized Relief'), if an arbitrator or court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If an arbitrator or court decides that any of the provisions in subsection (a) of this Agreement to Arbitrate ('Prohibition of Class and Representative Actions and Non-Individualized Relief') is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the User Agreement will continue to apply.

(e)

*Opt-Out Procedure*
**You can choose to reject this Agreement to Arbitrate ('opt out') by mailing us a written opt-out notice ('Opt-Out Notice'). The Opt-Out Notice must be postmarked no later than 30 days after the date you accept the User Agreement for the first time. You must mail the Opt-Out Notice to StubHub, Inc., Attn: Litigation Department, 2145 Hamilton Avenue, San Jose, CA 95125.**

For your convenience, we are providing an Opt-Out Notice form you must complete and mail to opt out of the Agreement to Arbitrate. You must complete the Opt-Out Notice form by providing the information called for in the form, including your name, address (including street number and address, city, state, and zip code), phone number and the email address(es) used to log in to the StubHub account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate. If you opt out of the Agreement to Arbitrate, all other parts of the User Agreement will continue to apply. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

(f)

Future Amendments to the Agreement to Arbitrate
Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than a change to any notice address or website link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding between you and StubHub prior to the effective date of the change. The amendment shall apply to all other disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between you and StubHub. We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on http://www.StubHub.com at least thirty (30) days before the effective date of the amendments and by sending notice via email to your email address on file with us. If you do not agree to the amended terms, you may close your account within the thirty (30) day period and you will not be bound by the amended terms.

8. Applicable Law

Except as otherwise stated, the Agreement shall be governed by the laws of the State of California.

9. Transactions Involving Tickets to Events in Illinois

Pursuant to 815 ILCS 414/1.5(c), for transactions involving tickets to events in Illinois, Buyers and Sellers may elect to submit complaints against one another to the American Arbitration Association ('AAA') under its rules and procedures. The AAA's rules are available at www.adr.org. Such complaints shall be decided by an independent arbitrator in accordance with this User Agreement and all incorporated Policies. Buyers and Sellers further agree to submit to the jurisdiction of the State of Illinois for complaints involving a ticketed event held in Illinois.

10. Disclaimer of Warranties; Limitation of Liability

YOU UNDERSTAND AND AGREE THAT YOU ARE MAKING USE OF STUBHUB'S SITE AND SERVICES ON AN 'AS IS' AND 'AS AVAILABLE' BASIS. STUBHUB MAKES NO WARRANTY WITH RESPECT TO ITS SOFTWARE, SERVICES, SITE, ANY TICKETS, ANY EVENT, ANY USER CONTENT, OR THAT SELLERS OR BUYERS WILL PERFORM AS PROMISED. ACCORDINGLY, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW AND EXCEPT AS SPECIFICALLY PROVIDED IN THIS USER AGREEMENT AND IN OUR FANPROTECT™ GUARANTEE, WE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, OR NON-INFRINGEMENT.

IN ADDITION, TO THE MAXIMUM EXTENT PERMITTED BY LAW, STUBHUB (INCLUSIVE OF ANY OF ITS SERVICE PROVIDERS AND LICENSORS) IS NOT LIABLE FOR: (A) ANY SPECIAL, INDIRECT, OR CONSEQUENTIAL DAMAGES; (B) LOSS OF: PROFITS, GOODWILL

OR REPUTATION, PROFITS, OR OTHER INTANGIBLE LOSSES; (C) DAMAGES RELATING TO: (I) YOUR ACCESS TO, USE OF, OR INABILITY TO ACCESS OR USE THE SITE OR SERVICES; (II) VIRUSES OR OTHER MALICIOUS SOFTWARE OBTAINED BY ACCESSING OUR SITE OR SERVICES OR THOSE OF ANY SITE, SERVICES, OR TOOLS LINKED TO OUR SITE OR SERVICES; (III) ANY USER CONTENT OR CONTENT OF THIRD PARTIES, OR (IV) THE DURATION OR MANNER IN WHICH TICKETS YOU LIST APPEAR ON THE SITE OR SERVICES;

SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF WARRANTIES OR EXCLUSION OF DAMAGES, SO SUCH DISCLAIMERS AND EXCLUSIONS MAY NOT APPLY TO YOU.

REGARDLESS OF THE PREVIOUS PARAGRAPHS, OUR LIABILITY TO YOU OR TO ANY THIRD PARTY IS LIMITED TO THE GREATER OF (A) THE AMOUNT OF FEES IN DISPUTE NOT TO EXCEED THE TOTAL FEES WHICH YOU PAID TO US IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO THE LIABILITY, OR (B) $100.

11. Release and Covenant Not to Sue

To the fullest extent permitted by law, you release and covenant not to sue StubHub, its affiliated companies, and our and their respective officers, directors, agents, joint venturers, employees, legal representatives, and suppliers from any and all claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with disputes between users. In entering into this release you expressly waive any protections (whether statutory or otherwise - e.g., California Civil Code § 1542) that would otherwise limit the coverage of this release to include only those claims, which you may know or suspect to exist in your favor at the time of agreeing to this release.

12. Indemnification

You agree to indemnify and hold StubHub and (if applicable) StubHub's parent, subsidiaries, affiliates, and our and their respective officers, directors, attorneys, agents, employees, licensors and suppliers (the 'StubHub Indemnitees') harmless against any claim or demand and all liabilities, costs and expenses (including reasonable attorneys' fees) incurred by StubHub and (if applicable) any StubHub Indemnitee resulting from or arising out of your breach of this User Agreement, your improper use of StubHub's Site or Services, and/or your violation of any law or the rights of a third party.

13. General Provisions

This Agreement, together with all additional policies referenced above constitutes the entire agreement between you and StubHub relating to your use of our Site or Services. You consent to receive notice by email to the address provided at registration. To the extent this Agreement conflicts with the Top Seller Handbook, the Top Seller Handbook governs. No amendment, modification or supplement of any provision of this Agreement will be effective unless in writing. If any provision of this Agreement is held to be invalid or unenforceable under any circumstances, its application in any other circumstances and the remaining provisions of this Agreement shall not be affected. StubHub may assign or transfer this Agreement at any time. You may not assign or transfer this Agreement, or any of its rights or obligations, without the prior written consent of StubHub, which we can refuse in our sole discretion. No agency, partnership, joint venture, employer-employee or franchisor-franchisee relationship is intended or created by this Agreement, your use of the Site, or the provision of our Services. This Agreement is for your benefit only, not for the benefit of any third party except for StubHub's permitted successors and assigns. The following Sections survive any termination of this Agreement: Fees, Taxes, Abusing StubHub, User Content and Ideas, Consequences, Agreement to Arbitrate Disputes with StubHub, Limitation of Liability, and Indemnification.

If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

*TO REPORT INFRINGEMENT OF YOUR INTELLECTUAL PROPERTY*

If you have a good faith belief that your intellectual property rights have been violated, you can submit a Notice of Claimed Infringement to StubHub's designated agent with the following information:

1. The physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification or description of the copyrighted work or other intellectual property you claim has been infringed. If you are asserting infringement of an intellectual property right other than copyright, please specify the right at issue (for example, trademark or patent);
3. Identification or description of where the material that you claim is infringing is located on StubHub, with enough detail that we may find it on the Site including, whenever possible, the URL;
4. Brief description of how the challenged content infringes the owner's intellectual property rights;
5. Your address, telephone number, and email address;
6. A statement by you that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright or intellectual property owner, its agent, or the law; and
7. A statement, under penalty of perjury, that the information in the notification is accurate and that you are the copyright or intellectual property owner or authorized to act on the owner's behalf.

StubHub's designated agent can be contacted as follows: by mail to StubHub's Designated Agent, StubHub, Inc., 583 West eBay Way, Draper, Utah 84020; by email to copyright@StubHub.com; by phone at 1.866.322.9106; or by fax to 1.801.757.9521.

TO CHALLENGE A DMCA TAKEDOWN

DMCA Counter-Notice. If you believe that your User Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your User Content, you may send a counter-notice containing the following information to the Designated Agent at the address(es) listed above:

1. Your physical or electronic signature;
2. Identification of the User Content that has been removed or to which access has been disabled and the location at which the User Content appeared before it was removed or disabled;
3. A statement that you have a good faith belief that the User Content was removed or disabled as a result of mistake or a misidentification; and
4. Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by StubHub's Designated Agent, StubHub may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed User Content or cease disabling it in ten (10) business days. Unless the copyright owner files an action seeking a court order against the User Content provider, member or user, the removed User Content may be replaced, or access to it restored, in ten (10) to fourteen (14) business days or more after receipt of the counter-notice, at StubHub's sole discretion.

# Things every StubHub seller needs to know

We count on you to help us keep StubHub a safe, secure, and reliable place for fans to buy and sell tickets. We need you to understand and follow a few rules, including our User Agreement and Privacy Policy, to make sure our marketplace continues to thrive.

In addition, your sales on StubHub are subject to the following Seller Policies.

Some of the things you're not allowed to list
The rules for listing tickets
The rules for getting tickets to buyers
How we handle cancelled events, playoff games, and postponed events
Getting paid, paying taxes, and tips on avoiding fees
State laws on the resale of tickets
Other stuff you're not allowed to do
What happens when you break the rules

**Some of the things you're not allowed to list**

Here's a list of ticket types or ticket items that you're not allowed to list for sale on StubHub.

- **'Paperless tickets', 'flash seats', and 'will call only' tickets -** Since these types of tickets can't be transferred by any of the delivery methods available (UPS shipment, electronic delivery, or Last Minute Services), you may not list them for sale on StubHub.
- **Listings without event access (Non-event ticket items) -** You may only list non-event ticket items as an add-on to your event ticket listings or as otherwise approved by StubHub. The most common forms of non-event items include:
  - Parking passes
  - Pit passes
  - Club passes
  - Party passes

  Parking passes may only be sold on their own as part of a 'PARKING ONLY' event listing created by StubHub.

- **Tickets for non-consecutive seats -** All of the seats in your listing must be together (consecutive), unless they are piggyback seats.

  If you're listing 'piggyback' seats, you must select the 'Piggyback' check box when listing your tickets for sale. To list piggyback seats, your seats must:

  - Be directly behind one another (not staggered or off to the side)
  - Be in 2 consecutive rows, and

- ○  Have the same number of seats in each row
- **Speculative tickets -** Before listing tickets, you must know the exact seat locations. We may remove listings at any time with vague seat locations (such as 'TBD' in either the section or row description) or rows that don't exist.

  Speculative tickets or 'spec tickets' are tickets that are listed for sale or sold before the seller actually owns the tickets. Listing or selling speculative tickets on StubHub is not allowed and may result in account suspension, fees, charges or other consequences.

  Sellers who regularly list tickets that are not in their possession and who are known to have listed 'spec tickets' in the past, may be required to provide an earlier In Hand Date than is normally required.

  **Listing by zones:** For some events, we divide sections of the venue into zones and allow you to list tickets by zone. In the case of zone listings, you aren't required to know the exact seat locations for your tickets. But to list tickets by zone, you must be absolutely certain that you'll be able to deliver tickets in that zone.

- **Stolen property -** We probably don't need to tell you this, but selling stolen tickets or other stolen items on StubHub is against the rules and violates various laws.

**The rules for listing tickets**

Providing accurate section, row, and seat info about your tickets is one of the keys to becoming a successful seller and is a requirement to list on the Site. If any of the information in your ticket listing doesn't accurately reflect the actual tickets you deliver to the buyer - including features and comments you select or disclosures you fail to select - you may not get paid, you may incur fees for us finding replacement tickets for the buyer, or you may be subject to other consequences.

**Accurately tell us when you'll be able to send the tickets to buyers (if your tickets aren't in hand)**

It's OK to list tickets you own but don't have in your possession yet (i.e. 'Not In Hand') as long as you're absolutely certain you will have them on the date you give us when listing the tickets (the 'In-Hand Date'). The In-Hand Date you select is the beginning of your shipping window to complete the sale. We'll show buyers a delivery estimate based on your In-Hand Date, so be accurate. If you're not sure when you will have the tickets in your possession, hold off on listing the tickets or select the latest date available on the calendar. If your tickets haven't sold and the In-Hand Date changes, you may change the In-Hand Date without penalty. If your tickets have sold and the In-Hand Date changes, you may incur penalties.

**Select the right delivery method for your ticket type**

For our integrated partner teams and venues (such as most Major League Baseball teams), you'll deliver your tickets by entering the barcodes printed on them. This type of delivery applies to all types of tickets and is **not** the same as electronic delivery of PDF files (see below).

For all other events, when you start listing your tickets on the 'Enter your ticket details' page, you'll select a delivery method based on the type of tickets you have - electronic tickets (e-tickets), paper printouts, or traditional 'hard' tickets (such as tickets printed on card stock). Once your tickets sell, you can't change the delivery method and you must deliver the tickets using the delivery method you selected.

**Important:** Be careful about selecting electronic delivery - which requires you to upload your tickets as PDF files. Traditional 'hard' tickets cannot be delivered electronically. And you cannot scan, copy, or photograph them to convert them into PDF files. If you have 'hard' tickets, you must select the shipping option (such as UPS) or use Last Minute Services (LMS).

**Enter accurate section, row, and seat info**

When you list your tickets on StubHub, you are responsible for entering the exact section and row printed on your tickets. We may remove any listings, cancel any sales or take other actions if listings that are vague, confusing, inaccurate or misleading about section, row and seat information. You may face various consequences, including forfeiting payment for cancelled sales.

**Select any required disclosures**

You are responsible for noting any important required disclosures about your tickets, including:

- Limited or obstructed view
- Possible obstruction
- Wheelchair seating

- Wheelchair only
- Wheelchair accessible
- Alcohol-free section
- Behind stage (possible obstruction)
- Side stage (possible obstruction)
- 21 and over event

**Select accurate ticket features and comments**

If you have an aisle seat ticket, have a parking pass to include with the tickets you're selling, or want to highlight any other details about your tickets, select the appropriate check box on the 'Enter your ticket details' page when you're listing your tickets. Be sure to list exactly what you will deliver to the buyer and select only comments that accurately describe your tickets.

Don't see a comment you're looking for? Let us know at CommentsRequests@StubHub.com. Keep in mind that the comments should be about specific ticket features and disclosures, not subjective comments like 'Best value' and 'Great view of the stage'.

**List valid tickets**

It's up to you to make sure the tickets you list for sale on StubHub are valid. If you deliver incorrect, misrepresented, invalid, fraudulent or counterfeit tickets for any sale or portion of a sale you will be subject to a replacement fee, other charges, and/or other consequences.

**Manage your listings and sales closely**

If you choose to list your tickets on StubHub and on other sites and you end up selling your tickets somewhere else or no longer have them in your possession, delete them from StubHub immediately. If you upload electronic tickets for sale and then remove the listing, StubHub is not responsible if you are unable to use those tickets due to technical or other reasons. Remember, if you choose to list your tickets for Instant Download or with Last Minute Services, you agree to list your tickets for sale on StubHub exclusively.

**No guarantee**

StubHub does not guarantee that your tickets or related passes will sell or that your listing will appear on the site within a certain time after it is posted. StubHub will not, for any reason, provide compensation for tickets that do not sell, even if it is due to Site unavailability from an outage or maintenance or listing delays.

**The rules for getting tickets to buyers**

**Completing your sales**

When your tickets sell, your sale is not complete until the buyer receives the tickets from you. Completing a sale means following all of the steps to send the tickets you sold, on time and as promised in your listing.

As soon as your tickets sell, we'll send you an email with a deadline to complete your sale. The deadline to complete your sale is based on whether you told us your tickets were in hand or not - and if not, the date you identified as your In-Hand Date. To get paid more quickly, complete your sale as soon as possible.

**Deliver your tickets on time and as promised**

When sellers deliver tickets late, worried buyers contact us wondering why they haven't received their tickets yet, when they should be looking forward to going to their event. And when a buyer gets tickets that don't match the information in the listing, we may need to take various remedial actions for that buyer including finding replacement tickets, providing refunds, etc. So if any of the information in your listing doesn't exactly match the actual tickets you deliver to the buyer or if you don't complete your sale on time, we may cancel your sale, you may not get paid, you may incur additional fees or you may be subject to other consequences. The deadline for completing your sale depends on whether or not your tickets are In Hand and how you will deliver your tickets to the buyer. Refer to the table below to determine when you are required to ship (or send) your tickets. Your 'Sale Date' refers to the date you receive the sale notification email.

|  | In Hand | Not in Hand |
|---|---|---|
| UPS Delivery (for orders > 72 hours from event) | Sale Date + 1 business day | In-Hand Date + 1 business day |
| Electronic Delivery (for orders > 48 hours from event) | Sale Date + 1 calendar day | In-Hand Date + 1 calendar day |

JR - 00880
PRR-2025-0179 B2

Except for tickets sold through LMS, StubHub will show you the delivery methods available for the event during the listing process. Not all delivery methods are available for all events. The delivery method determines the last available date to list tickets that are Not in Hand and the date and time the listing will expire (i.e. no longer be visible to buyers). This allows you adequate time to get tickets to buyers before the event.

**Tip:** If you're listing e-tickets that are in your possession (in hand), enter the barcodes or upload them when you list them to take advantage of the following benefits:

- We'll highlight your listings as being ready for Instant Download (which is the delivery method buyers prefer)
- Your tickets can stay listed longer
- You'll get paid more quickly

With Instant Download, you'll 'pre-deliver' your tickets when you list them for sale, instead of waiting to receive a buyer's order to deliver them. That way, within minutes of their sale they are delivered to the buyer. And remember: with Instant Download tickets, until they sell, the tickets are still yours. If you decide you want to use them, just delete your listing first. If you choose to list your tickets using Instant Download, you have agreed to list them for sale exclusively on StubHub. To learn more, read about Listing tickets for Instant Download.

**Last Minute Services (LMS):** Remember, if you choose to list your tickets for sale using LMS, you have agreed to list them for sale exclusively on StubHub and you must send your tickets to LMS on or before the In-Hand Date. Keep in mind that LMS is not available for all events or sellers. Learn more about LMS

### Reporting an issue and offering replacement tickets

We know things don't always go as planned - and there's a chance that your tickets will sell and you won't be able to deliver them as promised. If you can't send the tickets when required based on your In-Hand Date, if you need to offer replacements, or if you can't deliver the tickets at all, you need to 'report an issue' right away by following the 'Report an Issue' link in the email or by clicking the 'Report an Issue' link on the 'Open sales' tab in My Account.

Here are a few things to keep in mind:

- It is always your responsibility to report an issue immediately, no matter how much time has passed since you received your sale notification email.
- If your tickets sell within 72 hours of the event or you have listed your tickets using Instant Download or LMS you won't be able to report an issue online - but you still need to let us know immediately. So call us.
- If your tickets have sold but you cannot fulfill the order (also referred to as 'dropping a sale' or a 'dropped sale'), StubHub may charge your payment method an amount equal to 20% of the price of the ticket sold to compensate us for the losses we incur to meet our obligations under the Fan*Protect*TM Guarantee. In some cases involving dropped sales that result in unusually large losses to StubHub (for example, dropped sales involving large numbers of tickets or tickets with significant price appreciation), however, StubHub reserves the right in its sole discretion to charge your payment method the full amount of the replacement costs StubHub incurs under the Fan*Protect*TM Guarantee (including costs in excess of 20% of the ticket price).
- A dropped sale means one of these things happens:
    - You cannot deliver the ticket and related passes in time,
    - You do not have a replacement ticket (tickets that StubHub determines in its sole discretion are comparable or better than the ones originally listed) that the buyer accepts, or
    - The buyer or StubHub rejects your requested change and cancels the order. Remember, just because you Report an Issue to request a change to a sale it does not have to be accepted. StubHub may, in its sole discretion, cancel the order without further notice or payment to you.
- StubHub monitors the frequency and rate at which you drop sales as compared to your total sales (your 'dropped order rate') and we reserve the right, upon notice to you, to suspend your account if we determine that your dropped order rate has exceeded an acceptable level. Similarly, if you abuse the StubHub marketplace as determined by StubHub in its sole discretion including, without limitation, (i) dropping orders at one price and relisting the same tickets for higher prices; (ii) engaging in speculative listings or (iii) other similar abuses of your obligations as a seller, you may be subject to an investigation and any applicable consequences.

The sooner you let us know that there might be an issue with a ticket that you sold, the sooner we can try to find replacement tickets for the buyer. If you offer replacement tickets, we may decide, in our sole discretion, what is a comparable or better seat location.

**Don't place additional items in the envelope (like your contact info, promotional materials for your business etc.)**

It may be tempting and seem harmless to stick a note in the UPS envelope when you ship tickets to buyers - but it's against the rules. Here are examples of promotional or commercial information that you aren't allowed to include in shipments:

- With the exception of StubHub merchandise or leaflets that we send you for this specific reason, don't place additional items in the envelope (like your contact info, promotional materials, etc.)
- Catalogs
- Business cards or business reply cards
- Bookmarks
- Coupons
- Flyers
- Solicitations
- Other marketing or advertising material
- Sticky notes with your contact information

**How we handle cancelled events, playoff games, and postponed events**

**Cancelled events and playoff games**

If you sold tickets to a cancelled event or a playoff game that's not played, we'll email you to let you know and you won't be paid for the sale. If you were already paid, we'll recover the payment by charging your Payment Method on file with us or cancelling pending payments (for other tickets you've sold). If you prevent us from recovering a payment, we may suspend your selling permissions or withhold future payments until the amount owed is recovered.

If you need your tickets shipped back to you in order to get a refund of your original purchase, please contact us by replying to the cancellation email within two weeks of the event cancellation.

**Postponed events policy**

A 'postponed event' is an event where the time or date has changed because it was rescheduled by the team, venue, or artist. We evaluate postponed events on a case-by-case basis to determine the appropriate course of action. Here are a few important things to keep in mind:

- **If a venue requires new tickets for the rescheduled event to be printed and you have already delivered the original tickets to the buyer,** contact StubHub customer service to request a new shipping label to ship the new tickets to the buyer. If you don't contact customer service and the buyer is denied entry to the event, StubHub may charge you the full amount of the order, costs incurred to satisfy the buyer, and/or you may be subject to other consequences.
- **If an event is postponed and the new event ticket availability is limited and not guaranteed,** we will deem the event cancelled and handle this as we do other cancelled events.

**Getting paid, paying taxes, and tips on avoiding consequences**

**Getting paid for your ticket sale**

Top Sellers will receive their payment as set forth in the Top Seller Manual. Generally, other sellers will be sent payments within five (5) business days (sometimes longer) following StubHub's confirmation of the Buyer's receipt of tickets or related passes. For contingent events (meaning events that may not happen, including certain playoff games that only occur if a team wins), sellers will be sent payment within five days of the event itself.

Payment receipt times will vary depending on the payment method chosen by the Seller. We'll also send you an email to let you know the buyer received the tickets and we have begun processing your payment.

If you choose to be paid by check, we'll send your check by First-Class Mail®. When you receive your check depends on where you live and the United States Postal Service.

If you choose to be paid through PayPal, we'll transfer your payment directly to your PayPal account.

If you're crediting your payment to your team account, how quickly the payment appears in your account depends on your team.

When you donate payments to charity, it's the responsibility of the charity to send you a receipt for tax purposes.

**Paying taxes**

We do not collect taxes on any transactions. However, as a seller, you are responsible for collecting and remitting any and all applicable international, federal, state, or municipal taxes in connection with ticket sales.

As of January 2011, we are required by the IRS to collect a Tax ID Number (TIN) for sellers with more than 200 transactions and $20,000 USD paid to them by StubHub per year so we can create an annual 1099k form. If you're one of these sellers, we'll send you an email with instructions on how to add your TIN in My Account.

**Avoiding additional fees and order cancellation**

We want to make sure the buyer gets the tickets in time for the event. If anything goes wrong with an order - if a buyer gets invalid tickets, doesn't get the right tickets, doesn't get them on time, or doesn't get them at all - our marketplace suffers. That's why sellers may not get paid for their sales, may incur other fees, and/or may be subject to other consequences.

Here's a list of reasons sellers may incur fees or other penalties and tips on how to avoid them:

- **You were unable to send your tickets within the shipping window.** If you list tickets that aren't in your possession yet, you should take care in selecting your In-Hand Date. Not only is the In-Hand Date the beginning of your shipping window to complete the sale, it is also the date we use to determine a delivery estimate for buyers which sets their expectations of when they'll receive the tickets they purchased. Wait to list your tickets until you know for sure when you'll have them.
- **You were unable to complete the sale.** It's simple: only list tickets you'll be able to send on time. If you realize you won't get the tickets you listed in time to send them to the buyer or you no longer have them, you must delete your listing from StubHub immediately. If you sell tickets you can't send within your shipping window (based on your In-Hand Date or Sale Date) or you no longer have them, let us know right away.
- **You sent tickets that didn't match the tickets you listed.** When you list your tickets, make sure:
  - you'll be able to send the exact tickets you listed
  - you enter the exact section, row, and seat numbers printed on your tickets
  - you select any ticket features or required disclosures that apply
- **The buyer was denied entry into the event because the tickets were invalid or duplicates.** Only list tickets that you know are valid. You might be tempted to increase your chances of selling your tickets by posting them for sale somewhere else, but you could end up selling the same tickets to different sets of buyers, which then prevents buyers' entry into the event. If you make your tickets available for Instant Download or list them with Last Minute Services, do not list them for sale elsewhere.
- **You uploaded invalid PDF files or selected the wrong delivery method.** Never create your own electronic ticket files from scans, photos, or copies of paper tickets or ticket printouts. Only choose e-tickets if the tickets originated as electronic PDF files and you have the original files. When you enter your ticket details, make sure you select a delivery method based on the type of tickets you have.
- **You listed or sold tickets or items that are not allowed.** Be sure to review the things you're not allowed to list before listing your tickets on StubHub.

**State laws on the resale of tickets**

When setting the sale price of your tickets, it is your responsibility to comply with all applicable local, state, federal, and international laws, statutes, and regulations.

Certain U.S. states, Canadian provinces, and municipalities have ticket resale regulations. Regulations differ by location and may apply to different aspects of ticket resale. For example, some laws may regulate the resale price, require you to be a licensed reseller or require you to provide certain disclosures. Below is a basic list with some of these regulations. This is not an all-inclusive list of the laws that may apply to you or your actions. Although we try to keep this information up to date, it's your responsibility to check the laws where you reside and where the venue is located. It's also up to you to determine if any of these laws or any other laws apply to you. You should review the laws that are applicable to you to determine if or how the law applies to you or the tickets you are listing for sale.

**Note regarding the chart below:** Some states have additional or different restrictions if you are not reselling tickets through an online marketplace. You should also keep in mind that different laws may define face value differently. We recommend that you familiarize yourself with the laws that may apply to the resale of your tickets on the Site.

| State/Province | Regulations |
| --- | --- |
| Arkansas, Kentucky,  Wisconsin, Manitoba, Ontario | No more than face value. |
| Colorado | Venues can restrict the resale of season tickets if the season ticket package agreement gives the season ticket holder a priority or other preference to renew their agreement. |
| Delaware | No more than face value for tickets sold on the day of or the day before an event at the Bob Carpenter Sports/Convocation Center or a NASCAR race at Dover Downs. |
| Florida | No sale of multi-day or multi-event tickets that have been used at least once for admission. |

| | No sale for more than $1 above the admission price for multi-day or multi-event tickets or for certain event tickets issued by a charitable organization (the back of the ticket will reference s. 817.36 FL Statutes if this prohibition applies). |
|---|---|
| Georgia | Only an original purchaser who purchases tickets for personal use, a charity, or a licensed broker may sell for more than face value. |
| Hawaii, Indiana,  Maryland | No more than face value for tickets to boxing and/or sparring matches. |
| Louisiana | Allows resale of tickets without regard to face value if authorized by the venue. No more than face value for tickets to university sporting events issued to students and Louisiana legislators. |
| Massachusetts | No more than face value plus $2.00; however, a licensed broker may charge for certain additional expenses related to acquiring and selling the ticket. |
| Michigan | No more than face value. Tickets that were purchased under restrictive terms and at a discount cannot be resold; ticket will state that it is nontransferable if this prohibition applies. |
| Mississippi | No more than face value for events held on a state owned property and athletic contests at Mississippi colleges and universities; no limits on other events. |
| New Jersey | No limits for non-brokers; however, a registered ticket broker may accept a premium of up to 50% of the price paid to acquire the ticket. |
| New Mexico | No more than face value for college athletic events; no limits on other events. |
| North Carolina | Allows resale of tickets without regard to face value, except for student tickets for sporting events. Venues may opt-out of allowing resale above face value for certain events - if in doubt, check the venue's website.<br>Sellers must also provide certain information to the state Department of Revenue. |
| Ohio | Resale of tickets to boxing and sparring matches is prohibited. |
| Pennsylvania | Allows resale of tickets without regard to face value, except boxing tickets, which can be resold for no more than 50 cents above face value. |
| Rhode Island | No more than face value plus the greater of 10% of the ticket price or $3.00. |
| South Carolina | Allows resale of tickets without regard to face value, except tickets to events held at institutes of higher education unless the school approves resale above face value. |

## Other stuff you're not allowed to do

### Misusing buyer contact info or StubHub's site and services

We provide you with the buyers contact information so you can ship tickets to them. However, don't use this info to contact the buyer for anything other than delivering the tickets you sold to the buyer and do not tell a buyer that you are affiliated with or a representative of StubHub.

You are not allowed to use the StubHub's Site or Services to:

- contact other StubHub users
- ask other StubHub users to contact you
- buy, sell, or deliver tickets outside of StubHub

## What happens when you break the rules

When you violate StubHub's policies, you may face penalties, which could include the following (or any combination):

- The removal of your listings
- Order cancellation
- Limits to your buying and selling privileges
- Additional fees (including the cost of replacement tickets, coupons, gift certificates, reprinting fees, UPS rerouting charges, and refunds to the buyer)
- Withholding of payments
- Temporary or permanent suspension of your account

Remember, it's your responsibility to consult StubHub's User Agreement and incorporated policies (including these Seller Policies) for all of the detail.

We update this information from time to time, so be sure to check back regularly.

We'd like to hear from you. If you have any questions or comments, contact us.

# User Privacy Notice

This User Privacy Notice ("Privacy Notice") applies to your use of the www.stubhub.com website and any other StubHub sites where this Privacy Notice appears in the footer, our mobile applications, tools and associated services (collectively the "Services") where this Privacy Notice is referenced, regardless of how you access or use them, including through mobile devices.

Posted and effective for new users: June 1, 2015

Effective for current users: July 1, 2015

We may amend this Privacy Notice by posting any changes to this website and notifying existing users of any material changes with an alert on the website or a communication. Changes take effect 30 days after they are posted. Your continued use of the website and/or Services indicates your acceptance of the amended Privacy Notice.

Please read the summary below and click on the "Learn More" link in each section for more details on a particular topic.

**Summary**

**Scope and Consent**

This User Privacy Notice ("Privacy Notice") applies to your use of the www.stubhub.com website and any other StubHub sites where this Privacy Notice appears in the footer, our mobile applications, tools and associated services (collectively the "Services") where this Privacy Notice is referenced, regardless of how you access or use them, including through mobile devices.

**Global Privacy Standards**

Our parent company eBay Inc. has established global privacy standards for all eBay Inc. companies known as Binding Corporate Rules (BCRs). They are our commitment to protect your personal information and honor our privacy obligations regardless of where your personal information is collected, processed or stored.

**Collection**

We collect personal information from you and the devices (including mobile devices) you use to access or use our Services. Categories of personal information we collect include, but are not limited to, personal information:

- you give us when you use our Services
- we collect automatically when you use our Services
- we collect using Cookies, Web Beacons and Similar Technologies
- we collect or obtain from other sources

**Use and Retention**

We use the personal information we collect to: operate, improve and personalize our Services, to contact you about your account or our Services, provide you customer service, customize our advertising and marketing, to detect, prevent and mitigate fraudulent or illegal activities and to comply with our legal obligations.

We retain your personal information as long as it is necessary and relevant for our operations. In addition, we retain personal information from closed accounts to comply with the law, prevent fraud, collect any fees owed, resolve disputes, troubleshoot problems, assist with any investigation, enforce our User Agreement and take other actions permitted by law.

**Choice**

You have a choice about how we use your personal information to communicate with you, send you marketing information, and provide you with customized and relevant advertising.

**Access**

We take steps to ensure that the personal information we collect is accurate and up to date, and that you have the ability to access it or make corrections to it.

**Disclosure**

There are times when we disclose your personal information to members of the eBay Inc. corporate family or other third parties. This disclosure may be required for us to operate or provide you with access to our Services, comply with our legal obligations, enforce our policies, facilitate our advertising, or detect or prevent fraud related to our Services. We do not disclose your personal information to third parties for their marketing and advertising purposes without your explicit consent.

**Security**

We protect your information using technical and administrative security measures to reduce the risks of loss, misuse, unauthorized access, disclosure and alteration. Some of the safeguards we use are firewalls and data encryption, physical access controls to our data centers, and information access authorization controls.

**Important Information**

This section describes some additional important information related to your use of our Services. Please review it for more details.

**Full Privacy Notice**

**Scope and Consent**

This Privacy Notice describes your privacy rights regarding our collection, use, disclosure, retention, and protection of your personal information. It applies to any StubHub site where this Privacy Notice appears in the footer, and to any Services (as defined above) where this Privacy Notice is referenced, regardless of how you access or use them, including through mobile devices.

By using our Services and/or registering for an account with us, you are accepting the terms of this Privacy Notice and you are consenting to our collection, use, disclosure and retention of your personal information as described in this Privacy Notice and in our User Agreement. If you do not provide the information we require, we may not be able to provide all our Services to you.

If you reside within the United States or Canada your data controller for all Services is StubHub, Inc., 199 Fremont Street, Floor 4, San Francisco, CA 94105, USA. If you reside within the European Union, your data controller is StubHub Europe S.a r.l., 22-24 Boulevard Royal, L-2449, Luxembourg. If you reside elsewhere your data controller is eBay International AG, Helvetlastrasse 15/17, 3005, Bern, Switzerland. We may store and process your personal information on our computers in the US and elsewhere in the world where our data centers are located.

**Personal Information**

"Personal information" is information that can be associated with a specific person and could be used to identify that specific person whether from that data alone or from that data in combination with other information that StubHub has or is likely to have access to. We do not consider personal information to include information that has been made anonymous or aggregated so that it can no longer be used, whether in combination with other information or otherwise, to identify a specific person.

**Global Privacy Standards**

Our parent company eBay Inc. has established global privacy standards for all eBay Inc. companies known as our Binding Corporate Rules (BCRs). They are our commitment to protect your personal information and honor our privacy obligations regardless of where your personal information is collected, processed or stored. Our BCRs have been approved by a number of European Union privacy regulators. More information about our BCRs and our global privacy practices and principles, including information on how to contact us, is available at our eBay Privacy Center.

**Collection**

We collect personal information from you and the devices (including mobile devices) you use to access or use our Services. This personal information we collect includes, but is not limited to, personal information of the kinds described below:

Personal information you give us when you use our Services

- Information you provide us when registering with StubHub, which may include name, physical address, email address, telephone and/or mobile phone number, business seller information, tax identification number;
- Financial information such as PayPal account information, credit card, or debit card or bank account information;

- Transactional information based on your activities on our sites and through our Services (such as information on your buying and selling activity, ticket information and other content you generate or that relates to your account);
- Shipping, billing and other information you provide to purchase or list a ticket, as well as, where shipping services are provided through one of our programs, additional relevant shipping information (such as tracking updates) provided by the chosen shipping partner;
- Information provided through user ratings and reviews, chats, dispute resolution, referral services, information added to a web form or when adding/updating your account information, correspondence through our sites and Services, correspondence with our customer service team or correspondence sent to us;
- Information provided through user ratings and reviews, chats, dispute resolution, referral services, information added to a web form or when adding/updating your account information, correspondence through our sites and Services, correspondence with our customer service team or correspondence sent to us;
- Additional information you may be asked to provide in order to verify your or your business' identity or other information pertaining to your account or listings. Such information may include name and address of legal representatives and beneficial owners, date of birth, nationality, and copies of your passport and/or other identification documents.

## Personal information we collect automatically when you use our Services

We also collect information about your interaction with our sites and Services, advertising, mobile notifications or e-mail communications. This is typically information we receive from your computer or other devices, including your mobile devices.

- Device ID or unique identifier, device type, ID for Advertising, unique device token;
- Geo-location information, including location information from your mobile device.
  Keep in mind that:
  - Most mobile devices allow you to control or disable the use of location services in the device's settings' menu.
- You may also be presented with an additional notice when using our Services explaining any additional information we may collect from you that is not listed in this notice.
- Computer and connection information;
- Statistics on page views, traffic to and from the sites, referral URL, ad data, IP address, browsing history and web log information.

## Personal information we collect using Cookies, Web Beacons and Similar Technologies

We use cookies, web beacons, unique identifiers, and similar technologies to provide and improve our Services and personalized advertising and marketing and to provide a safer and personalized experience on our sites. We collect information about the pages you view, the links you click and other actions you take on our Services, or within our advertising or email content. For more information about our use of these technologies and how to control them, see our notice on Cookies, Web Beacons and Similar Technologies.

## Personal information from other sources

- We may supplement the information we collect from you with information from third parties and add it to your account information. This may include publicly available demographic information; additional contact information, user information or account information (including third-party account information) and other information required to verify your or your business' identity or user information or to assess fraud; credit check information; and information from credit bureaus as permitted by law. We may combine information you give us with information we collect from other sources and use it for the purposes disclosed in this Privacy Notice.
- We may allow you to share information with third party social media sites, or use social media sites or other sites connected to your account. Those social media sites may give us access to certain personal information stored by them (e.g. content viewed, content liked by you, and information about the advertisements within the content you have been shown or may have clicked on etc.). If you provide us with access to any site with video content, then you agree that we may share your video viewing with, or obtain information about your video viewing from, third-party social media sites for at least two years or until you withdraw consent. You control the personal information you allow us to have access to through the privacy settings on that third party site and the permissions you give us when you grant us access. By associating an account managed by a third party with your account and authorizing StubHub to have access to this information, you agree that StubHub may collect, use and store the information provided by these sites in accordance with this Privacy Notice.
- If you give us personal information about someone else, you must do so only with their consent. You agree to inform them that we have collected their personal information and tell them how we collect, use and disclose the personal information.

## Use and Retention

We use the personal information we collect to operate, improve and personalize our Services, to contact you and provide you customer service, customize our advertising and marketing, to detect, prevent and mitigate fraudulent or illegal activities and to comply with our legal obligations. You agree that we may use your personal information as follows:

## Operate, improve, and personalize our Services

- Provide you use of and access to our Services;
- Give you access to your purchase and sales history, payment transaction history, internal email and other features and functionalities;

- Customize, measure and improve our Services;
- Provide other services requested by you as described when we collect the information;
- Provide you with location-based services, such as advertising, search results, and other personalized content using geo-location information.

**Contact you and provide you customer service**

- Provide customer support you request for our Services or for the products offered by members of our corporate family;
- Contact you, either via postal mail, email, phone (including using auto-dialed or pre-recorded messages and text messages) to provide you with information regarding your listings, sales, purchases or payment transactions, resolve disputes, collect fees, and troubleshoot problems with your account or our Services, poll your opinions, and for other purposes authorized by law and consistent with this Privacy Notice. You consent to receive autodialed or pre-recorded calls and text messages as described in our User Agreement. Message and data rates may apply.

**Customize our advertising and marketing communications with you**

- Customize, measure, and improve our content and advertising based on your ad customization preferences;
- Contact you and deliver targeted marketing about our services and those of our corporate family, service updates and promotional offers either via email, telephone (including using auto-dialled or pre-recorded messages), SMS text, or postal mail, based on your communication preferences. Message and data rates may apply.

**Detect, Prevent and Mitigate Fraudulent or Illegal Activities**

- Prevent, detect, investigate and report fraud, security breaches, potentially prohibited or illegal activities;
- Protect the security or integrity of our sites and Services;
- Enforce our User Agreement or other applicable policies;
- Compare the personal information you provide for accuracy, and verify it with information provided by third parties as necessary.

**Other**

- For accounting and litigation purposes

We retain your personal information as long as it is necessary and relevant for our operations. Upon request, personal information from closed accounts will be deleted or rendered anonymous as soon as reasonably possibly after the account is closed or deactivated. Under certain circumstances we may retain personal information from closed accounts to prevent fraud, collect any fees owed, resolve disputes, troubleshoot problems, assist with any investigation, enforce our User Agreement, comply with applicable legal data retention obligations and take other actions permitted by law. After it is no longer necessary for us to retain your personal information, we will dispose of it in a secure manner according to our data retention and deletion policies.

**Choice**

You have a choice about how we use your personal information to communicate with you, send you marketing information, and provide you with customized and relevant advertising.

**Communication Preferences**

We do not sell or rent your personal information to third parties for their marketing purposes without your explicit consent. If you do not wish to receive marketing communications from us, you can unsubscribe from the link in the email you received, change your Preferences within My Account or indicate your preferences within the direct communication from us. You may not opt out of receiving administrative messages, customer services responses or other transactional communications. If you have agreed to receive marketing communications through check-out with our partners, you must change your communication preferences with them directly.

**Advertising**

We do not allow third parties to track or collect your personal information on our sites for their own advertising purposes without your explicit consent. If you do not wish to participate in our ad-customization programs, you can opt-out by following the directions provided within the applicable advertisement. The effect of an opt-out will be to stop targeted advertising, but it will still allow the collection of usage data for certain purposes (e.g. research, analytics and internal online services operation purposes).

**Withdraw Consent**

If you withdraw your consent for the use or disclosure of your personal information for the other purposes set out in this Privacy Notice you may not have access to all of our Services and we might not be able to provide you all of the Services and customer support offered to our users and authorized under this Privacy Notice and our User Agreement.

**Access**

We take steps to ensure that the personal information we collect is accurate and up to date, and that you have the ability to access or correct it.

- You can see, review and change most of your personal information by signing on to your account. Please update your personal information immediately if it changes or is inaccurate.
- Once you make a public posting, you may not be able to change or remove it. Upon your request, we will close your account and remove your personal information from view as soon as reasonably possible, based on your account activity and in accordance with applicable law.
- We will honor any statutory right you might have to access, modify or erase your personal information. You can contact Customer Service to request access. Where you have a legal right to request access or request the modification or erasure of information, we can still withhold that access or decline to correct information in some cases in accordance with applicable law, but will give you reasons if we do so.

**Disclosure**

We disclose personal information to respond to legal requirements, enforce our policies, respond to claims that a listing or other content violates the rights of others, or protect the rights, property or safety of any member of the eBay Inc. corporate family, other users or third parties. Such information will be disclosed only in accordance with applicable laws and regulations (such as professional secrecy obligations). We minimize the amount of personal information we share to what is directly relevant and necessary to accomplish the specified purpose. As stated above, we do not disclose your personal information to third parties for their marketing purposes without your explicit consent.

We may share your personal information with:

- Members of the eBay Inc. corporate family to provide joint content and services (like registration, transactions and customer support), to help detect and prevent potentially illegal acts and violations of our policies, to guide decisions about their products, sites, applications, tools, services and communications and to provide customized advertising. Members of our corporate family may use this information to send you marketing communications only if you have consented to their services and will use your personal information in compliance with their respective privacy policies and our global privacy standards.
- PayPal Inc. and its corporate family to prevent fraud or assess and manage risk (including to help protect your account from fraudulent activity or alert you if we detect such fraudulent activity on your account), to provide customer services (including to help service your account or resolve disputes, e.g., billing or transactional), and to comply with anti-money laundering and counter-terrorist financing verification requirements.
- Third party service providers, payment processors and financial institutions under contract who help with our business operations (such as, but not limited to, fraud detection and investigations, identity verification services, payment processing, bill collection, affiliate and rewards programs, website operations, fulfilment and delivery services or ticket cancellation and reissue services).
- Co-brand partners for certain sites, events or listings. When we identify a co-brand partner for a site, event or listing, you agree that we may share contact information and transaction data (excluding payment information) with that partner. Information shared with a co-brand partner is subject to their privacy policy. We do not control the privacy policies of co-brand partners and we encourage you to review their privacy policies.
- Marketing partners for certain sites, events or listings where you agree during checkout that you would like your information shared for their marketing purposes. We may share your contact information and transaction data (excluding payment information) with the marketing partner identified in checkout. Information shared with a marketing partner is subject to their privacy policy. We do not control the privacy policies of marketing partners and we encourage you to review their privacy policies.
- Other StubHub users, whether located in your country of residence or outside of your country of residence, as necessary or appropriate for the transaction or as authorized by your use of our Services. For example, when you purchase a ticket, a seller may receive your contact information and transaction data (excluding payment information) or other information that might be included on a ticket in order for the seller to complete the transaction or provide box office services. Such information is subject to the seller's privacy policy.
- Other third parties to whom you explicitly ask us to send your information (or about whom you are otherwise explicitly notified and consent to when using a specific service).
- Local and foreign law enforcement or regulatory agencies, other government officials or authorized third-parties, in response to a verified request relating to a criminal investigation (i.e. a subpoena, court order or substantially similar legal procedure) or alleged illegal activity or any other activity that may expose us, you, or any other StubHub user to legal liability. In such events, we will disclose information relevant and necessary to the investigation or inquiry, such as name, address, telephone number, email address, IP address, fraud complaints, sales and/or purchase history or payment transaction history.
- Credit bureaus to which we might report information about your account, including information on late fee payments, missed fee payments or other defaults on your account that may be reflected in your credit report, as allowed by applicable law.

While we use contractual and other measures to ensure protection of personal information, the laws and regulations relating to privacy and personal information protection in other jurisdictions may not be the same as, or similar to, your local privacy laws. The governments, courts, law enforcement or regulatory agencies in these other jurisdictions may be able to request disclosure of personal information through the laws of these countries. In an effort to respect your privacy, we will not otherwise disclose your personal information to law enforcement, other

government officials, or other third parties without a subpoena, court order or substantially similar legal procedure, except when we believe in good faith that the disclosure of information is necessary to prevent imminent physical harm, financial loss or to report potentially illegal or fraudulent activity.

If we were to merge with or be acquired by another company, we may share information with them in accordance with our Global Privacy Standards. Should such an event occur, we will require that the new combined entity follow this Privacy Notice with respect to your personal information. If your personal information will be used or disclosed for any purposes not covered in this Privacy Notice, you will receive prior notification of the use of your personal information for the new purposes.

**Security**

We protect your information using technical and administrative security measures to reduce the risks of loss, misuse, unauthorized access, disclosure and alteration. Some of the safeguards we use are firewalls and data encryption, physical access controls to our data centers, and information access authorization controls.

**Important Information**

There are just a few more pieces of important privacy information related to your use of our Services that we need to cover:

**Using information obtained on StubHub**

Other users have access to the information you share on StubHub (e.g. listings, ratings and reviews, business seller information) and may have access to other users' contact, delivery and transaction data as necessary to facilitate ticket purchases, sales and payment transactions. You may only use the personal information that you have access to for transaction-related purposes, for using services offered through StubHub (such as delivery services) and for purposes expressly consented by the user to whom the information relates. Using personal information that you have access to for any other purpose, including marketing without appropriate consent, is a violation of our User Agreement and other policies.

**Unwanted or threatening email**

Sending unwanted or threatening email is against our policies and constitutes a violation of our User Agreement. To report StubHub-related spam or spoof emails please forward the email to safety@stubhub.com.

**Children's Privacy**

Our websites are general audience websites, and our Services are not intended for users under the age of 18. We do not knowingly collect personal information from users in this age group.

**Third Party Privacy Practices**

This Privacy Notice addresses only the use and disclosure of personal information we collect from you. If you disclose your information to others, their privacy notices and practices will apply. We cannot guarantee the privacy or security of your information once you provide it to a third party and we encourage you to evaluate the privacy and security policies of any third party before entering into a transaction and choosing to share your information.

**Questions or Complaints**

If you have questions or concerns about this Privacy Notice or our global privacy or information handling processes, you can contact

StubHub, Inc.
199 Fremont Street, Suite 300
San Francisco, CA 94105
Email: customerservice@stubhub.com

You can also find more information on our global privacy processes and how to contact us at our eBay Privacy Center.

# StubHub FanProtectTM Guarantee

StubHub backs every qualified order so you can buy and sell with 100% confidence.

If you have an issue with your order, please contact StubHub Customer Service via email at customerservice@stubhub.com or by phone at 1.866.STUBHUB (1.866.788.2482). Please provide your order number.

**FanProtectTM for Buyers**

Summary of StubHub guarantee to Buyers:

- You will get your tickets in time for the event
- Your tickets will be valid for entry
- Your tickets will be the same as those you ordered
- If any of these things do not occur and you comply with applicable policies and timelines, we will find you comparable or better tickets to the event, or offer you a refund or FanCode for future purchase

  and

- If the event is cancelled and not rescheduled, you will get a refund

**Getting tickets on time:**

If you don't receive the tickets you ordered by the date communicated to you when you placed your order or in subsequent communications, notify StubHub. StubHub will, in its sole discretion, attempt to locate and facilitate delivery of your tickets, provide you with comparable or better replacement tickets at no additional cost, issue you a full refund (including any fees and shipping/handling charges), or issue you a FanCode (coupon) for use on a future purchase.

**Getting valid tickets:**

If the tickets you ordered are invalid and not honored by the venue, StubHub may, in its sole discretion, attempt to locate replacement tickets for you or provide you with a full refund (including any fees and shipping/handling charges). StubHub may require information from you or the venue to confirm that the tickets were invalid. You are encouraged to call us at 1.866.STUBHUB (1.866.788.2482) from the venue if you experience problems with your tickets. You must notify StubHub and complete any required forms no later than thirty days after the event.

**Getting the tickets you ordered or better tickets:**

If you receive tickets that are not the same or better than the ones you ordered, notify StubHub immediately. Upon verification by StubHub and depending on when you notify us, StubHub may do any of the following in its sole discretion: provide you with comparable or better replacement tickets; issue you a full refund (including any fees and shipping/handling charges); issue you a partial or full credit or provide FanCodes towards a future purchase. StubHub may require that you return the tickets you received.

**If the event is cancelled or postponed:**

If an event is cancelled and not rescheduled, we will provide you with a full refund (including any fees and shipping/handling charges). We will notify you that the event was cancelled and provide instructions on how to obtain the refund.

If an event is postponed and rescheduled, you may use the tickets on the rescheduled date or, time permitting, list them for sale on StubHub. If replacement tickets are required for entry to the event on the rescheduled date, StubHub will work to obtain replacement tickets for you or provide you a full refund (including any fees and shipping/handling charges). If you cannot attend the event on the rescheduled date, you are encouraged to list the tickets on StubHub. Except when replacement tickets are required, StubHub does not provide refunds for postponed or rescheduled events, partial performances, or venue, date, lineup, or time changes.

Other terms:

- "Comparable or better" replacement tickets are determined by StubHub in its sole discretion based on cost, quality, availability and other factors.

- Tickets may include event tickets, parking passes or other items offered for sale on StubHub (unless the listing explicitly exempts the order from the FanProtect Guarantee).
- To receive the benefits of the FanProtect Guarantee, you must comply with the StubHub User Agreement and all policies, guidance and emails we send you regarding your order, including any timelines or procedures to notify StubHub of issues.
- The FanProtect Guarantee does not apply in cases of buyer's remorse or any reason other than the reasons stated in this Guarantee.

## FanProtectTM for Sellers

Summary of StubHub guarantee to Sellers:

- In most cases, buyers or prospective buyers are not permitted to contact you
- You can adjust your ticket prices any time before they sell
- You will receive payment for all tickets you sell and deliver in accordance with the StubHub User Agreement

### Buyer or prospective buyers won't contact you directly regarding a sale:

Buyers and prospective buyers are not permitted to contact you unless you consent or it is necessary for the specific transaction. If you are contacted and an exception does not apply, you are encouraged to refer the customer to StubHub Customer Service at customerservice@stubhub.com or 1.866.STUBHUB (1.866.788.2482) for assistance and let us know.

### Setting and adjusting the ticket prices before your tickets sell:

You set ticket prices. You can adjust the ticket price as often as you desire before your tickets sell. If you cannot adjust pricing for a ticket listing before the tickets have sold, you should contact Customer Service at 1.866.STUBHUB (1.866.788.2482) for assistance. You must be using a supported browser and have Internet connectivity.

### Receiving payment:

If you sell your tickets and send them in accordance with the StubHub User Agreement, policies, and emails we send you but there is a problem with the delivery that was not caused by your actions or inaction, you will still get paid for the sale.

### If you have not received payment for a ticket sale:

If you have not received payment for a ticket sale, you should first make sure that the Seller Payment Information provided to StubHub is correct by logging in and going to My Account. If you opted to receive payment by PayPal, the same email address provided in your Seller Payment Contact must also be registered at PayPal. After making any necessary corrections, please allow 2-3 weeks for StubHub to re-issue payment. If the Seller Payment Information is already correct, you should contact Customer Service at 1.866.STUBHUB (1.866.788.2482) for assistance. StubHub will investigate the matter promptly and determine the status of the payment. If your payment has not already been properly processed by StubHub, we will make every effort to do so as quickly as possible. You can always contact Customer Service at any time throughout this process if you have any questions.

## FanProtectTM for Buyers and Sellers

### Abuse of the FanProtect Guarantee

StubHub will investigate all claims under the Guarantee and determine resolutions on a case-by-case basis. Such decisions are final. StubHub reserves the right to limit the dollar amount a Buyer or Seller may be awarded and the number of claims a Buyer or Seller may file in a calendar year. StubHub may temporarily or permanently suspend any Buyer or Seller who attempts to abuse the FanProtect Guarantee and may report any such abuse to the appropriate legal authorities.

### Terms and Conditions

This FanProtect Guarantee is effective as of June 1, 2015. If we change this Guarantee, we will post a revised version of the Guarantee on the Site, which shall automatically replace the terms of this Guarantee. Your use of the Site and the Services following the effective date of the revised Guarantee will constitute your acceptance of the revised Guarantee. If you do not agree with the terms of this Guarantee or any revised version of this Guarantee, do not continue to use the Site or Services.

3/18/2016                                    UPS CampusShip: Shipment Label

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point[TM] | UPS Access Point[TM] | UPS Access Point[TM] |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 4001 S DECATUR BLVD | 3540 W SAHARA AVE | 3395 S JONES BLVD |
| LAS VEGAS ,NV 89103 | LAS VEGAS ,NV 89102 | LAS VEGAS ,NV 89146 |

FOLD HERE

SH RETURN CENTER
866-788-2482
STUBHUB TRC (CS)
4079 DEAN MARTIN DR
LAS VEGAS NV 89103

0.5 LBS   LTR                                                    1 OF 1

**SHIP TO:**
MS. JESSICA L. MOORE
ATTORNEY GENERAL OF WASHINGTON
CONSUMER PROTECTION DIVISION
SUITE 2000
800 FIFTH AVENUE
SEATTLE WA 98104-3188

WA 981 9-05

UPS NEXT DAY AIR   1

TRACKING #: 1Z E30 R18 01 9781 3194

BILLING: P/P

Ref #: 1-1779599536
Invoice #: RD

CS 18.0.33.   WN2N950 72.0A 01/2016

JR - 00893
PRR-2025-0179 B2

March 23, 2016

**Via Email**

**RE: Linda Gwilym**
**File No.: 482302**

Dear Ms. Moore:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Ms. Linda Gwilym.  Thank you for bringing her concerns to our attention.

Following the rapid sale of Paul McCartney tickets on account of high demand, Ms. Gwilym has contacted your office due to her inability to purchase tickets and that afterwards, she noticed tickets listed for above face value prices on third party resale sites.  Ticketmaster empathizes with her frustrations and appreciates the opportunity to explain ticket availability and to clarify our distribution practices.

Please be aware that Ticketmaster made available for sale all Paul McCartney tickets provided by our event provider client in the specific manner we were instructed to do so. By way of background, Ticketmaster acts as an agent and ticket services provider on behalf of our venue, promoter, artist and sports team clients.  Each and every ticket our clients entrust us to distribute is made available for sale in strict compliance with their instructions.  We do not decide how many tickets will be made available for any event or for a particular presale or general onsale.  Our event provider clients decide at their sole discretion which of their tickets are made available for public sale.

Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible; however, the demand for Paul McCartney tickets greatly exceeds available inventory.  When a popular event goes on sale there are thousands and sometimes millions of fans trying to get tickets at the same time through our various distribution channels.  They are trying online at Ticketmaster.com, through our automated phone system, through sales reps, at any of our retail locations and at the box office.  If there are 3,000 fans trying to each buy 4 tickets, that is 12,000 tickets sold within minutes.

Ticketmaster does understand the frustration of not being able to get tickets at the moment of the onsale, only to see tickets show up on resale web-sites. While this may seem common, the fact is that the vast majority of tickets end up in the hands of fans eager to attend the event.  When a well-known and talented artist like Paul McCartney schedules live performances, invariably the demand for the finite number of tickets increases dramatically.  This was clearly demonstrated in this instance.

In all candor, this process is as frustrating to us as it apparently is to Ms. Gwilym.  We wish it were the case that everyone who wanted to attend a live entertainment event could get tickets and receive their first choice for seat location. Unfortunately, in light of the extremely high level of demand for some events, not everyone wanting to attend certain events is able to buy a ticket.  There are only a limited number of tour dates for events, each with a limited seating capacity, so regrettably this just is not possible.

We appreciate the opportunity to respond to Ms. Gwilym's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

JesMoo.100     3/17/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

March 17, 2016

StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

RE:  Linda Gwilym
File #:  482302

Dear StubHub:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Linda Gwilym regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 482302 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**482302**

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Linda Gwilym

Address:
707 N 130th St B301
Seattle, WA 98133

Day Phone:
(206) 383-9066

Evening Phone:

E-mail Address:
coffeeboss@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:

**482302**

TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**482302**

Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On March 14th, at 10am, tickets to the Paul McCartney show went on general sale to the public.
My friend (who was trying to buy tickets for myself and others), was poised and waiting,
refreshing the Ticketmaster site to buy 3 tickets, preferably in the $39-$59 range. She kept
coming up with messages like "Sorry, no tickets from venue currently... Tons of fans are
shopping and some may have let their tickets go. You can try again or change quantity or ticket
type." The only time that she was able to get through, there were only a smattering of $100+
tickets with obstructed view. Now, I understand that concerts sell out, and cheap seats sell out.
But I looked at StubHub at 10:45am (45 miinutes after the tickets went on sale), and there are
OVER 2,000 tickets available for purchase, starting at $124.20 for a single seat in the "cheap
seats". This makes me furious. I *know* that HUNDREDS of people, not to mention fans,
would turn around and list their tickets for sale within minutes of buying them. I've been to two
big "sold out" shows in the last couple years that had hundreds of empty seats, all in the same
sections, that were all listed on the various reseller sites like StubHub. Whether it is
Ticketmaster's fault, the reseller's fault, or the robots' fault, the consumer gets screwed EVERY
time.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party

**482302**

(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Linda Gwilym    Date   3/14/16

Received via the Internet

City and State where signed Seattle, WA

**482302**

JR - 00899
PRR-2025-0179 B2

JesMoo.100      3/17/2016

R-1stLetterRevised To: casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 17, 2016

StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

RE:  Linda Gwilym
File #:  482302

Dear StubHub:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Linda Gwilym regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 482302 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**482302**

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Linda Gwilym

Address:
707 N 130th St B301
Seattle, WA 98133

Day Phone:
(206) 383-9066

Evening Phone:

E-mail Address:
coffeeboss@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**482302**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**482302**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On March 14th, at 10am, tickets to the Paul McCartney show went on general sale to the public.
My friend (who was trying to buy tickets for myself and others), was poised and waiting,
refreshing the Ticketmaster site to buy 3 tickets, preferably in the $39-$59 range. She kept
coming up with messages like "Sorry, no tickets from venue currently... Tons of fans are
shopping and some may have let their tickets go. You can try again or change quantity or ticket
type." The only time that she was able to get through, there were only a smattering of $100+
tickets with obstructed view. Now, I understand that concerts sell out, and cheap seats sell out.
But I looked at StubHub at 10:45am (45 miinutes after the tickets went on sale), and there are
OVER 2,000 tickets available for purchase, starting at $124.20 for a single seat in the "cheap
seats". This makes me furious. I *know* that HUNDREDS of people, not to mention fans,
would turn around and list their tickets for sale within minutes of buying them. I've been to two
big "sold out" shows in the last couple years that had hundreds of empty seats, all in the same
sections, that were all listed on the various reseller sites like StubHub. Whether it is
Ticketmaster's fault, the reseller's fault, or the robots' fault, the consumer gets screwed EVERY
time.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide

**482302**

information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Linda Gwilym    Date   3/14/16

Received via the Internet

City and State where signed Seattle, WA

**482302**

JesMoo.100    3/17/2016

R-1stLetterRevised To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 17, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE: Linda Gwilym
File #: 482302

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Linda Gwilym regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 482302 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**482302**

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Linda Gwilym

Address:
707 N 130th St B301
Seattle, WA 98133

Day Phone:
(206) 383-9066

Evening Phone:

E-mail Address:
coffeeboss@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**482302**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
StubHub
199 Fremont St Fl 4
San Francisco, CA 94105

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**482302**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On March 14th, at 10am, tickets to the Paul McCartney show went on general sale to the public.
My friend (who was trying to buy tickets for myself and others), was poised and waiting,
refreshing the Ticketmaster site to buy 3 tickets, preferably in the $39-$59 range. She kept
coming up with messages like "Sorry, no tickets from venue currently... Tons of fans are
shopping and some may have let their tickets go. You can try again or change quantity or ticket
type." The only time that she was able to get through, there were only a smattering of $100+
tickets with obstructed view. Now, I understand that concerts sell out, and cheap seats sell out.
But I looked at StubHub at 10:45am (45 miinutes after the tickets went on sale), and there are
OVER 2,000 tickets available for purchase, starting at $124.20 for a single seat in the "cheap
seats". This makes me furious. I *know* that HUNDREDS of people, not to mention fans,
would turn around and list their tickets for sale within minutes of buying them. I've been to two
big "sold out" shows in the last couple years that had hundreds of empty seats, all in the same
sections, that were all listed on the various reseller sites like StubHub. Whether it is
Ticketmaster's fault, the reseller's fault, or the robots' fault, the consumer gets screwed EVERY
time.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the

**482302**

party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Linda Gwilym    Date   3/14/16

Received via the Internet

City and State where signed Seattle, WA

**482302**

JR - 00909
PRR-2025-0179 B2

C-1stLetter To:  coffeeboss@gmail.com                                    JesMoo.100      3/17/2016
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 17, 2016


Linda Gwilym
707 N 130th St B301
Seattle, WA 98133


RE:  TicketMaster and StubHub
File #:  482302

Dear Linda Gwilym:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster and StubHub was reviewed
and determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**482302**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**482302**

SteGro.100     3/21/2016

482302B from StubHub

**482302**

JR - 00912
PRR-2025-0179 B2

JesMoo.100     3/25/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Thursday, March 24, 2016 10:46 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 482302 : A notice from the Washington State Attorney General's Office

Hello,

Please see the attached response to the complaint from Ms. Linda Gwilym.

Barrett


Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**482302**

JesMoo.100    3/25/2016

C-ClosingUnadjustedW-Response To:  coffeeboss@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 25, 2016


Linda Gwilym
707 N 130th St B301
Seattle, WA 98133


RE:  TicketMaster and StubHub
File #:  482302

Dear Linda Gwilym:

Our office received the enclosed response to your complaint from TicketMaster and StubHub. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster and StubHub's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the Small Claims Court in your County if it is appropriate for your complaint.

General information about Small Claims Court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**482302**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ - fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**482302**

JesMoo.100     3/25/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 25, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Linda Gwilym
File #:  482302

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Linda Gwilym regarding your business. A copy of
your response was provided to Linda Gwilym. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**482302**

1-206-464-6684 for out-of-state callers

**482302**

JR - 00917
PRR-2025-0179 B2

JesMoo.100    3/25/2016

R-ClosingW-Response To:  casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 25, 2016


StubHub
199 Fremont St Fl 4
San Francisco, CA 94105


RE:  Linda Gwilym
File #:  482302

Dear StubHub:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Linda Gwilym regarding your business. A copy of
your response was provided to Linda Gwilym. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**482302**

**482302**

JR - 00919
PRR-2025-0179 B2

**From:** "Young, Kristin M (ATG)" </O=EXCHANGELABS/OU=EXCHANGE
ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=53AE887F17644F13BD60AEBAD9E3039
1-YOUNG, KRIS>

**To:** "Jensen, LaDona R (ATG)" <ladona.jensen@atg.wa.gov>

**Subject:** Clarification Request (PRR-2021-0409)

**Date:** Tue, 27 Jul 2021 18:41:39 -0000

**Importance:** Normal

**Attachments:** Top_100_Respondants.pdf

---

I would like to send the following clarification to this requester..

****
From CP
This request range covers approximately 37,486 consumer complaints. Even our simplest summary document (called an "extract" which contains all basic statistical and record-keeping information as well as the complainant-provided narrative (where available)) including the requested information would still be 3-10 pages per complaint (between 100,000 and 400,000 pages) – at our current review pace that could take between 7 and 30 years to produce.

I unfortunately have very specific limitations when it comes to "reports." I have included one report showing the complaint counts for the top 100 respondent businesses (with the most complaints in the given time period). I have a report called "Respondent with complainant detail" which lists complainant names and information under each respondent business and includes the date the complaint was received by our office – this report for the requested time period is 1500 pages and can be produced if the requester wants it, but it does not contain the specific information mentioned in their request: "addresses of businesses, transaction dates, all explanations."

If the requester wants, we can isolate the search to specific respondent businesses or a more contained time period, or all businesses within a specific NAICS (industry) code, or a specific alleged unfair business practice (which are sorted by "practice code.")

Let me know what the requester wants to do and I am happy to move forward however they want to.

* * * *

Dear Ms. Todd,

This email is to seek clarification on your request for:

*I am requesting a log of all consumer complaints submitted from Jan. 1, 2020 to the present to the Washington state Attorney General's office via all methods, including but not limited to: phone, online form, mail, and email.*

*I understand that the identity of the persons submitting complaints must be protected. However, the log should include information on:*
- *The business or businesses that are the subject of each complaint.*
- *Any provided addresses of the business(es) that are the subject of each complaint.*
- *The transaction date of the subject of each complaint.*
- *The date on which each complaint was received.*
- *All explanations/descriptions of each complaint.*

As we are gathering records we have determined that we need to seek clarification of your request. At this time, we have identified thousands of complaints (over 37,000) which will result in hundreds of

thousands of pages that will need to be reviewed and processed. We have provided two attachments; List of the top 100 businesses according to the number of complaints filed; and a Complaint Code List which categorizes complaints for the AG's office.

We would like to seek clarification on this request.
1) Is there a company(ies) on this list or a company you are specifically wanting records about? (Top 100
2) Is there a specific category of complaints you are looking for? (Please see attached Code list for complaints filed with the AG's office)

We seek this clarification to provide you the fullest assistance, and the records you most want, in the most expeditious manner.  Please let us know right away, but not later than August 27, 2021.  If we do not hear from you on or before this date, we will begin continuing producing records located, in batches, as they come available.

Thanks you for your time and consideration of this request.


***

I will get the second attachment from CP soon.
Sincerely,

KRISTIN M. YOUNG
*Senior Public Records Officer*
*Records Retention Specialist*
*Office of the Attorney General*
*360-586-3568*

---

**From:** Grace Todd <gtodd@kuow.org>
**Sent:** Tuesday, July 06, 2021 4:59 PM
**To:** ATG WWW Public Records Requests <PublicRecords@ATG.WA.GOV>
**Subject:** public records request

[EXTERNAL]

Hello,

Please see the attached public records request, and thank you so much for your time and assistance! I hope you had a great weekend.

Gracie Todd

# Catalyst Report

## Top 100 Respondents by Number of Complainants

7/22/2021

From 1/1/2020 to 7/13/2021

| Respondent ID | Respondent Name | Complainants |
|---|---|---|
| 207054 | Unknown | 2530 |
| 120419 | Amazon.com | 1567 |
| 234148 | Brown Paper Tickets | 1307 |
| 254645 | Washington State Employment Security Department | 1159 |
| 204915 | Comcast | 762 |
| 258126 | CenturyLink | 431 |
| 261014 | Unknown - Utility Scam | 407 |
| 127540 | PayPal | 358 |
| 101785 | Expedia | 346 |
| 299896 | Soulbound Studios, LLC | 317 |
| 208328 | Verizon Wireless | 269 |
| 215014 | Facebook | 264 |
| 265006 | Unknown - Technical Support | 259 |
| 241202 | Ziply Fiber fka Frontier Communications | 252 |
| 118545 | T-Mobile | 245 |
| 143825 | AT&T Mobility | 242 |
| 88082 | eBay | 188 |
| 95441 | Bank of America NA | 183 |
| 211946 | Wave Division Holdings aka Wave Broadband | 179 |
| 263113 | Reed Hein & Associates LLC dba Timeshare Exit Team | 177 |
| 244636 | Kickstarter | 174 |
| 200461 | DIRECTV | 173 |
| 100726 | Walmart | 169 |
| 121283 | United States Postal Service | 168 |
| 7861 | Microsoft Corporation | 150 |
| 80124 | Home Depot | 146 |
| 142756 | Google Incorporated | 143 |
| 99731 | Washington State Department of Licensing | 138 |

1 of 4

| 116369 | Sears Holdings Management Corporation | 130 |
| 226919 | CHI Franciscan Health Systems | 127 |
| 418 | Alaska Airlines | 122 |
| 203824 | Wells Fargo CRA Risk Management | 122 |
| 21471 | Fred Meyer | 121 |
| 302648 | Frontier Communications | 118 |
| 83733 | Costco | 113 |
| 39681 | Equifax Office of Consumer Affairs | 109 |
| 126978 | Citibank Presidential Communications | 108 |
| 111037 | Safeway | 107 |
| 118599 | Chase Executive Office | 106 |
| 205151 | Washington State Governor | 106 |
| 258784 | Washington State Office of the Attorney General | 99 |
| 230479 | Jpay Inmate Services | 97 |
| 83685 | Sprint Executive Services | 96 |
| 58466 | Capital One Services | 95 |
| 117125 | Lowe's Home Improvement | 93 |
| 87089 | US Bank Corporate Compliance | 89 |
| 92093 | Apple Inc | 86 |
| 200859 | Green Dot | 84 |
| 200595 | Samsung Electronics America | 84 |
| 201848 | Washington State Department of Social and Health Services | 84 |
| 294279 | Vital Records Direct SL dba VitalrecordsCertificates.com/Your Vital Records | 83 |
| 270363 | Olsen Law Firm PLLC | 80 |
| 219534 | Unknown - Fraudulent Collection Agency | 80 |
| 116202 | FedEx Customer Relations | 76 |
| 201152 | StubHub Inc | 76 |
| 107886 | TicketMaster | 74 |
| 73662 | Experian Credit Reporting | 72 |
| 141523 | Heather Hills Mobile Home Park | 72 |
| 201002 | Multicare Health Systems | 71 |
| 102327 | Dish Network | 70 |
| 53613 | Boeing Employees Credit Union / BECU | 68 |
| 272373 | JustFly.com | 68 |

JR - 00923
PRR-2025-0179 B2

| | | |
|---|---|---|
| 12393 | TransUnion Credit Reporting | 68 |
| 205527 | LA Fitness/Fitness International | 67 |
| 111878 | Best Buy | 64 |
| 105279 | ADT Security/Protection One Alarm Services | 63 |
| 301359 | Integrity Admin Group Inc/Home Warranty Direct/Home Warranty Solutions | 63 |
| 234116 | Synchrony Bank fka GE Capital Retail Bank/GECRB/Care Credit | 63 |
| 66873 | UPS/United Parcel Service | 63 |
| 127607 | American Home Shield | 59 |
| 94498 | KeyBank National Association | 58 |
| 286506 | OfferUp Inc | 58 |
| 11797 | Swedish Hospital Medical Center | 58 |
| 293909 | Stay Alfred | 56 |
| 94522 | 24 Hour Fitness | 55 |
| 134748 | Providence Health and Services | 54 |
| 90509 | Puget Sound Energy | 54 |
| 252353 | VRBO / HomeAway | 53 |
| 64952 | Chase Bankcard Services Inc | 52 |
| 113889 | Convergent Outsourcing fka ER Solutions | 52 |
| 135541 | Worldmark by Wyndham | 52 |
| 298189 | Chula Vista Police Department | 51 |
| 228077 | Larson Automotive Group | 51 |
| 298194 | San Diego County District Attorney | 51 |
| 306048 | GoldTaku LLC | 50 |
| 264693 | Instacart.com | 50 |
| 207868 | Santander Consumer USA | 50 |
| 282131 | US Air Ducts & Sky Builders Inc/Ducts Tigers/DLM Services | 50 |
| 235127 | President Donald Trump | 49 |
| 281518 | Walmart.com | 49 |
| 217491 | Craigslist Inc | 48 |
| 207031 | LG Electronics | 48 |
| 303176 | Robinhood Financial LLC | 48 |
| 282113 | Bittrex | 47 |
| 263361 | LoanCare | 47 |

JR - 00924
PRR-2025-0179 B2

| 259487 | AirBnB | 46 |
| 252425 | Emerald City Athletics | 44 |
| 71893 | Kaiser Permanente Washington | 44 |
| 280883 | QFC aka Quality Food Centers | 43 |
| 252601 | UW Medicine | 43 |

JR - 00925
PRR-2025-0179 B2

**From:** "Young, Kristin M (ATG)" </O=EXCHANGELABS/OU=EXCHANGE
ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=53AE887F17644F13BD60AEBAD9E3039
1-YOUNG, KRIS>

**To:** "'Grace Todd'" <gtodd@kuow.org>

**Subject:** Clarification Requested (PRR-2021-0409)

**Date:** Thu, 29 Jul 2021 17:03:36 -0000

**Importance:** Normal

**Attachments:** Top_100_Respondants.pdf; Practice_Count_List_Amazon.pdf

---

Dear Ms. Todd,

This email is to seek clarification on your request for:

*I am requesting a log of all consumer complaints submitted from Jan. 1, 2020 to the present to the Washington state Attorney General's office via all methods, including but not limited to: phone, online form, mail, and email.*

*I understand that the identity of the persons submitting complaints must be protected. However, the log should include information on:*
- *The business or businesses that are the subject of each complaint.*
- *Any provided addresses of the business(es) that are the subject of each complaint.*
- *The transaction date of the subject of each complaint.*
- *The date on which each complaint was received.*
- *All explanations/descriptions of each complaint.*

As we are gathering records we have determined that we need to seek clarification of your request.  At this time, we have identified thousands of complaints (over 37,000) which will result in hundreds of thousands of pages that will need to be reviewed and processed. We have provided two attachments; List of the top 100 businesses according to the number of complaints filed with the AGO; and an example of one of those companies complaints listed by categories (Practice Count List).

We would like to seek clarification on this request.
1) Is there a company(ies) on this list or a company you are specifically wanting records about? (Top 100
2) Is there a specific category of complaints you are looking for? (Please see attached Code list for complaints filed with the AG's office)

We seek this clarification to provide you the fullest assistance, and the records you most want, in the most expeditious manner.  Please let us know right away, but not later than August 30, 2021.  If we do not hear from you on or before this date, we will begin producing records located, in batches, as they come available.  Please note that the cost of production of each batch is based on our costs and fees as published on our website: atg.wa.gov.  Batches are produced on either CD ($4.09/CD) or USB Thumb Drive ($6.34/USB).

Thank you for your time and consideration of this request.

Sincerely,

KRISTIN M. YOUNG

*Senior Public Records Officer*
*Records Retention Specialist*

*Office of the Attorney General*
*360-586-3568*

---

**From:** Grace Todd <gtodd@kuow.org>
**Sent:** Tuesday, July 06, 2021 4:59 PM
**To:** ATG WWW Public Records Requests <PublicRecords@ATG.WA.GOV>
**Subject:** public records request

[EXTERNAL]

Hello,

Please see the attached public records request, and thank you so much for your time and assistance! I hope you had a great weekend.

Gracie Todd

# Catalyst Report

## Practice Count by Respondent

7/27/2021

From 1/1/2020 to 7/13/2021

|  | Complainants |
|---|---|
| **Amazon Logistic Shippers** | |
| **Complainants: 1, Complaints: 1, Issues coded: 2** | |
| Advance Fee Fraud | 1 |
| Internet & Mobile device based transaction | 1 |
| **Amazon.com** | |
| **Complainants: 1569, Complaints: 1559, Issues coded: 61** | |
| Internet & Mobile device based transaction | 985 |
| Price Gouging | 337 |
| Failure To Deliver/Perform | 245 |
| Seller Account Issue | 220 |
| Failure To Adjust/Refund | 194 |
| Questionable Quality Product/Service | 107 |
| Unsatisfactory Repair/Service | 87 |
| COVID-19 | 86 |
| Other/Miscellaneous | 70 |
| Non-Fulfillment | 65 |
| Billing Issues | 57 |
| Unauthorized Debit | 35 |
| Service Representation | 32 |
| Advertising | 27 |
| Refund Policies | 26 |
| Charge:Service Not Performed/Product not delivered | 25 |
| Misrepresentation of product or service | 23 |
| Alleged criminal activity | 21 |
| Not As Ordered | 17 |
| Unauthorized Repair/Service | 17 |
| Identity Theft | 15 |
| Inadequate Disclosure | 14 |

1 of 3

JR - 00928
PRR-2025-0179 B2

## Amazon.com

| | |
|---|---|
| Unordered/Unsolicited Merchandise | 14 |
| Excessive Price or Charge | 12 |
| Employment Issue | 11 |
| Free to Pay | 8 |
| Governement agency complaint | 8 |
| Misrepresentation of Terms | 8 |
| Phishing | 8 |
| Privacy Issues | 8 |
| Product Safety | 7 |
| Right To Cancel | 7 |
| Warranty | 7 |
| Discrimination | 6 |
| Imposter scam | 5 |
| Privacy Abuse | 5 |
| Advance Fee Fraud | 3 |
| Data Breach | 3 |
| Negative Option | 3 |
| Charge Above Estimate | 2 |
| Collection Practices | 2 |
| Credit/Financing | 2 |
| Forged or Altered Documents | 2 |
| International/Cross Border | 2 |
| Price or Savings Claim | 2 |
| Unsolicited E-mail | 2 |
| Bait & Switch | 1 |
| Crowdfunding | 1 |
| Duty to comply with laws & codes | 1 |
| Eviction Issues | 1 |
| Greenwashing | 1 |
| Health, safety or sanitation | 1 |
| Invoice - misleading or fraudulent | 1 |
| Landlord/Tenant - Residential | 1 |
| Other Vulnerable Audience Exploitation | 1 |
| Partial Performance | 1 |

JR - 00929
PRR-2025-0179 B2

**Amazon.com**

| | |
|---|---|
| Prizes & Promotion Issue | 1 |
| Tech Support Scam | 1 |
| Telemarketing | 1 |
| Unemployment Fraud | 1 |
| Unregistered or Unlicensed Business | 1 |

JR - 00930
PRR-2025-0179 B2

# Catalyst Report

## Top 100 Respondents by Number of Complainants

7/22/2021

From 1/1/2020 to 7/13/2021

| Respondent ID | Respondent Name | Complainants |
|---|---|---|
| 207054 | Unknown | 2530 |
| 120419 | Amazon.com | 1567 |
| 234148 | Brown Paper Tickets | 1307 |
| 254645 | Washington State Employment Security Department | 1159 |
| 204915 | Comcast | 762 |
| 258126 | CenturyLink | 431 |
| 261014 | Unknown - Utility Scam | 407 |
| 127540 | PayPal | 358 |
| 101785 | Expedia | 346 |
| 299896 | Soulbound Studios, LLC | 317 |
| 208328 | Verizon Wireless | 269 |
| 215014 | Facebook | 264 |
| 265006 | Unknown - Technical Support | 259 |
| 241202 | Ziply Fiber fka Frontier Communications | 252 |
| 118545 | T-Mobile | 245 |
| 143825 | AT&T Mobility | 242 |
| 88082 | eBay | 188 |
| 95441 | Bank of America NA | 183 |
| 211946 | Wave Division Holdings aka Wave Broadband | 179 |
| 263113 | Reed Hein & Associates LLC dba Timeshare Exit Team | 177 |
| 244636 | Kickstarter | 174 |
| 200461 | DIRECTV | 173 |
| 100726 | Walmart | 169 |
| 121283 | United States Postal Service | 168 |
| 7861 | Microsoft Corporation | 150 |
| 80124 | Home Depot | 146 |
| 142756 | Google Incorporated | 143 |
| 99731 | Washington State Department of Licensing | 138 |

1 of 4

| 116369 | Sears Holdings Management Corporation | 130 |
| 226919 | CHI Franciscan Health Systems | 127 |
| 418 | Alaska Airlines | 122 |
| 203824 | Wells Fargo CRA Risk Management | 122 |
| 21471 | Fred Meyer | 121 |
| 302648 | Frontier Communications | 118 |
| 83733 | Costco | 113 |
| 39681 | Equifax Office of Consumer Affairs | 109 |
| 126978 | Citibank Presidential Communications | 108 |
| 111037 | Safeway | 107 |
| 118599 | Chase Executive Office | 106 |
| 205151 | Washington State Governor | 106 |
| 258784 | Washington State Office of the Attorney General | 99 |
| 230479 | Jpay Inmate Services | 97 |
| 83685 | Sprint Executive Services | 96 |
| 58466 | Capital One Services | 95 |
| 117125 | Lowe's Home Improvement | 93 |
| 87089 | US Bank Corporate Compliance | 89 |
| 92093 | Apple Inc | 86 |
| 200859 | Green Dot | 84 |
| 200595 | Samsung Electronics America | 84 |
| 201848 | Washington State Department of Social and Health Services | 84 |
| 294279 | Vital Records Direct SL dba VitalrecordsCertificates.com/Your Vital Records | 83 |
| 270363 | Olsen Law Firm PLLC | 80 |
| 219534 | Unknown - Fraudulent Collection Agency | 80 |
| 116202 | FedEx Customer Relations | 76 |
| 201152 | StubHub Inc | 76 |
| 107886 | TicketMaster | 74 |
| 73662 | Experian Credit Reporting | 72 |
| 141523 | Heather Hills Mobile Home Park | 72 |
| 201002 | Multicare Health Systems | 71 |
| 102327 | Dish Network | 70 |
| 53613 | Boeing Employees Credit Union / BECU | 68 |
| 272373 | JustFly.com | 68 |

| 12393 | TransUnion Credit Reporting | 68 |
| 205527 | LA Fitness/Fitness International | 67 |
| 111878 | Best Buy | 64 |
| 105279 | ADT Security/Protection One Alarm Services | 63 |
| 301359 | Integrity Admin Group Inc/Home Warranty Direct/Home Warranty Solutions | 63 |
| 234116 | Synchrony Bank fka GE Capital Retail Bank/GECRB/Care Credit | 63 |
| 66873 | UPS/United Parcel Service | 63 |
| 127607 | American Home Shield | 59 |
| 94498 | KeyBank National Association | 58 |
| 286506 | OfferUp Inc | 58 |
| 11797 | Swedish Hospital Medical Center | 58 |
| 293909 | Stay Alfred | 56 |
| 94522 | 24 Hour Fitness | 55 |
| 134748 | Providence Health and Services | 54 |
| 90509 | Puget Sound Energy | 54 |
| 252353 | VRBO / HomeAway | 53 |
| 64952 | Chase Bankcard Services Inc | 52 |
| 113889 | Convergent Outsourcing fka ER Solutions | 52 |
| 135541 | Worldmark by Wyndham | 52 |
| 298189 | Chula Vista Police Department | 51 |
| 228077 | Larson Automotive Group | 51 |
| 298194 | San Diego County District Attorney | 51 |
| 306048 | GoldTaku LLC | 50 |
| 264693 | Instacart.com | 50 |
| 207868 | Santander Consumer USA | 50 |
| 282131 | US Air Ducts & Sky Builders Inc/Ducts Tigers/DLM Services | 50 |
| 235127 | President Donald Trump | 49 |
| 281518 | Walmart.com | 49 |
| 217491 | Craigslist Inc | 48 |
| 207031 | LG Electronics | 48 |
| 303176 | Robinhood Financial LLC | 48 |
| 282113 | Bittrex | 47 |
| 263361 | LoanCare | 47 |

3 of 4

| 259487 | AirBnB | 46 |
| 252425 | Emerald City Athletics | 44 |
| 71893 | Kaiser Permanente Washington | 44 |
| 280883 | QFC aka Quality Food Centers | 43 |
| 252601 | UW Medicine | 43 |

4 of 4

**From:** ATG MI CPR Contact AGO <CPRcontact@ATG.WA.GOV>
**To:** "Haag, Matt (ATG)" <matt.haag@atg.wa.gov>
**Subject:** FW: Moss-PRR-2023-0741
**Date:** Wed, 3 Jan 2024 17:51:29 +0000
**Importance:** Normal
**Attachments:** SentinelExportNov23.csv

_____

Hi Matt,

I am just checking back with you to see if that worked for the requestor.

**Brittney Ducrest**
Program Specialist
Consumer Protection Division
Washington State Office of the Attorney General
800 5th Ave, Suite 2000
Seattle, WA 98104
CPRcontact@atg.wa.gov

_____
**From:** ATG MI CPR Contact AGO
**Sent:** Friday, December 15, 2023 9:48 AM
**To:** Haag, Matt (ATG) <matt.haag@atg.wa.gov>
**Subject:** FW: Moss-PRR-2023-0741

Hi Matt,

See email below and attachment.

Will this work?

**Brittney Ducrest**
Program Specialist
Consumer Protection Division
Washington State Office of the Attorney General
800 5th Ave, Suite 2000
Seattle, WA 98104
CPRcontact@atg.wa.gov

_____
**From:** Beary, Sean D (ATG)
**Sent:** Friday, December 15, 2023 9:44 AM
**To:** Ducrest, Brittney (ATG) <Brittney.Ducrest@atg.wa.gov>
**Cc:** Lockridge, Cynthia (ATG) <cynthia.lockridge@atg.wa.gov>
**Subject:** Moss-PRR-2023-0741

Hi Brittney,

I've attached a shortcut to a spreadsheet containing all complaints received by Consumer Protection in November of this year.  I would suggest providing this to the Times and let them know that this is the best fit we have for providing them with the requested information.  If they find this satisfactory, we would be able to get them the remaining 35 months by early January.

Should they decide they want something more or different, we would need to consider if we can provide it and if so how.

Sean Beary
Information & Technology Specialist
Consumer Protection Division
206-464-6684

Document Produced in Native
Format

JR - 00937
PRR-2025-0179 B2

**From:** "Haag, Matt (ATG)" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DEE87344807940F89E3BB2F3E11B7B4E-HAAG, MATT>

**To:** "rmoss@seattletimes.com" <rmoss@seattletimes.com>

**Subject:** FW: Records/1st Installment: PRR-2023-0741

**Date:** Wed, 17 Jan 2024 23:06:12 -0000

**Importance:** Normal

**Attachments:** B1__23-741_PC.csv

---

Good afternoon Ms. Moss,

I am contacting you to follow up with you regarding your Public Records Request. Is the format of the provided records acceptable? Are you still interested in receiving the remaining records responsive to your request.

Please respond at your earliest convenience, but before February 5, 2024. If we do not hear from you by that time, we will proceed with generating similar reports for the remainder of requested complaints for the requested time period.

Contact me with any questions or concerns.

Thank you,

**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division
Attorney General's Office
1125 Washington St. NE, Olympia WA  98504-0100
ph: 360.586.2741 | fax: 360.586.7671
Matt.Haag@ATG.WA.GOV

---

**From:** Haag, Matt (ATG)
**Sent:** Wednesday, January 3, 2024 4:13 PM
**To:** rmoss@seattletimes.com
**Subject:** Records/1st Installment: PRR-2023-0741

Dear Ms. Moss,

We are working to provide the records responsive to your request. Please see the attached spreadsheet generated by the AGO Consumer Protection division that includes all responsive complaints received by the AGO in November of 2023.  We are providing these records free of charge.

Please confirm if this format is acceptable. If so, we estimate that we will be able to provide the additional 35 responsive spreadsheets within 30 days of your confirmation. Contact me with any questions or concerns.

Thank you,

**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division

Attorney General's Office
1125 Washington St. NE, Olympia WA  98504-0100
ph: 360.586.2741 | fax: 360.586.7671
Matt.Haag@ATG.WA.GOV

-

---

**From:** Haag, Matt (ATG)
**Sent:** Tuesday, December 12, 2023 9:03 AM
**To:** Rebecca Moss <rmoss@seattletimes.com>
**Subject:** Acknowledgment: PRR-2023-0741

Dear Ms. Moss,

Thank you for your public records request below. We assigned it the file number above and ask that you please reference that number on any future correspondence regarding this request.

We are searching our records to determine the location, nature, and amount of records, if any, that may be responsive to your request. If responsive records are found, I estimate I can make available an installment of records on or before January 4, 2024. If records are ready prior to that time, I will notify you. If this time assessment requires adjustment, I will also advise you of that.

Please contact me at the e-mail address below or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA  98504-0100, if you have any questions.


**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division
Attorney General's Office
1125 Washington St. NE, Olympia WA  98504-0100
Matt.Haag@ATG.WA.GOV

---

**From:** Rebecca Moss <rmoss@seattletimes.com>
**Sent:** Tuesday, December 5, 2023 11:33 AM
**To:** ATG WWW Public Records Requests <PublicRecords@ATG.WA.GOV>
**Subject:** Records Request - Consumer Complaints

[EXTERNAL]

Hi,

Under Washington's Public Records Act, please provide a copy of all general consumer complaints filed with the Attorney General of Washington between Jan. 1, 2020 and Dec. 1, 2023. Please provide complaints in a spreadsheet format, if possible, if the complaints generated through the online complaint form are maintained in a spreadsheet format. Please let me know if you have any questions while fulfilling this request. I am seeking this information as a member of the new media. (Please see the request form as well).

Thank you,
Rebecca Moss

Rebecca Moss (she/her)
The Seattle Times :: Investigative Reporter

**w** 206-464-2234 **c** 505-603-1143
rmoss@seattletimes.com **::** @rebeccakmoss

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Document Produced in Native Format

JR - 00941
PRR-2025-0179 B2

**From:** ATG MI CPR Contact AGO <CPRcontact@ATG.WA.GOV>
**To:** "Young, Kristin M (ATG)" <kristin.young@atg.wa.gov>
**Subject:** RE: Todd, Grace (PRR-2021-0409) SEARCH REQUEST
**Date:** Thu, 22 Jul 2021 20:10:34 +0000
**Importance:** Normal
**Attachments:** Todd_request_-_top_100_respondents_within_date_range.pdf

---

Hey Kristin,

This request range covers approximately 37,486 consumer complaints. Even our simplest summary document (called an "extract" which contains all basic statistical and record-keeping information as well as the complainant-provided narrative (where available)) including the requested information would still be 3-10 pages per complaint (between 100,000 and 400,000 pages) – at our current review pace that could take between 7 and 30 years to produce.

I unfortunately have very specific limitations when it comes to "reports." I have included one report showing the complaint counts for the top 100 respondent businesses (with the most complaints in the given time period). I have a report called "Respondent with complainant detail" which lists complainant names and information under each respondent business and includes the date the complaint was received by our office – this report for the requested time period is 1500 pages and can be produced if the requester wants it, but it does not contain the specific information mentioned in their request: "addresses of businesses, transaction dates, all explanations."

If the requester wants, we can isolate the search to specific respondent businesses or a more contained time period, or all businesses within a specific NAICS (industry) code, or a specific alleged unfair business practice (which are sorted by "practice code.")

Let me know what the requester wants to do and I am happy to move forward however they want to.

Thanks!
Andy

---

**From:** Young, Kristin M (ATG)
**Sent:** Tuesday, July 13, 2021 10:56 AM
**To:** ATG MI CPR Contact AGO <CPRcontact@ATG.WA.GOV>
**Subject:** Todd, Grace (PRR-2021-0409) SEARCH REQUEST

Good Morning,

We have received the below records request. Records requested are:

*I am requesting a log of all consumer complaints submitted from Jan. 1, 2020 to the present to the Washington state Attorney General's office via all methods, including but not limited to: phone, online form, mail, and email.*

*I understand that the identity of the persons submitting complaints must be protected. However, the log should include information on:*
- *The business or businesses that are the subject of each complaint.*
- *Any provided addresses of the business(es) that are the subject of each complaint.*
- *The transaction date of the subject of each complaint.*
- *The date on which each complaint was received.*
- *All explanations/descriptions of each complaint.*

Please let me know by cob July 16, 2021, if we have records. If YES we have records, please provide them or a first batch of records by July 27, 2021.  Please also let me know if this request should be directed to other divisions in addition to those listed in the To/CC line.

Emails Search – No search will be conducted at this time. However, if you wish to have an email search, please provide your search terms as soon as possible.

Thanks,

KRISTIN M. YOUNG
*Senior Public Records Officer*
*Records Retention Specialist*
*Office of the Attorney General*
*360-586-3568*

---

**From:** Grace Todd <gtodd@kuow.org>
**Sent:** Tuesday, July 06, 2021 4:59 PM
**To:** ATG WWW Public Records Requests <PublicRecords@ATG.WA.GOV>
**Subject:** public records request

[EXTERNAL]

Hello,

Please see the attached public records request, and thank you so much for your time and assistance! I hope you had a great weekend.

Gracie Todd

# Catalyst Report

## Top 100 Respondents by Number of Complainants

7/22/2021

From 1/1/2020 to 7/13/2021

| Respondent ID | Respondent Name | Complainants |
|---|---|---|
| 207054 | Unknown | 2530 |
| 120419 | Amazon.com | 1567 |
| 234148 | Brown Paper Tickets | 1307 |
| 254645 | Washington State Employment Security Department | 1159 |
| 204915 | Comcast | 762 |
| 258126 | CenturyLink | 431 |
| 261014 | Unknown - Utility Scam | 407 |
| 127540 | PayPal | 358 |
| 101785 | Expedia | 346 |
| 299896 | Soulbound Studios, LLC | 317 |
| 208328 | Verizon Wireless | 269 |
| 215014 | Facebook | 264 |
| 265006 | Unknown - Technical Support | 259 |
| 241202 | Ziply Fiber fka Frontier Communications | 252 |
| 118545 | T-Mobile | 245 |
| 143825 | AT&T Mobility | 242 |
| 88082 | eBay | 188 |
| 95441 | Bank of America NA | 183 |
| 211946 | Wave Division Holdings aka Wave Broadband | 179 |
| 263113 | Reed Hein & Associates LLC dba Timeshare Exit Team | 177 |
| 244636 | Kickstarter | 174 |
| 200461 | DIRECTV | 173 |
| 100726 | Walmart | 169 |
| 121283 | United States Postal Service | 168 |
| 7861 | Microsoft Corporation | 150 |
| 80124 | Home Depot | 146 |
| 142756 | Google Incorporated | 143 |
| 99731 | Washington State Department of Licensing | 138 |

1 of 4

JR - 00944
PRR-2025-0179 B2

| 116369 | Sears Holdings Management Corporation | 130 |
| 226919 | CHI Franciscan Health Systems | 127 |
| 418 | Alaska Airlines | 122 |
| 203824 | Wells Fargo CRA Risk Management | 122 |
| 21471 | Fred Meyer | 121 |
| 302648 | Frontier Communications | 118 |
| 83733 | Costco | 113 |
| 39681 | Equifax Office of Consumer Affairs | 109 |
| 126978 | Citibank Presidential Communications | 108 |
| 111037 | Safeway | 107 |
| 118599 | Chase Executive Office | 106 |
| 205151 | Washington State Governor | 106 |
| 258784 | Washington State Office of the Attorney General | 99 |
| 230479 | Jpay Inmate Services | 97 |
| 83685 | Sprint Executive Services | 96 |
| 58466 | Capital One Services | 95 |
| 117125 | Lowe's Home Improvement | 93 |
| 87089 | US Bank Corporate Compliance | 89 |
| 92093 | Apple Inc | 86 |
| 200859 | Green Dot | 84 |
| 200595 | Samsung Electronics America | 84 |
| 201848 | Washington State Department of Social and Health Services | 84 |
| 294279 | Vital Records Direct SL dba VitalrecordsCertificates.com/Your Vital Records | 83 |
| 270363 | Olsen Law Firm PLLC | 80 |
| 219534 | Unknown - Fraudulent Collection Agency | 80 |
| 116202 | FedEx Customer Relations | 76 |
| 201152 | StubHub Inc | 76 |
| 107886 | TicketMaster | 74 |
| 73662 | Experian Credit Reporting | 72 |
| 141523 | Heather Hills Mobile Home Park | 72 |
| 201002 | Multicare Health Systems | 71 |
| 102327 | Dish Network | 70 |
| 53613 | Boeing Employees Credit Union / BECU | 68 |
| 272373 | JustFly.com | 68 |

2 of 4

| 12393 | TransUnion Credit Reporting | 68 |
|---|---|---|
| 205527 | LA Fitness/Fitness International | 67 |
| 111878 | Best Buy | 64 |
| 105279 | ADT Security/Protection One Alarm Services | 63 |
| 301359 | Integrity Admin Group Inc/Home Warranty Direct/Home Warranty Solutions | 63 |
| 234116 | Synchrony Bank fka GE Capital Retail Bank/GECRB/Care Credit | 63 |
| 66873 | UPS/United Parcel Service | 63 |
| 127607 | American Home Shield | 59 |
| 94498 | KeyBank National Association | 58 |
| 286506 | OfferUp Inc | 58 |
| 11797 | Swedish Hospital Medical Center | 58 |
| 293909 | Stay Alfred | 56 |
| 94522 | 24 Hour Fitness | 55 |
| 134748 | Providence Health and Services | 54 |
| 90509 | Puget Sound Energy | 54 |
| 252353 | VRBO / HomeAway | 53 |
| 64952 | Chase Bankcard Services Inc | 52 |
| 113889 | Convergent Outsourcing fka ER Solutions | 52 |
| 135541 | Worldmark by Wyndham | 52 |
| 298189 | Chula Vista Police Department | 51 |
| 228077 | Larson Automotive Group | 51 |
| 298194 | San Diego County District Attorney | 51 |
| 306048 | GoldTaku LLC | 50 |
| 264693 | Instacart.com | 50 |
| 207868 | Santander Consumer USA | 50 |
| 282131 | US Air Ducts & Sky Builders Inc/Ducts Tigers/DLM Services | 50 |
| 235127 | President Donald Trump | 49 |
| 281518 | Walmart.com | 49 |
| 217491 | Craigslist Inc | 48 |
| 207031 | LG Electronics | 48 |
| 303176 | Robinhood Financial LLC | 48 |
| 282113 | Bittrex | 47 |
| 263361 | LoanCare | 47 |

JR - 00946
PRR-2025-0179 B2

| 259487 | AirBnB | 46 |
| 252425 | Emerald City Athletics | 44 |
| 71893 | Kaiser Permanente Washington | 44 |
| 280883 | QFC aka Quality Food Centers | 43 |
| 252601 | UW Medicine | 43 |

4 of 4

**From:** "Carlile, Christina (ATG)" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E4D25655D035455584F3DA8D8955C9F1-4823145B-DE>

**To:** "'Ken Forsberg'" <ken@defectivevehiclelaw.com>

**Subject:** Records Sent (PRR-2024-0147) B2

**Date:** Tue, 11 Jun 2024 22:05:52 -0000

**Importance:** Normal

**Attachments:** PC_24-147_B2.pdf; 1000004.csv

**Embedded:** unnamed; unnamed(1); unnamed(2)

---

Dear Ken Forsberg,

Attached to this email is a 7-page (ENB-00001 – ENB-00007) document and 6.5 MB of native data responsive to your request for the following:

> Hello, I'm a paralegal for a plaintiff's attorney, looking for information regarding any complaints, investigations of, or enforcement actions against, an automobile dealership licensed through the Department of Licensing.
>
> The dealership is LKL Motors, LLC. It operates a branch location at 6204 112TH St. E, Puyallup, WA, 98373.
> It has been issued UBI #603 570 800.
> Where possible, please provide:
>
> Any and all complaints, documents, claims, notes, emails, communications, records, or messages, either digital or analog, that relate to the entity.
>
> Any and all documents, claims, notes, emails, communications, records or messages, either digital or analog, that relate to enforcement actions taken against the entity.
>
> Any and all documents, claims, notes, emails, communications, records or messages, either digital or analog, that relate to consumer complaints involving the entity.

We did not withhold or redact any information in these records. We are sending these to you free of charge.

I anticipate having another batch of records available on or before July 10, 2024. If records are ready prior to that time, I will notify you. If this time assessment needs adjustment, I will notify you of that as well.

Please contact me by e-mail or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA 98504-0100, if you have any questions.

Thank you,

**Christina Carlile** (she/her)
Office of the Attorney General
Public Records & Constituent Services
360.586.0752 | christina.carlile@atg.wa.gov

JR - 00949
PRR-2025-0179 B2

Document Produced in Native
Format

JR - 00950
PRR-2025-0179 B2

**From:** "Haag, Matt (ATG)" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE
GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DEE87344807940F89E3BB2F3E11B7B4E
-HAAG, MATT>

**To:** "rmoss@seattletimes.com" <rmoss@seattletimes.com>

**Subject:** FW: Records/1st Installment: PRR-2023-0741

**Date:** Wed, 17 Jan 2024 23:06:12 +0000

**Importance:** Normal

**Attachments:** B1__23-741_PC.csv

---

Good afternoon Ms. Moss,

I am contacting you to follow up with you regarding your Public Records Request. Is the format of the provided records acceptable? Are you still interested in receiving the remaining records responsive to your request.

Please respond at your earliest convenience, but before February 5, 2024. If we do not hear from you by that time, we will proceed with generating similar reports for the remainder of requested complaints for the requested time period.

Contact me with any questions or concerns.

Thank you,

**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division
Attorney General's Office
1125 Washington St. NE, Olympia WA  98504-0100
ph: 360.586.2741 | fax: 360.586.7671
Matt.Haag@ATG.WA.GOV

---

**From:** Haag, Matt (ATG)
**Sent:** Wednesday, January 3, 2024 4:13 PM
**To:** rmoss@seattletimes.com
**Subject:** Records/1st Installment: PRR-2023-0741

Dear Ms. Moss,

We are working to provide the records responsive to your request. Please see the attached spreadsheet generated by the AGO Consumer Protection division that includes all responsive complaints received by the AGO in November of 2023.  We are providing these records free of charge.

Please confirm if this format is acceptable. If so, we estimate that we will be able to provide the additional 35 responsive spreadsheets within 30 days of your confirmation. Contact me with any questions or concerns.


Thank you,


**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division

Attorney General's Office
1125 Washington St. NE, Olympia WA  98504-0100
ph: 360.586.2741 | fax: 360.586.7671
Matt.Haag@ATG.WA.GOV
-

---

**From:** Haag, Matt (ATG)
**Sent:** Tuesday, December 12, 2023 9:03 AM
**To:** Rebecca Moss <rmoss@seattletimes.com>
**Subject:** Acknowledgment: PRR-2023-0741

Dear Ms. Moss,

Thank you for your public records request below. We assigned it the file number above and ask that you please reference that number on any future correspondence regarding this request.

We are searching our records to determine the location, nature, and amount of records, if any, that may be responsive to your request. If responsive records are found, I estimate I can make available an installment of records on or before January 4, 2024. If records are ready prior to that time, I will notify you. If this time assessment requires adjustment, I will also advise you of that.

Please contact me at the e-mail address below or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA  98504-0100, if you have any questions.


**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division
Attorney General's Office
1125 Washington St. NE, Olympia WA  98504-0100
Matt.Haag@ATG.WA.GOV

---

**From:** Rebecca Moss <rmoss@seattletimes.com>
**Sent:** Tuesday, December 5, 2023 11:33 AM
**To:** ATG WWW Public Records Requests <PublicRecords@ATG.WA.GOV>
**Subject:** Records Request - Consumer Complaints

[EXTERNAL]

Hi,

Under Washington's Public Records Act, please provide a copy of all general consumer complaints filed with the Attorney General of Washington between Jan. 1, 2020 and Dec. 1, 2023. Please provide complaints in a spreadsheet format, if possible, if the complaints generated through the online complaint form are maintained in a spreadsheet format. Please let me know if you have any questions while fulfilling this request. I am seeking this information as a member of the new media. (Please see the request form as well).

Thank you,
Rebecca Moss

Rebecca Moss (she/her)
The Seattle Times :: Investigative Reporter

**w** 206-464-2234 **c** 505-603-1143
rmoss@seattletimes.com **::** @rebeccakmoss

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

ENB-00003
PRR-2024-0147
JR - 00953
PRR-2025-0179 B2

**From:** Hilary Santini <hilaryegately@msn.com>
**To:** "crc@atg.wa.gov" <crc@atg.wa.gov>
**Subject:** File #: 577336
**Date:** Wed, 26 Aug 2020 19:51:12 +0000
**Importance:** Normal

---

To Whom It May Concern:

I hereby authorize the Consumer Protection Division of the Attorney General's Office to send my correspondence and any associated materials to the business and/or refer to other agencies or organizations as appropriate.

Thank you for your assistance.

Kind regards,

*Hilary Santini*

---

**From:** ATG MI CRC Complaint Processing (prodappdb) <crc@atg.wa.gov>
**Sent:** Tuesday, August 25, 2020 9:01 AM
**To:** hilaryegately@msn.com <hilaryegately@msn.com>
**Subject:** 577336 : A notice from the Washington State Attorney General's Office
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684
August 25, 2020
Hilary Santini
RE: LKL Motors and Avis / Budget Rent A Car
File #: 577336
Dear Hilary Santini:
Thank you for contacting the Consumer Protection Division of the Attorney General's Office. We received your correspondence. Because the nature of your correspondence appears to be a consumer complaint that we would normally send to the business requesting a response, we need your authorization to proceed. Please keep in mind, this is an informal voluntary complaint process. Our office is prohibited by law from providing legal advice or acting on behalf of private citizens. Citizens who are in need of these services should seek the advice of a private attorney.
You may provide authorization by email or regular mail:
1. To provide authorization by email, send an email to CRC@ATG.WA.GOV referencing the above complaint number in the subject line. The email should explicitly state that you authorize our office to send your correspondence and any associated materials to the business and/or refer to other agencies or organizations as appropriate.
2. To provide authorization by regular mail, complete our paper complaint form (enclosed/attached) referencing the above complaint number. Please reference your previous correspondence in the complaint description section on the form. Return the completed form to our office at 800 5th Avenue, Suite 2000, Seattle, Washington, 98104-3188.
Additionally, the Washington State Attorney General's Office is prohibited by law from providing legal advice or acting on behalf of private citizens. You may wish to contact a private attorney for legal advice to determine any

ENB-00004
PRR-2024-0147
JR - 00954
PRR-2025-0179 B2

legal rights and remedies that may be available to you regarding the issues presented in your complaint. Legal options and remedies may be time sensitive.

It is important to include the above referenced file number on all communications with our office regarding this complaint. This will allow us to quickly access your file. Also, please be sure to include all the contact information you have for the business including mailing address, telephone number, fax number, and email address.

If you do not wish to participate in our informal complaint resolution process, no further action is required. If we do not receive authorization from you within seven calendar days, we will close your complaint without further processing and will maintain a copy in our files as a public record.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted. It is our policy to neither confirm nor deny the existence of an ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce that to the public through a press release or on our website at http://www.atg.wa.gov.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**From:** Hilary Santini <hilaryegately@msn.com>
**To:** "crc@atg.wa.gov" <crc@atg.wa.gov>
**Subject:** Re: 577336 : A notice from the Washington State Attorney General's Office
**Date:** Thu, 22 Oct 2020 23:48:38 +0000
**Importance:** Normal

---

[EXTERNAL]

Thank you for following up, I really appreciate it.

Kind regards,

Hilary


*Hilary Santini*

---

**From:** ATG MI CRC Complaint Processing (prodappdb) <crc@atg.wa.gov>
**Sent:** Thursday, October 22, 2020 4:25 PM
**To:** hilaryegately@msn.com <hilaryegately@msn.com>
**Subject:** 577336 : A notice from the Washington State Attorney General's Office
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684
October 22, 2020
Hilary Santini
RE: LKL Motors and Avis / Budget Rent A Car
File #: 577336
Dear Hilary Santini:
You recently filed a consumer complaint with our office regarding LKL Motors and Avis / Budget Rent A Car. As of today's date, LKL Motors has not responded to your complaint.
Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.
The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against LKL Motors and Avis / Budget Rent A Car pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.
We regret that we were unable to assist in resolving your complaint regarding LKL Motors and Avis / Budget Rent A Car. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.
If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or

online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

ENB-00007
PRR-2024-0147
JR - 00957
PRR-2025-0179 B2

**From:** Hilary Santini <hilaryegately@msn.com>
**To:** "crc@atg.wa.gov" <crc@atg.wa.gov>
**Subject:** Re: 577336 : A notice from the Washington State Attorney General's Office
**Date:** Thu, 22 Oct 2020 23:48:38 +0000
**Importance:** Normal

---

[EXTERNAL]

Thank you for following up, I really appreciate it.

Kind regards,

Hilary

*Hilary Santini*

---

**From:** ATG MI CRC Complaint Processing (prodappdb) <crc@atg.wa.gov>
**Sent:** Thursday, October 22, 2020 4:25 PM
**To:** hilaryegately@msn.com <hilaryegately@msn.com>
**Subject:** 577336 : A notice from the Washington State Attorney General's Office
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684
October 22, 2020
Hilary Santini
RE: LKL Motors and Avis / Budget Rent A Car
File #: 577336
Dear Hilary Santini:
You recently filed a consumer complaint with our office regarding LKL Motors and Avis / Budget Rent A Car. As of today's date, LKL Motors has not responded to your complaint.
Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.
The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against LKL Motors and Avis / Budget Rent A Car pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.
We regret that we were unable to assist in resolving your complaint regarding LKL Motors and Avis / Budget Rent A Car. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.
If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or

online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.


Sincerely,

KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**From:** "Haag, Matt (ATG)" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DEE87344807940F89E3BB2F3E11B7B4E -HAAG, MATT>

**To:** "rmoss@seattletimes.com" <rmoss@seattletimes.com>

**Subject:** FW: Records/1st Installment: PRR-2023-0741

**Date:** Wed, 17 Jan 2024 23:06:12 -0000

**Importance:** Normal

**Attachments:** B1__23-741_PC.csv

---

Good afternoon Ms. Moss,

I am contacting you to follow up with you regarding your Public Records Request. Is the format of the provided records acceptable? Are you still interested in receiving the remaining records responsive to your request.

Please respond at your earliest convenience, but before February 5, 2024. If we do not hear from you by that time, we will proceed with generating similar reports for the remainder of requested complaints for the requested time period.

Contact me with any questions or concerns.

Thank you,

**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division
Attorney General's Office
1125 Washington St. NE, Olympia WA 98504-0100
ph: 360.586.2741 | fax: 360.586.7671
Matt.Haag@ATG.WA.GOV

**From:** Haag, Matt (ATG)
**Sent:** Wednesday, January 3, 2024 4:13 PM
**To:** rmoss@seattletimes.com
**Subject:** Records/1st Installment: PRR-2023-0741

Dear Ms. Moss,

We are working to provide the records responsive to your request. Please see the attached spreadsheet generated by the AGO Consumer Protection division that includes all responsive complaints received by the AGO in November of 2023. We are providing these records free of charge.

Please confirm if this format is acceptable. If so, we estimate that we will be able to provide the additional 35 responsive spreadsheets within 30 days of your confirmation. Contact me with any questions or concerns.

Thank you,

**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division
Attorney General's Office
1125 Washington St. NE, Olympia WA 98504-0100
ph: 360.586.2741 | fax: 360.586.7671
Matt.Haag@ATG.WA.GOV

**From:** Haag, Matt (ATG)
**Sent:** Tuesday, December 12, 2023 9:03 AM
**To:** Rebecca Moss <rmoss@seattletimes.com>
**Subject:** Acknowledgment: PRR-2023-0741

Dear Ms. Moss,

Thank you for your public records request below. We assigned it the file number above and ask that you please reference that number on any future correspondence regarding this request.

We are searching our records to determine the location, nature, and amount of records, if any, that may be responsive to your request. If responsive records are found, I estimate I can make available an installment of records on or before

January 4, 2024. If records are ready prior to that time, I will notify you. If this time assessment requires adjustment, I will also advise you of that.

Please contact me at the e-mail address below or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA 98504-0100, if you have any questions.

**Matt Haag, Public Records Officer/Everlaw Liaison**
Public Records and Constituent Services Division
Attorney General's Office
1125 Washington St. NE, Olympia WA 98504-0100
Matt.Haag@ATG.WA.GOV

**From:** Rebecca Moss <rmoss@seattletimes.com>
**Sent:** Tuesday, December 5, 2023 11:33 AM
**To:** ATG WWW Public Records Requests <PublicRecords@ATG.WA.GOV>
**Subject:** Records Request - Consumer Complaints

[EXTERNAL]

Hi,

Under Washington's Public Records Act, please provide a copy of all general consumer complaints filed with the Attorney General of Washington between Jan. 1, 2020 and Dec. 1, 2023. Please provide complaints in a spreadsheet format, if possible, if the complaints generated through the online complaint form are maintained in a spreadsheet format. Please let me know if you have any questions while fulfilling this request. I am seeking this information as a member of the new media. (Please see the request form as well).

Thank you,

Rebecca Moss

Rebecca Moss (she/her)
The Seattle Times **::** Investigative Reporter
**w** 206-464-2234 **c** 505-603-1143
rmoss@seattletimes.com **::** @rebeccakmoss

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Document Produced in Native Format

JR - 00962
PRR-2025-0179 B2

**From:** Hilary Santini <hilaryegately@msn.com>
**To:** "crc@atg.wa.gov" <crc@atg.wa.gov>
**Subject:** File #: 577336
**Date:** Wed, 26 Aug 2020 19:51:12 +0000
**Importance:** Normal

---

To Whom It May Concern:

I hereby authorize the Consumer Protection Division of the Attorney General's Office to send my correspondence and any associated materials to the business and/or refer to other agencies or organizations as appropriate.

Thank you for your assistance.

Kind regards,

*Hilary Santini*

---

**From:** ATG MI CRC Complaint Processing (prodappdb) <crc@atg.wa.gov>
**Sent:** Tuesday, August 25, 2020 9:01 AM
**To:** hilaryegately@msn.com <hilaryegately@msn.com>
**Subject:** 577336 : A notice from the Washington State Attorney General's Office
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684
August 25, 2020
Hilary Santini
RE: LKL Motors and Avis / Budget Rent A Car
File #: 577336
Dear Hilary Santini:
Thank you for contacting the Consumer Protection Division of the Attorney General's Office. We received your correspondence. Because the nature of your correspondence appears to be a consumer complaint that we would normally send to the business requesting a response, we need your authorization to proceed. Please keep in mind, this is an informal voluntary complaint process. Our office is prohibited by law from providing legal advice or acting on behalf of private citizens. Citizens who are in need of these services should seek the advice of a private attorney.
You may provide authorization by email or regular mail:
1. To provide authorization by email, send an email to CRC@ATG.WA.GOV referencing the above complaint number in the subject line. The email should explicitly state that you authorize our office to send your correspondence and any associated materials to the business and/or refer to other agencies or organizations as appropriate.
2. To provide authorization by regular mail, complete our paper complaint form (enclosed/attached) referencing the above complaint number. Please reference your previous correspondence in the complaint description section on the form. Return the completed form to our office at 800 5th Avenue, Suite 2000, Seattle, Washington, 98104-3188.
Additionally, the Washington State Attorney General's Office is prohibited by law from providing legal advice or acting on behalf of private citizens. You may wish to contact a private attorney for legal advice to determine any

legal rights and remedies that may be available to you regarding the issues presented in your complaint. Legal options and remedies may be time sensitive.

It is important to include the above referenced file number on all communications with our office regarding this complaint. This will allow us to quickly access your file. Also, please be sure to include all the contact information you have for the business including mailing address, telephone number, fax number, and email address.

If you do not wish to participate in our informal complaint resolution process, no further action is required. If we do not receive authorization from you within seven calendar days, we will close your complaint without further processing and will maintain a copy in our files as a public record.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted. It is our policy to neither confirm nor deny the existence of an ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce that to the public through a press release or on our website at http://www.atg.wa.gov.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers