# WASHINGTON STATE
# ATTORNEY GENERAL'S OFFICE



# ANNUAL REPORT
# 2024



JR - 00965
PRR-2025-0179



*Attorney General Ferguson talks to guest speakers and attendees before a press conference about the proposed Kroger-Albertsons merger.*

## Mission

The Office of the Attorney General will provide excellent, independent, and ethical legal services to the State of Washington and protect the rights of its people.

## Anti-Racist Commitment

The Office of the Attorney General is committed to recognizing, addressing, and eradicating all forms of racism within the scope of its work and operations. Conversations about race require courage, respect, and compassion. We recognize that when we enter into these conversations, we may not always be comfortable and may need to lean into the discomfort. As an agency that strives to be anti-racist, it is our goal to identify, discuss, and challenge racial inequity in the workplace and the impact it has on our employees, and, within our authority, combat racism that impacts the people of the State of Washington.

## Vision

The Office of the Attorney General will be the best public law office in the United States.

## Values

All staff in the Office of the Attorney General are guided by the following core values:

1. We will deliver high quality legal services and remember that we serve the people of Washington.
2. We will conduct ourselves with integrity, professionalism, civility and transparency.
3. We will promote a collegial, inclusive and diverse workplace that values, respects and supports our employees.

# TABLE OF CONTENTS

Letter from AG Ferguson ............... 3

BY THE NUMBERS ....................... 5

Standing up for ........................... 7

Civil Rights ................................. 7

Crime & Public Safety ................. 11

Antitrust .................................... 17

Protecting Consumers ................. 21

Health & Wellbeing ..................... 27

Legislative Priorities .................... 31



*Attorney General Ferguson discusses the role of the Attorney General's Office and the value of public service with a group of legislative interns.*

# Letter from AG Ferguson



Dear Washingtonians,

I'm proud to have led the best public law firm in the country for the past 12 years.

Together, we've marked important accomplishments, from protecting Hanford workers to stopping price-fixing to tackling the missing and murdered Indigenous women and people (MMIWP) crisis. We've battled multiple federal administrations to protect Washingtonians — and won. We've taken on some of the largest corporations in the country to make them pay their share of the damage they caused by helping to fuel the opioid epidemic.

These highlights — and many, many more — demonstrate the monumental achievements the Attorney General's Office is capable of, but they represent just a fraction of the work our office's dedicated staff do for Washingtonians.

Every day, the more than 800 attorneys and 1,000 professional staff at the Attorney General's Office improve public safety, protect children, stand up for workers, fight for civil rights, defend the environment, advocate for consumers and provide independent legal counsel to state agencies.

There are too many accomplishments to list here over the dozen years I've been privileged to lead this agency. Here are just a few:

- Before I became Attorney General, the office had no dedicated divisions protecting the civil rights of Washingtonians or fighting for our beautiful environment. The Wing Luke Civil Rights and Environmental Protection divisions started small, but now lead the nation with their work.

- The Consumer Protection and Antitrust divisions have greatly expanded, ensuring they can take on large corporations that harm Washingtonians. When I became Attorney General, there were only seven staff in Antitrust, with just three attorneys. Now there are 15 attorneys and 10 professional staff in Antitrust. Consumer Protection had just 10 attorneys and 21 professional staff in 2013 — now that division has more than 120 staff, including 44 attorneys. Now, we are a national leader. These divisions have successfully battled national grocery chains, chicken producers, cable and internet providers, national student loan servicers and much more. Our civil law enforcement divisions, including Consumer Protection, Complex Litigation, Environmental Protection, Medicaid Fraud and Civil Rights, recovered more than $2.8 billion for Washington since 2013, including approximately $940 million in direct consumer relief and restitution.

- We won more than $1 billion to combat the opioid and fentanyl epidemic.

- We protected millions of low-wage workers at hundreds of businesses nationwide from unlawful no-poach provisions in franchise contracts. This ensured they could move to another franchise for higher pay without restrictions.

- We stopped the unlawful Kroger-Albertsons merger that would have increased grocery prices for Washingtonians.

- We stopped unlawful price-fixing on groceries and basic household items like computer monitors and television screens. We sent more than $89 million in checks directly to Washington families that were harmed.

- We won millions of dollars on behalf of farmworkers who were sexually harassed and discriminated against. Prior to 2012, the Attorney General's Office had never filed a civil rights action on behalf of farmworkers.

- We took on presidents of both parties, standing up when they exceeded their authority. I always asked three questions when deciding whether to file a lawsuit: Are Washingtonians being harmed? Do we have standing? Do we have good legal arguments? If the answer to each was "yes," we filed a lawsuit. Our disciplined approach paid off — we won 62 of the 66 cases that resolved, including 55 legal victories against the Trump administration.

- We battled multiple administrations to ensure that Hanford workers have adequate safety and benefits. They work around some of the most toxic, dangerous compounds in the world. They must be protected and properly cared for when they get sick on the job.

- Using agency request legislation, we worked with the Legislature to pass landmark policies into law, including:

  - Banning the sale of military-style assault weapons and high-capacity magazines to combat mass shootings;

  - Expanding access to discounts and free hospital care to more than half of all Washingtonians;

  - Strengthening protections for survivors of human trafficking and increasing the penalties for elder abuse;

  - Passing the strongest health data privacy law in the country and improving consumer protections around data breaches;

  - Increasing the penalty for price-fixing and violating the Consumer Protection Act;

  - Banning youth solitary confinement; and

  - Abolishing the death penalty.

- We built a tribal policy team that is leading the nation with its work on the MMIWP crisis, Indian boarding schools and much more. Our team helped create the nation's first Missing Indigenous Person Alert System, as well as a MMIWP Cold Case Unit in our office. Their work, and the healing that begins with it, is just beginning.

We accomplished all of this, and much more, even in the face of a generational pandemic. Our office continued to provide high-quality legal services without interruption in the height of the pandemic. During the early stages of the pandemic, we launched a robust "See It, Snap It, Send It" campaign that combated price-gouging on items essential for public health.

It has been a privilege to serve alongside this team of devoted public servants for the last 12 years. I am proud to have worked together with all of you to position this agency for success for years to come. I am confident I am leaving the office in a stronger position than when I arrived.

It's been an honor serving as your Attorney General.

Bob Ferguson, Attorney General

# BY THE NUMBERS

The Attorney General's Office's civil law enforcement division won more than $2.6 billion in the last decade as a result of lawsuits and its handling of consumer complaints. That includes nearly $800 million for Washingtonians in the form of direct payments, debt relief and consumer credits. The office won another $1.8 billion for increased government and nonprofit services, including $1.1 billion to combat the fentanyl epidemic.

These recoveries are the result of more than 800 successful cases over the past decade.

## Civil Law Enforcement Divisions

These recoveries stemmed from the Attorney General's civil law enforcement divisions that file cases on behalf of the people of Washington. These divisions include Consumer Protection, Antitrust, Wing Luke Civil Rights, and Environmental Protection, as well as the civil section of Medicaid Fraud Control and the affirmative section of Complex Litigation.

Most of these lawsuits involved enforcement of the Washington Consumer Protection Act, the Washington Law Against Discrimination or the Medicaid Fraud Control Act — or a combination of these laws.

These divisions receive only minimal funding from the Legislature. The vast majority of their work is funded by recoveries in their successful cases.

### Breaking down the recoveries

**$224,080,398 — Direct restitution**
Highlights: Four lawsuits against Washington hospital systems provided $36 million in refunds of hospital bills for Washingtonians who were eligible for discounted care that they did not receive.

**$442,521,337 — Debt relief, debt forgiveness and consumer credits**
Highlights: Those same lawsuits against Providence, CHI Franciscan, PeaceHealth and Capital Medical Center garnered $178.3 million in debt relief for more than 100,000 Washington patients. A case against the nation's largest student loan servicer resulted in Washington borrowers receiving $45 million in student loan debt forgiveness.

**$129,499,155 — Via informal complaint resolution**
Highlights: The Office receives approximately 24,000 consumer complaints per year and seeks to resolve these complaints prior to litigation by working directly with the consumer and the business. The program garners refunds and consumer credits for Washingtonians without the need for litigation.

**$8,211,198 — Cy pres grants to nonprofits**
Highlights: In the last decade, this includes grants to health clinics and grants for housing counselors.

## Since 2015, the Attorney General's Office has recovered more than $2.6 billion from its civil law enforcement work

### Money Returned to Consumers

| Calendar Year | Debt Relief & Consumer Credits | Direct Restitution Payments | Informal Complaint Resolution |
|---|---|---|---|
| 2015 | 11,531,934 | 50,209,550 | 4,851,338 |
| 2016 | 1,259,515 | 5,444,172 | 4,760,700 |
| 2017 | 40,744,750 | 6,224,763 | 7,069,180 |
| 2018 | 148,020,156 | 22,240,435 | 8,783,066 |
| 2019 | 47,101,405 | 24,952,568 | 18,357,115 |
| 2020 | 9,413,377 | 4,570,371 | 17,636,508 |
| 2021 | 0 | 27,896,397 | 17,947,110 |
| 2022 | 46,500,000 | 15,992,857 | 13,304,693 |
| 2023 | 745,000 | 40,511,018 | 26,065,613 |
| 2024 | 137,200,000 | 26,038,268 | 10,823,832 |
| **Total** | **$442,521,337** | **$224,080,398** | **$129,499,155** |

### Money Invested to Increase Services

| Calendar Year | Cy Pres Grants to Non-Profits | Local Governments & Tribal Governments* | State Agencies & General Fund | Revenue for AGO Investigations & Litigation |
|---|---|---|---|---|
| 2015 | 3,000,000 | 125,000 | 26,832,297 | 27,374,302 |
| 2016 | 0 | 2,576,926 | 3,598,501 | 4,206,979 |
| 2017 | 0 | 141,000 | 17,469,255 | 34,989,267 |
| 2018 | 2,565,281 | 15,066,783 | 5,588,939 | 39,592,848 |
| 2019 | 2,550,917 | 0 | 22,629,964 | 11,387,418 |
| 2020 | 0 | 0 | 62,100,523 | 43,849,759 |
| 2021 | 95,000 | 0 | 13,565,993 | 6,495,741 |
| 2022 | 0 | 215,100,000 | 320,516,926 | 57,174,972 |
| 2023 | 0 | 186,150,000 | 256,537,290 | 49,492,142 |
| 2024 | 0 | 122,020,000 | 215,510,380 | 38,873,351 |
| **Total** | **$8,211,198** | **$541,179,709** | **$944,350,267** | **$313,380,779** |

**$796.1 MILLION**

**TOTAL: $2.6 BILLION**

**$1.8 BILLION**

**$541,179,709 — For local governments, tribal governments, and nonprofits**
Highlights: The nearly $541 million total represents local governments' 50 percent share of the more than $1 billion the Attorney General's Office recovered to combat the opioid and fentanyl epidemic.

**$944,350,267 — For state agencies and the general fund**
Highlights: In addition to the state's 50% share of opioid recoveries, this includes all civil penalties assessed by courts, including the $9.1 million civil penalty assessed to Comcast. Highlights also include the $60 million that Attorney General Ferguson directed to the Legislature in 2020 for clean water and salmon restoration projects following this Environmental Protection Division's successful case against Monsanto over its polychlorinated biphenyls (PCBs).

**$313,380,779 — For the Attorney General's investigations, litigation and complaint resolution processes**
Highlights: The Attorney General's civil law enforcement work on behalf of the people is generally self-funded. Twelve percent of total recoveries have been used to continue and expand this work.

## Travel insurer pays $1.5M over customer discrimination

In January, the Attorney General's Office resolved a lawsuit against travel insurer Allianz for discriminating against 560 Washingtonians with mental or nervous health disorders. Allianz had to pay $1.5 million.

Allianz, which promises to reimburse customers for trip cancellations caused by a "covered illness" or "medical condition," denied reimbursements to hundreds of its customers based on a discriminatory "Mental and Nervous Health Disorder" exclusion contained in its policies. Allianz did not adequately disclose that this policy discriminated against customers based on mental health.

As a result of the civil rights lawsuit, Allianz was required to fully reimburse travelers for their losses, plus interest, for a total of approximately $800,000. Allianz also had to pay approximately $700,000 to cover the cost of distributing the financial restitution and the costs of the Attorney General's Office investigation and litigation.

## Nonprofit, CEO ordered to pay $1.5M for sexual harassment

In June, a jury found a veterans nonprofit and its founder and CEO, Thelbert "Thad" Lawson Jr, liable for pervasive and ongoing sexual harassment of 12 women. The jury ordered the defendants to pay nearly $1.5 million to the victims of the harassment as a result of the Attorney General Office's civil rights lawsuit.

Lawson discriminated against and harassed 12 women who worked, volunteered or shopped at thrift stores operated by Operation Veterans Assistance & Humanitarian Aid (OVAHA). The harassment included offensive and unwanted touching, sexually charged remarks and inappropriate requests for sex. OVAHA and Lawson also retaliated against employees who tried to complain.

In July 2021, a jury found Lawson guilty of one count of assault for sexually grinding his body on a member of the public without her consent. OVAHA posted Lawson's appeal bond in July 2021, which allowed him to stay out of jail after this conviction. The conviction was upheld on appeal, and Lawson spent 75 days in jail. The Attorney General filed the civil rights lawsuit in Chelan County Superior Court in February 2022.

The jury found his repeated, pervasive sexual harassment, retaliation, and constructive discharge of female employees and members of the public violated the Washington Law Against Discrimination. The jury awarded $1.45

million in damages to the 12 women, as well is $17,267.50 in back wages to workers. All of the money awarded by the jury went directly to the harassment victims. Following the verdict, the Attorney General filed a post-trial motion to prevent Lawson from being in a position to supervise or harass women again in the future, which the court granted.

## Scammer ordered to pay back gas station owners

In October, a Pierce County judge ordered Kevin Wilkerson to pay more than $360,000 in penalties and restitution for unlawfully charging gas station owners for unfinished, unnecessary or shoddy work on underground fuel storage tanks.

The judgment included full restitution, plus interest, for nine gas station owners — all but one of whom identify as Korean or South Asian — who were scammed by Wilkerson and his companies, Northwest Environmental Services and Core Environmental Group.

Wilkerson collected payment from the small businesses for work he did not perform or performed so poorly the businesses had to pay thousands more to other companies for the same services. In many cases, Wilkerson stopped responding to the owners of the gas stations when they attempted to contact him and refused to refund what they paid. Wilkerson's unlawful conduct violated the state Consumer Protection Act and affected small businesses in Pierce, King, Snohomish, Thurston, Grays Harbor and Lewis counties.

In all, Wilkerson was ordered to pay a total of $360,741; $165,741 to nine gas station owners, plus another $195,000 in enhanced civil penalties for harming individuals in Washington based on their national origin.



*Upon inspecting some of Wilkerson's shoddy work performed at one of the gas stations he was hired to service, Ecology discovered that he used cardboard and duct tape in the repair.*



*Wing Luke Civil Rights Division Chief Colleen Melody argues the Sunnyside case before the Washington State Supreme Court*

STATE OF WASHINGTON V. CITY OF SUNNYSIDE ET AL.

COLLEEN M. MELODY
COUNSEL FOR THE STATE OF WASHINGTON
WASHINGTON STATE SUPREME COURT

6/15/23

# Standing up for Civil Rights

The Attorney General's Office launched the Wing Luke Civil Rights Division in 2015 to protect the rights of all Washington residents by enforcing state and federal anti-discrimination laws. The division is named for Wing Luke, who served as an assistant attorney general for the Washington state in the late 1950s and early 1960s. He was the first Asian American elected to public office in the Pacific Northwest. In 2024, the office continued its work investigating discrimination in housing, nonprofits, farming and other businesses.

*Members of the Wing Luke Civil Rights Division: Front row - left to right: AAG Emily Nelson, Special Counsel Chalia Stallings-Ala'ilima, AAG Raina Wagner, Division Chief Colleen Melody, Intake Coordinator Gail Pruitt, Investigator Supervisor Alma Poletti, Investigator Jennifer Treppa, and Paralegal Tiffany Jennings*

*Back row - left to right: MAAG Neal Luna, AAG Beau Sung (CRD Alumni), AAG Daniel Jeon, AAG Alfredo Gonzalez Benitez, MAAG Lane Polozola, Litigation & Administrative Manager Allie Lard, AAG Diane Lopez, AAG Mitch Riese, MAAG Teri Healy, AG Bob Ferguson, Investigator Rebecca Pawul, Paralegal Lane Richards, Investigator Jennifer Sievert, Legal Assistant Erika Ray, and Paralegal Logan Young*

## Pasco companies pay $470K for sexual abuse of farmworkers

In June, as a result of the Attorney General's lawsuit against Pasco-based Greenridge Farms and Baker Produce, the farms paid $470,000 over multiple allegations of sexual assault and sexual harassment of female farmworkers by one of the companies' supervisors. The lawsuit also asserted the companies retaliated against the farmworkers when they spoke out.

VII of the federal Civil Rights Act by subjecting female employees to sexual harassment and retaliating against employees who rejected the supervisor's advances or who complained about his conduct.

The conduct ranged from at least 2018 up until the supervisor, Antonio "Junior" Garcilazo, was fired in March 2024. Greenridge and Baker were liable for Garcilazo's conduct because of his supervisory role with the companies.

In addition to paying $470,000, the resolution barred Greenridge Farms and Baker Produce from rehiring Garcilazo in any capacity. It required the companies to institute new anti-discrimination and sexual harassment policies.

All of the money in the resolution went directly to the four women who reported the assaults, harassment and retaliation.

The lawsuit asserted the companies violated the Washington Law Against Discrimination and Title

## State Supreme Court finds AG can challenge unlawful evictions

In June, the Washington State Supreme Court ruled that the Attorney General has broad authority to pursue legal action to protect the civil and constitutional rights of Washingtonians. Specifically, the court found that the Attorney General can challenge a pattern of unlawful evictions carried out by law enforcement in the City of Sunnyside.

The Wing Luke Civil Rights Division filed a lawsuit in February 2020, asserting that Sunnyside's police department unlawfully and repeatedly used the city's Crime-Free Rental Housing Program to evict tenants without due process and in a discriminatory manner. The lawsuit asserts that dozens of residents have been forced out of their homes by police with little or no notice, causing them to become homeless. Most of the tenants are Latina, women or families with children.

According to the lawsuit, there are at least 123 documented instances of Sunnyside police enforcing the local ordinance against renters, resulting in the unlawful evictions of at least 44 tenants. The Crime-Free Rental Housing Program has operated for years throughout the City of Sunnyside. As a result, any of the city's 16,000 residents who rent their homes could be subject to this police misconduct.

The City of Sunnyside challenged the office's authority to bring the lawsuit. The State Supreme Court agreed with the Attorney General's Office that it have broad authority to protect Washingtonians' civil rights. The case now heads back to Yakima County Superior Court for further proceedings.

## Protecting prospective tenants with disabilities

In August, the Attorney General's Office filed a civil rights lawsuit against an apartment complex in University Place for unlawful discrimination against rental applicants with disabilities.

In its advertising, Sunset Ridge Apartments claims to offer "equal opportunity housing for all people." In reality, an investigation by the Wing Luke Civil Rights Division found that Sunset Ridge refuses to accept applications from prospective tenants with disabilities who use benefits or subsidies that help pay their housing costs.

The Attorney General filed a lawsuit asserting the practice violates the Residential Landlord-Tenant Act, the Washington Law Against Discrimination and the Consumer Protection Act.

PRR-2025-0179



*Attorney General Ferguson addresses the Wenatchee Chamber of Commerce with an update on the office's effort to combat organized retail crime.*

## Taking on organized retail criminals

The first prosecution by the Attorney General's new Organized Retail Crime Unit ended with a conviction in June, when a Bremerton man pleaded guilty to stealing and then selling tens of thousands of dollars' worth of merchandise.

Shawn Nanez, 33, pleaded guilty in Kitsap County Superior Court to two felony counts of first-degree organized retail theft, one felony count of second-degree organized retail theft, and one felony count of first-degree theft, stemming from 28 different thefts at Target stores in Kitsap, Pierce and King counties. The value of the stolen merchandise, which he later sold to a third party, totaled more than $145,000.

A judge sentenced Nanez to two and a half years in prison and another two and a half years in community custody under a Drug Offender Sentencing Alternative (DOSA), meaning Nanez must also receive substance abuse treatment upon his release from prison. If Nanez violates the law or the terms of his DOSA, the Department of Corrections can revoke the DOSA and he would serve the remainder of his sentence in prison.

Nanez's conviction resolved the first-ever prosecution by the Organized Retail Crime Unit, which was created in partnership with the Legislature in 2023.

In February, the unit filed its second felony criminal case, charging a Maple Valley woman over a string of organized retail thefts in western Washington. Shellonda K. Daniel was charged in King County Superior Court with two counts of felony first-degree organized retail theft. The criminal charges stemmed from thefts at 28 Ulta stores in King, Kitsap, Pierce, Snohomish, Thurston and Whatcom counties totaling more

than $200,000. While the alleged thefts occurred in multiple jurisdictions, the state's new Organized Retail Crime statute allows the Attorney General to aggregate them and file the charges in one county.

In July, the unit charged Victor J. Matt in Snohomish County Superior Court with two counts of first-degree organized retail theft, one count of first-degree identity theft, first-degree criminal impersonation and forgery. The criminal charges stem from seven thefts of outboard boat motors in King, Pierce, Snohomish, Skagit and Whatcom counties, during which Matt allegedly posed as a public employee and forged government documents. The thefts totaled at least $58,729. Several of the thefts involved Matt presenting a forged check from the state treasurer, an illegitimate signature of the state treasurer.

In July, the unit charged Jerrell Davis and Tahj Franklin in King County Superior Court with one count each of first-degree organized retail theft. The charges stemmed from nine thefts of high-end alcohol products at Fred Meyer and Safeway stores in King and Snohomish counties between July and September 2021.

In December, the unit charged Volodymyr Tsuman and Leonid Trotskovets with first-degree organized retail theft, and Volodymyr's brother Veniamen Tsuman with second-degree organized retail theft in Snohomish County Superior Court. The Attorney General's Office alleges they stole at least $48,878 worth of flooring and home improvement products during more than 50 separate thefts in four different counties.

*A person is presumed innocent unless and until the individual is proven guilty beyond a reasonable doubt in a court of law.*

---



*Attorney General Ferguson announces a court order requiring Federal Way Discount Guns and its owner to pay $3 million for violating Washington's prohibition on selling high-capacity magazines with the capacity to hold more than 10 rounds of ammunition.*

The Attorney General's Office continued its commitment to improve public safety and protect Washingtonians from crime. This effort included a series of measures from combating organized retail crime to prosecuting wage theft cases. The office also continued its enforcement of a law that bans the sale of high-capacity magazines in Washington state.

# Crime & Public Safety

# Standing up for survivors

## Clearing backlog of unidentified remains

In March, the Legislature approved the office's budget request for $500,000 to fund genetic genealogy and DNA testing for the entire backlog of unidentified remains in Washington. When legislators approved the request, 163 unidentified remains awaited testing in Washington. The new funding supplemented existing state and federal DNA testing resources.

The Attorney General's Office and the Missing and Murdered Indigenous Women and People Task Force advocated for the funding to clear the backlog. The task force, convened by the Attorney General in 2021, published a report in 2023 urging the Legislature to dedicate the funding. DNA testing of individual remains and forensic genetic genealogy are proven strategies to identify missing Indigenous people and bring closure to families.

## Announcing the permanent Survivor Justice Unit

In 2024, the Attorney General's Office received funding from the Legislature to make the Sexual Assault Kit Initiative (SAKI) a permanent unit.

The renamed Survivor Justice Unit (SJU) builds on the successful work of SAKI, which cleared the state's backlog of sexual assault kits as part of a coordinated, statewide effort. The unit has also assisted law enforcement with forensic genetic genealogy and other advanced DNA testing in unsolved cases.

The now-permanent Survivor Justice Unit has helped solve dozens of cold-case sexual assaults and homicides. For example, in August, genetic genealogy testing helped Kent police narrow the list of suspects and make an arrest in the 44-year-old murder of Dorothy "Dottie" Silzel. Kenneth Duane Kundert, 65, was arrested in Arkansas on Aug. 20 after DNA on a cigarette butt Kundert discarded matched the profile of the suspect in the crime.

The SJU, formerly SAKI, also collects lawfully owed DNA from serious criminal offenders who are required by law to submit samples.

In October, the Attorney General's Office announced that the lawfully owed DNA project

had helped law enforcement collect and log 3,000 DNA profiles of serious offenders to the national database.

State law that requires many offenders to provide DNA samples as a condition of their conviction, but over the years thousands of serious violent and sexual offenders have neglected to do so. The Attorney General's lawfully owed DNA project has helped close that gap in DNA collection since it launched in October 2019.

The samples collected and added to the national DNA database over the past five years are critical to identifying perpetrators of unsolved rapes, murders and other violent crimes — here in Washington and across the country.

## Protecting the integrity of evidence

In October, a federal judge upheld the state ban on selling and distributing self-administered sexual assault kits, dismissing a lawsuit brought by Leda Health, a Pennsylvania company that sells such kits for profit.

House Bill 1564, signed into law in 2023, prohibits the sale and distribution of self-administered sexual assault kits. Sexual assault kits are used as part of a forensic examination, conducted by a trained medical professional, to gather evidence from survivors of sexual assault to be used in subsequent investigations and prosecutions. Washingtonians can receive free sexual assault kits from hospitals and other medical providers.

Law enforcement and prosecutors rely on these professionally administered exams to protect the integrity of those investigations and prosecutions. Evidence collected using self-administered rape kits outside a hospital setting are rarely, if ever, admissible in court.

Leda Health sells these "early evidence kits" in other states. Leda marketed and distributed its self-collection sexual assault kits in Washington prior to a cease-and-desist letter from the Attorney General's Office and the passage of the new law.

Leda challenged Washington's ban, claiming the new state law violates the First Amendment and due process. The Attorney General's Office defended the law, and a federal judge granted the office's motion to dismiss the lawsuit and denied Leda's motion to block the law.

---

## Starting a first-of-its-kind hate crimes hotline

In February, the Legislature passed then the governor signed a bill creating a hate crimes hotline in the Attorney General's Office. Washingtonians in three counties will soon be able to report hate crimes and incidents of bias when a pilot launches by summer 2025, before the service expands to the full state by 2027.

The hotline is the first of its kind.

Washingtonians statewide can report hate crimes and bias incidents and receive information and referrals. This will allow for the collection of data that is not currently available.

The Attorney General's Office will publish an annual report detailing hate crimes and bias incidents in Washington. The hotline will share information with law enforcement when tips involve potential crimes and the person reporting gives their consent. Other incidents of bias and hate will be referred to other types of resources, such as support services or counseling.

In July, the Attorney General's Office announced that its office will test a pilot version of the hate crimes hotline in three counties: Clark, King and Spokane counties. The hotline will be operational in the three pilot counties by July 1, 2025, then will expand statewide by Jan. 1, 2027.

## Preventing the release of sex offenders

Following a January trial prosecuted by the Sexually Violent Predator Unit (SVP), a Spokane County Superior Court judge ruled that a Spokane County sex offender is a sexually violent predator would be civilly committed.

Daniel Gard raped five different girls between the ages of 5 and 10 years old. He videotaped several of these sexual assaults. Once apprehended, he disclosed many more female victims of sexual

assaults, some as young as 3 years old. These crimes spanned nearly 15 years. In prison, Gard was caught possessing sexually explicit material and photos of underage children on two occasions.

Also in January, a Pierce County Superior Court judge ruled that a Pierce County sex offender is a sexually violent predator would be committed.

In 2016, a mother reported that John L. Brewer molested her daughter, a developmentally disabled 7-year-old girl, while he babysat her and three other children. The girl reported to her mother what the had done and she confronted him. In July 2017, he pleaded guilty to felony second-degree child molestation and first- and second-degree attempted kidnaping.

In July, a Pierce County Superior Court judge found probable cause to transfer a sex offender to McNeil Island after the SVP unit filed a petition to prevent his release to the community.

Andrew A. Vejar was convicted of first-degree rape, first-degree attempted rape and first-degree kidnaping in 1999. He pleaded guilty in May 2023 to three counts of fourth-degree assault against a 22-year-old woman and two minor girls. Vejar is confined to the Special Commitment Center on McNeil Island pending a trial set for May 5, 2025.

Washington's Sexually Violent Predator law allows the state Attorney General's Office to petition for the civil commitment of violent sex offenders who, because of a mental abnormality and/or personality disorder, are proven likely to engage in predatory acts of sexual violence if released.

In 1990, Washington became the first state in the nation to pass a law permitting the involuntary civil commitment of sex offenders after they serve their criminal sentences. The Sexually Violent Predator Unit was established shortly thereafter.

The unit is responsible for prosecuting sex predator cases for 38 of Washington's 39 counties (King County being the exception).

# Federal Way Discount Guns

Federal Way Discount Guns illegally sold

## 3,871

high-capacity magazines after the law went into effect, including

## 246

after we filed our lawsuit





That law, the federal Protection of Lawful Commerce in Arms Act (PLCAA), shields gun manufacturers and sellers from liability in some circumstances. However, Congress invited states to regulate firearm sales and marketing practices by exempting such state laws from PLCAA. In Washington state, the Firearm Industry Responsibility & Gun Violence Victims' Access to Justice Act created such a law and the National Shooting Sports Foundation challenged it.

In March, a federal judge agreed with the Attorney General's Office and dismissed a challenge to Washington's new law that ensures gun manufacturers and dealers — like other purveyors of dangerous goods — must take reasonable steps to prevent their products from getting into the wrong hands.

Changes in federal law since 2005 shielded the gun industry from liability and barred lawsuits — even when their negligence is provable.

banning the sale of assault weapons. It marked the fourth time a court ruled that the ban should remain in place while legal challenges continue.

The judge rejected a request in *Banta, et al. v. Ferguson, et al.* to grant a preliminary injunction blocking implementation of House Bill 1240. The lawsuit was also filed by the National Shooting Sports Foundation, along with several other plaintiffs.

Washington's new law prohibits the sale, manufacture and import of assault weapons in the state while allowing reasonable exemptions for manufacture and sale to law enforcement and the military. The law does not prohibit the possession of assault weapons.

Four other states — Delaware, New York, New Jersey and California — have adopted similar legislation, and courts have upheld laws that fall under the PLCAA exception allowing for state regulation of firearm sales and marketing

In September, the same federal judge also agreed with the Attorney General's Office and rejected an attempt to block Washington's new law

---

# Defending State Gun Laws



In February, the Attorney General's Office announced a court order requiring Federal Way Discount Guns and its owner, Mohammed Baghai, to pay $3 million for violating Washington's prohibition on selling magazines with the capacity to hold more than 10 rounds of ammunition.

A consent decree, filed in King County Superior Court, resolved the case against the store and its owner for selling high-capacity magazines after the law took effect in July 2022. An Attorney General's Office investigation showed the store sold 3,625 high-capacity magazines between July and December 2022, when the Attorney General filed a lawsuit. During that timeframe, the store also displayed large numbers of high-capacity magazines for public sale, which was also against the law. The store continued to illegally sell high-capacity magazines for a month after the lawsuit was filed, then sold another 246 high-capacity magazines before the Attorney General's Office won a preliminary injunction barring Federal Way Discount Guns from continuing to sell them.

The consent decree bars Federal Way Discount Guns and its owners or employees from selling, offering for sale, or facilitating the distribution of high-capacity magazines.

Of the $3 million paid by Federal Way Discount Guns, the Attorney General's Office chose to dedicate nearly $2 million — as permitted by the court order — to fund local law enforcement efforts to reduce gun violence, promote firearms safety and support victims of gun violence.

The Attorney General's Office started accepting applications for those funds in September. In December, the office announced that 12 local law enforcement agencies would receive the funds for everything from gun buybacks and youth outreach to education programs and firearms safety classes, among other uses. The office will retain funds that are not used by local law enforcement for the office's costs to investigate and litigate the case and future enforcement efforts.

PR-2025-0173
PRR-2025-0179



*Kroger-Albertsons case legal team: Antitrust Division Chief Jonathan Mark, Assistant Attorney General Amy Hanson, Assistant Attorney General Paula Pera, Assistant Attorney General Miriam R. Stiefel, Assistant Attorney General Helen Hapner Lubetkin Attorney General Bob Ferguson.*

## Blocking the illegal merger of two grocery giants

In December, a King County judge agreed with the Attorney General's Office that the proposed merger of grocery giants Kroger and Albertsons is unlawful and cannot go forward. The ruling was the first decision on the merits of the case amongst multiple state and federal challenges of the merger.

A day after the ruling, Albertsons pulled out of the merger deal.

Kroger and Albertsons are the two largest supermarket chains in Washington and the second and fourth largest supermarket operators in the country. More than half of all supermarkets in Washington state are currently owned by either Kroger or Albertsons, and they account for more than 50% of all supermarket sales in the state. Albertsons owns Safeway and Haggen, while Kroger owns QFC and Fred Meyer.

Collectively, Kroger and Albertsons operate more than 300 supermarkets in Washington, including approximately 194 in the Seattle-Tacoma-Bellevue metropolitan area. They currently have more than 700,000 employees in nearly 5,000 stores across 49 states. They have combined annual revenue in excess of $200 billion.

The Attorney General's Office investigation of the merger revealed company executives expressed that the merger might be illegal.

At the hearing announcing his decision to block the merger, King County Superior Court Judge Marshall Ferguson said: "In my view, the evidence convincingly shows that the current competition between Kroger and Albertsons stores is fierce in the State of Washington. By contrast, the divestiture buyer, C&S Wholesale, with its limited retail experience, will not be able to replicate the ferocity of that competition or compete in Washington against the colossus of a merged Kroger and Albertsons."

---

*Port Orchard Albertsons worker Yasmin Ashur speaks at a press conference about the proposed Kroger-Albertsons merger.*

# Antitrust

The Office of the Attorney General's Antitrust Division is responsible for enforcing the antitrust provisions of Washington's Unfair Business Practices-Consumer Protection Act. The division investigates and litigates complaints of anticompetitive conduct and reviews potentially anticompetitive mergers. The division also brings actions in federal court under federal antitrust laws. It receives no general fund support, funding its own actions through recoveries made in other cases.

JR - 00974
PRR-2025-0179

*Attorney General Ferguson announces restitution for Washingtonians as a result of the office's price-fixing cases against chicken and tuna producers.*

## First resolutions in sprawling case against generic drug manufacturers

In October the Attorney General's Office, along with a bipartisan group of attorneys general across the nation, announced they had won more than $49 million so far in their case against major drug manufacturers that conspired to illegally raise prices on hundreds of generic drugs. The conspiracy caused consumers to pay more than 10 times as much for some drugs, ranging from antibiotic ointment to cancer treatments.

As a result of the multistate litigation, Apotex will pay $39.1 million and Heritage Pharmaceuticals will pay $10 million, make significant reforms and cooperate with the case against the remaining companies. Washington's share of these and future resolutions will be determined when the litigation is resolved against all of the companies. Washingtonians who bought generic drugs during the conspiracy are eligible to get the amount they overpaid returned to them through a claims process. What individuals will receive will be determined once all the cases are complete.

Lawsuits remain active against 30 other corporations — including some of the nation's largest generic drug manufacturers — as well as 25 company executives for violations of federal and state antitrust laws, including the Washington Consumer Protection Act. The attorneys general assert the conspiracy was one of the most egregious and far-reaching illegal price-fixing schemes in U.S. history.

Company executives and their sales representatives used code words to meet privately and plan how to mutually raise the prices on generic drugs to increase their profits. Some female sales representatives, for instance, would agree to meet at a "girls' night out," then plan how to collectively and artificially raise prices on generic drugs. Many of the companies raised prices by well over 1,000% at the height of the conspiracy. Company executives destroyed text messages and documents after hearing about subpoenas from the investigation.

## Breaking up the Ticketmaster and Live Nation ticket monopoly

In May, the Attorney General's Office partnered with the U.S. Department of Justice and a bipartisan group of 29 other attorneys general in an antitrust lawsuit aimed at breaking up Live Nation and Ticketmaster's monopoly over the live entertainment industry.

The lawsuit asserts the companies used their dominance over concert tickets to undermine competition for the ticketing of live events, driving up ticket costs for individuals. The lawsuit asserts Live Nation and its subsidiary, Ticketmaster, violated the federal Sherman Antitrust Act by eliminating rivals and increasing barriers for other companies, creating an unlawful monopoly over the live entertainment industry. Live Nation merged with Ticketmaster in 2010.

Ticketmaster's own internal documents claim it accounts for 70% to 80% of primary concert tickets in North America. Live Nation owns, operates or has significant influence over more than 250 venues in North America, including more than 60 of the top 100 amphitheaters in the United States. It also has controlling interests in popular festivals around the country like Austin City Limits, Bonaroo and Lollapalooza. In Washington, Live Nation manages the Gorge Amphitheater in George, RV Inn Style Resorts Amphitheater in Ridgefield and White River Amphitheater in Auburn. Live Nation generated more than $22 billion in revenue in 2023.

In addition to asking the court to unwind the companies' merger, Washington is also asking the court to impose civil penalties, provide restitution for Washington consumers and require the companies to "disgorge" any unlawful profits, consistent with Washington's antitrust laws.

## Holding chicken producers accountable for conspiring to keep prices high

In July the Attorney General's Office resolved its sweeping antitrust lawsuit against "broiler" chicken producers that account for approximately 90% of the U.S. market. The lawsuit resolved the remaining defendants in 2024. In total, the case recovered $37.7 million.

Late in 2023, the Attorney General's Office announced that $35.5 million from this case, and $5.1 million from a similar case related to price fixing in the canned tuna industry, would be made available to return to consumers most harmed by the conspiracies. The office began by mailing restitution checks in late 2023 — $50 for individuals and $120 for families to Washington households with incomes at or below 175% of the federal poverty level. Restitution was also available through a claims process to households that qualified, but did not receive a check in the initial mailing.

As of the end of 2024, more than 313,000 Washington households received and cashed a check, totaling nearly $31 million in restitution back to Washingtonians. Remaining claims were still being processed at the end of 2024.

## Going after software maker that helps landlords conspire to inflate rents

In August, the Attorney General's Office partnered with a bipartisan group of eight attorneys general and the federal Department of Justice to file a lawsuit accusing a national software company of helping landlords conspire to inflate rental prices.

The lawsuit accuses RealPage of sharing competitively sensitive, nonpublic data through its software with competing landlords to help them raise rents to maximize profits. An estimated 800,000 leases in Washington were priced using RealPage revenue management software since 2017.

One potential RealPage client called the company's model "classic price fixing."

The lawsuit also asserts that the software encourages landlords to raise rents even when they have more empty units on the market. The practices artificially inflate rents, the lawsuit asserts.

Washington state has some of the highest housing costs in the country. A recent report by the National Low Income Housing Coalition found that Washington has the fifth highest "housing wage" — the hourly wage required to afford rent on a two-bedroom home — in the U.S. A Washington working family needs to make about $40 per hour, or more than $83,000 per year, to avoid spending more than 30% of their income on rental costs for a two-bedroom home. The average Washington renter only makes $29 per hour.

According to a Washington Post analysis of rental data, Washington has seen some drastic rent increases in the last five years above the national average. For example, rents in Pierce, Snohomish, Whatcom, Walla Walla and Thurston counties have risen more than 25% since 2019. Skagit, Benton and Spokane county rents rose more than 30%, and Chelan County rents jumped by 41%. Nationally, rents have climbed about 19% in the same timeframe.

AGR - 00975
PKR-2025-0179

## Stopping a repeat offender from scamming small businesses

In January, the Attorney General's Office filed a consumer protection lawsuit against Labor Law Poster Service and the Michigan-based brothers who own the business for sending hundreds of thousands of deceptive solicitations targeting small businesses.

This was not the first time the Attorney General took legal action against the owners. In 2008, the Attorney General's Office investigated consumer protection violations by Labor Law Poster Service, formerly known as Mandatory Poster Agency, a company run by brothers Joseph Fata, Thomas Fata and Steven Fata, and later by Joseph's son, Justin Fata. Mandatory Poster Agency provided and stipulated it would stop its unlawful conduct to avoid a penalty.

But Mandatory Poster Agency did not stop.
In 2014, the Attorney General's Office filed a consumer protection lawsuit against it for sending more deceptive mailers and won. A judge ruled that Mandatory Poster Agency violated the Consumer Protection Act 79,354 times and ordered civil penalties and restitution of $1.15 million, which the brothers paid.

However, the Fata brothers did not stop their illegal activity.

The January 2024 lawsuit asserted the company violated the state Consumer Protection Act more than 300,000 times over the course of at least seven years. It asserted the company and its owners violated both the prior permanent injunction and the 2008 resolution with the Attorney General's Office that prohibited the company from sending deceptive letters. The lawsuit alleged that Labor Law Poster Service mailed at least 325,750 deceptive letters to small businesses between 2016 and 2022, including 60,000 to 70,000 new solicitations each year. The lawsuit alleges the company made at least 1,650 sales to Washington businesses since 2016, totaling at least $141,228 in sales.

In April, a King County Superior Court judge granted the Attorney General's request for a preliminary injunction, agreeing that Labor Law Poster's mailers were deceptive and that the Attorney General's case has a "high likelihood of success on the merits."

In October, the same judge granted the office's request for summary judgment against one of the owners, Joseph Fata, and decided the merits of the case without a trial. The judge found the mailers violated the law 594,788 times.

The case is still pending against the co-owners. Penalties will be decided at a later date. The lawsuit seeks full restitution, plus interest, to all Washingtonians harmed by the Fata brothers' mailers. It also seeks civil penalties for every deceptive letter sent and civil penalties for each of the violations of the previous court orders.

This case was part of the Attorney General's Small Business Protection Initiative, which has won tens of millions of dollars for Washington businesses that have been targeted by scams.

## Ending a hidden fee at Climate Pledge Arena

Climate Pledge Arena paid $477,917 in penalties and refunds in September as a result of an investigation by the Attorney General's Office that revealed thousands of Washingtonians were unlawfully charged a hidden fee at the arena.

From Feb. 27, 2023, to July 22, 2023, Climate Pledge added a 3% fee to food and beverage purchases made at the arena. It did not disclose the fee in any way before customers made their purchase, in violation of the Consumer Protection Act. The Attorney General's investigation revealed the company charged the fee on approximately 183,000 transactions over the course of 37 events, bringing in $162,917.16.

The Attorney General's Office opened the investigation following a KIRO TV news story about the fee. State law requires companies to clearly disclose all added fees and charges to Washingtonians before they charge them. The Attorney General's Office confirmed the arena stopped charging the fee after the media coverage.

As a condition for resolving his case, the Attorney General required that Climate Pledge:

- Conclude a class action lawsuit resulting in full restitution to all Washington consumers who were harmed, to be administered through a claims process, subject to court approval;

- Pay affected customers who file a claim an additional $10 for their inconvenience and loss of their money in addition to the full refund;

- Pay $315,000 to the Attorney General's Office to pay for the cost of bringing the case, future enforcement work and, if necessary, cover claimants' additional $10 payment if the $162,917.16 is insufficient; and

- Disclose all fees it charges customers in the future.



*Assistant Attorney General Zorba Leslie discusses the office's lawsuit against Labor Law Poster Service with media. The lawsuit asserts that Labor Law Poster Service and the Michigan-based brothers who own the business sent hundreds of thousands of deceptive solicitations targeting small businesses.*

# Protecting Consumers

The Consumer Protection Division is responsible for enforcing the Consumer Protection Act. The division investigates and litigates complaints of unfair and deceptive business practices, recovers refunds for consumers, seeks penalties against offending entities and recovers costs and fees to ensure that wrongdoers are held accountable for their actions.

## Returning millions of dollars in unclaimed property

In August, the Attorney General's Office recovered more than $5.2 million, plus interest, that Washingtonians could claim through the state's unclaimed property program. The money was a result of a lawsuit over uncashed checks issued by International money transfer company MoneyGram.

The funds came from uncashed prepaid MoneyGram checks that Washingtonians purchased from banks or credit unions. After purchasing the checks, the issuing financial institution pays MoneyGram the amount of the check. MoneyGram then uses the funds to reimburse the financial institution that cashes the check. If the check recipient fails to cash the check, the money becomes unclaimed property.

The State of Delaware originally took possession of the funds since MoneyGram is headquartered there. Washington and a bipartisan group of 29 other states sued Delaware arguing that, under a federal law regulating abandoned money orders and traveler's checks, the unclaimed funds should have been returned to the states where the checks were issued to be disbursed as unclaimed property. The U.S. Supreme Court heard the case and ruled in favor of the Attorney General's Office and the partnering states.

Washington's unclaimed property program, which is administered by the state Department of Revenue, aims to return unclaimed or abandoned funds and other property to its rightful owners. That can include uncashed checks, funds in bank accounts, insurance proceeds, stocks, bonds, mutual funds, consumer credits and more.

## Getting accountability for mobile home residents

In September, the Attorney General's Office ensured former residents of an Ilwaco mobile home park received approximately $400,000 in restitution. The park's owners, Michael and Patricia Werner and their companies paid nearly $1.1 million to resolve the Attorney General's consumer protection lawsuit over the Werners' unlawful eviction and utility shutoff notices.

Approximately 40 current and former tenants received a check for $10,000. This was in addition to $57,000 in administrative fines from the Attorney General's prior enforcement for violations of Washington's Manufactured/ Mobile Housing Landlord-Tenant Act, and a court order that provided $2,000 or actual relocation costs to tenants, whichever was greater.

The Werners are based in Vancouver, Wash., and own and operate dozens of mobile home and RV parks across the state. Approximately 4,000 people live in those parks.

In 2022, the Werners and their agents distributed eviction and utility shutoff notices to residents of the Beacon RV mobile home park, signed by "Management." While distributing the notices, two of the agents were visibly armed with firearms. Michael Werner stated he was not concerned about the Beacon residents' rights and that he did not believe the law applied to him. In written communication, Denise Werner described the Beacon RV residents as "filth."

In addition, the Werners had refused to keep the park clean and safe, as required by law, allowing a rat infestation, piles of garbage and feces-smeared bathroom facilities.

The Attorney General filed a lawsuit in Pacific County Superior Court asserting the Werners violated the Consumer Protection Act and Manufactured/Mobile Housing Landlord-Tenant Act during their purchase and operation of Beacon Charters and RV Park. A Pacific County Superior Court judge ruled the notices were unlawful.

## Returning misused charitable funds

In November, a Clark County Superior Court judge approved a judgment of more than $1.4 million against former directors of three Vancouver-area charities as a result of a lawsuit filed by the Attorney General's Office. Founder Ophelia Noble and the former directors of The Noble Foundation misused charitable funds that were meant to serve communities of color and low-income individuals in southwest Washington.

Noble failed to account for more than $1 million of the foundation's charitable funds in violation of Washington's Nonprofit Corporation Act. Examples of Noble's misuse of charitable funds include paying herself hundreds of thousands of dollars, using charity money to buy a vehicle for her personal use, and directing The Noble Foundation to buy her father's house and then reselling it to her at a deep discount. The other directors — Douglas Noble (Noble's father), Alice Prejean (Noble's mother), Joann Hampton and Alyce Noble (Noble's daughter) — violated their own responsibilities to the organization by enabling Noble's misconduct, approving and at times financially benefiting from it.

The order required Noble and the other directors to jointly pay $25,000 for misusing the charitable funds. Noble must sell the house and car she unlawfully purchased with the charitable funds and repay the proceeds — a combined value of approximately $400,000. Those resources will cover part of the cost of the Attorney General's investigation and lawsuit. They will also be used toward future enforcement of laws protecting charitable assets.

Noble is also banned for life from operating or managing a charity in Washington. The other directors are banned from charity management in Washington for the next 18 years. Their remaining $1 million in civil penalties are suspended as long as Noble and the other directors follow the law and comply with the terms of the judgment. If they do not, they will be required to pay the $1 million, plus interest.

## Making children's school supplies safer

The Attorney General's Office announced in August that Dollar Tree must pay $190,000 and more thoroughly test children's products as a result of an investigation by the office that found school supplies sold by the national retailer had illegal levels of toxic heavy metals lead and cadmium.

Testing by the state Department of Ecology revealed that numerous children's bracelets and pencil pouches sold by Dollar Tree stores in Washington state contained illegal levels of lead and cadmium. The department tested bracelets and pencil pouches sold at Dollar Tree stores in 2018, 2019 and 2021. Its independent testing showed the pencil pouches in some cases contained more than four times the state and federal limit for lead or four times the state limit for cadmium. The department turned over the test results to the Attorney General's Office for investigation and enforcement under the state Consumer Protection Act as well as the federal Consumer Product Safety Improvement Act.

When informed of the investigation's findings, Dollar Tree provided documentation from laboratories outside of the U.S. showing that the toxic metals, like lead and cadmium, fell within permissible levels. The Attorney General's Office presented the company with findings from an expert, independent review of these tests that showed they contained errors or missing information.

Dollar Tree cooperated with the investigation and removed the flagged products from its stores.

Greenbrier International, doing business as Dollar Tree, entered into a nationwide, legally binding agreement to ensure that the laboratories it uses outside the U.S. follow testing methods for lead and cadmium that are audited and verified through independent experts.

The legally binding agreement further required Greenbrier to implement specific reforms and enhance its policies for testing children's products in laboratories outside of the U.S. For the next few years, it will:

- Use X-ray fluorescence technology to screen samples of children's products imported from outside of the U.S.;
- Rotate the testing of children's products through different third-party laboratories on an annual basis;
- Require laboratories it uses to provide written procedures for how they will test for lead and cadmium; and
- Require a third-party expert and laboratory in the U.S. to audit its overseas testing of children's products using formal environmental and consumer protection standards.

In addition, Greenbrier paid the Attorney General's Office $190,000 for future enforcement of the Consumer Protection Act and environmental protection efforts, as well as attorney costs and fees.



# STANDING UP TO BIG TECH COMPANIES

In 2024, the Attorney General's Office took on major fights with technology corporations to protect consumers from anticompetitive practices and other unlawful conduct that harms Washingtonians.

## Stopping Google's unlawful search monopoly

In August, a U.S. District Court judge agreed with the Attorney General's Office that technology giant Google unlawfully leverages its dominance in online search and related text advertising markets.

In December 2020, the Attorney General joined a bipartisan group of 38 attorneys general and the Department of Justice in filing a lawsuit accusing Google of using exclusionary contracts that cripple competition in violation of the federal Sherman Antitrust Act.

Google annually provides billions of dollars in financial incentives to pre-install Google Search as the default or exclusive search program on established and emerging internet-connected devices. The lawsuit argued this is an anticompetitive practice to protect Google's illegal monopoly. The court agreed.

As of December 2024, the judge was still determining the consequences Google must face for its actions.

## Fighting Apple's smartphone monopoly

In June, the Attorney General announced the office would join a bipartisan group of 20 attorneys general and the Department of Justice in a previously filed lawsuit challenging Apple's monopoly over smartphones.

The lawsuit, originally filed in March in U.S. District Court for the District of New Jersey, asserts Apple uses its unlawful monopoly power to dictate how users, developers and businesses can use the iPhone, stifling innovation and keeping prices artificially high.

The states and DOJ are asking the court to order Apple to stop undermining technologies that compete with its own apps — in areas including

streaming, messaging and digital payments — and prevent it from continuing to craft contracts with developers, accessory makers and consumers that let it "obtain, maintain, extend or entrench a monopoly."

Apple spends billions of dollars on marketing and branding to promote the idea that only Apple can safeguard consumers' privacy and security interests. However, Apple often selectively compromises its privacy and security interests when doing so is in its own financial interest. The lawsuit asserts Apple's true intentions are to protect its monopoly, not prioritize security and privacy.

## Protecting youth mental health

In October, the Attorney General's Office filed a lawsuit in King County Superior Court accusing the social media platform TikTok of putting profits before the well-being of millions of its most vulnerable users by creating a platform that is addictive to youth. The lawsuit is part of a nationwide bipartisan effort, with 13 other attorneys general filing their own similar lawsuits.

Specifically, the lawsuit filed in Washington accuses TikTok of targeting youth with features that encourage compulsive and excessive use to get them hooked on the platform, in violation of the state Consumer Protection Act. The lawsuit asserts the social media giant deployed misleading public statements about TikTok's safety and content moderation practices despite internal research showing the risks to young users.

Research shows that excessive social media use by children and adolescents correlates with increased poor mental health outcomes. That's especially true for young girls.

In short, the Attorney General asserts that TikTok intentionally targets youth to keep them on the platform as long as possible without regard for their safety. At the same time, TikTok downplays

the risks for its young users. These tactics contradict the company's public-facing claims that it puts user safety first.

## Upholding campaign finance law

In December, the Washington Court of Appeals denied an attempt by Facebook's parent company, Meta, to invalidate a key provision of the state's decades-old, best-in-the-nation campaign finance law to avoid accountability in the Attorney General's lawsuit against the social media giant.

The three-judge panel with the Court of Appeals Division I agreed with the King County Superior Court that Meta — the tech company that owns Facebook, Instagram and other social media platforms — is subject to Washington campaign finance law, and that it intentionally violated Washington law 822 times. Because the violations were intentional, the trial court tripled Meta's penalty, for a maximum of $30,000 per violation. In all, Meta must pay $24.6 million in penalties plus 12 percent interest per year.

The trial court also ordered Meta to reimburse the Attorney General's costs and fees, and ordered that those fees should also be tripled "as punitive damages for Meta's intentional violations of state law." That trebled amount totals $10.5 million. The appeals court also granted the Attorney General's request that Meta pay the office's costs for the appeal.

By law, campaign finance penalties go to the state Public Disclosure Transparency Account.



*Washington State Rep. Debra Lekanoff (D-bow), joined by other legislators and AGO staff, discusses a resolution in the office's case against Johnson & Johnson for the company's role in fueling the opioid epidemic.*

## Opioid resolution leads to free overdose reversal kits

In May, the Attorney General's Office announced that the first of more than 54,000 naloxone overdose reversal kits were sent to Washington. The kits were available for free to Washingtonians as a result of a December 2022 resolution in the Attorney General's lawsuit against Teva Pharmaceuticals for its role in fueling the opioid epidemic.

The $90.7 million resolution required Teva to send a total of 54,120 kits to Washington in quarterly shipments. Each kit contains two small nasal spray devices that rapidly reverse an opioid overdose. The first shipment of 6,765 kits arrived in May.

The Department of Health distributed the kits through the statewide mail-order naloxone program, which allows individuals to order a free kit with no shipping costs. The program, managed by the People's Harm Reduction Alliance, helps make naloxone available in rural and remote regions of the state where access to naloxone is limited, or for individuals who have privacy concerns about to access naloxone in their community.

## Fighting the opioid epidemic

The Attorney General's Office has recovered more than $1 billion and counting from corporations that have fueled the opioid epidemic in Washington.

The Attorney General's Office has rejected national settlements with five corporations, netting Washington more than $180 million more for resources to combat the epidemic across the state.

In January, the Attorney General's Office reached a $149.5 million resolution with opioid manufacturer Johnson & Johnson — surpassing the national settlement amount by $24.4 million. The larger settlement was paid in one lump sum. The rejected settlement would have been paid out over a nine-year term.

In February, a PR firm for manufacturer Purdue Pharma, Publicis, had to pay more than $7.9 million for helping Purdue aggressively and deceptively market opioids. Publicis was Purdue's primary marketing firm for more than a decade. The money went directly to the state Legislature to provide funding for programs and services to address the fentanyl and opioid epidemic.

And in April, the Attorney General's Office announced Kroger would pay $47.5 million for its role in fueling the epidemic. The multistate resolution resolved a lawsuit filed in December 2022 that accused Kroger of illegally, recklessly and negligently filling opioid orders without adequately investigating "red flags" of fraud or overprescribing.

---

# Health & Wellbeing

In 2024, the Attorney General's Office continued enforcing Washington laws and defending fundamental rights to protect the health and well-being of Washingtonians. This work was handled by multiple divisions, including Complex Litigation and Consumer Protection. The office also led the way on a new program in response to the youth mental health crisis facing our state.

*HearMeWA Youth Advisory Group member Makena Croeser discusses HearMeWA, a first-of-its-kind statewide reporting system exclusively focused on the safety and well-being of young people.*

**HearMeWA.org**



*Attorney General Ferguson and former State Senator Sharon Brown join members of the office's Youth Program team. HearMeWA Youth Advisory Group members and their parents, and others who played a crucial role in launching HearMeWA, a first-of-its-kind statewide helpline designed specifically for youth up to age 25.*

## Supporting youth with first-of-its-kind statewide helpline

In June, the Attorney General's Office announced the launch of HearMeWA, a first-of-its-kind statewide reporting system exclusively focused on the safety and well-being of young people.

Youth mental health is in crisis. Data show that eating disorders in adolescents more than doubled from 2018 to 2022. The rate of young people dealing with depression doubled from 2009 to 2019, to nearly 16%. According to Forbes, 57.7% of Washington youth with depression do not receive mental health services.

HearMeWA removes barriers to help young Washingtonians get the help they need to deal with their most pressing challenges: bullying, social pressures, suicidal thoughts, threats of violence, or anything that makes life hard. No problem is too small to report to HearMeWA, which was created with direct input from the young people it serves.

The program makes it easy to connect youth to a wide range of existing support services, by offering a direct line to a national crisis center 24 hours a day, 365 days a year. Reports can be made by phone, text, online or in the HearMeWA mobile apps available in the Apple or Google stores. Once a report is filed, highly trained crisis counselors triage them and connect the person with service providers who can help.

Similar reporting systems elsewhere around the country rely solely on schools to respond. HearMeWA is the first-ever program to expand this type of service statewide, offering alternatives beyond schools or 911. That is especially critical in rural communities, where emergency services are often the first and only resource for youth in crisis.

In short, HearMeWA helps young people find help when they are not sure where to turn, no matter where they live.

HearMeWA started with grassroots planning at a kitchen table in the Tri-Cities. In 2016, after a string of youth suicides in his hometown of Kennewick, college student Conner Mertens connected with then-state Sen. Sharon Brown. Together, they researched the scope of mental health resources in Washington and looked to other states for examples of programs to address the gaps.

That led to years of community collaboration, including extensive planning by a state workgroup comprised of stakeholders from across Washington. Then, in 2021, the Legislature dedicated funds for the Attorney General's Office to create the statewide reporting system.

### U.S. Supreme Court rejects mifepristone challenge

In June, the U.S. Supreme Court rejected a challenge to the federal Food and Drug Administration's approval of the abortion medication mifepristone.

The Attorney General's Office joined other states to file briefs with the Supreme Court urging it to hear the appeal of lower court rulings and arguing against restricting mifepristone when it accepted the case.

The Supreme Court heard the case in the wake of Texas Federal judge's April 2023 ruling overturning the FDA's approval of mifepristone. The Attorney General's Office led 16 other states and the District of Columbia in a parallel case in the Eastern District of Washington challenging the FDA's restrictions on the safe and reliable drug.

The FDA is well aware of decades of data conclusively showing that mifepristone is safe and effective, and that medical experts have long opposed the FDA's restrictions on the drug. By keeping the restrictions on mifepristone, the Attorney General and partner states argue that the FDA is unnecessarily and unlawfully limiting access to a drug that is safer than Tylenol, Viagra and insulin.

On the same day as the Texas ruling, a federal judge in Spokane ruled in the Attorney General's favor, barring the FDA from doing anything to reduce the availability of mifepristone in Washington, the other 16 states and the District of Columbia while our case continues.

The Attorney General's preliminary injunction remained in place as the Texas case worked its way up to the U.S. Supreme Court. Before that case reached the justices, a federal appeals court overturned some of the Texas judge's ruling, but ordered the FDA to re-impose the more burdensome restrictions that were in place prior to 2016. Though it left mifepristone's approval in place, that ruling severely restricted access to mifepristone in states not covered by the preliminary injunction in Washington. The Supreme Court's ruling sent the case back to federal court in Texas.

In its case in October, the Attorney General's Office filed a summary judgment motion, urging the federal judge in Spokane to decide the case without a trial to unravel the severe restrictions required Washington and expand access to the medication.

### Protecting patients from unlawful medical charges

In February, the Attorney General's Office announced that Providence, one of the nation's largest health care systems, must forgive more than $137 million in medical debt and refund more than $20 million to patients the company billed for services despite knowing they likely qualified for free or reduced-cost health care.

The $157.8 million resolution was the largest of its kind in the country. It provided full refunds, with interest, and debt forgiveness for 99,446 individuals. It resolved the lawsuit, filed in February 2022, against all hospitals operated by Providence and its Washington affiliates, Swedish Medical Center and Kadlec Regional Medical Center.

State law requires hospitals to provide medical financial assistance, also known as charity care, to Washingtonians based on their income level — for both insured and uninsured patients. Hospitals are required to notify patients about this protection and check to see whether they are eligible for discounts on their out-of-pocket expenses.

The Attorney General's Office filed lawsuit against Providence for deceiving patients into believing they had no choice but to pay their medical bill, and unlawfully shifting the burden onto patients to self-identify their eligibility for financial assistance. This created barriers to affordable care for thousands of the most vulnerable Washingtonians.

In February, the Attorney General's Office announced a separate, but related, resolution with a Providence debt collector: Harris & Harris had to pay the office $1 million to resolve claims that the company unlawfully collected medical payments from more than 160,000 Washington patients without providing them with disclosures about their rights when faced with the medical debt.

Then, in March, a second Providence debt collector fought similar claims in court and lost. A King County judge ordered Optimum Outcomes to pay a total penalty of $827,290 for violating the medical debt collection rights of Washington patients more than 82,000 times. Additionally, Optimum Outcomes was ordered to reimburse the Attorney General's Office for the costs of bringing the case, which exceeded $400,000. The court also required Optimum Outcomes to make reforms to come into compliance with Washington law.

# Legislative Priorities



*2024 Legislative Affairs Team: Legislative Fellow Manveer Sandhu, Legislative Director Joyce Bruce, Tribal Liaison Asa Washines, Deputy Legislative Director Rosa Mai, Legislative & Policy Analyst Rory Paine-Donovan, Legislative Fellow Nathan Olson.*

In 2024, all but one of the office's Attorney General Request bills became law. They included increasing Washington state's maximum penalties for antitrust violations like price fixing and collusion to be among the strongest in the nation, and a bill expanding state benefits to more than 35,000 veterans. The Attorney General's Office also will oversee a robust task force to study the impacts and benefits of artificial intelligence. And we strengthened wage theft laws by closing a loophole abused by deceptive contractors who repeatedly cheat their workers out of fair wages to undercut their competition.

## Legislation Passed:



### Increasing Antitrust Penalties

Washington state's maximum penalties for antitrust violations like price fixing and collusion are now among the strongest in the nation after the Legislature approved a bill sponsored by Rep. Darya Farivar, D-Lake City, and requested by the Attorney General's Office.

Antitrust violations include anticompetitive behavior like collusion, monopolization or price fixing to inflate prices to produce higher profits, or limiting losses by working together to artificially prop up prices.

With the bill's passage, Washington increases the maximum civil penalty for price fixing, collusion and other antitrust violations to three times the unlawful gains or loss avoided. Prior to the passage of this bill, Washington's antitrust penalty lagged far behind other states and did not provide meaningful deterrence for unlawful conduct by large corporations. The maximum penalty was $900,000 – even if the price fixing conspiracy netted tens of millions of dollars in profit.

### Expanding Veterans' Benefits

Attorney General Request legislation sponsored by Rep. Mike Volz, R-Spokane, expanding state benefits to more than 35,000 Washington veterans passed the Legislature unanimously in 2024.

Most of the Washington veterans affected by the bill already qualify for federal benefits. Due to Washington state's narrower definitions, they are unable to access state benefits.

State benefits include things like admission to state veterans' nursing homes, veteran preference in state job applications or down payment assistance for a new home.

The Attorney General Request legislation changes state law to ensure veterans who qualify for federal veterans benefits also qualify for state benefits. In addition, the bill ensures any veteran discharged solely for their sexual orientation or gender identity can qualify for state benefits after a review, even if they do not qualify for federal benefits.

### Creating an AI Task Force

This bipartisan proposal created an Artificial Intelligence Task Force in the Attorney General's Office. The task force convenes technology experts, industry representatives,

labor organizations, civil liberty groups and other stakeholders to discuss AI's benefits and risks and make recommendations to the Legislature.

AI technology is rapidly developing. In particular, generative AI — AI that creates content such as text, images or audio — has exploded in popularity. Tools like ChatGPT have become some of the fastest growing consumer internet applications of all time.

The task force is composed of a 19-member executive committee and subcommittees, as needed.

The executive committee of the task force must investigate and submit reports on several areas of concern, including, but not limited to:

- A review of public policy issues and existing protections;
- Identification of high-risk uses, racial equity and civil liberty issues; and
- Recommendations for guiding principles, regulatory structures and opportunities to support innovation.

The task force held its first meeting in July. Task force members will meet at least twice a year. The task force's final report and recommendations are due to the governor and Legislature July 1, 2026.



### Wage Theft Sanctions

This Attorney General Request bill sponsored by Rep. Timm Ormsby strengthens accountability for deceptive contractors who repeatedly cheat their workers out of fair wages to undercut competition. This bill closes a loophole these contractors abuse, leveling the playing field so only law-abiding companies are in charge of vital state projects.

## To be reintroduced:

### Supervision for Sexually Violent Predators

This bill clarifies the procedure for how sexually violent predators can obtain release from the Special Commitment Center into less restrictive alternative (LRA) housing supervision. It also requires LRA supervision and court-ordered Department of Corrections supervision to run consecutively. This change ensures these offenders go through the full Department of Corrections community supervision process ordered by the court.

JR - 00981
PRR-2025-0179



# ATTORNEY GENERAL'S OFFICE
## CORE LEADERSHIP TEAM

**Bob Ferguson**
Attorney General

Judy Gaul
Executive Assistant

Karen Sushak
Executive Scheduler

**Kristin Beneski**
First Assistant Attorney General

**Mike Webb**
Chief of Staff

**Noah Purcell**
Solicitor General

**Shane Esquibel**
Chief Deputy

Kim Warren
Executive Assistant

**Mark Melroy**
Chief Financial Officer

**Kristen Mitchell**
Deputy Attorney General

**Todd Bowers**
Deputy Attorney General

**Christina Beusch**
Deputy Attorney General

**Jennifer Meyer**
Deputy Attorney General

**Erika Uhl**
Deputy Attorney General

**Aileen Huang**
Deputy Attorney General

**Joyce Bruce**
Legislative Affairs Director

**Sahar Fathi**
Policy Director

**Brionna Aho**
Communications Director

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
U.S. Department of Justice, Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530

STATE OF ARIZONA
2005 N. Central Avenue
Phoenix, AZ 85004

STATE OF ARKANSAS
323 Center Street, Suite 200
Little Rock, AR 72201

STATE OF CALIFORNIA
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

STATE OF COLORADO
1300 Broadway, 7th Floor
Denver, CO 80203

STATE OF CONNECTICUT
165 Capitol Avenue
Hartford, CT 06106

DISTRICT OF COLUMBIA
400 Sixth Street, N.W.
Washington, DC 20001

STATE OF FLORIDA
PL-01 The Capitol
Tallahassee, FL 32399-1050

STATE OF ILLINOIS
115 S. LaSalle Street, Floor 23
Chicago, IL 60603

STATE OF MARYLAND
200 St. Paul Place, 19th Floor
Baltimore, MD 21202

**COMPLAINT**

1:24–cv–3973

JURY TRIAL DEMANDED

COMMONWEALTH OF
MASSACHUSETTS
One Ashburton Place, 18th Floor
Boston, MA 02108

STATE OF MICHIGAN
525 W Ottawa St.
Lansing, MI 48933

STATE OF MINNESOTA
445 Minnesota Street
Saint Paul, MN 55101

STATE OF NEVADA
8945 West Russell Road., Suite 204
Las Vegas, Nevada 89148

STATE OF NEW HAMPSHIRE
1 Granite Place South
Concord, NH 03301

STATE OF NEW JERSEY
124 Halsey Street, 5th Floor
Newark, NJ 07101

STATE OF NEW YORK
28 Liberty Street
New York, NY 10005

STATE OF NORTH CAROLINA
P.O. Box 629
Raleigh, NC 27602

STATE OF OHIO
30 E. Broad Street, 26th Floor
Columbus, OH 43215

STATE OF OKLAHOMA
15 West 6th Street
Suite 1000
Tulsa, OK 74119

STATE OF OREGON
1162 Court Street, N.E.
Salem, OR 97301

COMMONWEALTH OF PENNSYLVANIA
Strawberry Square, 14th Floor
Harrisburg, PA 17120

STATE OF RHODE ISLAND
150 South Main Street
Providence, RI 02903

STATE OF SOUTH CAROLINA
P.O. Box 11549
Columbia, South Carolina 29211

STATE OF TENNESSEE
P.O. Box 20207
Nashville, TN 37202

STATE OF TEXAS
P.O. Box 12548
Austin, TX 78711-2548

COMMONWEALTH OF VIRGINIA
202 N. 9th Street
Richmond, VA 23219

STATE OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

STATE OF WEST VIRGINIA
1900 Kanawha Boulevard East
Capitol Complex
Building 6, Suite 401
Charleston, WV 25305

STATE OF WISCONSIN
P.O. Box 7857
Madison, Wisconsin 53707

and

STATE OF WYOMING
109 State Capitol
Cheyenne, WY 82002,

*Plaintiffs*,

JR - 00985
PRR-2025-0179

v.

LIVE NATION ENTERTAINMENT, INC.
9348 Civic Center Drive
Beverly Hills, CA 90210

and

TICKETMASTER L.L.C.
9348 Civic Center Drive
Beverly Hills, CA 90210,

*Defendants.*

JR - 00986
PRR-2025-0179

## Table of Contents

I.    Introduction ................................................................................................................. 2

II.   Defendants Live Nation and Ticketmaster ......................................................... 8

III.  Industry Background ............................................................................................. 9

   A.   How Live Concerts Work ................................................................................ 9

   B.   Money Flows Across the Live Entertainment Industry ................................ 16

   C.   Live Nation's "Flywheel" ............................................................................. 23

   D.   History of Live Nation and Ticketmaster ..................................................... 27

IV.  Live Nation Maintains Monopolies and Market Power Across the Live Concert Ecosystem Through an Anticompetitive and Exclusionary Course of Conduct .......................... 30

   A.   Oak View Group: Nascent competitor to a self-described "hammer" for Live Nation. 31

   B.   Live Nation threatens rivals to blunt expansion into U.S. concert promotions. ........... 34

   C.   Using "carrots" and "sticks," Live Nation locks venues into exclusive, long-term ticketing agreements with Ticketmaster that shut out competition. ......................... 36

   D.   Ticketmaster's long-term exclusive agreements with venues are designed to lock up share and lock out competition, which forecloses a substantial share of primary ticketing markets. .......................................................................................... 40

   E.   Live Nation restricts access to its venues unless Live Nation is paid to be the promoter. ........................................................................................ 45

   F.   Live Nation strategically acquires promoters, venues, and festivals to eliminate rivals, expand its network, and grow its "moat." ......................................... 46

V.   Anticompetitive Effects and Competitive Harm ............................................. 53

VI.  Relevant Markets and Monopoly Power .......................................................... 57

   A.   Primary Ticketing Services Markets ............................................................ 59

     i.   Primary Ticketing Services to Major Concert Venues ................................ 60

     ii.  Primary Concert Ticketing Offerings to Fans at Major Concert Venues ...................... 64

   B.   Concert Promotions Services Markets ......................................................... 69

     i.   Concert Booking and Promotion Services to Major Concert Venues ...................... 69

     ii.  Promotion Services to Artists ................................................................... 72

   C.   Artist Use of Large Amphitheaters ............................................................. 74

VII. Jurisdiction, Venue, and Commerce ................................................................ 76

VIII. Violations Alleged ............................................................................................. 78

IX.  Request for Relief .............................................................................................. 102

X.   Demand for a Jury Trial ................................................................................... 104

JR - 00987
PRR-2025-0179

## I.      Introduction

1.      One monopolist serves as the gatekeeper for the delivery of nearly all live music in America today: Live Nation, including its wholly owned subsidiary Ticketmaster. In Live Nation's words, it is the "largest live entertainment company in the world," the "largest producer of live music concerts in the world," and "the world's leading live entertainment ticketing sales and marketing company." Indeed, Live Nation is all these things, to the detriment of fans, artists, venues, and competition.

2.      Today, musical artists must rely on promoters, venues, and ticketers to organize the business of playing live music. These service providers should work to serve the interests of artists and fans. Genuine competition for and among these service providers would generate the best, most cost-effective, and fan-friendly experience. But the world live music fans live in today is far from that.

3.      Live Nation directly manages more than 400 musical artists and, in total, controls around 60% of concert promotions at major concert venues across the country. Live Nation also owns or controls more than 265 concert venues in North America, including more than 60 of the top 100 amphitheaters in the United States. For comparison, its closest rival owns no more than a handful of top amphitheaters. And, of course, through Ticketmaster, Live Nation controls roughly 80% or more of major concert venues' primary ticketing for concerts and a growing share of ticket resales in the secondary market.

4.      The live music industry, like other heavily concentrated industries, is largely controlled by a well-known group of insiders who lead multiple interconnected companies with numerous conflicts of interest. These insiders have spent decades amassing, fortifying, and exercising power, particularly against anyone who seeks to disrupt the now-standard industry business practices and conduct. These business practices can, and often do, work against the

JR - 00988
PRR-2025-0179

interests of those with relatively little power and influence, especially working musicians and fans. These insiders often speak to each other, and work together, as allies and partners rather than as vigorous competitors.

5.     With this vast scope of power comes influence. Live Nation and its wholly owned subsidiary, Ticketmaster, have used that power and influence to insert themselves at the center and the edges of virtually every aspect of the live music ecosystem. This has given Live Nation and Ticketmaster the opportunity to freeze innovation and bend the industry to their own benefit. While this may be a boon to Live Nation's bottom line, there is a real cost to Americans. As described in detail below, today Live Nation possesses and routinely exercises control over which artists perform on what dates at which venues. Through Ticketmaster, Live Nation also possesses and exercises control over how fans are able to purchase tickets to see their favorite artists in concert and what fees those fans will pay to do so. Artists and fans as well as the countless people and other services that support them suffer from the loss of dynamism and growth that competition would inevitably usher in.

6.     As this Complaint describes in detail, through a self-reinforcing "flywheel" that Live Nation-Ticketmaster created to connect their multiple interconnected businesses and interests, Live Nation and Ticketmaster have engaged in numerous forms of anticompetitive conduct. That anticompetitive conduct includes the following:

a.     **Relationship with Oak View Group.** Live Nation-Ticketmaster exploits its longtime relationship with Oak View Group, a potential competitor-turned-partner that has described itself as a "hammer" and "protect[or]" for Live Nation. In recent years, Oak View Group has avoided bidding against Live Nation for artist talent and influenced venues to sign exclusive agreements with Ticketmaster. For example, Live Nation has

3

scolded Oak View Group multiple times for trying to compete. In one instance, Live Nation asked, "who would be so stupid to . . . play into [an artist agent's] arms," and on another occasion, Live Nation stated, "let's make sure we don't let [the artist agency] now start playing us off."

b.    **Retaliating Against Potential Entrants.** Live Nation-Ticketmaster successfully threatened financial retaliation against a firm unless it stopped one of its subsidiaries from competing to gain a foothold in the U.S. concert promotions market.

c.    **Acquiring Competitors and Competitive Threats.** Live Nation-Ticketmaster strategically acquired a number of smaller and regional promoters that it had internally identified as threats. This has undermined competition and impacted artist compensation.

d.    **Threatening and Retaliating Against Venues that Work with Rivals.** Live Nation-Ticketmaster's power in concert promotions means that every live concert venue knows choosing another promoter or ticketer comes with a risk of drawing an adverse reaction from Live Nation-Ticketmaster that would result in losing concerts, revenue, and fans.

e.    **Locking Out Competition with Exclusionary Contracts.** Live Nation-Ticketmaster locks concert venues into long-term exclusive contracts so that venues cannot consider or choose rival ticketers or switch to better, more, or cost-effective ticketing technology. These contracts allow Live Nation-Ticketmaster to reduce competitive pressure to improve its own ticketing technology and customer service.

f.    **Blocking Venues from Using Multiple Ticketers.** Live Nation-Ticketmaster's conduct and exclusive contracts prevent new and different promotions and

4

JR - 00990
PRR-2025-0179

ticketing competitors and business models from emerging. They block venues from being able to use multiple ticketers, who would compete by offering the best mix of prices, fees, quality, and innovation to fans.

g.      **Restricting Artists' Access to Venues.** Live Nation-Ticketmaster has increasingly gained control of key venues, including amphitheaters, through acquisitions, partnerships, and agreements. Live Nation-Ticketmaster restricts artists' use of those venues unless those artists also agree to use their promotion services.

h.      **Acquiring Competitors and Competitive Threats.** Live Nation-Ticketmaster strategically acquired a number of smaller and regional promoters that it had internally identified as threats. This has undermined competition and impacted artist compensation.

7.      Taken individually and considered together, Live Nation's and Ticketmaster's conduct allows them to exploit their conflicts of interest—as a promoter, ticketer, venue owner, and artist manager—across the live music industry and further entrench their dominant positions. Because Live Nation and Ticketmaster control so much of the concert-going experience, would-be rivals must compete at scale across different levels of the concert ecosystem, raising barriers to competition even further and requiring multi-level entry by existing and would-be competitors.

8.      The real world, practical costs of Live Nation's strategy are well-known. Public frustration with concert ticket pricing and sales is a constant drumbeat. The fees that must be paid to attend a live concert in America far exceed fees in comparable parts of the world. Any fan who has logged onto Ticketmaster's website to buy a concert ticket knows the feeling of

5

JR - 00991
PRR-2025-0179

shock and frustration as the base cost of the ticket increases dramatically with the addition of fees to include:

      a.      "service" or "convenience" fees,

      b.      "Platinum" fees,

      c.      "VIP" fees,

      d.      "per order" or "handling" fees,

      e.      "payment processing" fees,

      f.      "facility" fees, and/or

      g.      any other fee or tax Ticketmaster collects from the fan, often with a cut of that fee going back to Ticketmaster.

9. Whatever the name of the fee and however the fees are packaged and collected, they are essentially a "Ticketmaster Tax" that ultimately raise the price fans pay.

10. Live Nation's anticompetitive conduct has not only harmed fans in the form of more and higher fees, but also undermines innovation. Competition increases the array and quality of services available and makes it easier for fans to find and see artists they love. Unburdened by competition on the merits, Ticketmaster does not need to invest as much to improve the fan experience.

11. Live Nation and Ticketmaster understand the benefits a more open and competitive ticketing ecosystem would bring to fans and others. For example, in 2022, Ticketmaster evaluated and recognized that a more open, non-exclusive ticketing system—in essence, ending its preferred exclusive primary ticketing relationships—could lead to more competition and threats to its dominance. Instead, Ticketmaster has focused on adding new restrictions to its ticketing systems to force fans to interact with Ticketmaster and thereby

JR - 00992
PRR-2025-0179

facilitate Ticketmaster's ability to increase the amount of data it collects from fans. This, of course, benefits not only Ticketmaster but also the vast array of related Live Nation businesses and feeds the Live Nation-Ticketmaster flywheel. According to Live Nation's CEO, Ticketmaster "now not only know[s] the person that bought the ticket, but [also] those three people that you are taking to the show, which we [Live Nation] have not known historically." Its data supremacy over rivals has only accelerated.

12.     The impact of the diminished incentive to innovate can manifest in real ways. Without competitive pressure to spur investment and innovation, customer service, website and app design, and product quality and stability suffer. These harms are the natural and predictable consequence of an industry suffocating under monopoly.

13.     The United States and certain States previously tried to protect what should be a dynamic, thriving industry through a Clayton Act Section 7 case and resulting consent decree in 2010, followed by an amended consent decree in 2020. Notwithstanding the prior case under Section 7 of the Clayton Act, Live Nation and Ticketmaster have violated other antitrust laws, namely the Sherman Act, through additional, different, and more expansive forms of anticompetitive conduct and exclusionary practices.

14.     Live Nation's monopoly, and the anticompetitive conduct that protects and maintains its monopoly, strikes a chord precisely because the industry at stake is one that has for generations inspired, entertained, and challenged Americans. Conduct that subverts competition here not only harms the structure of the live music industry and the countless people that work in that industry, but also damages the foundation of creative expression and art that lies at the heart of our personal, social, and political lives.

JR - 00993
PRR-2025-0179

15.     It is often said that music requires little more than "three chords and the truth." In our modern economy, the live music industry requires that plus competition. Restoring competition protects the ability of working artists and fans to meaningfully access, afford, and engage with music and each other. Addressing and stopping anticompetitive conduct is also essential to ensure the vibrancy of live music. The United States and the Attorneys General of Arizona, Arkansas, California, Colorado, Connecticut, the District of Columbia, Florida, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Virginia, Washington, West Virginia, Wisconsin, and Wyoming hereby seek relief from this Court, including structural relief, to stop the anticompetitive conduct arising from Live Nation's monopoly power.

## II.     Defendants Live Nation and Ticketmaster

16.     According to its 2023 securities filings, Defendant Live Nation Entertainment, Inc. is the "largest live entertainment company in the world," the "largest producer of live music concerts in the world," and "the world's leading live entertainment ticketing sales and marketing company," and it owns, operates, leases, has equity interest in, or has exclusive booking rights for or significant influence over 373 venues globally and more than 265 in North America. This includes more than 60 of the top 100 amphitheaters in the United States that Live Nation either owns or controls through long-term leases or for which it has the exclusive right to determine who performs at the venue. Control over a venue not only confers on Live Nation the ability to dictate whether fans can see a particular artist they love, but in many cases also provides Live Nation control over many aspects of the concert experience and a host of additional revenue streams ranging from sponsorships to food and beverage sales.

JR - 00994
PRR-2025-0179

17.    Live Nation's business brings in over $22 billion dollars in revenue a year globally. Live Nation divides its business into three segments: Concerts (e.g., promotions, venue management, and music festival production), Ticketing (e.g., Ticketmaster business), and Sponsorship and Advertising. In 2023, Live Nation generated $18.8 billion in Concerts revenue, $2.9 billion for Ticketing, and $1.1 billion for Sponsorship & Advertising.

18.    Defendant Ticketmaster L.L.C. is a wholly owned subsidiary of Live Nation (collectively referred to as "Live Nation" herein). Ticketmaster provides primary and secondary ticketing services, which are responsible, respectively, for selling tickets to fans in the first instance for a show and allowing fans to resell those tickets at a later time. Ticketmaster is by far the largest concert ticketing company in the United States for major concert venues, at least eight times the size of its closest competitor.

**III.    Industry Background**

    **A.  How Live Concerts Work**

19.    Today's live music concerts are complex productions involving thousands of choices to bring together artists and their fans on a particular date and time. Staging a single concert at a major concert venue—let alone an entire tour—involves months of preparation and requires the orchestrated support of many intermediaries in multiple roles. Among the decisions that will most impact the overall experience of fans include what venue will host a particular live music experience, who will promote the event, and who will ticket the event.

9



20.    The planning of a concert predictably begins with an **artist**[1] who decides to share her music and the artistic vision for the presentation of that music with the world and, specifically, with her fans. For artists, the decision to perform live and share music in this medium is an important opportunity to publicly display their art, but also to generate and continue to cultivate enduring relationships with their fans who appreciate and patronize that art. The overall experience associated with what music to present and, critically, how to present it, allows artists to express their artistic vision in a way that will resonate with fans. While artists strive to ensure fans at a single show appreciate their art, they also work to cultivate that fan base over the long run. This allows artists to maximize their ability to earn money over the arc of their career as compensation for their creative labor, whether it is through more concerts, the sale of more tickets at larger concerts, or the sale of merchandise and other related products and

---

[1] As used in this Complaint, "artist" refers to both musicians and comedians, who make similar choices in planning their performances and face similar competitive conditions.

JR - 00996
PRR-2025-0179

services. As is often publicly reported, the income earned from concerts generally represents a substantial part of artists' compensation for their creative and performance labor.

21.    **Managers and/or agents** typically assist artists to achieve these goals. Managers and agents guide artists' professional lives, including touring, and are often compensated based on a share of the artist's revenues or profit streams. Live Nation manages more than 400 artists in the United States, and in that capacity works with artists, along with other industry intermediaries, to shape their tours and price tickets. One of the founders of Oak View Group, a leading venue development company that partners with Live Nation, also owns a company that is a major manager of artists in the United States music industry.

22.    In the modern era, once an artist decides to perform a concert or go on tour, the first major decision they must make, alongside their manager or agent, is to contract with one or more **promoters**. Promoters are primarily responsible for arranging the concert or tour and promoting the event to the public. Promoters provide a variety of services, including working with artists and their managers and/or agents to help choose the venue(s) to host the concert or tour and determine ticket prices, promoting the concert to the public, and shouldering the financial risk and potential upside if the show or tour underperforms/overperforms in terms of profitability. Promoters are also generally responsible for facilitating payments to the artist, venue, and other vendors associated with the concert or tour.

23.    Artists historically used different promoters for each show in a new city or region of the country. Today, while local promoters may book one or a handful of shows in a local market, touring artists typically use national promoters—principally Live Nation and AEG Presents (a subsidiary of Anschutz Entertainment Group Inc. ("AEG"))—as they can offer a single packaged tour deal. These deals often include a larger, upfront guaranteed payment to the

JR - 00997
PRR-2025-0179

artist for a national tour with multiple shows across many markets as compared to one-off shows in a single city or region. Through tour deals, national promoters reduce their own risk of not generating enough revenue to cover the artist's guarantee by, in effect, using the profits of successful shows to mitigate the losses of unsuccessful shows within an artist's tour.

24.     Live Nation and its much smaller rival (less than half the size, although even that overstates its competitive significance), AEG, are the two largest concert promoters in the United States. Both Live Nation and AEG also separately provide and are compensated for providing primary ticketing services to venues. No other promoter in the United States can rival their venue networks, scale, reach, and connections to compete to promote national tours for major artists on a regular basis.

25.     The second major decision an artist—supported by their manager and/or agent—must make is which concert **venues** to use at various stops on a national tour. Concert venues are the physical spaces or facilities that host live music. Venues compete to attract artists to perform at their facility, and artists may choose where to perform based on a variety of characteristics, including the venue's ambiance, capacity, location, and acoustics. Sometimes a venue owner separately contracts with a promoter, like Live Nation, to provide that promoter with financial incentives for booking and promotions services over an extended period of time, which predictably can lead a promoter to steer artists it promotes to perform at the venue. Other times venues provide these incentives on a show-by-show basis.

26.     Venue owners can either operate the facility themselves or hire a management company to operate it. Venue operators provide and maintain the facilities where concerts are held and oversee the venue's services, such as concessions, parking, security, and artist merchandising. Venue operators usually charge the artist and their promoter rent to use the

JR - 00998
PRR-2025-0179

facility to perform a concert, and the venue operator often works directly with the artist in providing related ancillary services, such as the staging and lighting of a show.

27. Most artists start their careers performing at smaller venues like clubs or theaters, which offer limited capacities, but at generally lower costs. These venues allow newer artists to develop and grow a relationship with their fans in more intimate settings before moving on to larger venues as their "draw" of fans increases. As artists grow their fan base, they graduate to larger venues. Major concert venues include large amphitheaters and arenas that are particularly suited to hosting live concerts for popular artists due to their capacity, infrastructure, and amenities. Concerts are a vital source of revenue for these venues.

28. Live Nation owns, operates, or otherwise controls more than 265 venues across North America. For many years, Live Nation has been the single largest—and growing—owner of American clubs and theaters, which gives it the unique ability to capture artists early in their careers. As artists grow their popularity, this early access enhances Live Nation's ability to funnel artists through the vast array of Live Nation products and services in the modern live music ecosystem. Live Nation's control over access to so many popular venues across the country gives it outsized power and control in this industry.

29. Large **amphitheaters**, in particular, are attractive venues for certain popular artists. Amphitheaters are outdoor venues, which allow artists to take advantage of warm weather in the summer months when many artists prefer to tour. Many touring artists like amphitheaters because they generally offer a balance between more seating than clubs and theaters at a more lucrative compensation and more affordable prices for fans, and a more curated and intimate artistic experience than arenas or large festivals. Large amphitheaters are especially attractive to artists who have graduated from clubs and theaters, but are not yet able to fill higher-capacity

13

arenas on a consistent basis. They also may be attractive to artists who once played in arenas or stadiums but are no longer able to attract the same audience size.

30.  Live Nation controls more than 60% of large amphitheaters in the United States. Live Nation owns, operates, or exclusively books at least 40 of the top 50 and 60 of the top 100 amphitheaters in the United States. No other company in the United States owns more than a handful of amphitheaters, even those with an otherwise sizeable portfolio of arenas.

31.  Today, almost all major concert venues contract with a **primary ticketer** to handle the sale of tickets. Primary ticketers orchestrate the sale of tickets to fans. In the past, tickets for major concert venues were sold through call centers, retail outlets, and box offices, all of which could be operated or offered by different parties. Today, most tickets are sold through the internet and mobile applications and the most common delivery method is electronic delivery to fans' mobile phones. The vast majority of major concert venues have an exclusive arrangement with a primary ticketer, most often Ticketmaster, who is entitled to manage and sell tickets on behalf of the initial rights holder—for concerts, this is typically the artist—for all events at that venue. The primary ticketer manages ticketing inventory and provides the technology for online ticketing, accounting, payment processing, and other administrative capabilities.

32.  Live Nation's subsidiary, Ticketmaster, is the largest primary ticketer in the United States. AEG operates AXS, the second largest primary ticketer in the United States, although it is much smaller than—less than a fifth of the size of—Ticketmaster. Ticketmaster's dominance is especially apparent among major concert venues. In 2022, Ticketmaster's share of primary ticketing for NBA and NHL arenas exceeded 70%, with AXS and SeatGeek trailing. In the past ten years, AXS has not moved a single arena away from Ticketmaster. Live Nation's

14

conduct, including its financial and commercial relationship with venue manager Oak View Group and the conditioning of access to artists on a venue's selection of primary ticketer, vitiates many venues' ability to select a primary ticketer on the merits of its ticketing service, significantly disadvantaging Live Nation's rivals when they compete for primary ticketing contracts.

33.     In light of existing market dynamics and Live Nation's conduct, it has been and remains rare for venues in the United States to be "open," which would mean that the dynamism of competition would decide what primary ticketer wins the contract for a particular concert at a particular venue. Instead, primary ticketers, notably Ticketmaster, typically contract to be the exclusive ticketer for a major concert venue for a period of many years, offering venues up-front payments in the form of signing bonuses and sponsorships. Indeed, Ticketmaster's exclusive contracts cover more than 60% of ticket sales to major concert venues and more than 75% of concert ticket sales to major concert venues. These exclusive agreements contractually bar any option of having more than one ticketing company offering differentiated services to fans at such venues for a single show or even across shows, with very limited exceptions. This model that locks in the certainty of exclusivity over the dynamism of open competition is an intentional business strategy found in the Ticketmaster-dominated primary ticketing market in the United States, but does not burden competition for such services in many other parts of the world not dominated by Ticketmaster.

34.     In other countries, many venues are "open." For instance, in France, concert tickets are often held in a central inventory management system that is accessible by multiple ticketing companies. And in the United Kingdom, a promoter often allocates bundles of tickets to multiple ticketing providers. No matter the form it takes, an "open" system means that artists,

JR - 01001
PRR-2025-0179

whose incentives for a lower-cost, higher-quality concert experience are more closely aligned with fans, are more likely to play a role in choosing the ticketing company of their choice.

35.     In addition to the primary ticketer, fans can buy tickets through a **secondary ticketing platform**, where individual ticket holders, season ticket holders, or businesses can re-sell tickets to other fans. Secondary ticketing platforms earn revenue through fees paid by the seller of the ticket and, usually, fees paid by the buyer of the ticket as well.

36.     Ticketmaster's ticketing agreements with a venue sometimes entitle Ticketmaster to control secondary ticketing services in addition to primary ticketing services. Ticketmaster's overall share of resale tickets in North America has grown rapidly since 2019, accounting for nearly one third of ticket resales in 2022. Ticketmaster's rapid increase in secondary market share coincided with its launch of SafeTix technology in or about 2019. SafeTix technology requires that all transfers occur within the Ticketmaster platform. This technology makes it harder for fans to use rivals' secondary ticketing platforms to resell tickets, pushing them instead to the Ticketmaster resale platform.

### B. Money Flows Across the Live Entertainment Industry

37.     Today, artists who perform at a live concert must navigate a complex web of contracts, business relationships, and money flows across numerous intermediaries and participants. These arrangements often result in fees and charges being split among various industry participants in ways that are not always visible to artists, let alone to fans. Importantly, many of these contracts are interdependent, such that increases to one incentivize or directly influence increases in other areas. And at times, the convoluted web of agreements results in one entity paying on behalf of another, only to then recoup portions of those funds for its own benefit.

JR - 01002
PRR-2025-0179

38.     Today, **fans** pay more in fees associated with live music concert tickets in America than other parts of the world.

39.     An intermediary, like Live Nation, makes money through a series of interconnected agreements it enters into with artists, venues, rival promoters, and fans by virtue of the many "hats" it wears across the industry. Through these agreements, Live Nation has constructed a live entertainment ecosystem in which Live Nation can not only extract revenues at every stage as an intermediary, but on many occasions, also double-dip across multiple business lines—for example, as both a ticketer and a promoter—creating a feedback loop that inflates its fees and revenue, all at the expense of fans.

40.     **Promoters** like Live Nation generate revenue primarily through a pre-agreed split of the gross ticket sales of a show or tour with the **artist** as well as through payments made by **venues** to incentivize the promoter to route its artists to perform at a particular venue.

41.     When trying to secure the right to promote an artist's tour, a promoter and artist often negotiate over the artist's guaranteed payment and the profit split of certain additional concert revenues. For example, Live Nation typically pays an artist the higher of either (1) a percentage of the gross ticket sales less expenses or (2) the artist's guaranteed payment. Guaranteed payments are typically based on the number of performances in the tour, length of the promotion contract, and projected ticket sales, while the percentage of the gross ticket sales less expenses is a set percentage. Live Nation will also enter into some multi-tour deals where the artist will earn even larger cash advances today in exchange for the right to promote the artist exclusively for a certain number of performances or a specific amount of time. While Live Nation sweetens the upfront incentives for certain artists by offering these larger cash advances, they extract recompense in other parts of the ecosystem by, for example, routing their promoted

JR - 01003
PRR-2025-0179

artists through Live Nation's owned and controlled venues or venues exclusively ticketed by Ticketmaster. For other artists, Live Nation typically conditions use of its owned or controlled venues (especially large amphitheaters) on an artist signing with Live Nation as promoter.

42.     In addition to contracting with artists for promotion services, Live Nation, as a **promoter**, also frequently and separately contracts with **venues** to provide booking and promotions services, in exchange for a cut of the venue's revenues associated with the shows it brings to the venue and, occasionally, even a cut from shows that rival promoters bring to the venue. These agreements can come in a variety of forms and are known as "rebate deals," "co-promotion deals," or "drawbacks." These revenues generally are not added to the pool of money Live Nation splits with artists. In fact, some of these payments functionally remit money back to Live Nation that Live Nation initially paid to venues on behalf of its artists (e.g., facility rental fee rebates). These deals—through which Live Nation can essentially claw back a show's expenditures—reflect Live Nation's power over venues, derived from its influence over artists' decisions about what venues to play and when. Over the past few years, Live Nation has continued to increase its concert promotions fees imposed on venues, which are passed through to fans.

43.     Ticketmaster, as **primary ticketer**, collects both the face value of the ticket as well as a host of fees tacked on top of the face value ("primary ticketing fees"). Ticketmaster, owned by Live Nation, retains a portion of the fees. The remaining fees are remitted to other intermediaries like the venue and promoter, which are often Live Nation-owned entities, amounting to paying several of these fees (or portions thereof) to itself.

44.     **"Ticketing" Fees.** Americans are well-acquainted with the numerous and different fees appended to the cost of a single ticket to attend a concert today. The numerous fees

JR - 01004
PRR-2025-0179

that are added on top of each other—often with little visibility offered to the fan buying the ticket—contribute to Live Nation's nearly 40% adjusted operating margin in 2023 for its global ticketing business. In addition to charging those fees, Ticketmaster often offers consumers the ability to purchase ticket insurance and "upsells" (such as the option to add parking) at checkout, and it retains a "cut" of these revenues as well. The fees can include, for example:

- *"Service" or "Convenience" Fees*. Service fees, sometimes called convenience fees, are negotiated between the venue and the ticketer and can be set in a variety of ways. Sometimes the ticketer will receive an agreed-upon dollar amount and/or an agreed-upon percentage of the service fee. Alternatively, the venue and ticketer might agree in advance as to the actual fee that the fan will pay for any event and how to split that. Sometimes, the ticketer will receive a fee based on the face value of the ticket. Under any of those models, the ultimate fee that the consumer pays results from the negotiation between the ticketer and the venue. Generally, under these models, the higher the ticket price, the higher the ticketing fee. As a result, the fee has no meaningful relation to the actual cost of providing the ticketing service, which would not vary ticket by ticket or show by show.

- "*Platinum" and "Pricemaster" Fees*. Not all primary tickets, however, are subject to the typical "service" fees. Ticketmaster has two dynamic pricing tools, Platinum and Pricemaster. For tickets that are dynamically priced by Ticketmaster, consumers often pay higher ticketing fees. Ticketmaster additionally receives an "inside fee" from the promoter amounting to a double dip by Ticketmaster.

19

- *"Per Order" (or "Handling") Fees*, which are additional ticketing service fees charged on top of each order, separate and apart from the ticketing fees embedded in the service charge. These are often split between the ticketer and the venue.

- *"Payment Processing" Fees*, which are additional fees charged on certain transactions for processing the electronic payment inherently necessary to purchase any electronically delivered ticket.

- *"Facility" Fees*, which are fees charged by some venues and typically remitted in full to the venue.

Although venues retain some proportion of ticketing fees described above, a significant proportion of the venue's share is often passed onto promoters, like Live Nation, to incentivize them to steer content to their venue.

45.     The face values of tickets are typically set or approved by artists, although promoters' offers also influence face values. Artists, in consultation with their manager and the promoter (either or both of which might be Live Nation employees), can also decide to enable dynamic pricing through Ticketmaster's two dynamic pricing tools, Pricemaster and Platinum, which allow face values to increase based upon the level of demand for a given concert. Promoters and venues use Ticketmaster's Pricemaster tool for "bulk" dynamic pricing of groups of seats, while Platinum tickets, on the other hand, are used to dynamically price at the seat level. For tickets that are dynamically priced by Ticketmaster, whether as bulk or at the seat level, consumers often pay much higher face values. Ticketmaster has a pricing team that makes pricing recommendations—including recommendations as to average and minimum face value of tickets. And typically, it is Ticketmaster's own pricing team that adjusts the face value of tickets based on demand for a particular show.

JR - 01006
PRR-2025-0179

46.     **Venues** earn revenue by renting their facilities to the artist and promoter, selling food, beverages, and merchandise to patrons, collecting ticketing and parking fees, and—sometimes—by sharing in the profit from concerts through co-promotion agreements with promoters such as Live Nation. When venues set aspects of ticket fees, they must not only account for their own operating costs, but also ensure the fees are sufficient to cover all the payments the venues must make to intermediaries like promoters and ticketers. For example, venues must ensure the additional ticket fees cover the fee charged by the primary ticketing service (generally Ticketmaster) and offset the various payments they must make to the promoter (often Live Nation). Because of the interrelated nature of contracts in the industry, money often flows in multiple directions to and from various intermediaries, sometimes in both directions for a single show.

47.     Live Nation tells the public that the service fees are decided by the venue. While it is nominally true that "[t]he venue decides on the service fees," in reality, these decisions are predicated upon the portion of those fees that Live Nation (via Ticketmaster) will retain in the first instance—an amount Live Nation negotiates with each venue in advance of the venue setting the amount of the fee. This arrangement is consistent with the many other fees extracted at various stages; those fees may superficially be set by a market participant other than Live Nation or Ticketmaster, but Live Nation and Ticketmaster nonetheless have a hand in setting nearly all these fees and often benefit financially from a significant portion of these fees.

48.     In other words, Live Nation's various contracts operate together to drive up the overall number and size of fees paid by fans. For example, under many Ticketmaster contracts, when venues increase their own fees to offset Live Nation's concert promotion charges, Ticketmaster is entitled to receive a "ticketing" fee. This double-dip by Live Nation (as

21

promoter) and Ticketmaster (as ticketer) means venues have to raise fan-paid fees just to offset Live Nation's promotions charges. For example, a venue forced to pay Live Nation a $5 promotions rebate and Ticketmaster a portion of any increased fees would need to raise fees on fans by significantly more than $5 to break even.

49.     **Secondary ticketing** providers earn revenue through fees paid by the seller of the ticket and, usually, the buyer of the ticket as well. Ticketmaster provides secondary ticketing services via "TM+" to venues when it provides primary ticketing services to the venue hosting the event. Ticketmaster also sells secondary tickets via its "3PE" tool when it does not provide primary ticketing services to the venue hosting the event.

50.     In addition to the fees Live Nation extracts under its ticketing and promotions contracts, Live Nation also generates significant revenues from its **sponsorship and advertising** business. Live Nation takes advantage of its vast network of venues and high volume of tickets to secure substantial sponsorship and advertising revenue—further deepening its pool of profits. It sells signage rights, online advertising, beverage pouring rights, venue-naming rights, and more. Live Nation considers its sponsorship and advertising business to be one of its high-margin businesses.

51.     Live Nation is able to extract significant revenues through its sponsorship and advertising business in part by controlling access to fans at performances where advertisers want to reach them. By controlling the vast majority of large amphitheaters in the United States— pushing concerts to venues it owns, operates, and/or exclusively tickets; locking in key artist talent; and growing the massive data trove it has accumulated as a ticketer—Live Nation is able to drive substantial advertising revenue that feeds the rest of its business.

JR - 01008
PRR-2025-0179

### C.  Live Nation's "Flywheel"

52.     Founded in 1996, Live Nation began as a live events promoter. Over the following three decades, Live Nation expanded its reach across nearly the entire live entertainment industry—live events promotions, primary ticketing, secondary ticketing, venue ownership and operations, music festivals, artist management, sponsorships, and more. Live Nation controls wide swaths of live music in the United States because of its multidimensional power.

53.     Live Nation uses its concert promotion business—the core of its "flywheel"—to feed its other high margin businesses, including Ticketmaster's ticketing business, Live Nation's network of venues, as well as Live Nation's sponsorship and advertising business.

54.     As Live Nation's CEO put it, concert promotion is the business that gives the company control over content that feeds Live Nation's three high margin businesses:

> At the core is our flywheel. It's the concert business . . . It's the lower margin part of our business. But in order to get into these three high margin businesses and be competitive, we have to have that scale [in concerts] . . . [Our] leadership position [in concerts] drives the three high margin businesses that are driving our true cash flow and EBITDA.

55.     The modified graphic below, based upon Live Nation documents, demonstrates how the flywheel entrenches Live Nation's profits and power.

23

JR - 01009
PRR-2025-0179



56.     The modified graphic below, based upon Live Nation's public filings,

demonstrates how this flywheel generates substantial revenues and profits across Live Nation's

businesses.



24

57.     Live Nation wields its power in concert promotions to fuel and drive its primary ticketing business. This presents a Hobson's choice for major concert venues that Live Nation does not already own or otherwise control: either choose Ticketmaster as their exclusive provider of primary ticketing services and benefit from access to Live Nation concerts, or choose a rival ticketing company and risk losing access to Live Nation concerts. Losing access to even a portion of Live Nation's tours can seriously harm venues that rely on highly profitable concerts.

58.     Live Nation does not have to threaten individual venues explicitly (although it does) to discourage them from signing ticketing contracts with competitors. The risks are well-known in the industry, and Live Nation's topmost executives remain outspoken that Live Nation likely will steer concerts away from independent venues that do not select Ticketmaster as their ticketer. Live Nation's CEO publicly acknowledged as much in not-so-subtle terms:

> We can't say to a Ticketmaster venue that says they want to use a different ticketing platform, "If you do that, we won't put shows in your building." … [But] **we have to put the show where we make the most economics, and maybe that venue [that wants to use a different ticketing platform] won't be the best economic place anymore because we don't hold the revenue**.

59.     The power and profits from Live Nation's high-margin businesses (including Ticketmaster and Sponsorship & Advertising) help keep the flywheel spinning by financially fueling (what may appear on paper to be) Live Nation's less profitable promotions business. Live Nation can do this in a number of ways. For example, for top artists, Live Nation can use profits from other business lines to fund break-even or even unprofitable exclusive promotion contracts on a standalone basis to keep feeding the flywheel. Rival promoters often find themselves unable to match Live Nation's offers to artists because Live Nation can subsidize artist offers with profits from ticketing and other higher margin businesses. (Of course, some of Live Nation's exclusionary conduct also is aimed at weakening or eliminating rivals, and reducing the amount Live Nation needs to bid to win artists' business). At the same time, artists who do not choose

JR - 01011
PRR-2025-0179

Live Nation to promote their shows or tours can find themselves locked out of Live Nation-owned and controlled venues, including Live Nation's large stable of amphitheaters that are more accessible for fans.

60.     Live Nation also uses consumer data—acquired through primary and secondary ticketing sales—to augment its ability to feed its flywheel. As Live Nation's CEO put it: "No one has 80 million customers segmented in a database as rich as ours . . . that audience and that platform is really the key, unique part of our business."

61.     As described below, Live Nation's conduct and anticompetitive scheme further creates and enhances barriers for rivals and nascent threats while cementing Live Nation's grip on nearly every corner of this ecosystem. Industry participants recognize that rivals must participate at scale and at multiple points of the concert ecosystem to compete effectively with Live Nation. For example:

- Live Nation's self-reinforcing conduct and power in promotions, ticketing, and venue access disadvantages rivals that do not have a similar portfolio of intertwined assets, increasing barriers for those that do not enter and expand in multiple markets simultaneously.

- Ticketing rivals must invest in and develop ticketing systems robust enough to handle high-demand on-sale events for popular artists, fraud/protection and credit card access for fans, and back-office support. Rival ticketers must also accumulate sufficient data to target, market, and advertise shows to fans, as well as sufficient working capital to secure business, all at a time when there are limited opportunities to even compete to dislodge Ticketmaster's monopoly that is

JR - 01012
PRR-2025-0179

maintained by long-term, exclusive ticketing contracts and the content threat and thereby recoup this investment.

- Promotions rivals face similar obstacles. They need significant capital to fund tour payments (often millions of dollars), enough scale to hedge against the risk of any single tour failing, extensive relationships with artists, artist managers, agents, and venue operators (and, on the flip side, willingness of those market participants to use a competitor without the fear of retaliation by Live Nation or its surrogates), and enough experience and data from previous tours to make effective routing and pricing recommendations to artists.

### D. History of Live Nation and Ticketmaster

62.     SFX Entertainment, which later became Live Nation, was founded in 1996 and rapidly began rolling up smaller entertainment companies to consolidate power in concert promotions. That strategy continues today. As Live Nation's current CEO has explained, this strategy of consolidation "from day one" is part of the company's DNA: "we want to continually be the largest promoter in the world, have as many boots on the ground in as many cities and countries in the world as possible . . . ."

63.     Ticketmaster, Inc. was founded in 1976 as an independent ticketing company. It has been the largest primary ticketer for major concert venues for decades. Like Live Nation, Ticketmaster initially rose to power in part through a series of acquisitions that consolidated the company's dominant position in primary ticketing. Ticketmaster also expanded and cemented its dominance by pushing through changes to the structure of ticketing contracts that reduced competitive pressures to lower ticketing fees that are ultimately borne by fans.

JR - 01013
PRR-2025-0179

64.     Ticketmaster restructured how ticketing companies get paid for their services. Venues used to pay ticketing service companies to ticket events. But in the early 1980s, Ticketmaster started passing more ticketing costs onto consumers (who effectively have no choice in selecting the ticketer) in the form of fees, and then sharing some of the additional revenue with venues. Second, Ticketmaster began paying venues large upfront advances in exchange for the exclusive, multi-year right to sell and distribute their tickets.

65.     On February 10, 2009, Live Nation (then known as Live Nation, Inc.) and Ticketmaster (then known as Ticketmaster Entertainment, Inc.), agreed to merge. At the time, Live Nation was an emerging direct competitor to Ticketmaster in primary ticketing services: after spending nearly two years evaluating, licensing, and developing its own ticketing platform, Live Nation had rapidly become America's second-largest primary ticketer at major concert venues.[2] Alleging the merger would likely substantially lessen competition in the provision and sale of primary ticketing services for major concert venues, the United States and nineteen states[3] filed a case challenging the merger under Section 7 of the Clayton Act, 15 U.S.C. § 18.[4] The parties agreed to a consent decree, entered as a final judgment in the Section 7 case on July 30, 2010, allowing the merger to proceed subject to certain conditions.[5]

---

[2] Amended Complaint at 5 ¶ 3, 13–14 ¶¶ 34–37, *United States et al. v. Ticketmaster Ent., Inc., et al.*, No. 1:10-cv-00139, Dkt. No. (D.D.C. Jan. 29, 2010), ECF No. 5.

[3] Specifically, the States of Arizona, Arkansas, California, Florida, Illinois, Iowa, Louisiana, Nebraska, Nevada, Ohio, Oregon, Rhode Island, Tennessee, Texas, Wisconsin, New Jersey, and Washington and the Commonwealths of Massachusetts and Pennsylvania. *Id.* at 1.

[4] *Id.* at 17 ¶ 46.

[5] Final Judgment, *United States et al. v. Ticketmaster Ent., Inc., et al.*, No. 1:10-cv-00139 (D.D.C. July 30, 2010), ECF No. 15.

JR - 01014
PRR-2025-0179

66.     In January 2020, the United States filed a motion to modify the consent decree in the Section 7 case.[6] Ticketmaster and Live Nation denied the allegations but ultimately agreed to the United States' and some state co-plaintiffs' proposed amendments to the consent decree.[7] The court entered the amended consent decree as an amended final judgment that, among other things, partially extended the decree's effective date through December 31, 2025.[8] The court then closed the Section 7 case on February 29, 2020.[9] Several of the plaintiff states here were not parties to the 2010 or 2020 decrees.

67.     In the years since, Live Nation and Ticketmaster have committed additional, different, and more expansive violations of the antitrust laws compared to the narrower scope of the Section 7 case. As detailed below, Live Nation and Ticketmaster have engaged in ongoing unlawful monopolization of markets across the concert industry in violation of Section 2 of the Sherman Act and state analogues. For example, since 2020, Live Nation and Ticketmaster have unlawfully coopted actual and potential rivals to remove competitive threats and cement Live Nation's and Ticketmaster's dominance of the concert industry. In addition, as also detailed below, Live Nation and Ticketmaster have violated Section 1 of the Sherman Act and state analogues. For example, since 2020, Ticketmaster has entered into long-term exclusive ticketing agreements with venues. The Section 7 consent decree—which addressed a claim different from those at issue here—has failed to restrain Live Nation and Ticketmaster from violating other antitrust laws in increasingly serious ways.

---

[6] Motion to Modify Final Judgment and Enter Amended Final Judgment at 4, *United States et al. v. Ticketmaster Ent., Inc., et al.*, No. 1:10-cv-00139, Dkt. No. (D.D.C. January 8, 2020), ECF No. 22.

[7] *Id.* at 2.

[8] Amended Final Judgment, *United States et al. v. Ticketmaster Ent., Inc., et al.*, No. 1:10-cv-00139, Dkt. No. (D.D.C. Jan. 28, 2020), ECF No. 29.

[9] Minute Order, *United States et al. v. Ticketmaster Ent., Inc., et al.*, No. 1:10-cv-00139, Dkt. No. (D.D.C. Feb. 19, 2020).

JR - 01015
PRR-2025-0179

IV.     **Live Nation Maintains Monopolies and Market Power Across the Live Concert Ecosystem Through an Anticompetitive and Exclusionary Course of Conduct**

68.     Live Nation maintains and exercises its power through a coordinated pattern of anticompetitive conduct that serves a variety of ends: expanding its scope and reach into every crevice of an increasingly more complex and interconnected ecosystem, eliminating rivals, continuing to increase barriers to entry, and inhibiting competition on the merits. Each act is exclusionary on its own. But the acts also work together across the ecosystem, enhanced by the flywheel and scale effects, to magnify the anticompetitive force of the scheme.

69.     Live Nation's strategy includes several forms of anticompetitive conduct across its various intermediary roles that work in harmony to protect Live Nation's power and keep rivals at bay. For example:

- Live Nation enters into agreements with rivals not only to remove them, but also to cement and expand its dominance.

- Live Nation engages in threats (directly or through intermediaries) and pressure campaigns to nullify rivals or nascent threats.

- Live Nation relies on "carrots and sticks" to induce venues to sign long-term exclusive ticketing contracts that offer durable protection for Ticketmaster's dominance. Venues have seen that if they sign with a Ticketmaster competitor, they risk losing lucrative Live Nation concerts and may suffer other harmful retaliation.

- Live Nation conditions artists' access to its vast and desirable network of amphitheaters and other venues on choosing Live Nation as the promoter, which enables the company to expand its control over artists and third-party venues alike.

30

JR - 01016
PRR-2025-0179

- Live Nation removes and neutralizes potential competitors and nascent threats via acquisitions, joint ventures, and other contractual agreements.

**A. Oak View Group: Nascent competitor to a self-described "hammer" for Live Nation.**

70. Live Nation and Oak View Group have colluded and established a partnership to allocate business lines, avoid competing with each other, and chart a mutually beneficial plan to cement Live Nation's dominance. Oak View Group is a leading American venue development and management company uniquely positioned to compete against Live Nation. Oak View Group has a portfolio of over 200 venues in the United States, including more than 100 venues that it manages but does not own. It was founded in 2015 by two industry giants whose combined résumés include roles as the former CEO of AEG, the former CEO of Ticketmaster, the former chairman of Live Nation, and the owner of The Azoff Company, whose portfolio includes one of the world's leading artist management companies: Full Stop Management.

71. Oak View Group's experience and relationships with venues and artists make it particularly well-suited to be a real competitor to Live Nation in the United States concert promotion business. Oak View Group's ownership structure also gives it a key asset any would-be promotions rival needs to compete against Live Nation: access to capital. In 2018, private equity firm Silver Lake invested $100 million in Oak View Group, in which it now holds a controlling stake.

72. Unsurprisingly, then, Live Nation recognized Oak View Group's promotion capability by categorizing Oak View Group as one of its "Biggest Competitor Threats" shortly after Oak View Group was founded. Over time though, Oak View Group and Live Nation morphed from competitors into partners who found it easier and mutually beneficial to work together rather than compete. Oak View Group now operates as an agent and a self-described

JR - 01017
PRR-2025-0179

"pimp" and "hammer" for Live Nation, often influencing venues and artists for the benefit of Live Nation. As Oak View Group's CEO recently emphasized to Live Nation's CEO, "[j]ust like I tell our folks we 100% always protect you and LN on your lanes," and "I always protect you on rebates, promotor position, ticketing." The cozy relationship between Live Nation and Oak View Group covers several areas that ultimately impact fans.

73.     First, Live Nation and Oak View Group have agreed to a competitive détente in concert promotions to avoid competition between the two companies over artists and tours. In 2016, for example, after learning that Oak View Group offered to promote an artist Live Nation had previously promoted, Live Nation's CEO immediately emailed Oak View Group, warning that such competition would only lead to artists demanding more compensation. He wrote: "whats up? We have done his [touring] and vegas[.] Let's make sure we don't let [the artist agency] now start playing us off." Oak View Group's CEO backed down: "Our guys got a bit ahead. All know we don't promote and we only do tours with Live Nation." Oak View Group's other co-founder followed up: "Growing pains," later noting that Oak View Group's executives "should never discuss comp [for artists]," and Oak View Group's talent buyers would work for Live Nation.

74.     This was not a one-off episode. In 2022, Live Nation's CEO again challenged the CEO of Oak View Group after learning that Oak View Group made another direct promotions offer: "who would be so stupid to do this and play into [the artist agent's] arms"? Oak View Group's CEO again backed down: "We have never promoted without you. Won't." Oak View Group's CEO later added that he was "[m]ore than happy to do these deals thru LN as I have always been aligned," and that "I never want to be competitors."

32

75.    As a Senior Vice President at Oak View Group explained to a colleague in 2019 when approached about potentially bidding on a tour: "It has been our policy to stay on the sidelines when it comes to buying and specifically promoting tour dates as we are cognizant not to compete with our partner Live Nation in this side of the business."

76.    Second, just as Oak View Group effectively ceded the concert promotions space to Live Nation, Live Nation effectively ceded its arena consulting business to Oak View Group.[10] Shortly after its founding, Oak View Group formed an alliance with venues to provide "insights and access to premier sports and live entertainment content," a venture that encroached on Live Nation's own consulting business, Live Nation Arenas. To relieve this competitive friction, Oak View Group's CEO proposed that Live Nation Arenas combine with Oak View Group and that the head of Live Nation Arenas join Oak View Group's alliance board of advisors, which he did. In his proposal, Oak View Group's CEO warned the head of Live Nation Arenas, "[w]e are experiencing Arena's that want to play us off one another."

77.    Live Nation identified three paths forward with regard to Oak View Group: "1) Lead 2) Follow 3) or get out of the way." Live Nation ultimately decided to "get out of the way" in deference to Oak View Group, just as Oak View Group agreed to get out of the way of Live Nation for promotions. In some instances, Live Nation Arenas and Oak View Group decided to partner with one another for agreements with venues, sharing the profits instead of competing for the contracts. The relationship between Live Nation and Oak View Group is so cozy that these venue partnerships were entered into on nothing more than verbal agreements. Through its venue development deals, venue management deals, and venue alliances, Oak View

---

[10] Arena consulting services are advisory services for venues that may include assistance with booking shows, selecting and working with promotors and ticketers, and getting sponsorship deals.

JR - 01019
PRR-2025-0179

Group can help direct Live Nation content to venues across the country and demand or influence the use of Ticketmaster at these venues.

78.     Third, Live Nation exploits its long-term relationship with Oak View Group to flip venues to Ticketmaster, further cementing Ticketmaster's power. In 2022, Live Nation and Oak View Group entered into a long-term agreement. Since then, Oak View Group has recognized it has a significant financial interest in maintaining existing Ticketmaster contracts at its venues and converting other venues to Ticketmaster. Oak View Group has pushed through these new contracts, subverting the ticketer selection process Oak View Group runs on behalf of its clients. As Oak View Group's CEO explained to Live Nation's CEO, the deal "allows us to tie up all Owned and Operated facilities to 10 year deals, develop a standard A and B market deal for all future projects and to convert all OVG 360 deals to TM now or as they expire for 10 years… Appreciate the consideration and partnership and all of us will work diligently on this so we are always aligned with TM."

79.     Oak View Group projected it would flip at least 22 venues to Ticketmaster over the next four years. As venue manager, Oak View Group is able to control which non-incumbent ticketing services are invited to submit bids for ticketing service proposals and often only invites Ticketmaster. By advocating for Ticketmaster over rival ticketers, Oak View Group takes off the table several of the limited opportunities rival ticketers have to compete against Ticketmaster. So far, Oak View Group is on pace to hit its goal: in 2023 Oak View Group converted six venues to Ticketmaster.

**B. Live Nation threatens rivals to blunt expansion into U.S. concert promotions.**

80.     Live Nation also wields its power to keep other rivals from expanding in the concert promotions market in the United States. For example, in 2021, Live Nation threatened commercial retaliation against private equity firm Silver Lake, unless one of its portfolio

JR - 01020
PRR-2025-0179

companies, TEG, stopped competing with Live Nation for artist promotion contracts in the United States. These threats ultimately succeeded, and Silver Lake has tried to sell TEG altogether.

81.     Prior to the TEG incident, Live Nation and Silver Lake had a relationship through Silver Lake's ownership of Oak View Group, which, as discussed above, became a functionary for aspects of Live Nation's anticompetitive scheme. But TEG's attempt to expand its role in the live music industry in the United States—a clear direct threat to Live Nation quickly threatened to sour that relationship.

82.     Live Nation's campaign to squash competition with TEG took place at the highest levels. In 2021, Live Nation's CEO complained to Oak View Group's co-founder that TEG was "[f]ull on competitors." Oak View Group, in turn, conveyed to Silver Lake that Live Nation was "not happy." Live Nation's CEO then escalated his complaints to Silver Lake directly, conveying: "I am all in on [Oak View Group] where the big play lies with venues – why insult me with this investment in ticketing/promotions etc."

83.     Later in 2021, Live Nation learned that TEG made offers to prominent artists in the United States and succeeded in securing a big-name artist for a concert at the Los Angeles Coliseum. In response, Live Nation used its exclusive ticketing deal with the venue to frustrate TEG's concert. For this concert, TEG reached an agreement with StubHub where TEG would sell a certain number of tickets on StubHub's platform. In response, Live Nation, through its subsidiary Ticketmaster, which purportedly was the exclusive ticketer for all shows at the venue, threatened to deny entry to any fan using a StubHub-issued ticket. Ultimately, StubHub stopped selling tickets and attempted to work with Ticketmaster to fulfill the tickets that it had already

JR - 01021
PRR-2025-0179

sold. But Ticketmaster failed to fulfill many of those tickets to StubHub's customers, and

hundreds of StubHub's customers were refused entry to the event.

84.     After learning about the TEG concert, Live Nation's CEO again threatened Silver

Lake, TEG, and Oak View Group. As Live Nation's CEO put it, he "fail[ed] to understand" why

Silver Lake "continue[d] to invest in a business that competes with LN/OVG…." Live Nation

threatened to pull its support from Oak View Group and instead back an Oak View Group

competitor unless TEG stopped competing with Live Nation in the United States:

> I can assure you the OVG investment is a much bigger win then T[E]G …. LN declared
> to back OVG vs other developers or going solo and it's been a huge win for both sides–
> we have over 20 global arenas in development that neither could do without the other …
> do you really want LN backing [AEG's venue development and management
> company]…? Seems like a dumb trade off??

85.     The co-founder of Oak View Group, who refused to allow TEG to promote any of

his large roster of artist clients,[11] thereafter informed Live Nation that he was going to demand

that Silver Lake sell TEG. Live Nation's CEO replied, "Love ya."

86.     TEG soon stopped competing for concert promotions in the United States. Silver

Lake now seems "intent on dumping teg" and has asked, through the founder of Oak View

Group, whether Live Nation would be interested in purchasing TEG.

### C. Using "carrots" and "sticks," Live Nation locks venues into exclusive, long-term ticketing agreements with Ticketmaster that shut out competition.

87.     Live Nation puts a "choice" to venues: use Ticketmaster and potentially receive a

significant payment for long-term exclusivity or use another ticketer and risk losing access to the

vast array of Live Nation assets, including lucrative concerts. Sometimes Live Nation is bold and

communicates this threat directly. Other times, the expression of the threat may be implicit, but

---

[11] Oak View's co-founder also owns a large artist management company, Full Stop Management.

JR - 01022
PRR-2025-0179

the meaning is self-evident. And in some circumstances, Live Nation deploys its extensive network of intermediaries to communicate this "choice." Sometimes, the "choice" does not have to be communicated at all. It is well understood across the live concert industry, as a result of Live Nation's historical conduct and exactly as Live Nation intended, that choosing ticketers other than Ticketmaster carries enormous risk and financial pain.

88.     Live Nation's reputation and history of retaliation are so well known in the industry that Live Nation does not have to (although it still does) explicitly threaten individual venues. Instead, its threats have become more public and generalized. As Live Nation's CEO told the industry in 2019, Live Nation's concert promotions business decides to host concerts "where we make the most economics," which usually means venues where Ticketmaster holds the primary ticketing contract. Venues considering primary ticketing options understand all too well the risks of switching to another ticketer, and some even model the loss they would suffer if they switched and lost access to some of Live Nation's concerts. The threat of steering shows away from venues allows Live Nation to exercise its monopoly power to get better promotions deals and impose Ticketmaster on venues.

89.     Live Nation has a number of punitive tools it can use to retaliate against venues, even without making good on the catastrophic threat of pulling or moving concerts completely. In addition to reducing the number of concerts it places at a venue, Live Nation has the power to move shows to less desirable and less lucrative dates, curtail promotional efforts, and force venues to disable secondary ticketing on non-Ticketmaster platforms (potentially making unsure fans less likely to commit to tickets in the first place and frustrating fans who do buy tickets but change plans).

37

90.     These kinds of threats and punishments are not just how Live Nation acquired its outsized power in every corner of this industry. In fact, Live Nation has continued to use this playbook in recent years. For example, in 2021, Live Nation threatened retaliation against a venue that had decided to switch from Ticketmaster to SeatGeek for primary ticketing. That venue had decided to switch, in part, because SeatGeek offered to share a greater percentage of the fees associated with secondary ticketing.

91.     Upon learning about the potential switch, a senior Live Nation executive texted a not-so-subtle warning to the venue's CEO: "Apparently seatgeek are telling [nearby venue] and others that they have a contract deal with you guys already?? Anyways should think about bigger relationship with LN not just who is writing a bigger sponsorship check 😜." A few days later, Live Nation's CEO emailed the venue's owner that Live Nation "will be very concerned that seatgeek a secondary provider will be selling our LN artist tickets when not authorized by the artist."

92.     Once the venue switched to SeatGeek, Live Nation followed through on its threats, re-routing concerts to other venues. Live Nation's promotions business also demanded that the venue disable secondary ticketing on SeatGeek's platform for all Live Nation-promoted concerts, depriving the venue and SeatGeek of secondary fee revenue.

93.     Live Nation eventually relented and allowed the venue to enable secondary ticket sales—but only after (a) the venue agreed to split its share of secondary fee revenue (sourced through SeatGeek) with Live Nation, and (b) SeatGeek agreed to change its ticket-buying interface to make it conform, in some respects, to Ticketmaster's without regard to whether that was what fans or the venue preferred. In particular, Live Nation demanded that SeatGeek change the way it distinguished primary and secondary tickets (to make it more like Ticketmaster) and

JR - 01024
PRR-2025-0179

limit the use of its fan-friendly tool called "DealScore." Given all of Live Nation's complaints, which it directed to the venue, it is unsurprising that within about a year, that venue returned to Ticketmaster.

94.     The knowledge and awareness in the industry—that Live Nation will route shows away from venues that do not choose Ticketmaster—is so widespread that other intermediaries deliver threats and warnings to venues for Live Nation's benefit. For example, Oak View Group, Live Nation's self-described "hammer," has made such threats to at least one venue. And at least one other venue has been warned by a rival CEO that Live Nation would move shows away from the venue if it selected SeatGeek for primary ticketing services.

95.     Even Live Nation's biggest competitors fear losing concerts if they do not use Ticketmaster. Live Nation's principal competitor, AEG, has an approximately 30% ownership stake in Anschutz Spectacor Management ("ASM Global"), a venue management company that manages more than 30 arenas in the United States. ASM Global resulted from a 2019 merger between AEG Facilities and Spectacor Management Group ("SMG"). Before the merger, SMG's legacy venues had used Ticketmaster as their exclusive primary ticketer, and AEG Facilities' legacy venues had used AXS as their exclusive primary ticketer. Through its minority interest in ASM Global, AEG advocated for AXS to serve as the exclusive primary ticketer for the ASM Global venues AEG now partially owned. But ASM Global's majority shareholder Onex worried that Live Nation would retaliate by withholding shows from ASM Global venues if ASM Global entirely switched away from using Ticketmaster.

96.     To avoid losing access to concerts at ASM Global venues by "alienating" Live Nation, AEG was forced to accept that Ticketmaster would remain the dominant provider at ASM Global venues despite AEG's partial ownership of ASM Global and AEG's ability to

39

provide an alternative primary ticketer, AXS. AEG agreed Ticketmaster would remain the default primary ticketer for most ASM Global venues, with AEG reserving the right to use AXS for events promoted by AEG.

97. These threats—whether direct or indirect, explicit or implicit— coupled with Live Nation's multi-pronged strategy of long-term exclusive agreements, a history of retaliation, and other exclusionary conduct—means neither venues nor artists are free to choose ticketers based on their own assessment of price, quality, or value. They are not free to choose a ticketer based on the best technology, or most favorable contract terms, or simply what works best for them or—importantly—what works best for the fans that fill venues to see their favorite artists. Instead, venues, artists, fans, rivals, and others throughout the live concert industry must navigate an ecosystem created by Live Nation, defined by its dominance in promotions *and* ticketing, together with its extensive network of venues (especially amphitheaters), and limited by Live Nation's restrictions and restraints.

**D. Ticketmaster's long-term exclusive agreements with venues are designed to lock up share and lock out competition, which forecloses a substantial share of primary ticketing markets.**

98. Ticketmaster's long-term, exclusive agreements with venues are a key tool to protect Live Nation's stranglehold on the live concert industry, and on primary ticketing in particular. These agreements make Ticketmaster the sole provider of primary ticketing services for all or nearly all events held at a venue for multiple years, sometimes as long as 14 years.

99. Ticketmaster's exclusive agreements cover more than 75% of concert ticket sales at major concert venues, foreclosing a substantial share of the primary ticketing market from rival ticketers. In 2022 alone, for example, Ticketmaster signed several lengthy deals with major concert venues.

JR - 01026
PRR-2025-0179

100.     Ticketmaster is quite clear about why it focuses on these deals: they are, in Ticketmaster's own words, a "[h]edge against significant improvements by the competition or even a new competitor" because the "client is under contract for longer and not able to leave [Ticketmaster] or price the competition's offer into our new deal for an extended time." In other words, even if a rival ticketer were to offer a better price, a better product, or simply a better ticketing experience, a Ticketmaster-exclusive venue would not be able to choose the rival for a long time, often a decade.

101.     Before its long-term exclusive agreements expire, Ticketmaster also works defensively to deny rivals the opportunity to compete at all. Ticketmaster often renews or extends these ticketing agreements before they expire, thus preventing rivals like SeatGeek and AXS from being able to bid at all. This not only eliminates the chance Ticketmaster will lose the contract but also mitigates competitive pressure on Ticketmaster to improve the terms of the contract.

102.     To ensure their existing locked-in venues agree to early renewals and thereby block competition from a rival for the contract, Ticketmaster used COVID-19 as an opportunity to extend the terms of its existing long-term venue ticketing agreements by one year. After one venue resisted, telling Ticketmaster that it disagreed and intended to sign with a rival, Ticketmaster's counsel wrote: "Any effort by [the venue] to switch ticketing service providers before [the extension date] would be a breach of contract, and any announced intention to do so would be an anticipatory breach." In a conversation between that venue's CEO and Live Nation executives, Live Nation's CFO indicated Live Nation would "drop" the contractual dispute if the venue agreed to enter into a new ticketing contract with Ticketmaster, but not if the venue went with a rival.

41

103.    Ticketmaster's renewal strategy not only blocks potential rivals but also creates friction—legal costs and otherwise—to ensure venues do not even try to pursue a competitive bidding process.

104.    These strategies are part of a deliberate and defensive series of actions and decisions designed to lock up venues, lock out competitors, and hold the industry hostage from innovation and evolution. It is well recognized that "opening" venues, that is, eliminating exclusivity to permit multiple primary ticketers to service a venue or a particular concert, could benefit fans. Open venues can make it easier for fans to find tickets via multiple platforms and those platforms would be incentivized (in terms of price and technology) to compete for fans' purchases. Venues, too, could benefit, because having multiple ticketers would enable venues to increase the number of tickets sold, exercise greater choice over how tickets are sold or resold, and reach new audiences.

105.    When venues have proposed non-exclusive ticketing contracts, Ticketmaster has almost invariably rejected the request, even outside the live concerts space. And even though Live Nation agreed to limited non-exclusivity for AEG-promoted shows at certain ASM Global venues as part of its recent contract negotiation—to dislodge its largest ticketing rival (AEG's AXS) from the very venues that its largest promotions rival (AEG) partially owns—Ticketmaster has refused to even consider it for other venues. If even AEG must acquiesce to Live Nation's demands that Ticketmaster exclusively ticket every show at AEG's own affiliated venues—save those shows promoted by AEG—no other major concert venue owner stands a chance.

106.    While the industry and fans would benefit from "opening," Ticketmaster—as the incumbent monopolist—and its parent company, Live Nation, knows it would not. For Ticketmaster, the success of exclusivity combined with Ticketmaster's already high market share

JR - 01028
PRR-2025-0179

in the United States are fool-proof ways to maintain its empire, the benefits of which are reflected in Ticketmaster's bottom line. Primary ticketing fees are far higher in the United States than in other countries around the world.

107.    Ticketmaster's exclusive agreements also inhibit the growth of more specialized ticketing services and different business models. For example, Ticketmaster's exclusivity provisions deny most artists the ability to sell tickets directly to their most passionate fans and "fan clubs" through pre-sale windows. Since third parties often charge less than Ticketmaster, when selling to fan clubs through non-Ticketmaster ticketing systems, artists are better able to control ticketing fees. Through fan clubs or other alternative ticket distribution methods, artists can also offer tickets alongside other experiences and opportunities that can improve the concert experience or increase value for fans. Alternative distribution methods can also provide artists greater control over how, when, and to whom tickets are made available. Ticketmaster previously allowed tickets to be sold through third parties to fan clubs in accordance with its Fan Club Policy. But after acquiring one such third-party provider of tickets to fan clubs in 2018, Ticketmaster has used its exclusive ticketing contracts with venues to curtail artists' ability to use third-party providers for fan club sales—at the expense of artists' choice and their relationships with fans.

108.    Ticketmaster further uses its extensive network of long-term exclusive ticketing contracts to raise the costs of rival ticketers and further heighten barriers to entry. For example, in the areas where despite Ticketmaster's best efforts, competitors still persist, Ticketmaster deploys its vast power and network to protect its monopoly. One example of this is Ticketmaster's encrypted mobile ticket program, SafeTix, Ticketmaster has added SafeTix to its suite of products and services in a manner that protects its position in primary ticketing, expands

43

its position in secondary ticketing, and undercuts the ability of rival ticketers to compete in either aspect of ticketing.

109.     Pursuant to this program, Ticketmaster replaced the static barcodes on PDF—or other types of electronic tickets—with a constantly refreshing and encrypted barcode. Ticketmaster's SafeTix marketed this change as reducing the risk of ticket fraud from stolen or illegal counterfeit tickets. But the transfer restrictions implemented as part of this change also make it more difficult for a fan who wishes to buy or sell a SafeTix-encrypted ticket through a secondary platform to use a rival platform like StubHub or SeatGeek. Further, SafeTix introduces uncertainty as to when, or even whether, that ticket can even be transferred. If a ticketholder wants to sell or otherwise transfer a SafeTix-encrypted ticket, both the ticketholder and the purchaser must create Ticketmaster accounts (thereby providing Ticketmaster with their data), download the Ticketmaster app, and wait for Ticketmaster to determine when or whether the transfer can be completed. By reducing the incentives to enter secondary ticketing altogether, SafeTix not only reduces competition from existing rivals but also disincentivizes prospective innovators from considering secondary ticketing as a viable foothold for entering primary ticketing.

110.     In addition to inserting Ticketmaster as an intermediary into secondary ticket transfers and transactions, SafeTix has also fortified Live Nation's data advantages over its rivals. According to internal documents, SafeTix was expected to grow the "size/value of the TM database," already by far the largest of any ticketer, by as much as 30 to 40%. As Live Nation's CEO put it, "[o]ne of the advantages we've launched under the transfer strategy is we now not only know the person that bought the ticket, but we're going to know those three people that you are taking to the show, which we have not known historically." Live Nation can monetize this

JR - 01030
PRR-2025-0179

unique trove of data in its various businesses to both increase its bottom line and further entrench its positions across the live entertainment industry.

**E. Live Nation restricts access to its venues unless Live Nation is paid to be the promoter.**

111. Live Nation's control over a significant number of concert venues not only facilitates maintenance of Ticketmaster's monopoly in ticketing but also serves to limit artists' options and exclude rival promoters. Live Nation has a longstanding policy going back more than a decade of preventing artists who prefer and choose third-party promoters from using its venues. In other words, if an artist wants to use a Live Nation venue as part of a tour, he or she almost always must contract with Live Nation as the tour's concert promoter.

112. Live Nation's policy of restricting the use of its venues is particularly problematic for artists seeking to tour in large amphitheaters where Live Nation enjoys monopoly power. These artists—many of whom have well-established, dedicated fan bases but have not yet matured their fan base to play larger stadiums—are effectively forced to hire Live Nation as their promoter or risk being locked out of dozens of desirable Live Nation-controlled large amphitheaters in the United States. Live Nation's amphitheater portfolio includes at least 40 of the top 50, and more than 60 of the top 100 amphitheaters in the United States. No other entity owns more than a handful of amphitheaters in either set. This network of large amphitheaters has allowed Live Nation to attain a greater than 70% market share in large amphitheater promotions and become by far the largest promoter of national amphitheater tours. Put differently, it is nearly impossible for an artist to create a tour that includes stops at amphitheaters without Live Nation.

113. Live Nation senior executives know the company has restricted the use of its amphitheaters and other venues for years and often make the choice to sacrifice additional profits

JR - 01031
PRR-2025-0179

the company could be earning as a venue owner by opening its venues to non-Live Nation promoted shows that are available to play at those venues. A 2018 internal Live Nation analysis found that its top 10 amphitheaters are "dark," or without shows, "on nearly 50% of their Saturdays in the summer," the highest performing day of the week during the primary performance season. Relatedly, a 2022 analysis found that Live Nation's top 15 amphitheaters are, on average, dark on eight Saturdays between June and September.

114.    Live Nation also recognizes its amphitheater portfolio gives it control over artists pursuing an amphitheater tour. For example, a senior Live Nation executive directed his employees not to increase guaranteed payments offered to artists they know are looking for "True Amp Tours." This is because Live Nation recognizes these artists almost certainly will need to play several shows at Live Nation's stable of top amphitheaters, and to do so, they will need to sign with Live Nation as their promoter: "we know [artists] are likely playing amphitheaters and we are going to get those in most cases." Because many artists sign with Live Nation to promote their entire tour—both amphitheater and non-amphitheater shows alike—Live Nation's restrictive amphitheater policies help the company extend its reach to promoting artists in other venues as well. Further, because relationships are so important in the promotions business, once Live Nation uses its exclusionary amphitheater policy to lock in emerging artists early in their careers, they are able to keep some of those artists as they graduate to higher capacity venues, such as arenas and stadiums.

**F.    Live Nation strategically acquires promoters, venues, and festivals to eliminate rivals, expand its network, and grow its "moat."**

115.    To protect and expand its positions across the live entertainment industry, Live Nation has pursued a strategy of acquiring nascent threats and neutralizing rivals. This strategy has included acquiring promoters, amphitheaters, festivals, other venues, and even small

46

ticketers, as well as entering into long-term exclusive booking contracts with many venues. Although many of these rivals were relatively small at the time of their acquisitions, Live Nation's internal documents show that the company viewed them as some of its "biggest" threats. This is unsurprising given the lack of sizeable, scaled, national competitors in the markets in which Live Nation operates. Live Nation's conduct has thwarted growth of its rivals and disincentivized investment that might have led to entry. Nonetheless, Live Nation viewed many of these acquisitions of competitors on the "edge" as necessary to protect its "moat" around the live concert ecosystem.

116.    In its own words: "Live Nation is a company founded on acquisition. At its inception, Live Nation began rolling up the regional world of promoters and venues and has not stopped since." Over the past decade, Live Nation has acquired dozens of companies across the industry to expand its reach and entrench its positions.

117.    Live Nation has recognized that one of its "Biggest Competitor Threats" is smaller and regional independent promoters that have the ability to "com[e] in from the edges creating events, opening venues, and purchasing artist inventory." To address this disruptive potential, Live Nation pursued an aggressive plan to acquire or co-opt key independent promoters, even when the economics of a particular deal did not make sense for its promotions business. Live Nation personnel justified the counterintuitive economics for these transactions by looking at the long-term benefits: reducing competition for artists, including by "keeping the [artist] guarantees down" and stopping competitors from "driving the price up" for artists.

118.    Live Nation's acquisitions have, over time, constrained artists' choice of promoters. This is especially true for nationwide tours and has the effect of further increasing venues' dependence on Live Nation for content. As a major venue in New York City recognized,

JR - 01033
PRR-2025-0179

Live Nation has made significant acquisitions of top independent promoters over the past decade, eliminating most mid-tier promoters and leaving primarily small, concert promotion companies with little market share.

119.    Below are some specific examples of Live Nation's acquisition strategy in practice.

120.    **United Concerts**. In 2017, Live Nation acquired United Concerts, a promoter and venue owner in Utah, whose venues included the most popular large amphitheater in the state. Live Nation acquired United Concerts in part to eliminate a potential competitive promotions threat and to starve a competing primary ticketer of customers.

121.    Before Live Nation bought United Concerts, many venues in Utah, including United Concerts' venues, used a regional ticketing company called SmithsTix.[12] Internally, Live Nation noted that SmithsTix had taken Ticketmaster's "last client in Utah" and left a "barren landscape[]" for Ticketmaster there. Live Nation chose not to acquire SmithsTix directly because doing so would "require us to go to the DOJ [to notify them as required under the 2010 consent decree that it planned to acquire a primary ticketing company] and that's something we wouldn't necessarily want to do." Instead, Live Nation went bigger while sidestepping the notification requirements of the consent decree: it acquired United Concerts and its venues, and *then* converted those venues to Ticketmaster. Left "with only a few small clients," SmithsTix ultimately went out of business.

122.    **AC Entertainment**. In 2016, Live Nation acquired a controlling stake in AC Entertainment—a regional independent promoter in the Southeast and one of Live Nation's

---

[12] The prior owner of United Concerts also owned DATATIXS, a regional ticketing company that operated under the SmithsTix brand. SmithsTix provided ticketing services to more than 40 venues throughout Utah, including the arena that the home of the Utah Jazz.

JR - 01034
PRR-2025-0179

internally designated "Biggest Competitor Threats." AC Entertainment promoted over 1,000 shows a year, including arena and amphitheater shows. AC Entertainment also controlled the venue booking decisions at 14 historic theaters and clubs throughout Tennessee and the Carolinas and promoted major music festivals, including Bonnaroo.

123.    Live Nation pursued the acquisition even though it had doubts about the standalone economics of the deal. Live Nation's Chief Strategy Officer explained to Live Nation executives: "The numbers are not super exciting and this feels like more of a defensive move to (I) Keep [rival] AEG out of the region especially creating situation where [a well-known artist manager] can play both sides in Nashville." Live Nation's Chief Strategy Officer also recognized that the acquisition helped "grow[] our moat in the [Nashville] market," while another internal document touted the benefit of "lower competition in the Region and specifically in Nashville."

124.    **Frank Productions and National Shows 2**. In 2018, Live Nation acquired yet another "Biggest Competitor Threat" in rival promoter, Frank Productions. Frank Productions owned four theaters and clubs in Wisconsin—one of which competed with a Live Nation-operated venue. When its owners looked to transition the business to new ownership as they stepped back, Live Nation jumped at the opportunity to take another edge competitor off the board, and out of the hands of any other potential buyer.

125.    Live Nation used this acquisition, in part, to convert Frank Productions' venues to Ticketmaster. Frank Productions previously selected other primary ticketing service providers over Ticketmaster because it had "a difficult time wrapping their head around why they would do business with a company [Live Nation/Ticketmaster] who will be in direct competition with them in their home market." Recognizing that Frank Productions venues' ticketing contracts

49

were set to expire not long after the acquisition, Live Nation acquired the company and then flipped the venues to exclusive Ticketmaster contracts.

126.    Live Nation also acquired Frank Productions' subsidiary, National Shows 2—yet another firm listed as a "Competitor Threat." National Shows 2, which promoted over 350 shows per year in the United States, was one of a small number of competitors to Live Nation in the Nashville region after Live Nation bought AC Entertainment, the acquisition described *infra* ¶ 122, in 2016.

127.    **Red Mountain Entertainment**. In 2018, Live Nation acquired Red Mountain Entertainment, a regional promoter that promoted shows in Alabama and Mississippi, including several music festivals throughout the Southeast. At the time of the acquisition, Red Mountain also operated and/or exclusively booked concerts at Wharf Amphitheater in Orange Beach Alabama, Brandon Amphitheater in Brandon, Mississippi, and Tuscaloosa Amphitheater in Tuscaloosa, Alabama. Red Mountain had been on Live Nation's radar since at least 2016 when a Live Nation executive indicated it had an "active plan to mitigate further expansion" by Red Mountain because Live Nation "[c]an't get complacent and let small guys encroach from the edges." Live Nation recognized that Red Mountain's control of the Tuscaloosa Amphitheater was driving up compensation to artists, and so it wanted control of the Tuscaloosa Amphitheater to "keep[] the guarantees down" to artists.

128.    As Red Mountain grew, Live Nation unleashed what it called a "velvet hammer" by warning that it would cut off "the content flow on artist[s]" to Red Mountain venues if Red Mountain continued to compete as a promoter. A Live Nation executive described the message he communicated to Red Mountain: "Either we are together or we are competitors. Seemed to work, as they had 3 venues, 2 festivals and another venue coming online in [20]18, and wanted

50

the content flow on artists where we had touring rights to in the U.S. Velvet Hammer." Red Mountain ultimately agreed to sell its business to Live Nation.

129. **313 Presents ("313")**. In 2018, Live Nation co-opted a Detroit-based competitor, 313, by entering into a multi-faceted agreement. Prior to the agreement, Live Nation recognized 313 predecessor organizations, Palace Sports and Olympia Entertainment, as "competitors" since they "make direct offers to artists." As such, Live Nation and the co-founder of Oak View Group concocted a "scheme" to "put [Olympia] out of the promoting side." After the agreement, Live Nation stopped competing with 313 over venues in the Detroit market while 313 stopped competing against Live Nation for artist talent. 313 recognized that without the agreement, 313 and Live Nation would be forced to compete to the benefit of artists.

130. The agreement worked to suppress competition to the benefit of both parties. 313 Presents saw reduced talent costs and avoided competition from an expanding venue operator. Live Nation, meanwhile, disarmed another promotions competitor, secured exclusive deals at three amphitheaters, and locked-up several venues with Ticketmaster for years to come. Today, 313 controls several of the most popular concert venues in the Detroit live music hub.

131. **ScoreMore Shows**. ScoreMore Shows was a regional promoter in Texas that Live Nation identified as a "Competitor Threat." Around 2017, Live Nation agreed with ScoreMore not to compete to sign artists in Dallas and to pool their collective revenues to co-promote artists. After that agreement was in place, in 2018, Live Nation acquired a majority stake in ScoreMore Shows. Internal Live Nation documents celebrated that ScoreMore and Live Nation were "no longer competing" or "driving the price up" for booking artists. Live Nation replaced rivalrous competition with cooperation. As the CEO of ScoreMore Shows stated to Live Nation:

> [Y]ou are forgetting that **in pooling these revenues it also meant that we were no longer competing. We weren't driving the price up, either**. We haven't

JR - 01037
PRR-2025-0179

been sending offers or telling agents anything but "yes, that's good, we work with LN, we will copro[mote] there." [S]o if we were on our own (without the pool), sending our own offers, putting in indie rooms, driving the price up … do you think the [contribution margin] would be the same? [W]ould you still think we don't provide the value?

132.    For Live Nation, the value of no longer competing with ScoreMore meant that it could book more shows while paying less to artists. Live Nation's CEO wrote to ScoreMore's CEO, "I agree that measurement is what you book and what you stand down for overall win. . . ."

133.    **Logjam Presents**. In 2023, Live Nation acquired a majority stake in Logjam Presents, the leading promoter and venue operator in Montana. Prior to the acquisition, the Logjam Presents venues used a competing primary ticketing service provider. As with previous acquisitions, Live Nation switched Logjam venues from the competing primary ticketing service provider to Ticketmaster once its ticketing agreement expired.

134.    At the same time Live Nation was acquiring the businesses identified above, Live Nation was also building a "top tier festival portfolio through acquisitions." Live Nation recognized that the "Proliferation of Festivals" was one of its "Biggest Competitor Threats" because these outdoor shows threatened to "cannibaliz[e] high margin amp shows." In executing this strategy, and to help protect its power and position in amphitheaters, Live Nation acquired several popular and widely attended festivals, including, Austin City Limits, Lollapalooza, Electric Daisy Carnival, Bottlerock, Mountain Jam, Shaky Knees, Houston Free Press Summer, Governor's Ball, and others.

135.    Beyond its outright acquisition of venues, some of which are described above, Live Nation has entered into long-term exclusive booking contracts to augment its control of venues, particularly large amphitheaters. In recent years, Live Nation has entered into long-term exclusive booking agreements with more than a dozen large amphitheaters and long-term leases

JR - 01038
PRR-2025-0179

with several additional amphitheaters as well. While the specific terms vary from agreement to agreement, these exclusive booking agreements generally provide Live Nation the exclusive right to control which artists may use the venue, cementing Live Nation's ability to reward artists it promotes while locking out artists promoted by third-party competitors. Some agreements also provide Live Nation with some degree of control over other aspects of the venue's operations such as concessions and ticketing.

## V.   Anticompetitive Effects and Competitive Harm

136.   Live Nation has engaged in individual anticompetitive acts that have themselves harmed competition. But those individual acts have also had the desired effect of working together in a mutually reinforcing manner to enhance Live Nation's flywheel, suffocate competition, and inhibit the evolution of the live music industry that competition could and should usher in. Live Nation (and its subsidiaries like Ticketmaster) has inserted itself into nearly every corner of the live music industry, which inures to the benefit of Live Nation, but comes at a real cost to fans, artists, venues, and to the competitive process more broadly. Live Nation's conduct, taken individually and collectively, has complicated and exploited the relationship between artists and fans for the delivery of live entertainment and increased its bottom line.

137.   The anticompetitive effects of Live Nation's distortion of the competitive process cascade through a number of interrelated relevant antitrust markets and fall upon the various entities within those markets. Live Nation's anticompetitive actions allow Live Nation to impose costs and take more for itself, obstruct innovation, impede competitors and nascent threats, and maintain its monopolies and power.

138.   Because the competitive process has systematically and intentionally been corrupted, there has been less competition than there otherwise would have been in the live

JR - 01039
PRR-2025-0179

music industry over a variety of dimensions, including, ticketing fees, contractual terms, output, quality, and innovation. For example, due to Live Nation's anticompetitive conduct:

- Fans have paid more in fees that are not transparent, not negotiable, and cannot be comparison-shopped because there are no other options;

- Fans have been denied access to the benefits a competitive process would deliver, such as more choices in concerts and innovative fan-friendly ticketing options;

- Artists have had fewer opportunities to play concerts, and fewer real choices for promoting their concerts, selling tickets to their own shows, and performing at certain venues; and

- Venues have fewer real choices for obtaining concerts and ticketing services, and many are reluctant to disrupt the status quo due to the financial risk.

139.    Live Nation has used its unlawfully maintained power in promotions, large amphitheaters, and ticketing to siphon an inflated portion of the money flows from the concert ecosystems and impose additional costs through a web of overlapping agreements with other industry participants. For example, Live Nation's "take rate"—the sum of the various cuts of fees and payments it takes through contracts across the concert industry—as the dominant intermediary is higher than it would be in a marketplace without Live Nation's anticompetitive scheme. Through interconnected agreements associated with Live Nation's various roles as ticketer, promoter, artist manager, and venue owner, Live Nation has created a feedback loop that pushes ticketing and ancillary fees higher while allowing Live Nation to be on all sides of numerous transactions and thereby double-dip from the pockets of fans, artists, and venues.

140.    Likewise, Live Nation's role as gatekeeper for the venues it owns or controls, especially large amphitheaters, means that touring artists who intend to play several concerts in

JR - 01040
PRR-2025-0179

large amphitheaters are effectively forced to hire Live Nation, or face reduced compensation and access to fans. Rival promoters are unable to promote artists at many in-demand venues, hampering their ability to compete against Live Nation. And fans attending concerts at Live Nation-controlled amphitheaters get access to fewer shows and see fewer artists than they otherwise would because only Live Nation-promoted artists are allowed to perform there. In many instances, these same fans also face higher prices for ticketing and ancillary services, because Live Nation, acting as the primary ticketer, promoter, and venue owner, faces little competition in each of these interconnected markets. On the other hand, fans who live near the few remaining amphitheaters owned and booked by third parties may not have access to Live Nation's stable of artists, who are instead routed disproportionately through Live Nation's venues.

141.     Live Nation has created and now protects a system that inhibits artists, fans, and venues from making choices that should exist in a free market, whether that is choosing a concert promoter or a primary ticketer. And by locking venues into its business model, Live Nation has also dampened competition that otherwise would push fees down for fans. As a result, market forces that ordinarily would constrain the fees borne by fans are absent.

142.     Each aspect of Live Nation's scheme erects barriers for rivals and nascent threats to compete on the merits in the alleged markets with better, lower-priced, or different services. This scheme also cements an industry structure that requires would-be competitors to enter multiple markets simultaneously and at scale to compete effectively, further increasing entry barriers. Without Live Nation's exclusionary conduct, rivals and nascent threats could bring more innovations to the marketplace, develop important scale to improve offerings, further enhance their competitive reputation, increase investments, create disruptive business models, or

JR - 01041
PRR-2025-0179

expand. If those rivals and nascent threats were able to compete on a level playing field, the entire ecosystem, including artists, venues, fans, and others, would realize the many benefits of competition.

143.     Based on Live Nation's conduct, venues reasonably fear the disruption, retaliation, and complications of partnering with anyone other than Live Nation lest they lose access to culturally significant and lucrative concerts. That has predictably raised rivals' costs. For example, it has forced at least one ticketing rival to agree to venues "make good" or "lost event guarantee" clauses in some of its ticketing contracts if those venues choose that rival and Live Nation, as predicted, retaliates. These clauses obligate the rival ticketer to compensate its venue customer if Live Nation diverts or pulls concerts in response to a venue choosing a rival ticketer over Ticketmaster. In other words, Live Nation's conduct not only constrains which ticketer venues may choose, but also inhibits and raises costs for rival ticketers who try to compete with Ticketmaster.

144.     Competition on the merits would enable more innovation and better products. For example, rivals might bring fan-focused innovations to the marketplace, such as a more streamlined user interface and purchase flow, insightful presentation of ticket inventory, enhanced buying options, or more flexible refund policies. Instead, those would-be rivals face artificial barriers obstructing their ability to gain traction in the marketplace, which in turn dampens incentives to innovate.

145.     Live Nation's conduct and power also lessens the competitive pressure to innovate to improve its own products, platforms, and services. Concerns about Ticketmaster's ticketing technology are widespread and have made national news. Facing limited competitive pressure, Ticketmaster has less incentive to invest more into proactively improving its ticketing

JR - 01042
PRR-2025-0179

products.. Live Nation instead uses the capital it might otherwise spend on technological improvements to sweeten ticketing contracts for venues to keep them locked into long-term exclusive agreements and out of the hands of rivals.

## VI. Relevant Markets and Monopoly Power

146.    Courts define a relevant product and geographic market to help identify the lines of commerce and areas of competition impacted by alleged anticompetitive conduct. There can be multiple relevant markets covering the same or similar products and services, and markets need not have precise metes and bounds. A relevant market also may include distinct groups or clusters of customers or sellers, where those customers or sellers are identifiable and particularly susceptible to anticompetitive conduct by a monopolist or others.

147.    Additionally, there may exist within a relevant product market a nested sub-market that itself constitutes a relevant antitrust market. Such a market may be defined based on differences in products or services within the broader market or differences in the competitive conditions faced by various customer groups within the broader market. Where such a submarket exists, it may be helpful to also examine the effects of anticompetitive conduct within these relevant markets, as the effects may be particularly acute or significant. Additionally, there may be related markets adjacent to each other within an industry that offer distinct products and services, potentially to distinct customers, where competitive dynamics within one market impact competition within the other.

148.    Live Nation has its tentacles in virtually every aspect of the live entertainment industry. As a result, Live Nation's conduct has harmed artists, venues, and fans through the loss of competition in several relevant antitrust markets related to ticketing and promotions. Practical indicia in the industry, the structure of the industry and behavior of market participants, along

JR - 01043
PRR-2025-0179

with substantial evidence that includes ordinary course documents, economic analysis, and other evidence support the relevant markets identified below:

- *Primary Ticketing Services Markets* – Primary ticketing providers offer a variety of services to two distinct sets of customers: major concert venues and fans. The particular products and services offered to and the competitive conditions faced by these two customer groups are distinct but related.

  o First, with respect to venues, there is a relevant market for the provision of primary ticketing services to major concert venues in the United States ("primary ticketing services market"). This market includes within it a relevant submarket, which is in and of itself a relevant market, for the provision of primary *concert* ticketing services to major concert venues in the United States ("primary concert ticketing services market").

  o Second, with respect to fans, there is a relevant market for primary concert ticketing offerings to fans at major concert venues in the United States ("fan-facing primary ticketing market"), and there is a relevant market that includes both primary concert ticketing offerings and services that offer resale of concert tickets ("fan-facing ticketing market").

- *Concert Promotions Services Markets* – Concert promoters similarly offer a variety of services to two distinct sets of customers: major concert venues and artists. The particular products and services offered to and the competitive conditions faced by these two customer groups are distinct but related.

JR - 01044
PRR-2025-0179

o First, with respect to venues, there is a relevant market for the provision of concert booking and promotional services to major concert venues in the United States ("venue booking and promotion services").

o Second, with respect to artists, there is a relevant market for the provision of promotional services to artists performing in major concert venues in the United States ("artists promotions market").

- *Artist Use of Large Amphitheaters* – Owners, operators, and exclusive bookers of large amphitheaters offer artists use of large amphitheaters for their shows. The provision of the use of large amphitheaters and ancillary services to artists for large amphitheater tours is a relevant market ("use of amphitheaters market").

149.    Even where Live Nation's anticompetitive conduct appears to affect a single relevant market, its effects on fans, artists, venues, and others directly reverberate across the live entertainment industry. Likewise, due to the anticompetitive scheme's overall effect of maintaining Live Nation's market power and monopolies and the self-reinforcing aspects of Live Nation's flywheel, effects are felt across the ecosystem regardless of the market in which any particular anticompetitive act has the most direct impact.

### A. Primary Ticketing Services Markets

136.    Primary ticketing providers offer venues and fans a variety of related but distinct services. Primary ticketing services allow a venue to sell, track, and distribute some or all of the tickets for a show. From the fan perspective, primary ticketing services allow fans to purchase tickets for a show when it first goes on sale to the public and provide a bundle of services that handle payment processing and customer service. Often in today's market, contracts between primary ticketing services and venues dictate the terms and conditions on which primary

JR - 01045
PRR-2025-0179

ticketers are able to offer tickets to fans, directly impacting (and often limiting) competition for these services from the fan perspective.

### i. Primary Ticketing Services to Major Concert Venues

150.    The provision of primary ticketing services to major concert venues is a relevant product market. Primary ticketing services are sold to venues, the customers for these services. Primary ticketers contract with venues to provide an array of services. This array of services includes the initial (or primary) sale and distribution of tickets for events at the operative venue, underlying technology, and various business support functions. Primary ticketers for major concert venues require, among other things, sophisticated software capable of handling complex ticketing arrangements and high-demand on-sales, back-office support functions, and consumer data for marketing. In addition, primary ticketers for major concert venues that also host sporting events often must provide support for distributing a team's season tickets. The choice of primary ticketer is a key decision for major concert venues because ticketing operations can materially impact the fan experience at, and reputation of, the venue.

151.    The venues most directly impacted by Live Nation's scheme are major concert venues. These are venues big enough to host major concerts and able to provide a suitable environment and infrastructure for widely attended concerts, like large arenas and amphitheaters. As a result, major concert venues are popular locations for concerts and generate a substantial portion of their revenue from them. Because primary ticketers individually negotiate with venues over pricing and other terms, primary ticketers take into account venue size and how important concert ticketing is to a given venue when submitting a bid. Because major concert venues are particularly susceptible to the effects of Live Nation's conduct, and can be targeted, they are appropriately considered together in evaluating that conduct. Internal documents indicate that

60

Ticketmaster monitors different categories of venues to inform its business decisions and individual negotiations, including size of venue and importance of concert revenues to the venue.

152. The United States is a relevant geographic market for the provision of primary ticketing services to major concert venues. Major concert venues in the United States require providers of primary ticketing services capable of fulfilling contractual requirements within the United States. Internal Ticketmaster documents support the United States as a relevant geographic market. For example, Live Nation evaluates the business and competitive conditions in segments within the United States separately from Canada.

153. There are no reasonable substitutes for primary ticketing services to major concert venues, nor is arbitrage reasonably possible. Given the significant investment and technology required to build and maintain a primary ticketing service, self-supply is a not a reasonable substitute for most major concert venues. Additionally, secondary ticketing services are not reasonable substitutes. *First*, the intended purpose of secondary ticketing services is different than for primary ticketing services. Whereas primary ticketing services are meant to facilitate and run ticket sales on a venue's behalf, secondary ticketing services are meant to facilitate ticket purchasers' resale of their ticket(s). *Second*, ticketholders and fans—not venues—are ticketers' typical customers on the secondary ticketing platform. *Third*, the platforms for primary and secondary ticketing services are functionally very different. Internal Ticketmaster documents recognize these kinds of differences by, for example, analyzing the performance and competitive conditions of primary ticketing separately from secondary ticketing.

154. For these and other reasons, a monopolist in primary ticketing services to major concert venues in the United States would be able to maintain prices above competitive levels and/or maintain quality below the level that would prevail in a competitive market.

61

155.     Live Nation—through Ticketmaster—has a durable monopoly in primary ticketing services for major concert venues in the United States. For example, in 2022, Ticketmaster accounted for at least 70% of the total face value associated with all tickets sold at large arenas and amphitheaters. No other rival ticketed more than 14%.

156.     Live Nation's monopoly power in primary ticketing for major concert venues in the United States also is demonstrated by its ability to control prices and/or exclude competition. For example, in the United States, where Ticketmaster has a higher market share relative to other markets, Ticketmaster is able to charge higher prices and impose higher fees not tied to higher costs. In addition, Live Nation has the ability to exclude competition. Some examples of its power and scheme are described above, such as successfully threatening and retaliating against venues that consider a rival primary ticketer and imposing various other restrictive contractual terms.

157.     Live Nation's primary ticketing services monopoly for major concert venues in the United States is also protected by significant barriers to entry and expansion. Successfully building primary ticketing capabilities requires substantial investment and access to scale. Live Nation touts its enormous scale as an advantage. Live Nation's scale and its flywheel exacerbate the barriers to entry and expansion in primary ticketing. Live Nation uses its monopoly power in concert promotions to foreclose competition in primary ticketing and erects additional barriers to entry, which prevent ticketers who are not vertically integrated from competing on a level playing field. Live Nation's agreements and exclusionary conduct act as further barriers to entry because they impede rivals' ability and incentives to compete.

JR - 01048
PRR-2025-0179

158. Within this market exists a narrower relevant product market for the provision of primary ticketing services for concerts and comedy events ("concerts")[13] to major concert venues. There are some unique attributes to providing primary ticketing services for *concerts* to major concert venues such that there are no reasonable substitutes, nor is arbitrage possible. For example, some primary ticketing features are particularly important for concerts, including the ability to handle complex on-sale processes, surge traffic, and specific types of marketing initiatives. In addition, financial arrangements contracting, and fees charged to fans for primary ticketing services can differ for concerts as compared to other event types like sports. This is due, at least in part, to how lucrative hosting concerts can be for major concert venues. Thus, viable competitive alternatives for primary ticketing services for concerts at major concert venues can be, and are, different than for other live events. Internal Live Nation documents analyze concert ticketing separately from ticketing for other events and identify venues for which concert revenues are particularly important.

159. Live Nation—through Ticketmaster—has a durable monopoly in primary concert ticketing services for major concert venues in the United States. For example, Ticketmaster accounts for at least 80% of the total face value associated with all concert tickets sold at major concert venues.

160. For the same reasons as stated above, there are substantial barriers to entry and expansion within this narrower market. A monopolist in primary concert ticketing services at

---

[13] Live music concerts and comedy shows (as well as musical artists and comedians) have competitive similarities in terms of tour planning, on-sale events, and venue suitability. Ordinary course evidence suggests that concerts and comedy events are assessed and treated similarly as a matter of industry practice.

JR - 01049
PRR-2025-0179

major concert venues in the United States would be able to maintain prices above competitive levels and/or maintain quality below the level that would prevail in a competitive market.

### ii. Primary Concert Ticketing Offerings to Fans at Major Concert Venues

161.     The provision of primary concert ticketing offerings to fans at major concert venues is a relevant product market. Fans rely upon primary concert ticketing offerings to purchase tickets to concerts. Primary ticketers typically provide an online interface to purchase tickets to a concert during an initial on-sale and continue to offer tickets for sale until the show is sold out. In addition to facilitating the purchase of tickets, primary concert ticketing offerings typically also provide customer service to fans, employ mechanisms to detect and prevent fraudulent purchases, store credit card information, keep track of fan purchases, and provide fans other related services. Primary concert ticketing offerings to fans at major concert venues require, among other things, sophisticated software capable of handling complex ticketing arrangements and high-demand on-sales and databases. Currently in the United States, except in rare cases, only a single primary ticketing service is offered to fans to purchase tickets to a given concert, and typically, only one primary ticketing service is offered to fans to purchase tickets during all on-sales for a given venue.

162.     Resale services offer a different service: the resale of previously purchased tickets. Thus, in order for a ticket to be available for resale on a secondary ticketing marketplace, the ticket must have already been purchased from a primary ticketing offering, with the purchaser having already paid the fees associated with the primary ticketing offering. Accordingly, the fees (and often ticket prices) associated with resale marketplaces are not closely related to the fees associated with primary ticketing offerings, because primary ticketing fees are baked into the price of tickets being resold on these marketplaces.

JR - 01050
PRR-2025-0179

163.    Likewise, other means of obtaining tickets during an initial on-sale are limited and not available to all fans. Ticketmaster makes available a limited number of tickets to ticket brokers but charges fees for the initial transfer of tickets to these brokers before those tickets can be resold to fans. Ticketmaster also allows for the limited ticket sales to artist fan clubs in some circumstances, but such ticket sales are limited in number and not all fans are eligible to purchase tickets through these channels. As a result, they do not represent reasonably close substitutes for most fans today, although they could in the future but for Ticketmaster's anticompetitive conduct.

164.    In addition, fans may not view primary and resale tickets as close substitutes due to a perception that a primary ticket purchase is more "secure" or "guaranteed" as compared to a resale purchase.

165.    Internal documents indicate that Live Nation tracks its share of primary concert ticketing separately from its share of resale ticketing and identifies a distinct set of competitors in each segment. Live Nation also monitors its share of concert ticketing separate from its share of ticketing for other types of shows.

166.    The United States is a relevant geographic market for primary concert ticketing offerings for fans. Fans seeking to attend shows in the United States must use primary concert ticketing services that offer tickets for those shows. Internal Live Nation documents support the United States as a relevant geographic market. For example, Live Nation evaluates the business and competitive conditions in segments within the United States separately from Canada.

167.    For these and other reasons, and consistent with industry information, a monopolist in primary concert ticketing offerings to fans at major concert venues in the United

65

States would be able to maintain prices above competitive levels and/or maintain quality below the level that would prevail in a competitive market.

168.    Live Nation—through Ticketmaster—has a durable monopoly in primary concert ticketing offerings to fans at major concert venues in the United States. For example, in 2022 Ticketmaster accounted for at least 80% of the total face value associated with all concert tickets sold at major concert venues.

169.    Ticketmaster's monopoly power in primary concert ticketing offerings to fans at major concert venues in the United States is further demonstrated by its ability to control prices and/or exclude competition. In the United States, where Live Nation maintains a high market share in arenas and amphitheaters through its exclusive contracts and owned and operated venues, Ticketmaster has much higher fees relative to other countries notwithstanding comparable costs. In addition, Live Nation has the ability to exclude competition by insisting that venues utilize only Ticketmaster for all shows and for all tickets sold for a given show.

170.    Live Nation's monopoly in primary concert ticketing offering to fans is also protected by significant barriers to entry and expansion. To successfully build primary concert ticketing capabilities requires substantial investment and access to scale. Live Nation touts its enormous scale as an advantage. Live Nation's scale and its flywheel exacerbate the barriers to entry and expansion in primary ticketing. Live Nation uses its market power in concert promotions to foreclose competition for primary ticketing service for fans, while also erecting additional barriers to entry that prevent, by preventing ticketers who are not vertically integrated from competing on a level playing field. Live Nation's agreements and exclusionary conduct act as further barriers to entry because they impede rivals' ability and incentives to compete.

JR - 01052
PRR-2025-0179

171.    Although the provision of primary concert ticketing services to fans is a relevant product market, in the alternative, there is also a broader relevant product market that includes both primary concert ticketing offerings and services that provide resale for concert tickets to fans at major concert venues. For the reasons above, primary concert ticketing offerings to fans offer distinct services from resale service providers, and resale marketplaces necessarily rely upon an initial sale of a ticket via a primary concert ticketing service (inclusive of the primary ticketing fees) in order for the resale marketplace to exist. Nonetheless, a fan looking to purchase a concert ticket may be able to purchase such a ticket from a primary ticketing offering or resale service provider. To the extent the two markets are combined into a larger market, internal documents show that Live Nation has substantial market power or monopoly power in this broader market as well.

172.    The United States is a relevant geographic market for concert ticketing offerings and resale services for fans. Fans seeking to attend concerts in the United States must use ticketing services that offer tickets for those shows. Internal Live Nation documents support the United States as a relevant geographic market. For example, Live Nation evaluates the business and competitive conditions in segments within the United States separately from Canada.

173.    For these and other reasons, and consistent with industry information, a monopolist in a combined market of primary concert ticketing offerings and services that provide resale of concert tickets to fans for shows in the United States would be able to maintain prices above competitive levels and/or maintain quality below the level that would prevail in a competitive market.

174.    Live Nation—through Ticketmaster—has a monopoly in this market. For example, in 2022, Ticketmaster accounted for more than 70% of the total transactions associated

JR - 01053
PRR-2025-0179

with all tickets sold or resold for concerts at major concert venues in the United States. Transaction volume is an economically relevant measure of power in this market. Importantly, these numbers capture only transactions handled principally by Ticketmaster. But, as discussed above, because of Ticketmaster's use of technology like SafeTix, Ticketmaster necessitates its involvement in the resale of tickets that take place entirely on rivals' secondary ticketing platforms. In doing so, Ticketmaster is able to exert some degree of control over these transactions as well as obtain valuable fan data related to ticket transfers. As a result, Ticketmaster's share understates its competitive significance in this market.

175.    Ticketmaster's monopoly power in this market also is demonstrated by its ability to control prices and/or exclude competition. For example, Ticketmaster is able to charge higher prices in areas where its power is greatest (notwithstanding comparable costs), as evidenced by the much higher fees charged in the United States, where Ticketmaster has a high market share, relative to elsewhere where its shares are much lower. In addition, Live Nation has the ability to exclude competition. Some examples of its power and scheme are described above, such as successfully threatening and retaliating against venues that consider a rival primary ticketers and imposing various other restrictive contractual terms.

176.    Live Nation's monopoly over primary concert ticketing offerings and services that provide resale of concert tickets is also protected by significant barriers to entry and expansion. To successfully build primary ticketing capabilities requires substantial investment and access to scale. Live Nation touts its enormous scale as an advantage. Live Nation's scale and its flywheel exacerbate the barriers to entry and expansion in primary ticketing. Live Nation uses its market power in concert promotions to foreclose competition to become a primary ticketing offering for fans and erects additional barriers to entry, by preventing ticketers who are not vertically

68

integrated from competing on a level playing field. Additionally, Live Nation has taken steps to impede resale providers from efficiently facilitating the resale of tickets, including by hindering the transfer of tickets originally sold by Ticketmaster. Live Nation's agreements and exclusionary conduct act as a further barrier to entry because they impede rivals' ability and incentives to compete.

### B. Concert Promotions Services Markets

177.    Concert promoters offer a variety of related products and services to two distinct sets of customers: major concert venues and artists. For major concert venues, promoters arrange for, book, and market shows with artists to fill available dates at the venues. These services can take the form of booking one-off performances of an artist or long-term booking agreements where the promoter promises to bring multiple artists to a venue over a period of time. For artists, concert promoters work to plan, finance, and market an artist's show or—as is more often the case—a tour of multiple shows. In this way, although concert promoters are responsible for bringing together an artist and venue to perform a show, the particular form and nature of services they offer venues and artists differ considerably.

#### i.    Concert Booking and Promotion Services to Major Concert Venues

178.    The provision of concert booking and promotion services to major concert venues is a relevant antitrust product market. In general, promoters arrange and coordinate artist performances at venues and help to promote those shows to the public once they are booked. Promoters have significant influence over which venues an artist chooses to play. Typically, venues enter into individualized agreements with promoters (either on a show-by-show or long-term basis), which dictate the payments between venues and promoters in exchange for the performance(s). Concert booking and promotion services are essential to major concert venues because they help ensure the venues receive a steady stream of concert content.

69

179.    The venues most directly impacted by Live Nation's scheme are major concert venues. As discussed above, major concert venues have unique characteristics that make it appropriate to include them in this product market. In particular, major concert venues rely on live entertainment for a significant portion of their revenues and thus are unlikely to forego promotion services. Revenue from live entertainment is important to offset substantial fixed costs at these venues, and more events allow venues to allocate those costs across a greater number of shows.

180.    There are no reasonable substitutes for the purchase of concert booking and promotion services for major concert venues. Booking and promotional services for non-concert events at major concert venues are not adequate substitutes because the venues' average revenue per show from concerts is often higher than from non-concert events. Neither self-promotion nor self-supply is a significant constraint because most venues will be unable to incentivize a sufficient number of artists to choose to perform at their venue without the support of a promoter. Most venues cannot successfully promote concerts at scale because they lack the necessary expertise and relationships and are unwilling to assume the financial risk of a show selling poorly. Industry participants, including Live Nation and venues, recognize that providing concert promotions is a unique business and separately analyze the business and competitive conditions.

181.    The relevant geographic market for the provision of concert booking and promotion services to major concert venues is no broader than the United States, and there may also be smaller, regional relevant geographic markets. When procuring booking and promotion services, major concert venues in the United States require providers that can service their requirements in the United States. Further, many artists who perform at major concert venues do

JR - 01056
PRR-2025-0179

so as a part of regional or national tours that include venues across the United States. Internal Live Nation documents also support the United States as a relevant geographic market. For example, Live Nation considers the United States to be a distinct reporting segment and separately evaluates the business and competitive conditions in the United States.

182.    For these and other reasons, a monopolist in the provision of concert booking and promotion services to major concert venues in the United States would be able to maintain prices above competitive levels and/or maintain quality below the level that would prevail in a competitive market.

183.    Live Nation has monopoly power in the provision of concert booking and promotion services to major concert venues in the United States. For example, Live Nation as a promoter accounts for around 60% of the total face value associated with all primary tickets sold at major concert venues and more than 70% of the total face value associated with large amphitheater shows in the United States. Total face value is an economically relevant measure of power in this market. As another point of reference, Live Nation is reported to have promoted 22 of the top 30 Billboard "boxscores" in 2023.

184.    Live Nation's monopoly power in concert booking and promotion services for major concert venues in the United States is also demonstrated by its ability to control prices and exclude competition. For example, as described above, Live Nation extracts supracompetitive payments from venues, including large promoter rebates, and otherwise imposes onerous, restrictive contractual terms on venues in exchange for supplying them with content. In addition, Live Nation has the ability to exclude competition in concert promotions through, for example, exclusivity agreements with venues. Some examples of its power and scheme are described

71

above, including using its power to stop rivals or nascent threats from competition in concert promotions.

185. Live Nation's power over concert booking and promotion services is protected by barriers to entry and expansion. Promotion contracts with artists, the key input in this market, requires capital, expertise, connections, data, and a demonstrated level of success in the industry. There are also indirect network effects that sustain high barriers to entry in concert promotions. Venues naturally prefer to work with a promoter who is successful in promoting many popular artists, and artists naturally prefer to work with a promoter who is successful in promoting many high-demand shows at popular venues. As described above, in addition to Live Nation's scheme, Live Nation's self-described flywheel and scale-related factors enhance substantial barriers for entry and expansion in this market as well.

### ii. Promotion Services to Artists

186. The provision of promotion services to artists performing in major concert venues is also a relevant product market. Artists seek to contract with promoters for their help in arranging individual concerts and tours. Typically, artists enter into contracts with a promoter for a single show, multiple shows, including a tour. Promoters work with artists, and their managers and/or agents, to help the artist choose the venue(s) where they will play, work with venues on behalf of the artist to arrange aspects of the show(s), and then ultimately promote each show in local areas where the artist will perform. Promoters take on the financial risk associated with a show or tour, and in exchange they are compensated with a portion of the revenue generated by successful shows. For artists seeking to perform in major concert venues, promoters are an essential component to ensuring the show or tour is successful.

187. Artists who seek to perform all or parts of their tour in large amphitheaters are uniquely impacted by Live Nation's anticompetitive conduct. Because of Live Nation's control

JR - 01058
PRR-2025-0179

over a vast network of large amphitheaters and its policy to only work with artists that it promotes, artists seeking to perform a tour in large amphitheaters are denied the ability to work with the promoter of their choice if they want to play a Live Nation-owned or controlled venue. These artists are forced either to work with Live Nation or forgo an amphitheater tour altogether.

188.    There are no reasonable substitutes for promotion services for artists seeking to perform in major concert venues. Artist performances in major concert venues are complicated events whose success requires significant industry experience and relationships with different vendors. Self-promotion is not a reasonable substitute for artists because they generally lack the expertise, relationships, and financial resources to promote a show or tour on their own at major concert venues.

189.    The relevant geographic market for the artist promotions market is no broader than the United States, and there may also be smaller, regional relevant geographic markets as well. When procuring promotion services for performances in major concert venues in the United States, artists require promoters who can service their requirements in the United States. Internal Live Nation documents also support the United States as a relevant geographic market. For example, Live Nation considers the United States to be a distinct reporting segment and evaluates the business and competitive conditions in the United States separately.

190.    For these and other reasons, and consistent with industry information, a monopolist in the artist promotions market in the United States would be able to maintain prices above competitive levels and/or maintain quality below the level that would prevail in a competitive market.

191.    Live Nation currently has monopoly power in the market for the provision of promotion services to artists performing in major concert venues in the United States. Live

JR - 01059
PRR-2025-0179

Nation's policy of blocking third-party promoted artists from using its amphitheaters has enabled the company to grow its share in the artists promotions market, above and beyond what it would have been able to achieve through fair competition. Industry participants, including venue owners, recognize Live Nation's dominance in this market. As one prior venue manager explained, "If you don't do a deal with these guys, you're going to lose shows." Live Nation as a promoter accounts for around 60% of the total face value associated with all primary tickets sold at major concert venues and more than 70% of the total face value associated with large amphitheater shows in the United States.

192.     Live Nation's power over the artist promotion services market is protected by barriers to entry and expansion.

### C.   Artist Use of Large Amphitheaters

193.     The provision of the use of large amphitheaters and ancillary services to musicians and comedians ("artists") for large amphitheater tours is also a relevant product market. "Large" amphitheaters (also known as "non-boutique amphitheaters") are recognized as a distinct type of venue in Live Nation's ordinary course documents and regular reporting and by industry participants. Large amphitheaters have unique characteristics—including capacity, sight lines, acoustics, seating, and staging—that differentiate them both from smaller amphitheaters and other venues. These unique characteristics make large amphitheaters attractive to both artists and fans in the summer months when most touring takes place, and as a result, there are artists who seek to perform several shows or even entire tours at large amphitheaters in given year. They also are attractive to artists who are not yet able to—or no longer able to—fill a larger venue, like an arena, but have outgrown smaller clubs and theaters. In a similar vein, industry participants, including Live Nation and venues, recognize that large amphitheater concerts constitute a unique business and separately analyze the business and competitive conditions.

Large amphitheaters provide artists the use of their venue plus related services, such as staging and lighting, and in exchange, the artist pays rent and performs a show that enables the venue to collect additional revenue from fans, including from food, beverage and parking. Artists either work directly with their agent, or through their chosen promoter, to communicate with venues about availability and ultimately choose the amphitheaters where they will perform.

194.    The artists most impacted by Live Nation's anticompetitive conduct are those interested in performing a tour of large amphitheaters in a particular year. This includes artists seeking to perform exclusively at large amphitheaters as well as artists seeking to construct a tour that includes both a significant number of shows at large amphitheaters as well as shows at other venues.

195.    Artists seeking to perform a tour of large amphitheaters will not view a tour that excludes large amphitheaters as a reasonable substitute. As described above, large amphitheaters have unique characteristics that distinguish them from other venues, and artists seeking a tour of large amphitheaters will generally not consider a tour wholly excluding large amphitheaters as a reasonable alternative. Industry participants, including Live Nation, recognize that there are artists with a specific interest in touring large amphitheaters.

196.    The relevant geographic market for the use of large amphitheaters market is no broader than the United States, and there may also be smaller, regional relevant geographic markets. Artists seeking to do a large amphitheater tour often do so as part of regional or national tours across the United States. Internal Live Nation documents also support the United States as a relevant geographic market. For example, Live Nation considers the United States to be a distinct reporting segment and evaluates the business and competitive conditions in the United States separately.

JR - 01061
PRR-2025-0179

197.    For these and other reasons, a monopolist who controls the use of large amphitheaters in the United States would be able to maintain prices above competitive levels and/or maintain quality below the level that would prevail in a competitive market.

198.    Live Nation has monopoly power in the use of large amphitheaters market. Live Nation owns, operates, or exclusively books concerts in more than 55 large amphitheaters in the United States. Live Nation's controlled venues account for at least 65% of the total number of primary tickets and face value associated with all concert tickets sold at large amphitheaters. These measures are economically relevant measures of power in this market.

199.    Live Nation's monopoly power in the use of large amphitheaters market is protected by barriers to entry and expansion. Entering this market requires significant time, capital and expertise to either build a new amphitheater or sign a contract with an existing amphitheater to operate it. Building a new large amphitheater is particularly burdensome and uncertain, as it requires a potential new entrant to identify a specific location for the facility, acquire the land, secure the necessary permitting, and contract with the many vendors necessary to put on successful shows. Large amphitheaters also require access to artists to ensure financial viability. Because Live Nation routes the artists it promotes to its own existing network of amphitheaters, that makes it more difficult for a new amphitheater to attract the talent necessary to be financially viable.

## VII.    Jurisdiction, Venue, and Commerce

200.    The United States brings this action against Live Nation and Ticketmaster pursuant to Section 4 of the Sherman Act, 15 U.S.C. § 4, to prevent and restrain Defendants' violations of Section 1 and Section 2 of the Sherman Act, 15 U.S.C. §§ 1-2.

201.    The Attorneys General of the Plaintiff States, as the chief legal officers of their respective states, bring this action under their respective and independent statutory, common law,

JR - 01062
PRR-2025-0179

and equitable powers, and in their quasi-sovereign capacities, to prevent anticompetitive conduct that harms competition and the economies of the Plaintiff States and the economic welfare of consumers in and from the Plaintiff States. Plaintiff States have quasi-sovereign interests in protecting consumers—from economic harm resulting from illegal anticompetitive conduct and in ensuring their economies are not suppressed by unjustified restraints of trade.

202.    The Attorneys General assert these claims based on their independent authority to bring this action pursuant to Section 16 of the Clayton Act, 15 U.S.C. § 26, and common law, to prevent and restrain Live Nation's violations of Section 1 and Section 2 of the Sherman Act, 15 U.S.C. §§ 1-2. State attorneys general are specifically authorized to bring suits to secure injunctive relief for violations of the Sherman Act. 15 U.S.C. §26.

203.    This Court has subject matter jurisdiction over this action under Section 4 of the Sherman Act, 15 U.S.C. § 4, Sections 4c and 16 of the Clayton Act, 15 U.S.C. §§ 15c and 26, and 28 U.S.C. §§ 1331, 1337(a), and 1345(d), and has supplemental jurisdiction under 28 U.S.C. § 1367(a).

204.    The Court has personal jurisdiction over the Defendants, and venue is proper in this District under Section 12 of the Clayton Act, 15 U.S.C. § 22, and under 28 U.S.C. § 1391, because all Defendants transact business and are found within this District.

205.    Defendant Live Nation is a Delaware corporation with its principal place of business at 9348 Civic Center Drive, Beverly Hills, CA 90210, and an office at 430 W. 15th Street, New York, NY 10011. Defendant Ticketmaster is a Virginia limited liability company with its principal place of business at 9348 Civic Center Drive, Beverly Hills, CA 90210. Ticketmaster operates from offices in various locations, including at 430 W. 15th Street, New York, NY 10011.

JR - 01063
PRR-2025-0179

206.    Each Defendant engages in, and its activities substantially affect, interstate trade and commerce. Each Defendant provides a range of products and services that are marketed, distributed, and offered to consumers throughout the United States, in the plaintiff States, across state lines, and internationally. Defendants' actions and course of conduct are ongoing and are likely to continue or recur, including through other practices with the same purpose or effect.

## VIII.  Violations Alleged

### First Claim for Relief: Monopolization of Primary Ticketing Services Markets in Violation of Sherman Act § 2

207.    Plaintiffs incorporate the allegations of Paragraphs 1 through 206 above.

208.    Live Nation has monopolized several relevant markets related to primary ticketing services in the United States. These include the provision of primary ticketing services to major concert venues, the provision of primary concert ticketing services to major concert venues, and the provision of primary concert ticketing offerings to fans at major concert venues (even if combined with services that offer resale of concert tickets).

209.    Each constitutes a relevant antitrust market, and Live Nation has monopoly power in each market.

210.    Live Nation has unlawfully maintained its monopoly in each market through a course of exclusionary conduct, including:

- Directly threatening venues that Live Nation will divert live music shows to other venues if they do not sign with Ticketmaster;

- Indirectly threatening venues that Live Nation will divert live music shows to other venues if they do not sign with Ticketmaster by, for example, co-opting business partner Oak View Group into warning venues that they will lose Live Nation content if they contract with a ticketer other than Ticketmaster;

78

- Retaliating against venues that contract with rival ticketers by:

  o  Diverting concerts on Live Nation-promoted tours to other venues;

  o  Disabling or delaying the sale of secondary tickets through the rival ticketer's platform;

  o  Refusing to publicize shows hosted by a venue that uses a competing ticketer;

  o  Diverting content away from venues ticketed by companies other than Ticketmaster, making it risky for any venue to contract with a rival ticketer; and

  o  Lodging complaints against rival ticketers when Live Nation promotes a show at a venue where Ticketmaster is not the primary ticketer;

- Foreclosing rival ticketing companies from the market by:

  o  Imposing long-term exclusive contracts covering a significant proportion of tickets sold;

  o  Engaging in strategic purchases of rival promoters and venues to enhance its market power in content and to convert ticketing to Ticketmaster, further foreclosing the primary ticketing market; and

  o  Deterring entry and expansion by rivals into primary ticketing by using its monopoly to expand its control over secondary ticketing, which previously had been an entry point for primary ticketing.

211.    Although each of these acts is anticompetitive when considered alongside Live Nation's associated conduct, each act occurs in concert with and against the backdrop of allegations and facts outlined throughout this Complaint. These acts have synergistic anticompetitive effects that have harmed competition and the competitive process.

JR - 01065
PRR-2025-0179

212.    Live Nation's exclusionary conduct has foreclosed a substantial share of each of these markets.

213.    Live Nation's anticompetitive acts have had harmful effects on competition and consumers.

214.    Live Nation's exclusionary conduct lacks a non-pretextual procompetitive justification that offsets the harm caused by Live Nation's anticompetitive and unlawful conduct.

215.    Live Nation's anticompetitive and exclusionary practices violate Section 2 of the Sherman Act, 15 U.S.C. § 2.

### Second Claim for Relief: Unlawful Exclusive Dealing in Violation of Sherman Act § 1

216.    Plaintiffs incorporate the allegations of Paragraphs 1 through 206 above.

217.    The provision of primary ticketing services to major concert venues in the United States is a relevant antitrust market, and the provision of primary concert ticketing services to major concert venues in the United States is a relevant antitrust market.

218.    Ticketmaster's long-term exclusive agreements to provide primary ticketing services to major concert venues in the United States unreasonably restrain competition, in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

219.    These contracts exclude all competitors, are terminable only for cause, and have terms ranging from three to 14 years.

220.    Ticketmaster's long-term exclusive primary ticketing contracts restrict the access of Ticketmaster's competitors to the only significant channel of distribution for primary ticketing services to major concert venues.

JR - 01066
PRR-2025-0179

221.    Through its long-term exclusive primary ticketing contracts, Ticketmaster has foreclosed a substantial share of the market for the provision of primary ticketing services to major concert venues in the United States.

222.    Live Nation's anticompetitive acts have had harmful effects on fans of major concerts, the venues that host them, and competition for primary ticketing.

223.    Live Nation's exclusionary conduct lacks a non-pretextual procompetitive justification that offsets the harm caused by Live Nation's anticompetitive and unlawful conduct.

### Third Claim for Relief: Unlawful Tying Arrangement Concerning the Use of Large Amphitheaters and Artist Promotions Markets in Violation of Sherman Act § 1

224.    Plaintiffs incorporate the allegations of Paragraphs 1 through 206 above.

225.    The provision of the use of large amphitheaters and ancillary services to artists for large amphitheater tours in the United States is a relevant antitrust market, and Live Nation has monopoly power in that market.

226.    The provision of promotion services to artists performing in major concert venues in the United States is a relevant market, and Live Nation has market power in that market.

227.    The provision of the use of large amphitheaters to artists and the provision of promotion services to artists are separate services sold to artists. The services are provided in different markets, with distinct demand for each, and they are treated by industry participants as separate products. There are some industry participants, such as third-party operated amphitheaters, that only offer access to amphitheaters, and there are promoters who only offer artists promotion services.

228.    Live Nation has unlawfully required artists seeking to use its large amphitheaters for shows as part of a tour to also purchase promotion services from Live Nation.

JR - 01067
PRR-2025-0179

229.     The purpose and effect of this tying policy is to prevent artists from choosing a promoter on the merits and instead force artists who wish to play in Live Nation amphitheaters to contract with the company for promotions services.

230.     This anticompetitive conduct has significantly foreclosed competition in promotion services to artists. Artists who would otherwise choose rival promoters on the merits of those promoters must refrain from doing so to maintain use of Live Nation's amphitheaters on their tours.

231.     This conduct lacks a non-pretextual procompetitive justification that offsets the harm caused by Live Nation's anticompetitive and unlawful conduct.

232.     Live Nation's anticompetitive and exclusionary practices violate Section 1 of the Sherman Act, 15 U.S.C. § 1.

### Fourth Claim for Relief: Monopolization of the Market for the Use of Large Amphitheaters in Violation of Sherman Act § 2

233.     Plaintiffs incorporate the allegations of Paragraphs 1 through 206 above.

234.     The provision of the use of large amphitheaters and ancillary services to artists for large amphitheater tours in the United States is a relevant antitrust market, and Live Nation has monopoly power in that market.

235.     Live Nation has unlawfully maintained its monopoly in this market through a course of anticompetitive exclusionary conduct, including:

- Entering into exclusive booking arrangements with venues, enabling Live Nation to extend its control of this market beyond the significant share it controls through its owned, operated, and leased amphitheaters;

- Acquiring control over several amphitheaters, enabling Live Nation to extend its control of this market through its portfolio of owned and operated amphitheaters;

JR - 01068
PRR-2025-0179

- Acquiring several competing promotion companies that either owned amphitheaters or had exclusive booking contracts with amphitheaters; and

- Acquiring numerous large festivals, further reducing the ability of artists on large amphitheater tours to seek alternatives to Live Nation. These exclusionary acts have harmed artists, rival promoters, and fans.

236.    Although each of these acts is anticompetitive when considered alongside Live Nation's associated conduct, each act occurs in concert with and against the backdrop of allegations and facts outlined throughout this Complaint. These acts have synergistic anticompetitive effects that have harmed competition and the competitive process.

237.    Live Nation's exclusionary conduct has foreclosed a substantial share of the market.

238.    Live Nation's anticompetitive acts have had harmful effects on competition and consumers.

239.    Live Nation's conduct lacks any procompetitive benefits or justification that offsets the significant anticompetitive harm that flows from the exclusionary conduct.

240.    Live Nation's anticompetitive and exclusionary practices violate Section 2 of the Sherman Act, 15 U.S.C. § 2.

### *Fifth Claim for Relief: Monopolization of the Markets for Concert Promotion Services in Violation of Sherman Act § 2*

241.    Plaintiffs incorporate the allegations of Paragraphs 1 through 206 above.

242.    The provision of concert booking and promotion services to major concert venues and the provision of promotion services to artists performing in major concert venues in the United States are related, relevant antitrust markets, and Live Nation has monopoly power in each market.

83

JR - 01069
PRR-2025-0179

243.    Live Nation has unlawfully maintained its monopoly in each market through a course of exclusionary conduct described herein, including:

- Engaging in strategic purchases of rival promoters (actual or potential) and venues to enhance and entrench its monopoly power;

- Tying artists' use of Live Nation owned, controlled and exclusively-booked large amphitheaters to their purchase of promotional services from Live Nation;

- Deterring entry and expansion by rivals by threatening potential rivals and their investors; and

- Imposing restrictive terms in contracts with major concert venues that undermine and foreclose competition from actual and potential rival promoters.

244.    Although each of these acts is anticompetitive when considered alongside Live Nation's associated conduct, each act occurs in concert with and against the backdrop of allegations and facts outlined throughout this Complaint. These acts have synergistic anticompetitive effects that have harmed competition and the competitive process.

245.    Live Nation's exclusionary conduct has foreclosed a substantial share of each market.

246.    Live Nation's anticompetitive acts have had harmful effects on competition and consumers.

247.    Live Nation's exclusionary conduct lacks a non-pretextual procompetitive justification that offsets the harm caused by Live Nation's anticompetitive and unlawful conduct.

248.    Live Nation's anticompetitive and exclusionary practices violate Section 2 of the Sherman Act, 15 U.S.C. § 2.

JR - 01070
PRR-2025-0179

### *Sixth Claim for Relief: Violation of Arkansas Law*

249.     Plaintiff State of Arkansas incorporates the allegations of Paragraphs 1 through 248 above.

250.     Plaintiff State of Arkansas brings this action in its sovereign capacity pursuant to Ark. Code Ann. § 4-75-212(a) and its *parens patriae* capacity pursuant to Ark. Code Ann. § 4-75-212(b) and Ark. Code Ann. § 4-75-315(b).

251.     Defendants' acts as alleged herein violate Arkansas's prohibition on monopolies under Ark. Code Ann. §§ 4-75-301 *et seq.*, and Unfair Practices Act, Ark. Code Ann. §§ 4-75-201 *et seq.*

252.     Plaintiff State of Arkansas is entitled to and seeks all remedies available at law or in equity, including, without limitation, the following:

a.     A declaratory judgment, pursuant to Ark. Code Ann. § 4-75-212(a)(1) and Ark. Code Ann. § 4-75-315(a)(1), that Defendants' acts and practices as described in this Complaint violate Arkansas's Unfair Practices Act and its prohibition on monopolies;

b.     Permanent injunctions against Defendants, pursuant to Ark. Code Ann. § 4-75-212(a)(2) and Ark. Code Ann. § 4-75-315(a)(2), enjoining Defendants from engaging in any act that violates Arkansas's Unfair Practices Act and its prohibition on monopolies, including but not limited to the unfair methods of competition alleged herein;

c.     Damages for injuries sustained or restitution for loss as a result of violations of Arkansas antitrust statutes pursuant to Ark. Code Ann. § 4-75-212(b)(1)(A) and Ark. Code Ann. § 4-75-315(b)(1);

d.     Civil penalties pursuant to Ark. Code Ann. § 4-75-212(a)(4) and Ark. Code Ann. § 4-75-315(a)(4);

JR - 01071
PRR-2025-0179

  e.  Costs and attorneys' fees pursuant to Ark. Code Ann. § 4-75-212(a)(4) and Ark. Code Ann. § 4-75-315(a)(4); and

  f.  All other just and equitable relief that this Court may deem appropriate.

### Seventh Claim for Relief: Violation of California Law

253. The State of California incorporates the allegations of Paragraphs 1 through 248 above.

254. Defendants' acts and practices detailed above also violate California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, et seq., which prohibits any unlawful, unfair, or fraudulent business act or practice.

255. In bringing its state claims, Plaintiff State of California is entitled to, without limitation, the following relief:

  a.  Injunctive, restitution and other equitable relief under the UCL (Cal. Bus. & Prof. Code § 17203); and

  b.  Civil penalties assessed at up to $2,500 for each violation of the UCL (Cal. Bus. & Prof. Code § 17206).

### Eighth Claim for Relief: Violation of District of Columbia Law

256. The District of Columbia incorporates the allegations of Paragraphs 1 through 248 above.

257. The Attorney General for the District of Columbia brings this action pursuant to D.C. Code § 28-4501, *et seq.* and 15 U.S.C. § 12, *et seq.*

258. Defendants' conduct alleged herein constitutes unlawful monopolization within the District of Columbia under D.C. Code § 28-4503.

259. Defendants' conduct alleged herein constitutes unlawful combination in restraint of trade within the District of Columbia under D.C. Code § 28-4502.

JR - 01072
PRR-2025-0179

260.     The District of Columbia seeks all remedies available under federal law and the
District of Columbia Antitrust Act, D.C. Code § 28-4507.

261.     The District of Columbia is also entitled to recover its costs and attorney's fees
under D.C. Code § 28-4507(a)(2)(B).

### *Ninth Claim for Relief: Violation of Florida Law*

262.     Plaintiff State of Florida incorporates the allegations of Paragraphs 1 through 248
above.

### Florida Antitrust Act

263.     This is an action against Defendants for their violation of the Florida Antitrust
Act, Sections 542.18 and 542.19, Florida Statutes.

264.     Defendants engaged in a wide-ranging anticompetitive and exclusionary course of
conduct within Florida.

265.     The acts and practices within Defendants' wide-ranging anticompetitive and
exclusionary course of conduct alleged herein constitute violations of the Florida Antitrust Act;

266.     The State of Florida seeks all legal and equitable remedies available for violations
of the Florida Antitrust Act, Sections 542.18 and 542.19, Florida Statutes.

267.     Defendants' anticompetitive acts alleged herein, or the effects thereof, are
continuing and will continue and are likely to recur unless permanently restrained and enjoined.

### Florida Deceptive and Unfair Trade Practices Act

268.      This is an action against Defendants for their violation of the Florida Deceptive
and Unfair Trade Practices Act, Section 501.204, Florida Statutes.

269.     Defendants engaged in a wide-ranging anticompetitive and exclusionary course of
conduct within Florida.

JR - 01073
PRR-2025-0179

270.     Defendants' unfair methods of competition alleged herein involve trade or commerce within the meaning of the Florida Deceptive and Unfair Trade Practices Act.

271.     The acts and practices within Defendants' wide-ranging anticompetitive and exclusionary course of conduct alleged herein constitute unfair methods of competition in violation of the Florida Deceptive and Unfair Trade Practices Act, Section 501.204, Florida Statutes.

272.     The State of Florida seeks all legal and equitable remedies available for violations of the Florida Deceptive and Unfair Trade Practices Act, Section 501.204, Florida Statutes.

273.     Defendants' unfair methods of competition alleged herein, or the effects thereof, are continuing and will continue and are likely to recur unless permanently restrained and enjoined.

Florida's Prayer for Relief

274.     Award to the State of Florida all legal and equitable remedies available for violations of the Florida Deceptive and Unfair Trade Practices Act, Section 501.204, Florida Statutes;

275.     Award to the State of Florida all legal and equitable remedies available for violations of the Florida Antitrust Act, Sections 542.18 and 542.19, Florida Statutes;

276.     Adjudge and decree that Defendants violated Sections 542.18, and 542.19, Florida Statutes;

277.     Adjudge and decree that Defendants violated Section 501.204, Florida Statutes;

278.     Enjoin and restrain, pursuant to Florida law, Defendants, their affiliates, assignees, subsidiaries, successors, and transferees, and their officers, directors, partners, agents and employees, and all other persons acting or claiming to act on their behalf or in concert with

88

JR - 01074
PRR-2025-0179

them, from continuing to engage in any anticompetitive conduct, and from adopting in the future

any practice, plan, program, or device having a similar purpose or effect to the anticompetitive

actions set forth above.

### Tenth Claim for Relief: Violation of Illinois Law

279.    Plaintiff State of Illinois incorporates the allegations of Paragraphs 1 through 248

above.

280.    Defendants' acts alleged herein violate Section 3 of the Illinois Antitrust Act, 740

ILCS 10/3(1)-(4).

281.    These violations substantially affect the people who reside in Illinois and

companies that conduct business in Illinois and have impacts within the State of Illinois.

282.    Plaintiff State of Illinois, through its Attorney General, requests that the Court

remedy these illegal acts, seeks all available relief as well as civil penalties under 740 ILCS 10/7.

283.    Plaintiff State of Illinois, through its Attorney General, also seeks to recover its

costs and attorneys' fees under 740 ILCS 10/7(2).

### Eleventh Claim for Relief: Violation of Maryland Law

284.    Plaintiff State of Maryland incorporates the allegations of Paragraphs 1 through

248 above.

285.    The Defendants' acts violate the Maryland Antitrust Act, MD Commercial Law

Code Ann. § 11-201 *et seq.* These acts have substantially lessened competition and have

anticompetitive effects within the State of Maryland.

286.    Plaintiff State of Maryland is entitled to all remedies available at law or in equity

(including, but not limited to, damages, injunctive relief, restitution, and divestiture) under

Maryland Commercial Law Code Ann. § 11-209. In addition, the Court may assess civil

penalties, costs, and reasonable attorneys' fees.

89

JR - 01075
PRR-2025-0179

### *Twelfth Claim for Relief: Violation of Michigan Law*

287.    Plaintiff State of Michigan incorporates the allegations of Paragraphs 1 through 248 above.

288.    The acts alleged in the Complaint violate the Michigan Antitrust Reform Act, MCL 445.771, *et seq.*

289.    The Attorney General brings this suit in the name of the State of Michigan and on behalf of the people of the State of Michigan in her *parens patriae* capacity.

290.    The acts alleged in the Complaint constitute the establishment, maintenance, or use of a monopoly, or any attempt to establish a monopoly, of trade or commerce in a relevant market by any person, for the purpose of excluding or limiting competition or controlling, fixing, or maintaining prices, pursuant to MCL 445.773.

291.    Michigan seeks all legal and equitable relief authorized by MCL 445.777 and MCL 445.778.

### *Thirteenth Claim for Relief: Violation of Minnesota Law*

292.    Plaintiff State of Minnesota incorporates the allegations of Paragraphs 1 through 248 above.

293.    Defendants' acts as alleged herein violate the Minnesota Antitrust Law of 1971, Minnesota Statutes sections 325D.49 to 325D.66. These violations substantially affect the people of Minnesota and have impacts within the State of Minnesota, including anticompetitive harms, such as increased prices, increased costs, and reduced quality.

294.    Plaintiff State of Minnesota seeks relief, including but not limited to the following:

      a.    Enjoining Defendants and their employees, officers, directors, agents, successors, assignees, affiliates, merged or acquired predecessors, parents, or controlling

JR - 01076
PRR-2025-0179

entities, subsidiaries, and all other persons acting in concert or participation with them from engaging in conduct in violation of Minnesota Statutes sections 325D.49-66;

b.      Awarding judgment against Defendants for civil penalties pursuant to Minnesota Statutes sections 8.31, subd. 3, and 325D.56; and

c.      Costs and reasonable attorneys' fees under Minnesota Statutes sections 325D.57 and 8.31, subd. 3a.

### *Fourteenth Claim for Relief: Violation of Nevada Law*

<u>Violations of Nevada Unfair Trade Practices Act</u>

295.    The State of Nevada incorporates the allegations of Paragraphs 1 through 248 above.

296.    The Defendants' conduct in the course of selling tickets, booking and promoting live entertainment shows, and operating concert venues in the State of Nevada has been unlawful, exclusionary and anticompetitive, as described in detail above, and has harmed fans, venues, promoters and artists throughout the State of Nevada.

297.    Live Nation's unlawful maintenance of its monopoly power in each of the various antitrust markets identified in Section VI through anticompetitive and exclusionary conduct, also constitute violations of Nevada law pursuant to the Nevada Unfair Trade Practices Act, Nev. Rev. Stat. § 598A.010, *et seq*. <u>See</u> specifically Nev. Rev. Stat. § 598A.060 – Prohibited Acts.

298.    The State of Nevada seeks all remedies available under federal law and the Nevada Unfair Trade Practices Act including, without limitation, the following:

a.      Civil penalties pursuant to Nev. Rev. Stat. § 598A.170, which provides for "an amount not to exceed 5 percent of the gross income realized by the sale of commodities or services sold by such persons in this state in each year in which the prohibited activities occurred";

91

JR - 01077
PRR-2025-0179

b.      Damages for natural persons residing in Nevada that were damaged

directly or indirectly by the defendants' conduct, pursuant to Nev. Rev. Stat. § 598A.160;

c.      Injunctive relief pursuant to Nev. Rev. Stat. § 598A.070(c)(1);

d.      Disgorgement, restitution and other equitable relief as provided by Nev.

Rev. Stat. § 598A.070(c)(4);

e.      Costs and attorney's fees pursuant to Nev. Rev. Stat. § 598A.200; and

f.      Any other remedies the court may deem appropriate under the facts and

circumstances of the case.

### *Fifteenth Claim for Relief: Violation of New Hampshire Law*

299.    Plaintiff State of New Hampshire incorporates the allegations of Paragraphs 1

through 248 above.

300.    The Defendants' acts violate the New Hampshire Combinations and Monopolies

Act, NH RSA 356 *et seq*. These acts have substantially lessened competition and have

anticompetitive effects within the State of New Hampshire.

301.    Plaintiff State of New Hampshire is entitled to all remedies available at law or in

equity (including damages, injunctive relief, restitution, and divestiture) under NH RSA 356 *et*

*seq*. In addition, the Court may assess civil penalties, costs, and reasonable attorneys' fees.

### *Sixteenth Claim for Relief: Violation of New Jersey Law*

302.    Plaintiff State of New Jersey repeats and realleges and incorporates by reference

Paragraphs 1 through 248 of this Complaint as if fully set forth herein.

303.    The New Jersey Antitrust Act, N.J.S.A. 56:9-3, states: "It shall be unlawful for

any person to monopolize, or attempt to monopolize, or to combine or conspire with any person

or persons, to monopolize trade or commerce in any relevant market within this State."

JR - 01078
PRR-2025-0179

304.     N.J.S.A. 56:9-4(a) of the New Jersey Antitrust Act, states: "Every contract, combination in the form of trust or otherwise, or conspiracy in restraint of trade or commerce, in this State, shall be unlawful."

305.     In the operation of its businesses, Defendant engaged in numerous commercial practices that violate the New Jersey Antitrust Act, N.J.S.A. 56:9-1 to -19, including monopolizing trade or commerce in relevant markets within the State of New Jersey, in violation of N.J.S.A. 56:9-3; and have engaged in conduct constituting restraint of trade or commerce in relevant markets within the State of New Jersey, in violation of N.J.S.A. 56:9-4(a).

306.     Each violation of the New Jersey Antitrust Act by Defendant constitutes a separate unlawful practice and violation, under N.J.S.A. 56:9-16.

307.     To restore competition to the affected markets, New Jersey seeks all remedies available under the New Jersey Antitrust Act, N.J.S.A. 56:9-1 to -19, and/or Section 16 of the Clayton Act including, without limitation, the following:

308.     Divestiture of Ticketmaster and/or venues owned or operated by Live Nation Entertainment, pursuant to N.J.S.A. 56:9-7 and/or Section 16 of the Clayton Act;

309.     Injunctive and other equitable relief prohibiting Defendant's wrongful conduct, pursuant to N.J.S.A. 56:9-10(a);

310.     Equitable monetary relief to remedy Defendant's unlawful conduct, pursuant to N.J.S.A. 56:9-10(b);

311.     Civil penalties of not more than the greater of $100,000 or $500 per day for each and every day of said violation against Defendant, pursuant to N.J.S.A. 56:9-10(c);

312.      Costs and attorney's fees, pursuant to N.J.S.A. 56:9-12; and

JR - 01079
PRR-2025-0179

313.     Other remedies as the Court may deem appropriate and the interests of justice

may require.

### *Seventeenth Claim for Relief: Violation of New York Law*

314.     Plaintiff State of New York incorporates the allegations of Paragraphs 1 through

248 above.

315.     Defendants' acts as alleged in this Complaint violate New York's Donnelly Act,

New York General Business Law §§ 340 *et seq.*, by contracts, agreements, arrangements or

combinations that result in the establishment or maintenance of a monopoly and/or by restraining

competition.

316.     Defendants' acts alleged in this Complaint also violate Section 63(12) of New

York's Executive Law, in that Defendants have engaged in repeated and/or persistent illegal acts,

including violations of Sections 1 and 2 of the Sherman Act, as well as violations of the

Donnelly Act.

317.     To restore competition to the affected markets, New York seeks equitable relief,

including an injunction prohibiting Defendants' wrongful conduct, as well divestitures of

Ticketmaster and venues owned or operated by Live Nation Entertainment, pursuant to Section

16 of the Clayton Act, New York General Business Law § 342 and/or Section 63(12) of the New

York Executive Law.

318.      New York also seeks equitable monetary relief to deter and remedy Defendants'

unlawful conduct pursuant to Section 63(12) of the New York Executive Law.

319.     New York seeks also civil penalties of $1,000,000 per violation against each

defendant, pursuant to New York Business Law § 342-a, as well as fees and costs pursuant to

federal and state law.

JR - 01080
PRR-2025-0179

## *Eighteenth Claim for Relief: Violation of Ohio Law*

Violations of Ohio's Valentine Act Against All Defendants

320.    Plaintiff State of Ohio incorporates the allegations of Paragraphs 1 through 248 above.

321.    Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. contract with and provide live entertainment services and commodities to Ohio businesses and consumers.

322.    Plaintiff brings this action pursuant to Ohio Rev. Code § 109.81 and Ohio Rev. Code Chapter 1331.

323.    Plaintiff, having reasonable cause to believe that violations of Ohio's antitrust laws have occurred, brings this action in his sovereign capacity pursuant to Ohio Rev. Code §109.81 to enforce Ohio law.

324.    Defendants, by and through their officers, directors, employees, agents, or other representatives, have engaged in a combination of capital, skill, or acts to create or carry out restrictions in trade or commerce in violation of Ohio's Valentine Act, codified in Ohio Rev. Code Chapter 1331.

325.    Defendants' collective and individual activities detailed above, including the vertical arrangements, constitute Trusts under Ohio Rev. Code § 1331.01(C)(1)(a), (b), and (e) and are thus illegal under Ohio's Valentine Act.

326.    The purposes or effects of Defendants' Trusts are to decrease competition, raise prices, and/or stifle innovation in all of the alleged relevant markets. Ohio Rev. Code § 1331.09.

327.    This complaint constitutes due notice of these violations under Ohio Rev. Code § 1331.03.

JR - 01081
PRR-2025-0179

328.     Plaintiff seeks the following remedies pursuant to Ohio Rev. Code § 109.81 and

Chapter 1331:

    a.     Civil forfeiture pursuant to Ohio Rev. Code § 1331.03;

    b.     Relief permanently enjoining Defendants Live Nation Entertainment, Inc.

and Ticketmaster L.L.C. from engaging in any acts that violate Ohio's Valentine Act;

    c.     Costs, attorneys' fees, and interest; and

    d.     Other remedies the court may deem appropriate according to the facts and

circumstances of the case.

### Nineteenth Claim for Relief: Violation of Oregon Law

329.     Plaintiff State of Oregon incorporates the allegations of Paragraphs 1 through 248

above.

330.     Defendants' acts as alleged herein violate the Oregon Antitrust Act, Oregon

Revised Statutes 606.705 *et seq*. These violations substantially affect the people of Oregon and

have impacts within the State of Oregon.

331.     Plaintiff State of Oregon seeks relief, including but not limited to the following:

    a.     Enjoining Defendants and their employees, officers, directors, agents,

successors, assignees, affiliates, merged or acquired predecessors, parents, or controlling

entities, subsidiaries, and all other persons acting in concert or participation with them

from engaging in conduct in violation of Oregon Revised Statutes 646.705 *et seq*.;

    b.     Awarding judgment against Defendants for civil penalties for each of the

first through fifth claims above pursuant to Oregon Revised Statues 646.760;

    c.     Costs and reasonable attorneys' fees under Oregon Revised Statutes

646.760; and

    d.     All legal and equitable remedies available under federal law and Oregon's

JR - 01082
PRR-2025-0179

Antitrust Act, ORS 646.705 *et seq.*, and any additional relief as the court finds just and proper.

### *Twentieth Claim for Relief: Violation of Rhode Island Law*

332.    The state of Rhode Island incorporates the allegations of Paragraphs 1 through 248 above.

333.    The acts alleged in causes of action 1–5 also constitute antitrust violations pursuant to the Rhode Island Antitrust Act, R.I. Gen. L. §§ 6-36-1, *et seq.*

334.    Rhode Island seeks all remedies available under federal law or the Rhode Island Antitrust Act including, without limitation, the following:

a.    Civil penalties pursuant to R.I. Gen. L. 6-36-10(c), which provides that "any person who violates this chapter may be liable for a civil penalty of not more than fifty thousand dollars ($50,000) for each violation;"

b.    Injunctive and other equitable relief pursuant to R.I. Gen. L. § 6-36;

c.    Costs and attorney's fees pursuant to § 6-36-11(a); and

d.    Other remedies as the court may deem appropriate under the facts and circumstances of the case.

### *Twenty-first Claim for Relief: Violation of South Carolina Law*

335.    Plaintiff State of South Carolina incorporates the allegations of Paragraphs 1 through 248 above. Each allegation is brought separately against each Defendant.

336.    The Attorney General of South Carolina is bringing this action in the name of the State pursuant to S.C. Code § 39-5-50.

337.    At all times described herein, the Defendants were engaged in conduct which constitutes "trade" and "commerce" as defined in S.C. Code § 39-5-10(b).

JR - 01083
PRR-2025-0179

338.   Defendants' acts or practices regarding South Carolina consumers as alleged herein are capable of repetition and affect the public interest.

339.   Defendants' acts or practices alleged herein constitute "unfair methods of competition" under S.C. Code § 39-5-20. Every unfair act or practice by each Defendant constitutes a separate and distinct violation of S.C. Code § 39-5-20.

340.   Defendants' acts or practices alleged herein are offensive to established public policy, immoral, unethical, or oppressive.

341.   At all times Defendants knew or should have known their conduct violated S.C. Code § 39-5-20 and, therefore, the conduct is willful for purposes of S.C. Code § 39-5-110, justifying civil penalties.

342.   Plaintiff State of South Carolina seeks all remedies available under the South Carolina Unfair Trade Practices Act (SCUTPA) including, without limitation, the following:

    a.    Permanently enjoin Defendants pursuant to S.C. Code § 39-5-50(a) from engaging in any acts that violate SCUTPA, including, but not limited to, the unfair methods of competition and unfair or deceptive acts or practices alleged herein;

    b.    Civil penalties in the amount of $5,000, pursuant to S.C. Code § 39-5-110(a), for every willful violation of SCUTPA;

    c.    Ascertainable loss damages as determined by the Court under S.C. Code § 39-5-50(b);

    d.    Costs and attorneys' fees pursuant to S.C. Code § 39-5-50(a) and S.C. Code § 1-7-85; and

    e.    All other legal and equitable relief as the court may deem appropriate under the facts and circumstances of the case.

JR - 01084
PRR-2025-0179

### *Twenty-second Claim for Relief: Violation of Tennessee Law*

343.    Plaintiff State of Tennessee incorporates the allegations of Paragraphs 1 through 248 above.

344.    Defendants engaged in the conduct described above while selling tickets, promoting shows, and operating venues in Tennessee. This anticompetitive conduct in Tennessee harmed thousands of fans, venues, promoters, and artists across the state.

345.    As a result of this conduct, and the concomitant reduction in competition in the relevant markets, Tennesseans and Tennessee businesses have suffered anticompetitive harms, including increased prices, increased costs, and reduced quality.

346.    This conduct has affected Tennessee commerce to a substantial degree.

347.    Accordingly, Defendants' actions violate the Tennessee Trade Practices Act, Tenn. Code Ann. §§ 47-25-101 *et seq.*, as amended.

348.    To remedy this anticompetitive conduct, the Tennessee Attorney General and Reporter seeks all legal and equitable relief to which it is entitled at law and equity.

### *Twenty-third Claim for Relief: Violation of Texas Law*

349.    Plaintiff State of Texas repeats and realleges the allegations of Paragraphs 1 through 248 above. Each allegation is brought separately against each Defendant.

350.    The aforementioned practices by Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. were and are in violation of Texas Business and Commerce Code § 15.01 et seq.

351.    Plaintiff State of Texas has reason to believe that Defendants have engaged in, and will continue to engage in, the anticompetitive and exclusionary course of conduct set forth herein, has caused and will cause adverse effects to consumers and harm to economic competition in trade and commerce in this State, and will cause damage to the State of Texas and

JR - 01085
PRR-2025-0179

to persons in the State of Texas. Therefore, the Antitrust Division of the Office of the Attorney General of the State of Texas believes and is of the opinion that this matter is in the public interest.

352.    The State of Texas requests a judgment that the Defendants engaged in conduct in violation of Texas Business and Commerce Code § 15.01 et seq.

353.    The State of Texas requests a civil fine up to the maximum amount allowed pursuant to Texas Business and Commerce Code § 15.20(a).

354.    The State of Texas requests the issuance of a permanent injunction to enjoin any activity or contemplated activity that violates or threatens to violate any of the prohibitions in § 15.05 pursuant to the Texas Business and Commerce Code § 15.20(b).

355.    The State of Texas requests its costs of this suit, including attorneys' fees, pursuant to Section 15.20(b) of the Texas Business and Commerce Code and Section 402.006 of the Texas Government Code.

### Twenty-fourth Claim for Relief: Violation of Virginia Law

356.    Plaintiff Commonwealth of Virginia incorporates the allegations of Paragraphs 1 through 248 above.

357.    In addition to violating federal law, Defendants' acts described above violate the Virginia Antitrust Act, Va. Code § 59.1-9.1 *et seq.*

358.    Defendants engaged in the conduct described above while selling tickets, promoting concerts, and operating venues in Virginia. This anticompetitive conduct harmed fans, venues, promoters, and artists across the Commonwealth and affected commerce therein.

359.    Plaintiff Commonwealth of Virginia is entitled to legal and equitable remedies for the claims alleged above, including but not limited to civil penalties under Va. Code § 59.1-9.11

JR - 01086
PRR-2025-0179

and other remedies (including recovery of costs and attorney's fees) under Va. Code § 59.1-9.15, in addition to the remedies available to it under federal law as alleged above.

### *Twenty-fifth Claim for Relief: Violation of Washington Law*

360.    The state of Washington incorporates the allegations of Paragraphs 1 through 248 above.

361.    The acts alleged in the claims for relief also constitute antitrust violations pursuant to the Washington Consumer Protection Act under Wash. Rev. Code § 19.86.030 (2024) and § 19.86.040 (2024).

362.    Washington seeks all injunctive remedies available under federal law.

363.    Washington seeks the following remedies available under the Washington Consumer Protection Act including, without limitation, the following:

    a.    That the Court adjudge and decree the conduct alleged in the complaint to be unlawful and in violation of the Washington Consumer Protection Act, Wash. Rev. Code § 19.86.030 (2024) and § 19.86.040 (2024).

    b.    Injunctive and other equitable relief pursuant to Wash. Rev. Code § 19.86.080 (2024);

    c.    Disgorgement and restitution pursuant to Wash. Rev. Code § 19.86.080 (2024);

    d.    Civil penalties pursuant to Wash. Rev. Code § 19.86.140 (2024);

    e.    Costs and attorney's fees pursuant to Wash. Rev. Code § 19.86.080 (2024); and

    f.    Other remedies, including pre-judgment interest, as the court may deem appropriate under the facts and circumstances of the case.

JR - 01087
PRR-2025-0179

***Twenty-sixth Claim for Relief: Violation of West Virginia Law***

364.     Plaintiff State of West Virginia incorporates the allegations of Paragraphs 1 through 248 above.

365.     Defendants' acts described above violate the West Virginia Antitrust Act, *see* W. Va. Code § 47– 18–1 *et seq*. These violations substantially affected the State of West Virginia and had impacts within the State of West Virginia.

366.     Plaintiff State of West Virginia is entitled to all remedies available at law or in equity (including damages, injunctive relief, disgorgement, restitution, and reimbursement), as well as civil penalties under West Virginia Code § 47–18–1 *et seq*.

367.     Plaintiff State of West Virginia also is entitled to recover its costs and attorneys' fees under West Virginia Code §§ 47–18–8, -9, and -17.

***Twenty-seventh Claim for Relief: Violation of Wisconsin Law***

368.     Plaintiff State of Wisconsin repeats and re-alleges and incorporates by reference the allegations of Paragraphs 1 through 248 above as if fully set forth herein.

369.     The aforementioned practices by Defendants violate Wisconsin's Antitrust Act, Wis. Stat. Ch. § 133.03 *et seq*. These violations substantially affect the people of Wisconsin and have impacts within the State of Wisconsin.

370.     Plaintiff State of Wisconsin, through its Attorney General and under its antitrust enforcement authority in Wis. Stat. Ch. 133, is entitled to all remedies available under Wis. Stat. §§ 133.03, 133.16, 133.17, and 133.18.

## IX.     Request for Relief

371.     To remedy these illegal acts, Plaintiffs request that the Court:

a.     Adjudge and decree that Live Nation has acted unlawfully to maintain its monopoly in the markets for the provision of primary ticketing services to major concert

JR - 01088
PRR-2025-0179

venues, the provision of primary concert ticketing services to major concert venues, and the provision of primary concert ticketing offerings to fans at major concert venues (even if combined with services that offer resale of concert tickets), in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2 and the state laws cited in paragraphs 249 through 370 above;

b.     Adjudge and decree that Live Nation has acted unlawfully by entering into long-term exclusive primary ticketing contracts with major concert venues that unreasonably restrain trade in the United States in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1 and the state laws cited in paragraphs 249 through 370 above;

c.     Adjudge and decree that Live Nation has acted unlawfully by tying artists' use of Live Nation owned, controlled and exclusively-booked large amphitheaters to their purchase of promotional services from Live Nation in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1 and the state laws cited in paragraphs 249 through 370 above;

d.     Adjudge and decree that Live Nation has acted unlawfully to maintain its monopoly in the market for the provision of the use of large amphitheaters and ancillary services to artists on large amphitheater tours, in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2 and the state laws cited in paragraphs 249 through 370 above;

e.     Adjudge and decree that Live Nation has acted unlawfully to maintain its monopoly in the markets for the provision of concert booking and promotion services to major concert venues and the provision of promotion services to artists performing in major concert venues, in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2 and the state laws cited in paragraphs 249 through 370 above;

JR - 01089
PRR-2025-0179

    f.      Order the divestiture of, at minimum, Ticketmaster, along with any additional relief as needed to cure any anticompetitive harm;

    g.      Order the termination of Live Nation's ticketing agreement with Oak View Group;

    h.      Enjoin Live Nation from continuing to engage in anticompetitive practices described herein and from engaging in other practices with the same purpose and effect as the challenged practices;

    i.      Enter any other preliminary or permanent relief necessary and appropriate to restore competitive conditions in the markets affected by Live Nation's unlawful conduct;

    j.      Award any additional relief in law or equity the Court finds just and proper; and

    k.      Award each Plaintiff, as applicable, an amount equal to its costs, including reasonable attorneys' fees, incurred in bringing this action.

## X.    Demand for a Jury Trial

372.    Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all issues properly triable to a jury in this case.

JR - 01090
PRR-2025-0179

Dated this 23d day of May, 2024.

Respectfully submitted,


**FOR PLAINTIFF UNITED STATES OF AMERICA**:


JONATHAN S. KANTER
Assistant Attorney General for Antitrust

DOHA G. MEKKI
Principal Deputy Assistant Attorney General
for Antitrust

ANDREW J. FORMAN
Deputy Assistant Attorney General

HETAL J. DOSHI
Deputy Assistant Attorney General

RYAN DANKS
Director of Civil Enforcement

CATHERINE K. DICK
Acting Director of Litigation

MIRIAM R. VISHIO
Deputy Director of Civil Enforcement

OWEN M. KENDLER
Chief, Financial Services, Fintech, & Banking
Section

MEAGAN K. BELLSHAW
Assistant Chief, Financial Services, Fintech, &
Banking Section

*/s/ Bonny Sweeney*
BONNY SWEENEY
SEANA BUZBEE
ALEX COHEN
BRITTNEY DIMOND
JONATHAN GOLDSMITH
MATTHEW HUPPERT
COLLIER KELLEY
SARAH LICHT
ARIANNA MARKEL
JENNIFER ROUALET
CHINITA SINKLER
JOHN R. THORNBURGH II
ROBERT VANCE
*Attorneys*

United States Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
Facsimile: (202) 514-7308
Email: Bonny.Sweeney@usdoj.gov

*Attorneys for the United States*

JR - 01091
PRR-2025-0179

**FOR PLAINTIFF STATE OF ARIZONA:**

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/ Robert A. Bernheim
ROBERT A. BERNHEIM
(*pro hac vice* forthcoming)

CONNOR NOLAN
(*pro hac vice* forthcoming)

Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Fax: (602) 542-4377
Robert.Bernheim@azag.gov
Connor.Nolan@azag.gov

*Attorneys for Plaintiff State of Arizona*


**FOR PLAINTIFF STATE OF ARKANSAS:**

TIM GRIFFIN
ATTORNEY GENERAL

By: _____
Amanda J. Wentz, Ark. Bar No. 2021066
Assistant Attorney General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1178
Fax: (501) 682-8118
Email: amanda.wentz@arkansasag.gov
(*pro hac vice* forthcoming)

*Attorneys for Plaintiff State of Arkansas*

JR - 01092
PRR-2025-0179

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General

/s/ Paula Lauren Gibson
PAULA L. BLIZZARD, Senior Assistant Attorney General
NATALIE S. MANZO, Supervising Deputy Attorney General
PAULA LAUREN GIBSON, Deputy Attorney General
(CA Bar No. 100780)
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6040
Email: paula.gibson@doj.ca.gov

*Attorneys for Plaintiff State of California*
*Pro hac vice* application forthcoming

**FOR PLAINTIFF STATE OF COLORADO**:

PHILIP J. WEISER
Attorney General

CONOR J. MAY
Assistant Attorney General
*(Pro Hac Vice Forthcoming)*
BRYN A. WILLIAMS
First Assistant Attorney General
JONATHAN B. SALLET
Special Assistant Attorney General
ARIC SMITH
Assistant Attorney General
*(Pro Hac Vice Forthcoming)*
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Conor.May@coag.gov
Bryn.Williams@coag.gov

107

Jon.Sallet@coag.gov
Aric.Smith@coag.gov

*Attorneys for the Plaintiff State of Colorado*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
ATTORNEY GENERAL OF CONNECTICUT

Jeremy Pearlman
Associate Attorney General
Email: Jeremy.pearlman@ct.gov

/s/ Nicole Demers
Nicole Demers
Deputy Associate Attorney General
Email: nicole.demers@ct.gov
(*pro hac vice* forthcoming)

/s/ Kim Carlson McGee
Kim Carlson McGee
Assistant Attorney General
Email: kim.mcgee@ct.gov
(*pro hac vice* forthcoming)

/s/ Rahul A. Darwar
Rahul A. Darwar
Assistant Attorney General
Email: rahul.darwar@ct.gov
(*pro hac vice* forthcoming)

Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030

*Attorneys for Plaintiff State of Connecticut*

**FOR PLAINTIFF DISTRICT OF COLUMBIA:**

BRIAN L. SCHWALB
Attorney General

JR - 01094
PRR-2025-0179

JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division

BETH MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General
Public Advocacy Division

*/s/ Amanda Hamilton*
Amanda Hamilton
Assistant Attorney General
Amanda.Hamilton@dc.gov
(*pro hac vice* forthcoming)

Adam Gitlin
Chief, Antitrust and Nonprofit Enforcement Section
Adam.Gitlin@dc.gov
(*pro hac vice* forthcoming)

Cole Niggeman
Assistant Attorney General
Cole.Niggeman@dc.gov
(*pro hac vice* forthcoming)

Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001

*Attorneys for Plaintiff District of Columbia*


**FOR PLAINTIFF STATE OF FLORIDA:**

ASHLEY MOODY
ATTORNEY GENERAL OF FLORIDA

 */s/ Lizabeth A. Brady*
Lizabeth A. Brady
Director, Antitrust Division
Liz.Brady@myfloridalegal.com

Lee Istrail
Assistant Attorney General
Lee.Istrail@myfloridalegal.com

JR - 01095
PRR-2025-0179

(pro hac vice forthcoming)

Nicole A. Sarrine
Assistant Attorney General
Nicole.Sarrine@myfloridalegal.com
(pro hac vice forthcoming)

Tyler A. Kovacs
Assistant Attorney General
Tyler.Kovacs@myfloridalegal.com
(pro hac vice forthcoming)

Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
850-414-3300

*Attorneys for Plaintiff State of Florida*


**FOR PLAINTIFF STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General


Richard S. Schultz
Assistant Attorney General
Richard.Schultz@ilag.gov

Daniel Betancourt
Assistant Attorney General
Daniel.Betancourt@ilag.gov

Office of the Illinois Attorney General
115 S. LaSalle Street, Floor 23
Chicago, IL 60603
Tel: (872) 272-0996
Fax: (312) 814-4902

*Attorneys for Plaintiff State of Illinois*
*Pro hac vice* applications forthcoming

JR - 01096
PRR-2025-0179

**FOR PLAINTIFF STATE OF MARYLAND:**

ANTHONY G. BROWN
Attorney General

/s/ Schonette J. Walker

Schonette J. Walker
Assistant Attorney General
Chief, Antitrust Division
swalker@oag.state.md.us

Gary Honick
Assistant Attorney General
Deputy Chief, Antitrust Division
ghonick@oag.state.md.us

Byron Warren
Assistant Attorney General
bwarren@oag.state.md.us
200 St. Paul Place, 19th floor
Baltimore, Maryland 21202
(410) 576-6470

(*Pro hac vice* applications forthcoming)

*Attorneys for Plaintiff State of Maryland*

**FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:**

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Katherine W. Krems
KATHERINE W. KREMS (MA Bar # 710455)
Assistant Attorney General, Antitrust Division
(*pro hac vice* forthcoming)
MICHAEL B. MACKENZIE (MA Bar # 683305)
Deputy Chief, Antitrust Division
WILLIAM T. MATLACK (MA Bar # 552109)
Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

JR - 01097
PRR-2025-0179

Tel: (617) 963-2180
Email: Katherine.Krems@mass.gov

*Attorneys for Plaintiff Commonwealth of Massachusetts*

**FOR PLAINTIFF STATE OF MICHIGAN:**

DANA NESSEL
Attorney General of Michigan

_____
JASON R. EVANS
Division Chief
Corporate Oversight Division
EvansJ@michigan.gov

_____
JONATHAN S. COMISH
Assistant Attorney General
Corporate Oversight Division
ComishJ@michigan.gov

_____
LEANN D. SCOTT
Assistant Attorney General
Corporate Oversight Division
ScottL21@michigan.gov

Michigan Department of Attorney General
525 W Ottawa St.
Lansing, MI 48933
Telephone: 517-335-7622

JR - 01098
PRR-2025-0179

*Attorneys for Plaintiff State of Michigan*
*Pro hac vice* application forthcoming

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
ATTORNEY GENERAL

JAMES CANADAY
Deputy Attorney General

/s/ Katherine A. Moerke
KATHERINE A. MOERKE
(*pro hac vice* motion forthcoming)
ELIZABETH ODETTE
(*pro hac vice* motion forthcoming)
ZACH BIESANZ
Assistant Attorneys General
Office of the Minnesota Attorney General
Suite 1400
445 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 757-1433
Fax: (651) 296-9663
katherine.moerke@ag.state.mn.us
elizabeth.odette@ag.state.mn.us
zach.biesanz@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

**FOR PLAINTIFF STATE OF NEVADA:**

AARON D. FORD
Nevada Attorney General

ERNEST D. FIGUEROA
Consumer Advocate

/s/ Lucas J. Tucker

Lucas J. Tucker
Senior Deputy Attorney General (NV Bar No. 10252)

JR - 01099
PRR-2025-0179

LTucker@ag.nv.gov

Michelle C. Badorine
Senior Deputy Attorney General (NV Bar No. 13206)
MBadorine@ag.nv.gov
Office of the Nevada Attorney General
Bureau of Consumer Protection
8945 West Russell Road., Suite 204
Las Vegas, Nevada 89148
Tel: 702-486-3256

*Attorneys for Plaintiff State of Nevada*


**FOR PLAINTIFF STATE OF NEW HAMPSHIRE:**

JOHN M. FORMELLA
ATTORNEY GENERAL

*/s/ Zachary Frish*
Zachary Frish
(pro hac vice forthcoming)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
One Granite Place South
Concord, NH 03301
603-271-3658
Zachary.A.Frish@doj.nh.gov

*Attorney for Plaintiff State of New Hampshire*


**FOR PLAINTIFF STATE OF NEW JERSEY:**

MATTHEW J. PLATKIN
Attorney General of New Jersey

Isabella Pitt
(*pro hac vice* forthcoming)
Assistant Section Chief – Antitrust
Isabella.Pitt@law.njoag.gov

JR - 01100
PRR-2025-0179

/s/ Yale Leber

Yale Leber
(*pro hac vice* forthcoming)
Deputy Attorney General
Yale.Leber@law.njoag.gov

Andrew Esoldi
(*pro hac vice* forthcoming)
Deputy Attorney General
Andrew.Esoldi@law.njoag.gov

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(973) 648-3070

*Attorneys for Plaintiff State of New Jersey*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES
ATTORNEY GENERAL OF NEW YORK

 */s/* Jeremy R. Kasha

Jeremy R. Kasha
Assistant Attorney General
Jeremy.Kasha@ag.ny.gov

Amy E. McFarlane
Deputy Chief, Antitrust Bureau
Amy.McFarlane@ag.ny.gov

Elinor R. Hoffmann
Chief, Antitrust Bureau
Elinor.Hoffmann@ag.ny.gov

Christopher D'Angelo
Chief Deputy Attorney General
Economic Justice Division
Christopher.D'Angelo@ag.ny.gov
(pro hac vice forthcoming)

JR - 01101
PRR-2025-0179

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-8262

*Attorneys for Plaintiff State of New York*


**FOR PLAINTIFF STATE OF NORTH CAROLINA:**

JOSHUA H. STEIN
ATTORNEY GENERAL

 */s/* Jasmine S. McGhee
Jasmine S. McGhee
Senior Deputy Attorney General
Director, Consumer Protection Division
JMcghee@ncdoj.gov
(pro hac vice forthcoming)

Sarah G. Boyce
Deputy Attorney General & General Counsel
SBoyce@ncdoj.gov
(pro hac vice forthcoming)

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
Facsimile: (919) 716-6050

*Attorneys for Plaintiff State of North Carolina*

**FOR PLAINTIFF STATE OF OHIO:**

DAVE YOST
OHIO ATTORNEY GENERAL

*/s/ Sarah Mader*
Sarah Mader (*pro hac vice forthcoming*)
Assistant Attorney General, Antitrust Section
Sarah.Mader@OhioAGO.gov

JR - 01102
PRR-2025-0179

Edward W. Mehrer III (*pro hac vice forthcoming*)
Assistant Attorney General, Antitrust Section
Trey.Mehrer@OhioAGO.gov

Erik Clark
Deputy Attorney General for Major Litigation

Beth A. Finnerty
Section Chief, Antitrust Section

Office of the Ohio Attorney General
30 E. Broad St., 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328

*Attorneys for Plaintiff State of Ohio*


**FOR PLAINTIFF STATE OF OKLAHOMA:**

GENTNER DRUMMOND
Attorney General of Oklahoma


CALEB J. SMITH
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street
Suite 1000
Tulsa, OK 74119
Telephone: 918-581-2230
Email: caleb.smith@oag.ok.gov

*Attorneys for Plaintiff State of Oklahoma*
*Pro hac vice* application forthcoming

JR - 01103
PRR-2025-0179

**FOR PLAINTIFF STATE OF OREGON:**

Ellen F. Rosenblum
Oregon Attorney General

*/s/ Tim Nord*
TIM NORD
Special Counsel
Tim.D.Nord@doj.oregon.gov
(pro hac vice forthcoming)
Civil Enforcement Division
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
Tel: (503) 934-4400
Fax: (503) 378-5017

*Attorneys for Plaintiff State of Oregon*

**FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:**

MICHELLE A. HENRY
Attorney General

James A. Donahue, III
First Deputy Attorney General
jdonahue@attorneygeneral.gov

Mark A. Pacella
Executive Deputy Attorney General
Public Protection Division
mpacella@attorneygeneral.gov

/s/ Tracy W. Wertz
Tracy W. Wertz
Chief Deputy Attorney General
Antitrust Section
twertz@attorneygeneral.gov
(pro hac vice forthcoming)

Joseph S. Betsko
Assistant Chief Deputy Attorney General

118

JR - 01104
PRR-2025-0179

Antitrust Section
jbetsko@attorneygeneral.gov
(pro hac vice forthcoming)

Jennifer A. Thomson
Senior Deputy Attorney General
Antitrust Section
jthomson@attorneygeneral.gov
(pro hac vice forthcoming)

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Phone: (717) 787-4530

*Attorneys for Plaintiff Commonwealth of Pennsylvania*


**FOR PLAINTIFF STATE OF RHODE ISLAND:**

PETER F. NERONHA
Attorney General

/s/ *Stephen N. Provazza*
Stephen N. Provazza
*Assistant Attorney General*
Chief, Consumer and Economic Justice Unit
(pro hac vice forthcoming)

Paul T.J. Meosky
*Special Assistant Attorney General*
Office of the Attorney General – State of Rhode Island
(pro hac vice forthcoming)

150 South Main Street
Providence, RI 02903
(401) 274-4400 (telephone)
(401) 222-2995 (fax)
sprovazza@riag.ri.gov
pmeosky@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

JR - 01105
PRR-2025-0179

**FOR PLAINTIFF STATE OF SOUTH CAROLINA:**

ALAN M. WILSON
ATTORNEY GENERAL OF SOUTH CAROLINA

/s/ Alan M. Wilson
ALAN M. WILSON, Fed. ID # 10457
Attorney General of South Carolina

W. JEFFREY YOUNG, Fed. ID # 6122
Chief Deputy Attorney General

C. HAVIRD JONES, JR., Fed. ID # 2227
Senior Assistant Deputy Attorney General
SJones@scag.gov

JARED Q. LIBET, Fed. ID # 9882
Assistant Deputy Attorney General
JLibet@scag.gov

DANIELLE A. ROBERTSON, Fed. ID # 14007
Assistant Attorney General
DaniRobertson@scag.gov
 (pro hac vice forthcoming)

OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, South Carolina 29211
 (803) 734-0274

*Attorneys for Plaintiff State of South Carolina*


**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ J. David McDowell
J. DAVID MCDOWELL
Deputy, Consumer Protection Division

HAMILTON MILLWEE

JR - 01106
PRR-2025-0179

MARILYN GUIRGUIS
TYLER CORCORAN
Assistant Attorneys General

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 38202
Telephone: 615-741-8722
Email:David.McDowell@ag.tn.gov
Hamilton.Millwee@ag.tn.gov
Marilyn.Guirguis@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*
*Pro Hac Vice Motions Forthcoming*


**FOR PLAINTIFF STATE OF TEXAS:**

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
BRENT WEBSTER
First Assistant Attorney General
JAMES LLOYD
Deputy Attorney General for Civil Litigation
TREVOR YOUNG (*pro hac vice* forthcoming)
Deputy Chief, Antitrust Division
DIAMANTE SMITH (*pro hac vice* forthcoming)
Assistant Attorney General, Antitrust Division

Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

JR - 01107
PRR-2025-0179

**FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:**

JASON S. MIYARES
Attorney General of Virginia

STEVEN G. POPPS
Deputy Attorney General
Civil Division

/s/ David C. Smith
TYLER T. HENRY (*pro hac vice* forthcoming)
Senior Assistant Attorney General
DAVID C. SMITH (*pro hac vice* forthcoming)
Assistant Attorney General
CHANDLER P. CRENSHAW (*pro hac vice* forthcoming)
Assistant Attorney General

Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 786-2071
Facsimile:      (804) 786-0122
Email: THenry@oag.state.va.us
DSmith@oag.state.va.us
CCrenshaw@oag.state.va.us

*Attorneys for Plaintiff Commonwealth of Virginia*


**FOR PLAINTIFF STATE OF WASHINGTON:**

ROBERT W. FERGUSON
Attorney General

*s/ Rachel A. Lumen*
RACHEL LUMEN, WSBA No. 47918

Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206.464.5343
Rachel.Lumen@atg.wa.gov
(*pro hac vice* forthcoming)

JR - 01108
PRR-2025-0179

*Attorney for the Plaintiff State of Washington*

**FOR PLAINTIFF STATE OF WEST VIRGINIA:**

PATRICK MORRISEY
ATTORNEY GENERAL OF WEST VIRGINIA

  /s/ Douglas L. Davis
Douglas L. Davis
Senior Assistant Attorney General
douglas.l.davis@wvago.gov
(*pro hac vice* forthcoming)

Ann L. Haight
Director and Deputy Attorney General
Consumer Protection and Antitrust Division
ann.l.haight@wvago.gov

West Virginia Office of the Attorney General
1900 Kanawha Boulevard East
Capitol Complex
Building 6, Suite 401
Charleston, WV 25305
(tel) 304-558-8986
(fax) 304-559-0184

*Attorneys for Plaintiff State of West Virginia*

**FOR PLAINTIFF STATE OF WISCONSIN:**

JOSHUA L. KAUL
ATTORNEY GENERAL OF WISCONSIN

/s/ Laura E. McFarlane

Laura E. McFarlane
Assistant Attorney General
mcfarlanele@doj.state.wi.us
(*pro hac vice* forthcoming)

JR - 01109
PRR-2025-0179

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707
(608) 266-8911

*Attorneys for Plaintiff State of Wisconsin*

**FOR PLAINTIFF STATE OF WYOMING:**

BRIDGET HILL
ATTORNEY GENERAL OF WYOMING

/s/ William T. Young
William T. Young
Assistant Attorney General
William.Young@wyo.gov
(*pro hac vice* forthcoming)

Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7841

*Attorneys for the Plaintiff State of Wyoming*

JR - 01110
PRR-2025-0179



**Bob Ferguson**

# ATTORNEY GENERAL OF WASHINGTON

800 Fifth Avenue, Suite 2000  ●  Seattle, Washington 98104-3188
Telephone (206) 464-7744  ●  Facsimile (206) 464-6338

DATE:        May 23, 2024

TO:           AGO staff with records pertaining to the AGO's antitrust lawsuit against LiveNation

FROM:       Rachel Lumen, Assistant Attorney General
              Jonathan Mark, Antitrust Division Chief

SUBJECT:   **Litigation Hold Notice Re: United States. et al. v. Live Nation Entertainment,
              Inc., et al.**

An immediate need exists for you to identify and preserve potential evidence that may be relevant to
the subject matter of current and/or anticipated litigation described in the subject line. The duty for
you to act to identify and preserve evidence is a continuing duty. Your obligation continues until you
receive written notification that the duty has been lifted.

The failure to take reasonable steps to ensure the proper preservation of potential evidence will
expose the State, your agency, yourself and the Attorney General's Office to a broad spectrum of
court imposed sanctions. At their most severe, sanctions could cost the State, along with any named
employees, the ability to defend themselves and result in the imposition of monetary penalties.

## SUMMARY OF STEPS REQUIRED

1. Review this Litigation Hold Notice and any attached documents.
2. Identify potential evidence related to the subject matter of this Hold Notice.
3. Preserve such potential evidence whether it currently exists or is created after receipt of this
   Hold Notice
4. Complete Litigation Information Checklist/Verification Form if one is provided.
5. Await instructions regarding collection of preserved information.
6. Retain Attorney/Client Communications separately from other information.

## DETAILED INSTRUCTIONS

### 1.  Review Litigation Hold Notice

Carefully read this Litigation Hold Notice and any enclosed documents in their entirety. You are
required to take affirmative steps as a result of having received this notice. Part of your duty to

**CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT COMMUNICATION**

ATTORNEY GENERAL OF WASHINGTON

May 23, 2024
Page 2

identify and preserve potential evidence includes a responsibility to seek clarification from your
agency point of contact immediately, if there are any portions of this notice that you find confusing.

> Your agency point of contact is:
> Rachel Lumen, Assistant Attorney General
> (206) 464-5343
> Rachel.Lumen@atg.wa.gov

**2.  Identify Data And Materials Related To The Subject Matter Of This Hold Notice.**

The current litigation involves the following subject matter:

The Antitrust Division of the Attorney General's Office has filed a lawsuit in the Southern
District of New York against Live Nation Entertainment, Inc. and Ticketmaster L.L.C., alleging
violations of the federal antitrust laws and the Consumer Protection Act. The AGO is seeking
injunctive and monetary relief, civil penalties, and costs and fees.

The data and materials you must act to identify and preserve include any physical/tangible items,
paper documents and electronically information evidence that currently exists or may be created
in the future that is related to the subject matter of the litigation as described above.

- Physical/tangible items can include any number of tangible things within your control
  or access that relate to the subject matter identified above.

- Paper documents can include a number of types of written material. For example,
  documentary evidence might include: files, reports, planners, calendars, diaries, Post-
  It® notes, printed photographs and draft documents.

- Electronically stored information can include a broad and complex range of digital
  data and metadata; it may be stored in a number of locations and on different types of
  work or personal devices. For example, electronically stored information might
  include: word processing files, e-mail files, spreadsheet files, text files, digital
  photographs, and digital videos.

ESI might be stored include work computers, personal computers, tablets, work phones, personal
phones, external storage devices, network servers, back-up servers, third party servers (internet
email, cloud storage).

You are in the best position to determine whether you are in control of or have access to existing
and/or future physical, documentary or electronically stored evidence. Conduct a thoughtful and
meaningful review of all of these types of potential evidence within your control or access. Think
expansively. Be sure to consider not just your own materials, but materials of former employees
that you maintain access and control over.

**CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT COMMUNICATION**

ATTORNEY GENERAL OF WASHINGTON

May 23, 2024
Page 3

If for any reason you suspect that potential evidence has been destroyed or lost, or is in jeopardy of being destroyed or lost, notify your agency point of contact immediately.

Consider whether there are additional people who may hold relevant information and report this to your agency Discovery Manager or the assigned attorney identified below.

### 3. Preserve Documents, Records, and Information

Once you identify data and records, you must take reasonable and prompt steps to preserve it. Under no circumstances should potential evidence be altered, lost or destroyed. Electronically stored information must be preserved in its native format (the format in which it was originally created). Be mindful of automatic deletion programs. **If you have any question about how to preserve electronically stored evidence in its native format, or have any concerns that automatic deletion programs operate on your agency information systems, contact your agency point of contact and coordinate with your agency's information technology department.**

This Litigation Hold Notice supersedes any document retention or destruction schedules. All such schedules are suspended as to the potential evidence covered by this Litigation Hold Notice. Such potential evidence must be preserved even if previously approved for destruction.

### 4. Complete Litigation Information Checklist/Verification Form

Promptly complete and return the Litigation Information Checklist/Verification Form, if you are requested to do so. This form may be used by the Attorney General's Office and your agency to identify holders of potential evidence, track potential evidence and to collect potential evidence.

This form also documents your understanding of and compliance with this Litigation Hold Notice.

### 5. Await Instructions Regarding Collection Of Potential Evidence

Your agency point of contact or the Attorney General's Office will contact you with specific instructions on collection of potential evidence. Remain mindful of your duty to identify not just currently existing potential evidence, but potential evidence that may develop while this hold notice is pending.

### 6. Understanding And Retaining Attorney/Client Privileged And Confidential Communications

**CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT COMMUNICATION**

ATTORNEY GENERAL OF WASHINGTON

May 23, 2024
Page 4

Any communications (written, electronic, or otherwise) between your agency and the Attorney General's Office should be considered privileged and confidential, and should not to be disseminated or disclosed to anyone unless you are specifically authorized to do so (by the assigned AAG, a senior manager in your agency, or a court order). To the best of your ability, please separate out all such communications relating to this matter, including this one, from regular agency records, and store them together in a separate file, plainly marked as follows:

This will help prevent any accidental disclosure of these privileged documents, records, or information through public disclosure requests.

Questions about this litigation hold notice can be directed to your agency contact or the assigned AGO staff:

Rachel Lumen, Assistant Attorney General
(206) 464-5343
Rachel.Lumen@atg.wa.gov

**CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT COMMUNICATION**

1
2
3
4
5
6
7

**STATE OF WASHINGTON**
**KING COUNTY SUPERIOR COURT**

8

STATE OF WASHINGTON,                      NO.

9
                              Plaintiff,

10                                         COMPLAINT FOR INJUNCTIVE
                                           AND OTHER RELIEF
      v.

11

TAYLOR C. KURTH;
12    FINDMYSEATS, LLC; AND BOX
      OFFICE PROS, LLC,

13
                              Defendants.

14

15                    **I.    INTRODUCTION**

16        1.1.    The State of Washington, by and through its attorneys Robert W. Ferguson,

17    Attorney General, and Andrea M. Alegrett, Assistant Attorney General, brings this action against

18    Defendants Taylor C. Kurth, Findmyseats, LLC, and Box Office Pros, LLC (collectively

19    Defendants). The claims for relief alleged herein arise from Defendants' utilization of software

20    to circumvent, thwart, interfere with, or evade a security measure, access control system, or other

21    control or measure on a ticket seller's internet website in violation of the Ticket Sellers Act,

22    RCW 19.345.020, a *per se* violation of the Consumer Protection Act, RCW 19.86.

23
24
25
26

COMPLAINT FOR INJUNCTIVE AND OTHER
RELIEF - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7745

JR - 01115
PRR-2025-0179

## II.    JURISDICTION AND VENUE

2.1    The Attorney General is authorized to bring an action to prohibit unfair or deceptive acts or practices in the conduct of trade or commerce under the Consumer Protection Act, RCW 19.86.080, and for violations of the Ticket Sellers Act, RCW 19.345.

2.2    This Court has personal jurisdiction over Defendants pursuant to RCW 4.28.180, RCW 4.28.185, and RCW 19.86.160 because the acts alleged herein have been committed in this State.

2.3    Venue is proper in King County pursuant to RCW 4.12.020 because Defendants engaged in the conduct set forth in this Complaint in King County and elsewhere in the state of Washington.

## III.    PARTIES

3.1    Plaintiff is the State of Washington.

3.2    Defendant Taylor C. Kurth operates a sole proprietorship under his own name where he buys and sells tickets for events in Washington. The principal place of business of Taylor Kurth's sole proprietorship is in Concord, Massachusetts. Taylor Kurth directs, controls, participates in, and knowingly approves of the policies, activities, and practices alleged in the Complaint herein.

3.3    Defendant Findmyseats, LLC is a Massachusetts limited liability company that buys and sells tickets for events in Washington. Defendant Taylor Kurth is the sole owner of Findmyseats, LLC.

3.4    Defendant Box Office Pros, LLC is a Massachusetts limited liability company that buys and sells tickets for events in Washington. Defendant Taylor Kurth is the sole owner of Box Office Pros, LLC.

3.5    Acts done by one Defendant were done in furtherance of the business practices of the other. Defendants directed, created, executed, participated in, controlled, had the authority

COMPLAINT FOR INJUNCTIVE AND OTHER
RELIEF - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7745

JR - 01116
PRR-2025-0179

1    to control or participate in, and had knowledge of the acts and practices set forth in this

2    Complaint. Upon information and belief, all Defendants received significant proceeds from the

3    business practices identified in this Complaint.

4                                  **IV.    FACTS**

5          4.1    Taylor Kurth operates a sole proprietorship under his own name and created

6    Findmyseats, LLC and Box Office Pros, LLC as a continuation of his sole proprietorship

7    (collectively referred to as Defendants). Through these entities, Defendants buy tickets for events

8    in Washington, including concerts, theatrical performances, sporting events, exhibitions, and

9    other shows. Defendants then sell these tickets to Washington consumers, often at a significantly

10   higher price than the face value of these tickets.

11         4.2    Taylor Kurth employs a team of ticket purchasing agents to buy tickets for

12   popular events in Washington. These employees purchase tickets from online ticket sellers, such

13   as Ticketmaster Entertainment, Inc. (www.ticketmaster.com) and Tickets.com, Inc.

14   (www.tickets.com), utilizing both internet browsers and iPhone and Android applications.

15   Through these employees, Defendants purchased thousands of tickets for popular events at major

16   venues in King County, such as the Paramount Theater, CenturyLink Field, Safeco Field, and

17   Key Arena.

18         4.3    In early 2015, Defendants started utilizing ticket-purchasing software ("ticket bot

19   software") to buy tickets from ticketmaster.com. Taylor Kurth purchased ticket bot software

20   from online sellers who, upon information and belief, reside outside of the United States.

21   Defendants utilized this ticket bot software to circumvent, thwart, interfere with, or evade a

22   security measure, access control system, or other control or measure on a ticket seller's internet

23   website.

24         4.4    Defendants employed the ticket bot software to complete hundreds of

25   unauthorized transactions on www.ticketmaster.com for high demand events. Such events

26

COMPLAINT FOR INJUNCTIVE AND OTHER
RELIEF - 3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7745

JR - 01117
PRR-2025-0179

include Beyoncé's The Formation World Tour, Justin Bieber's Purpose World Tour, Adele at Key Arena, and Seattle Mariners games. Defendants then resold these tickets to consumers on third-party websites such as Stubhub.com. Defendants resold several of these tickets for $30 to $200 more than the face value of the ticket.

## V.    CAUSE OF ACTION

### (Violations of the Ticket Sellers Act, RCW 19.345.020)

5.1    The State realleges and incorporates paragraphs 1.1 through 4.4 herein as if set forth in their entirety.

5.2    Defendants violated section RCW 19.345.020 of the Ticket Sellers Act by utilizing software to circumvent, thwart, interfere with, or evade a security measure, access control system, or other control or measure on a ticket seller's internet web site.

5.3    Defendants utilized such software to obtain tickets to events, including concerts theatrical performances, sporting events, exhibitions, shows, or other similar activities held in Washington. *See* RCW 19.345.010(3).

5.4    A violation of the Ticket Sellers Act is deemed to affect the public interest and constitutes a *per se* violation of the Consumer Protection Act, RCW 19.86. RCW 19.345.020(3).

## VI.    PRAYER FOR RELIEF

Wherefore, the State prays for the following relief:

6.1    That the Court adjudge and decree that Defendants have engaged in the conduct complained of herein.

6.2    That the Court adjudge and decree that the conduct complained of in Paragraphs 4.1 through 4.4 constitutes violations of the Ticket Seller Act, RCW 19.345.020, and are unfair and deceptive acts and practices in trade or commerce and unfair methods of competition in violation of the Consumer Protection Act, RCW 19.86.

COMPLAINT FOR INJUNCTIVE AND OTHER
RELIEF - 4

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7745
JR - 01118
PRR-2025-0179

6.3     That the Court issue a permanent injunction enjoining and restraining Defendants and its representatives, successors, assigns, officers, agents, servants, employees, and all other persons acting or claiming to act for, on behalf of, or in active concert or participation with Defendants, from continuing or engaging in the unlawful conduct complained of herein.

6.4     That the Court assess penalties, pursuant to RCW 19.86.140, of two-thousand dollars ($2,000.00) per civil violation against Defendants for each and every violation of RCW 19.86.020 caused by the conduct complained of herein.

6.5     That the Court make such orders pursuant to RCW 19.86.080 as it deems appropriate to restore to consumers any money or property paid by them as a result of the unlawful conduct complained of herein.

6.6     That the Court make such orders pursuant to RCW 19.86.080 to provide that Plaintiff, State of Washington, have and recover from Defendants the costs of this action, including reasonable attorneys' fees.

6.7     Any other award the Court determines is just and equitable.

Dated this 2nd day of February 2018.

ROBERT W. FERGUSON
Attorney General

/s/ Andrea M. Alegrett
ANDREA M. ALEGRETT, WSBA #50236
Assistant Attorney General
State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 389-3813
Fax: (206) 587-5636
andreaa1@atg.wa.gov

Attorneys for Plaintiff State of Washington

COMPLAINT FOR INJUNCTIVE AND OTHER
RELIEF - 5

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7745

JR - 01119
PRR-2025-0179

# Event: WA Venue Coalition Briefing

**Start Date:** 2021-03-30 20:30:00 +0000

**End Date:** 2021-03-30 21:30:00 +0000

**Organizer:** Bedier, Kim <kbedier@tacomavenues.org>

**Location:** https://us02web.zoom.us/j/86241866381?
pwd=NWtFMnBOcnZTcXFDaW5WeWF1WFBNUT09

**Status:** CONFIRMED

**Attendee:** Adam Zacks <adamzacks@stgpresents.org>; Alexander, Tom
<talexander@tacomavenues.org>; Alisia Anderson <aanderson@mariners.com>; Amanda
Koppelman <amb26@uw.edu>; Amanda Mann <Amanda.mann@trailblazers.com>; Ben Clarke
<clarke@wsu.edu>; bethknox@seattlesports.org <bethknox@seattlesports.org>; Chad Queirolo
<cqueirolo@aegpresents.com>; Chip Lydum <clydum@uw.edu>; Christopher Marr
<marrcj@icloud.com>; Corey Margolis <Corey.Margolis@spectraxp.com>; Danny Wilde
<DannyWilde@LiveNation.com>; David Young <DavidY@Seahawks.com>; Eric Bresler
<ebresler@oakviewgroup.com>; Higgins, Tim <THiggins@showarecenter.com>; Jeff Gombosky
<jeffgombosky@gmail.com>; Jeff Trisler <JeffTrisler@LiveNation.com>; Mark Miller
<mmiller@towntoyotacenter.com>; MaryClare Bourjaily <MaryClareBourjaily@livenation.com>;
Matt Meyer <mmeyer@spokanepfd.org>; Rob Thomas <rthomas@aegpresents.com>; Steve
Mattson (smattson@oakviewgroup.com) <smattson@oakviewgroup.com>; Trevor Gooby
<tgooby@mariners.com>; Vetting, Sarah E. <SarahV@SeahawksFGI.com>; Zach Hensley
<ZachH@SeahawksFGI.com>; Streuli, Nick (GOV) <Nick.Streuli@gov.wa.gov>; Green, Chris (COM)
<chris.green@commerce.wa.gov>; lisa.brown@commerce.wa.gov
<lisa.brown@commerce.wa.gov>; Sherwood, Karisa (COM)
<karisa.sherwood@commerce.wa.gov>

**Class:** PUBLIC

**Priority:** 5

**DTSTAMP:** 2021-03-18 17:24:40 +0000

**Alarm:** Display the following message 15m before start

| REMINDER

WA Venue Coalition briefing with WA State Department of Commerce/Governor's Office

Join Zoom Meeting
https://us02web.zoom.us/j/86241866381?pwd=NWtFMnBOcnZTcXFDaW5WeWF1WFBNUT09

Meeting ID: 862 4186 6381
Passcode: 275002
One tap mobile
+12532158782,,86241866381#,,,,*275002# US (Tacoma)

+16699009128,,86241866381#,,,,*275002# US (San Jose)

Dial by your location
    +1 253 215 8782 US (Tacoma)
    +1 669 900 9128 US (San Jose)
    +1 346 248 7799 US (Houston)
    +1 312 626 6799 US (Chicago)
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Washington DC)
Meeting ID: 862 4186 6381
Passcode: 275002
Find your local number: https://us02web.zoom.us/u/kP3jT0NJC

Case 2:25-cv-01179-JRC-RSP   Document 10-2   Filed 12/01/25   Page 158 of 819
Case 2:12-cv-00683-SJO   Document 64   Filed 01/23/13   Page 1 of 15
PageID #: 1722

1    SUZANNE LIABRAATEN, WSBA No. 39382
     Assistant Attorney General
2    Attorney for Judicial Defendants
     800 Fifth Avenue, Suite 2000
3    Seattle, Washington  98104-3188
     Telephone:  (206) 464-7352
4    E-Mail:      SuzanneL@atg.wa.gov

5

6

7                                 The Honorable S James Otero

8               **UNITED STATES DISTRICT COURT**
         **WESTERN DISTRICT OF WASHINGTON**
9                      **AT SEATTLE**

10

11    John R. Scannell,                  NO.  C12-00683-SJO

                      Plaintiff,
12    v.

13    Washington State Bar Association,
     et al.
14

                  Defendants.
15

16

17      **JUDICIAL DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO**
        **DEFENDANTS' MOTION TO DISMISS**
18      **HEARING DATE: FEBRUARY 11, 2013 at 11:00 AM**

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Section
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01122
PRR-2025-0179

# I.   ARGUMENT IN REPLY

## A.   The Conference Requirement Was Met

The Motion to Dismiss ("Motion") is properly before the Court, despite Plaintiff's protestations to the contrary.  Prior to filing the Motion, Plaintiff was informed of Defendants intention to file a motion to dismiss his Complaint.  *See* Declaration of Suzanne LiaBraaten.  On November 13, 2012, this Court held a status conference at which motions to dismiss by the Judicial and WSBA Defendants were discussed.  ECF No. 58-1; Decl. LiaBraaten at ¶6.  During a telephonic conference on November 21, 2012 regarding Plaintiff's intention to file a motion for summary judgment, counsel for Defendants reiterated to Plaintiff that they would be moving to dismiss his claims.  Decl. LiaBraaten at ¶7; *see also* ECF No. 59.  Plaintiff was aware that the Judicial Defendants would move to dismiss, in part on judicial immunity grounds, and Plaintiff did not indicate any intention to dismiss his claims against the Judicial Defendants.

This case is similar to *Broadwood Inv. Fund LLC v. United States*, SACV 08-0295 DOC ANX, 2012 WL 4840703, fn 10 (C.D. Cal. Sept. 21, 2012), where the Court distinguished the case cited in Plaintiff's Response, *Larry Singer v. Live Nation Worldwide, Inc.*, No. SACV 11-0427 DOC (C.D. Cal. 01/13/2012) for the same reasons found there, ruling that LR 7-3 was met because a special hearing was held to discuss the filing of summary judgment motions, and the defendant informed everyone that it would be filing such a motion.  *Id.*

Plaintiff here indicates that he had to "expend time and resources trying to decipher what judicially noticeable facts the state defendants are referring to."  ECF No. 62 at 2 (Pl.'s Response).  This is a red herring.  Even if Defendants had identified the documents to which they would refer in the Motion prior to filing,

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01123
PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP   Document 102   Filed 12/01/25   Page 160 of 819
Case 2:12-cv-00683-SJO   Document 42   Filed 01/23/13   Page 2 of 49
PageID #:  1724

Plaintiff would nevertheless have had to spend the same time reviewing those documents to respond to the Motion.  There is no prejudice.  Furthermore, the purpose of the meet and confer requirement, to avoid wasting the Court's time with motions that could be resolved by agreement, is satisfied because Plaintiff made clear in the parties' telephone conference that he has no intention of dismissing his claims.  Decl. LiaBraaten at ¶7.  Given the nature of the arguments in the motion to dismiss, including judicial immunity and lack of subject matter jurisdiction because of the *Rooker-Feldman* doctrine, postponement of the Court's decision on the motion would serve only to delay the eventual dismissal of the Judicial Defendants.

**B.    The Court Should Deny Plaintiff's Motion to Strike References to the State Disbarment Opinion**

Plaintiff cannot challenge the underlying validity of an opinion of the Washington State Supreme Court in this forum.  This Court can take judicial notice of the Washington State Supreme Court's opinion in *In re Discipline of Scannell*, 169 Wash. 2d 723, 727, 239 P.3d 332 (2010) ("Disbarment Opinion"), without converting this motion into a motion for summary judgment.  *See Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (documents referred to in the complaint and any matters subject to judicial notice may be considered in connection with a motion to dismiss).  If Plaintiff wanted to challenge the findings and conclusions in the Disbarment Opinion, his only avenue for doing so would have been a petition for writ of certiorari to the U.S. Supreme Court.  He cannot do so now in a *de facto* appeal to this Court pursuant to the *Rooker-Feldman* doctrine.  Furthermore, under the Full Faith and Credit Act, 28 U.S.C. §1738, a federal court is required to give a state court judgment the "full faith and credit" in federal court as it would have in state court.  The

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01124

PRR-2025-0179

Case 2:25-cv-01179-JRC-BSP   Document 10-2   Filed 12/01/25   Page 161 of 819
Case 2:12-cv-00683-SJO   Document 42   Filed 01/23/13   Page 3 of 13
PageID #: 1725

Court should deny Plaintiff's request to strike references to the factual findings of the Washington State Supreme Court in Plaintiff's disciplinary case.

## C.   The *Rooker-Feldman* Doctrine Precludes Subject-Matter Jurisdiction

### 1.   Plaintiff Seeks to Challenge the Validity of the State Court Decision; a *De Facto* Appeal Prohibited by *Rooker-Feldman*

Plaintiff's Response confirms that this lawsuit "challenges the validity of" the Disbarment Opinion. By doing so, Plaintiff is pursuing a *de facto* appeal, which the *Rooker-Feldman* doctrine prohibits.

Plaintiff incorrectly argues that *Rooker-Feldman* does not apply because his claims against the Judicial Defendants are not "inextricably intertwined" with a *de facto* appeal. Plaintiff is a "state-court loser[] complaining of injuries caused by state-court judgments rendered before the[se] district court proceedings commenced and inviting district court review and rejection of those judgments." *Mothershed v. Justices of the Supreme Court*, 410 F.3d 602 (9th Cir. 2005), *citing Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 161 L. Ed. 2d 454, 125 S. Ct. 1517, 1521-22 (2005); *Rooker v. Fid. Trust Co.*, 263 U.S. 413, 416, 44 S. Ct. 149, 68 L. Ed. 362 (1923); *Dist. of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 468, 103 S. Ct. 1303, 75 L. Ed. 2d 206 (1983); *see also Johnson v. De Grandy*, 512 U.S. 997, 1005-1006, 129 L. Ed. 2d 775, 114 S. Ct. 2647 (1994) ("[A] party losing in state court is barred from seeking what in substance would be appellate review of the state judgment in a United States district court, based on the losing party's claim that the state judgment itself violates the loser's federal rights."). Plaintiff's requests for relief include a request that this Court find that the state court's judgment was flawed. This is precisely the *de facto* appeal that *Rooker-Feldman* prohibits. As a consequence, Plaintiff's contention that the Disbarment Opinion was incorrect, and all claims

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01125
PRR-2025-0179

Case 2:25-cv-01179-JRC-BSP   Document 10-2   Filed 12/01/25   Page 162 of 819
Case 2:12-cv-00683-SJO   Document 41   Filed 01/23/13   Page 4 of 13
PageID #: 1726

1   inextricably intertwined with that contention, are prohibited.

2       As the Ninth Circuit recently observed, the *Feldman* case itself provides an

3   example of an impermissible "inextricably intertwined" claim: "'[i]f the

4   constitutional claims presented to a United States District Court are inextricably

5   intertwined with the state court's denial in a judicial proceeding of a particular

6   plaintiff's application for admission to the state bar, then the District Court is in

7   essence being called upon to review the state court decision,' which 'the District

8   Court may not do.'"  *Cooper v. Ramos*, 11-57144, 2012 WL 6700297 at *5 (9th

9   Cir. Dec. 27, 2012) (quoting *Feldman*, 460 U.S. at 482 n. 16).  In determining

10   whether a question is "inextricably intertwined," the Court should consider

11   whether "federal relief can only be predicated upon a conviction that the state

12   court was wrong"; if so, "it is difficult to conceive the federal proceeding as, in

13   substance, anything other than a prohibited appeal of the state-court judgment."

14   *Cooper*, 2012 WL 6700297 at *5 (quoting *Pennzoil Co. v. Texaco, Inc.,* 481 U.S.

15   1, 25 (1987) (Marshall, J., concurring)).  When a plaintiff "complains of a legal

16   wrong allegedly committed by the state court, and seeks relief from the judgment

17   of that court," *Rooker-Feldman* prohibits such a request.   *Cooper*, 2012 WL

18   6700297 at *4.  Here, Plaintiff is suing the very decision makers who disbarred

19   him, contending that such decision was incorrect and seeking to overturn it.

20       The title a plaintiff gives to his claim is not necessarily controlling and a

21   court should "pay close attention to the relief sought by the federal-court

22   plaintiff." *Cooper,* 2012 WL 6700297 at *4 (quoting *Bianchi v. Rylaarsdam*, 334

23   F.3d 895, 900 (9th Cir.2003)).  Even when a plaintiff titles his claim as a

24   generalized due process violation, or as violation of other federal law, if the claim

25   sought is specific to undercutting a prior state court decision, such relief is

26

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01126
PRR-2025-0179

Case 2:25-cv-01179-JRC-BSP   Document 10-2   Filed 12/01/25   Page 163 of 819
Case 2:12-cv-00683-SJO   Document 64   Filed 01/23/13   Page 5 of 8
PageID #: 1727

prohibited.    For example, in *Cooper* an inmate sought to challenge the constitutionality of DNA testing, claiming a conspiracy involving a sheriff's department and others, and sought relief from the state court's determination regarding the DNA testing.   The plaintiff there argued that he brought a generalized constitutional attack on the state court's interpretation of law. However, the Court held that "[i]t is immaterial that [Cooper] frames his federal complaint as a constitutional challenge to the state court['s] decision[ ], rather than as a direct appeal of th[at] decision[ ]."  *Cooper,* 2012 WL 6700297 at *8 (quoting *Bianchi*, 334 F.3d at 900 n. 4).   Even attempting to hold non-judicial individuals liable through monetary and punitive damages "for conspiracy in the state court proceeding that he lost" is prohibited because such a claim is "'inextricably intertwined' with the Superior Court's order denying his request . . ."  *Id.*   Where the prayer for relief "is contingent upon a finding that the state court decision was in error," it is a "fig leaf" for attacking a state court decision, and is prohibited by *Rooker-Feldman*.  *Id.*

In this case, Plaintiff requests this Court grant declaratory relief, finding that the Disbarment Opinion contains factual and legal errors, and that the state court improperly asserted authority to prosecute him under Washington law. These are *de facto* appeals of the state court proceedings.  As Plaintiff has made it clear in his Response, "this suit challenges the validity of [the state court's] decision. . ."  ECF No. 62 at 4.  Regardless of whether Plaintiff previously raised in state court the exact issues he now asserts, which he could have done so in a petition for writ of certiorari to the U.S. Supreme Court, the remedy he seeks is an attack on the Disbarment Opinion and is barred by *Rooker-Feldman*.

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01127
PRR-2025-0179

Case 2:25-cv-01179-JRC-BSP   Document 10-2   Filed 12/01/25   Page 164 of 819
Case 2:12-cv-00683-SJO   Document 64   Filed 01/23/13   Page 6 of 15
PageID #: 1728

### 2. Extrinsic Fraud Exception Is Not Applicable to Plaintiff's Claims Against the Judicial Defendants

Mr. Scannell's attempt to avoid the *Rooker-Feldman* bar by contending that his disbarment was the product of extrinsic fraud on the Washington Supreme Court is unavailing because he alleges that the Justices participated in the alleged "fraud" and not that they were defrauded. *See* ECF No. 62 at 10-11 (invoking purported extrinsic fraud exception to *Rooker-Feldman*). The cases Mr. Scannell cites are inapposite. Notably, none of his "examples where a court has had to set aside a fraud" considered application of the *Rooker-Feldman* doctrine. *See* cases cited at ECF No. 62 at 11.

As Judge Conti held when deciding a similar case filed by a disbarred attorney against the State Supreme Court and the WSBA, reliance on *In re Sun Valley Foods Co. v. Detroit Marine Terminals, Inc.*, 801 F.2d 186 (6th Cir. 1986), for the proposition that there is a fraud exception to *Rooker-Feldman* is misplaced. *See Marshall v. Washington State Bar Ass'n*, CV-11-5319 SC, 2012 WL 1884680 (W.D. Wash. May 23, 2012). In *Sun Valley*, the Sixth Circuit held that a "federal court 'may entertain a collateral attack on a state court judgment which is alleged to have been procured through fraud, deception, accident, or mistake,'" and cited *Resolute Ins. Co. v. North Carolina*, 397 F.2d 586 (4th Cir. 1968), for that proposition. The language from *Resolute Ins. Co.* concerns an exception to *res judicata*, not the *Rooker-Feldman* doctrine. *See Resolute Ins. Co.*, 397 F.2d at 589. As in *Marshall*, Mr. Scannell is trying to capitalize on the *Sun Valley* court's conflation of res judicata and *Rooker-Feldman*. *See West v. Evergreen Highlands Ass'n*, 213 Fed. Appx. 670, 674 n.3 (10th Cir. 2007) (finding "good reason to balk" at the fraud exception purportedly recognized in *Sun Valley* because "[c]onstruing Rooker-Feldman to permit federal

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

6

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01128
PRR-2025-0179

Case 2:25-cv-01179-JRC-RSP   Document 10-2   Filed 12/01/25   Page 165 of 819
Case 2:12-cv-00683-SJO   Document 42   Filed 01/23/13   Page 7 of 13
PageID #:  1729

reconsideration and nullification of state judgments on grounds that could have been pursued in state court arguably allows under the rubric of collateral attack just another mechanism for lower federal court review unauthorized under § 1257").

To the extent that the Ninth Circuit has recognized an extrinsic fraud exception, it has done so only on very narrow grounds not present here.  *See Kougasian v. TMSL, Inc.,* 359 F.3d 1136 (9th Cir. 2004).  For example, in *Kougasian*, the extrinsic fraud consisted of an allegedly false declaration filed with the court by a litigant, not alleged fraud perpetrated by the court itself.  See *id*. at 1140.

Mr. Scannell attempts to avoid the *Rooker-Feldman* doctrine by implying, without elucidation, that his disbarment was the product of fraud, relying upon *Kougasian*.  Mr. Scannell's Complaint makes clear that his claims of fraud involve "intrinsic" fraud allegedly committed by (not on) the Judicial Defendants, not extrinsic fraud.  In other words, he does not contend that the decision-makers in his disciplinary proceedings were defrauded.  Rather, Mr. Scannell contends that the Justices all participated in and committed the alleged fraud.  *See, e.g.*, Complaint, ¶¶ 63, 105, 227, 256.  By definition, the extrinsic fraud exception to the *Rooker-Feldman* doctrine does not apply to "an error by that court." *Kougasian*, 359 F.3d at 1141 (emphasis added).  The extrinsic fraud doctrine has no application here.

Even if there were an extrinsic fraud exception, Plaintiff has not met the heightened pleading requirements for pleading a claim for fraud.  The allegations regarding the Judicial Defendants' alleged fraud are devoid of factual support and rely instead only on innuendo and conclusory statements.

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

7

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01129
PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP   Document 10-2   Filed 12/01/25   Page 166 of 819
Case 2:12-cv-00683-SJO   Document 42   Filed 01/23/13   Page 9 of 18
PageID #:  1730

**D.    The Judicial Defendants Are Entitled to Judicial and Legislative Immunity**

Judicial immunity protects judges from suit when they are acting in their adjudicative capacity.  Claiming that the judges violated Mr. Scannell's due process is not sufficient to overcome the fact that he challenges the decision-making of the Justices as they adjudicated his disbarment proceedings.  Plaintiff also claims that the Court acted without jurisdiction, citing to *Stump v. Sparkman*, 435 U.S. 349 (1978).  However, in *Stump*, the Court recognized that judicial immunity applied to protect a judge from suit, even in a case where procedural errors existed and in the absence of a specific statute granting the judge authority to order the sterilization of a minor.  *Stump v. Sparkman*, 435 U.S. 349, 357 (1978).  "[T]he scope of the judge's jurisdiction must be construed broadly where the issue is the immunity of the judge."  *Id.* at 356.  As the *Stump* court recognized, "[a] judge will not be deprived of immunity because the action he took was in error, was done maliciously, or was in excess of his authority. . ."  *Id.*

Courts have "repeatedly have stressed the importance of resolving immunity questions at the earliest possible stage in litigation."  *Pearson v. Callahan*, 555 U.S. 223, 232, 129 S. Ct. 808, 815, 172 L. Ed. 2d 565 (2009) (regarding resolving qualified immunity).  In the case of absolute judicial immunity, an early resolution of the immunity question is critical because "judicial immunity is an immunity from suit" altogether.  *Mireles v. Waco*, 502 U.S. 9, 11 (1991).

Legislative immunity also applies to the actions of the Judicial Defendants for their participation in ELC Task Force meetings to revisit attorney disciplinary rules.  Plaintiff incorrectly asserts that *Supreme Court of Virginia v. Consumers Union of U. S., Inc.*, 446 U.S. 719, 734, 100 S. Ct. 1967, 1976, 64 L. Ed. 2d 641

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

8

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01130

PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP   Document 40-2   Filed 12/03/25   Page 167 of 819
Case 2:12-cv-00683-SJO   Document 64   Filed 01/18/13   Page 9 of 13
PageID #: 1731

(1980) held that legislative immunity does not apply to judicial officers. Rather, the Court held that "the Virginia Court and its members are immune from suit when acting in their legislative capacity" when issuing or amending rules, or failing to do so. *Id.*

Both judicial and legislative immunity absolutely protect officials from suit because "a private civil action, whether for an injunction or damages, creates a distraction and forces [legislators] to divert their time, energy, and attention from their legislative tasks to defend the litigation." *Supreme Court of Virginia*, 446 U.S. at 733. In addition to the other reasons discussed, these immunities bar the Plaintiff's claims against the Judicial Defendants.

**E. Plaintiff Seeks Declaratory and Injunctive Relief That Is Not Prospective and Does not Have Standing to Pursue Prospective Relief**

As set forth in the Motion, judicial officials are immune from suits for declaratory and injunctive relief unless the relief sought is prospective. Plaintiff does not meaningfully address the issue of whether he is seeking truly prospective relief from this Court.

He asserts that his RICO relief requests that the Judicial Defendants be enjoined from associating with the WSBA because of his RICO claims. ECF No 62 at 18. For reasons discussed herein and in the Motion, his RICO claims fail as a matter of law.

He also asserts that he seeks prospective relief from the State Supreme Court Clerks. ECF No 62 at 18. Those claims also fail for reasons discussed herein and in the Motion, including because 42 U.S.C. § 1983 prohibits injunctive relief unless declaratory relief was unavailable or a declaratory judgment violated. 42 U.S.C. § 1983. Plaintiff also does not have standing to pursue his requested relief against the State Supreme Court Clerks because he has

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

9

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01131
PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP   Document 10-2   Filed 12/03/25   Page 168 of 819
Case 2:12-cv-00683-SJO   Document 64-2   Filed 01/13/15   Page 10 of 68
PageID #: 1732

no pending cases before the Washington State Supreme Court and because he cannot prove redressability because the decision on his disbarment is final.

Finally, Plaintiff seeks "any and all relief that the court would deem proper." ECF No 62 at 18. Such a non-specific request is not sufficient to withstand a motion to dismiss. Plaintiff implicitly agrees that all other declaratory and injunctive relief requested from the Judicial Defendants is not prospective; as such those claims must be summarily dismissed.

## F.     RICO Claims Should Be Dismissed

Despite naming only three Justices as RICO defendants, Plaintiff asserts in his Response that he is alleging that all of the Justices worked in concert through "illegal ex parte contact and their failure to supervise the disciplinary system." ECF No. 62 at 19. He seeks to compel discovery from these Judicial Defendants. Prior to diverting the Justices' attention through burdensome discovery, Plaintiff must first meet the threshold questions of whether he can overcome the immunities held by the Judicial Defendants and whether he has sufficiently pled a RICO cause of action. He cannot.

As discussed, *Rooker-Feldman* and immunities preclude these claims against the Judicial Defendants. In addition to the other reasons discussed in the Motion to Dismiss, Plaintiff has not pled predicate acts prohibited by RICO. He claims that the "protection racket" "extorts money from lawyers in return from protection from their clients." ECF No. 62 at 19-20. This bald assertion that "payment of dues" is extortion not sufficient to meet the pleading requirements of a RICO claim. Plaintiff also claims in circular logic that racial discrimination is a predicate offense because it is part of the extortion plot. ECF No. 62 at 20. This argument does not make sense. Racial discrimination is not a listed

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

10

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01132
PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP    Document 40-2    Filed 12/03/25    Page 169 of 819
Case 2:11-cv-00683-SJO    Document 46    Filed 01/18/13    Page 11 of 69
PageID #: 1733

predicate act for a RICO claim; even if it were, Plaintiff has no standing to assert claims of racial discrimination on behalf of African American attorneys. Plaintiff has failed to state a claim for RICO relief against the Judicial Defendants.

**G.    Plaintiff's Antitrust Claims Must Be Dismissed**

Plaintiff makes no argument to refute the Judicial Defendant's request for dismissal of any Sherman Antitrust Act Claims against them. These claims should be summarily dismissed.

**H.    State Supreme Court Clerks are Entitled to Immunity**

The State Supreme Court Clerks are entitled to quasi-judicial immunity from Plaintiff's claims that they failed to file or process his pleadings. The filing of pleadings is an "integral part of the judicial process." *Mullis v. U.S. Bankr. Court*, 828 F.2d 1385, 1390 (9th Cir. 1987). The case cited in support by Plaintiff for the proposition that the failure to file pleadings by a court clerk presents a colorable federal claim discussed the subject in *dicta*, and is not controlling here. *See Le Grand v. Evan,* 702 F.2d 415, 418 (2d Cir. 1983) (stating that the issue of whether clerks were afforded absolute immunity need not be resolved by that Court). In the Ninth Circuit, courts have followed the guidance of *Mullis*, holding that clerks are entitled to absolute quasi-judicial immunity for the failure to file or process documents. *See e.g., Devoll v. Fawcett,* 2009 WL 734160 at 3 (E.D. Cal. 2009) (court clerks entitled to absolute quasi-judicial immunity in civil rights claim for monetary damages predicated on clerks' failure or refusal to file documents); *Hamilton v. Aubrey*, 2008 WL 1774469 at 2 (D. Nev. 2008) (and cases cited therein).

To the extent Plaintiff now alleges RICO claims against Supreme Court Clerk Carpenter, Response at 21-22, such a claim fails for the same reasons his

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

11

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01133
PRR-2025-0179

other RICO claims fail.

## I.    Mandamus Should Not Be Issued By This Court Against the Washington State Supreme Court's Officials

Plaintiff contends in his Response that he is asking this Court to apply Washington law to issue a writ of mandamus to the Washington State Supreme Court to file his pleadings in a matter which has been deemed final by the Washington State Supreme Court.   As employees of the Washington State Supreme Court, Plaintiff is seeking a writ of mandamus to be issued to them in their official capacity, as clerks of the Court.   Seeking mandamus to be issued to the clerks in their official capacity is tantamount to issuing mandamus to the Court itself.   In addition to the reasons discussed in the Motion to Dismiss, the Washington State Supreme Court is not an "inferior court" to this Court; as such an issuance of such a mandamus is not permissible, and would raise serious questions of federalism and comity.

## II.    CONCLUSION

For the foregoing reasons, the Judicial Defendants respectfully request that this Court dismiss Mr. Scannell's claims against them.   In addition, the Judicial Defendants request that this dismissal be with prejudice and without leave to amend as the lack of subject-matter jurisdiction that stems from application of the *Rooker-Feldman* doctrine and the various immunities cannot be remedied by any amendment.

Respectfully submitted this 25th day of January, 2013.

ROBERT W. FERGUSON
Attorney General

*/s/ Suzanne LiaBraaten*
SUZANNE LIABRAATEN, WSBA No. 39382

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

12

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01134

PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP   Document 10-2   Filed 12/01/25   Page 171 of 819
Case 2:11-cv-00683-SJO   Document 64   Filed 09/12/03   Page 14 of 14
PageID #:  1735

Assistant Attorney General
Attorneys for Judicial Defendants
800 Fifth Avenue, Suite 2000
Seattle, Washington  98104-3188
Telephone:  (206) 464-7352
E-Mail:        SuzanneL@atg.wa.gov

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

13

JR - 01135
PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP    Document 10-2    Filed 12/01/25    Page 172 of 819
Case 2:12-cv-00683-SJO    Document 60-2    Filed 01/13/25    Page 18 of 72
PageID #: 1736

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deidra A Nguyen     danguyen@littler.com, jhandressor@littler.com, scallahan@littler.com

Douglas Edward Smith     desmith@littler.com, arobertson@littler.com

Elizabeth A. Turner     elizabetht@wsba.org

John R Scannell     zamboni_john@actionlaw.net, zamboni_john@hotmail.com

Ryan Paul Hammond     rhammond@littler.com, arobertson@littler.com

Suzanne M. LiaBraaten     SuzanneL@atg.wa.gov, geraldn@atg.wa.gov, nicoles4@atg.wa.gov, torseaef@atg.wa.gov

Todd Richard Bowers     ToddB@atg.wa.gov, aaronw@atg.wa.gov, billc2@atg.wa.gov, hollya1@atg.wa.gov, torseaef@atg.wa.gov

Dated this 25th day of January, 2013, at Seattle, Washington.

ROBERT W. FERGUSON
Attorney General

/s/ Suzanne LiaBraaten
SUZANNE LIABRAATEN,
WSBA No. 39382
Assistant Attorney General
Attorneys for Judicial Defendants
800 Fifth Avenue, Suite 2000
Seattle, Washington  98104-3188
Telephone:  (206) 464-7352
E-Mail:     SuzanneL@atg.wa.gov

JUDICIAL DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
NO. C12-00683-SJO

14

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01136
PRR-2025-0179

Case 2:25-cv-01179-JRC-RSP   Document 10-2   Filed 12/01/25   Page 173 of 819
Case 2:11-cv-00583-SLO   Document 64-2   Filed 11/13/25   Page 186 of 713
PageID #:  1737

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01137

PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP    Document 40-2  Filed 12/03/25   Page 174 of 819
Case 2:25-cv-00583-SPO    Document 40-2  Filed 11/03/25   Page 2 of 14
PageID #: 1738

# TABLE OF CONTENTS

I.   ARGUMENT IN REPLY ............................................................ 1

A.  The Conference Requirement Was Met ................................... 1

B.  The Court Should Deny Plaintiff's Motion to Strike References to the State Disbarment Opinion ........................... 2

C.  The *Rooker-Feldman* Doctrine Precludes Subject-Matter Jurisdiction .... 3

1.  Plaintiff Seeks to Challenge the Validity of the State Court Decision; a *De Facto* Appeal Prohibited by *Rooker-Feldman* .......... 3

2.  Extrinsic Fraud Exception Is Not Applicable to Plaintiff's Claims Against the Judicial Defendants ........................ 6

D.  The Judicial Defendants Are Entitled to Judicial and Legislative Immunity ....................................... 8

E.  Plaintiff Seeks Declaratory and Injunctive Relief That Is Not Prospective and Does not Have Standing to Pursue Prospective Relief ... 9

F.  RICO Claims Should Be Dismissed ........................ 10

G.  Plaintiff's Antitrust Claims Must Be Dismissed ..................... 11

H.  State Supreme Court Clerks are Entitled to Immunity ........................... 11

I.   Mandamus Should Not Be Issued By This Court Against the Washington State Supreme Court's Officials........................ 12

II.  CONCLUSION ...................................................... 12

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

R - 01138
PRR-2025-0179

Case 2:25-cv-01179-JRG-RSP    Document 40-2    Filed 12/03/25    Page 175 of 819
Case 2:25-cv-00683-SPL    Document 40-2    Filed 01/13/25    Page 1 of 75
PageID #: 1739

# TABLE OF AUTHORITIES

## <u>Cases</u>

*Broadwood Inv. Fund LLC v. United States*,
  SACV 08-0295 DOC ANX, 2012 WL 4840703 (C.D. Cal. Sept. 21, 2012)......... 1

*Cooper v. Ramos*,
  11-57144, 2012 WL 6700297 (9th Cir. Dec. 27, 2012) ................................... 4, 5

*Devoll v. Fawcett*,
  2009 WL 734160 (E.D. Cal. 2009)........................................................................ 11

*Dist. of Columbia Court of Appeals v. Feldman*,
  460 U.S. 462, 103 S. Ct. 1303, 75 L. Ed. 2d 206 (1983) ................................. 3, 4

*Dreiling v. Am. Express Co.*,
  458 F.3d 942 (9th Cir. 2006) ............................................................................... 2

*Hamilton v. Aubrey*,
  2008 WL 1774469 (D. Nev. 2008) ...................................................................... 11

*In re Discipline of Scannell*,
  169 Wash. 2d 723, 239 P.3d 332 (2010) ............................................................ 2

*In re Sun Valley Foods Co. v. Detroit Marine Terminals, Inc.*,
  801 F.2d 186 (6th Cir. 1986) ............................................................................... 6

*Johnson v. De Grandy*,
  512 U.S. 997, 129 L. Ed. 2d 775, 114 S. Ct. 2647 (1994) ................................. 3

*Kougasian v. TMSL, Inc.*,
  359 F.3d 1136 (9th Cir. 2004) ............................................................................. 7

*Kougasian*, 359 F.3d at 1141 ............................................................................... 7

*Larry Singer v. Live Nation Worldwide, Inc.*,
  No. SACV 11-0427 DOC (C.D. Cal. 01/13/2012).............................................. 1

*Le Grand v. Evan*,
  702 F.2d 415 (2d Cir. 1983) ............................................................................... 11

*Marshall v. Washington State Bar Ass'n*,
  CV-11-5319 SC, 2012 WL 1884680 (W.D. Wash. May 23, 2012)...................... 6

*Mireles v. Waco*,
  502 U.S. 9 (1991)................................................................................................. 8

*Mothershed v. Justices of the Supreme Court*,
  410 F.3d 602 (9th Cir. 2005) ............................................................................... 3

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

JR - 01139

PRR-2025-0179

*Mullis v. U.S. Bankr. Court,*
  828 F.2d 1385 (9th Cir. 1987) ...................................................................... 11

*Pearson v. Callahan,*
  555 U.S. 223, 129 S. Ct. 808, 172 L. Ed. 2d 565 (2009) ................................. 8

*Resolute Ins. Co. v. North Carolina,*
  397 F.2d 586 (4th Cir. 1968) .......................................................................... 6

*Rooker v. Fid. Trust Co.,*
  263 U.S. 413, 44 S. Ct. 149, 68 L. Ed. 362 (1923) ........................................ 3

*Stump v. Sparkman,*
  435 U.S. 349 (1978) ......................................................................................... 8

*Supreme Court of Virginia v. Consumers Union of U. S., Inc.,*
  446 U.S. 719, 100 S. Ct. 1967, 64 L. Ed. 2d 641 (1980) ................................ 9

*West v. Evergreen Highlands Ass'n,*
  213 Fed. Appx. 670 (10th Cir. 2007) ............................................................. 6

## **Statutes**

28 U.S.C. §1738 ................................................................................................ 3

42 U.S.C. § 1983 ............................................................................................. 12

## **Rules**

LR 7-3 ............................................................................................................... 2

ATTORNEY GENERAL OF WASHINGTON
Torts Division – Complex Litigation
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

IR - 01140

PRR-2025-0179

**From:** "Summers, Grace M (ATG)" <grace.summers@atg.wa.gov>
**To:** "Nan, Mindy (ATG)" <mindy.nan@atg.wa.gov>
**Cc:** "Wong, Keriann (ATG)" <keriann.wong@atg.wa.gov>
**Subject:** FW: Timekeeping report samples
**Date:** Mon, 15 Jun 2020 21:34:33 +0000
**Importance:** Normal
**Attachments:** [07a]

---

Save these somewhere please.

Thank you.

*Grace*

---

**From:** Hitchcock, Kimberly R (ATG)
**Sent:** Monday, June 15, 2020 2:19 PM
**To:** Summers, Grace M (ATG) <grace.summers@atg.wa.gov>
**Subject:** RE: Timekeeping report samples

---

**From:** Hitchcock, Kimberly R (ATG)
**Sent:** Monday, June 15, 2020 2:08 PM
**To:** Summers, Grace M (ATG) <grace.summers@atg.wa.gov>
**Subject:** Timekeeping report samples

JR - 01141
PRR-2025-0179

Document Produced in Native Format

JR - 01142
PRR-2025-0179

# Document Produced in Native Format

JR - 01143
PRR-2025-0179

**From:** "Lumen, Rachel A. (ATG)" <rachel.lumen@atg.wa.gov>
**To:** "Rowe, Brian (ATG)" <brian.rowe@atg.wa.gov>, "Smith-Levy, Sarah E. (ATG)"
<sarah.e.smith-levy@atg.wa.gov>, "Stensland, Alicia Nicole (ATG)"
<alicia.stensland@atg.wa.gov>, "Hopkins, Connor (ATG)" <connor.hopkins@atg.wa.gov>,
"Scott Cowles, Kendall (ATG)" <kendall.scottcowles@atg.wa.gov>, "Perkins, Tony (ATG)"
<tony.perkins@atg.wa.gov>, ATG MI COM Rental Props <comrental@atg.wa.gov>,
"Paskash, Matthew Richard (ATG)" <matthew.paskash@atg.wa.gov>
**Subject:** FW: New Campaign to End Rental Price-Fixing, Final FTC Click-to-Cancel Rule, DOJ Sues
Visa, Comparing Antitrust Records, Tariffs Debate, and More!
**Date:** Tue, 12 Nov 2024 22:14:57 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

FYI

Thank you,
Rachel

**Rachel A. Lumen**
Assistant Attorney General, Antitrust Division
Washington State Office of the Attorney General | pronouns: she/her
206.464.5343 (desk) | 360.227.9515 (cell) | rachel.lumen@atg.wa.gov
800 Fifth Avenue, Suite 2000 | Seattle, WA 98104
This e-mail may contain information that is legally privileged.  If you have received this e-mail in error, please
notify me by return e-mail and delete this message.  Any disclosure, copying, distribution or other use of the
contents of this message is prohibited.

---

**From:** Nidhi Hegde, Interim Executive Director, Economic Liberties <info@economicliberties.us>
**Sent:** Wednesday, October 30, 2024 7:58 AM
**To:** Lumen, Rachel A. (ATG) <rachel.lumen@atg.wa.gov>
**Subject:** New Campaign to End Rental Price-Fixing, Final FTC Click-to-Cancel Rule, DOJ Sues Visa, Comparing Antitrust
Records, Tariffs Debate, and More!

[EXTERNAL]



# FEATURED: New State and Local Campaign
# to End Rental-Price Fixing



The cost of housing is a massive burden on the finances of millions of American families. That's especially true for renters, who have seen their monthly payments skyrocket over the past several years. This isn't only supply and demand at work. A key culprit in the surge in rents is also the growth of software-enabled collusion by companies like RealPage and Yardi. According to several investigations and legal complaints, this kind of software offers landlords a backdoor way of colluding to raise rents in multi-family housing units.

To tackle this, Economic Liberties has launched a new campaign, "End Rental Price-Fixing," that will serve as an organizing hub for state and local efforts to eliminate this abusive practice. The launch comes on the heels of the Washington, D.C. and Arizona Attorneys General's pioneering state antitrust suits against RealPage—the leading provider of rental price-fixing software—as well as a federal suit filed by the Department of Justice Antitrust Division and eight states.

Economic Liberties' campaign builds on policy ideas outlined in our joint brief with Local Progress on state and local solutions to rent-fixing. Economic Liberties staff have testified on relevant bills in New Jersey and San Francisco (which passed a first-in-the-nation to ban the use of algorithmic rent setting software earlier this fall), and they are shaping the public narrative in the press, with mentions in *The Atlantic*, *CBS*, and a slew of local outlets. We also recently hosted Arizona Attorney General Kris Mayes at our office in D.C., where she sat down with state and local director Pat Garofalo for a video interview to discuss her approach to protecting Arizonans from companies like RealPage, while D.C. Attorney General Brian Schwalb emphasized the political salience of this issue at an Economic Liberties gathering.

Check out the End Rental Price-Fixing campaign microsite to learn more!

## THE LATEST

**FTC Finalizes "Click-to-Cancel" Rule to End Subscription Traps.** The FTC recently finalized a rule to put an end to subscription traps we're all too familiar with—websites and services that make it easy for customers to sign up,

JR - 01145
PRR-2025-0179

and all but impossible for them to leave. Anyone who has tried to cancel a gym, software or cable subscription will recognize this practice. Unsurprisingly, industry lobby groups are already launching baseless lawsuits to put a stop to this rule and keep the world safe for Planet Fitness' bottom line. Meanwhile, consumers across the country—especially on Reddit—are celebrating the rule, perhaps the most popular rulemaking we've seen in recent history!

**FTC Bags Another Big Merger Trial Victory.** In a major victory for Chair Khan's FTC, the agency successfully blocked the $8.5 billion merger of Tapestry and Capri Holdings—which, if completed, would have created a monopoly in the market for accessible-luxury handbags. The decision bumps the FTC's merger win count up to 14 and bodes well for the future of this enforcement agenda, with the court citing the FTC and DOJ's 2023 Merger Guidelines. As the judge wrote in the first line of the court's decision, "Antitrust has come into fashion."

**DOJ Antitrust Division Sues Visa, Economic Liberties Keeps Pressure on to Promote Competition in Payments Networks.** The Department of Justice has filed a major antitrust suit against Visa for using its power to box out competitors and rival platforms from the debit payments market, imposing unfair price hikes on consumers and small businesses. Visa controls over 60% of all US debit transactions; the DOJ argues Visa entrenched this dominance through exclusionary contracts and payoffs to would-be competitors like Apple. While the suit is an important step to boosting competition in the market for debit payment processing, the Credit Card Competition Act remains essential to end Visa and Mastercard's private sales tax on the credit side. Economic Liberties continues to advocate for this through research and ongoing organizing efforts.

**Comparing Biden and Trump's Antitrust Records.** Our latest report, Competition at a Crossroads, presents an in-depth comparative analysis of the Biden-Harris and Trump-Pence administrations on antitrust policy. While Trump-Pence made notable strides by launching major cases against Big Tech, their overall strategy remained bound to a consolidation-friendly status quo. In contrast, the Biden-Harris administration has led a comprehensive, proactive campaign against corporate monopolies across sectors like healthcare, tech, and agriculture. From blocking billion-dollar mergers to introducing comprehensive new merger guidelines and launching a "whole-of-government" Competition Council, the Biden administration has begun to deconstruct the neoliberal policy regime responsible for America's concentration crisis. Our report lays out how actions by FTC Chair Khan, AAG Kanter and others have started dismantling monopoly structures and redistributing power to consumers, small businesses and workers. It also provides recommendations for a future administration to build on this rigorous approach.

**New White Paper with MIT Lays Out Policy Roadmap to Reform Investor-Owned Electric Utilities.** While healthcare, food, and housing usually dominate kitchen table discussions, there's another cost that's weighing on working families: the electric bill. Our latest white paper, Reforming the Utility System to Better Serve the American Public, examines the investor-owned electric utility market through an antimonopoly lens, and lays out a roadmap to make the utility system better serve the public interest. It serves as an accessible primer on a complex topic that is increasingly relevant to state and local policymakers, regulators, and advocates. Stay tuned for more utilities-related resources in the next few months, including a deep dive into investor-

owned utilities' rate-of-return business model and a toolkit for state and local lawmakers.

**Holding Google Legal Counsel Kent Walker Accountable.** If you've been following the multiple, ongoing antitrust lawsuits against Google, then you've likely seen judges condemning Google's shady evidence destruction. This practice stems from policies implemented by one of Google's top lawyers, Kent Walker, who instructed Google employees to turn off their chat history by default—a practice referred to internally as "Vegas mode"--and to abuse attorney-client privilege by copying lawyers on routine business. Deleting court-ordered evidence isn't just a dirty legal trick. It is also a potential violation of California's Rules of Professional Conduct for lawyers. That's why, along with USvGoogle coalition partners Tech Oversight Project and CheckMyAds, Economic Liberties is leading an effort to urge the California State Bar to investigate Walker. The letter, featured in *The Verge* , is calling for an investigation and appropriate accountability for executives who have coached their clients on how to get away with breaking the law.

**Shaping the Narrative on Tariffs and Trade Policy.** With the election mere days away, there are clear signs that one aspect trade policy could be a decisive issue: tariffs. But tariffs' effect on prices is not as cut and dry as many pundits would have you believe. As a September Rethink Trade white paper explains, tariffs are a bipartisan tool that have been used for decades in the U.S. and by many other nations to build critical manufacturing sectors, enforce trade law, and counter unfair imports—and their use *does not* automatically lead to higher retail prices for consumers. Decades of anti-worker trade deals have offshored jobs and diminished America's resilience and security. The Biden-Harris administration retained some tariffs from the Trump administration, and implemented additional targeted tariffs paired with investments in solar, EV, and other green manufacturing that have led to the highest level of American factory construction in 30 years. A piece this month in the *The New York Review*, written by Senior Advisor Zephyr Teachout, tells the full story of this paradigm shift and breaks down how the use of smart tariffs could benefit post-industrial regions across the country. Teachout also joined Rethink Trade Director Lori Wallach for a special podcast episode earlier this week, where they discussed the importance of getting trade policy right in the next administration. Whatever happens next week, Economic Liberties will continue to advocate for smart trade policy that benefits workers, communities, small businesses and consumers—instead of just big corporations.

# QUICK HITS

- **Economic Liberties Roundtable in Ohio Sheds Light on PBMs:** Economic Liberties hosted state policymakers, DOJ antitrust enforcers, and independent pharmacists at Parable Cafe in Columbus, Ohio, to discuss how pharmacy benefit managers raise drug prices and and leave communities stranded in pharmacy deserts.

- **Economic Liberties Urges FTC to Block Oncology Practice Acquisitions:** As seen in *Fierce Healthcare*, Economic Liberties' letter lays out the proposed deals' harms to cancer patients and competition in the generic drug supply chain.

- **Economic Liberties Raises Alarm on Private Equity Vet Takeovers:** In response to the FTC and DOJ's joint request for information on serial acquisitions, Economic Liberties submitted a comment detailing private equity's stealth takeopver of the veterinary industry. The comment builds on original reporting by Managing Editor Helaine Olen, published this April in *The Atlantic.*

- **Corporations Have Launched Over 50 Lawsuits Against Biden-Harris Rulemakings:** Here's a good way to stay up-to-date with what's up with big business' all-out legal assault on Biden-Harris enforcers: our Corporations v. The People tracker. We're keeping score of all all the efforts by big corporations to sue enforcers, and put a stop to everything from the FTC's ban on non-competes to the CFPB's credit card late fee rule.

- **IV Fluid Shortage Highlights Harms of Drug Middlemen**: Hurricane Helene induced saline shortages when it hit a major manufacturing plant—one of just two factories responsible for 80% of the product—highlighting once again the dangers of consolidated supply chains. As Economic Liberties revealed in an October 2023 policy brief, group purchasing organizations have played a major role in embrittling drug supply chains by demanding ever-increasing kickbacks that drive smaller manufacturers out of business.

- **CFPB Finalizes 'Open Banking' Rule:** The CFPB finalized a major new rulemaking to require customers' personal financial data be easily portable, enabling consumers to more easily switch banks.

- **DOJ, DOT Probe Competition in Airlines:** On the 46th anniversary of the Airline Deregulation Act, the Biden-Harris DOJ and DOT announced an unprecedented request for information into the harms of consolidation in the airline industry. The public can submit comments up until December 23.

- **DOJ Backs Healthcare Workers:** The Department of Justice filed a statement of interest supporting Pennsylvania healthcare workers in a lawsuit alleging monopsony abuses by the University of Pittsburgh Medical Center—abuses that Economic Liberties, Congresswoman Summer Lee, and then-Pennsylvania State Rep. Sara Innamorato detailed in a January 2023 white paper. As Economic Liberties noted in *Fierce Healthcare* and on *CBS News Pittsburgh*, the DOJ's statement is another reminder that antitrust law is explicitly meant to protect workers as well as consumers.

JR - 01148
PRR-2025-0179

- ***Rolling Stone* Profiles DOJ:** The [deep dive](#) explains how lax antitrust
  enforcement helped create the Live Nation-Ticketmaster monopoly, and
  takes readers behind the scenes as the Biden-Harris DOJ now seeks to
  break it up. It also features our [2023 report](#)!



American Economic Liberties Project
2001 Pennsylvania Ave NW
Suite 540
Washington, DC 20006
United States

If you believe you received this message in error or wish to no longer receive email from us, please
[unsubscribe](#).

# Catalyst Report

## Complaint Description

**Description**

Was trying to purchase Ed Sheeran tickets when they went in sale at 10:00AM PST. At 10:00am they were
already sold out and available for resale on various websites such as StubHub, Vivid Seats, TickPix etc...at
almost $70-2x the cost of the original ticket. I was unable to purchase them even though I was waiting and
refreshed my computer exactly at 10am.

# Catalyst
# Complaint Cover Page

### 501949

## Complaint

| Number | 501949 | Status | Closed |
|--------|--------|--------|--------|
| Date | 3/17/2017 | **Assignee** | **Fuzie, Jordan** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Yan Yan Olivia Teague**<br>**2811 E Aloha St**<br>**Seattle, WA  98112** | **(206) 724-3148** | | Yanyanteague@outlook.com |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | consumersupportwv@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 203 | Internet & Mobile device based transaction |
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 3/17/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 3/17/2017 | Email to Complainant | C-1stLetter To:  Yanyanteague@outlook.com |
| 3/17/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |

**501949**                    1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/5/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 4/5/2017 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 4/10/2017 | Email from Respondent | See doc 501949A |
| 4/10/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 4/10/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To: Yanyanteague@outlook.com |
| 4/10/2017 | Resolution-UNADJUSTED | |

**501949**                                    2 of 2



April 10, 2017

<u>Via Email</u>

RE:  Yan Yan Olivia Teague
File #:  501949

Dear Mr. Fuzie:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Mr. Yan Yan Olivia Teague, who wrote to your office following her inability to purchase tickets to Ed Sheeran during general public onsales conducted by Ticketmaster on March 17, 2017.  Following the rapid sales of tickets on account of high demand during the onsale process, Ms. Teague has complained to your office about the availability of tickets on third party resale sites at above face value prices.

Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible; however, the demand for Ed Sheeran tickets greatly exceeds available inventory.  When a popular event goes on sale there are thousands and sometimes millions of fans trying to get tickets at the same.  If there are 3,000 fans trying to each buy 4 tickets, that is 12,000 tickets sold within minutes.

Ticketmaster does understand the frustration of not being able to get tickets at the moment of the onsale, only to see tickets show up on resale web-sites. While this may seem common, the fact is that the vast majority of tickets end up in the hands of fans eager to attend the event.  Many resale sites have "speculative" ticket listings – offerings of seats when the seller likely does not possess the advertised tickets.

We wish it were the case that everyone who wanted to attend a live entertainment event could get tickets and receive their first choice for seat location. Unfortunately, in light of the extremely high level of demand for some events, not everyone wanting to attend certain events is able to buy a ticket.  There are only a limited number of tour dates for events, each with a limited seating capacity, so regrettably this just is not possible.

We trust this response adequately addresses Ms. Teague's complaint.  Please do not hesitate to contact us with further questions or concerns.

Sincerely,

Barrett Justice
Escalations Manager

JordanF     3/17/2017

C-1stLetter To:  Yanyanteague@outlook.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 17, 2017

Yan Yan Olivia Teague
2811 E Aloha St
Seattle , WA 98112

RE:  TicketMaster
File #:  501949

Dear Yan Yan Olivia Teague:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**501949**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**501949**

JordanF    3/17/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 17, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Yan Yan Olivia Teague
File #:   501949

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Yan Yan Olivia Teague regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 501949 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**501949**

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Yan Yan Olivia Teague

Address:
2811 E Aloha St
Seattle , WA 98112

Day Phone:
(206) 240-7916

Evening Phone:
(206) 724-3148

E-mail Address:
Yanyanteague@outlook.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**501949**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:
3/1717

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**501949**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Was trying to purchase Ed Sheeran tickets when they went in sale at 10:00AM PST. At
10:00am they were already sold out and available for resale on various websites such as
StubHub, Vivid Seats, TickPix etc...at almost $70-2x the cost of the original ticket. I was unable
to purchase them even though I was waiting and refreshed my computer exactly at 10am.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Yan Yan Teague    Date   3/17/17
Received via the Internet
City and State where signed Seattle, WA


**501949**

JordanF        4/5/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 5, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Yan Yan Olivia Teague
File #:  501949

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 501949 is seven calendar days from the date of this letter. This complaint was filed by Yan Yan Olivia Teague regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 501949 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**501949**

COMPLAINT SUMMARY
Consumer Information

Name:
Yan Yan Olivia Teague

Address:
2811 E Aloha St
Seattle , WA 98112

Day Phone:
(206) 240-7916

Evening Phone:
(206) 724-3148

E-mail Address:
Yanyanteague@outlook.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**501949**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:
3/1717

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**501949**

Explain your complaint in detail:
Was trying to purchase Ed Sheeran tickets when they went in sale at 10:00AM PST. At
10:00am they were already sold out and available for resale on various websites such as
StubHub, Vivid Seats, TickPix etc...at almost $70-2x the cost of the original ticket. I was unable
to purchase them even though I was waiting and refreshed my computer exactly at 10am.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Yan Yan Teague    Date  3/17/17
Received via the Internet
City and State where signed Seattle, WA

**501949**

JR - 01163
PRR-2025-0179

JordanF          4/5/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

April 5, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Yan Yan Olivia Teague
File #:   501949

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 501949 is seven calendar days from the date of this letter. This complaint was filed by Yan
Yan Olivia Teague regarding your business. Our practice is to send a courtesy reminder to
provide you with the opportunity to respond in a timely manner.

Please include the file # 501949 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.


Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure



COMPLAINT SUMMARY
                                        **501949**

Consumer Information

Name:
Yan Yan Olivia Teague

Address:
2811 E Aloha St
Seattle , WA 98112

Day Phone:
(206) 240-7916

Evening Phone:
(206) 724-3148

E-mail Address:
Yanyanteague@outlook.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:

**501949**

(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:
3/1717

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Was trying to purchase Ed Sheeran tickets when they went in sale at 10:00AM PST. At

**501949**

10:00am they were already sold out and available for resale on various websites such as
StubHub, Vivid Seats, TickPix etc...at almost $70-2x the cost of the original ticket. I was unable
to purchase them even though I was waiting and refreshed my computer exactly at 10am.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Yan Yan Teague    Date   3/17/17
Received via the Internet
City and State where signed Seattle, WA

**501949**

JordanF     4/10/2017

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Monday, April 10, 2017 11:48 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 501949 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Ms. Teague is attached.

Barrett

**501949**

JordanF     4/10/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 10, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Yan Yan Olivia Teague
File #:   501949

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Yan Yan Olivia Teague regarding your business. A
copy of your response was provided to Yan Yan Olivia Teague. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**501949**

1-206-464-6684 for out-of-state callers

**501949**

JordanF        4/10/2017

C-ClosingUnadjustedW-Response To:  Yanyanteague@outlook.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 10, 2017

Yan Yan Olivia Teague
2811 E Aloha St
Seattle , WA 98112

RE:   TicketMaster
File #:   501949

Dear Yan Yan Olivia Teague:

Our office received the enclosed response to your complaint from TicketMaster. This concludes
our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center
cannot compel either party to participate in, or make any adjustments as a result of, our informal
complaint resolution process. This is a voluntary service and our office serves as a neutral third
party. We regret that we are unable to provide further assistance to you in resolving this
complaint. Our office monitors consumer complaints for possible indications of patterns of
unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**501949**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure


From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Monday, April 10, 2017 11:48 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 501949 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Ms. Teague is attached.

Barrett

**501949**

# Catalyst Report

## Complaint Description

**Description**

Chateau Ste. Michele Winery recently announced their summer concert series.   For the first time in years they are only selling their tickets via Ticketmaster.    Most tickets will be available to the public on 3/25, based on communication from Ste. Michele.  However, if one checks on the web, one can find that tickets are available via the second market before tickets are available to the public.

There continues to be a problem with event ticket sales.   Tickets show up on the 2nd mkt. before they are available to the public.  Tickets sell out within seconds and immediately show up on the public mkt.  Even anti Roboticket buyers don't seem to work.  What can be done?

JR - 01173
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 502102

## Complaint

| Number | 502102 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 3/22/2017 | | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 452000-General Merchandise Stores | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **John W Miller**<br>**7109 NE 168th St**<br>**Kenmore, WA  98028** | **(425) 681-4462** | | **Johnwm121@comcast.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **Chateau St Michelle**<br>**14111 NE 145th St**<br>**Woodinville, WA  98072** | | **(425) 488-1133** | | **info@ste-michelle.com** |
| TicketMaster<br>1000 Corporate Landing<br>Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv<br>@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 442 | Short Sale |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 3/22/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 3/24/2017 | Email to Complainant | C-1stLetter To:  Johnwm121@comcast.net |
| 3/24/2017 | Email to Respondent | R-1stLetterRevised To:  info@ste-michelle.com |

JR - 01174
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/24/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 3/28/2017 | Email from Respondent | Response from Chateau St Michelle Came wtih document 502102A |
| 3/28/2017 | Email to Complainant | C-ResponseOneRespondentPending To: Johnwm121@comcast.net |
| 3/28/2017 | Email to Respondent | R-ClosingW-Response To:  info@ste-michelle.com |
| 3/30/2017 | Email from Complainant | |
| 4/13/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 4/28/2017 | Email to Complainant | C-ClosingNoResponse To: Johnwm121@comcast.net |
| 4/28/2017 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 4/28/2017 | Resolution- UNADJUSTED NO RESPONSE | |

**502102**                                    2 of 2

Ste
Michelle
WINE ESTATES

March 27, 2017

Dear Mr. Miller:

Thank you for the letter. We know that it can be frustrating when an event sells out quickly. If you have been to one our shows before, you know that our amphitheater is a small, intimate venue in which every seat in the house is great. The tradeoff for such an intimate venue is that, unfortunately, shows tend to sell out quickly. Fortunately, as of today, tickets remain available for almost all of the shows released over the weekend.

We also appreciate your feedback with respect to tickets being sold exclusively through Ticketmaster. As you know, in past years tickets were also available for purchase at the winery. This year, the winery is undergoing significant renovations, so we did not want to create an overflow of people at the winery with the renovations ongoing. We will take your feedback into consideration when devising the ticket distribution plan for future concert years.

Finally, we share your frustration with respect to ticket sales on secondary sites. We have taken many steps to limit the ability of people to buy large quantities of tickets for the purpose of reselling those tickets at a prophet. In fact, we strongly encourage people to only buy tickets for our shows directly through the venue (through Ticketmaster or, in prior years, directly through the wine shop). We cannot guarantee the authenticity of tickets purchased through any other means, and unfortunately have to turn people away when they show up at the venue with counterfeit tickets. There is no way for any secondary broker to have tickets to our shows before they go on sale. If someone is in fact selling tickets to our shows before such date, we would discourage you from purchasing them.

Thank you again for taking the time to provide us with feedback. As tickets remain available for most of our shows this summer, we hope you are able to make it to one.

Sincerely,

Adam Copley
Senior Counsel
Ste. Michelle Wine Estates

WASHINGTON: Chateau Ste. Michelle, Columbia Crest, 14 Hands, Michelle, Anew, Red Diamond, O Wines, Seven Falls Cellars, Snoqualmie, Col Solare, Northstar, Spring Valley Vineyard
OREGON: Erath | CALIFORNIA: Stag's Leap Wine Cellars, Antica Napa Valley, Conn Creek | CHILE: Miguel Torres Chile, Haras | NEW ZEALAND: Villa Maria New Zealand,
Esk Valley | CHAMPAGNE: Nicolas Feuillatte, Palmes d'Or | SPAIN: Torres, Jean Leon, Torres Brandy | ITALY: Villa Antinori, Tenuta Tignanello, Tenuta Guado al Tasso,
Pian delle Vigne, Castello della Sala, La Braccesca, Prunotto, Santa Cristina, Tormaresca, Montenisa, Col de Salici

14111 N.E. 145TH STREET, PO BOX 1976, WOODINVILLE, WA 98072 • 425-488-1133 • FAX 425-415-3657 • SMWE.COM

JR - 01176
PNR-2025-0179

AndWu.100     3/24/2017

C-1stLetter To:  Johnwm121@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 24, 2017

John W Miller
7109 NE 168th St
Kenmore, WA 98028

RE:   Chateau St Michelle and TicketMaster
File #:   502102

Dear John W Miller:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding Chateau St Michelle and TicketMaster was
reviewed and determined to be appropriate for the informal complaint resolution services
offered by our Consumer Resource Center. This is an informal, voluntary process. Our office
acts as a neutral party to facilitate communication between consumers and businesses to assist in
resolving the complaint. We are prohibited by Washington State law from providing legal
advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**502102**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**502102**

AndWu.100        3/24/2017

R-1stLetterRevised To:  info@ste-michelle.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 24, 2017


Chateau St Michelle
14111 NE 145th St
Woodinville, WA 98072


RE:   John W Miller
File #:   502102

Dear Chateau St Michelle:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by John W Miller regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 502102 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**502102**

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
John W Miller

Address:
7109 NE 168th St
Kenmore, WA 98028

Day Phone:
(425) 681-4462

Evening Phone:

E-mail Address:
Johnwm121@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**502102**

Name of business that I am complaining about:
Chateau St Michelle

Address:
14111 NE 145th St
Woodinville, WA 98072

Phone:
(425) 488-1133

Toll-Free:

Fax:

E-mail:
info@ste-michelle.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**502102**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Chateau Ste. Michele Winery recently announced their summer concert series. For the first time
in years they are only selling their tickets via Ticketmaster. Most tickets will be available to the
public on 3/25, based on communication from Ste. Michele. However, if one checks on the web,
one can find that tickets are available via the second market before tickets are available to the
public.
There continues to be a problem with event ticket sales. Tickets show up on the 2nd mkt. before
they are available to the public. Tickets sell out within seconds and immediately show up on the
public mkt. Even anti Roboticket buyers don't seem to work. What can be done -
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature John Miller    Date   03/20/2017
Received via the Internet
City and State where signed Kenmore, wa

**502102**

AndWu.100        3/24/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 24, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   John W Miller
File #:   502102

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by John W Miller regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 502102 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**502102**

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
John W Miller

Address:
7109 NE 168th St
Kenmore, WA 98028

Day Phone:
(425) 681-4462

Evening Phone:

E-mail Address:
Johnwm121@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**502102**

Business Information

Name of business that I am complaining about:
Chateau St Michelle

Address:
14111 NE 145th St
Woodinville, WA 98072

Phone:
(425) 488-1133

Toll-Free:

Fax:

E-mail:
info@ste-michelle.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**502102**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Chateau Ste. Michele Winery recently announced their summer concert series. For the first time
in years they are only selling their tickets via Ticketmaster. Most tickets will be available to the
public on 3/25, based on communication from Ste. Michele. However, if one checks on the web,
one can find that tickets are available via the second market before tickets are available to the
public.
There continues to be a problem with event ticket sales. Tickets show up on the 2nd mkt. before
they are available to the public. Tickets sell out within seconds and immediately show up on the
public mkt. Even anti Roboticket buyers don't seem to work. What can be done -
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature John Miller    Date   03/20/2017
Received via the Internet

**502102**

JR - 01186
PRR-2025-0179

City and State where signed Kenmore, wa

**502102**

JR - 01187
PRR-2025-0179

AndWu.100      3/28/2017

From: Copley, Adam [mailto:Adam.Copley@smwe.com]
Sent: Monday, March 27, 2017 10:44 AM
To: ATG MI CRC Complaint Processing
Subject: Re: File No. 502102

To Whom it May Concern,

On March 24, we received a complaint from the Consumer Protection Division of the Attorney
General's Office regarding the sale of concert tickets through Ticketmaster. I am attaching a
letter addressed to Mr. Miller, the complainant, regarding his concerns. The file number for Mr.
Miller's complaint was 502102. If you have any further questions regarding this matter, please
feel free to reach out directly to me.

Best,
Adam


Adam Copley | Senior Counsel | Ste. Michelle Wine Estates Ltd. | (425) 415-3741 |
adam.copley@smwe.com

**502102**

AndWu.100     3/28/2017

C-ResponseOneRespondentPending To:  Johnwm121@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 28, 2017

John W Miller
7109 NE 168th St
Kenmore, WA 98028

RE:   Chateau St Michelle and TicketMaster
File #:   502102

Dear John W Miller:

This letter is to inform you that our office received the enclosed reply from Chateau St Michelle
in response to the complaint you filed regarding Chateau St Michelle and TicketMaster,
complaint # 502102.

As of the date of this letter, we have not yet received a response from TicketMaster. We will
continue to monitor your complaint for TicketMaster response. If the business does not respond,
or your complaint is not resolved through our informal complaint resolution service, your
complaint will be closed. However, you will be notified of additional options and resources that
may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before 4/25/17.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**502102**

**502102**

JR - 01190
PRR-2025-0179

AndWu.100     3/28/2017

R-ClosingW-Response To:  info@ste-michelle.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 28, 2017

Chateau St Michelle
14111 NE 145th St
Woodinville, WA 98072

RE:   John W Miller
File #:   502102

Dear Chateau St Michelle:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by John W Miller regarding your business. A copy of your response was provided to John W Miller. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**502102**

**502102**

JR - 01192
PRR-2025-0179

AndWu.100        3/30/2017

From: John Miller [mailto:johnwm121@comcast.net]
Sent: Wednesday, March 29, 2017 9:59 PM
To: ATG MI CRC Complaint Processing
Subject: File #: 502102


Thank you very much for continuing to pursue the subject complaint.

I appreciate the rapid response you are taking to address this issue.

I have reviewed the response from Ste. Michele, regarding their Concert Ticket Sale process, I don't think they have addressed the base issue.  Having their concert tickets available on the second market before they are available to the public is the issue.  They have NOT address this issue in their response.

Thanks again for your rapid response to this issue.

John

**502102**

AndWu.100    4/13/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 13, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   John W Miller
File #:   502102

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 502102 is seven calendar days from the date of this letter. This complaint was filed by John W Miller regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 502102 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure



**502102**

COMPLAINT SUMMARY
Consumer Information

Name:
John W Miller

Address:
7109 NE 168th St
Kenmore, WA 98028

Day Phone:
(425) 681-4462

Evening Phone:

E-mail Address:
Johnwm121@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Chateau St Michelle

Address:
14111 NE 145th St
Woodinville, WA 98072

Phone:
(425) 488-1133

Toll-Free:

**502102**

Fax:

E-mail:
info@ste-michelle.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**502102**

JR - 01196
PRR-2025-0179

Explain your complaint in detail:

Chateau Ste. Michele Winery recently announced their summer concert series. For the first time in years they are only selling their tickets via Ticketmaster. Most tickets will be available to the public on 3/25, based on communication from Ste. Michele. However, if one checks on the web, one can find that tickets are available via the second market before tickets are available to the public.

There continues to be a problem with event ticket sales. Tickets show up on the 2nd mkt. before they are available to the public. Tickets sell out within seconds and immediately show up on the public mkt. Even anti Roboticket buyers don't seem to work. What can be done -

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature John Miller    Date   03/20/2017

Received via the Internet

City and State where signed Kenmore, wa

**502102**

AndWu.100        4/28/2017

C-ClosingNoResponse To: Johnwm121@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 28, 2017

John W Miller
7109 NE 168th St
Kenmore, WA 98028

RE:  TicketMaster
File #:  502102

Dear John W Miller:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**502102**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**502102**

AndWu.100      4/28/2017

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 28, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  John W Miller
File #:  502102

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by John W Miller regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. John W Miller
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**502102**

Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




COMPLAINT SUMMARY
Consumer Information

Name:
John W Miller

Address:
7109 NE 168th St
Kenmore, WA 98028

Day Phone:
(425) 681-4462

Evening Phone:

E-mail Address:
Johnwm121@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**502102**

Business Information

Name of business that I am complaining about:
Chateau St Michelle

Address:
14111 NE 145th St
Woodinville, WA 98072

Phone:
(425) 488-1133

Toll-Free:

Fax:

E-mail:
info@ste-michelle.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**502102**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Chateau Ste. Michele Winery recently announced their summer concert series. For the first time
in years they are only selling their tickets via Ticketmaster. Most tickets will be available to the
public on 3/25, based on communication from Ste. Michele. However, if one checks on the web,
one can find that tickets are available via the second market before tickets are available to the
public.
There continues to be a problem with event ticket sales. Tickets show up on the 2nd mkt. before
they are available to the public. Tickets sell out within seconds and immediately show up on the
public mkt. Even anti Roboticket buyers don't seem to work. What can be done -
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature John Miller    Date   03/20/2017
Received via the Internet

**502102**

City and State where signed Kenmore, wa

**502102**

RECEIVED

FEB 0 2 2017 -3

CONSUMER PROTECTION DIVISION

## CONSUMER COMPLAINT FORM
### OFFICE OF THE ATTORNEY GENERAL
### CONSUMER PROTECTION DIVISION

File your complaint online at https://fortress.wa.gov/atg/formhandler/ago/ComplaintForm.aspx for faster processing. The Washington State Office of the Attorney General can only process complaints that involve either Washington state residents or businesses located in Washington state. Information marked with * is required.

### I. CONSUMER INFORMATION

* **Last Name:** Bystrom      * **First Name:** Christina      **Middle Initial:** M.

* **Address:** P.O. Box 5213      * **City:** Bremerton      * **State** WA.      * **Zip** 98312

* **Contact Phone:** 268.228.6340      **Alternate Phone:** (360) 525.4074

* **E-Mail Address:** linus1970@comcast.net

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent?
(Optional):  ☐ YES  ☒ NO

If English is not your first language, what is your first language? (Optional): N/A

For our statistics, please select your age group (Optional): ☐ 18-29 ☐ 30-39 ☒ 40-49 ☐ 50-59 ☐ 59+ ☐ Under 18

### II. ABOUT YOUR COMPLAINT

* **Business Name:** Ticketmaster  Attn: Fan Support

* **Address:** 1000 Corporate landing      * **City:** Charleston      * **State** WV      * **Zip** 25311

* **Business Phone:** ( ) 1.800.653.8000      **E-Mail:**      **Website:** Ticketmaster.com

Names/addresses/phone numbers of other businesses involved in your complaint: 702.733.3111
Flamingo Las Vegas, NV. 3555 Las Vegas Boulevard South Las Vegas

**Transaction date:** 11/23/16      **Amount in dispute:** $ 95.57 NV, 89109

State your complaint and how you think this complaint can be resolved: _____

See attached

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

CONSUMER COMPLAINT PAGE 1 OF 2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## III.ACKNOWLEDGEMENT & SIGNATURE (Required)*

I understand that by submitting this complaint to the Washington State Attorney General's Office my complaint and any response from the business and all communications with Attorney General's Office will become public records under state law. Public records are subject to disclosure in response to requests for public records and my complaint and all related documents may be disclosed to the public. Complaint information received by this office will be exported into the Federal Trade Commission's (FTC) database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide. The Attorney General's Office may refer complaints to a more appropriate agency.

By signing this complaint form, I understand that the Washington State Attorney General's Office will contact the party (ies) against which I have filed a complaint in an effort to reach an amicable resolution. I authorize the party (ies) against which I have filed a complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By submitting this consumer complaint, I understand that the Attorney General cannot answer legal questions or give legal advice to me and cannot act as my personal lawyer.

**I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.**

Signature: _Christina Bythrow_  Date: _1/31/17_  City: _Bremerton_  State: _WA_

**Please Read Important Information:** If your complaint is submitted without the above acknowledgment and declaration signatures, we will not be able to process but will keep on file in our complaint database as a public record.

### Mail Complaints To:

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
800 5TH AVENUE, SUITE 2000 SEATTLE, WASHINGTON 98104-3188
PHONE 1-800-551-4636 OR (206) 464-6684

CONSUMER COMPLAINT PAGE 2 OF 2

My mother and I scheduled a vacation in Las Vegas for Nov. 26th-30th 2016. I bought a ticket prior to leaving on the trip to see Olivia Newton-John Nov. 29th at the Donny and Marie Showroom at the Flamingo. On Nov. 27th, I ruptured my hernia. I was driven to the hospital by my mother, had emergency surgery the next night and spent four days in the hospital. I called Ticketmaster on the 28th, before surgery to either get a refund or get the ticket changed, credited, or have the ticket changed so my mother could go instead. I couldn't contact a live person in customer service. I tried the box office at the Flamingo and couldn't get a live person on the line, it transferred me to Ticketmaster again and no one answered.

I tried the following day after surgery with a tube down my throat before the concert. I still couldn't contact anyone. I tried the box office again. The woman told me that she couldn't change or refund the ticket, only Ticketmaster could. She tried to call Ticketmaster herself and couldn't get a representative either.

While I was in the hospital, I had to contact the hotel, the bingo tournament, car rental and airline in order to change, cancel, or extend arrangements because we were stuck in Las Vegas one extra day. We were able to contact each one of them and they were very helpful, courteous and willing to help, reserve another night in the hotel, refund the bingo entry fee, receive credit on Southwest Airlines and extend the car rental contract. Ticketmaster was the only business we couldn't get a hold of and we were trying a day prior to the concert. I would like the refund of the $95.47 for the concert. The customer service was atrocious, I could not contact anybody, even the box office couldn't and tried for me. I can furnish the Ticketmaster phone numbers on request. I can get my phone records from Tmobile if needed. I have my receipt for my concert included and my hospital bill. I still had to make a payment after my insurance and blew through my savings for being stuck in Las Vegas longer and booking airfare home.

1

C. Bystrom

2

JR - 01208
PRR-2025-0179

**XFINITY Connect**                                                    linus1970@comcast.net
+ Font Size -

---

**Your Olivia Newton-John Ticket Order 26-49319/NV3**

---

**From :** Ticketmaster <customer_support@email.ticketmaster.com>          Mon, Nov 21, 2016 05:26 PM

**Subject :** Your Olivia Newton-John Ticket Order 26-49319/NV3

**To :** linus1970@comcast.net

**Reply To :** Customer Support <reply-fefc1570736202-21_HTML-51499901-7222895-1660@email.ticketmaster.com>

 **tickets**                    Thanks Christina, here's your order info.



**Confirmation Number**

**26-49319/NV3**

SEC          ROW          SEAT          **Order Summary**          **$95.57**
**A-BALC**   **A**        **17**

**Your tickets are available via:**

**Olivia Newton-John**          **Will Call** - Tickets held at Will Call can only be retrieved by the cardholder with original credit card of purchase and a valid photo ID with signature such as a state ID, driver's license or passport.

Donny & Marie Showroom at Flamingo Las Vegas, Las Vegas, NV
Tue, Nov 29 2016 - 7:30 PM

View Tickets          **Why worry?** Get info now **about adding Event Ticket Insurance to your order!**

You'll see a Transfer button in My Account if that option is available.

---

# Track your favorite events.

### Download our app for iOS and Android

          

DSH- Desert Springs Hospital Medical Center
2075 E. Flamingo Rd.
Las Vegas, NV 89119-5188

Patient:  BYSTROM, CHRISTINA                          Admit:  11/27/2016
MRN:    DSH5680491                                    Disch:  12/1/2016          Disch Time:  13:00 PST
                                                     FIN:    DSH0000029788056

DOB/Sex: 1/22/1970  / Female              Attending:  Batieha MD,Karam

---

| **ED Physician Record** |
| --- |

DOCUMENT NAME:                            ED Physician Record
SERVICE DATE/TIME:                        11/27/2016 19:53 PST
RESULT STATUS:                            Auth (Verified)
PERFORM INFORMATION:                      Sowell,Kelly PAC (11/27/2016 19:57 PST)
SIGN INFORMATION:                         Vanduzer MD,Timothy (11/27/2016 22:53 PST); Sowell,Kelly
                                          PAC (11/27/2016 22:48 PST)

**Abdominal pain**

Patient:  **BYSTROM, CHRISTINA**      **MRN: DSH5680491**        **FIN: DSH0000029788056**
Age:  **46 years**  Sex:  **Female**   DOB:  **01/21/70**
Associated Diagnoses:  **None**
Author:  **Sowell, Kelly PAC**

**Basic Information**
   **Time seen:** Date & time 11/27/16 19:45:00.
   **History source:** Patient.
   **Arrival mode:** Private vehicle.
   **History limitation:** None.
   **Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint
        11/27/16 19:26 PST       Chief Complaint        Abdominal pain with history of gastric
           bypass
        11/27/16 19:25 PST       Chief Complaint        Abdominal pain  .

**History of Present Illness**
   The patient presents with abdominal pain and 46-year-old obese female with a history of previous umbilical hernia repair presents
today with increased pain and swelling around her abdomen which occurred suddenly after having a bowel movement. The patient was
straining heavily and believes that she may have popped her hernia out of place. She developed nausea after the bowel movement
along with increased abdominal pain..  The onset was 3  hours ago.  The course/duration of symptoms is constant and worsening.  The
character of symptoms is crampy and sharp.  The degree at onset was moderate.  The Location of pain at onset was Periumbilical.  The
degree at present is moderate.  The Location of pain at present is Periumbilical.  Radiating pain: none. The exacerbating factor is
defecation.  The relieving factor is none.  Therapy today: none.  Risk factors consist of none.  Associated symptoms: nausea.  Additional
history: none.

**Review of Systems**
   **Constitutional symptoms:**  Negative except as documented in HPI.
   **Skin symptoms:**  Negative except as documented in HPI.
   **Eye symptoms:**  Negative except as documented in HPI.
   **ENMT symptoms:**  Negative except as documented in HPI.
   **Respiratory symptoms:**  Negative except as documented in HPI, no shortness of breath, no cough, no hemoptysis.
   **Cardiovascular symptoms:**  Negative except as documented in HPI, No chest pain,
   **Gastrointestinal symptoms:**  Abdominal pain, periumbilical, nausea, constipation, no vomiting, no diarrhea.
   **Genitourinary symptoms:**  Negative except as documented in HPI.
   **Musculoskeletal symptoms:**  Negative except as documented in HPI.
   **Neurologic symptoms:**  Negative except as documented in HPI, no dizziness, no weakness.
   **Psychiatric symptoms:**  Negative except as documented in HPI.
   **Additional review of systems information:** All other systems reviewed and otherwise negative.

Medical Record



TACOMA WA 983
OLYMPIA WA
31 JAN 2017 PM 3 L

Christina Bystrom
P.O. Box 5213
Bremerton, Wa. 98312

Office of the Attorney General
Consumer Protection Division
800 th 5th Ave. Suite 2000
Seattle, Wa. 98104-3188

98104-318800

JR - 01211
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 499757

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **499757** | **Status** | **Closed** |
| Date | 2/6/2017 | **Assignee** | **Fuzie, Jordan** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $95.57 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Christina M Bystrom**<br>**PO Box 5213**<br>**Bremerton, WA  98312** | **(253) 228-6340** | **(360) 525-4074** | **linus1970@comcast.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 206 | Right To Cancel |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/6/2017 | Intake Notes | C mentions other businesses in the complaint description but complaint is not against them. |
| 2/7/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 2/7/2017 | Email to Complainant | C-1stLetter To:  linus1970@comcast.net |
| 2/7/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |

JR - 01212
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/9/2017 | Email from Respondent | See doc 499757A |
| 2/9/2017 | Email to Respondent | R-ClarificationNeededfromRespondent To: consumersupportwv@ticketmaster.com |
| 2/28/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 3/16/2017 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 3/16/2017 | Email to Complainant | C-ClosingNoResponse To: linus1970@comcast.net |
| 3/16/2017 | Resolution- UNADJUSTED NO RESPONSE | |
| 3/16/2017 | Resolution- UNADJUSTED NO RESPONSE | |
| 3/20/2017 | Email from Respondent | See activity 1893377 |
| 3/20/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To: linus1970@comcast.net |
| 3/20/2017 | Reopened | |
| 3/20/2017 | Resolution-UNADJUSTED | |
| 6/5/2017 | Records Management | Paper and electronic document compared and verified to be accurate, complete, and accessible. Paper file destroyed per scan and toss policy on 6/5/2017 JF (Doc 499757) |

**499757**                                2 of 2

JR - 01213
PRR-2025-0179



February 9, 2017

<u>Via Email</u>

RE: Christina Bystrom
File #: 499757

Dear Mr. Fuzie:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Ms. Christina Bystrom, who wrote to your office regarding her recent ticket purchase to Olivia Newton John at the Flamingo on November 29, 2016.  Thank you for bringing her concerns to our attention.

Ms. Bystrom states in her correspondence that she was unable to attend the event because she became ill while she was on vacation, and needed emergency surgery.

We appreciate this opportunity to respond to Ms. Whittaker's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

JordanF        2/7/2017

C-1stLetter To: linus1970@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 7, 2017

Christina M Bystrom
PO Box 5213
Bremerton, WA 98312

RE:   TicketMaster
File #:   499757

Dear Christina M Bystrom:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**499757**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**499757**

JordanF        2/7/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 7, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Christina M Bystrom
File #:  499757

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Christina M Bystrom regarding your business. Our office provides an
informal complaint resolution process to consumers and businesses to assist them in resolving
disputes. Many businesses find this informal, voluntary process beneficial in resolving
complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 499757 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**499757**

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure attached

**499757**

JordanF        2/9/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Thursday, February 09, 2017 6:48 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 499757 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Ms. Bystrom is attached.

Barrett


BARRETT JUSTICE
Escalations Manager

Ticketmaster
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com

**499757**

JordanF          2/9/2017

R-ClarificationNeededfromRespondent To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 9, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Christina M Bystrom
File #:   499757

Dear Consumer Support:

Thank you for your recent reply concerning the complaint of Christina M Bystrom. There are
some issues that need further clarification from you.

In your response, there is no indication of whether or not your business has investigated the
complaint or will provide the adjustment requested by the complainant.

We request that you specifically address these issues so that we may determine how to proceed
in this matter. Please send us your written reply within the next seven days. Please reference the
file number 499757 in your response.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**499757**

JordanF    2/28/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 28, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Christina M Bystrom
File #:   499757

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 499757 is seven calendar days from the date of this letter. This complaint was filed by Christina M Bystrom regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 499757 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure attached


**499757**

JordanF     3/16/2017

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 16, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Christina M Bystrom
File #:   499757

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by Christina M Bystrom
regarding your business and presented you an opportunity to provide our office with a written
response to that complaint through our informal complaint resolution (ICR) process. As of
today's date, you have not submitted a response and consequently we have closed this
complaint. Christina M Bystrom was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**499757**

Please include the complaint number given above on any complaint correspondence.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**499757**

JordanF        3/16/2017

C-ClosingNoResponse To:  linus1970@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 16, 2017

Christina M Bystrom
PO Box 5213
Bremerton, WA 98312

RE:  TicketMaster
File #:  499757

Dear Christina M Bystrom:

You recently filed a consumer complaint with our office regarding TicketMaster. Enclosed, please find Ticketmaster's response to your complaint. We have requested that Ticketmaster provide a more complete response to your complaint. As of today's date, Ticketmaster has not responded to our request.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

**499757**

JR - 01224
PRR-2025-0179

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

If Ticketmaster provides a more complete response to your complaint in the future, we will forward that response to you for your records.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Thursday, February 09, 2017 6:48 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 499757 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Ms. Bystrom is attached.

Barrett


BARRETT JUSTICE
Escalations Manager

Ticketmaster
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com


**499757**

JordanF       3/20/2017

From: Barrett Justice [mailto:barrett.justice@ticketmaster.com]
Sent: Monday, March 20, 2017 7:40 AM
To: ATG MI CRC Complaint Processing; Consumer Support - WV
Subject: RE: 499757 : A notice from the Washington State Attorney General's Office

My response is attached and was sent to your office on 2/9.

**499757**

JordanF       3/20/2017

C-ClosingUnadjustedW-Response To:  linus1970@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


March 20, 2017


Christina M Bystrom
PO Box 5213
Bremerton, WA 98312


RE:   TicketMaster
File #:   499757

Dear Christina M Bystrom:

Our office received the enclosed response to your complaint from TicketMaster. This concludes
our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center
cannot compel either party to participate in, or make any adjustments as a result of, our informal
complaint resolution process. This is a voluntary service and our office serves as a neutral third
party. We regret that we are unable to provide further assistance to you in resolving this
complaint. Our office monitors consumer complaints for possible indications of patterns of
unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**499757**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure


From: Barrett Justice [mailto:barrett.justice@ticketmaster.com]
Sent: Monday, March 20, 2017 7:40 AM
To: ATG MI CRC Complaint Processing; Consumer Support - WV
Subject: RE: 499757 : A notice from the Washington State Attorney General's Office

My response is attached and was sent to your office on 2/9.

Barrett


From: Barrett Justice [mailto:barrett.justice@ticketmaster.com]
Sent: Thursday, February 09, 2017 6:48 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 499757 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Ms. Bystrom is attached.

**499757**

Barrett

BARRETT JUSTICE
Escalations Manager

Ticketmaster
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com

**499757**

# Catalyst Report

## Complaint Description

**Description**

At time of sale it was not disclosed that only the purchaser can pick up the tickets and only at the will call at the venue on the day of the show (Conf No 49-45863/SEA - Safeco Field, August 19, 2017). I bought these tickets for use by others and cannot be there on the day of the event to retrieve the tickets. I contacted Ticketmaster customer service (online chat) and they provided no other delivery option or other info. Refused refund, etc. The online sales is DECEPTIVE and MISLEADING - who would expect that they (and they alone) have to physically be at the event on the day of the event (and only on the day of the event) just to obtain the tickets. This company has a history of past deceptive practices and seems undeterred by prior lawsuits and FTC actions, etc. I have attachments I excluded because I do not want them public (credit card account numbers, etc).

# Catalyst
# Complaint Cover Page

### 500178

## Complaint

| Number | 500178 | | **Status** | **Closed** |
|--------|--------|--|------------|-----------|
| Date | 2/13/2017 | | **Assignee** | **Fuzie, Jordan** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $607.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $607.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Jeffrey  Newman** <br> **5549 NW Bonfire Ct** <br> **Bremerton, WA  98312** | **(206) 898-4799** | | **jnewman98121@yahoo.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster** <br> **1000 Corporate Landing** <br> **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 019 | Inadequate Disclosure |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 2/24/2017 | Email from Complainant | |
| 2/13/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 2/13/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 2/13/2017 | Email to Complainant | C-1stLetter To:  jnewman98121@yahoo.com |
| 2/24/2017 | Email from Respondent | See doc 500178A |

JR - 01231
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/24/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 2/24/2017 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: jnewman98121@yahoo.com |
| 2/24/2017 | Resolution-CLOSED ADJUSTED | |
| 2/24/2017 | Email from Complainant | |
| 2/24/2017 | Email from Complainant | |
| 2/24/2017 | Email from Respondent | |
| 2/24/2017 | Email to Complainant | C-ICRCompleted To: jnewman98121@yahoo.com |
| 2/24/2017 | Reopened | |
| 2/24/2017 | Resolution-PART ADJUSTED | |
| 2/24/2017 | Email from Respondent | |
| 2/24/2017 | Email from Complainant | |

**500178**                    2 of 2



February 24, 2017

<u>Via Email</u>

RE: Jeffrey Newman
File #: 500178

Dear Mr. Fuzie:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the
Washington Attorney General's Office by Mr. Jeffrey Newman, who wrote to your office
regarding his recent ticket purchase to Tom Petty & The Heartbreakers at Safeco Field on August
19, 2017.  Thank you for bringing his concerns to our attention.

Mr. Newman states in his complaint that he was not aware that his tickets were will call only
because this information was not disclosed at the time of purchase; however, the delivery step of
the purchase process did advise him that his tickets were only available at will call and required
the purchaser to pick up the tickets on the night of the event.

As a courtesy, we have cancelled his tickets and provided a full refund of $607.00 to his American
Express card, which should post to his account in 3-5 business days.  We appreciate this
opportunity to respond to his complaint.  Please do not hesitate to contact us with any further
questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

JordanF      2/13/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 13, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Jeffrey Newman
File #:  500178

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Jeffrey Newman regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 500178 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**500178**

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Jeffrey Newman

Address:
2250 NW 58th St Unit 406
Seattle, WA 98107

Day Phone:
(206) 898-4799

Evening Phone:

E-mail Address:
jnewman98121@yahoo.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**500178**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
607.00

Did you sign a contract -

Date of transaction:
2/10/2017

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**500178**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
At time of sale it was not disclosed that only the purchaser can pick up the tickets and only at
the will call at the venue on the day of the show (Conf No 49-45863/SEA - Safeco Field,
August 19, 2017). I bought these tickets for use by others and cannot be there on the day of the
event to retrieve the tickets. I contacted Ticketmaster customer service (online chat) and they
provided no other delivery option or other info. Refused refund, etc. The online sales is
DECEPTIVE and MISLEADING - who would expect that they (and they alone) have to
physically be at the event on the day of the event (and only on the day of the event) just to
obtain the tickets. This company has a history of past deceptive practices and seems undeterred
by prior lawsuits and FTC actions, etc. I have attachments I excluded because I do not want
them public (credit card account numbers, etc).
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.

**500178**

Signature Jeffrey Newman    Date   2/12/2017
Received via the Internet
City and State where signed Seattle, WA

**500178**

JordanF        2/13/2017

C-1stLetter To:  jnewman98121@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 13, 2017


Jeffrey Newman
2250 NW 58th St Unit 406
Seattle, WA 98107


RE:   TicketMaster
File #:   500178

Dear Jeffrey Newman:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**500178**

JR - 01239
PRR-2025-0179

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




COMPLAINT SUMMARY
Consumer Information

Name:
Jeffrey Newman

Address:
2250 NW 58th St Unit 406
Seattle, WA 98107

Day Phone:
(206) 898-4799

Evening Phone:

E-mail Address:
jnewman98121@yahoo.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
Not Specified

**500178**

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
607.00

Did you sign a contract -

Date of transaction:
2/10/2017

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

**500178**

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
At time of sale it was not disclosed that only the purchaser can pick up the tickets and only at the will call at the venue on the day of the show (Conf No 49-45863/SEA - Safeco Field, August 19, 2017). I bought these tickets for use by others and cannot be there on the day of the event to retrieve the tickets. I contacted Ticketmaster customer service (online chat) and they provided no other delivery option or other info. Refused refund, etc. The online sales is DECEPTIVE and MISLEADING - who would expect that they (and they alone) have to physically be at the event on the day of the event (and only on the day of the event) just to obtain the tickets. This company has a history of past deceptive practices and seems undeterred by prior lawsuits and FTC actions, etc. I have attachments I excluded because I do not want them public (credit card account numbers, etc).
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

**500178**

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Jeffrey Newman    Date  2/12/2017

Received via the Internet

City and State where signed Seattle, WA

**500178**

JordanF        2/24/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Friday, February 24, 2017 8:48 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 500178 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Mr. Newman is attached.

Barrett


BARRETT JUSTICE
Escalations Manager
Ticketmaster
barrett.justice@ticketmaster.com
www.ticketmaster.com

**500178**

JordanF        2/24/2017

R-ClosingW-Response To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 24, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE: Jeffrey Newman
File #: 500178

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Jeffrey Newman regarding your business. A copy
of your response was provided to Jeffrey Newman. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**500178**

1-206-464-6684 for out-of-state callers

**500178**

JR - 01246
PRR-2025-0179

JordanF     2/24/2017

C-ClosingAdjustedEnclosureIncluded To:  jnewman98121@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 24, 2017


Jeffrey Newman
2250 NW 58th St Unit 406
Seattle, WA 98107


RE:  TicketMaster
File #:  500178

Dear Jeffrey Newman:

We received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office. Your complaint has been closed as this response completes our informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**500178**

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Friday, February 24, 2017 8:48 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 500178 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Mr. Newman is attached.

Barrett


BARRETT JUSTICE
Escalations Manager
Ticketmaster
barrett.justice@ticketmaster.com
www.ticketmaster.com

**500178**

JordanF          2/24/2017

From: Newman [mailto:jnewman98121@yahoo.com]
Sent: Friday, February 24, 2017 11:07 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 500178 : A notice from the Washington State Attorney General's Office

No one asked them to cancel the tickets. What help is that -

**500178**

JordanF        2/24/2017

From: Newman [mailto:jnewman98121@yahoo.com]
Sent: Friday, February 24, 2017 11:10 AM
To: barrett.justice@ticketmaster.com; ATG MI CRC Complaint Processing
Cc: Jeffrey Newman
Subject: Fw: 500178 : A notice from the Washington State Attorney General's Office

I didn't ask anyone to cancel the tickets - what help is that -  I want the tickets.

The will-call is not the problem, the problem is I was told that only I could pick them up.

I need an alternative so that someone else can pick-up the tickets.

Thanks.
Jeff Newman

**500178**

JordanF        2/24/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Friday, February 24, 2017 11:50 AM
To: Newman; ATG MI CRC Complaint Processing
Subject: RE: 500178 : A notice from the Washington State Attorney General's Office

Mr. Newman,

You mentioned in your complaint that you were refused a refund and the notations on your
order indicate that you did request a refund when you contacted our Customer Service
department after you were informed of the will call policy.  The fan club tickets do require that
the cardholder be present in order to pick up the tickets.

Barrett

**500178**

JordanF          2/24/2017

C-ICRCompleted To:  jnewman98121@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 24, 2017


Jeffrey Newman
2250 NW 58th St Unit 406
Seattle, WA 98107


RE:   TicketMaster
File #:   500178

Dear Jeffrey Newman:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received the additional information you provided regarding complaint # 500178. The
complaint was closed upon completion of our informal complaint resolution process and has
been resolved to the fullest capabilities of the Consumer Resource Center.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive
business practices which may warrant further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted. It is our policy to neither
confirm nor deny the existence of an ongoing investigation.

Our informal complaint resolution process is a voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We cannot compel the business to respond or to resolve the complaint to your
satisfaction. While our informal process for facilitating resolution of complaints is often
effective and results in a satisfactory resolution for both parties, the outcome of the informal
process on an individual complaint does not determine whether or not our office will take more
formal action regarding the business practices described in your complaint.

We regret that we are unable to provide further assistance to you regarding this complaint. You
may also want to consult with a private attorney to determine any legal options and remedies
that may be available to you. Legal options and remedies may be time sensitive. Our office is
prohibited by Washington State law from providing legal advice or representing either party.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County

**500178**

Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

The primary function of the Consumer Protection Division is to enforce the Consumer Protection Act RCW 19.86. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection pursuant to the Public Records Act, RCW 42.56.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**500178**

JordanF        2/24/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Friday, February 24, 2017 12:01 PM
To: Newman; ATG MI CRC Complaint Processing
Subject: RE: 500178 : A notice from the Washington State Attorney General's Office

It was a pleasure speaking to you Mr. Newman.  I'll get your tickets out in the mail on Monday.

Please feel free to reach out to me if you need anything via email or you can call me at (304) 357-6147.

Barrett

**500178**

JordanF      2/24/2017

From: Newman [mailto:jnewman98121@yahoo.com]
Sent: Friday, February 24, 2017 12:09 PM
To: Barrett Justice
Cc: ATG MI CRC Complaint Processing
Subject: Re: 500178 : A notice from the Washington State Attorney General's Office

Dear Mr. Justice, thank you again for calling.

I greatly appreciate your help!

Jeff Newman

**500178**

# Catalyst Report

## Complaint Description

**Description**

Ticketmaster and Chateu St Michelle broadcasted tickets going on sale at 10am, Saturday 2-11.  Prepared to purchase tickets-- count down, 3, 2, 1 on ticketmaster website and "No tickets available" This is false advertising. I understand presale etc, however if you are going to offer public sales and nothing is available this needs to be stopped. I know I am not the first one with this issue. Please do something about this.

# Catalyst
# Complaint Cover Page

**500181**

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **500181** | | **Status** | **Closed** |
| Date | 2/13/2017 | | **Assignee** | **Groff, Stephen W** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Donald R Fitzwater**<br>**23708 139th Dr SE**<br>**Snohomish, WA  98296** | **(425) 770-9697** | **(425) 770-9697** | **don.fitzwater@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| Chateau St Michelle<br>14111 NE 145th St<br>Woodinville, WA  98072 | | (425) 488-1133 | | info@ste-michelle.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 026 | Advertising |

## Activities

**500181**                                    1 of 2

JR - 01257
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/13/2017 | Intake Notes | C listed two R's in the R field. |
| | | Per narrative, complaint toward both R's. |
| | | C did not provide an address for the R's. |
| | | Used R-all for TicketMaster. |
| | | Located an address for Chateu St Michelle. |
| 2/13/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 2/14/2017 | Email to Complainant | C-1stLetter To:  don.fitzwater@gmail.com |
| 2/14/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 2/14/2017 | Email to Respondent | R-1stLetterRevised To:  info@ste-michelle.com |
| 2/16/2017 | Email from Respondent | Response from Chateau St Michelle; 500181A |
| 2/16/2017 | Email to Complainant | C-ResponseOneRespondentUnresolved To: don.fitzwater@gmail.com |
| 2/16/2017 | Email to Respondent | R-ClosingW-Response To:  info@ste-michelle.com |
| 2/16/2017 | Resolution-UNADJUSTED | |
| 3/1/2017 | Email from Respondent | From TicketMaster; attachment 50181B |
| 3/1/2017 | Email from Respondent | From TicketMaster; attachment 500181B - this is a correrction of Activity 1904741. |
| 3/2/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To: don.fitzwater@gmail.com |
| 3/2/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |

**500181**                    2 of 2

Ste. Michelle
WINE ESTATES

February 15, 2017

Dear Mr. Fitzwater,

Thank you for the letter. We know that it can be frustrating when an event sells out quickly. However, we assure you that tickets were available on Ticketmaster for purchase by the general public at 10 am on February 11, as was advertised. If you have been to one our shows before, you know that our amphitheater is a small, intimate venue in which every seat in the house is great. The tradeoff for such an intimate venue is that, unfortunately, shows tend to sell out quickly - especially for popular acts such as John Legend.

We have an exciting schedule of shows this summer which we will announce in the next couple of months. We hope you are able to make it to one of them.

Sincerely,

Adam Copley

Senior Counsel
Ste. Michelle Wine Estates

WASHINGTON: Chateau Ste. Michelle, Columbia Crest, 14 Hands, Michelle, Anew, Red Diamond, O Wines, Seven Falls Cellars, Snoqualmie, Col Solare, Northstar, Spring Valley Vineyard
OREGON: Erath | CALIFORNIA: Stag's Leaf Wine Cellars, Antica Napa Valley, Conn Creek | CHILE: Miguel Torres Chile, Haras | NEW ZEALAND: Villa Maria New Zealand.
Esk Valley | CHAMPAGNE: Nicolas Feuillatte: Palmes d'Or | SPAIN: Torres, Jean Leon, Torres Brandy | ITALY: Villa Antinori, Tenuta Tignanello, Tenuta Guado al Tasso,
Pian delle Vigne, Castello della Sala, La Braccesca, Prunotto, Santa Cristina, Tormaresca, Montenisa, Col de Salici

14111 N.E. 145TH STREET, PO BOX 1976, WOODINVILLE, WA 98072 • 425-488-1133 • FAX 425-415-3657 • SMWE.COM

JR - 01259
PRR-2025-0179



February 28, 2017

<u>Via Email</u>

RE: Donald R. Fitzwater
File #: 500181

Dear Mr. Groff:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Mr. Donald Fitzwater, who wrote to your office following his inability to purchase tickets to John Legend at Chateau Ste Michelle during general public onsales conducted by Ticketmaster on February 11, 2017.  Following the rapid sales of tickets on account of high demand during the onsale process, Mr. Fitzwater has complained to your office accusing Ticketmaster of false advertising and not releasing tickets to the general public.  We empathize with his frustrations, but Ticketmaster is not responsible for the problems he experienced.

Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible; however, the demand for Paul McCartney tickets greatly exceeds available inventory.  When a popular event goes on sale there are thousands and sometimes millions of fans trying to get tickets at the same time through our various distribution channels.  They are trying online at Ticketmaster.com, through our automated phone system, through sales reps, at any of our retail locations and at the box office.  If there are 3,000 fans trying to each buy 4 tickets, that is 12,000 tickets sold within minutes.

In all candor, this process is as frustrating to us as it apparently is to Mr. Fitzwater.  We wish it were the case that everyone who wanted to attend a live entertainment event could get tickets and receive their first choice for seat location. Unfortunately, in light of the extremely high level of demand for some events, not everyone wanting to attend certain events is able to buy a ticket.  There are only a limited number of tour dates for events, each with a limited seating capacity, so regrettably this just is not possible.

We trust this response adequately addresses her complaint.  Please do not hesitate to contact us with further questions or concerns.

Sincerely,

Barrett Justice
Escalations Manager

SteGro.100      2/14/2017

C-1stLetter To:  don.fitzwater@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 14, 2017

Donald R Fitzwater
23708 139th Dr SE
Snohomish, WA 98296

RE:  TicketMaster and Chateau St Michelle
File #:  500181

Dear Donald R Fitzwater:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster and Chateau St Michelle was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**500181**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**500181**

SteGro.100      2/14/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 14, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Donald R Fitzwater
File #:  500181

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Donald R Fitzwater regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 500181 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**500181**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Donald R Fitzwater

Address:
23708 139th Dr SE
Snohomish, WA 98296

Day Phone:
(425) 770-9697

Evening Phone:
(425) 770-9697

E-mail Address:
don.fitzwater@gmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**500181**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Chateau St Michelle
14111 NE 145th St
Woodinville, WA 98072

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**500181**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Ticketmaster and Chateu St Michelle broadcasted tickets going on sale at 10am, Saturday 2-11.
Prepared to purchase tickets-- count down, 3, 2, 1 on ticketmaster website and "No tickets
available" This is false advertising. I understand presale etc, however if you are going to offer
public sales and nothing is available this needs to be stopped. I know I am not the first one with
this issue. Please do something about this.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Donald Fitzwater    Date   2-11-17
Received via the Internet
City and State where signed Snohomish, Washington

**500181**

SteGro.100    2/14/2017

R-1stLetterRevised To:  info@ste-michelle.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 14, 2017

Chateau St Michelle
14111 NE 145th St
Woodinville, WA 98072

RE:   Donald R Fitzwater
File #:   500181

Dear Chateau St Michelle:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Donald R Fitzwater regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 500181 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**500181**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Donald R Fitzwater

Address:
23708 139th Dr SE
Snohomish, WA 98296

Day Phone:
(425) 770-9697

Evening Phone:
(425) 770-9697

E-mail Address:
don.fitzwater@gmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**500181**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Chateau St Michelle
14111 NE 145th St
Woodinville, WA 98072

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**500181**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Ticketmaster and Chateu St Michelle broadcasted tickets going on sale at 10am, Saturday 2-11. Prepared to purchase tickets-- count down, 3, 2, 1 on ticketmaster website and "No tickets available" This is false advertising. I understand presale etc, however if you are going to offer public sales and nothing is available this needs to be stopped. I know I am not the first one with this issue. Please do something about this.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Donald Fitzwater    Date   2-11-17
Received via the Internet
City and State where signed Snohomish, Washington

**500181**

SteGro.100        2/16/2017

From: Copley, Adam [mailto:Adam.Copley@smwe.com]
Sent: Wednesday, February 15, 2017 12:49 PM
To: ATG MI CRC Complaint Processing
Subject: Re: File Number 500181

To Whom it May Concern,

Yesterday we received a complaint from the Consumer Protection Division of the Attorney General's Office regarding the sale of concert tickets through Ticketmaster. I am attaching a letter addressed to Mr. Fitzwater, the complainant, regarding his concerns. The file number for Mr. Fitzpatrick's complaint was 500181. If you have any further questions regarding this matter, please feel free to reach out directly to me.

Best,
Adam

Adam Copley | Senior Counsel | Ste. Michelle Wine Estates Ltd. | (425) 415-3741 | adam.copley@smwe.com

**500181**

SteGro.100     2/16/2017

C-ResponseOneRespondentUnresolved To:  don.fitzwater@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 16, 2017

Donald R Fitzwater
23708 139th Dr SE
Snohomish, WA 98296

RE:   TicketMaster and Chateau St Michelle
File #:   500181

Dear Donald R Fitzwater:

This letter is to inform you that our office received the enclosed reply from Chateau St Michelle
in response to the complaint you filed regarding TicketMaster and Chateau St Michelle,
complaint # 500181. Based on the response from Chateau St Michelle we are closing your
complaint.

We realize you may disagree with Chateau St Michelle's position. The Consumer Resource
Center cannot compel a business to respond or to make an adjustment in resolution of a dispute.
This is a voluntary service and our office serves as a neutral third party. We regret that we are
unable to provide further assistance to you in resolving this complaint. Our office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the Small Claims Court in your County if it is
appropriate for your complaint.

General information about Small Claims Court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

**500181**

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

As of the date of this letter, we have not yet received a response from TicketMaster. If TicketMaster sends us a response in the future, we will add it to your complaint as a public record and we will send you a copy for your information.

Consumer complaints provide valuable information our office uses to identify patterns of unfair or deceptive trade practices that may warrant enforcement of the Consumer Protection Act. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**500181**

SteGro.100          2/16/2017

R-ClosingW-Response To:  info@ste-michelle.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 16, 2017

Chateau St Michelle
14111 NE 145th St
Woodinville, WA 98072

RE:   Donald R Fitzwater
File #:   500181

Dear Chateau St Michelle:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Donald R Fitzwater regarding your business. A copy of your response was provided to Donald R Fitzwater. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**500181**

**500181**

JR - 01275
PRR-2025-0179

SteGro.100          3/1/2017

From: James Hicks [mailto:jimix5198@yahoo.com]
Sent: Tuesday, February 28, 2017 3:50 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 500646 : A notice from the Washington State Attorney General's Office

Thank you so much for your effort....I'm glad it turned out so well.

James Hicks

**500181**

SteGro.100     3/1/2017

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Tuesday, February 28, 2017 3:56 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 500181 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Mr. Fitzwater is attached.

Barrett

**500181**

SteGro.100        3/2/2017

C-ClosingUnadjustedW-Response To:  don.fitzwater@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 2, 2017

Donald R Fitzwater
23708 139th Dr SE
Snohomish, WA 98296

RE:   TicketMaster
File #:   500181

Dear Donald R Fitzwater:

Our office received the enclosed response to your complaint from TicketMaster. This concludes
our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center
cannot compel either party to participate in, or make any adjustments as a result of, our informal
complaint resolution process. This is a voluntary service and our office serves as a neutral third
party. We regret that we are unable to provide further assistance to you in resolving this
complaint. Our office monitors consumer complaints for possible indications of patterns of
unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**500181**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**500181**

SteGro.100      3/2/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 2, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Donald R Fitzwater
File #:   500181

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Donald R Fitzwater regarding your business. A
copy of your response was provided to Donald R Fitzwater. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers

**500181**

1-206-464-6684 for out-of-state callers

**500181**

JR - 01281
PRR-2025-0179

# Catalyst
# Complaint Cover Page

**500683**

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **500683** | **Status** | **Closed** | **CONFIDENTIAL** |
| Date | 2/22/2017 | **Assignee** | Wu, Andrew | |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 | |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 | |
| | | Estimated Savings | $0.00 | |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Bina  Ellefsen** | **(206) 383-2092** | | **bina@frascoldusa.com** |
| **3424 172nd Pl SE** | | | |
| **Bothell, WA  98012** | | | |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| **1000 Corporate Landing** | | | | |
| **Charleston, WV  25311** | | | | |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 206 | Right To Cancel |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/22/2017 | Emailed/Faxed Complaint - New | |
| 2/22/2017 | Intake Notes | C provided no address for R; existing address was used. |
| | | Permission was not given to send complaint to R. |

**500683**                                   1 of 2

| Date Added | Activity Type | Activity |
| --- | --- | --- |
| 2/22/2017 | Reviewed | Triage 3: Appropriate for ICR; ICR authorization required. |
| 2/27/2017 | Email to Complainant | C-ICRAuthorizationLetter To: bina@frascoldusa.com |
| 3/10/2017 | Resolution- UNADJUSTED NO RESPONSE | due to no response from C for ICR Authorization |

**500683**                    2 of 2

SteGro.100        2/22/2017

-----Original Message-----
From: ATG MI CPR Contact AGO
Sent: Wednesday, February 22, 2017 9:12 AM
To: ATG MI CRC Complaint Processing
Subject: FW: Contact AGO - Consumer Protection


-----Original Message-----
From: ATG WWW Email AGO temporary
Sent: Tuesday, February 21, 2017 4:28 PM
To: ATG MI CPR Contact AGO
Subject: FW: Contact AGO - Consumer Protection


-----Original Message-----
From: bina@frascoldusa.com [mailto:bina@frascoldusa.com]
Sent: Tuesday, February 21, 2017 2:09 PM
To: ATG WWW Email AGO temporary
Subject: Contact AGO - Consumer Protection

The following message has been submitted to staff at the Attorney General's Office.  While we
make every effort to respond promptly, depending on the complexity of your request and the
volume of messages received, it may take more time for our staff to respond.  We appreciate
your patience. Please do not respond directly to this message as the ATG WWW Email AGO
mailbox is unmonitored.  If you need to reach us again, please return to this form:
https://fortress.wa.gov/atg/formhandler/ago/ContactForm.aspx

Ellefsen, Bina

Email Address: bina@frascoldusa.com

Address:
3424 172nd Pl SE
Bothell WA 98012

Address Type: Home

Phone: 206-383-2092
Phone Type: Home

Subject: Consumer Protection

Message: Hello,

**500683**

I mistakenly exceeded the ticket limit on Ticketmaster for the U2 concert in May 2017. I purchased 2 sets of 4 tickets. Because I purchased these tickets separately and Ticketmaster accepted both orders through their online system, I thought I was in compliance. After the fact, I was told by a Ticketmaster representative that I went over the limit and that my tickets might be cancelled. When I found out that I went over the ticket limit, I asked to do what I could to correct this--including cancelling the second order. I was told I could not cancel and that I had to wait until Ticketmaster's client U2 decided what to do. I have called Ticketmaster 4 times since my original purchase, trying to get an update. As of now, Ticketmaster has my money and cannot tell me whether I have 4 tickets, 8 tickets or no tickets.

It seems unfair to consumers that our funds/tickets are being held and we have no information as to whether we have tickets or a refund coming. I am told I may not have an answer until May-- which is 3 months away while Ticketmaster has nearly $1000 of my money.

Thank you, Bina Ellefsen

Previous Contact: Yes
Date: not sure

Regarding:
about a different unrelated matter

Declared By Name and Date:
Name: Bina Ellefsen
Date: 2/21/2017

Submitted on: 2/21/2017 2:09:14 PM

Consumer protection issues constantly change, with new scams and threats emerging every week.  To be automatically notified, please consider signing up for one or more of our newsletters (http://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions, consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (http://www.twitter.com/agowa), YouTube (http://www.youtube.com/washingtonago) and Facebook (https://www.facebook.com/WAStateAttorneyGeneral).

**500683**

AndWu.100      2/27/2017

C-ICRAuthorizationLetter To:  bina@frascoldusa.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 27, 2017

Bina Ellefsen
3424 172nd Pl SE
Bothell, WA 98012

RE:  TicketMaster
File #:  500683

Dear Bina Ellefsen:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your correspondence. Because the nature of your correspondence appears to be a
consumer complaint that we would normally send to the business and request a response, we
need your authorization to proceed.

You may provide authorization by email or regular mail:

1. To provide authorization by email, send an email to CRCComplaints@atg.wa.gov referencing
the above complaint number in the subject line. The email should explicitly state that you
authorize our office to send your correspondence and any associated materials to the business
and/or refer to other agencies or organizations as appropriate.

2. To provide authorization by regular mail, complete our paper complaint form
(enclosed/attached) referencing the above complaint number. Please reference your previous
correspondence in the complaint description section on the form. Return the completed form to
our office at 800 5th Avenue, Suite 2000, Seattle, Washington, 98104-3188.

It is important to include the above referenced file number on all communications with our
office regarding this complaint. This will allow us to quickly access your file. Also, please be
sure to include all the contact information you have for the business including mailing address,
telephone number, fax number, and email address.

If you do not wish to participate in our informal complaint resolution process, no further action
is required. If we do not receive authorization from you within seven calendar days, we will
close your complaint without further processing and will maintain a copy in our files as a public
record.

**500683**

Consumer complaints are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56. Complaint information we receive is exported to the Federal Trade Commission's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**500683**

# Catalyst Report

## Complaint Description

**Description**

Tried to order tickets to PAC-12 Women's Basketball tournament. Unable to contact box office via telephone, due to combination of "sorry, all lines are busy" and a shift to an automated service which seemed to be INTENTIONALLY UNABLE TO UNDERSTAND INSTRUCTIONS . Forced to go on-line to Key Arena's "only legitimate agent", Ticketmaster, where a notice announced that tickets purchased through the box office would not suffer a processing fee. Tried several times to reach box office, or use automated alternative - same results. Purchased two tickets via Ticketmaster online, where the stated fee was 30.00 each, plus a 5.00 processing fee. . However, end fee, due to unrevealed add-ons, was 84.00, not 65.00! This is an end fee that is 30% more than advertised!! I consider this to be false advertising.

# Catalyst
# Complaint Cover Page

### 501103

## Complaint

| | | | | |
|---|---|---|---|---|
| Number | **501103** | | **Status** | **Closed** |
| Date | 3/1/2017 | | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $18.22 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $24.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| <u>Name</u> | <u>Phone Day</u> | <u>Phone Evening</u> | <u>Email</u> |
|---|---|---|---|
| **Alan E Marsh**<br>**12603 NE 134th Pl**<br>**Kirkland, WA  98034** | **(425) 821-0801** | **(206) 794-7114** | **hawkeye6772@hotmail.com** |

## Respondent(s)

| <u>Name</u> | <u>Contact</u> | <u>Phone</u> | <u>Toll Free</u> | <u>Email</u> |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| Key Arena<br>305 Harrison St  Rm 400/401<br>Seattle, WA  98109 | | | | |

## Referral(s)

| <u>Name</u> | <u>Contact</u> | <u>Phone Contact</u> | <u>Phone</u> | <u>Email</u> |
|---|---|---|---|---|

## Practice(s)

| <u>Code</u> | <u>Practice</u> |
|---|---|
| 026 | Advertising |
| 203 | Internet & Mobile device based transaction |
| 316 | Billing Issues |

##  Activities

| <u>Date Added</u> | <u>Activity Type</u> | <u>Activity</u> |
|---|---|---|
| 3/2/2017 | Reviewed | Triage 2: Appropriate for ICR |

**501103**                    1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/2/2017 | Form Letter to Respondent | R-1stLetterRevised |
| 3/2/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 3/2/2017 | Email to Complainant | C-1stLetter To:  hawkeye6772@hotmail.com |
| 3/20/2017 | Email from Respondent | See doc 501103A. Response from TicketMaster. |
| 3/20/2017 | Email to Complainant | C-ResponseOneRespondentPending To: hawkeye6772@hotmail.com |
| 3/28/2017 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 4/11/2017 | Form Letter to Respondent | R-Closing-wNOResponse |
| 4/11/2017 | Email to Complainant | C-ClosingNoResponse To: hawkeye6772@hotmail.com |
| 4/11/2017 | Resolution- UNADJUSTED NO RESPONSE | TicketMaster responded only. |
| 4/12/2017 | Email from Complainant | |
| 4/12/2017 | Email to Complainant | C-ThankYouForInformation To: hawkeye6772@hotmail.com |
| 4/25/2017 | Email from Respondent | See doc 501103B. Response from Key Arena. |
| 4/25/2017 | Reopened | Key Arena responded. |
| 4/25/2017 | Email to Complainant | C-ClosingPartialAdjusted To: hawkeye6772@hotmail.com |
| 4/25/2017 | Form Letter to Respondent | R-ClosingW-Response |
| 4/25/2017 | Resolution-PART ADJUSTED | |
| 4/25/2017 | Email from Complainant | |

**501103**                    2 of 2



March 20, 2017

<u>Via Email</u>

RE:  Alan E Marsh
File #:   501103

Mr. Ogle:

We are in receipt of the recent complaint submitted Consumer Protection Division of the Attorney
General's Office by Mr. Alan E Marsh, who wrote to your office to complain about Ticketmaster's service
fees. We appreciate the opportunity to respond to his complaint.

Before a consumer can complete a transaction with Ticketmaster, he or she must agree to our *Terms of
Use*.  By proceeding with the order, the consumer acknowledges and confirms that they agree to abide by
those terms.  Under our stated purchase policy on the Ticketmaster.com website, we clearly state that
tickets purchased on Ticketmaster.com are subject to a per ticket convenience charge and a non-
refundable per order processing fee.

These fees allow Ticketmaster to provide the widest range of available tickets while giving you multiple
ways to purchase. Tickets are available via our telephone reservation system and on our website,
Ticketmaster.com. Tickets can be purchased through at least one distribution channel virtually 24 hours a
day. The convenience charge varies by event and is determined by negotiations with arena operators,
promoters and others.  And our venue clients' box offices (open at their discretion) also offer the
opportunity to purchase tickets without any Ticketmaster-assessed fees if an individual elects to purchase
tickets on-site at the venue.

As a gesture of goodwill, we have refunded the Ticketmaster fees associated with his order in the amount
of $18.22, which should post to his account in 3-5 business days.  We trust that this information will be
sufficient to resolve Mr. Marsh's complaint.  Please do not hesitate to contact us with any further
questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager



March 20, 2017

<u>Via Email</u>

RE:  Alan E Marsh
File #:  501103

Mr. Ogle:

We are in receipt of the recent complaint submitted Consumer Protection Division of the Attorney General's Office by Mr. Alan E Marsh, who wrote to your office to complain about Ticketmaster's service fees. We appreciate the opportunity to respond to his complaint.

Before a consumer can complete a transaction with Ticketmaster, he or she must agree to our *Terms of Use*.  By proceeding with the order, the consumer acknowledges and confirms that they agree to abide by those terms.  Under our stated purchase policy on the Ticketmaster.com website, we clearly state that tickets purchased on Ticketmaster.com are subject to a per ticket convenience charge and a non-refundable per order processing fee.

These fees allow Ticketmaster to provide the widest range of available tickets while giving you multiple ways to purchase. Tickets are available via our telephone reservation system and on our website, Ticketmaster.com. Tickets can be purchased through at least one distribution channel virtually 24 hours a day. The convenience charge varies by event and is determined by negotiations with arena operators, promoters and others.  And our venue clients' box offices (open at their discretion) also offer the opportunity to purchase tickets without any Ticketmaster-assessed fees if an individual elects to purchase tickets on-site at the venue.

As a gesture of goodwill, we have refunded the Ticketmaster fees associated with his order in the amount of $18.22, which should post to his account in 3-5 business days.  We trust that this information will be sufficient to resolve Mr. Marsh's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

AntOgl.100        3/2/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

March 2, 2017

Key Arena
305 Harrison St Rm 400/401
Seattle, WA 98109

RE:  Alan E Marsh
File #:  501103

Dear Key Arena:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Alan E Marsh regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 501103 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

Sincerely,

**501103**

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

Name:
Alan E Marsh

Address:
12603 NE 134th Pl
Kirkland, WA 98034

Day Phone:
(425) 821-0801

Evening Phone:
(206) 794-7114

E-mail Address:
hawkeye6772@hotmail.com

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**501103**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Key Arena
305 Harrison St Rm 400/401
Seattle, WA 98109

Item or service purchased:

Cost of item or service:
24.00

Did you sign a contract -

Date of transaction:
3/1/2017

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**501103**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Tried to order tickets to PAC-12 Women's Basketball tournament. Unable to contact box office
via telephone, due to combination of "sorry, all lines are busy" and a shift to an automated
service which seemed to be INTENTIONALLY UNABLE TO UNDERSTAND
INSTRUCTIONS . Forced to go on-line to Key Arena's "only legitimate agent", Ticketmaster,
where a notice announced that tickets purchased through the box office would not suffer a
processing fee. Tried several times to reach box office, or use automated alternative - same
results. Purchased two tickets via Ticketmaster online, where the stated fee was 30.00 each, plus
a 5.00 processing fee. . However, end fee, due to unrevealed add-ons, was 84.00, not 65.00!
This is an end fee that is 30% more than advertised!! I consider this to be false advertising.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.

**501103**

Signature Alan Marsh    Date   1 March 2017
Received via the Internet
City and State where signed Kirkland, WA

**501103**

AntOgl.100       3/2/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 2, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Alan E Marsh
File #:  501103

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Alan E Marsh regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 501103 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**501103**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

Name:
Alan E Marsh

Address:
12603 NE 134th Pl
Kirkland, WA 98034

Day Phone:
(425) 821-0801

Evening Phone:
(206) 794-7114

E-mail Address:
hawkeye6772@hotmail.com

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**501103**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Key Arena
305 Harrison St Rm 400/401
Seattle, WA 98109

Item or service purchased:

Cost of item or service:
24.00

Did you sign a contract -

Date of transaction:
3/1/2017

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

**501103**

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Tried to order tickets to PAC-12 Women's Basketball tournament. Unable to contact box office
via telephone, due to combination of "sorry, all lines are busy" and a shift to an automated
service which seemed to be INTENTIONALLY UNABLE TO UNDERSTAND
INSTRUCTIONS . Forced to go on-line to Key Arena's "only legitimate agent", Ticketmaster,
where a notice announced that tickets purchased through the box office would not suffer a
processing fee. Tried several times to reach box office, or use automated alternative - same
results. Purchased two tickets via Ticketmaster online, where the stated fee was 30.00 each, plus
a 5.00 processing fee. . However, end fee, due to unrevealed add-ons, was 84.00, not 65.00!
This is an end fee that is 30% more than advertised!! I consider this to be false advertising.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party

**501103**

(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Alan Marsh    Date   1 March 2017

Received via the Internet

City and State where signed Kirkland, WA

**501103**

JR - 01302
PRR-2025-0179

AntOgl.100        3/2/2017

C-1stLetter To:  hawkeye6772@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 2, 2017

Alan E Marsh
12603 NE 134th Pl
Kirkland, WA 98034

RE:   TicketMaster and Key Arena
File #:   501103

Dear Alan E Marsh:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster and Key Arena was reviewed
and determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**501103**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**501103**

AntOgl.100     3/20/2017

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Monday, March 20, 2017 9:38 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 501103 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Mr. Marsh is attached.

Barrett

**501103**

AntOgl.100      3/20/2017

C-ResponseOneRespondentPending To:  hawkeye6772@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

March 20, 2017

Alan E Marsh
12603 NE 134th Pl
Kirkland, WA 98034

RE:   TicketMaster and Key Arena
File #:   501103

Dear Alan E Marsh:

This letter is to inform you that our office received the enclosed reply from TicketMaster in
response to the complaint you filed regarding TicketMaster and Key Arena, complaint #
501103.

As of the date of this letter, we have not yet received a response from Key Arena. We will
continue to monitor your complaint for Key Arena response. If the business does not respond, or
your complaint is not resolved through our informal complaint resolution service, your
complaint will be closed. However, you will be notified of additional options and resources that
may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before April 11, 2017.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**501103**

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Monday, March 20, 2017 9:38 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 501103 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Mr. Marsh is attached.

Barrett

**501103**

AntOgl.100        3/28/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

March 28, 2017


Key Arena
305 Harrison St Rm 400/401
Seattle, WA 98109


RE:  Alan E Marsh
File #:  501103

Dear Key Arena:

This letter is a courtesy reminder that the requested date for your written response to complaint # 501103 is seven calendar days from the date of this letter. This complaint was filed by Alan E Marsh regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 501103 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




COMPLAINT SUMMARY
Consumer Information

**501103**

Name:
Alan E Marsh

Address:
12603 NE 134th Pl
Kirkland, WA 98034

Day Phone:
(425) 821-0801

Evening Phone:
(206) 794-7114

E-mail Address:
hawkeye6772@hotmail.com

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

**501103**

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Key Arena
305 Harrison St Rm 400/401
Seattle, WA 98109

Item or service purchased:

Cost of item or service:
24.00

Did you sign a contract -

Date of transaction:
3/1/2017

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**501103**

Explain your complaint in detail:
Tried to order tickets to PAC-12 Women's Basketball tournament. Unable to contact box office via telephone, due to combination of "sorry, all lines are busy" and a shift to an automated service which seemed to be INTENTIONALLY UNABLE TO UNDERSTAND INSTRUCTIONS . Forced to go on-line to Key Arena's "only legitimate agent", Ticketmaster, where a notice announced that tickets purchased through the box office would not suffer a processing fee. Tried several times to reach box office, or use automated alternative - same results. Purchased two tickets via Ticketmaster online, where the stated fee was 30.00 each, plus a 5.00 processing fee. . However, end fee, due to unrevealed add-ons, was 84.00, not 65.00! This is an end fee that is 30% more than advertised!! I consider this to be false advertising.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Alan Marsh    Date   1 March 2017
Received via the Internet
City and State where signed Kirkland, WA

**501103**

JR - 01311
PRR-2025-0179

AntOgl.100     4/11/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

April 11, 2017

Key Arena
305 Harrison St Rm 400/401
Seattle, WA 98109

RE:  Alan E Marsh
File #:  501103

Dear Key Arena:

We recently contacted you regarding a consumer complaint filed by Alan E Marsh regarding
your business and presented you an opportunity to provide our office with a written response
to that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Alan E Marsh
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

**501103**

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**501103**

JR - 01313
PRR-2025-0179

AntOgl.100      4/11/2017

C-ClosingNoResponse To: hawkeye6772@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 11, 2017

Alan E Marsh
12603 NE 134th Pl
Kirkland, WA 98034

RE: Key Arena
File #: 501103

Dear Alan E Marsh:

You recently filed a consumer complaint with our office regarding Key Arena. As of today's date, Key Arena has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against Key Arena pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding Key Arena. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**501103**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**501103**

AntOgl.100        4/12/2017

-----Original Message-----
From: Alan Marsh [mailto:hawkeye6772@hotmail.com]
Sent: Tuesday, April 11, 2017 4:18 PM
To: ATG MI CRC Complaint Processing
Subject: Resolution of complaint RE: Key Arena, File #: 501103

The ticket office responded by reimbursing the portion of the ticket which was the basis of the complaint. I'm sure that they will continue to hoodwink the public in this fashion, but, as for me, I consider the case closed. Thank you.

Alan E. Marsh
Kirkland, WA

**501103**

AntOgl.100        4/12/2017

C-ThankYouForInformation To:  hawkeye6772@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 12, 2017


Alan E Marsh
12603 NE 134th Pl
Kirkland, WA 98034


RE:   TicketMaster and Key Arena
File #:   501103

Dear Alan E Marsh:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your correspondence regarding TicketMaster and Key Arena.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices. We may open a formal investigation or take enforcement action
pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that
further action is warranted. It is our policy to neither confirm nor deny the existence of an
ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce
that to the public through a press release or on our website at http://www.atg.wa.gov.

Consumer complaints are public records and are available to the public for copying or
inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**501103**

**501103**

JR - 01318
PRR-2025-0179

AntOgl.100        4/25/2017

From: Burke, Edie (SC) [mailto:Edie.BurkeSC@seattle.gov]
Sent: Monday, April 24, 2017 5:03 PM
To: ATG MI CRC Complaint Processing
Subject: File # 501103

Dear Anthony Ogle –

KeyArena at Seattle Center received a complaint letter from the AG of Washington office
regarding a ticket purchase.   We forwarded the letter to our official Ticket Company,
Ticketmaster.  They responded with the attached letter from their counsel.

I am sending this to you again because I received a second letter stating that the matter was
closed due to no reply, however, Ticketmaster replied on our behalf and I wanted to clarify that.


Please let me know if you have further questions or concerns.

Regards,
Edie Burke

Edie E. Burke
General Manager
KeyArena at Seattle Center

206.684.7208 ofc
206.423.1531 cel

305 Harrison
Seattle, WA  98103

KeyArena.com | Mobile App
Facebook | Instagram | Twitter

**501103**

AntOgl.100        4/25/2017

C-ClosingPartialAdjusted To:  hawkeye6772@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 25, 2017


Alan E Marsh
12603 NE 134th Pl
Kirkland, WA 98034


RE:   Key Arena
File #:   501103

Dear Alan E Marsh:

The Consumer Resource Center of the Attorney General's Office received the enclosed
response from Key Arena regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint;
however, the Consumer Resource Center cannot compel a business to respond or to make an
adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If
you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be
reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**501103**

submit additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.
Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

From: Burke, Edie (SC) [mailto:Edie.BurkeSC@seattle.gov]
Sent: Monday, April 24, 2017 5:03 PM
To: ATG MI CRC Complaint Processing
Subject: File # 501103

Dear Anthony Ogle –

KeyArena at Seattle Center received a complaint letter from the AG of Washington office
regarding a ticket purchase.   We forwarded the letter to our official Ticket Company,
Ticketmaster.  They responded with the attached letter from their counsel.

I am sending this to you again because I received a second letter stating that the matter was
closed due to no reply, however, Ticketmaster replied on our behalf and I wanted to clarify that.


Please let me know if you have further questions or concerns.

Regards,
Edie Burke

Edie E. Burke
General Manager
KeyArena at Seattle Center

206.684.7208 ofc
206.423.1531 cel

305 Harrison
Seattle, WA  98103
KeyArena.com | Mobile App
Facebook | Instagram | Twitter


**501103**

**501103**

JR - 01322
PRR-2025-0179

AntOgl.100     4/25/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

April 25, 2017


Key Arena
305 Harrison St Rm 400/401
Seattle, WA 98109


RE:   Alan E Marsh
File #:   501103

Dear Key Arena:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Alan E Marsh regarding your business. A copy of
your response was provided to Alan E Marsh. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**501103**

**501103**

JR - 01324
PRR-2025-0179

AntOgl.100        4/25/2017

From: Alan Marsh [mailto:hawkeye6772@hotmail.com]
Sent: Tuesday, April 25, 2017 12:20 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 501103 : A notice from the Washington State Attorney General's Office

Thank you for your efforts. I have received the reimbursement mentioned in the Ticketmaster
attachment. I consider the case closed. This is the second Email that I have sent to you,
indicating that I consider the case closed. Please note this, and thank you again.
Alan E. Marsh
Kirkland, WA

**501103**

# Catalyst Report

## Complaint Description

**Description**

Please do something about Ticketmaster! The general public can't buy tickets at retail value. They sell to resale sites who mark up prices by 500% or more!

# Catalyst
# Complaint Cover Page

### 489132

## Complaint

| | | | |
|---|---|---|---|
| Number | 489132 | **Status** | **Closed** |
| Date | 8/2/2016 | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $94.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Tawni  Richards** | **(253) 691-3080** | **(253) 691-3080** | **koparich@comcast.net** |
| **10327 Kopachuck Dr NW** | | | |
| **Gig Harbor, WA  98335** | | | |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| **1000 Corporate Landing** | | | | |
| **Charleston, WV  25311** | | | | |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/2/2016 | Intake Notes | C did not provide contact information for R. Used existing R all. |
| 8/8/2016 | Reviewed | Triage 2: Common consumer issues |
| 8/10/2016 | Email to Complainant | C-1stLetter To:  koparich@comcast.net |
| 8/10/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |

**489132**                                       1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/30/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 8/31/2016 | Email from Respondent | Came with document 489132A |
| 8/31/2016 | Email to Complainant | C-ClosingUnadjustedW-Response To: koparich@comcast.net |
| 8/31/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 8/31/2016 | Resolution-UNADJUSTED | |

**489132**                    2 of 2

August 30, 2016

<u>Via Email</u>

RE:  Tawni Richards
File #:  489132

Dear Mr. Wu:

We are in receipt of the recent complaint submitted to the State of Attorney General Of Washington's Consumer Protection Division by Ms. Tawni Richards, who states that the general public is unable to purchase tickets at face value prices because Ticketmaster is diverting primary inventory to third party resale sites.  With all due respect, the allegations in Ms. Richards' complaint are based on misinformation and conjecture.  We appreciate the opportunity to respond to her claims.

Please be aware that Ticketmaster makes available for sale all tickets provided by our event provider client in the specific manner we were instructed to do so. By way of background, Ticketmaster acts as an agent and ticket services provider on behalf of our venue, promoter, artist and sports team clients.  Each and every ticket our clients entrust us to distribute is made available for sale in strict compliance with their instructions.  In particular, we do not (1) own the tickets being made available for sale, (2) "hold back" any tickets entrusted to us by our clients, (3) provide preferential access to brokers or others accessing our website,  or (4) "divert" tickets to any ticket brokers or resale websites.

Ticketmaster takes its responsibility to fans as the ticketing agent for its clients very seriously.  We are dedicated to providing the highest levels of service, choice, convenience, and security, and are committed to doing so lawfully.  Ticketmaster does not divert inventory designated by our clients for primary sales into the resale market.  We work closely with local jurisdictions across the United States and Canada, with a myriad of different and sometimes conflicting local laws, to ensure legal compliance, so that the laws reflect the fast-changing marketplace. In fact, Ticketmaster's technology has been at the forefront of efforts to prevent unauthorized activity on its site by those using automated computer programs (or "bots") to unfairly and illegally access tickets.

We trust this response adequately addresses Ms. Richards' complaint.  Please do not hesitate to contact us with further questions or concerns.

Sincerely,

Barrett Justice
Escalations Manager

AndWu.100    8/10/2016

C-1stLetter To:  koparich@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


August 10, 2016


Tawni Richards
10327 Kopachuck Dr NW
Gig Harbor, WA 98335


RE:  TicketMaster
File #:  489132

Dear Tawni Richards:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**489132**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**489132**

AndWu.100     8/10/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


August 10, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Tawni Richards
File #:   489132

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Tawni Richards regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 489132 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**489132**

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Tawni Richards

Address:
10327 Kopachuck Dr NW
Gig Harbor, WA 98335

Day Phone:
(253) 691-3080

Evening Phone:
(253) 691-3080

E-mail Address:
koparich@comcast.net

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -
Yes

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**489132**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
94.00

Did you sign a contract -

Date of transaction:
7/29/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**489132**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Please do something about Ticketmaster! The general public can't buy tickets at retail value.
They sell to resale sites who mark up prices by 500% or more!
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Tawni Richards   Date   07/29/2016
Received via the Internet
City and State where signed Gig harbor, WA


**489132**

AndWu.100     8/30/2016

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


August 30, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Tawni Richards
File #:   489132

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 489132 is seven calendar days from the date of this letter. This complaint was filed by Tawni Richards regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 489132 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**489132**

COMPLAINT SUMMARY
Consumer Information

Name:
Tawni Richards

Address:
10327 Kopachuck Dr NW
Gig Harbor, WA 98335

Day Phone:
(253) 691-3080

Evening Phone:
(253) 691-3080

E-mail Address:
koparich@comcast.net

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -
Yes

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

**489132**

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
94.00

Did you sign a contract -

Date of transaction:
7/29/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

**489132**

If YES, please explain:

Explain your complaint in detail:
Please do something about Ticketmaster! The general public can't buy tickets at retail value.
They sell to resale sites who mark up prices by 500% or more!
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Tawni Richards    Date   07/29/2016
Received via the Internet
City and State where signed Gig harbor, WA

**489132**

JR - 01339
PRR-2025-0179

AndWu.100     8/31/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Tuesday, August 30, 2016 12:14 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 489132 : A notice from the Washington State Attorney General's Office

Hello,

Our response to this complaint is attached.

Barrett


Barrett Justice
Escalations Mgr.

Ticketmaster
t: 304.357.6147 x36147
m: 304.444.5648


**489132**

AndWu.100      8/31/2016

C-ClosingUnadjustedW-Response To:  koparich@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 31, 2016

Tawni Richards
10327 Kopachuck Dr NW
Gig Harbor, WA 98335

RE:  TicketMaster
File #:  489132

Dear Tawni Richards:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**489132**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**489132**

AndWu.100     8/31/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 31, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Tawni Richards
File #:  489132

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Tawni Richards regarding your business. A copy of your response was provided to Tawni Richards. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**489132**

1-206-464-6684 for out-of-state callers

**489132**

# Catalyst Report

## Complaint Description

**Description**

This is deceptively added to the purchase of a ticket through Ticketmaster. This is similar to what cellphone carriers used to do when they crammed charges. This should not be a add on during the purchase process, it needs to be a separate transaction and not apart of the ticket purchase flow the same way it is charged.
I also tried to use the contact page through Ticketmaster and when I tried to submit my refund request, selecting Submit did nothing.

# Catalyst
# Complaint Cover Page

### 490166

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **490166** | **Status** | **Closed** | |
| Date | 8/17/2016 | **Assignee** | **Offril, Wency V** | |
| Location | Seattle - Consumer Protection Division | Actual Savings | $13.80 | |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $13.98 | |
| | | Estimated Savings | $0.00 | |

## Complainant

| <u>Name</u> | <u>Phone Day</u> | <u>Phone Evening</u> | <u>Email</u> |
|---|---|---|---|
| **Don  Bennum**<br>**621 Ferndale Ave NE**<br>**Renton, WA  98056** | **(425) 418-6669** | **(425) 271-4011** | **dbennum@gmail.com** |

## Respondent(s)

| <u>Name</u> | <u>Contact</u> | <u>Phone</u> | <u>Toll Free</u> | <u>Email</u> |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportw<br>v@ticketmaster.co<br>m** |

## Referral(s)

| <u>Name</u> | <u>Contact</u> | <u>Phone Contact</u> | <u>Phone</u> | <u>Email</u> |
|---|---|---|---|---|

## Practice(s)

| <u>Code</u> | <u>Practice</u> |
|---|---|
| 640 | Fees |

## Activities

| <u>Date Added</u> | <u>Activity Type</u> | <u>Activity</u> |
|---|---|---|
| 8/31/2016 | Reviewed | Triage 2 "common consumer issues" |
| 8/31/2016 | Reviewed | Triage 2 common consumer issues. |
| 8/31/2016 | Reviewed | Triage 2 common consumer issue. |
| 8/31/2016 | Email to Complainant | C-1stLetter To:  dbennum@gmail.com |
| 8/31/2016 | Email to Respondent | R-1stLetterRevised To:<br>consumersupportwv@ticketmaster.com |

JR - 01346
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/2/2016 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: dbennum@gmail.com |
| 9/2/2016 | Email from Respondent | |
| 9/2/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 9/7/2016 | Email from Complainant | |
| 9/7/2016 | Resolution-CLOSED ADJUSTED | |

**490166**                                    2 of 2

WenOff.100     8/31/2016

C-1stLetter To:  dbennum@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 31, 2016

Don Bennum
621 Ferndale Ave NE
Renton, WA 98056

RE:   TicketMaster
File #:   490166

Dear Don Bennum:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**490166**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


WENCY V. OFFRIL
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490166**

WenOff.100     8/31/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 31, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Don Bennum
File #:   490166

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Don Bennum regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 490166 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**490166**

Sincerely,

WENCY V. OFFRIL
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Don Bennum

Address:
621 Ferndale Ave NE
Renton, WA 98056

Day Phone:
(425) 418-6669

Evening Phone:
(425) 271-4011

E-mail Address:
dbennum@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**490166**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
13.98

Did you sign a contract -

Date of transaction:
7-25-16

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**490166**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
This is deceptively added to the purchase of a ticket through Ticketmaster. This is similar to
what cellphone carriers used to do when they crammed charges. This should not be a add on
during the purchase process, it needs to be a separate transaction and not apart of the ticket
purchase flow the same way it is charged.
I also tried to use the contact page through Ticketmaster and when I tried to submit my refund
request, selecting Submit did nothing.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Don    Date    Bennum
Received via the Internet
City and State where signed Renton, Wa


**490166**

WenOff.100          9/2/2016

C-ClosingAdjustedEnclosureIncluded To:  dbennum@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 2, 2016

Don Bennum
621 Ferndale Ave NE
Renton, WA 98056

RE:   TicketMaster
File #:   490166

Dear Don Bennum:

We received the enclosed response from TicketMaster regarding the consumer complaint you
filed with our office. Your complaint has been closed as this response completes our informal
complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

WENCY V. OFFRIL
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure
From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]

**490166**

Sent: Thursday, September 01, 2016 8:04 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 490166 : A notice from the Washington State Attorney General's Office

RE: Don Bennum
Case # 490166


Good Morning,

I am in receipt of the complaint filed with your office for Mr. Don Bennum.  We appreciate the
opportunity to resolve this matter.

After going over his orders, I found that he is complaining concerning being charged our
convenience charges for this particular order totaling $13.80.  During the order process, all
charges are itemized and labeled so the customer will not have any confusion as to what they are
being charged.  I am sorry that Mr. Bennum is upset that he was charged this fee, which is
standard with all our orders.

That being said, I will refund Mr. Bennum $13.80. back to his Visa ending in [5a]   He should
see the refund in 3 to 4 business days.  I have contacted Mr. Bennum of the refund.

Regards,

Pam
Ticketmaster Corporate Office
Consumer Support
304 357-6148

**490166**

WenOff.100          9/2/2016

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Thursday, September 01, 2016 8:04 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 490166 : A notice from the Washington State Attorney General's Office

RE: Don Bennum
Case # 490166


Good Morning,

I am in receipt of the complaint filed with your office for Mr. Don Bennum.  We appreciate the
opportunity to resolve this matter.

After going over his orders, I found that he is complaining concerning being charged our
convenience charges for this particular order totaling $13.80.  During the order process, all
charges are itemized and labeled so the customer will not have any confusion as to what they are
being charged.  I am sorry that Mr. Bennum is upset that he was charged this fee, which is
standard with all our orders.

That being said, I will refund Mr. Bennum $13.80. back to his Visa ending in [5a]   He should
see the refund in 3 to 4 business days.  I have contacted Mr. Bennum of the refund.

Regards,

Pam
Ticketmaster Corporate Office
Consumer Support
304 357-6148




**490166**

WenOff.100        9/2/2016

R-ClosingW-Response To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 2, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Don Bennum
File #:  490166

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Don Bennum regarding your business. A copy of
your response was provided to Don Bennum. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

WENCY V. OFFRIL
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490166**

**490166**

JR - 01358
PRR-2025-0179

WenOff.100        9/7/2016

From: Don Bennum [mailto:dbennum@gmail.com]
Sent: Tuesday, September 06, 2016 7:49 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 490166 : A notice from the Washington State Attorney General's Office

Thank you, I appreciate your time in handling this for me. I would just like to clarify this was an add on of insurance, not a convenience fee (which is a ridiculous term) that was added.

Don

**490166**

# Catalyst Report

## Complaint Description

**Description**

In the Seattle Times on Sunday 8/21/16 I saw that performer Jerry Seinfeld was coming to the Paramount Theatre in November.  On Tuesday 8/23/16  I went to what I thought was the Paramount website and I purchased two tickets for $493.15.  This morning, 8/24/2016, the friend for which I purchased the tickets informed me tickets were going on sale today - I let them know I had already purchased the tickets and sent them my email confirmation.  They informed me that OnlineCityTickets is a ticket broker and that it was Ticketmaster that sold the official tickets.  I have paid over twice the face value of the tickets.  The most expensive seats to the show were $146.00 and I paid a total of $493.15 (included service charges).  I immediately contacted my credit card company but the charge was in process.  I then contacted OnlineCityTickets and after some difficulty managed to speak with Darrell on the phone (after first chatting with Michael on their chat application).  My complaint is that I did not know that tickets weren't officially on sale yet, I did not know that this wasn't the true cost of the tickets, and I thought this was the official site for purchasing tickets for Paramount Theatre tickets.  Darrell offered to return $112.20 which was the "service charge".  However, I am logging this complaint for the remainder of the $88.95 that is still over and above the highest price of  2 tickets that I should have paid.  And I would also like this company to be required to change their website practices such that it can't use the name of the Venue in the link.  I am now a smarter consumer, but I can't be the only person being swindled by deceptive Ad links.

# Catalyst
# Complaint Cover Page

### 490668

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **490668** | | **Status** | **Closed** |
| Date | 8/25/2016 | | **Assignee** | **Clark, Serina** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 454100-Electronic Shopping & Mail Order Houses | | Amount Disputed | $88.95 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Ruth Ann Nichols** <br> **16080 NE 185th St #113** <br> **Redmond, WA  98052** | **(425) 361-9496** | | **rannnichols@outlook.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Online City Tickets/onlinecitytickets.com** <br> **27 N Wacker Dr #505** <br> **Chicago, IL  60606-2800** | | **(800) 854-2196** | | **support@onlinecity tickets.com** |
| TicketMaster <br> 1000 Corporate Landing <br> Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv @ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 019 | Inadequate Disclosure |
| 203 | Internet & Mobile device based transaction |

## Activities

JR - 01361
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/25/2016 | Intake Notes | C listed Paramount Theatre as Co-R. |
| | | C listed an individual associated with R. Did not add separately. |
| 9/6/2016 | Intake Notes | Added Ticketmaster as R per the narrative. Removed Paramount from the complaint. |
| 9/6/2016 | Reviewed | Triage 2: ICR appropriate. |
| 9/7/2016 | Email to Respondent | R-1stLetterRevised To: support@onlinecitytickets.com |
| 9/7/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 9/7/2016 | Email to Complainant | C-1stLetter To:  rannichols@outlook.com |
| 9/7/2016 | Email from Respondent | |
| 9/7/2016 | Email from Respondent | |
| 9/7/2016 | Email to Complainant | C-ResponseOneRespondentPending To: rannnichols@outlook.com |
| 9/7/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 9/27/2016 | Email from Respondent | Email from Online City Tickets. See doc 490668D that came attached to the email below. |
| 9/27/2016 | Email to Complainant | C-ClosingUnadjustedW-Response To: rannnichols@outlook.com |
| 9/27/2016 | Email to Respondent | R-ClosingW-Response To: support@onlinecitytickets.com; consumersupportwv@ticketmaster.com |
| 9/27/2016 | Resolution-UNADJUSTED | |
| 9/28/2016 | Email from Respondent | |

**490668**                    2 of 2

# New Credit for Your Order

## OnlineCityTickets.com

Wed 8/24/2016 9:33 AM

Inbox

To: rannnichols@outlook.com <rannnichols@outlook.com>;



Your order #9371036 has been issued a credit for the amount of $112.20

If you do not see the credit in 3-5 business days, please contact your financial institution.

Thank you,

OnlineCityTickets.com

# Your Order Summary (Order #9371036)

## OnlineCityTickets.com

Tue 8/23/2016 8:40 AM

Inbox

To: rannnichols@outlook.com <rannnichols@outlook.com>;



## We have received your order!

**ORDER #: 9371036**
Jerry Seinfeld
Paramount Theatre Seattle
Event Date: Fri. Nov 4, 2016 7:00 PM

**CUSTOMER INFORMATION**
RUTH NICHOLS
425-361-9496
16080 NE 185TH STREET, APT 113
REDMOND, WA 98052

**Order Total***
$493.15

**TICKET INFORMATION***
Section: Mezzanine 12 Row: D
Notes:
Ticket Quantity: 2

**DELIVERY INFORMATION**
Delivery Method: Email Delivery

OnlineCityTickets.com and the seller are currently processing your order. You will receive a notification with additional information soon after your order is confirmed. No action is required at this time.

Click here to check the status of this order or contact our support team.

Thank you,

The OnlineCityTickets.com Team

*Per our terms and conditions, requested tickets may sometimes be replaced with comparable tickets to the same event. All event times are subject to change; check with the venue for official start time.

*All order totals are in USD

JR - 01365
PRR-2025-0179

8/24/2016

**Paramount Theatre Seattle** - On Sale Now. Buy Tickets Online. ⓘ
Ad · **Paramount.Theater-Seattle.com**
On Sale Now. Buy Tickets Online. **Paramount Theater Seattle** Resale.
OnlineCityTickets.com is your source for Paramount Theater tickets ...

September 27, 2016

Serina Clark
Customer Service Coordinator
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-6684

RE: Ruth Ann Nichols
File #:  490668

Dear Serina Clark:

Thank you for contacting us regarding this matter. At Online City Tickets, we value our customers and appreciate this opportunity to address Ms. Nichols' concerns. Ms. Nichols has stated that she believed she was purchasing through the website of the venue, or of the event itself. However, it should be noted that our web address and branding are intentionally different from those of any other site. Online City Tickets is a resale marketplace, which means that we do not own or generate tickets—instead, we merely facilitate transactions between ticket buyers and ticket sellers. Directly on the homepage of our website, the following message was presented to Ms. Nichols in large text: "We are a resale marketplace, not a box office or venue. Ticket prices may exceed face value. This site is not owned by any venue or box office." After she selected the event she was interested in, Ms. Nichols was shown this additional message across the top of the ticket listing page: "We are a resale marketplace. Prices may exceed face value. This site is not owned by any venue." After being shown this, Ms. Nichols selected a set of tickets and continued to the checkout page, which stated in large print: "We are a resale marketplace. We are not a box office or venue. This site is not owned by any venue."

Likewise, in reference to Ms. Nichols' claim that the price of her tickets differs from their original purchase price, or "face value," it should be noted that this is a common occurrence on the secondary market. All prices on our website are set by the individual sellers of the tickets--not by Online City Tickets--in accordance with those sellers' assessments of various market factors such as customer demand. Therefore, prices on our site are not based on the original purchase price, and may be higher or lower than that original amount. Because our customers are purchasing tickets owned and listed by individual resellers, we must ensure that our policies are fair to both parties. This means that we are unable to offer refunds and must enforce an "all sales are final" policy—a standard throughout the industry. This policy was stated clearly in multiple locations throughout our website and checkout process, prior to Ms. Nichols' submission of her order.

Ms. Nichols' order is completely supported by the assurance of our 100% Money Back Guarantee, as the tickets are guaranteed to be delivered in time for the event. As such, Ms. Nichols is not due to receive a refund per the Terms and Conditions to which she agreed prior to completing her purchase. As she has noted, we have already stepped outside these terms to provide a resolution to this matter. This was done as a courtesy in the interest of customer service. Additionally, since receiving this complaint, we have reached out to Ms. Nichols in an attempt to provide an additional resolution to this matter, but have been unsuccessful in reaching her. If she would like to discuss a resolution to this matter, or if she

has any further questions or concerns, we encourage Ms. Nichols to contact a member of our customer service team. At this time, we consider this matter resolved.

Sincerely,

Online City Tickets
23000 Sussex Hwy #232
Seaford, DE 19973

SerCla.100          9/7/2016

R-1stLetterRevised To: support@onlinecitytickets.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 7, 2016

Online City Tickets
23000 Sussex Hwy #232
Seaford, DE 19973

RE:  Ruth Ann Nichols
File #:  490668

Dear Online City Tickets:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Ruth Ann Nichols regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 490668 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**490668**

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Ruth Ann Nichols

Address:
16080 NE 185th St #113
Redmond, WA 98052

Day Phone:
(425) 361-9496

Evening Phone:

E-mail Address:
rannnichols@outlook.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**490668**

Name of business that I am complaining about:
Online City Tickets

Address:
23000 Sussex Hwy #232
Seaford, DE 19973

Phone:
(844) 854-1450

Toll-Free:

Fax:

E-mail:
support@onlinecitytickets.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
88.95

Did you sign a contract -

Date of transaction:
8/24/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**490668**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
In the Seattle Times on Sunday 8/21/16 I saw that performer Jerry Seinfeld was coming to the
Paramount Theatre in November. On Tuesday 8/23/16 I went to what I thought was the
Paramount website and I purchased two tickets for $493.15. This morning, 8/24/2016, the friend
for which I purchased the tickets informed me tickets were going on sale today - I let them
know I had already purchased the tickets and sent them my email confirmation. They informed
me that OnlineCityTickets is a ticket broker and that it was Ticketmaster that sold the official
tickets. I have paid over twice the face value of the tickets. The most expensive seats to the
show were $146.00 and I paid a total of $493.15 (included service charges). I immediately
contacted my credit card company but the charge was in process. I then contacted
OnlineCityTickets and after some difficulty managed to speak with Darrell on the phone (after
first chatting with Michael on their chat application). My complaint is that I did not know that
tickets weren't officially on sale yet, I did not know that this wasn't the true cost of the tickets,
and I thought this was the official site for purchasing tickets for Paramount Theatre tickets.
Darrell offered to return $112.20 which was the "service charge". However, I am logging this
complaint for the remainder of the $88.95 that is still over and above the highest price of 2
tickets that I should have paid. And I would also like this company to be required to change
their website practices such that it can't use the name of the Venue in the link. I am now a
smarter consumer, but I can't be the only person being swindled by deceptive Ad links.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

**490668**

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Ruth Nichols    Date   8/24/2016

Received via the Internet

City and State where signed Redmond, WA

**490668**

SerCla.100          9/7/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 7, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Ruth Ann Nichols
File #:   490668

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Ruth Ann Nichols regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 490668 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**490668**

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Ruth Ann Nichols

Address:
16080 NE 185th St #113
Redmond, WA 98052

Day Phone:
(425) 361-9496

Evening Phone:

E-mail Address:
rannnichols@outlook.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**490668**

Business Information

Name of business that I am complaining about:
Online City Tickets

Address:
23000 Sussex Hwy #232
Seaford, DE 19973

Phone:
(844) 854-1450

Toll-Free:

Fax:

E-mail:
support@onlinecitytickets.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
88.95

Did you sign a contract -

Date of transaction:
8/24/2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**490668**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
In the Seattle Times on Sunday 8/21/16 I saw that performer Jerry Seinfeld was coming to the
Paramount Theatre in November. On Tuesday 8/23/16 I went to what I thought was the
Paramount website and I purchased two tickets for $493.15. This morning, 8/24/2016, the friend
for which I purchased the tickets informed me tickets were going on sale today - I let them
know I had already purchased the tickets and sent them my email confirmation. They informed
me that OnlineCityTickets is a ticket broker and that it was Ticketmaster that sold the official
tickets. I have paid over twice the face value of the tickets. The most expensive seats to the
show were $146.00 and I paid a total of $493.15 (included service charges). I immediately
contacted my credit card company but the charge was in process. I then contacted
OnlineCityTickets and after some difficulty managed to speak with Darrell on the phone (after
first chatting with Michael on their chat application). My complaint is that I did not know that
tickets weren't officially on sale yet, I did not know that this wasn't the true cost of the tickets,
and I thought this was the official site for purchasing tickets for Paramount Theatre tickets.
Darrell offered to return $112.20 which was the "service charge". However, I am logging this
complaint for the remainder of the $88.95 that is still over and above the highest price of 2
tickets that I should have paid. And I would also like this company to be required to change
their website practices such that it can't use the name of the Venue in the link. I am now a
smarter consumer, but I can't be the only person being swindled by deceptive Ad links.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached

**490668**

JR - 01377
PRR-2025-0179

are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Ruth Nichols    Date   8/24/2016
Received via the Internet
City and State where signed Redmond, WA

**490668**

SerCla.100          9/7/2016

C-1stLetter To:  rannnichols@outlook.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 7, 2016


Ruth Ann Nichols
16080 NE 185th St #113
Redmond, WA 98052


RE:  Online City Tickets and TicketMaster
File #:  490668

Dear Ruth Ann Nichols:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding Online City Tickets and TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**490668**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**490668**

SerCla.100        9/7/2016

From: Online City Tickets Info [mailto:support@onlinecitytickets.com]
Sent: Wednesday, September 07, 2016 8:32 AM
To: ATG MI CRC Complaint Processing
Subject: Ticket Received - 490668 : A notice from the Washington State Attorney General's Office

Dear Crccomplaints,

Thank you for contacting us. We have received your email and a representative will respond as soon as possible.

Thank you for your patience.

Your support ticket reference number is 1103914.

Sincerely,
Customer Support Team

**490668**

SerCla.100          9/7/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Wednesday, September 07, 2016 9:14 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 490668 : A notice from the Washington State Attorney General's Office

This customer is complaining about Online City Tickets, not Ticketmaster.  Please make sure
this complaint is sent to the appropriate contact for Online City Tickets for resolution.

Barrett

**490668**

SerCla.100        9/7/2016

C-ResponseOneRespondentPending To:  rannnichols@outlook.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 7, 2016

Ruth Ann Nichols
16080 NE 185th St #113
Redmond, WA 98052

RE:   Online City Tickets and TicketMaster
File #:   490668

Dear Ruth Ann Nichols:

This letter is to inform you that our office received the enclosed reply from TicketMaster in
response to the complaint you filed regarding Online City Tickets and TicketMaster, complaint
# 490668.

As of the date of this letter, we have not yet received a response from Online City Tickets. We
will continue to monitor your complaint for Online City Tickets's response. If the business does
not respond, or your complaint is not resolved through our informal complaint resolution
service, your complaint will be closed. However, you will be notified of additional options and
resources that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before October 12, 2016.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**490668**

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Wednesday, September 07, 2016 9:14 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 490668 : A notice from the Washington State Attorney General's Office

This customer is complaining about Online City Tickets, not Ticketmaster.  Please make sure
this complaint is sent to the appropriate contact for Online City Tickets for resolution.

Barrett

**490668**

SerCla.100          9/7/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 7, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Ruth Ann Nichols
File #:   490668

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Ruth Ann Nichols regarding your business. A copy
of your response was provided to Ruth Ann Nichols. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**490668**

1-206-464-6684 for out-of-state callers

**490668**

SerCla.100        9/27/2016

From: Online City Tickets Info [mailto:support@onlinecitytickets.com]
Sent: Tuesday, September 27, 2016 9:39 AM
To: ATG MI CRC Complaint Processing
Subject: Att: Serina Clark Response to File #: 490668

Attached is our response to complaint file #: 490668

Best,

Online City Tickets
23000 Sussex Hwy #232
Seaford, DE 19973

**490668**

SerCla.100          9/27/2016

C-ClosingUnadjustedW-Response To:  rannnichols@outlook.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 27, 2016


Ruth Ann Nichols
16080 NE 185th St #113
Redmond, WA 98052


RE:   Online City Tickets and TicketMaster
File #:   490668

Dear Ruth Ann Nichols:

Our office received the enclosed response to your complaint from Online City Tickets and
TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with Online City Tickets and TicketMaster's position. The
Consumer Resource Center cannot compel either party to participate in, or make any
adjustments as a result of, our informal complaint resolution process. This is a voluntary service
and our office serves as a neutral third party. We regret that we are unable to provide further
assistance to you in resolving this complaint. Our office monitors consumer complaints for
possible indications of patterns of unfair or deceptive trade practices warranting further attention
by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for

**490668**

assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

From: Online City Tickets Info [mailto:support@onlinecitytickets.com]
Sent: Tuesday, September 27, 2016 9:39 AM
To: ATG MI CRC Complaint Processing
Subject: Att: Serina Clark Response to File #: 490668

Attached is our response to complaint file #: 490668

Best,

Online City Tickets
23000 Sussex Hwy #232
Seaford, DE 19973

**490668**

SerCla.100      9/27/2016

R-ClosingW-Response To:  support@onlinecitytickets.com;
consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 27, 2016

Online City Tickets
23000 Sussex Hwy #232
Seaford, DE 19973
TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Ruth Ann Nichols
File #:   490668

Dear Online City Tickets and Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Ruth Ann Nichols regarding your business. A copy
of your response was provided to Ruth Ann Nichols. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

**490668**

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490668**

SerCla.100        9/28/2016

From: Online City Tickets Info [mailto:support@onlinecitytickets.com]
Sent: Tuesday, September 27, 2016 11:30 AM
To: ATG MI CRC Complaint Processing
Subject: Ticket Received - 490668 : A notice from the Washington State Attorney General's Office

Dear Crccomplaints,

Thank you for contacting us. We have received your email and a representative will respond as soon as possible.

Thank you for your patience.

Your support ticket reference number is 1153631.

Sincerely,
Customer Support Team

**490668**

# Catalyst Report

## Complaint Description

**Description**

Dear Counselor,

I purchased "Janet Jackson: Unbreakable World Tour" tickets on July 20, 2015, from www.ticketmaster.com; order #2000-0022-4697-8764-2.  This morning, I found out Janet Jackson has indefinitely postponed her tour so she can start a family.  This is the second such postponement.  It was disheartening to have had the event postponed the first time ??? the original concert date was January 13, 2016, but turn of events is outright offensive, and seems borderline illegal.

I sincerely wish Ms. Jackson all the best with her endeavors.  However, as a fan who works extremely hard for his money, I find it downright exasperating for Janet Jackson to indefinitely postpone this concert, and that I could be out of $322.48 dollars!  I think an indefinite postponement is ludicrous at best, and borderline illegal. I've contacted Ticket Master to no avail; their line rings busy.

Is there any way for me to get a refund?

# Catalyst
# Complaint Cover Page

### 483837

## Complaint

| | | | |
|---|---|---|---|
| **Number** | 483837 | **Status** | Closed |
| Date | 4/12/2016 | **Assignee** | Moore, Jessica L |
| Location | Seattle - Consumer Protection Division | Actual Savings | $322.48 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $322.48 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Madison  Derrick**<br>**1719 27th Ave**<br>**Seattle, WA  98122** | **(404) 372-2671** | **(404) 372-2671** | **d.madison@live.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/12/2016 | Intake Notes | All major address was used for R; C provided alternate address  which was added as Co-R.<br><br>Corrected C's name which was entered in reverse.<br><br>C named a private individual as R who was not entered as R. |

JR - 01394
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/14/2016 | Reviewed | Modification of 1st letter needed to answer C's question. |
| 4/14/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 4/14/2016 | Email to Complainant | C-1stLetterW-AttyReferral To: d.madison@live.com |
| 5/3/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 5/10/2016 | Email from Respondent | See doc #483837B |
| 5/11/2016 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: d.madison@live.com |
| 5/11/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 5/11/2016 | Resolution-CLOSED ADJUSTED | |
| 5/11/2016 | Email from Complainant | |

**483837**                              2 of 2

JR - 01395
PRR-2025-0179

*ticketmaster* ®

close

## Your Receipt

Print Page

**This is not a ticket.** This cannot be used for entry.

Order #2000-0022-4697-8764-2

| | | | | | |
|---|---|---|---|---|---|
| **Janet Jackson: Unbreakable World Tour** | **Resale Ticket** | US $139.00 | x | 1 | **US $161.24** |
| | Service Fee | US $22.24 | x | 1 | |
| KeyArena, Seattle, WA | Section 107   Row 12   Seat 13 | | | | |
| Date TBA | **Resale Ticket** | US $139.00 | x | 1 | **US $161.24** |
| | Service Fee | US $22.24 | x | 1 | |
| | Section 107   Row 12   Seat 14 | | | | |

| | | |
|---|---|---|
| **Order Date** | Tickets/Items Subtotal | US $322.48 |
| Jul 20, 2015 | eTickets | Free! |
| **Billing Info.** | | |
| Derrick Madison | **Total** | **US $322.48** |
| 1719 27th Avenue, Seattle, WA 98122 | | |
| **Payment Info.** | **Amount** | |
| VISA **********[5a] | US $322.48 | |

May 10, 2016

**Via Email**

**File #: 483837**

Dear Ms. Moore:

We are in receipt of the recent complaint submitted to the Washington Office of the Attorney General by Mr. Madison Derrick, who wrote to your office requesting a refund for her Janet Jackson tickets due to the postponement of the event.  We apologize for any delay in response and appreciate the opportunity to respond to her complaint.

Our records indicate that Ms. Derrick was able to receive a refund for her ticket order from our Customer Service team when she contacted us on April 15, 2016.  A full refund of $322.48 was issued to her Visa card ending in [5a]  and would have posted to her account shortly thereafter.

We trust this explanation will be helpful and satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

JesMoo.100     4/14/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


April 14, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Madison Derrick
File #:  483837

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Madison Derrick regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 483837 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**483837**

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Madison Derrick

Address:
1719 27th Ave
Seattle, WA 98122

Day Phone:
(404) 372-2671

Evening Phone:
(404) 372-2671

E-mail Address:
d.madison@live.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**483837**

JR - 01399
PRR-2025-0179

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticket Master
216 1st Ave S
Seattle, WA 98104

Item or service purchased:

Cost of item or service:
322.48

Did you sign a contract -

Date of transaction:
7/22/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

**483837**

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Dear Counselor,
I purchased "Janet Jackson: Unbreakable World Tour" tickets on July 20, 2015, from
www.ticketmaster.com; order #2000-0022-4697-8764-2. This morning, I found out Janet
Jackson has indefinitely postponed her tour so she can start a family. This is the second such
postponement. It was disheartening to have had the event postponed the first time  -  -  -  the
original concert date was January 13, 2016, but turn of events is outright offensive, and seems
borderline illegal.
I sincerely wish Ms. Jackson all the best with her endeavors. However, as a fan who works
extremely hard for his money, I find it downright exasperating for Janet Jackson to indefinitely
postpone this concert, and that I could be out of $322.48 dollars! I think an indefinite
postponement is ludicrous at best, and borderline illegal. I've contacted Ticket Master to no
avail; their line rings busy.
Is there any way for me to get a refund -
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

483837

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Derrick Madison    Date   4/8/2016

Received via the Internet

City and State where signed Seattle, WA

**483837**

JesMoo.100     4/14/2016

C-1stLetterW-AttyReferral To:  d.madison@live.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 14, 2016

Madison Derrick
1719 27th Ave
Seattle, WA 98122

RE:  TicketMaster
File #:  483837

Dear Madison Derrick:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center and has been assigned to me for processing. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) does not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of additional options and resources that may be available to assist you in the event you wish to

**483837**

pursue the matter further.

A key priority for the Attorney General's Office is to safeguard consumers from fraud and unfair business practices. It is consumers like you that first alert us to scams and other emerging consumer issues.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive business practices that may warrant further attention by our office. While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action regarding the business practices described in your complaint.

A response from TicketMaster and Ticket Master, or lack of a response, to your complaint may provide our office with additional information regarding the acts or practices identified in your complaint. In some cases, a consumer complaint may result in a business ceasing the practices identified in the complaint. For these reasons, completing the informal complaint resolution process is an important step in identifying unfair practices and determining if the practices warrant further investigation by our office. It is our policy to neither confirm nor deny the existence of an ongoing investigation.

If we file a lawsuit, or settle a matter with a business, that will be announced to the public through our website and in some cases a press release. Our website has information about recent settlements and other actions taken by the Attorney General's Office at www.atg.wa.gov.

Our office is prohibited from providing legal advice or acting as an attorney for private individuals. You may also wish to contact a private attorney for legal advice.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,

483837

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**483837**

JesMoo.100          5/3/2016

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


May 3, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Madison Derrick
File #:   483837

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 483837 is seven calendar days from the date of this letter. This complaint was filed by
Madison Derrick regarding your business. Our practice is to send a courtesy reminder to provide
you with the opportunity to respond in a timely manner.

Please include the file # 483837 with your written response. You may respond by email, fax, or
U.S. mail. If you have already sent your response, please accept our thanks for your attention to
this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**483837**

COMPLAINT SUMMARY
Consumer Information

Name:
Madison Derrick

Address:
1719 27th Ave
Seattle, WA 98122

Day Phone:
(404) 372-2671

Evening Phone:
(404) 372-2671

E-mail Address:
d.madison@live.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**483837**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticket Master
216 1st Ave S
Seattle, WA 98104

Item or service purchased:

Cost of item or service:
322.48

Did you sign a contract -

Date of transaction:
7/22/2015

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

**483837**

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Dear Counselor,
I purchased "Janet Jackson: Unbreakable World Tour" tickets on July 20, 2015, from
www.ticketmaster.com; order #2000-0022-4697-8764-2. This morning, I found out Janet
Jackson has indefinitely postponed her tour so she can start a family. This is the second such
postponement. It was disheartening to have had the event postponed the first time  -  -  -  the
original concert date was January 13, 2016, but turn of events is outright offensive, and seems
borderline illegal.
I sincerely wish Ms. Jackson all the best with her endeavors. However, as a fan who works
extremely hard for his money, I find it downright exasperating for Janet Jackson to indefinitely
postpone this concert, and that I could be out of $322.48 dollars! I think an indefinite
postponement is ludicrous at best, and borderline illegal. I've contacted Ticket Master to no
avail; their line rings busy.
Is there any way for me to get a refund -
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Derrick Madison    Date   4/8/2016
Received via the Internet
City and State where signed Seattle, WA

483837

JesMoo.100        5/10/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Tuesday, May 10, 2016 8:24 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 483837 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the above referenced complaint is attached.  Please let me know if you have
questions -

Barrett




Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**483837**

JesMoo.100        5/11/2016

C-ClosingAdjustedEnclosureIncluded To:  d.madison@live.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

May 11, 2016

Madison Derrick
1719 27th Ave
Seattle, WA 98122

RE:   TicketMaster
File #:   483837

Dear Madison Derrick:

We received the enclosed response from TicketMaster regarding the consumer complaint you
filed with our office. Your complaint has been closed as this response completes our informal
complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**483837**

**483837**

JR - 01412
PRR-2025-0179

JesMoo.100     5/11/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

May 11, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Madison Derrick
File #:  483837

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Madison Derrick regarding your business. A copy of your response was provided to Madison Derrick. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JESSICA L. MOORE
Consumer Resource Center Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**483837**

1-206-464-6684 for out-of-state callers

**483837**

JR - 01414
PRR-2025-0179

JesMoo.100        5/11/2016

From: Derrick Madison [mailto:d.madison@live.com]
Sent: Wednesday, May 11, 2016 12:02 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 483837 : A notice from the Washington State Attorney General's Office

Dear Jessica,

Thank you for your prompt attention to this matter and for helping me to get my refund!  You
guys are awesome!

Derrick Madison

**483837**

# Catalyst Report

## Complaint Description

**Description**

I purchased tickets (3 seats) for the Copa America 2016 soccer tournament for the Seattle venue at CenturyLink Field. This involves a "Venue Pass" of 3 games: June 4, June 14th and June 16th. I purchased those tickets from Ticketmaster.com for a total price of $1561.95 on Jan 28, 2016. This works out to $155 per seat per game ($155x3)/game. One of the advantages of buying tickets from Ticketmaster is that you can resell tickets if necessary on their varied ticket exchange websites, including Ticketmaster.com, TicketExchange and Ticketsnow. On Tuesday May 31st, I placed a listing to sell my 3 tickets to the June 4th game at CenturyLink Field. The listing site indicates the minimum price permitted for tickets as listed on the site is $75/ticket. I listed my tickets for $130/ticket. The net, after Ticketmaster fees, promised by Ticketmaster.com was about $110 per ticket. I received a confirmation on screen and by email that my tickets were listed and a note to waive 10-15 minutes for the listing to appear. My confirmation email says: "Congratulations David & Yasuko! Your Copa America Soccer have been listed on Ticket Exchange". After a few hours, I did not see the listing online, so I sent an email requesting help with the listing. The next day, I received an email to call Ticketmaster for support. I did not immediately call. On Thursday morning, I phoned Ticketmaster to ask about my listing. They asked me to remove the existing listing and try to list it again from a specific site. I did that (despite feeling it was the same site I had used originally). The listing did not appear despite receiving confirmation once more. I called Ticketmaster again. I was told over the phone that the problem is that the tickets must be listed for resale above the list price on the ticket and they were fielding several calls from people having a similar problem. They indicated I should relist my tickets at $160 per ticket or higher ($155 face value). The problem, of course, is that many tickets are available for direct purchase from Ticketmaster (i.e., not on the resale exchange) at $155. No one would need buy at a higher price. It seems clear they have instituted this policy because they are having difficulty selling retail tickets. I have never experienced this kind of pricing requirement (to sell about retail price) on Ticketmaster or other sites. There is often a floor (for example, the $75 floor indicated on the Ticketmaster resale/exchange site where I twice placed the listing), but not an attempt to fix the price above the retail price.

JR - 01416
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 486560

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **486560** | **Status** | **Closed** |
| Date | 6/7/2016 | **Assignee** | **Laycock, Sarah E** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $1,500.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **David  Blachman**<br>**16760 SE 58th Pl**<br>**Bellevue, WA  98006** | **(425) 442-9620** | | **davidslist@hotmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| Ticketsnow.com<br>3800 Golf Rd Ste 125<br>Rolling Meadows, IL  60008 | | (800) 927-2770 | | ticketsnow@mailcusthelp.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 320 | Unsatisfactory Repair/Service |

## Activities

486560                                         1 of 2

JR - 01417
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 6/7/2016 | Intake Notes | C entered 3 Rs.  C did not enter contact information for Rs. |
| | | Used existing R All for TicketMaster.  Per internet search, TicketExchange appears to be an affiliate of TicketMaster.  Used existing R for Ticketsnow.com as phone number matched information found through internet search. |
| 6/9/2016 | Email to Complainant | C-1stLetter To:  davidslist@hotmail.com |
| 6/9/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 6/28/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 7/13/2016 | Email from Respondent | See doc 486560B |
| 7/13/2016 | Email to Complainant | C-ClosingUnadjustedW-Response To: davidslist@hotmail.com |
| 7/13/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 7/13/2016 | Resolution-UNADJUSTED | |

JR - 01418
PRR-2025-0179

**From:** Ticket Exchange [mailto:copaamericasoccerticketexchange@ticketexchange-email.com]
**Sent:** Tuesday, May 31, 2016 6:36 PM
**To:** |
**Subject:** Thank you. Your Copa America Soccer tickets are listed on Ticket Exchange

 **ticketmaster** VERIFIED TICKETS

# Listing Confirmation

May 31, 2016

| Home | My Profile | My Orders | My Listings | My Account |

Congratulations **David & Yasuko!**

Your **Copa America Soccer** have been listed on Ticket Exchange.

Please review the listing details:

| | |
|---|---|
| **Event** | Copa America Soccer |
| **Date** | Saturday, June 04, 2016 4:30 PM |
| **Venue** | CenturyLink Field, Seattle, WA |
| **Quantity** | 3 |
| **Section** | CLB237    Row    E    Seats    1 - 3 |
| **Listing Price** | $130.00 |
| **List Until Date** | Saturday, June 04, 2016 |
| **Pricing Method** | Fixed Pricing |
| **Payment Method** | Direct Deposit |

At any time, you can manage your ticket listing by going to **My Account**. Ticket prices can be quickly and easily modified at any time before the point of sale.

Listed tickets will remain for sale until purchased, until the List Until Date you specified if they do not sell, or until you wish to manually remove them from your account.

You selected the direct deposit option as your method of payment. We will be sending an electronic request to validate the bank account information within 24 hours. This electronic validation may appear on your account as a $0.00 transaction.

**Important:**
You must maintain possession of the physical tickets. If you no longer own the tickets before they are sold on Ticket Exchange, it is your responsibility to remove your listing immediately. You can remove your listing via **My Account** and selecting My Listings.

If you have any questions regarding this listing, please contact us at 1-800-842-7112. Customer Care is available daily, 8:00AM - 10:00PM Central Time.

**Ticketmaster, the official resale partner of the Ticket Exchange, manages several different resale marketplaces on behalf of its partners. After posting your tickets, you may notice that list prices vary across those different sites. For instance, if your tickets appear on Ticketmaster.com's latest resale platform, TM+, the listing price will be higher than the list price on the league resale site. This is simply because the price displayed on TM+ presents all buyer and seller fees up front. Learn about TM+. But please know that your final payout will be the exact same, regardless of where the ticket sells. If you have any questions at all, please don't hesitate to contact our customer care center at 1-800-842-7112.**

Ticket Exchange 7060 Hollywood Blvd Los Angeles, CA, 90028 USA

JR - 01419
PRR-2025-0179

July 13, 2016

**David Blachman**
**16760 SE 58th Pl.**
**Bellevue, WA 98006**

**RE: File Number 486560**

Dear Mr. Blachman,

Our office is in receipt of your recent correspondence to the Washington Office of the Attorney General. As you will recall your complaint was regarding your attempt to resell tickets for Copa America at CenturyLink Field on June 4th, 2016. We welcome this opportunity to review the history of your ticket listing.

The Ticket Exchange by Ticketmaster is a safe and secure online ticket resale marketplace for buyers and sellers. The Exchange provides fans with access to hard-to-get tickets to games that may otherwise be unavailable through primary distribution channels. When fans buy tickets through the Exchange, they can be assured of a safe, secure transaction. Tickets are listed by established ticket suppliers as well as individuals.

Our records indicate that you listed your tickets for resale on May 31st, 2016 at 8:33pm for $130 per ticket. I show that your ticket listing remained active until June 2nd, 2016 at 11:52am when the tickets were removed by the seller. The tickets were then relisted for sale at the same price on June 2nd, 2016 at 11:55am and remained as an active listing until the date of the event, June 4th, 2016 at 9:40am which is when the selling cut off was. In your complaint you did reference pricing requirements for this event. After reviewing this event I did confirm that there were no pricing caps for any "venue pass" for Copa America at CenturyLink Field on June 4th, 2016, therefore your tickets were not effected. Our Seller Agreement states the following regarding this matter:

• **Types of Tickets Not Eligible**
Ticketmaster may prohibit the listing for sale of certain types of tickets, or tickets to certain events. In order to see whether the ticket you are holding can be listed for sale, please begin the listing process and an error message will be displayed if the listing is not allowed.

• **Change or Interruption of Websites:** Ticketmaster reserves the right to modify or discontinue, temporarily or permanently, TM Resale website with or without notice at any time. You agree that Ticketmaster will not be liable for any modification, suspension, interruption, or discontinuance of our website(s) or any other services presented in this agreement for any reason. Ticketmaster does not guarantee continuous access to its services. Ticketmaster shall not be responsible for tickets listed that do not sell for any reason including but not limited to tickets that remain unsold as a result of a website outage.

---

JR - 01420
PRR-2025-0179

We trust this information will be sufficient to resolve this matter and sincerely regret that you are disappointed with your attempt to resell tickets on the Ticket Exchange by Ticketmaster.

Sincerely,

Dana Gomez
Consumer Support Specialist


CC:    **CRCComplaints@ATG.WA.GOV**
       **Bob Ferguson**
       **Attorney General of Washington**
       **Consumer Protection Division**
       **800 Fifth Avenue, Suite 2000**
       **Seattle, WA 98104**

---

265 Exchange Drive, Crystal Lake, IL 60014

JR - 01421
PRR-2025-0179

SarLay.100          6/9/2016

C-1stLetter To:  davidslist@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

June 9, 2016

David Blachman
16760 SE 58th Pl
Bellevue, WA 98006

RE:   TicketMaster
File #:   486560

Dear David Blachman:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**486560**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**486560**

SarLay.100        6/9/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


June 9, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  David Blachman
File #:  486560

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by David Blachman regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 486560 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**486560**

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
David Blachman

Address:
16760 SE 58th Pl
Bellevue, WA 98006

Day Phone:
(425) 442-9620

Evening Phone:

E-mail Address:
davidslist@hotmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**486560**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticketsnow.com
3800 Golf Rd Ste 125
Rolling Meadows, IL 60008

Item or service purchased:

Cost of item or service:
$1500

Did you sign a contract -

Date of transaction:
May 31, 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

**486560**

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I purchased tickets (3 seats) for the Copa America 2016 soccer tournament for the Seattle venue
at CenturyLink Field. This involves a "Venue Pass" of 3 games: June 4, June 14th and June
16th. I purchased those tickets from Ticketmaster.com for a total price of $1561.95 on Jan 28,
2016. This works out to $155 per seat per game ($155x3)/game. One of the advantages of
buying tickets from Ticketmaster is that you can resell tickets if necessary on their varied ticket
exchange websites, including Ticketmaster.com, TicketExchange and Ticketsnow. On Tuesday
May 31st, I placed a listing to sell my 3 tickets to the June 4th game at CenturyLink Field. The
listing site indicates the minimum price permitted for tickets as listed on the site is $75/ticket. I
listed my tickets for $130/ticket. The net, after Ticketmaster fees, promised by
Ticketmaster.com was about $110 per ticket. I received a confirmation on screen and by email
that my tickets were listed and a note to waive 10-15 minutes for the listing to appear. My
confirmation email says: "Congratulations David & Yasuko! Your Copa America Soccer have
been listed on Ticket Exchange". After a few hours, I did not see the listing online, so I sent an
email requesting help with the listing. The next day, I received an email to call Ticketmaster for
support. I did not immediately call. On Thursday morning, I phoned Ticketmaster to ask about
my listing. They asked me to remove the existing listing and try to list it again from a specific
site. I did that (despite feeling it was the same site I had used originally). The listing did not
appear despite receiving confirmation once more. I called Ticketmaster again. I was told over
the phone that the problem is that the tickets must be listed for resale above the list price on the
ticket and they were fielding several calls from people having a similar problem. They indicated
I should relist my tickets at $160 per ticket or higher ($155 face value). The problem, of course,
is that many tickets are available for direct purchase from Ticketmaster (i.e., not on the resale
exchange) at $155. No one would need buy at a higher price. It seems clear they have instituted
this policy because they are having difficulty selling retail tickets. I have never experienced this
kind of pricing requirement (to sell about retail price) on Ticketmaster or other sites. There is
often a floor (for example, the $75 floor indicated on the Ticketmaster resale/exchange site
where I twice placed the listing), but not an attempt to fix the price above the retail price.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

**486560**

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature David Blachman    Date   June 2, 2016
Received via the Internet
City and State where signed Bellevue, WA

**486560**

SarLay.100      6/28/2016

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


June 28, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  David Blachman
File #:  486560

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 486560 is seven calendar days from the date of this letter. This complaint was filed by David Blachman regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 486560 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure



**486560**

COMPLAINT SUMMARY
Consumer Information

Name:
David Blachman

Address:
16760 SE 58th Pl
Bellevue, WA 98006

Day Phone:
(425) 442-9620

Evening Phone:

E-mail Address:
davidslist@hotmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**486560**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticketsnow.com
3800 Golf Rd Ste 125
Rolling Meadows, IL 60008

Item or service purchased:

Cost of item or service:
$1500

Did you sign a contract -

Date of transaction:
May 31, 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

**486560**

If YES, please explain:

Explain your complaint in detail:
I purchased tickets (3 seats) for the Copa America 2016 soccer tournament for the Seattle venue at CenturyLink Field. This involves a "Venue Pass" of 3 games: June 4, June 14th and June 16th. I purchased those tickets from Ticketmaster.com for a total price of $1561.95 on Jan 28, 2016. This works out to $155 per seat per game ($155x3)/game. One of the advantages of buying tickets from Ticketmaster is that you can resell tickets if necessary on their varied ticket exchange websites, including Ticketmaster.com, TicketExchange and Ticketsnow. On Tuesday May 31st, I placed a listing to sell my 3 tickets to the June 4th game at CenturyLink Field. The listing site indicates the minimum price permitted for tickets as listed on the site is $75/ticket. I listed my tickets for $130/ticket. The net, after Ticketmaster fees, promised by Ticketmaster.com was about $110 per ticket. I received a confirmation on screen and by email that my tickets were listed and a note to waive 10-15 minutes for the listing to appear. My confirmation email says: "Congratulations David & Yasuko! Your Copa America Soccer have been listed on Ticket Exchange". After a few hours, I did not see the listing online, so I sent an email requesting help with the listing. The next day, I received an email to call Ticketmaster for support. I did not immediately call. On Thursday morning, I phoned Ticketmaster to ask about my listing. They asked me to remove the existing listing and try to list it again from a specific site. I did that (despite feeling it was the same site I had used originally). The listing did not appear despite receiving confirmation once more. I called Ticketmaster again. I was told over the phone that the problem is that the tickets must be listed for resale above the list price on the ticket and they were fielding several calls from people having a similar problem. They indicated I should relist my tickets at $160 per ticket or higher ($155 face value). The problem, of course, is that many tickets are available for direct purchase from Ticketmaster (i.e., not on the resale exchange) at $155. No one would need buy at a higher price. It seems clear they have instituted this policy because they are having difficulty selling retail tickets. I have never experienced this kind of pricing requirement (to sell about retail price) on Ticketmaster or other sites. There is often a floor (for example, the $75 floor indicated on the Ticketmaster resale/exchange site where I twice placed the listing), but not an attempt to fix the price above the retail price.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the

**486560**

party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature David Blachman    Date   June 2, 2016

Received via the Internet

City and State where signed Bellevue, WA

**486560**

SarLay.100        7/13/2016

From: Dana Gomez [mailto:dana.gomez@ticketmaster.com]
Sent: Wednesday, July 13, 2016 9:12 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 486560 - David Blachman

July 13th, 2016

RE:        File No.:        486560

Customer:        David Blachman
16760 SE 58th Pl.
Bellevue, WA 98006

Dear Sir or Madam:

Enclosed please find a copy of the response to the complaint David Blachman filed.

Thank you,

Dana Gomez

Dana Gomez | Quality Assurance & Consumer Support Specialist | Ticketmaster Resale
Email: Dana.Gomez@Ticketmaster.com
Phone: 800.927.2770 Ext 12733
265 Exchange Drive | Crystal Lake IL | 60014
www.Ticketmaster.com

CONFIDENTIALITY NOTICE:

This e-mail transmission, and any documents or files attached to it, may contain confidential
information. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution or use of any of the information contained in or attached to this message is
STRICTLY PROHIBITED. If you have received this transmission in error, please immediately
notify the sender by reply email, and destroy the original transmission and its attachments
without reading or saving them. Thank you.

**486560**

SarLay.100        7/13/2016

C-ClosingUnadjustedW-Response To:  davidslist@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 13, 2016


David Blachman
16760 SE 58th Pl
Bellevue, WA 98006


RE:   TicketMaster
File #:   486560

Dear David Blachman:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the Small Claims Court in your County if it is appropriate for your complaint.

General information about Small Claims Court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**486560**

JR - 01435
PRR-2025-0179

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure Attached

**486560**

SarLay.100        7/13/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 13, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  David Blachman
File #:  486560

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by David Blachman regarding your business. A copy
of your response was provided to David Blachman. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SARAH E. LAYCOCK
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**486560**

1-206-464-6684 for out-of-state callers

**486560**

JR - 01438
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

I incorrectly ordered two sets of tickets via Ticketmaster's iPhone app for a concert in October. I quickly emailed Ticketmaster to request a refund one of my orders. I received a response on June 20, 2016, asking for details regarding my order (cardholder name, date, event, venue, and order number [emphasis added]). I emailed them right away with the correct information (order #6-23346/SEA). I proceeded to wait a few days and did not receive a response. I sent a follow up email on Friday June 24, 2016, asking is my issue was ever going to be resolved. I received a response yesterday, June 27, 2016, stating that, "[I] spoke to another team member about order #6-23352/SEA on Thursday, June 23rd and they issue [sic] a refund." Two things about the email were incorrect; I never called nor spoke to anyone on June 23rd regarding my issue AND that was not the order I specified to be refunded in my email. I called Ticketmaster immediately as I thought they would honor the fact that they made mistake as clearly asked for a refund on a different order (I have an email thread). However, when I spoke to representatives all they continued to state were "I'm sorry but the tickets that were refunded are no longer available." This means that their mistake made them money (selling my incorrectly refunded tickets to another consumer). I believe this to be am apparent violation of Consumer Protection laws. Ticketmaster is taking advantage of a consumer and making a profit off of their mistake. I have attempted to resolve this issue with Ticketmaster but they refuse to do anything for their mistake. I have attached a word document with the email thread.

JR - 01439
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 487598

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **487598** | | **Status** | **Closed** |
| Date | 6/28/2016 | | **Assignee** | **Groff, Stephen W** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $211.75 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Alfredo Jovanny Centeno**<br>**215 Puget St NE**<br>**Olympia, WA  98506** | **(360) 901-1160** | | **johyfr@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 206 | Right To Cancel |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/6/2016 | Reviewed | Triage 2: Common consumer issues |
| 7/6/2016 | Email to Complainant | C-1stLetter To:  johyfr@gmail.com |
| 7/6/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 7/13/2016 | Email from Respondent | Attachment;487598A |

**487598**                                        1 of 2

JR - 01440
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/13/2016 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: johyfr@gmail.com |
| 7/13/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 7/13/2016 | Resolution-CLOSED ADJUSTED | |

**487598**                                         2 of 2

JR - 01441
PRR-2025-0179

July 12, 2016

<u>Via Email</u>

**File #: 487598**

Dear Mr. Groff:

We are in receipt of the recent complaint submitted to the Washington Office of the Attorney General by Mr. Alfredo Centeno, who wrote to your office regarding his ticket purchase to Kanye West at KeyArena on October 19, 2016.  We appreciate the opportunity to respond to her complaint.

Mr. Centeno's purchased two sets of tickets, and upon contacting our Customer Service team, the wrong order was unintentionally refunded.  To satisfy his complaint, we have exchanged his tickets and refunded his service fees in the amount of $46.75 to his Visa card.  He indicated that he was satisfied with the resolution that was offered.

We trust this explanation will be helpful and satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

SteGro.100          7/6/2016

C-1stLetter To:  johyfr@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 6, 2016


Alfredo Jovanny Centeno
215 Puget St NE
Olympia, WA 98506


RE:   TicketMaster
File #:   487598

Dear Alfredo Jovanny Centeno:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**487598**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**487598**

SteGro.100        7/6/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 6, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Alfredo Jovanny Centeno
File #:   487598

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Alfredo Jovanny Centeno regarding your business. Our office provides an
informal complaint resolution process to consumers and businesses to assist them in resolving
disputes. Many businesses find this informal, voluntary process beneficial in resolving
complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 487598 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**487598**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Alfredo Jovanny Centeno

Address:
215 Puget St NE
Olympia, WA 98506

Day Phone:
(360) 901-1160

Evening Phone:

E-mail Address:
johyfr@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -
Yes

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**487598**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
211.75

Did you sign a contract -

Date of transaction:
6/17/16

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**487598**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I incorrectly ordered two sets of tickets via Ticketmaster's iPhone app for a concert in October. I quickly emailed Ticketmaster to request a refund one of my orders. I received a response on June 20, 2016, asking for details regarding my order (cardholder name, date, event, venue, and order number [emphasis added]). I emailed them right away with the correct information (order #6-23346/SEA). I proceeded to wait a few days and did not receive a response. I sent a follow up email on Friday June 24, 2016, asking is my issue was ever going to be resolved. I received a response yesterday, June 27, 2016, stating that, "[I] spoke to another team member about order #6-23352/SEA on Thursday, June 23rd and they issue [sic] a refund." Two things about the email were incorrect; I never called nor spoke to anyone on June 23rd regarding my issue AND that was not the order I specified to be refunded in my email. I called Ticketmaster immediately as I thought they would honor the fact that they made mistake as clearly asked for a refund on a different order (I have an email thread). However, when I spoke to representatives all they continued to state were "I'm sorry but the tickets that were refunded are no longer available." This means that their mistake made them money (selling my incorrectly refunded tickets to another consumer). I believe this to be am apparent violation of Consumer Protection laws. Ticketmaster is taking advantage of a consumer and making a profit off of their mistake. I have attempted to resolve this issue with Ticketmaster but they refuse to do anything for their mistake. I have attached a word document with the email thread.

What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached

**487598**

are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Jovanny Centeno    Date   6/28/16
Received via the Internet
City and State where signed Olympia, WA

**487598**

SteGro.100        7/13/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Tuesday, July 12, 2016 8:34 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 487598 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Mr. Centeno is attached.

Barrett

Barrett Justice | Escalations Manager | Contact Centers
Email: barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**487598**

SteGro.100     7/13/2016

C-ClosingAdjustedEnclosureIncluded To:  johyfr@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 13, 2016

Alfredo Jovanny Centeno
215 Puget St NE
Olympia, WA 98506

RE:   TicketMaster
File #:   487598

Dear Alfredo Jovanny Centeno:

We received the enclosed response from TicketMaster regarding the consumer complaint you
filed with our office. Your complaint has been closed as this response completes our informal
complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**487598**

**487598**

JR - 01452
PRR-2025-0179

SteGro.100        7/13/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 13, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Alfredo Jovanny Centeno
File #:   487598

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Alfredo Jovanny Centeno regarding your business.
A copy of your response was provided to Alfredo Jovanny Centeno. This concludes our
informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers

**487598**

1-206-464-6684 for out-of-state callers

**487598**

# Catalyst Report

## Complaint Description

**Description**

On May 13, 2016--- I purchased online what should have been ONE 'VIP Package' to Steven Tyler concert at McCaw Hall, Seattle, Wa. for a total of $1003.89 dollars.  #46-58411/ SEA    Paid ending with 5a] Visa card. I have emailed and called several times to all above mentioned companies and no one is willing to assist me in getting compensation/refund back. I would like a refund for an awful experience that was >>>no where close to $1003.89!!! I stood in line for an hour inside venue, and yet they told us to be there by 4 PM on time. None of us were able to leave to use the restroom, in fact the woman in front with walker talkie told us and I quote," 'SLO VIP company didnt factor in that 'us ticket holders just might need to use the rest room at some point.' Then, another hour goes by of waiting to get in to the Meet & Greet of which us ticket holders were rushed, could not bring any personal items into the room such as purse, wallet, or anything for Mr. Tyler to sign. They rushed us all out without being given the time to say one word to my favorite artist!. SLO assured me they would take at least 2 photos per ticket holder in case one didnt turn out. THEY DID NOT! (As of today, I just received ONE photo via email from that night and it is horrible! Only one photo by photographer and it was horrendous?!?!? HUGE disappointment for me.)

To continue on: Then we had to go to this open space of a room with minimal food product none of which I ate, none of which looked appetizing so I didnt even eat anything. Others were mentioning the same thing. NONE OF US GOT WHAT WE PAID FOR! I would like to be compensated and refunded my money in total $1003.89, and am furious that they thought they could get away with such monkey business and scamming us ticket holders out of a lot of money for NOTHING!. I am writing to you in hopes that you will be able to assist me with this as SLOTIX  nor any other affiliation with Ticketmaster as mentioned above.... will not reply, not answer emails or calls.

I spoke with 'Daniel' at
Ticketmaster>>> VIP Tickets Fan Support<<<<
Tel: 877-4-VIPTKT (877-484-7858) | 9 AM ??? 11 PM (ES/DT), seven days a week--to which he assured me he would be able to assist.

 Then I get an email later on from him:

"Dear SHELLEY MURPHY,

 I do apologize for the inconvenience. However the tour has denied the refund request that we sent out on your behalf. Unfortunately we are unable to cancel this order. As stated by the VIP tour provider, SLO Tix, all elements of the package were delivered. If you would like to try to resolve this with the VIP provider, their email address (listed in the Email Confirmation at point of purchase) is SLOcustomerservice@slotix.com

Once again I apologize for the resolution.
Sincerely,
Daniel"

Ticketmaster VIP Tickets Fan Support
Tel: 877-4-VIPTKT (877-484-7858) | 9 AM ??? 11 PM (ES/DT), seven days a week

Between all of these divisions of 'Ticketmaster' they all continue to bounce me back and forth between the 3 names,(TM, VIP & SLOTIX) and block my emails, >see below:

From: mailer-daemon@comcast.net<<<<<<<<<<<
 To: "rockdawg88" <rockdawg88@comcast.net>
 Sent: Tuesday, July 12, 2016 5:58:31 PM
 Subject: Permanent Error

This is an automatically generated Delivery Status Notification.

Delivery to the following recipients failed permanently:

* slocustomerservice@slotix.com

Reason: Permanent Error

..... ignore my requests and all parties refuse to compensate me back for an event that was not up to standards, ran in a disorganized fashion, miscommunication with everyone, not treating the ticket holders with respect, nor was it worth the money they charged me. I want to be given back my $1003.89 back immediately. I did NOT get what I paid for.

I assume SLOTIX is in Seattle like Ticketmaster but to be honest I'm not sure. I cannot seem to locate an actual street address and city for them. Perhaps you will be able to?

Please help me recover my money. Please email and/or call me and tell me what I need to do next.
Thank you.

Sincerely,

Shelley Murphy

 I will add here that Ticketmaster is currently involved with a LARGE MASSIVE LAW SUIT involving 'over charging of fees' to which I invite you to read at some point. In fact, I have several so called vouchers they 'claim to owe me over years' and still cannot deliver on that! I will send you photo copies as attachments if you ant more info on this issue (related to my first issue to some degree. Numerous links online to read about this. Here is one:
http://concerts.livenation.com/microsite/settlement?_ga=1.227139930.676303457.1466891663

Please assist me.

# Catalyst
# Complaint Cover Page

**488318**

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **488318** | **Status** | **Closed** |
| Date | 7/15/2016 | **Assignee** | **Clark, Serina** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $1,003.89 |
| NAICS | 813410-Civic & Social Organizations | Amount Disputed | $1,003.89 |
| | | Estimated Savings | $0.00 |

## Complainant

| <u>Name</u> | <u>Phone Day</u> | <u>Phone Evening</u> | <u>Email</u> |
|---|---|---|---|
| **Shelley  Murphy** | **(425) 557-6401** | **(425) 557-6401** | **rockdawg88@comcast.net** |
| **23120 SE Black Nugget Rd A2** | | | |
| **Issaquah, WA  98029** | | | |

## Respondent(s)

| <u>Name</u> | <u>Contact</u> | <u>Phone</u> | <u>Toll Free</u> | <u>Email</u> |
|---|---|---|---|---|
| **Slotix.com** | | **(888) 756-4849** | | **slocustomerservice** |
| **, WA** | | | | **@slotix.com** |
| TicketMaster | Consumer Support | (304) 357-6146 | | consumersupportwv |
| 1000 Corporate Landing | | | | @ticketmaster.com |
| Charleston, WV  25311 | | | | |

## Referral(s)

| <u>Name</u> | <u>Contact</u> | <u>Phone Contact</u> | <u>Phone</u> | <u>Email</u> |
|---|---|---|---|---|

## Practice(s)

| <u>Code</u> | <u>Practice</u> |
|---|---|
| 013 | Misrepresentation of product or service |
| 303 | Questionable Quality Product/Service |

##  Activities

**488318**                    1 of 3

JR - 01457
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/15/2016 | Intake Notes | C did not provide as address for R. Unable to locate an address on R's website. |
| | | C listed Co-R already associated with business. Not added separately. |
| | | Per web search, found Ticketmaster when searching VIP Tickets Fan Support. C states in Co-R section, these are related. |
| 7/25/2016 | Reviewed | Triage 2: Common consumer issues;  up to 2 respondents; up to two separate issues |
| 7/26/2016 | Form Letter to Respondent | R-1stLetterRevised |
| 7/26/2016 | Email to Respondent | R-1stLetterRevised To: slocustomerservice@slotix.com |
| 7/26/2016 | Email to Complainant | C-1stLetter To:  rockdawg88@comcast.net |
| 7/27/2016 | Email from Complainant | |
| 7/29/2016 | Email to Complainant | C-PreICRLetter To:  rockdawg88@comcast.net |
| 7/29/2016 | Correspondence from Complainant | |
| 7/29/2016 | Email from Complainant | |
| 7/29/2016 | Email from Complainant | |
| 8/8/2016 | Email from Complainant | |
| 8/8/2016 | Email from Complainant | |
| 8/16/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: slocustomerservice@slotix.com |
| 8/16/2016 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 8/18/2016 | Email to Complainant | C-ThankYouForInformation To: rockdawg88@comcast.net |
| 8/19/2016 | Email from Complainant | |
| 8/30/2016 | Email to Complainant | C-ClosingNoResponse To: rockdawg88@comcast.net |
| 8/30/2016 | Email to Respondent | R-Closing-wNOResponse To: slocustomerservice@slotix.com |
| 8/30/2016 | Form Letter to Respondent | R-Closing-wNOResponse |
| 8/30/2016 | Resolution- UNADJUSTED NO RESPONSE | |
| 8/30/2016 | Email from Complainant | |
| 8/30/2016 | Email to Complainant | C-ICRCompleted To:  rockdawg88@comcast.net |
| 8/31/2016 | Email from Respondent | Email from Ticket Master. See doc 488318A that came attached to the email below. |
| 8/31/2016 | Email to Complainant | C-ResponseOneRespondentResolution To: rockdawg88@comcast.net |

**488318**                                    2 of 3

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/31/2016 | Reopened | |
| 8/31/2016 | Resolution-CLOSED ADJUSTED | Ticket Master gave C a full refund. Changed from Unadjusted-No Response to Closed Adjusted. |
| 9/1/2016 | Email from Complainant | |
| 9/2/2016 | Email from Complainant | |
| 9/7/2016 | Email from Complainant | |
| 9/28/2016 | Email to Complainant | C-ICRCompleted To:  rockdawg88@comcast.net |
| 9/30/2016 | Email from Complainant | |
| 10/3/2016 | Email to Complainant | C-ThankYouForInformation To: rockdawg88@comcast.net |
| 10/3/2016 | Email from Complainant | |
| 10/3/2016 | Form Letter to Respondent | R-AdjustmentNotMadeasrequested |
| 10/3/2016 | Reopened | |
| 10/3/2016 | Email to Complainant | C-AdjustmentNotMadeAsRequested To: rockdawg88@comcast.net |
| 10/7/2016 | Email from Complainant | |
| 10/7/2016 | Email to Complainant | C-ResponseOneRespondentPending To: rockdawg88@comcast.net |
| 10/14/2016 | Email to Complainant | C-ClosingNoResponse To: rockdawg88@comcast.net |
| 10/14/2016 | Form Letter to Respondent | R-Closing-wNOResponse |
| 10/14/2016 | Resolution- UNADJUSTED NO RESPONSE | |
| 10/14/2016 | Reviewed | Further correspondence from C will be added to the complaint without further processing. |

**488318**                    3 of 3

JR - 01459
PRR-2025-0179

August 30, 2016

**<u>Via Email</u>**

RE: Shelley Murphy
File #: 488318

Ms. Clark:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Ms. Shelley Murphy, who wrote to your office regarding her recent VIP ticket purchase to Steven Tyler at McCaw Hall on July 8, 2016.  We appreciate the opportunity to respond to her complaint.

In the interest of resolution, we have refunded her purchase in the full amount of $1003.89 to her Visa card, which should post to her account in 3-5 business days.

We appreciate the opportunity to respond to Ms. Murphy's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

SerCla.100        7/26/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

July 26, 2016

Ticket Master
216 1st Ave S
Seattle, WA 98104

RE:  Shelley Murphy
File #:  488318

Dear Ticket Master:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Shelley Murphy regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 488318 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**488318**

JR - 01461
PRR-2025-0179

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Shelley Murphy

Address:
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

Day Phone:
(425) 557-6401

Evening Phone:

E-mail Address:
rockdawg88@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:

**488318**

Slotix.com

Address:
WA

Phone:
(888) 756-4849

Toll-Free:

Fax:

E-mail:
slocustomerservice@slotix.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticket Master
216 1st Ave S
Seattle, WA 98104

Item or service purchased:

Cost of item or service:
$1003.89

Did you sign a contract -

Date of transaction:
may 13, 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**488318**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On May 13, 2016--- I purchased online what should have been ONE 'VIP Package' to Steven
Tyler concert at McCaw Hall, Seattle, Wa. for a total of $1003.89 dollars. #46-58411/ SEA Paid
ending with **[5a]**  Visa card. I have emailed and called several times to all above mentioned
companies and no one is willing to assist me in getting compensation/refund back. I would like
a refund for an awful experience that was >>>no where close to $1003.89!!! I stood in line for
an hour inside venue, and yet they told us to be there by 4 PM on time. None of us were able to
leave to use the restroom, in fact the woman in front with walker talkie told us and I quote,"
'SLO VIP company didnt factor in that 'us ticket holders just might need to use the rest room at
some point.' Then, another hour goes by of waiting to get in to the Meet & Greet of which us
ticket holders were rushed, could not bring any personal items into the room such as purse,
wallet, or anything for Mr. Tyler to sign. They rushed us all out without being given the time to
say one word to my favorite artist!. SLO assured me they would take at least 2 photos per ticket
holder in case one didnt turn out. THEY DID NOT! (As of today, I just received ONE photo via
email from that night and it is horrible! Only one photo by photographer and it was horrendous -
! - ! -  HUGE disappointment for me.)
To continue on: Then we had to go to this open space of a room with minimal food product
none of which I ate, none of which looked appetizing so I didnt even eat anything. Others were
mentioning the same thing.
NONE OF US GOT WHAT WE PAID FOR! I would like to be compensated and refunded my
money in total $1003.89, and am furious that they thought they could get away with such
monkey business and scamming us ticket holders out of a lot of money for NOTHING!. I am
writing to you in hopes that you will be able to assist me with this as SLOTIX nor any other
affiliation with Ticketmaster as mentioned above.... will not reply, not answer emails or calls.
I spoke with 'Daniel' at
Ticketmaster>>> VIP Tickets Fan Support<<<<
Tel: 877-4-VIPTKT (877-484-7858) | 9 AM  - - -  11 PM (ES/DT), seven days a week--to
which he assured me he would be able to assist.
Then I get an email later on from him:
"Dear SHELLEY MURPHY,
I do apologize for the inconvenience. However the tour has denied the refund request that we
sent out on your behalf. Unfortunately we are unable to cancel this order. As stated by the VIP
tour provider, SLO Tix, all elements of the package were delivered. If you would like to try to
resolve this with the VIP provider, their email address (listed in the Email Confirmation at point
of purchase) is SLOcustomerservice@slotix.com

**488318**

Once again I apologize for the resolution.
Sincerely,
Daniel"
Ticketmaster VIP Tickets Fan Support
Tel: 877-4-VIPTKT (877-484-7858) | 9 AM  -  -  - 11 PM (ES/DT), seven days a week
Between all of these divisions of 'Ticketmaster' they all continue to bounce me back and forth
between the 3 names,(TM, VIP & SLOTIX) and block my emails, >see below:
From: mailer-daemon@comcast.net<<<<<<<<<<<
To: "rockdawg88" <rockdawg88@comcast.net>
Sent: Tuesday, July 12, 2016 5:58:31 PM
Subject: Permanent Error
This is an automatically generated Delivery Status Notification.
Delivery to the following recipients failed permanently:
* slocustomerservice@slotix.com
Reason: Permanent Error
..... ignore my requests and all parties refuse to compensate me back for an event that was not up
to standards, ran in a disorganized fashion, miscommunication with everyone, not treating the
ticket holders with respect, nor was it worth the money they charged me. I want to be given
back my $1003.89 back immediately. I did NOT get what I paid for.
I assume SLOTIX is in Seattle like Ticketmaster but to be honest I'm not sure. I cannot seem to
locate an actual street address and city for them. Perhaps you will be able to -
Please help me recover my money. Please email and/or call me and tell me what I need to do
next.
Thank you.
Sincerely,
Shelley Murphy
I will add here that Ticketmaster is currently involved with a LARGE MASSIVE LAW SUIT
involving 'over charging of fees' to which I invite you to read at some point. In fact, I have
several so called vouchers they 'claim to owe me over years' and still cannot deliver on that! I
will send you photo copies as attachments if you ant more info on this issue (related to my first
issue to some degree. Numerous links online to read about this. Here is one:
http://concerts.livenation.com/microsite/settlement - _ga=1.227139930.676303457.1466891663
Please assist me.

What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

**488318**

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Shelley Murphy    Date   7/12/16
Received via the Internet
City and State where signed Issaquah, Wa

**488318**

JR - 01466
PRR-2025-0179

SerCla.100        7/26/2016

R-1stLetterRevised To:  slocustomerservice@slotix.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 26, 2016

Slotix.com
WA

RE:  Shelley Murphy
File #:  488318

Dear Slotix.com:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Shelley Murphy regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 488318 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**488318**

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Shelley Murphy

Address:
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

Day Phone:
(425) 557-6401

Evening Phone:

E-mail Address:
rockdawg88@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**488318**

Name of business that I am complaining about:
Slotix.com

Address:
WA

Phone:
(888) 756-4849

Toll-Free:

Fax:

E-mail:
slocustomerservice@slotix.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticket Master
216 1st Ave S
Seattle, WA 98104

Item or service purchased:

Cost of item or service:
$1003.89

Did you sign a contract -

Date of transaction:
may 13, 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**488318**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On May 13, 2016--- I purchased online what should have been ONE 'VIP Package' to Steven
Tyler concert at McCaw Hall, Seattle, Wa. for a total of $1003.89 dollars. #46-58411/ SEA Paid
ending with **5a** Visa card. I have emailed and called several times to all above mentioned
companies and no one is willing to assist me in getting compensation/refund back. I would like
a refund for an awful experience that was >>>no where close to $1003.89!!! I stood in line for
an hour inside venue, and yet they told us to be there by 4 PM on time. None of us were able to
leave to use the restroom, in fact the woman in front with walker talkie told us and I quote,"
'SLO VIP company didnt factor in that 'us ticket holders just might need to use the rest room at
some point.' Then, another hour goes by of waiting to get in to the Meet & Greet of which us
ticket holders were rushed, could not bring any personal items into the room such as purse,
wallet, or anything for Mr. Tyler to sign. They rushed us all out without being given the time to
say one word to my favorite artist!. SLO assured me they would take at least 2 photos per ticket
holder in case one didnt turn out. THEY DID NOT! (As of today, I just received ONE photo via
email from that night and it is horrible! Only one photo by photographer and it was horrendous -
! - ! -  HUGE disappointment for me.)
To continue on: Then we had to go to this open space of a room with minimal food product
none of which I ate, none of which looked appetizing so I didnt even eat anything. Others were
mentioning the same thing.
NONE OF US GOT WHAT WE PAID FOR! I would like to be compensated and refunded my
money in total $1003.89, and am furious that they thought they could get away with such
monkey business and scamming us ticket holders out of a lot of money for NOTHING!. I am
writing to you in hopes that you will be able to assist me with this as SLOTIX nor any other
affiliation with Ticketmaster as mentioned above.... will not reply, not answer emails or calls.
I spoke with 'Daniel' at
Ticketmaster>>> VIP Tickets Fan Support<<<<
Tel: 877-4-VIPTKT (877-484-7858) | 9 AM  - - -  11 PM (ES/DT), seven days a week--to
which he assured me he would be able to assist.
Then I get an email later on from him:
"Dear SHELLEY MURPHY,
I do apologize for the inconvenience. However the tour has denied the refund request that we
sent out on your behalf. Unfortunately we are unable to cancel this order. As stated by the VIP
tour provider, SLO Tix, all elements of the package were delivered. If you would like to try to
resolve this with the VIP provider, their email address (listed in the Email Confirmation at point

**488318**

of purchase) is SLOcustomerservice@slotix.com
Once again I apologize for the resolution.
Sincerely,
Daniel"
Ticketmaster VIP Tickets Fan Support
Tel: 877-4-VIPTKT (877-484-7858) | 9 AM  - - -  11 PM (ES/DT), seven days a week
Between all of these divisions of 'Ticketmaster' they all continue to bounce me back and forth
between the 3 names,(TM, VIP & SLOTIX) and block my emails, >see below:
From: mailer-daemon@comcast.net<<<<<<<<<<<<
To: "rockdawg88" <rockdawg88@comcast.net>
Sent: Tuesday, July 12, 2016 5:58:31 PM
Subject: Permanent Error
This is an automatically generated Delivery Status Notification.
Delivery to the following recipients failed permanently:
* slocustomerservice@slotix.com
Reason: Permanent Error
..... ignore my requests and all parties refuse to compensate me back for an event that was not up
to standards, ran in a disorganized fashion, miscommunication with everyone, not treating the
ticket holders with respect, nor was it worth the money they charged me. I want to be given
back my $1003.89 back immediately. I did NOT get what I paid for.
I assume SLOTIX is in Seattle like Ticketmaster but to be honest I'm not sure. I cannot seem to
locate an actual street address and city for them. Perhaps you will be able to -
Please help me recover my money. Please email and/or call me and tell me what I need to do
next.
Thank you.
Sincerely,
Shelley Murphy
I will add here that Ticketmaster is currently involved with a LARGE MASSIVE LAW SUIT
involving 'over charging of fees' to which I invite you to read at some point. In fact, I have
several so called vouchers they 'claim to owe me over years' and still cannot deliver on that! I
will send you photo copies as attachments if you ant more info on this issue (related to my first
issue to some degree. Numerous links online to read about this. Here is one:
http://concerts.livenation.com/microsite/settlement - _ga=1.227139930.676303457.1466891663
Please assist me.


What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':


SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached

488318

are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Shelley Murphy    Date   7/12/16
Received via the Internet
City and State where signed Issaquah, Wa

**488318**

SerCla.100      7/26/2016

C-1stLetter To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 26, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding Slotix.com and Ticket Master was
reviewed and determined to be appropriate for the informal complaint resolution services
offered by our Consumer Resource Center. This is an informal, voluntary process. Our office
acts as a neutral party to facilitate communication between consumers and businesses to assist in
resolving the complaint. We are prohibited by Washington State law from providing legal
advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**488318**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

JesMoo.100        7/27/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Tuesday, July 26, 2016 11:56 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

How is this an 'informal' complaint -  It's over 1000 dollars. No one there emailed me to even
tell me you will now consider it as 'informal'. Why -  Enough time has passed and I do not want
this complaint closed. Thank you, Shelley Murphy

**488318**

SerCla.100          7/29/2016

C-PreICRLetter To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 29, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

Thank you for your recent correspondence regarding the consumer complaint you filed with our
office, complaint # 488318. We appreciate the opportunity to provide you with additional
information regarding the informal complaint resolution process, and the consumer complaint
monitoring activity of our Consumer Resource Center. A key priority for the Attorney General's
Office is to safeguard consumers from fraud and unfair business practices. It is consumers like
you that first alert us to scams and other emerging consumer issues.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive
business practices that may warrant further attention by our office. While our informal process
for facilitating resolution of complaints is often effective, and results in a satisfactory resolution
for both parties, the outcome of an individual complaint does not determine whether or not our
office will take more formal action regarding the business practices described in your complaint.

A response from Slotix.com and Ticket Master, or lack of a response, to your complaint may
provide our office with additional information regarding the acts or practices identified in your
complaint. In some cases, a consumer complaint may result in a business ceasing the practices
identified in the complaint. For these reasons, completing the informal complaint resolution
process is an important step in identifying unfair practices and determining if the practices
warrant further investigation by our office. It is our policy to neither confirm nor deny the
existence of an ongoing investigation.

If we file a lawsuit, or settle a matter with a business, that will be announced to the public
through our website and in some cases a press release. Our website has information about recent
settlements and other actions taken by the Attorney General's Office at www.atg.wa.gov.

It is our goal to provide consumers with the best possible services, information, and resources to

**488318**

JR - 01476
PRR-2025-0179

assist in resolving consumer issues. We accomplish this through our informal complaint resolution process, monitoring consumer complaints for unfair and deceptive practices, and providing consumers with information regarding consumer issues through consumer alerts and posting information on our website.

We will continue the complaint process and notify you of any responses from Slotix.com and Ticket Master during the process. If your complaint is not resolved satisfactorily, or if Slotix.com and Ticket Master does not respond, we will provide you with additional information and resources that may assist you further.

In your correspondence sent to our office on July 26, 2016 you stated that you do not want your complaint closed. As of the date of this letter, we have not yet received a response from Slotix.com or Ticket Master. We will continue to monitor your complaint for Slotix.com and Ticket Master's responses. If the businesses do not respond, or your complaint is not resolved through our informal complaint resolution service on or before August 30, 2016, your complaint will be closed. However, you will be notified of additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

Thank you for your patience as we work through the informal complaint resolution process. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

The primary function of the Consumer Protection Division is to enforce the Consumer Protection Act RCW 19.86. We will retain a copy of your complaint as a public record that is subject to disclosure pursuant to the Public Records Act RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.


Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

488318

SerCla.100        7/29/2016

-----Original Message-----
From: ATG MI CPR Contact AGO
Sent: Tuesday, July 26, 2016 7:40 AM
To: ATG MI CRC Complaint Processing
Subject: FW: Contact AGO - Status of Claim

-----Original Message-----
From: rockdawg88@comcast.net [mailto:rockdawg88@comcast.net]
Sent: Sunday, July 24, 2016 5:41 AM
To: ATG WWW Email AGO temporary
Subject: Contact AGO - Status of Claim

The following message has been submitted to staff at the Attorney General's Office.  While we
make every effort to respond promptly, depending on the complexity of your request and the
volume of messages received, it may take more time for our staff to respond.  We appreciate
your patience. Please do not respond directly to this message as the ATG WWW Email AGO
mailbox is unmonitored.  If you need to reach us again, please return to this form:
https://fortress.wa.gov/atg/formhandler/ago/ContactForm.aspx

Murphy, Shelley

Email Address: rockdawg88@comcast.net

Address:
23120 se black nugget rd A2
Issaquah WA 98029

Address Type: Home

Phone: 4255576401
Phone Type: Home

Subject: Status of Claim

Message: I sent you a long letter detailing a claim and was wondering what the status of it is
please -

Thank you, Shelley Murphy

Previous Contact: Yes
Date: about 2 weeks ago

Regarding:
Please contact me re: status.

Declared By Name and Date:

**488318**

Name: Shelley Murphy
Date: 7/24/16

Submitted on: 7/24/2016 5:40:58 AM

Consumer protection issues constantly change, with new scams and threats emerging every
week.  To be automatically notified, please consider signing up for one or more of our
newsletters (http://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions,
consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (http://www.twitter.com/agowa),
YouTube (http://www.youtube.com/washingtonago) and Facebook
(https://www.facebook.com/WAStateAttorneyGeneral

**488318**

SerCla.100        7/29/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, July 29, 2016 12:39 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Serena, Thank you for getting in touch with me. I am so disappointed with that experience, and I hope you can help me get my money back.
Sincerely,
Shelley Murphy

**488318**

SerCla.100     7/29/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, July 29, 2016 12:56 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

PLEASE DO NOT GIVE UP ON ME. BY THEM NOT RESPONDING IS MORE THANK
ENOUGH REASON TO NOT CLOSE THIS CASE....

**488318**

SerCla.100        8/8/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Monday, August 08, 2016 12:59 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Is there status on this yet -  Did you reach out to all these contacts I gave you -  I havent heard anything.

**488318**

JR - 01482
PRR-2025-0179

SerCla.100        8/8/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Monday, August 08, 2016 1:01 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Please dont close the claim, have you contacted the businesses again -

**488318**

SerCla.100      8/16/2016

R-2ndLetterCourtesyReminder To:  slocustomerservice@slotix.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 16, 2016

Slotix.com
WA

RE:  Shelley Murphy
File #:  488318

Dear Slotix.com:

This letter is a courtesy reminder that the requested date for your written response to complaint # 488318 is seven calendar days from the date of this letter. This complaint was filed by Shelley Murphy regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 488318 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
**488318**

Consumer Information

Name:
Shelley Murphy

Address:
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

Day Phone:
(425) 557-6401

Evening Phone:

E-mail Address:
rockdawg88@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Slotix.com

Address:
WA

Phone:
(888) 756-4849

Toll-Free:

Fax:

E-mail:

**488318**

slocustomerservice@slotix.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticket Master
216 1st Ave S
Seattle, WA 98104

Item or service purchased:

Cost of item or service:
$1003.89

Did you sign a contract -

Date of transaction:
may 13, 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:

**488318**

On May 13, 2016--- I purchased online what should have been ONE 'VIP Package' to Steven Tyler concert at McCaw Hall, Seattle, Wa. for a total of $1003.89 dollars. #46-58411/ SEA Paid ending with █5a█ Visa card. I have emailed and called several times to all above mentioned companies and no one is willing to assist me in getting compensation/refund back. I would like a refund for an awful experience that was >>>no where close to $1003.89!!! I stood in line for an hour inside venue, and yet they told us to be there by 4 PM on time. None of us were able to leave to use the restroom, in fact the woman in front with walker talkie told us and I quote," 'SLO VIP company didnt factor in that 'us ticket holders just might need to use the rest room at some point.' Then, another hour goes by of waiting to get in to the Meet & Greet of which us ticket holders were rushed, could not bring any personal items into the room such as purse, wallet, or anything for Mr. Tyler to sign. They rushed us all out without being given the time to say one word to my favorite artist!. SLO assured me they would take at least 2 photos per ticket holder in case one didnt turn out. THEY DID NOT! (As of today, I just received ONE photo via email from that night and it is horrible! Only one photo by photographer and it was horrendous - ! - ! - HUGE disappointment for me.)

To continue on: Then we had to go to this open space of a room with minimal food product none of which I ate, none of which looked appetizing so I didnt even eat anything. Others were mentioning the same thing.

NONE OF US GOT WHAT WE PAID FOR! I would like to be compensated and refunded my money in total $1003.89, and am furious that they thought they could get away with such monkey business and scamming us ticket holders out of a lot of money for NOTHING!. I am writing to you in hopes that you will be able to assist me with this as SLOTIX nor any other affiliation with Ticketmaster as mentioned above.... will not reply, not answer emails or calls. I spoke with 'Daniel' at

Ticketmaster>>> VIP Tickets Fan Support<<<<

Tel: 877-4-VIPTKT (877-484-7858) | 9 AM - - - 11 PM (ES/DT), seven days a week--to which he assured me he would be able to assist.

Then I get an email later on from him:

"Dear SHELLEY MURPHY,

I do apologize for the inconvenience. However the tour has denied the refund request that we sent out on your behalf. Unfortunately we are unable to cancel this order. As stated by the VIP tour provider, SLO Tix, all elements of the package were delivered. If you would like to try to resolve this with the VIP provider, their email address (listed in the Email Confirmation at point of purchase) is SLOcustomerservice@slotix.com

Once again I apologize for the resolution.

Sincerely,

Daniel"

Ticketmaster VIP Tickets Fan Support

Tel: 877-4-VIPTKT (877-484-7858) | 9 AM - - - 11 PM (ES/DT), seven days a week

Between all of these divisions of 'Ticketmaster' they all continue to bounce me back and forth between the 3 names,(TM, VIP & SLOTIX) and block my emails, >see below:

From: mailer-daemon@comcast.net<<<<<<<<<<<

To: "rockdawg88" <rockdawg88@comcast.net>

Sent: Tuesday, July 12, 2016 5:58:31 PM

Subject: Permanent Error

This is an automatically generated Delivery Status Notification.

Delivery to the following recipients failed permanently:

**488318**

* slocustomerservice@slotix.com

Reason: Permanent Error

..... ignore my requests and all parties refuse to compensate me back for an event that was not up to standards, ran in a disorganized fashion, miscommunication with everyone, not treating the ticket holders with respect, nor was it worth the money they charged me. I want to be given back my $1003.89 back immediately. I did NOT get what I paid for.

I assume SLOTIX is in Seattle like Ticketmaster but to be honest I'm not sure. I cannot seem to locate an actual street address and city for them. Perhaps you will be able to -

Please help me recover my money. Please email and/or call me and tell me what I need to do next.

Thank you.

Sincerely,

Shelley Murphy

I will add here that Ticketmaster is currently involved with a LARGE MASSIVE LAW SUIT involving 'over charging of fees' to which I invite you to read at some point. In fact, I have several so called vouchers they 'claim to owe me over years' and still cannot deliver on that! I will send you photo copies as attachments if you ant more info on this issue (related to my first issue to some degree. Numerous links online to read about this. Here is one:

http://concerts.livenation.com/microsite/settlement - _ga=1.227139930.676303457.1466891663

Please assist me.


What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':


SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.


I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.


I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Shelley Murphy    Date   7/12/16

Received via the Internet

City and State where signed Issaquah, Wa


**488318**

SerCla.100    8/16/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

August 16, 2016

Ticket Master
216 1st Ave S
Seattle, WA 98104

RE:  Shelley Murphy
File #:  488318

Dear Ticket Master:

This letter is a courtesy reminder that the requested date for your written response to complaint # 488318 is seven calendar days from the date of this letter. This complaint was filed by Shelley Murphy regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 488318 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

**488318**

JR - 01489
PRR-2025-0179

Name:
Shelley Murphy

Address:
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

Day Phone:
(425) 557-6401

Evening Phone:

E-mail Address:
rockdawg88@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Slotix.com

Address:
WA

Phone:
(888) 756-4849

Toll-Free:

Fax:

E-mail:
slocustomerservice@slotix.com

**488318**

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Ticket Master
216 1st Ave S
Seattle, WA 98104

Item or service purchased:

Cost of item or service:
$1003.89

Did you sign a contract -

Date of transaction:
may 13, 2016

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On May 13, 2016--- I purchased online what should have been ONE 'VIP Package' to Steven

**488318**

Tyler concert at McCaw Hall, Seattle, Wa. for a total of $1003.89 dollars. #46-58411/ SEA Paid ending with ▉5a▉ Visa card. I have emailed and called several times to all above mentioned companies and no one is willing to assist me in getting compensation/refund back. I would like a refund for an awful experience that was >>>no where close to $1003.89!!! I stood in line for an hour inside venue, and yet they told us to be there by 4 PM on time. None of us were able to leave to use the restroom, in fact the woman in front with walker talkie told us and I quote," 'SLO VIP company didnt factor in that 'us ticket holders just might need to use the rest room at some point.' Then, another hour goes by of waiting to get in to the Meet & Greet of which us ticket holders were rushed, could not bring any personal items into the room such as purse, wallet, or anything for Mr. Tyler to sign. They rushed us all out without being given the time to say one word to my favorite artist!. SLO assured me they would take at least 2 photos per ticket holder in case one didnt turn out. THEY DID NOT! (As of today, I just received ONE photo via email from that night and it is horrible! Only one photo by photographer and it was horrendous - ! - ! -  HUGE disappointment for me.)

To continue on: Then we had to go to this open space of a room with minimal food product none of which I ate, none of which looked appetizing so I didnt even eat anything. Others were mentioning the same thing.

NONE OF US GOT WHAT WE PAID FOR! I would like to be compensated and refunded my money in total $1003.89, and am furious that they thought they could get away with such monkey business and scamming us ticket holders out of a lot of money for NOTHING!. I am writing to you in hopes that you will be able to assist me with this as SLOTIX nor any other affiliation with Ticketmaster as mentioned above.... will not reply, not answer emails or calls. I spoke with 'Daniel' at

Ticketmaster>>> VIP Tickets Fan Support<<<<

Tel: 877-4-VIPTKT (877-484-7858) | 9 AM  -  -  -  11 PM (ES/DT), seven days a week--to which he assured me he would be able to assist.

Then I get an email later on from him:

"Dear SHELLEY MURPHY,

I do apologize for the inconvenience. However the tour has denied the refund request that we sent out on your behalf. Unfortunately we are unable to cancel this order. As stated by the VIP tour provider, SLO Tix, all elements of the package were delivered. If you would like to try to resolve this with the VIP provider, their email address (listed in the Email Confirmation at point of purchase) is SLOcustomerservice@slotix.com

Once again I apologize for the resolution.

Sincerely,

Daniel"

Ticketmaster VIP Tickets Fan Support

Tel: 877-4-VIPTKT (877-484-7858) | 9 AM  -  -  -  11 PM (ES/DT), seven days a week

Between all of these divisions of 'Ticketmaster' they all continue to bounce me back and forth between the 3 names,(TM, VIP & SLOTIX) and block my emails, >see below:

From: mailer-daemon@comcast.net<<<<<<<<<<<

To: "rockdawg88" <rockdawg88@comcast.net>

Sent: Tuesday, July 12, 2016 5:58:31 PM

Subject: Permanent Error

This is an automatically generated Delivery Status Notification.

Delivery to the following recipients failed permanently:

* slocustomerservice@slotix.com

**488318**

JR - 01492
PRR-2025-0179

Reason: Permanent Error

..... ignore my requests and all parties refuse to compensate me back for an event that was not up to standards, ran in a disorganized fashion, miscommunication with everyone, not treating the ticket holders with respect, nor was it worth the money they charged me. I want to be given back my $1003.89 back immediately. I did NOT get what I paid for.

I assume SLOTIX is in Seattle like Ticketmaster but to be honest I'm not sure. I cannot seem to locate an actual street address and city for them. Perhaps you will be able to -

Please help me recover my money. Please email and/or call me and tell me what I need to do next.

Thank you.

Sincerely,

Shelley Murphy

I will add here that Ticketmaster is currently involved with a LARGE MASSIVE LAW SUIT involving 'over charging of fees' to which I invite you to read at some point. In fact, I have several so called vouchers they 'claim to owe me over years' and still cannot deliver on that! I will send you photo copies as attachments if you ant more info on this issue (related to my first issue to some degree. Numerous links online to read about this. Here is one:

http://concerts.livenation.com/microsite/settlement - _ga=1.227139930.676303457.1466891663
Please assist me.


What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':


SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.


I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.


I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Shelley Murphy    Date   7/12/16
Received via the Internet
City and State where signed Issaquah, Wa


**488318**

SerCla.100     8/18/2016

C-ThankYouForInformation To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 18, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

In your correspondence sent to our office on August 8, 2016 you stated that you do not want
your complaint closed. As of the date of this letter, we have not yet received a response from
Slotix.com or Ticket Master. We will continue to monitor your complaint for Slotix.com and
Ticket Master's responses. If the businesses do not respond, or your complaint is not resolved
through our informal complaint resolution service on or before August 30, 2016, your complaint
will be closed. However, you will be notified of additional options and resources that may be
available to assist you in the event you wish to pursue the matter further.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

The primary function of the Consumer Protection Division is to enforce the Consumer
Protection Act RCW 19.86. We will retain a copy of your complaint as a public record that is
subject to disclosure pursuant to the Public Records Act RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

SERINA CLARK

**488318**

Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100     8/19/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Thursday, August 18, 2016 4:56 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Please dont close the claim, contact them again.

**488318**

SerCla.100     8/30/2016

C-ClosingNoResponse To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 30, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

You recently filed a consumer complaint with our office regarding Slotix.com and Ticket
Master. As of today's date, Slotix.com and Ticket Master has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate
communication between consumers and businesses to assist in resolving complaints. Through
this process we act as a neutral third party. If a business refuses to respond or to make an
adjustment, we cannot compel them to do so. We have completed our informal complaint
resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade
practices that may warrant further attention. Even though the Consumer Resource Center closed
your complaint, the complaint file is retained in our complaint database. Consumer complaints
assist us in identifying possible patterns and practices that may warrant further action by our
office. We may still open a formal investigation or take enforcement action against Slotix.com
and Ticket Master pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding Slotix.com and
Ticket Master. If you would like to pursue the matter further, you may wish to contact a private
attorney. The Washington State Bar Association (WSBA) offers research tools to locate private
attorneys in your area by offering listings for each County Bar Association. You may access the
County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**488318**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100      8/30/2016

R-Closing-wNOResponse To:  slocustomerservice@slotix.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


August 30, 2016


Slotix.com
WA


RE:   Shelley Murphy
File #:   488318

Dear Slotix.com:

We recently contacted you regarding a consumer complaint filed by Shelley Murphy regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Shelley Murphy
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**488318**

JR - 01499
PRR-2025-0179

Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100        8/30/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

August 30, 2016


Ticket Master
216 1st Ave S
Seattle, WA 98104


RE:  Shelley Murphy
File #:  488318

Dear Ticket Master:

We recently contacted you regarding a consumer complaint filed by Shelley Murphy regarding
your business and presented you an opportunity to provide our office with a written response
to that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Shelley Murphy
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

**488318**

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100     8/30/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Tuesday, August 30, 2016 3:30 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Why didnt you make other attempts to contact this company -  -  -

**488318**

SerCla.100     8/30/2016

C-ICRCompleted To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 30, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:  Slotix.com and Ticket Master
File #:  488318

Dear Shelley Murphy:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received the email correspondence you provided on August 30, 2016 regarding complaint #
488318. The complaint was closed upon completion of our informal complaint resolution
process and has been resolved to the fullest capabilities of the Consumer Resource Center.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive
business practices which may warrant further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted. It is our policy to neither
confirm nor deny the existence of an ongoing investigation.

Our informal complaint resolution process is a voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We cannot compel the business to respond or to resolve the complaint to your
satisfaction. While our informal process for facilitating resolution of complaints is often
effective and results in a satisfactory resolution for both parties, the outcome of the informal
process on an individual complaint does not determine whether or not our office will take more
formal action regarding the business practices described in your complaint.

You may also want to consult with a private attorney to determine any legal options and
remedies that may be available to you. Legal options and remedies may be time sensitive. Our
office is prohibited by Washington State law from providing legal advice or representing either
party.

The primary function of the Consumer Protection Division is to enforce the Consumer
Protection Act RCW 19.86. Please note that consumer complaints, including responses, are

**488318**

public records and are available to the public for copying or inspection pursuant to the Public Records Act, RCW 42.56.


Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**488318**

SerCla.100     8/31/2016

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Wednesday, August 31, 2016 9:35 AM
To: ATG MI CRC Complaint Processing
Subject: RE: Shelley Murphy File #: 488318

Hello,

Our response to the above referenced complaint is attached.  We apologize for any delay in response.

Let me know if there are questions -

Barrett


Barrett Justice
Escalations Mgr.

Ticketmaster
t: 304.357.6147 x36147
m: 304.444.5648

**488318**

JR - 01506
PRR-2025-0179

SerCla.100      8/31/2016

C-ResponseOneRespondentResolution To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


August 31, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

This letter is to inform you that our office received the enclosed reply from Ticket Master in
response to the complaint you filed regarding Slotix.com and Ticket Master, complaint #
488318. Your complaint will remain closed with our office.

As of the date of this letter, we have not yet received a response from Slotix.com. If Slotix.com
sends us a response in the future, we will add that to your complaint as a public record and we
will send you a copy for your information. Our office does not have authority to compel
participation in our informal complaint resolution services.

Consumer complaints provide valuable information our office uses to identify patterns of unfair
or deceptive trade practices that may warrant enforcement of the Consumer Protection Act.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.


Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure

**488318**

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Wednesday, August 31, 2016 9:35 AM
To: ATG MI CRC Complaint Processing
Subject: RE: Shelley Murphy File #: 488318

Hello,

Our response to the above referenced complaint is attached.  We apologize for any delay in response.

Let me know if there are questions -

Barrett


Barrett Justice
Escalations Mgr.

Ticketmaster
t: 304.357.6147 x36147
m: 304.444.5648

**488318**

SerCla.100          9/1/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Thursday, September 01, 2016 9:34 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Serina, I actually got a call last Thurs saying I would get the credit. It's been over 5 days now.
No credit. Thanks for this email and attachment. I just called my bank and there is no pending
credit yet. Do you have the email and contact info for this supervisor that wrote to you about my
refund - Please reply so I can move forward on this.

Also I have another complaint, basically same deal with another organization thru TM...can you
check status on that as well -

Thank you, Shelley Murphy

**488318**

SerCla.100        9/2/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, September 02, 2016 6:39 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Still no credit and it's been over a week now. Can you please help -

**488318**

SerCla.100        9/7/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, September 02, 2016 3:49 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

**488318**

SerCla.100          9/28/2016

C-ICRCompleted To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 28, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

Thank you for your correspondence regarding the consumer complaint you filed with our office, complaint number 488318. We appreciate the opportunity to provide you with additional information regarding the informal complaint resolution process, and the consumer complaint monitoring activity of our Consumer Resource Center.

A key priority for the Attorney General's Office is to safeguard consumers from fraud and unfair business practices. Consumers like you first alert us to scams and other emerging consumer issues.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive business practices that may warrant further attention by our office. While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action regarding the business practices described in your complaint.

The responses from Slotix.com and Ticket Master regarding your complaint may provide our office with additional information regarding the acts or practices identified in your complaint. In some cases, a consumer complaint may result in a business ceasing the practices identified in the complaint. For these reasons, completing the informal complaint resolution process is an important step in identifying unfair practices and determining if the practices warrant further investigation by our office.

It is our policy to neither confirm nor deny the existence of an ongoing investigation. If we file a lawsuit, or settle a matter with a business, that will be announced to the public through our website and in some cases a press release. Our website has information about recent settlements and other actions taken by the Attorney General's Office at www.atg.wa.gov.

**488318**

It is our goal to provide consumers with the best possible services, information, and resources to assist in resolving consumer issues. We accomplish this through our informal complaint resolution process, monitoring consumer complaints for unfair and deceptive practices, and providing consumers with information regarding consumer issues through consumer alerts and posting information on our website.

We realize you may disagree with Slotix.com and Ticket Master's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. Our informal complaint resolution process has been concluded.

You may also want to consult with a private attorney or the small claims court in your county if it is appropriate for your complaint to determine any legal options and remedies that may be available to you. Legal options and remedies may be time sensitive. Our office is prohibited by Washington State law from providing legal advice or representing either party.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100    9/30/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, September 30, 2016 12:56 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

What more is happening on this please -

**488318**

SerCla.100          10/3/2016

C-ThankYouForInformation To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

October 3, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your email correspondence on September 30, 2016 regarding complaint # 488318.

If the promised adjustment has not been made by Ticket Master, we will contacted Ticket
Master regarding this matter.

If the promised adjustment has been made by Ticket Master, your complaint will remain closed
with our office.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100        10/3/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Monday, October 03, 2016 2:33 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Still havent heard from Ticketmaster on this.

**488318**

SerCla.100        10/3/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

October 3, 2016


Ticket Master
216 1st Ave S
Seattle, WA 98104


RE:   Shelley Murphy
File #:   488318

Dear Ticket Master:

You previously provided our office with a written response to the consumer complaint filed by
Shelley Murphy regarding your business. Shelley Murphy has informed us that, as of the date of
this letter, you have not yet provided the refund or adjustment you indicated in your response to
our office. Copies of pertinent correspondence are enclosed for your reference.

Please provide us with updated information regarding the status of this issue within the next
seven calendar days. We will add this updated information to the public record regarding this
consumer complaint. Please include the consumer complaint file #,488318, on all
correspondence.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




Enclosure


**488318**

488318

JR - 01518
PRR-2025-0179

SerCla.100        10/3/2016

C-AdjustmentNotMadeAsRequested To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

October 3, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   Slotix.com and TicketMaster
File #:   488318

Dear Shelley Murphy:

Our office received your correspondence indicating that the promised adjustment has not been
made. We have contacted TicketMaster regarding this matter.

We have requested a response within seven calendar days. If we do not receive a response from
the business we will contact you again with possible alternatives that may be available to you.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100        10/7/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, October 07, 2016 11:01 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 488318 : A notice from the Washington State Attorney General's Office

Any updates on this complaint yet -

**488318**

SerCla.100        10/7/2016

C-ResponseOneRespondentPending To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

October 7, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   Slotix.com and TicketMaster
File #:   488318

Dear Shelley Murphy:

As of the date of this letter, we have not yet received a response from TicketMaster. We will continue to monitor your complaint for TicketMaster's response. If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before October 10, 2016.

Thank you for your patience as we work through the informal complaint resolution process. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

SerCla.100     10/14/2016

C-ClosingNoResponse To: rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


October 14, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   Slotix.com and Ticket Master
File #:   488318

Dear Shelley Murphy:

You recently submitted correspondence indicating that Ticket Master had not processed your refund as promised. We contacted Ticket Master asking for a response within seven calendar days. As of today's date, Ticket Master has not responded.

We regret that we are unable to provide any further services. It is a priority of the Consumer Resource Center to provide the best services and resources to consumers in resolution of complaints. We realize you may not consider this response a satisfactory resolution to your complaint; however, the Consumer Resource Center cannot compel a business to respond or to make an adjustment in resolution of a dispute.

Our informal complaint resolution process is not an investigation; it is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We are prohibited by Washington State law from providing legal advice or representing either party.

Whether or not an individual complaint is resolved to a complainant's satisfaction, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may take more formal action at any time pursuant to the Consumer Protection Act. It is our policy to neither confirm nor deny the existence of active investigations. If we file a lawsuit or settle a matter with a business we will announce that to the public through a press release or on our website at www.atg.wa.gov.

The Attorney General's Office is authorized to bring legal action only in the name of the State of Washington, and is prohibited from serving as an attorney for individual consumers. We are

**488318**

JR - 01522
PRR-2025-0179

further prohibited from giving advice, rendering opinions or interpretations, or conducting research on behalf of individuals or businesses.

If you would like to pursue the matter further, you may wish to contact the Small Claims Court in your county.  You may also want to consult with a private attorney to determine any legal options and remedies that may be available to you. Legal options and remedies may be time sensitive. Again, our office is prohibited by Washington State law from providing legal advice or representing either party.

The primary function of the Consumer Protection Division is to enforce the Consumer Protection Act RCW 19.86. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection pursuant to the Public Records Act, RCW 42.56.

If Ticket Master sends us a response in the future, we will add that to your complaint as a public record and we will send you a copy for your information. We regret that we are unable to provide further assistance to you regarding this complaint. Additional correspondence received regarding this complaint will be added to the complaint, without further response from our office.


Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**488318**

SerCla.100     10/14/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

October 14, 2016

Ticket Master
216 1st Ave S
Seattle, WA 98104

RE:   Shelley Murphy
File #:   488318

Dear Ticket Master:

We recently contacted you regarding Shelley Murphy's correspondence that indicated she was
not issued the refund as promised. As of today's date, you have not submitted a response and
consequently we have closed this complaint. Shelley Murphy was notified that the complaint
was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**488318**

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**488318**

# Catalyst Report

## Complaint Description

**Description**

I purchased tickets for the Seahawks game vs the Rams for December 15th. One ticket scanned and the other ticket scanned "already been scanned" and I was denied entry. I keep contacting Ticketmaster for a refund and they keep denying me stating the tickets were not scanned and therefore my request has been denied. I am asking for my money back as I spent a lot and it's not fair that I'm not getting a refund.

# Catalyst
# Complaint Cover Page

**497964**

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 497964 | | **Status** | **Closed** |
| Date | 1/5/2017 | | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $271.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $271.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Kristen  Whittaker** **12711 4th Ave W** **Everett, WA  98204** | **(425) 891-0195** | | **kwhittaker@live.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** **1000 Corporate Landing** **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 301 | Failure To Deliver/Perform |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/5/2017 | Intake Notes | C did not provide an address or contact information for Ticketmaster.  Used the R All for Ticketmaster. |
| 1/6/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 1/6/2017 | Email to Complainant | C-1stLetter To:  kwhittaker@live.com |

**497964**                               1 of 2

JR - 01527
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/6/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 1/25/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 1/27/2017 | Email from Respondent | See doc 497964A. |
| 1/27/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 1/27/2017 | Email to Complainant | C-ClosingPartialAdjusted To: kwhittaker@live.com |
| 1/27/2017 | Resolution-PART ADJUSTED | |
| 1/27/2017 | Phone Call from Complainant | |
| 1/27/2017 | Email from Complainant | |
| 1/27/2017 | Reopened | Per activity 1885821. |
| 1/27/2017 | Email to Respondent | R-InfofromComplainantafterResponse To: consumersupportwv@ticketmaster.com |
| 1/27/2017 | Email to Complainant | C-ThankYouForInformation To: kwhittaker@live.com |
| 2/3/2017 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 2/3/2017 | Email to Complainant | C-ClosingNoResponse To:  kwhittaker@live.com |
| 2/3/2017 | Resolution- UNADJUSTED NO RESPONSE | R did not respond to activity 1885825. |
| 2/6/2017 | Reopened | R responded stating complaint is resolved. Re-opened to re-close as Adjusted. |
| 2/6/2017 | Email from Respondent | |
| 2/6/2017 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: kwhittaker@live.com |
| 2/6/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 2/6/2017 | Resolution-CLOSED ADJUSTED | |

**497964**                                    2 of 2

JR - 01528
PRR-2025-0179



January 27, 2017

**Via Email**

RE: Kristen Whittaker
File #: 47964

Dear Mr. Ogle:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Ms. Kristen Whittaker, who wrote to your office regarding her recent ticket purchase to the Seattle Mariners v. Oakland Athletics at Safeco Field on September 29, 2016.  She states that one of her tickets would not scanned and she was denied entry to the game.  Thank you for bringing her concerns to our attention.

Our records indicate that Ms. Whittaker purchased 9 tickets to the event in Section 316, Row 1, Seats 15-23, all of which were scanned successfully for entry except Seat 21.  The barcode associated with seat 21 was never attempted to be scanned for entry, so it was not presented at the box office.  We do show that this ticket was transferred to another individual, but the transfer was never accepted so the barcodes on her original ticket would still have been valid for entry.  As a gesture of goodwill, we have issue a refund for the cost of one ticket in the amount of $17.92 to her American Express card, which should post to her account in 3-10 business days.

We appreciate this opportunity to respond to Ms. Whittaker's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

AntOgl.100     1/6/2017

C-1stLetter To:  kwhittaker@live.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 6, 2017

Kristen Whittaker
2730 Mission Beach Heights Rd
Tulalip, WA 98271

RE:   TicketMaster
File #:   497964

Dear Kristen Whittaker:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**497964**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**497964**

AntOgl.100          1/6/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 6, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Kristen Whittaker
File #:  497964

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Kristen Whittaker regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 497964 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**497964**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

Name:
Kristen Whittaker

Address:
2730 Mission Beach Heights Rd
Tulalip, WA 98271

Day Phone:
(425) 238-4599

Evening Phone:

E-mail Address:
kwhittaker@live.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**497964**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
$271.00

Did you sign a contract -

Date of transaction:
12/13/16

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**497964**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I purchased tickets for the Seahawks game vs the Rams for December 15th. One ticket scanned and the other ticket scanned "already been scanned" and I was denied entry. I keep contacting Ticketmaster for a refund and they keep denying me stating the tickets were not scanned and therefore my request has been denied. I am asking for my money back as I spent a lot and it's not fair that I'm not getting a refund.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Kristen Whittaker   Date   1/6/17
Received via the Internet
City and State where signed Tulalip, WA


**497964**

AntOgl.100        1/25/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 25, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Kristen Whittaker
File #:  497964

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 497964 is seven calendar days from the date of this letter. This complaint was filed by Kristen
Whittaker regarding your business. Our practice is to send a courtesy reminder to provide you
with the opportunity to respond in a timely manner.

Please include the file # 497964 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**497964**

COMPLAINT SUMMARY
Consumer Information

Name:
Kristen Whittaker

Address:
2730 Mission Beach Heights Rd
Tulalip, WA 98271

Day Phone:
(425) 238-4599

Evening Phone:

E-mail Address:
kwhittaker@live.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**497964**

JR - 01537
PRR-2025-0179

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
$271.00

Did you sign a contract -

Date of transaction:
12/13/16

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**497964**

Explain your complaint in detail:
I purchased tickets for the Seahawks game vs the Rams for December 15th. One ticket scanned and the other ticket scanned "already been scanned" and I was denied entry. I keep contacting Ticketmaster for a refund and they keep denying me stating the tickets were not scanned and therefore my request has been denied. I am asking for my money back as I spent a lot and it's not fair that I'm not getting a refund.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Kristen Whittaker    Date   1/6/17
Received via the Internet
City and State where signed Tulalip, WA

**497964**

AntOgl.100        1/27/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Friday, January 27, 2017 7:13 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 497964 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Ms. Whittaker is attached.

Barrett

BARRETT JUSTICE
Escalations Manager

Ticketmaster
tel: (304) 357-6147
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com

**497964**

AntOgl.100        1/27/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 27, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Kristen Whittaker
File #:  497964

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Kristen Whittaker regarding your business. A copy
of your response was provided to Kristen Whittaker. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**497964**

1-206-464-6684 for out-of-state callers

**497964**

AntOgl.100        1/27/2017

C-ClosingPartialAdjusted To:  kwhittaker@live.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 27, 2017

Kristen Whittaker
2730 Mission Beach Heights Rd
Tulalip, WA 98271

RE:   TicketMaster
File #:   497964

Dear Kristen Whittaker:

The Consumer Resource Center of the Attorney General's Office received the enclosed
response from TicketMaster regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint;
however, the Consumer Resource Center cannot compel a business to respond or to make an
adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If
you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be
reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**497964**

submit additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.
Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Friday, January 27, 2017 7:13 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 497964 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Ms. Whittaker is attached.

Barrett


BARRETT JUSTICE
Escalations Manager

Ticketmaster
tel: (304) 357-6147
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com


**497964**

JordanF        1/27/2017

C called to provide new info. Advised C to submit new info to CRCComplaints. C informed us that she had already sent us an email, which is confirmed to be in our inbox.

**497964**

AntOgl.100          1/27/2017

From: Kristen Whittaker [mailto:kwhittaker@live.com]
Sent: Friday, January 27, 2017 10:42 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 497964 : A notice from the Washington State Attorney General's Office

They are referring to the wrong event! They are referring when I went to the mariners game in
September. The incident was when I attempted to go to the Seahawks game in December!!

**497964**

AntOgl.100     1/27/2017

R-InfofromComplainantafterResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 27, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Kristen Whittaker
File #:  497964

Dear Consumer Support:

Thank you for your response regarding the consumer complaint filed by Kristen Whittaker. We forwarded a copy of your response to Kristen Whittaker and have received the enclosed correspondence.

Please review this information and provide our office with a response within the next seven calendar days. Please reference the file number 497964 in your response. You may respond by email or U.S. mail.

Thank you for your participation in this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


From: Kristen Whittaker [mailto:kwhittaker@live.com]
Sent: Friday, January 27, 2017 10:42 AM
To: ATG MI CRC Complaint Processing

**497964**

Subject: Re: 497964 : A notice from the Washington State Attorney General's Office

They are referring to the wrong event! They are referring when I went to the mariners game in September. The incident was when I attempted to go to the Seahawks game in December!!

**497964**

AntOgl.100    1/27/2017

C-ThankYouForInformation To:  kwhittaker@live.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 27, 2017

Kristen Whittaker
2730 Mission Beach Heights Rd
Tulalip, WA 98271

RE:   TicketMaster
File #:   497964

Dear Kristen Whittaker:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received and forwarded your additional correspondence regarding TicketMaster for review.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices. We may open a formal investigation or take enforcement action
pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that
further action is warranted. It is our policy to neither confirm nor deny the existence of an
ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce
that to the public through a press release or on our website at http://www.atg.wa.gov.

Consumer complaints are public records and are available to the public for copying or
inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**497964**

From: Kristen Whittaker [mailto:kwhittaker@live.com]
Sent: Friday, January 27, 2017 10:42 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 497964 : A notice from the Washington State Attorney General's Office

They are referring to the wrong event! They are referring when I went to the mariners game in
September. The incident was when I attempted to go to the Seahawks game in December!!

**497964**

AntOgl.100          2/3/2017

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


February 3, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Kristen Whittaker
File #:  497964

Dear Consumer Support:

We recently contacted you regarding the additional correspondence filed by Kristen Whittaker
regarding your business and presented you an opportunity to provide our office with a written
response to that complaint through our informal complaint resolution (ICR) process. As of
today's date, you have not submitted a response and consequently we have closed this
complaint. Kristen Whittaker was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**497964**

JR - 01551
PRR-2025-0179

Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**497964**

AntOgl.100          2/3/2017

C-ClosingNoResponse To:  kwhittaker@live.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 3, 2017

Kristen Whittaker
2730 Mission Beach Heights Rd
Tulalip, WA 98271

RE:   TicketMaster
File #:   497964

Dear Kristen Whittaker:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's
date, TicketMaster has not responded to your additional correspondence.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate
communication between consumers and businesses to assist in resolving complaints. Through
this process we act as a neutral third party. If a business refuses to respond or to make an
adjustment, we cannot compel them to do so. We have completed our informal complaint
resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade
practices that may warrant further attention. Even though the Consumer Resource Center closed
your complaint, the complaint file is retained in our complaint database. Consumer complaints
assist us in identifying possible patterns and practices that may warrant further action by our
office. We may still open a formal investigation or take enforcement action against
TicketMaster pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If
you would like to pursue the matter further, you may wish to contact a private attorney. The
Washington State Bar Association (WSBA) offers research tools to locate private attorneys in
your area by offering listings for each County Bar Association. You may access the County Bar
Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-
Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**497964**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**497964**

AntOgl.100        2/6/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Monday, February 06, 2017 12:25 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 497964 : A notice from the Washington State Attorney General's Office

Hello,

We contacted Ms. Whittaker directly and provided her with a full refund to satisfy her
complaint.

Barrett


BARRETT JUSTICE
Escalations Manager

Ticketmaster
tel: (304) 357-6147
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com


**497964**

AntOgl.100          2/6/2017

C-ClosingAdjustedEnclosureIncluded To:  kwhittaker@live.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 6, 2017

Kristen Whittaker
2730 Mission Beach Heights Rd
Tulalip, WA 98271

RE:  TicketMaster
File #:  497964

Dear Kristen Whittaker:

We received the enclosed response from TicketMaster regarding the consumer complaint you
filed with our office. Your complaint has been closed as this response completes our informal
complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**497964**

JR - 01556
PRR-2025-0179

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Monday, February 06, 2017 12:25 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 497964 : A notice from the Washington State Attorney General's Office

Hello,

We contacted Ms. Whittaker directly and provided her with a full refund to satisfy her complaint.

Barrett


BARRETT JUSTICE
Escalations Manager

Ticketmaster
tel: (304) 357-6147
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com

**497964**

AntOgl.100          2/6/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 6, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Kristen Whittaker
File #:  497964

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Kristen Whittaker regarding your business. A copy
of your response was provided to Kristen Whittaker. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**497964**

1-206-464-6684 for out-of-state callers

**497964**

# Catalyst Report

## Complaint Description

**Description**

I made a ticket purchase for an event and by mistake, in my haste to meet the time limits that Ticketmaster allows you to make your ticket selection, accidentally purchased 4 tickets instead of 2. Recognizing my mistake, I immediately contacted Ticketmaster and they informed me that I would not be eligible for a refund as they had clearly stated that in their concert promotion information.  However, I was told that re-selling may be an option through Ticketmaster.  Now,  these tickets were bought through Ticketmaster with a delivery method that provides entry into the venue by using the credit card that the purchase was made with.  For these particular tickets that I had purchased, their were no other delivery options available.  Upon researching my ability to try and re-sell the tickets (see attached excerpt from Ticketmaster website concerning re-sale of "credit card entry" tickets)  through Ticketmaster's re-sale feature, I discovered that that option was in fact available to me.  As you can see from the attachment(credit card entry.jpg) they advertise through their website, that the ability to re-sell tickets is up to the artist, team or venue and that if its possible then a "sell button" will show up under my "Order History".  This was great news for me, as you can see by the attached document (u2 tickets.jpg) that the sell button in fact appears as a part of my order.  Based on this information, it appears like I will have the ability to re-sell my ticket.  However, not so, when I clicked on the sell button, the message that appeared to me was as shown on the attached document ("delivery restriction.jpg") that states I cannot list (or re-sell) these tickets because of ticket delivery restriction.  Clearly confused at this point I contacted Ticketmaster again and talked to a gentlemen named "Noel" who explained that since this tickets were "credit card entry" tickets that he could not help me.  He did say that he would file a form with the concert promoter to try and get a refund for me but that was probably unlikely.  I told him that I felt as though Ticketmaster was providing false information on their website and that regardless of what the concert promoter said, they should at least give me the ability to re-sell my tickets if I cannot get a refund.  He documented my complaint and provided a reference number to me (ref # 070661).  A couple of days later I was contacted my another representative from Ticketmaster "Cassandra" who informed me that she could not do anything for me as the concert promoter was not willing to provide a refund and Ticketmaster could not do anything to give me the ability to re-sell my tickets.  She in part, blamed the concert promoter but refused to provide me any contact information to allow me to plea my case to them (if they were even at all involved in this decision process?).  As a result, I am out $624.50 due to my inability to do anything with these tickets.  All due to a very innocent mistake I have made that resulted from false and misleading information on the Ticketmaster website combined with the very short amount of time (2 minutes) they provide you to make your ticket selection online.   This seems like very unfair business practice on the part of Ticketmaster especially given the monopoly that they have on ticket sales with many of these big events.  I feel that Ticketmaster has violated my rights as a consumer by not providing a valid reason why I am not able to re-sell my tickets through their re-sell process.  Further to that they have made mention that a third party (the concert promoter) was a part of this but are refusing to provide me their contact information to allow me to try and appeal my case to them.  Is their anything you can do to help me?

JR - 01560
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 498456

## Complaint

| Number | 498456 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 1/17/2017 | | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $624.50 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Christopher  Stack**<br>**19102 20th Dr SE Unit E101**<br>**Bothell, WA  98012** | **(206) 491-9913** | **(425) 293-4608** | **cstack1222@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportw**<br>**v@ticketmaster.co**<br>**m** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 100 | Misrepresentation of Terms |
| 203 | Internet & Mobile device based transaction |
| 206 | Right To Cancel |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 1/27/2017 | Email from Respondent | |
| 1/27/2017 | Email from Respondent | Came with document 498456D |
| 1/27/2017 | Email to Complainant | C-ClosingPartialAdjusted To:<br>cstack1222@gmail.com |

**498456**                                     1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/27/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 1/27/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 1/19/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 1/20/2017 | Email to Complainant | C-1stLetter To:  cstack1222@gmail.com |
| 1/20/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 1/27/2017 | Email from Respondent | Came with a duplicate of a response to another file.  Nothing added to ACE |
| 1/27/2017 | Email to Respondent (through Outlook) | |
| 1/27/2017 | Email from Respondent | Came with document 498456D |
| 1/27/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To: cstack1222@gmail.com |
| 1/27/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 1/27/2017 | Resolution-UNADJUSTED | |

**498456**                                    2 of 2

- **Can I sell Credit Card Entry tickets?**
That's up to the artist, team, or venue! If they give the green light you'll see a Sell button when you click the order number under Order History in My Account.

My Account > View All Orders > Order Details

Welcome,
**Chris**
Edit Profile | Sign Out

**Account Settings**
Edit Email & Mobile Preferences
Update Your Favorites
Update Your Event Categories
Payment Options
Gift Card Balance

**Orders**
View All Orders
Get Your Tickets
Transfer Tickets
Print Receipt

**Auctions**
Current Auction Bids

**Vouchers**
Active Vouchers

**Questions About Your Order?**
We're here for you.

Print Receipt

Order #8-30918/SEA

**U2: THE JOSHUA TREE TOUR 2017**
CenturyLink Field, Seattle, WA
Sun, May 14, 2017 06:30 PM

Details: U2

## Your Tickets

**You won't receive paper tickets for this event.**
Your plastic gets you in. Cardholders simply present the credit card used for purchase at the gate along with a valid photo ID (driver's license, state ID, or passport). If you bought for a group, everyone must enter together. Tickets are non-transferrable. Here's how it works.

**U2: THE JOSHUA TREE TOUR 2017**
CenturyLink Field, Seattle, WA
Sun, May 14, 2017 06:30 PM

| | | | | |
|---|---|---|---|---|
| Ticket + U2.com Subscription (add'l $50) | US $312.25 | × | 2 | US $624.50 |
| Section 237  Row E  Seat 9,10 | Price Details | | | |
| U2.com Wires Group Presale | US $312.25 | × | 2 | US $624.50 |
| Section 237  Row E  Seat 11,12 | Price Details | | | |

Sell

JR - 01564
PRR-2025-0179



Sorry but due to ticket delivery restriction, you cannot list these tickets.

Back to My Account

JR - 01565
PRR-2025-0179



January 27, 2017

**Via Email**

RE: Christopher Stack
File #: 498456

Dear Mr. Wu:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Ms. Christopher Stack who wrote to your office requesting a refund for two tickets he recently purchased to "U2: The Joshua Tree Tour 2017" at Centurylink Field on May 14, 2017.  He states in his complaint that he only intended to purchase two tickets rather than four and is also unhappy that his tickets are credit card entry only, which prevents him from reselling his tickets.  We appreciate the opportunity to respond to his complaint.

Ticketmaster acts as a ticket seller on behalf of our event provider clients, who make all decisions regarding an event, including whether there will be delivery restrictions.  As an event's authorized ticketing company, Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible.  To ensure that more tickets remain in the hands of fans for the upcoming "U2: The Joshua Tree Tour 2017", select tickets are credit card entry only, which means that no hard copy tickets are issued.  To enter the facility, the cardholder who purchased the tickets is required to present their credit card at the door for admission.  For this same reason, we do not offer the option to resale or transfer tickets.

The event info that is displayed on the event page and available to review prior to selecting tickets states:

**There are no refunds or exchanges.**

**IMPORTANT:**

- SELECT LOCATIONS are Credit Card Entry ONLY. Please click here for more information on Credit Card Entry.
- Credit Card Entry tickets for this event are NON TRANSFERABLE.
- At ENTRY you must provide the CREDIT CARD USED TO PURCHASE AND VALID PHOTO ID.
- Entire party MUST enter the venue at the same time.

Additionally, the section, row, seat locations, description of seats, the total cost per ticket, and the delivery information, including the fact that his seats were credit card entry only were displayed to him prior to the payment screen where he would have clicked the "Submit Order" button to complete his order and finalize his transaction.  Our purchase policy states that "policies set forth by event provides generally prohibit us from issuing exchanges or refunds after a ticket has been purchased….".

We trust this explanation will be satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.


Sincerely,

Barrett Justice
Escalations Manager

AndWu.100     1/20/2017

C-1stLetter To:  cstack1222@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 20, 2017

Christopher Stack
19102 20th Dr SE Unit E101
Bothell, WA 98012

RE:   TicketMaster
File #:   498456

Dear Christopher Stack:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**498456**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**498456**

AndWu.100    1/20/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 20, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Christopher Stack
File #:  498456

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Christopher Stack regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 498456 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**498456**

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Christopher Stack

Address:
19102 20th Dr SE Unit E101
Bothell, WA 98012

Day Phone:
(206) 491-9913

Evening Phone:
(425) 293-4608

E-mail Address:
cstack1222@gmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**498456**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
$624.50

Did you sign a contract -

Date of transaction:
01/12/2017

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**498456**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I made a ticket purchase for an event and by mistake, in my haste to meet the time limits that Ticketmaster allows you to make your ticket selection, accidentally purchased 4 tickets instead of 2. Recognizing my mistake, I immediately contacted Ticketmaster and they informed me that I would not be eligible for a refund as they had clearly stated that in their concert promotion information. However, I was told that re-selling may be an option through Ticketmaster. Now, these tickets were bought through Ticketmaster with a delivery method that provides entry into the venue by using the credit card that the purchase was made with. For these particular tickets that I had purchased, their were no other delivery options available. Upon researching my ability to try and re-sell the tickets (see attached excerpt from Ticketmaster website concerning re-sale of "credit card entry" tickets) through Ticketmaster's re-sale feature, I discovered that that option was in fact available to me. As you can see from the attachment(credit card entry.jpg) they advertise through their website, that the ability to re-sell tickets is up to the artist, team or venue and that if its possible then a "sell button" will show up under my "Order History". This was great news for me, as you can see by the attached document (u2 tickets.jpg) that the sell button in fact appears as a part of my order. Based on this information, it appears like I will have the ability to re-sell my tickets. However, not so, when I clicked on the sell button, the message that appeared to me was as shown on the attached document ("delivery restriction.jpg") that states I cannot list (or re-sell) these tickets because of ticket delivery restriction. Clearly confused at this point I contacted Ticketmaster again and talked to a gentlemen named "Noel" who explained that since this tickets were "credit card entry" tickets that he could not help me. He did say that he would file a form with the concert promoter to try and get a refund for me but that was probably unlikely. I told him that I felt as though Ticketmaster was providing false information on their website and that regardless of what the concert promoter said, they should at least give me the ability to re-sell my tickets if I cannot get a refund. He documented my complaint and provided a reference number to me (ref # 070661). A couple of days later I was contacted my another representative from Ticketmaster "Cassandra" who informed me that she could not do anything for me as the concert promoter was not willing to provide a refund and Ticketmaster could not do anything to give me the ability to re-sell my tickets. She in part, blamed the concert promoter but refused to provide me any contact information to allow me to plea my case to them (if they were even at all involved in this decision process - ). As a result, I am out $624.50 due to my inability to do anything with these tickets. All due to a very innocent

498456

mistake I have made that resulted from false and misleading information on the Ticketmaster website combined with the very short amount of time (2 minutes) they provide you to make your ticket selection online. This seems like very unfair business practice on the part of Ticketmaster especially given the monopoly that they have on ticket sales with many of these big events. I feel that Ticketmaster has violated my rights as a consumer by not providing a valid reason why I am not able to re-sell my tickets through their re-sell process. Further to that they have made mention that a third party (the concert promoter) was a part of this but are refusing to provide me their contact information to allow me to try and appeal my case to them. Is their anything you can do to help me -
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Chris Stack    Date   01/16/2017
Received via the Internet
City and State where signed Bellevue, WA

**498456**

AndWu.100        1/27/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Friday, January 27, 2017 9:44 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 498456 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Ms. Whittaker is attached.

Barrett

**498456**

AndWu.100        1/27/2017

From: ATG MI CRC Complaint Processing
Sent: Friday, January 27, 2017 2:11 PM
To: 'Barrett Justice'
Subject: RE: 498456 : A notice from the Washington State Attorney General's Office

Mr. Justice,

This was the response for Ms. Whittaker and thank you for that.  However, you replied to the e-mail regarding Christopher Stack.  We would appreciate it if you could respond this e-mail with the Christopher Stack response and respond to the Whittaker response to the Whittaker e-mail as they are two separate complaints.  Thank you for your cooperation with this matter.

---Andrew Wu****
Consumer Protection
800 5th Ave Suite 2000
Seattle, Washington 98104
206.464.6686
crccomplaints@atg.wa.gov
www.atg.wa.gov
****In efforts of saving recycled paper, please print this e-mail if necessary.

**498456**

AndWu.100       1/27/2017

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Friday, January 27, 2017 12:55 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 498456 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Mr. Stack is attached.

**498456**

AndWu.100        1/27/2017

C-ClosingUnadjustedW-Response To:  cstack1222@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 27, 2017

Christopher Stack
19102 20th Dr SE Unit E101
Bothell, WA 98012

RE:  TicketMaster
File #:  498456

Dear Christopher Stack:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**498456**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**498456**

AndWu.100        1/27/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 27, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Christopher Stack
File #:   498456

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Christopher Stack regarding your business. A copy
of your response was provided to Christopher Stack. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**498456**

1-206-464-6684 for out-of-state callers

**498456**

JR - 01581
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

I'd like to file a complaint of ticket scalping. I was online immediately, upon the 10am opening of the recent U2  ticket sales (1/17/17). Achieved separate four ticket hits and Ticketmaster's software dropped my orders after four windows, each separate time. Received a canned Ticketmaster message, apologizing and referred back to the main site. After trying for 1.5 hrs., I closed out the website and entered the resale site. There were no shortage of tickets available, all with outrageous markups. Note my uploaded images. Isn't this illegal?

JR - 01582
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 498504

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **498504** | | **Status** | **Closed** |
| Date | 1/17/2017 | | **Assignee** | **Laycock, Sarah E** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **George Mike Mallick**<br>**4616 25th Ave NE #21**<br>**Seattle, WA  98105** | **(206) 524-5605** | | **qualifiedplans@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 300 | Excessive Price or Charge |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/20/2017 | Reviewed | Triage 2: Appropriate for ICR modified to answer C's legal question w/ approved language. |
| 1/20/2017 | Email to Complainant | C-1stLetter To:  qualifiedplans@gmail.com |
| 1/20/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |

**498504**                                   1 of 2

JR - 01583
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/31/2017 | Email from Respondent | See doc 498504A |
| 1/31/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To: qualifiedplans@gmail.com |
| 1/31/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 1/31/2017 | Resolution-UNADJUSTED | |

**498504**                                    2 of 2



January 31, 2017

<u>Via Email</u>

RE:  George Mike Mallick
File #:   498504

Dear Ms. Laycock:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Mr. George Mallick.  Following the rapid sale of U2 tickets on account of high demand, Mr. Mallick has contacted your office questioning the availability of resale tickets on our site.  Ticketmaster empathizes with his frustration and appreciates the opportunity to explain ticket availability and to clarify Ticketmaster's resale practices, distribution practices, and our role in the matters cited in his complaint.

Please be aware that Ticketmaster made available for sale all U2 tickets provided by our event provider client in the specific manner we were instructed to do so. By way of background, Ticketmaster acts as an agent and ticket services provider on behalf of our venue, promoter, artist and sports team clients.  Each and every ticket our clients entrust us to distribute is made available for sale in strict compliance with their instructions.  We do not decide how many tickets will be made available for any event or for a particular presale or general onsale.  Our event provider clients decide at their sole discretion which of their tickets are made available for public sale.

Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible; however, the demand for U2 tickets greatly exceeds available inventory.  When a popular event goes on sale there are thousands and sometimes millions of fans trying to get tickets at the same time through our various distribution channels.  They are trying online at Ticketmaster.com, through our automated phone system, through sales reps, at any of our retail locations and at the box office.  If there are 3,000 fans trying to each buy 4 tickets, that is 12,000 tickets sold within minutes.

Ticketmaster takes its responsibility to fans as the ticketing agent for its clients very seriously.  We are dedicated to providing the highest levels of service, choice, convenience, and security, and are committed to doing so lawfully.  Ticketmaster does not divert inventory designated by our clients for primary sales into the resale market.  We work closely with local jurisdictions across the United States and Canada, with a myriad of different and sometimes conflicting local laws, to ensure legal compliance, so that the laws reflect the fast-changing marketplace. In fact, Ticketmaster's technology has been at the forefront of efforts to prevent unauthorized activity on its site by those using automated computer programs (or "bots") to unfairly and illegally access tickets.

In all candor, this process is as frustrating to us as it apparently is to Mr. Mallick.  We wish it were the case that everyone who wanted to attend a live entertainment event could get tickets and receive their first choice for seat location. Unfortunately, in light of the extremely high level of demand for some events, not everyone wanting to attend certain events is able to buy a ticket.  There are only a limited number of tour dates for events, each with a limited seating capacity, so regrettably this just is not possible.

We appreciate this opportunity to respond to Mr. Mallick's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

Note: Please send any future complaints to Ticketmaster ATTN: Consumer Support 1000 Corporate Landing Charleston, WV 25311

SarLay.100        1/20/2017

C-1stLetter To:  qualifiedplans@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 20, 2017

George Mike Mallick
4616 25th Ave NE #21
Seattle, WA 98105

RE:   TicketMaster
File #:   498504

Dear George Mike Mallick:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**498504**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

Additionally, in your correspondence, you request a legal opinion. The Attorney General's Office is authorized to bring legal action only in the name of the State of Washington, and is prohibited from serving as an attorney for individual consumers. We are further prohibited from giving advice, rendering opinions or interpretations, or conducting research on behalf of individuals or businesses.

If you would like to pursue the matter further, you may wish to contact the Small Claims Court in your county.  You may also want to consult with a private attorney to determine any legal options and remedies that may be available to you. Legal options and remedies may be time sensitive. Again, our office is prohibited by Washington State law from providing legal advice or representing either party.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SARAH E. LAYCOCK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**498504**

SarLay.100     1/20/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 20, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   George Mike Mallick
File #:   498504

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by George Mike Mallick regarding your business. Our office provides an
informal complaint resolution process to consumers and businesses to assist them in resolving
disputes. Many businesses find this informal, voluntary process beneficial in resolving
complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 498504 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**498504**

Sincerely,

SARAH E. LAYCOCK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
George Mike Mallick

Address:
4616 25th Ave NE #21
Seattle, WA 98105

Day Phone:
(206) 524-5605

Evening Phone:

E-mail Address:
qualifiedplans@gmail.com

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**498504**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:
1/17/2017

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**498504**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I'd like to file a complaint of ticket scalping. I was online immediately, upon the 10am opening
of the recent U2 ticket sales (1/17/17). Achieved separate four ticket hits and Ticketmaster's
software dropped my orders after four windows, each separate time. Received a canned
Ticketmaster message, apologizing and referred back to the main site. After trying for 1.5 hrs., I
closed out the website and entered the resale site. There were no shortage of tickets available, all
with outrageous markups. Note my uploaded images. Isn't this illegal -
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature George Mallick    Date   1/17/2017
Received via the Internet
City and State where signed Seattle, WA


**498504**

SarLay.100          1/31/2017

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Tuesday, January 31, 2017 6:58 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 498504 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Mr. Mallick is attached.

Barrett
Sent: Friday, January 20, 2017 12:14 PM
To: Consumer Support - WV <consumersupportwv@Ticketmaster.com>
Subject: 498504 : A notice from the Washington State Attorney General's Office

**498504**

SarLay.100          1/31/2017

C-ClosingUnadjustedW-Response To:  qualifiedplans@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 31, 2017


George Mike Mallick
4616 25th Ave NE #21
Seattle, WA 98105


RE:   TicketMaster
File #:   498504

Dear George Mike Mallick:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**498504**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

SARAH E. LAYCOCK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure Attached

498504

SarLay.100          1/31/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 31, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   George Mike Mallick
File #:   498504

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by George Mike Mallick regarding your business. A
copy of your response was provided to George Mike Mallick. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SARAH E. LAYCOCK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**498504**

1-206-464-6684 for out-of-state callers

**498504**

JR - 01597
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

Order #: 16-57521/SEA

 Original email sent to OTL Presents and Ticketmaster:

" I was disappointed with the 'VIP' Package.

First of all who thought ROW 5 would be half way back in the venue?

Who knew that a MOSH PIT was going to take up THAT much space?

Everyone in front, with reserved seats were complaining (of course) of the money they spent IN ORDER TO SIT DOWN BY THE STAGE (and didnt get to) HOW IS THIS 'VIP'?

The poster I got was FLAT and of course WOULD NOT WITHSTAND 4 HOURS OF PEOPLE BASHING INTO ME AT THE CONCERT, no rubber band either and now it's ruined.
I asked for a replacement but no reply.

And, not to mention you all were late in getting to venue, never mentioning the line to stand in WAS AT LEAST 100 FEET FROM WILL CALL AT THE VENUE AS YOU TOLD ME!
WAY OVER BY THE FOUNTAIN SO THE DIRECTIONS YOU GAVE WERE FALSE.

Please forward this email to someone who will actually get back to me with answers to these questions. Please reply."

Shelley Murphy

I would like to be compensated for this  'so called' VIP ticket.

 I continue to email everyone and anyone I think to be involved in handling this request and so far to no avail.

 So far this is all I have rec'd in the way of an email from From: vip.tickets@ticketmaster.com

To: "vip tickets" <vip.tickets@ticketmaster.com>
Sent: Thursday, August 25, 2016 2:54:25 PM
Subject: Re: Gwen Stefani Show     8/24 Key Arena     Order #16-57521/SEA

"I would like to get some kind of compensation for this. It was not worth the money."

From: "vip tickets" <vip.tickets@ticketmaster.com>
To: "rockdawg88" <rockdawg88@comcast.net>
Sent: Thursday, August 25, 2016 2:50:50 PM
Subject: Re: Gwen Stefani Show     8/24 Key Arena     Order #16-57521/SEA

>>>THEM: "We've reached out to the tour provider upon your behalf, we'll contact you once we've obtain their response."<<<

Still waiting. ....

I would like for you to step in and assist in getting my money back please.

Please note that I dont know how 'OTL' (On the Line Presents) is affiliated with Ticketmaster at 'VIP Ticketing'. I dont know exactly where they have offices and I dont see exact street addresses.
It's very confusing and they avoid phone calls, emails and no customer service. I believe they all feel that if they ignore me I will just go away.    I won't.

Facebook page: https://www.facebook.com/OnTheListPresents/about/?entry_point=page_nav_about_item&tab=page_info

Website: http://www.otlpresents.com/#get-on-the-list

Please do not close this case. I would like my money back please.

# Catalyst
# Complaint Cover Page

### 490857

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **490857** | | **Status** | **Closed** |
| Date | 8/30/2016 | | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $331.25 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Shelley  Murphy**<br>**23120 SE Black Nugget Rd A2**<br>**Issaquah, WA  98029** | **(425) 557-6401** | **(425) 557-6401** | **rockdawg88@comcast.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **On the Line Presents**<br>**, WA** | | **(800) 782-0546** | | **VIP@OTLPRESENTS.COM** |
| TicketMaster<br>1000 Corporate Landing<br>Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 302 | Not As Ordered |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/12/2016 | Email from Complainant | See doc 490857A. |

**490857**                              1 of 4

JR - 01600
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/30/2016 | Intake Notes | Added TicketMaster as a seperate R. Used R all for TicketMaster. |
| | | Used existing Catalyst entry for C and verified same C per matching contact information. |
| 8/30/2016 | Intake Notes | Unable to determine who VIP is that C listed as a Co-R. On the Line creates a VIP area, but don't believe it's an additional business involved. |
| 9/1/2016 | Emailed/Faxed Complaint - New | |
| 9/8/2016 | Reviewed | Triaged Level 2 ICR Appropriate |
| 9/8/2016 | Email to Complainant | C-1stLetter To:  rockdawg88@comcast.net |
| 9/8/2016 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 9/8/2016 | Email to Respondent | R-1stLetterRevised To: VIP@OTLPRESENTS.COM |
| 9/8/2016 | Email from Complainant | |
| 9/8/2016 | Email to Complainant | C-ThankYouForInformation To: rockdawg88@comcast.net |
| 9/9/2016 | Email from Respondent | |
| 9/9/2016 | Email to Complainant | C-ResponseOneRespondentPending To: rockdawg88@comcast.net |
| 9/9/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 9/9/2016 | Email from Respondent | Email from TicketMaster. |
| 9/9/2016 | Email to Complainant | C-ResponseOneRespondentPending To: rockdawg88@comcast.net |
| 9/9/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 9/12/2016 | Email from Respondent | See doc 490857A. |
| 9/12/2016 | Email to Complainant | C-ClosingPartialAdjusted To: rockdawg88@comcast.net |
| 9/12/2016 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 9/12/2016 | Email to Respondent | R-ClosingW-Response To: VIP@OTLPRESENTS.COM |
| 9/12/2016 | Resolution-PART ADJUSTED | |
| 9/12/2016 | Email from Complainant | |
| 9/12/2016 | Email from Complainant | |
| 9/12/2016 | Email from Complainant | |
| 9/12/2016 | Email to Respondent | R-InfofromComplainant To: VIP@OTLPRESENTS.COM |
| 9/12/2016 | Email from Complainant | |

**490857**                                    2 of 4

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/12/2016 | Email from Complainant | |
| 9/12/2016 | Email to Complainant | C-ThankYouForInformation To: rockdawg88@comcast.net |
| 9/13/2016 | Email from Complainant | |
| 9/13/2016 | Email from Respondent | |
| 9/13/2016 | Email to Complainant | C-ClosingPartialAdjusted To: rockdawg88@comcast.net |
| 9/13/2016 | Email to Respondent | R-ClosingW-Response To: VIP@OTLPRESENTS.COM |
| 9/13/2016 | Email to Respondent | R-InfofromComplainant To: VIP@OTLPRESENTS.COM |
| 9/14/2016 | Email from Complainant | See doc 490857B. |
| 9/14/2016 | Reviewed | Doc 490857C, was not published. Found docs and published as 490857C. |
| 9/14/2016 | Email to Complainant | C-ThankYouForInformation To: rockdawg88@comcast.net |
| 9/15/2016 | Email from Respondent | |
| 9/15/2016 | Email to Complainant | C-ClosingUnadjustedW-Response To: rockdawg88@comcast.net |

**490857**                    3 of 4

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/16/2016 | Reviewed | C filed a duplicate complaint, which is number 491308. Below is narrative of duplicate complaint. Closed 491308 and sent correspondence to C. |

Second form to you, no replies yet for emails either. Please reply.

Explanation of complaint:
Order #: 16-57521/SEA

Original email sent to OTL ON THE LINE Presents and Ticketmaster:

" I was disappointed with the Gwen Stefani 'VIP' Package.

First of all who thought ROW 5 would be half way back in the venue?

Who knew that a MOSH PIT was going to take up THAT much space?

Everyone who purchased VIP reserved seats were complaining of the money they spent IN ORDER TO SIT DOWN BY THE STAGE (and didnt get to) HOW IS THIS 'VIP'? We were all the way back on the floor! Not worth the money! I want a refund ASAP!

ATT General: Still waiting. ....

I would like for you to step in and assist in getting my money back please.

Please note that I dont know how 'OTL' (On the Line Presents) is affiliated with Ticketmaster at 'VIP Ticketing'. I dont know exactly where they have offices and I dont see exact street addresses. however I purchased on ticketmaster.com >>> http://www.otlpresents.com/#get-on-the-list

| 9/19/2016 | Email from Complainant | |

**490857**                    4 of 4

JR - 01603
PRR-2025-0179



## GWEN STEFANI HOT SEAT PACKAGE
### Key Arena – Seattle – August 24th

**VIP Check-in Time:** 5:15-8:00PM, after which your tickets will be at the Box Office
**Public Doors:** 6:00PM
**Support:** 7:00PM
**GWEN STEFANI:** 8:30PM
*\*\* Please note, all times are subject to change without notice\*\**

# VIP PACKAGE CHECK-IN

**LOOK FOR:** The check-in table will be at the On The List Presents tent located at the South End of the East Doors (please see provided map). To avoid confusion with other VIP programs, **PLEASE SAY YOU ARE GWEN STEFANI VIP**. Please note parking fees (if any) are not included in our Hot Seat package.

**IF YOU ARE RUNNING MORE THAN 30 MINUTES LATE:** Please **text** our VIP emergency line at: (305) 903-9274

## BRING

- **Valid Photo ID**: Government-issued photo ID matching the name of whomever purchased the tickets.
- There will be no refunds, or name transfers.

## QUESTIONS

- Please email vip@otlpresents.com or call the VIP line 7 days a week at: 1.800.782.0546.
- For emergency customer service **day of show only** text or call your VIP Host Justin: (305) 903-9274

## DETAILS

**EACH PACKAGE INCLUDES:**
- **One premium reserved price level 1 ticket (rows 5-20)**
- Gwen Stefani poster
- Specially designed Gwen Stefani gift item
- Souvenir VIP concert ticket
- On-site VIP host and ticket pick-up



Filed on : September 13 2016

Filed by :
**Shelley Murphy**
**23120 SE Black Nugget Rd #A2**
**Issaquah WA 98029**

Filed against :
**Ticketmaster Corporation**
**9348 Civic Center Dr**
**Beverly Hills CA 90210-3624**

**Complaint Description:**
Request for complete refund due to false advertising for purchased product. 4/19/16 I purchased 1 Gwen Stefani VIP ticket thru Ticketmaster.com online cost $331.25 Section FLR AA, Row 5, Seat 5 Order #: 16-57521/SEA for Key Arena , Seattle, Wa show. When I purchased this ticket online FLR AA, ROW 5 Seat 5 for this amount of money so called 'VIP' seating was supposed to be right in front of the stage. I looked at the Ticketmaster map when I purchased the ticket to make sure it would be 5 rows >from the stage. It was not, in fact it was no where near the stage. Once at Key Arena to view my seat I noticed the promoter OTL Presents had opened up at least 3/4 of the floor for those with general admission tickets, standing right in front of us with so called 'VIP tickets'. And, everyone with 'VIP tickets' were complaining of the fact that we were almost directly in back of the sound board on the floor. What did we pay extra money for so called 'VIP tickets' if we were going to be that far away?! Nothing was said to us about it! I did reach out to OTL Presents (promoter for this concert) via email after the show and said I wanted a refund. They said that I was 'given everything in VIP experience which is FALSE. I want a refund of $331.25 which what I paid to sit in the BACK of the venue. Let me just say not only was this company OTL Presents disorganized, late, unprofessional and no signs whatsoever for us to STAND IN LINE way over by the Seattle Center fountain, the flat poster given out was wrecked due to people bashing into me all night. I threw it out, I dont care about the poster. What I care about is the FALSE ADVERTISING THAT OTL PRESENTS promoted with our seating arrangements, and since they are affiliated WITH Ticketmaster I am voicing my complaint to both of them: "Dont advertise one thing and turn around and give something completely different out!" AND! Ticketmaster has been sued for a lot of money for over-charging consumers. (You can look at my account if you would like to see all the credits they had to give me over 8 years for concerts I attended. Another story...) Ticketmaster is a shady business with shady promoter affiliations. What I received was no where NEAR 331.25 and FALSELY ADVERTISED! I am contacting everyone I can think of who may be able to help me with this.

**Your Desired Resolution:**
I want what I didnt get. I want a refund of $331.25 back for what I never received. I thought I had already contacted BBB about this, but writing again anyway.

Logged in as: vip@otlpresents.com  Log out

Classic View  Desktop Tool  Support

Go

Search

More ▾

Reply | Reply All | Forward

# Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

Facebook.com/OnTheListPresents

---------- Original Message ----------
Subject: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary
From: "SHELLEY" <rockdawg88@comcast.net>
Date: 8/18/16 11:23 am
To: vip@otlpresents.com

What do you mean I'm on the list?

**From:** vip@otlpresents.com
**To:** vip@otlpresents.com
**Sent:** Thursday, August 18, 2016 11:21:17 AM
**Subject:** Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

Dear Gwen Stefani VIP Guest,

Congratulations! You are On The List! Attached is your VIP itinerary. The information attached and below is very important, so please read everything carefully!

**REMINDER:**
* Most venues do not allow re-entry. Please plan accordingly.

* You will receive your ticket(s) to the show at the VIP check in.

Thank you, and see you at the show!

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

JR - 01606
PRR-2025-0179

(11 k)

## Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

Subject: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary
From: "SHELLEY" <rockdawg88@comcast.net>
Date: 8/24/16 11:39 pm
To: vip@otlpresents.com

The poster you gave me was wrecked. There was no rubber band and no way to protect this during the concert. I would like a replacement please.

From: vip@otlpresents.com
To: "SHELLEY" <rockdawg88@comcast.net>
Sent: Thursday, August 18, 2016 11:31:53 AM
Subject: RE: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

Hi Shelley,

The tickets you have purchased for the show are Hot Seat package tickets. This ticket package includes your tickets to the show and merchandise. Please go to the check in time and location stated on your itinerary to receive your Hot Seat packages.

Enjoy the show!

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

------- Original Message -------
Subject: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary
From: "SHELLEY" <rockdawg88@comcast.net>
Date: 8/18/16 11:23 am
To: vip@otlpresents.com

What do you mean I'm on the list?

JR - 01607
PRR-2025-0179

Logged in as: vip@otlpresents.com   Log out

Go

Reply   Reply All   Forward   More ▾

## Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

(11 k)

Issaquah, Wa 98029
When is end of the tour?
Is there any way I can get a laminate as well?

**From:** vip@otlpresents.com
**To:** "SHELLEY" <rockdawg88@comcast.net>
**Sent:** Thursday, August 25, 2016 1:54:53 PM
**Subject:** RE: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

Hi Shelley,

We are so sorry to hear about your poster. We would be happy to ship you a new one at the end of the tour once the VIP merchandise has been returned to our office in Los Angeles. Please provide us with the best shipping address to send your replacement poster to.

thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

--------- Original Message ---------
Subject: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary
From: "SHELLEY" <rockdawg88@comcast.net>
Date: 8/24/16 11:39 pm
To: vip@otlpresents.com

The poster you gave me was wrecked. There was no rubber band and no way to protect this during the concert. I would like a replacement please.

JR - 01608
PRR-2025-0179

Reply | Reply All | Forward | More ▼

## Re: Form Submission - Contact On The List Presents...

**Date:** 8/29/16 1:16 pm
**To:** vip@otlpresents.com

Form Submission - Contact On The List Presents...
**Name:** shelley murphy

**Email Address:** rockdawg88@comcast.net

**Phone:** 425 (557) 557-6401

**Message:** Ticketmaster Order #: 16-57521/SEA

I was disappointed with the 'VIP' Package.

First of all who thought ROW 5 would be half way back in the venue?

Who knew that a MOSH PIT was going to take up THAT much space?

Everyone in front, with reserved seats were complaining (of course) of the money they spent IN ORDER TO SIT DOWN BY THE STAGE (and didnt get to) HOW IS THIS 'VIP'?

The poster I got was FLAT and of course WOULD NOT WITHSTAND 4 HOURS OF PEOPLE BASHING INTO ME AT THE CONCERT, no rubber band either and now it's ruined
I asked for a replacement but no reply.

And, not to mention you all were late in getting to venue, never mentioning the line to stand in WAS AT LEAST 100 FEET FROM WILL CALL
AT THE VENUE AS YOU TOLD ME!
WAY OVER BY THE FOUNTAIN SO THE DIRECTIONS YOU GAVE WERE FALSE.

Several emails and calls later....Please refund me in full for this 'so called' VIP experience...

Shelley Murphy

JR - 01609
PRR-2025-0179

Logged in as: vip@otlpresents.com  Log out

Classic View  Desktop Tool  Support

Q Search  Go

(10 k)

Reply | Reply All | Forward | More ▾

## RE: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

vip@otlpresents.com [vip@otlpresents.com]

Sent:   Aug 25, 2:41 pm

To:     SHELLEY

Hi Shelley,

The tour is scheduled to end at the end of October. Unfortunately the laminates are not included in the Hot Seat package you purchased.

thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

-------- Original Message --------
Subject: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary
From: "SHELLEY" <rockdawg88@comcast.net>
Date: 8/25/16 2:31 pm
To: vip@otlpresents.com

Shelley Murphy
23120 SE Black Nugget Rd #A2
Issaquah, Wa 98029
When is end of the tour?
Is there any way I can get a laminate as well?

From: vip@otlpresents.com
To: "SHELLEY" <rockdawg88@comcast.net>
Sent: Thursday, August 25, 2016 1:54:53 PM
Subject: RE: Re: Gwen Stefani - Seattle - August 24th - Hot Seat Itinerary

Hi Shelley,

We are so sorry to hear about your poster. We would be happy to ship you a new one at the end of the tour once the VIP merchandise has been returned to our office in Los Angeles. Please provide us with the best shipping address to send your replacement poster to.

JR - 01610
PRR-2025-0179

Logged in as: vip@otlpresents.com    Log out
Classic View    Desktop Tool    Support

Reply   Reply All   Forward   More ▾

## Re: Form Submission - Contact On The List Presents...

(8 k)

All I would like is a refund please.

**From:** vip@otlpresents.com
**To:** "rockdawg88" <rockdawg88@comcast.net>
**Sent:** Monday, August 29, 2016 1:50:38 PM
**Subject:** RE: Form Submission - Contact On The List Presents...

Hi Shelley,

Please give us a call at 800-782-0546 to discuss. Please ask for Marty when you call.

thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

-------- Original Message --------
**Subject:** Form Submission - Contact On The List Presents...
**From:** "Squarespace" <customercare@squarespace.info>
**Date:** 8/29/16 1:16 pm
**To:** vip@otlpresents.com

Form Submission - Contact On The List Presents...
**Name:** shelley murphy

**Email Address:** rockdawg88@comcast.net

**Phone:** 425 (557) 557-6401

**Message:** Ticketmaster Order #: 16-57521/SEA

JR - 01611
PRR-2025-0179

Reply   Reply All   Forward   More ▾

## Re: Form Submission - Contact On The List Presents...

(14 k)

Hi Shelley,

As you received everything that is included in your package (please see package inclusions below) a refund is not warranted. We would be happy to replace your posters at the end of the tour as previously discussed.

Each Gwen Stefani Hot Seat Package includes:

- **One premium reserved price level 1 ticket (rows 5-20)**
- Gwen Stefani poster
- Specially designed Gwen Stefani gift item
- Souvenir VIP concert ticket
- On-site VIP host and ticket pick-up

thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

-------- Original Message --------
Subject: Re: Form Submission - Contact On The List Presents...
From: "SHELLEY" <rockdawg88@comcast.net>
Date: 8/29/16 1:54 pm
To: vip@otlpresents.com

All I would like is a refund please.

From: vip@otlpresents.com
To: "rockdawg88" <rockdawg88@comcast.net>
Sent: Monday, August 29, 2016 1:50:38 PM

Logged in as: vip@otlpresents.com  Log out
✗ Classic View  ✗ Desktop Tool  ⚓ Support
Go
Q Search

Reply | Reply All | Forward | More ⬇

### Re: Form Submission - Contact On The List Presents...

SHELLEY [rockdawg88@comcast.net]

Sent: Aug 29, 2:04 pm

To: vip@otlpresents.com

(14 k)

I'm sorry but I did NOT receive what I thought I would be getting. I would like a refund please.

From: vip@otlpresents.com
To: "SHELLEY" <rockdawg88@comcast.net>
Sent: Monday, August 29, 2016 2:03:22 PM
Subject: RE: Re: Form Submission - Contact On The List Presents...

Hi Shelley,

As you received everything that is included in your package (please see package inclusions below) a refund is not warranted. We would be happy to replace your posters at the end of the tour as previously discussed.

Each Gwen Stefani Hot Seat Package includes:

- **One premium reserved price level 1 ticket (rows 5-20)**
- Gwen Stefani poster
- Specially designed Gwen Stefani gift item
- Souvenir VIP concert ticket
- On-site VIP host and ticket pick-up

thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

JR - 01613
PRR-2025-0179

SanHat.100          9/1/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Wednesday, August 31, 2016 10:04 PM
To: ATG MI CRC Complaint Processing
Subject: Fwd: AGO Complaint

Still waiting to hear back on this other complaint. See below, thank you. Shelley Murphy

**490857**

AntOgl.100        9/8/2016

C-1stLetter To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 8, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   On the Line Presents and TicketMaster
File #:   490857

Dear Shelley Murphy:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding On the Line Presents and TicketMaster
was reviewed and determined to be appropriate for the informal complaint resolution services
offered by our Consumer Resource Center. This is an informal, voluntary process. Our office
acts as a neutral party to facilitate communication between consumers and businesses to assist in
resolving the complaint. We are prohibited by Washington State law from providing legal
advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**490857**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**490857**

AntOgl.100          9/8/2016

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 8, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Shelley Murphy
File #:   490857

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Shelley Murphy regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 490857 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**490857**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Shelley Murphy

Address:
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

Day Phone:
(425) 557-6401

Evening Phone:
(425) 557-6401

E-mail Address:
rockdawg88@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**490857**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
On the Line Presents

Address:
WA

Phone:
(800) 782-0546

Toll-Free:

Fax:

E-mail:
VIP@OTLPRESENTS.COM

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
331.25

Did you sign a contract -

Date of transaction:
4/19/16

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**490857**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Order #: 16-57521/SEA
Original email sent to OTL Presents and Ticketmaster:
" I was disappointed with the 'VIP' Package.
First of all who thought ROW 5 would be half way back in the venue -
Who knew that a MOSH PIT was going to take up THAT much space -
Everyone in front, with reserved seats were complaining (of course) of the money they spent IN
ORDER TO SIT DOWN BY THE STAGE (and didnt get to) HOW IS THIS 'VIP' -
The poster I got was FLAT and of course WOULD NOT WITHSTAND 4 HOURS OF
PEOPLE BASHING INTO ME AT THE CONCERT, no rubber band either and now it's ruined.
I asked for a replacement but no reply.
And, not to mention you all were late in getting to venue, never mentioning the line to stand in
WAS AT LEAST 100 FEET FROM WILL CALL AT THE VENUE AS YOU TOLD ME!
WAY OVER BY THE FOUNTAIN SO THE DIRECTIONS YOU GAVE WERE FALSE.
Please forward this email to someone who will actually get back to me with answers to these
questions. Please reply."
Shelley Murphy
I would like to be compensated for this 'so called' VIP ticket.
I continue to email everyone and anyone I think to be involved in handling this request and so
far to no avail.
So far this is all I have rec'd in the way of an email from From: vip.tickets@ticketmaster.com
To: "vip tickets" <vip.tickets@ticketmaster.com>
Sent: Thursday, August 25, 2016 2:54:25 PM
Subject: Re: Gwen Stefani Show 8/24 Key Arena Order #16-57521/SEA
"I would like to get some kind of compensation for this. It was not worth the money."
From: "vip tickets" <vip.tickets@ticketmaster.com>
To: "rockdawg88" <rockdawg88@comcast.net>
Sent: Thursday, August 25, 2016 2:50:50 PM
Subject: Re: Gwen Stefani Show 8/24 Key Arena Order #16-57521/SEA
>>>THEM: "We've reached out to the tour provider upon your behalf, we'll contact you once
we've obtain their response."<<<

**490857**

Still waiting. ....

I would like for you to step in and assist in getting my money back please.

Please note that I dont know how 'OTL' (On the Line Presents) is affiliated with Ticketmaster at 'VIP Ticketing'. I dont know exactly where they have offices and I dont see exact street addresses.

It's very confusing and they avoid phone calls, emails and no customer service. I believe they all feel that if they ignore me I will just go away. I won't.

Facebook page: https://www.facebook.com/OnTheListPresents/about/ -
entry_point=page_nav_about_item&tab=page_info

Website: http://www.otlpresents.com/#get-on-the-list

Please do not close this case. I would like my money back please.

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':


SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.


I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.


I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature shelley murphy    Date    8/29/16

Received via the Internet

City and State where signed Issaquah, Wa


**490857**

AntOgl.100          9/8/2016

R-1stLetterRevised To:  VIP@OTLPRESENTS.COM
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 8, 2016


On the Line Presents
WA


RE:  Shelley Murphy
File #:  490857

Dear On the Line Presents:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Shelley Murphy regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 490857 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

Sincerely,

**490857**

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Shelley Murphy

Address:
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

Day Phone:
(425) 557-6401

Evening Phone:
(425) 557-6401

E-mail Address:
rockdawg88@comcast.net

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**490857**

Name of business that I am complaining about:
On the Line Presents

Address:
WA

Phone:
(800) 782-0546

Toll-Free:

Fax:

E-mail:
VIP@OTLPRESENTS.COM

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

Item or service purchased:

Cost of item or service:
331.25

Did you sign a contract -

Date of transaction:
4/19/16

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**490857**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Order #: 16-57521/SEA
Original email sent to OTL Presents and Ticketmaster:
" I was disappointed with the 'VIP' Package.
First of all who thought ROW 5 would be half way back in the venue -
Who knew that a MOSH PIT was going to take up THAT much space -
Everyone in front, with reserved seats were complaining (of course) of the money they spent IN
ORDER TO SIT DOWN BY THE STAGE (and didnt get to) HOW IS THIS 'VIP' -
The poster I got was FLAT and of course WOULD NOT WITHSTAND 4 HOURS OF
PEOPLE BASHING INTO ME AT THE CONCERT, no rubber band either and now it's ruined.
I asked for a replacement but no reply.
And, not to mention you all were late in getting to venue, never mentioning the line to stand in
WAS AT LEAST 100 FEET FROM WILL CALL AT THE VENUE AS YOU TOLD ME!
WAY OVER BY THE FOUNTAIN SO THE DIRECTIONS YOU GAVE WERE FALSE.
Please forward this email to someone who will actually get back to me with answers to these
questions. Please reply."
Shelley Murphy
I would like to be compensated for this 'so called' VIP ticket.
I continue to email everyone and anyone I think to be involved in handling this request and so
far to no avail.
So far this is all I have rec'd in the way of an email from From: vip.tickets@ticketmaster.com
To: "vip tickets" <vip.tickets@ticketmaster.com>
Sent: Thursday, August 25, 2016 2:54:25 PM
Subject: Re: Gwen Stefani Show 8/24 Key Arena Order #16-57521/SEA
"I would like to get some kind of compensation for this. It was not worth the money."
From: "vip tickets" <vip.tickets@ticketmaster.com>
To: "rockdawg88" <rockdawg88@comcast.net>
Sent: Thursday, August 25, 2016 2:50:50 PM
Subject: Re: Gwen Stefani Show 8/24 Key Arena Order #16-57521/SEA
>>>THEM: "We've reached out to the tour provider upon your behalf, we'll contact you once
we've obtain their response."<<<
Still waiting. ....
I would like for you to step in and assist in getting my money back please.

**490857**

Please note that I dont know how 'OTL' (On the Line Presents) is affiliated with Ticketmaster at 'VIP Ticketing'. I dont know exactly where they have offices and I dont see exact street addresses.

It's very confusing and they avoid phone calls, emails and no customer service. I believe they all feel that if they ignore me I will just go away. I won't.

Facebook page: https://www.facebook.com/OnTheListPresents/about/ -
entry_point=page_nav_about_item&tab=page_info

Website: http://www.otlpresents.com/#get-on-the-list

Please do not close this case. I would like my money back please.

What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature shelley murphy    Date   8/29/16

Received via the Internet

City and State where signed Issaquah, Wa

**490857**

AntOgl.100        9/8/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Thursday, September 08, 2016 3:13 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

I dont see how this is warranted, please dont close this case. I was ripped off along with other people.
Ticketmaster needs to be investigated.

**490857**

AntOgl.100        9/8/2016

C-ThankYouForInformation To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 8, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   On the Line Presents and TicketMaster
File #:   490857

Dear Shelley Murphy:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your consumer complaint regarding On the Line Presents and TicketMaster.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices. We may open a formal investigation or take enforcement action
pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that
further action is warranted. It is our policy to neither confirm nor deny the existence of an
ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce
that to the public through a press release or on our website at http://www.atg.wa.gov.

Consumer complaints are public records and are available to the public for copying or
inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**490857**

JR - 01628
PRR-2025-0179

**490857**

JR - 01629
PRR-2025-0179

AntOgl.100        9/9/2016

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Friday, September 09, 2016 6:42 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

I am currently looking into this.  I have forwarded the information to our VIP department who is
reaching out for a possible partial refund .  We should have an answer shortly.

Pam
304 357-6148
Ticketmaster/Corp Office

**490857**

JR - 01630
PRR-2025-0179

AntOgl.100        9/9/2016

C-ResponseOneRespondentPending To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 9, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   On the Line Presents and TicketMaster
File #:   490857

Dear Shelley Murphy:

This letter is to inform you that our office received the enclosed reply from TicketMaster in
response to the complaint you filed regarding On the Line Presents and TicketMaster, complaint
# 490857.

As of the date of this letter, we have not yet received a response from On the Line Presents. We
will continue to monitor your complaint for On the Line Presents response. If the business does
not respond, or your complaint is not resolved through our informal complaint resolution
service, your complaint will be closed. However, you will be notified of additional options and
resources that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before October 13, 2016.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**490857**

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Friday, September 09, 2016 6:42 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

I am currently looking into this.  I have forwarded the information to our VIP department who is reaching out for a possible partial refund .  We should have an answer shortly.

Pam
304 357-6148
Ticketmaster/Corp Office

**490857**

AntOgl.100          9/9/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 9, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Shelley Murphy
File #:   490857

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Shelley Murphy regarding your business. A copy
of your response was provided to Shelley Murphy.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490857**

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Friday, September 09, 2016 6:42 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

I am currently looking into this.  I have forwarded the information to our VIP department who is
reaching out for a possible partial refund .  We should have an answer shortly.

Pam
304 357-6148
Ticketmaster/Corp Office

**490857**

AntOgl.100          9/9/2016

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Friday, September 09, 2016 1:03 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Good Afternoon,

We are in receipt of the complaint for Ms. Shelley Murphy concerning her VIP Tour Package.
After speaking with the tour company,( On The List Presents), we have found that the tour
company has been speaking with the customer for several weeks and are handling her complaint
themselves.  Also, her complaint concerning the venue and the placement of her seats has been
addressed by the venue.  We consider this complaint resolved since the promoters and the venue
are in the process of compensating her requests.

If you have any further questions, please feel free to contact me at the number below.

Regards,

Pam Harper
304 357-6148
Ticketmaster
Corporate Escalations/Loss Specialist

**490857**

AntOgl.100          9/9/2016

C-ResponseOneRespondentPending To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 9, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   On the Line Presents and TicketMaster
File #:   490857

Dear Shelley Murphy:

This letter is to inform you that our office received the enclosed reply from TicketMaster in
response to the complaint you filed regarding On the Line Presents and TicketMaster, complaint
# 490857.

As of the date of this letter, we have not yet received a response from On the Line Presents. We
will continue to monitor your complaint for On the Line Presents response. If the business does
not respond, or your complaint is not resolved through our informal complaint resolution
service, your complaint will be closed. However, you will be notified of additional options and
resources that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before October 13, 2016.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**490857**

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Friday, September 09, 2016 1:03 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Good Afternoon,

We are in receipt of the complaint for Ms. Shelley Murphy concerning her VIP Tour Package.
After speaking with the tour company,( On The List Presents), we have found that the tour
company has been speaking with the customer for several weeks and are handling her complaint
themselves.  Also, her complaint concerning the venue and the placement of her seats has been
addressed by the venue.  We consider this complaint resolved since the promoters and the venue
are in the process of compensating her requests.

If you have any further questions, please feel free to contact me at the number below.

Regards,

Pam Harper
304 357-6148
Ticketmaster
Corporate Escalations/Loss Specialist

**490857**

JR - 01637
PRR-2025-0179

AntOgl.100          9/9/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 9, 2016

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Shelley Murphy
File #:   490857

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Shelley Murphy regarding your business. A copy
of your response was provided to Shelley Murphy.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490857**

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Friday, September 09, 2016 1:03 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Good Afternoon,

We are in receipt of the complaint for Ms. Shelley Murphy concerning her VIP Tour Package. After speaking with the tour company,( On The List Presents), we have found that the tour company has been speaking with the customer for several weeks and are handling her complaint themselves.  Also, her complaint concerning the venue and the placement of her seats has been addressed by the venue.  We consider this complaint resolved since the promoters and the venue are in the process of compensating her requests.

If you have any further questions, please feel free to contact me at the number below.

Regards,

Pam Harper
304 357-6148
Ticketmaster
Corporate Escalations/Loss Specialist

**490857**

AntOgl.100          9/12/2016

From: vip@otlpresents.com [mailto:vip@otlpresents.com]
Sent: Friday, September 09, 2016 3:43 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Hi Bob,

We oversee the Gwen Stefani VIP packages. The VIP packages are sold through Ticketmaster.
We have attached screen shots of our email correspondence with the customer as well as the
informational itinerary that is sent to customers prior to the show containing instructions to
receive their Hot Seat Packages. Our staff provides these instructions to our customers and
distributes their tickets and merchandise at the show. Based on the screen shot attached where
the customer replied to the itinerary email (see email dated August 18, 2016), it seems that the
customer was not aware of what she purchased to begin with. The customer emailed us the night
of the show requesting a new poster and we responded the next day stating that we would send
her a replacement poster (see email dated August 25, 2016). Additionally, customers do have
the ability to bring their merchandise to their car prior to entered the venue for the show.

In regards to her complaint that the directions we had given her were false, the itinerary that she
was sent did not instruct our customers to go to the venue's Will Call (see attached itinerary),
but rather states "LOOK FOR:The check-in table will be at the On The List Presents tent
located at the South End of the East Doors (please see provided map)". We contacted the rep on
site at the show and he confirmed that check-in started at 5:15PM as stated on the itinerary. The
customer received all of the package inclusions that she paid for and we will be sending her a
replacement poster once the VIP merchandise is returned to our office at the end of the tour in
October. When the customer emailed us her complaint on August 29, 2016, we asked her to call
into our office so that we could discuss her experience, but she declined. In the email
correspondence that followed, we explained that a refund was not warranted for her experience
as she received all elements of the ticket package she purchased and we had already agreed to
send her a replacement poster.

The Ticketmaster site provides venue seating charts (available at the time of purchase to
customers) on which the general admission pit is shown. We do not have control over the size of
the general admission pit. We recommend that she reach out to the venue for her complaint
regarding the size of the pit. The Key Arena can reached at (206) 684-7200.

Please let us know if you have any further questions.

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

**490857**

AntOgl.100        9/12/2016

C-ClosingPartialAdjusted To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 12, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:  On the Line Presents and TicketMaster
File #:  490857

Dear Shelley Murphy:

The Consumer Resource Center of the Attorney General's Office received the enclosed response from On the Line Presents and TicketMaster regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint; however, the Consumer Resource Center cannot compel a business to respond or to make an adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

**490857**

We appreciate your bringing this matter to our attention. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure


From: vip@otlpresents.com [mailto:vip@otlpresents.com]
Sent: Friday, September 09, 2016 3:43 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Hi Bob,

We oversee the Gwen Stefani VIP packages. The VIP packages are sold through Ticketmaster. We have attached screen shots of our email correspondence with the customer as well as the informational itinerary that is sent to customers prior to the show containing instructions to receive their Hot Seat Packages. Our staff provides these instructions to our customers and distributes their tickets and merchandise at the show. Based on the screen shot attached where the customer replied to the itinerary email (see email dated August 18, 2016), it seems that the customer was not aware of what she purchased to begin with. The customer emailed us the night of the show requesting a new poster and we responded the next day stating that we would send her a replacement poster (see email dated August 25, 2016). Additionally, customers do have the ability to bring their merchandise to their car prior to entered the venue for the show.

In regards to her complaint that the directions we had given her were false, the itinerary that she was sent did not instruct our customers to go to the venue's Will Call (see attached itinerary), but rather states "LOOK FOR:The check-in table will be at the On The List Presents tent located at the South End of the East Doors (please see provided map)". We contacted the rep on site at the show and he confirmed that check-in started at 5:15PM as stated on the itinerary. The customer received all of the package inclusions that she paid for and we will be sending her a replacement poster once the VIP merchandise is returned to our office at the end of the tour in October. When the customer emailed us her complaint on August 29, 2016, we asked her to call into our office so that we could discuss her experience, but she declined. In the email correspondence that followed, we explained that a refund was not warranted for her experience as she received all elements of the ticket package she purchased and we had already agreed to send her a replacement poster.

The Ticketmaster site provides venue seating charts (available at the time of purchase to customers) on which the general admission pit is shown. We do not have control over the size of

490857

the general admission pit. We recommend that she reach out to the venue for her complaint regarding the size of the pit. The Key Arena can reached at (206) 684-7200.

Please let us know if you have any further questions.

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Friday, September 09, 2016 1:03 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Good Afternoon,

We are in receipt of the complaint for Ms. Shelley Murphy concerning her VIP Tour Package. After speaking with the tour company,( On The List Presents), we have found that the tour company has been speaking with the customer for several weeks and are handling her complaint themselves.  Also, her complaint concerning the venue and the placement of her seats has been addressed by the venue.  We consider this complaint resolved since the promoters and the venue are in the process of compensating her requests.

If you have any further questions, please feel free to contact me at the number below.

Regards,

Pam Harper
304 357-6148
Ticketmaster
Corporate Escalations/Loss Specialist

**490857**

AntOgl.100        9/12/2016

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 12, 2016


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Shelley Murphy
File #:   490857

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Shelley Murphy regarding your business. A copy
of your response was provided to Shelley Murphy. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**490857**

1-206-464-6684 for out-of-state callers

**490857**

AntOgl.100        9/12/2016

R-ClosingW-Response To:  VIP@OTLPRESENTS.COM
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 12, 2016


On the Line Presents
WA


RE:   Shelley Murphy
File #:   490857

Dear On the Line Presents:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Shelley Murphy regarding your business. A copy of your response was provided to Shelley Murphy. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490857**

JR - 01646
PRR-2025-0179

**490857**

JR - 01647
PRR-2025-0179

AntOgl.100          9/12/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, September 09, 2016 4:15 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

We need to hear from both parties then -  It's hard to know. Ticketmaster has a shady way of
doing business. Please dont close the case.

**490857**

AntOgl.100     9/12/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Saturday, September 10, 2016 4:49 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

Hello, the concert for Gwen Stefani wasnt until Aug 24th so it hasnt been 'several weeks' that I talked with -  -  -  OTL Presents-as stated by Pam Harper below. No one has contacted me to refund me in full for this package purchased from Ticketmaster/OTL Presents. I tried contacting OTL and they refused to reply, refused to listen and they know they are guilty of ripping me off ALONG WITH EVERYONE ELSE WHO THOUGHT THEY WOULD BE SITTING BY THE STAGE! Way back in Key Arena doesnt constitute as 'by the stage'. I cant tell by this email, but I hope they intend to pay me back in full-along with everyone else they ripped off! Thank you, Shelley Murphy

**490857**

AntOgl.100        9/12/2016

From: Pam Harper [mailto:Pam.Harper@Ticketmaster.com]
Sent: Monday, September 12, 2016 5:15 AM
To: ATG MI CRC Complaint Processing; Consumer Support - WV
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Got this one

**490857**

AntOgl.100      9/12/2016

R-InfofromComplainant To:  VIP@OTLPRESENTS.COM
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 12, 2016

On the Line Presents
WA

RE:  Shelley Murphy
File #:  490857

Dear On the Line Presents:

Recently we forwarded to you the consumer complaint from Shelley Murphy regarding your business.

The consumer has since provided additional information. Please review it along with the previous correspondence and respond to this additional information. Please address your response to me and include our file number 490857. You may respond by email, fax or U.S. mail.

Thank you for your participation in this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Saturday, September 10, 2016 4:49 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

**490857**

Hello, the concert for Gwen Stefani wasnt until Aug 24th so it hasnt been 'several weeks' that I talked with - - - OTL Presents-as stated by Pam Harper below. No one has contacted me to refund me in full for this package purchased from Ticketmaster/OTL Presents. I tried contacting OTL and they refused to reply, refused to listen and they know they are guilty of ripping me off ALONG WITH EVERYONE ELSE WHO THOUGHT THEY WOULD BE SITTING BY THE STAGE! Way back in Key Arena doesnt constitute as 'by the stage'. I cant tell by this email, but I hope they intend to pay me back in full-along with everyone else they ripped off! Thank you, Shelley Murphy

**490857**

AntOgl.100        9/12/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Monday, September 12, 2016 11:48 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

Why are you not able to help me -  I did NOT get what I thought I was to receive. I thought you
are on the consumer's side -  That is why I wrote you. What is the purpose of contacting you
then -
Doesn't make sense.
Shelley Murphy

**490857**

AntOgl.100     9/12/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Monday, September 12, 2016 1:36 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

AGAIN WHY IS IT YOU ARE NOT ABLE TO HELP WITH THIS -

**490857**

AntOgl.100        9/12/2016

C-ThankYouForInformation To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 12, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   On the Line Presents and TicketMaster
File #:   490857

Dear Shelley Murphy:

You further question why your complaint is being dealt with as an informal matter as opposed
to the Attorney General's Office taking formal action. While our informal process for
facilitating resolution of complaints is often effective, and results in a satisfactory resolution for
both parties, the outcome of an individual complaint does not determine whether or not our
office will take more formal action regarding the business practices described in your complaint.
 The informal complaint resolution process is not an investigative process. The Attorney
General's Office is authorized to bring legal action only in the name of the State of Washington,
and is prohibited from serving as an attorney for individual consumers.

In some cases, a consumer complaint may result in a business ceasing the practices identified in
the complaint. For these reasons, completing the informal complaint resolution process is an
important step in identifying unfair practices and determining if the practices warrant further
investigation by our office. It is our policy to neither confirm nor deny the existence of an
ongoing investigation.

If we file a lawsuit, or settle a matter with a business, that will be announced to the public
through our website and in some cases a press release. Our website has information about recent
settlements and other actions taken by the Attorney General's Office at www.atg.wa.gov.

It is our goal to provide consumers with the best possible services, information, and resources to
assist in resolving consumer issues. We accomplish this through our informal complaint
resolution process, monitoring consumer complaints for unfair and deceptive practices, and
providing consumers with information regarding consumer issues through consumer alerts and
posting information on our website.

Consumer complaints are public records and are available to the public for copying or

**490857**

inspection in compliance with the Washington State Public Records Act, RCW 42.56.
If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490857**

AntOgl.100        9/13/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Tuesday, September 13, 2016 4:09 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

Anthony, They are WRONG on all accounts. Why are you not able to assist me -

I refused to talk to this person over the phone at OTL as they emailed and insisted they did
everything 'correct' when in fact THEY RIPPED ME OFF,
and I WAS NOT GOING TO GET INTO AN ARGUMENT WHEN I KNEW WHAT WAS
COMING. I decided to write Att. General instead.
The promoter has ALL control over how the seating is assigned. If you bought a ticket row 5 by
the stage (I did look at the map when buying ticket online at
TM....and it should NOT have THAT much room for general admission! VIP TICKETS
SHOULD BE WHERE THEY ADVERTISE THEY SHOULD BE------
BY THE STAGE. THAT IS WHY I PURCHASED THAT IN THE FIRST PLACE! Wouldnt
you expect to sit some place near the stage -
Why am I not the only one complaining over this -  Because everyone with 'VIP tickets'  - - - -
was talking about it during the show - - - - - -
I want a refund based on this seat assignment alone! Not receiving what I paid for should tell
you that I need help from you!

To add:

As mentioned there were no signs indicating where people should stand in line it was FAR away
where the fountain was at Seattle Center, again NO SIGNS

The flat poster given out as a 'VIP gift - ' was given upon entrance into Key Arena and no one
could go back to any car to drop anything off. Strict rules to abide by.
So then holding this FLAT poster where people were running into me or pushing or shoving
during the concert wrecked it. I threw it. The poster wasnt the reason I want a refund-
POINT OF THE MATTER IS: THE SEAT WAS NOT WERE IT SAID IT WOULD BE,
FALSE ADVERTISING AND I NEED YOUR ASSISTANCE IN GETTING MONEY
BACK!. You suggest I talk to attorney -  I cant afford an attorney. I thought you advocate on
behalf of Seattle residents -  Why would you close something after all these emails from me,
telling
you that they ripped me off, along with other people. I dont know if they made their own
complaints-that is up to them.
All I am concerned about is getting refunded myself.
I need you to assist me further on this. It's not fair to me that I have to just figure another way on
my own when the Att. General is the one supposed to advocate on my behalf!.

Shelley Murphy


490857

AntOgl.100        9/13/2016

From: vip@otlpresents.com [mailto:vip@otlpresents.com]
Sent: Tuesday, September 13, 2016 12:07 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Hi Anthony,
This email is in reference to complaint number 490857. In our previous response we supplied screen shots of our email correspondence with the customer in which we reply to her emails and request that she call us to discuss her experience. She has not called our offices as we requested on August 29, 2016. We have not refused to reply or refused to listen as the customer states. We would be happy to discuss the customer's experience with the customer, but she has not called our office since our email correspondence on August 29, 2016. Please let us know if you would like for us to send you the email correspondence with Shelley Murphy again.
The customer received all aspects of the Hot Seat Package (please see package inclusions below) she purchased for the show, and we will be sending her a new poster at the end of the tour to replace the poster that was damaged during the show. As she did receive all elements of the Hot Seat Package she purchased, a refund is not warranted.
Each Gwen Stefani Hot Seat Package includes:
· One premium reserved price level 1 ticket (rows 5-20)

· Gwen Stefani poster

· Specially designed Gwen Stefani gift item

· Souvenir VIP concert ticket

· On-site VIP host and ticket pick-up

Please let us know if you have any further questions.
Thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

**490857**

AntOgl.100    9/13/2016

C-ClosingPartialAdjusted To: rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 13, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   On the Line Presents
File #:   490857

Dear Shelley Murphy:

The Consumer Resource Center of the Attorney General's Office received the enclosed
response from On the Line Presents regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint;
however, the Consumer Resource Center cannot compel a business to respond or to make an
adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If
you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be
reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**490857**

JR - 01659
PRR-2025-0179

submit additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.
Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

From: vip@otlpresents.com [mailto:vip@otlpresents.com]
Sent: Tuesday, September 13, 2016 12:07 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Hi Anthony,
This email is in reference to complaint number 490857. In our previous response we supplied
screen shots of our email correspondence with the customer in which we reply to her emails and
request that she call us to discuss her experience. She has not called our offices as we requested
on August 29, 2016. We have not refused to reply or refused to listen as the customer states. We
would be happy to discuss the customer's experience with the customer, but she has not called
our office since our email correspondence on August 29, 2016. Please let us know if you would
like for us to send you the email correspondence with Shelley Murphy again.
The customer received all aspects of the Hot Seat Package (please see package inclusions
below) she purchased for the show, and we will be sending her a new poster at the end of the
tour to replace the poster that was damaged during the show. As she did receive all elements of
the Hot Seat Package she purchased, a refund is not warranted.
Each Gwen Stefani Hot Seat Package includes:
One premium reserved price level 1 ticket (rows 5-20) ?
Gwen Stefani poster ?
Specially designed Gwen Stefani gift item ?
Souvenir VIP concert ticket ?
 On-site VIP host and ticket pick-up ?
Please let us know if you have any further questions.
Thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents




**490857**

AntOgl.100     9/13/2016

R-ClosingW-Response To:  VIP@OTLPRESENTS.COM
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 13, 2016


On the Line Presents
WA


RE:   Shelley Murphy
File #:   490857

Dear On the Line Presents:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Shelley Murphy regarding your business. A copy
of your response was provided to Shelley Murphy.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**490857**

JR - 01661
PRR-2025-0179

From: vip@otlpresents.com [mailto:vip@otlpresents.com]
Sent: Tuesday, September 13, 2016 12:07 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Hi Anthony,
This email is in reference to complaint number 490857. In our previous response we supplied screen shots of our email correspondence with the customer in which we reply to her emails and request that she call us to discuss her experience. She has not called our offices as we requested on August 29, 2016. We have not refused to reply or refused to listen as the customer states. We would be happy to discuss the customer's experience with the customer, but she has not called our office since our email correspondence on August 29, 2016. Please let us know if you would like for us to send you the email correspondence with Shelley Murphy again.
The customer received all aspects of the Hot Seat Package (please see package inclusions below) she purchased for the show, and we will be sending her a new poster at the end of the tour to replace the poster that was damaged during the show. As she did receive all elements of the Hot Seat Package she purchased, a refund is not warranted.
Each Gwen Stefani Hot Seat Package includes:
One premium reserved price level 1 ticket (rows 5-20) ?
Gwen Stefani poster ?
Specially designed Gwen Stefani gift item ?
Souvenir VIP concert ticket ?
 On-site VIP host and ticket pick-up ?
Please let us know if you have any further questions.
Thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

**490857**

AntOgl.100          9/13/2016

R-InfofromComplainant To:  VIP@OTLPRESENTS.COM
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 13, 2016


On the Line Presents
WA


RE:   Shelley Murphy
File #:   490857

Dear On the Line Presents:

Recently we forwarded to you the consumer complaint from Shelley Murphy regarding your
business.

The consumer has since provided additional information. Please review it along with the
previous correspondence and respond to this additional information. Please address your
response to me and include our file number 490857. You may respond by email, fax or U.S.
mail.

Thank you for your participation in this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.


Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Tuesday, September 13, 2016 4:09 AM
To: ATG MI CRC Complaint Processing
**490857**

Subject: Re: 490857 : A notice from the Washington State Attorney General's Office

Anthony, They are WRONG on all accounts. Why are you not able to assist me -

I refused to talk to this person over the phone at OTL as they emailed and insisted they did
everything 'correct' when in fact THEY RIPPED ME OFF,
and I WAS NOT GOING TO GET INTO AN ARGUMENT WHEN I KNEW WHAT WAS
COMING. I decided to write Att. General instead.
The promoter has ALL control over how the seating is assigned. If you bought a ticket row 5 by
the stage (I did look at the map when buying ticket online at
TM....and it should NOT have THAT much room for general admission! VIP TICKETS
SHOULD BE WHERE THEY ADVERTISE THEY SHOULD BE------
BY THE STAGE. THAT IS WHY I PURCHASED THAT IN THE FIRST PLACE! Wouldnt
you expect to sit some place near the stage -
Why am I not the only one complaining over this -  Because everyone with 'VIP tickets'  -  -  -  -
was talking about it during the show -  -  -  -  -
I want a refund based on this seat assignment alone! Not receiving what I paid for should tell
you that I need help from you!

To add:

As mentioned there were no signs indicating where people should stand in line it was FAR away
where the fountain was at Seattle Center, again NO SIGNS

The flat poster given out as a 'VIP gift - ' was given upon entrance into Key Arena and no one
could go back to any car to drop anything off. Strict rules to abide by.
So then holding this FLAT poster where people were running into me or pushing or shoving
during the concert wrecked it. I threw it. The poster wasnt the reason I want a refund-
POINT OF THE MATTER IS: THE SEAT WAS NOT WERE IT SAID IT WOULD BE,
FALSE ADVERTISING AND I NEED YOUR ASSISTANCE IN GETTING MONEY
BACK!. You suggest I talk to attorney -  I cant afford an attorney. I thought you advocate on
behalf of Seattle residents -  Why would you close something after all these emails from me,
telling
you that they ripped me off, along with other people. I dont know if they made their own
complaints-that is up to them.
All I am concerned about is getting refunded myself.
I need you to assist me further on this. It's not fair to me that I have to just figure another way on
my own when the Att. General is the one supposed to advocate on my behalf!.

Shelley Murphy

**490857**

AntOgl.100     9/14/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Tuesday, September 13, 2016 3:05 PM
To: ATG MI CRC Complaint Processing; info@LosAngelesSiliconValleyBBB.org
Cc: rockdawg88@comcast.net
Subject: Los Angeles Better Business Bureau Letter/ #490857 Washington Attorney General
Case: Ticketmaster and OTL Presents Companies

Hello,

I am cc'ing you on the letter I just filed with BBB. Please save in my file for your records and
please pursue and advocate on my behalf to help get me refunded.
I cannot seem to locate a customer support direct email to Ticketmaster and would appreciate if
you could just deal with this company along with OTL Presents yourselves.
Thank you,

Shelley Murphy

See attached:

4/19/16 I purchased 1 Gwen Stefani VIP ticket thru Ticketmaster.com online. Total cost
$331.25 Section FLR AA, Row 5, Seat 5 Order #: 16-57521/SEA for Key Arena, Seattle, Wa
show.
When I purchased this ticket online FLR AA, ROW 5, Seat 5 for this amount of money so
called 'VIP' seating was supposed to be right in front of the stage. I looked at the Ticketmaster
map when I purchased the ticket to make sure it would be 5 rows >>>from the stage. It was not,
in fact it was no where near the stage. Once at Key Arena to view my seat I noticed that
promoter OTL Presents had opened up at least 3/4 of the floor for those with general admission
tickets, standing right in front of us with so called 'VIP tickets' And, everyone with 'VIP tickets'
were complaining of the fact that we were almost directly in back of the sound board on the
floor. What did we pay extra money for so called 'VIP tickets' if we were going to be that far
away - ! Nothing was said to us about it! I did reach out to OTL Presents (promoter for this
concert) via email after the show and said I wanted a refund. They said that I was 'given
everything in VIP experience which is FALSE. I want a refund of $331.25 which is what I paid
to sit in the BACK of the venue. Let me just say not only was this company OTL Presents
disorganized, late, unprofessional and no signs whatsoever for us to STAND IN LINE way over
by the Seattle Center fountain, the flat poster given out was wrecked due to people bashing into
me all night. I threw it out. I dont care about the poster. What I care about is the FALSE
ADVERTISING THAT OTL PRESENTS promoted with our seating arrangements, and since
they are affiliated WITH Ticketmaster I am voicing my complaint to both of them: "Dont
advertise one thing and turn around and give something completely different out!" AND!
Ticketmaster has been sued for a lot of money for over-charging consumers. (You can look at
my account if you would like to see all the credits they had to give me over 8 years for concerts
I attended. Another story...) Ticketmaster is a shady business with shady promoter affiliations.
What I received was no where NEAR 331.25 and FALSELY ADVERTISED! I am contacting
everyone I can think of who may be able to help me with this.

**490857**

I have already written to you about this and I would like this case to be re-opened and re-evaluated. If you want I can redo the entire form and start the process all over again. I am writing on behalf of all customers who purchased the same VIP tickets thru Ticketmaster/OTL Presents. You may have already heard from them about this and/or similar experiences such as mine.

**490857**

AntOgl.100    9/14/2016

C-ThankYouForInformation To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 14, 2016

Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029

RE:   On the Line Presents and TicketMaster
File #:   490857

Dear Shelley Murphy:

You further request your complaint to be dealt with for the Attorney General's Office to take formal action. While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action regarding the business practices described in your complaint.  The informal complaint resolution process is not an investigative process. The Attorney General's Office is authorized to bring legal action only in the name of the State of Washington, and is prohibited from serving as an attorney for individual consumers.

In some cases, a consumer complaint may result in a business ceasing the practices identified in the complaint. For these reasons, completing the informal complaint resolution process is an important step in identifying unfair practices and determining if the practices warrant further investigation by our office. It is our policy to neither confirm nor deny the existence of an ongoing investigation.

If we file a lawsuit, or settle a matter with a business, that will be announced to the public through our website and in some cases a press release. Our website has information about recent settlements and other actions taken by the Attorney General's Office at www.atg.wa.gov.

It is our goal to provide consumers with the best possible services, information, and resources to assist in resolving consumer issues. We accomplish this through our informal complaint resolution process, monitoring consumer complaints for unfair and deceptive practices, and providing consumers with information regarding consumer issues through consumer alerts and posting information on our website.

If you contact our office regarding your complaint, please reference the assigned complaint

**490857**

number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**490857**

AntOgl.100     9/15/2016

From: vip@otlpresents.com [mailto:vip@otlpresents.com]
Sent: Wednesday, September 14, 2016 5:06 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Hi Anthony,
This response is in regard to file # 490857. We are not the promoter for the tour. If the customer
has an issue with the seating chart provided on Ticketmaster's site, she may reach out to them.
The customer received exactly what she purchased, and we have received no other complaints
regarding this.
Thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

**490857**

AntOgl.100        9/15/2016

C-ClosingUnadjustedW-Response To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 15, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:   On the Line Presents and TicketMaster
File #:   490857

Dear Shelley Murphy:

Our office received the enclosed response to your complaint from On the Line Presents and
TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with On the Line Presents and TicketMaster's position. The
Consumer Resource Center cannot compel either party to participate in, or make any
adjustments as a result of, our informal complaint resolution process. This is a voluntary service
and our office serves as a neutral third party. We regret that we are unable to provide further
assistance to you in resolving this complaint. Our office monitors consumer complaints for
possible indications of patterns of unfair or deceptive trade practices warranting further attention
by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for

**490857**

assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ - fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

From: vip@otlpresents.com [mailto:vip@otlpresents.com]
Sent: Wednesday, September 14, 2016 5:06 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 490857 : A notice from the Washington State Attorney General's Office

Hi Anthony,
This response is in regard to file # 490857. We are not the promoter for the tour. If the customer has an issue with the seating chart provided on Ticketmaster's site, she may reach out to them. The customer received exactly what she purchased, and we have received no other complaints regarding this.
Thank you,

On The List Presents
800-782-0546
@OTLPresents
Facebook.com/OnTheListPresents

490857

AntOgl.100        9/19/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, September 16, 2016 4:54 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 491308 : A notice from the Washington State Attorney General's Office

Two different instances, 2 different concerts. It doesnt matter as you cannot help me anyway...

**490857**

# Catalyst Report

## Complaint Description

**Description**

Second form to you, no replies yet for emails either. Please reply.

Explanation of complaint:
Order #: 16-57521/SEA

 Original email sent to OTL ON THE LINE Presents and Ticketmaster:

" I was disappointed with the Gwen Stefani 'VIP' Package.

First of all who thought ROW 5 would be half way back in the venue?

Who knew that a MOSH PIT was going to take up THAT much space?

Everyone who purchased VIP reserved seats were complaining  of the money they spent IN ORDER TO SIT
DOWN BY THE STAGE (and didnt get to) HOW IS THIS 'VIP'? We were all the way back on the floor! Not
worth the money! I want a refund ASAP!

ATT General: Still waiting. ....

I would like for you to step in and assist in getting my money back please.

Please note that I dont know how 'OTL' (On the Line Presents) is affiliated with Ticketmaster at 'VIP
Ticketing'. I dont know exactly where they have offices and I dont see exact street addresses. however I
purchased on ticketmaster.com  >>>  http://www.otlpresents.com/#get-on-the-list

JR - 01673
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 491308

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **491308** | **Status** | **Closed** |
| Date | 9/9/2016 | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $331.25 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Shelley  Murphy** | **(425) 557-6401** | **(425) 557-6401** | **rockdawg88@comcast.net** |
| **23120 SE Black Nugget Rd A2** | | | |
| **Issaquah, WA  98029** | | | |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| **1000 Corporate Landing** | | | | |
| **Charleston, WV  25311** | | | | |
| On the Line Presents , WA | | (800) 782-0546 | | VIP@OTLPRESENTS.COM |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 302 | Not As Ordered |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/9/2016 | Intake Notes | Used R-all for R. |
| 9/14/2016 | Reviewed | Triage 1: Duplicate complaint 490857 |
| 9/16/2016 | Email to Complainant | C-ThankYouForInformation To: rockdawg88@comcast.net |

**491308**                                        1 of 2

JR - 01674
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/16/2016 | Resolution- DUPLICATE COMPLAINT | |
| 9/19/2016 | Email from Complainant | |

**491308**                                    2 of 2

JR - 01675
PRR-2025-0179

AntOgl.100    9/16/2016

C-ThankYouForInformation To:  rockdawg88@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 16, 2016


Shelley Murphy
23120 SE Black Nugget Rd A2
Issaquah, WA 98029


RE:  TicketMaster and On the Line Presents
File #:  491308

Dear Shelley Murphy:

We recently noted that you filed two consumer complaints regarding TicketMaster and On the
Line Presents. These complaints were assigned complaint file #s 491308 and 490857. We have
combined the complaints into file #490857. Please reference this file #489587 in any
correspondence you send to our office.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices. We may open a formal investigation or take enforcement action
pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that
further action is warranted. It is our policy to neither confirm nor deny the existence of an
ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce
that to the public through a press release or on our website at http://www.atg.wa.gov.

Consumer complaints are public records and are available to the public for copying or
inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**491308**

1-206-464-6684 for out-of-state callers

**491308**

JR - 01677
PRR-2025-0179

AntOgl.100          9/19/2016

From: SHELLEY [mailto:rockdawg88@comcast.net]
Sent: Friday, September 16, 2016 4:54 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 491308 : A notice from the Washington State Attorney General's Office

Two different instances, 2 different concerts. It doesnt matter as you cannot help me anyway...

**491308**

# Catalyst Report

## Complaint Description

**Description**

I was VERY disappointed in arriving at the fair only to find that the Dinosaur exhibit cost an extra $6/pp (7 of us in our family including a friend). With admission rates at the door and the extraordinary expense of all activities at the fair (at least most often being known like the rides, concerts and food), I was appalled to find the exhibit cost money for each of us ON TOP of the  expense to just walk in the gate to attend. AND no communication in the advertisement of the exhibit on the radio (luring you to go to the fair for the extra special event), explained the extra expense. Outrageous and deceptive.

# Catalyst
# Complaint Cover Page

### 491486

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **491486** | | **Status** | **Closed** |
| Date | 9/13/2016 | | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 713990-Amusement & Recreational Industries | | Amount Disputed | $42.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Stephanie L Browne**<br>**16508 SE 145th St**<br>**Renton, WA  98059** | **(425) 430-1123** | **(425) 430-1123** | **daum@msn.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Washington State Fair**<br>**110 9th Ave SW**<br>**Puyallup, WA  98371-0162** | | **(253) 845-1771** | **(253) 841-5234** | **info@thefair.com;**<br>**boxoffice@thefair.com** |
| Power 93.3 / iHeartMedia<br>645 Elliott Ave W Ste 400<br>Seattle, WA  98119 | Leticia James | (206) 494-2000 | | LeticiaJames@iheartmedia.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 019 | Inadequate Disclosure |
| 026 | Advertising |

## Activities

**491486**                                          1 of 2

JR - 01680
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/13/2016 | Intake Notes | C provided their own information in R's field. |
| | | Obtained contact information for both The WA State Fair and Power 93.3 via web search. |
| 9/15/2016 | Reviewed | Triage 2: Appropriate for ICR; up to 2 Rs |
| 9/19/2016 | Email to Complainant | C-1stLetter To:  daum@msn.com |
| 9/19/2016 | Email to Respondent | R-1stLetterRevised To:  info@thefair.com |
| 9/19/2016 | Form Letter to Respondent | R-1stLetterRevised |
| 9/28/2016 | Email from Respondent | Came with MP3 files 491486A & 491486B Response from Power 93.3 |
| 9/28/2016 | Email to Complainant | C-ResponseOneRespondentPending To: daum@msn.com |
| 9/28/2016 | Email to Respondent | R-ClosingW-Response To: LeticiaJames@iheartmedia.com |
| 10/10/2016 | Email to Respondent | R-2ndLetterCourtesyReminder To: info@thefair.com |
| 10/18/2016 | Email to Complainant | C-ClosingNoResponse To:  daum@msn.com |
| 10/18/2016 | Email to Respondent | R-Closing-wNOResponse To:  info@thefair.com |
| 10/18/2016 | Resolution- UNADJUSTED NO RESPONSE | |

**491486**                                2 of 2

JR - 01681
PRR-2025-0179

AndWu.100      9/19/2016

C-1stLetter To:  daum@msn.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 19, 2016


Stephanie L Browne
16508 SE 145th St
Renton, WA 98059


RE:   The Washington State Fair and Power 93.3
File #:   491486

Dear Stephanie L Browne:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding The Washington State Fair and Power 93.3 was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**491486**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**491486**

AndWu.100      9/19/2016

R-1stLetterRevised To:  info@thefair.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 19, 2016


The Washington State Fair
110 9th Ave SW
Puyallup, WA 98371-0162


RE:   Stephanie L Browne
File #:   491486

Dear The Washington State Fair:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Stephanie L Browne regarding your business. Our office provides an
informal complaint resolution process to consumers and businesses to assist them in resolving
disputes. Many businesses find this informal, voluntary process beneficial in resolving
complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 491486 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**491486**

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Stephanie L Browne

Address:
16508 SE 145th St
Renton, WA 98059

Day Phone:
(425) 430-1123

Evening Phone:
(425) 430-1123

E-mail Address:
daum@msn.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**491486**

Business Information

Name of business that I am complaining about:
The Washington State Fair

Address:
110 9th Ave SW
Puyallup, WA 98371-0162

Phone:
(253) 845-1771

Toll-Free:

Fax:
(253) 841-5390

E-mail:
info@thefair.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Power 93.3
645 Elliott Ave W Ste 400
Seattle, WA 98119

Item or service purchased:

Cost of item or service:
$42.00

Did you sign a contract -

Date of transaction:
September 9,

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

**491486**

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I was VERY disappointed in arriving at the fair only to find that the Dinosaur exhibit cost an
extra $6/pp (7 of us in our family including a friend). With admission rates at the door and the
extraordinary expense of all activities at the fair (at least most often being known like the rides,
concerts and food), I was appalled to find the exhibit cost money for each of us ON TOP of the
expense to just walk in the gate to attend. AND no communication in the advertisement of the
exhibit on the radio (luring you to go to the fair for the extra special event), explained the extra
expense. Outrageous and deceptive.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.

**491486**

Signature Stephanie L Browne    Date   9/10/16
Received via the Internet
City and State where signed Renton, Washington

**491486**

AndWu.100        9/19/2016

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

September 19, 2016

Power 93.3
645 Elliott Ave W Ste 400
Seattle, WA 98119

RE:  Stephanie L Browne
File #:  491486

Dear Power 93.3:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Stephanie L Browne regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 491486 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**491486**

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Stephanie L Browne

Address:
16508 SE 145th St
Renton, WA 98059

Day Phone:
(425) 430-1123

Evening Phone:
(425) 430-1123

E-mail Address:
daum@msn.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

**491486**

JR - 01690
PRR-2025-0179

Name of business that I am complaining about:
The Washington State Fair

Address:
110 9th Ave SW
Puyallup, WA 98371-0162

Phone:
(253) 845-1771

Toll-Free:

Fax:
(253) 841-5390

E-mail:
info@thefair.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Power 93.3
645 Elliott Ave W Ste 400
Seattle, WA 98119

Item or service purchased:

Cost of item or service:
$42.00

Did you sign a contract -

Date of transaction:
September 9,

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

**491486**

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I was VERY disappointed in arriving at the fair only to find that the Dinosaur exhibit cost an
extra $6/pp (7 of us in our family including a friend). With admission rates at the door and the
extraordinary expense of all activities at the fair (at least most often being known like the rides,
concerts and food), I was appalled to find the exhibit cost money for each of us ON TOP of the
expense to just walk in the gate to attend. AND no communication in the advertisement of the
exhibit on the radio (luring you to go to the fair for the extra special event), explained the extra
expense. Outrageous and deceptive.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Stephanie L Browne    Date   9/10/16
Received via the Internet

**491486**

JR - 01692
PRR-2025-0179

City and State where signed Renton, Washington

**491486**

JR - 01693
PRR-2025-0179

AndWu.100      9/28/2016

From: James, Leticia [mailto:LeticiaJames@iheartmedia.com]
Sent: Monday, September 26, 2016 11:39 AM
To: ATG MI CRC Complaint Processing
Cc: Schneider, Donna
Subject: File No. 491486. RE: Stephanie L. Browne

Dear Mr. Wu,

We are in receipt of the complaint filed by Stephanie L. Browne referenced above. The only role that Power 93.3 had in this was in airing the ads provided to the station by the Washington State Fair. We are providing an example of the advertisement that aired. If you have any questions, please feel free to contact us.


Leticia James
Litigation Paralegal I iHeartMedia
D: 210.832.3396 I C: 210.556.8118 I F: 210.832.3147
200 East Basse Road, Suite 100 I San Antonio I Texas I 78209
LeticiaJames@iHeartMedia.com


This electronic communication and any attachments may be subject to the attorney-client privilege and/or the attorney work-product doctrine, or otherwise may be confidential and privileged. Any use, dissemination or disclosure of this communication by anyone, other than the intended recipient(s), is strictly prohibited. If you have received this electronic communication in error, please delete it from your system immediately.

**491486**

AndWu.100      9/28/2016

C-ResponseOneRespondentPending To:  daum@msn.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 28, 2016


Stephanie L Browne
16508 SE 145th St
Renton, WA 98059


RE:   The Washington State Fair and Power 93.3
File #:   491486

Dear Stephanie L Browne:

This letter is to inform you that our office received the enclosed reply from Power 93.3 in
response to the complaint you filed regarding The Washington State Fair and Power 93.3,
complaint # 491486.

As of the date of this letter, we have not yet received a response from The Washington State
Fair. We will continue to monitor your complaint for The Washington State Fair response. If the
business does not respond, or your complaint is not resolved through our informal complaint
resolution service, your complaint will be closed. However, you will be notified of additional
options and resources that may be available to assist you in the event you wish to pursue the
matter further.

We will contact you regarding the status of your complaint on or before 10/19/16.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**491486**

Enclosure

From: James, Leticia [mailto:LeticiaJames@iheartmedia.com]
Sent: Monday, September 26, 2016 11:39 AM
To: ATG MI CRC Complaint Processing
Cc: Schneider, Donna
Subject: File No. 491486. RE: Stephanie L. Browne

Dear Mr. Wu,

We are in receipt of the complaint filed by Stephanie L. Browne referenced above.  The only
role that Power 93.3 had in this was in airing the ads provided to the station by the Washington
State Fair.  We are providing an example of the advertisement that aired.  If you have any
questions, please feel free to contact us.

Leticia James
Litigation Paralegal I iHeartMedia
D: 210.832.3396 I C: 210.556.8118 I F: 210.832.3147
200 East Basse Road, Suite 100 I San Antonio I Texas I 78209
LeticiaJames@iHeartMedia.com

This electronic communication and any attachments may be subject to the attorney-client
privilege and/or the attorney work-product doctrine, or otherwise may be confidential and
privileged.  Any use, dissemination or disclosure of this communication by anyone, other than
the intended recipient(s), is strictly prohibited.  If you have received this electronic
communication in error, please delete it from your system immediately.

**491486**

AndWu.100      9/28/2016

R-ClosingW-Response To:  LeticiaJames@iheartmedia.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 28, 2016


Power 93.3 / iHeartMedia
Attention: Leticia James
645 Elliott Ave W Ste 400
Seattle, WA 98119


RE:   Stephanie L Browne
File #:   491486

Dear Leticia James:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Stephanie L Browne regarding your business. A
copy of your response was provided to Stephanie L Browne. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**491486**

1-206-464-6684 for out-of-state callers

**491486**

AndWu.100      10/10/2016

R-2ndLetterCourtesyReminder To:  info@thefair.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

October 10, 2016

The Washington State Fair
110 9th Ave SW
Puyallup, WA 98371-0162

RE:   Stephanie L Browne
File #:   491486

Dear The Washington State Fair:

This letter is a courtesy reminder that the requested date for your written response to complaint # 491486 is seven calendar days from the date of this letter. This complaint was filed by Stephanie L Browne regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 491486 with your written response. You may respond by email, fax, or U.S. mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**491486**

JR - 01699
PRR-2025-0179

COMPLAINT SUMMARY
Consumer Information

Name:
Stephanie L Browne

Address:
16508 SE 145th St
Renton, WA 98059

Day Phone:
(425) 430-1123

Evening Phone:
(425) 430-1123

E-mail Address:
daum@msn.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
The Washington State Fair

Address:
110 9th Ave SW
Puyallup, WA 98371-0162

Phone:
(253) 845-1771

Toll-Free:

**491486**

Fax:
(253) 841-5390

E-mail:
info@thefair.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Power 93.3 / iHeartMedia
645 Elliott Ave W Ste 400
Seattle, WA 98119

Item or service purchased:

Cost of item or service:
$42.00

Did you sign a contract -

Date of transaction:
September 9,

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

**491486**

If YES, please explain:

Explain your complaint in detail:
I was VERY disappointed in arriving at the fair only to find that the Dinosaur exhibit cost an extra $6/pp (7 of us in our family including a friend). With admission rates at the door and the extraordinary expense of all activities at the fair (at least most often being known like the rides, concerts and food), I was appalled to find the exhibit cost money for each of us ON TOP of the expense to just walk in the gate to attend. AND no communication in the advertisement of the exhibit on the radio (luring you to go to the fair for the extra special event), explained the extra expense. Outrageous and deceptive.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Stephanie L Browne    Date   9/10/16
Received via the Internet
City and State where signed Renton, Washington

**491486**

AndWu.100      10/18/2016

C-ClosingNoResponse To:  daum@msn.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

October 18, 2016

Stephanie L Browne
16508 SE 145th St
Renton, WA 98059

RE:   The Washington State Fair
File #:   491486

Dear Stephanie L Browne:

You recently filed a consumer complaint with our office regarding The Washington State Fair.
As of today's date, The Washington State Fair has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate
communication between consumers and businesses to assist in resolving complaints. Through
this process we act as a neutral third party. If a business refuses to respond or to make an
adjustment, we cannot compel them to do so. We have completed our informal complaint
resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade
practices that may warrant further attention. Even though the Consumer Resource Center closed
your complaint, the complaint file is retained in our complaint database. Consumer complaints
assist us in identifying possible patterns and practices that may warrant further action by our
office. We may still open a formal investigation or take enforcement action against The
Washington State Fair pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding The Washington
State Fair. If you would like to pursue the matter further, you may wish to contact a private
attorney. The Washington State Bar Association (WSBA) offers research tools to locate private
attorneys in your area by offering listings for each County Bar Association. You may access the
County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**491486**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**491486**

AndWu.100    10/18/2016

R-Closing-wNOResponse To:  info@thefair.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


October 18, 2016


The Washington State Fair
110 9th Ave SW
Puyallup, WA 98371-0162


RE:  Stephanie L Browne
File #:  491486

Dear The Washington State Fair:

We recently contacted you regarding a consumer complaint filed by Stephanie L Browne
regarding your business and presented you an opportunity to provide our office with a written
response to that complaint through our informal complaint resolution (ICR) process. As of
today's date, you have not submitted a response and consequently we have closed this
complaint. Stephanie L Browne was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**491486**

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




COMPLAINT SUMMARY
Consumer Information

Name:
Stephanie L Browne

Address:
16508 SE 145th St
Renton, WA 98059

Day Phone:
(425) 430-1123

Evening Phone:
(425) 430-1123

E-mail Address:
daum@msn.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**491486**

Business Information

Name of business that I am complaining about:
The Washington State Fair

Address:
110 9th Ave SW
Puyallup, WA 98371-0162

Phone:
(253) 845-1771

Toll-Free:

Fax:
(253) 841-5390

E-mail:
info@thefair.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
Power 93.3 / iHeartMedia
645 Elliott Ave W Ste 400
Seattle, WA 98119

Item or service purchased:

Cost of item or service:
$42.00

Did you sign a contract -

Date of transaction:
September 9,

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

**491486**

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I was VERY disappointed in arriving at the fair only to find that the Dinosaur exhibit cost an
extra $6/pp (7 of us in our family including a friend). With admission rates at the door and the
extraordinary expense of all activities at the fair (at least most often being known like the rides,
concerts and food), I was appalled to find the exhibit cost money for each of us ON TOP of the
expense to just walk in the gate to attend. AND no communication in the advertisement of the
exhibit on the radio (luring you to go to the fair for the extra special event), explained the extra
expense. Outrageous and deceptive.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.

**491486**

Signature Stephanie L Browne    Date   9/10/16
Received via the Internet
City and State where signed Renton, Washington

**491486**

# Catalyst Report

## Complaint Description

**Description**

Ticketmaster is charging $7.99 for fees on "ticket insurance" without updating the subtotal on their website before clicking "Submit Order." So, they are actually charging more than they say they're charging.

See video of transaction here: https://hjhart.github.io/2017/01/03/ticketmaster-is-a-horrible-company.html

# Catalyst
# Complaint Cover Page

### 497877

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **497877** | **Status** | **Closed** |
| Date | 1/3/2017 | **Assignee** | **Fuzie, Jordan** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Harrison James Hart**<br>**1911 18th Ave S**<br>**Seattle, WA  98144** | **(206) 369-0978** | | **hjhart@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 316 | Billing Issues |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/6/2017 | Reviewed | Triage 2: Appropriate for ICR |
| 1/6/2017 | Email to Complainant | C-1stLetter To:  hjhart +waattorneygeneral@gmail.com |
| 1/6/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |

**497877**                    1 of 2

JR - 01711
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/1/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 2/1/2017 | Correspondence Error | Timeline adjusted due to missed courtesy letter date. Due date for response adjusted to be 2/17/17. |
| 2/7/2017 | Email from Respondent | Doc 497877A |
| 2/7/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 2/7/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To:  hjhart +waattorneygeneral@gmail.com |
| 2/7/2017 | Resolution-UNADJUSTED | |

**497877**                                    2 of 2



February 7, 2017

**Via Email**

RE: Harrison James Hart
File#: 497877

Dear Mr. Fuzie:

We are in receipt of the recent complaint submitted to the Washington Attorney General's Office by Mr. Harrison James Hart, who wrote to your office to complain that the cost of Event Ticket Protection insurance, which is a service provided by Allianz Global Assistance, isn't reflected in the subtotal when purchasing tickets on Ticketmaster.com.  Thank you for bringing his concerns to our attention.

As an additional service to consumers, we provide the opportunity to purchase Event Ticket Insurance from our partner, Allianz Global Assistance. The insurance is an optional benefit that provides full reimbursement when the buyer is unable to attend the event their event due to illness, airline delays, traffic accidents, or other covered reasons.

Attached is an example screenshot of the insurance offer that appears during the purchase process.  As you can see, the terms of the coverage are provided prior to submitting payment and finalizing the transaction.  The option to include the insurance is not automatically selected; rather, participation requires action on behalf of the consumer by either selecting "YES, Protect My Ticket Purchase" or "No" in order to proceed with the purchase process.  The reason that the cost of the insurance isn't reflected in the subtotal is because Ticketmaster does not charge for the insurance.  The terms clearly state "By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to Allianz Global Assistance, who will charge your card on the terms described above."

We're sorry to hear that Mr. Hart feels that insurance offer was misleading; however, we do provide the policy terms during the purchase process.  We appreciate the opportunity to respond to his complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

## Recommended: Protect Your Ticket Purchase - Over 10 Million Tickets Protected!

Get reimbursed up to 100% with Event Ticket Insurance for an additional $7.99/ticket if you can't attend this event for any number of reasons like covered illness, airline delays, traffic accidents, if you are required to work, and more, you'll be reimbursed for this purchase. Why insure your tickets? Event ticket insurance insures your financial investment of the event tickets including taxes and shipping costs (up to the amount of your policy limits) should you not be able to attend the event for a covered reason. Coverage also includes parking and other event related items that have been added to your order. Terms, conditions and exclusions apply. See full Coverage Details. Event Ticket Protector insurance does not offer coverage for cancellation due to a personal change of plans. This charge is in addition to the order total displayed above and will be billed separately by Allianz Global Assistance. This optional coverage may duplicate coverage already provided by your personal auto insurance policy, homeowner's insurance policy, personal liability insurance policy or other source of coverage. This insurance is not required in connection with the insured's purchase of tickets. Insurance coverage is underwritten by Jefferson Insurance Company (NY, Administrative Office: Richmond, VA), rated "A+" (Excellent) by A.M. Best Co., under Jefferson Form No. 102-C or 102-P series, or Jefferson Form No. 105-C series or 105-P series. Allianz Global Assistance is a brand of AGA Service Company. AGA Service Company is the licensed producer and administrator of this plan and an affiliate of Jefferson Insurance Company. The insured shall not receive any special benefit or advantage because of the affiliation between AGA Service Company and Jefferson Insurance Company. By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to Allianz Global Assistance, who will charge your card on the terms described above.

Read what a recent customer had to say:

"Since tickets are purchased so far in advance to an event, you never know what may happen on the day of the event. So it is great to be covered - or have coverage. Very beneficial." - Kathy M., Orlando, FL

**Free Look Period: Within at least 10 days, depending on your state of residence, receive a full refund on your premium if you haven't filed a claim or departed for your event.**



Highly Recommended!

◯ No.

◯ **YES**, Protect my Ticket Purchase to Florida Georgia Line at Charleston Civic Center on 28-Apr-17
**(Highly Recommended)**

JordanF     1/6/2017

C-1stLetter To:  hjhart+waattorneygeneral@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

January 6, 2017

Harrison James Hart
1911 18th Ave S
Seattle, WA 98144

RE:   TicketMaster
File #:   497877

Dear Harrison James Hart:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**497877**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**497877**

JordanF        1/6/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


January 6, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Harrison James Hart
File #:  497877

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Harrison James Hart regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 497877 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**497877**

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Harrison James Hart

Address:
1911 18th Ave S
Seattle, WA 98144

Day Phone:
(425) 835-2366

Evening Phone:

E-mail Address:
hjhart+waattorneygeneral@gmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**497877**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**497877**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Ticketmaster is charging $7.99 for fees on "ticket insurance" without updating the subtotal on their website before clicking "Submit Order." So, they are actually charging more than they say they're charging.
See video of transaction here: https://hjhart.github.io/2017/01/03/ticketmaster-is-a-horrible-company.html
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Harrison Hart    Date   01/03/2017
Received via the Internet
City and State where signed Seattle, WA


**497877**

JordanF        2/1/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 1, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Harrison James Hart
File #:   497877

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 497877 is seven calendar days from the date of this letter. This complaint was filed by Harrison James Hart regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 497877 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**497877**

COMPLAINT SUMMARY
Consumer Information

Name:
Harrison James Hart

Address:
1911 18th Ave S
Seattle, WA 98144

Day Phone:
(425) 835-2366

Evening Phone:

E-mail Address:
hjhart+waattorneygeneral@gmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**497877**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Ticketmaster is charging $7.99 for fees on "ticket insurance" without updating the subtotal on

**497877**

their website before clicking "Submit Order." So, they are actually charging more than they say they're charging.
See video of transaction here: https://hjhart.github.io/2017/01/03/ticketmaster-is-a-horrible-company.html
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Harrison Hart    Date   01/03/2017
Received via the Internet
City and State where signed Seattle, WA

**497877**

JordanF     2/7/2017

From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Tuesday, February 07, 2017 6:43 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 497877 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Mr. Hart is attached.

Barrett


BARRETT JUSTICE
Escalations Manager

Ticketmaster
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311
www.ticketmaster.com

**497877**

JordanF          2/7/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 7, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Harrison James Hart
File #:   497877

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Harrison James Hart regarding your business. A copy of your response was provided to Harrison James Hart. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**497877**

JR - 01726
PRR-2025-0179

1-206-464-6684 for out-of-state callers

**497877**

JR - 01727
PRR-2025-0179

JordanF        2/7/2017

C-ClosingUnadjustedW-Response To:  hjhart+waattorneygeneral@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

February 7, 2017

Harrison James Hart
1911 18th Ave S
Seattle, WA 98144

RE:  TicketMaster
File #:  497877

Dear Harrison James Hart:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**497877**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

JORDAN FUZIE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure


From: Barrett Justice [mailto:Barrett.Justice@Ticketmaster.com]
Sent: Tuesday, February 07, 2017 6:43 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 497877 : A notice from the Washington State Attorney General's Office

Hello,

Our response to the complaint from Mr. Hart is attached.

Barrett


BARRETT JUSTICE
Escalations Manager

Ticketmaster
barrett.justice@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**497877**

www.ticketmaster.com

**497877**

**From:** "ILTA SmartBrief" <ilta@smartbrief.com>
**To:** jeff.hixson@atg.wa.gov
**Subject:** The AI wave is hitting at a time of generational change
**Date:** Fri, 12 Apr 2024 10:17:50 -0500 (CDT)
**Importance:** Normal

[EXTERNAL]

Created for **jeff.hixson@atg.wa.gov** | Web Version

**April 12, 2024**



### News for tech professionals supporting the practice of law                **SIGN UP · SHARE**

---

**TOP STORY**

## Airtight practices are needed to protect legal transcripts



(Pixabay)



Good intentions are to be lauded, but encryption and protected file transfer are also necessary to preserve the confidentiality of legal transcripts, writes Beth Worthy, president of GMR Transcription. Among Worthy's list of tips: "Avoid disclosing legal proceedings in the courtroom or deposition room." **Full Story:** Forbes (tiered subscription model) (4/9)

---

**APPLICATIONS**

## New Litera AI tool digs into how deals are written up

Litera has a new AI-powered product, Foundation Dragon, which creates a list of corporate transaction terms from a law firm's own documents. Litera says the tool could eventually grow into thought leadership, showing firms mergers-and-acquisitions trends and what issues tend to surface. **Full Story:** LawSites blog (4/10)



## BUSINESS AND FINANCIAL MANAGEMENT

### It's a trend: Associates are not afraid to say goodbye

The National Association for Law Placement reports that turnover among associates is at a record high, with 82% of departures last year coming within five years of hiring. Firms participating in the survey hired 5,236 associates in 2023 and lost 3,875; the share of women hired was 52%, while 34% were people of color. **Full Story:** ABA Journal (4/11)



## FREE EBOOKS AND RESOURCES

Free eBooks and resources brought to you by our sponsors

- **The Communication Process: Skills to achieve desired outcomes**

- **Microsoft Excel: Unlocking the Power of Spreadsheets**

- **The Top 75 Leadership Quotes of 2023 - Part 1**

- **ChatGPT Newbie: Your Essential Handbook for Navigating ChatGPT**

- **The Visual You - Why Body Language Matters When You Speak**

## KNOWLEDGE MANAGEMENT

### The AI wave is hitting at a time of generational change

AI will give the legal industry a chance to "position itself at the forefront of this exciting new frontier" if all the pieces can be made to fit together, writes Christine Porras of litigation support firm Array. In this commentary, Porras surveys the landscape and notes that millennials and Gen Z expect to work with the latest technology. **Full Story:** JD Supra (4/8)



## LITIGATION AND PRACTICE SUPPORT

### 7 reasons to pay attention to your body language

Consciously using gestures when you speak can create a sense of trust in your audience, make you appear more credible and confident and help you be more succinct and organized with your thoughts,



writes author and communications expert Frankie Kemp. "Not only do we formulate our thinking as we gesture, but movements help us express these thoughts," Kemp notes. **Full Story:** SmartBrief/Leadership (4/9)



European Central Bank President Christine Lagarde (Kirill Kudryavtsev/Getty Images)

## How your first and last words create a "sticky" speech

Audiences will remember the first and last things you say in your speech or presentation, so choose something that will capture their attention, such as humor, a story, a quotation or a question, writes communication expert Gary Genard. To make a speech "sticky," the ending should "vividly re-focus listeners on your core message," Genard notes. **Full Story:** The Genard Method (4/7)



**LEADERSHIP AND PROFESSIONAL DEVELOPMENT**

## Unequal workplace flexibility causes strain, report finds

An Owl Labs report found 11% of employees feel excluded because of unequal flexible work policies, while 13% resent their employers for allowing others to have more flexibility. "To help foster positive feelings instead of confusion about flexibility, leaders should communicate why it's important that everyone can schedule their own task-based hybrid work so they can be most productive -- such as conducting meetings and brainstorms in-office and focusing on solo projects at home or in a 'third space' like a cafe," the report said. **Full Story:** Human Resources Director (4/5)

## Don't confuse kindness with weakness or being nice



Leading with kindness should not be mistaken for weakness or even being nice; instead, it is a way to invest in others so they can claim their agency, with the hope for a future return on their goodwill, writes James Rhee, the Johnson Chair of Entrepreneurship at Howard University, in this excerpt from his book "Red Helicopter -- A Parable For Our Times." "By calling on us to behave in ways that might, on the surface at least, run counter to our self-interest, kindness also requires courage -- and a leap of faith," Rhee writes. **Full Story:** Fast Company (tiered subscription model) (4/9)

(PeopleImages/Getty Images)

## ILTA NEWS

### April 29-May 1: ILTA EVOLVE focus on gen AI, cybersecurity

ILTA EVOLVE is ILTA's newest high-profile conference that will dive deep into the legaltech community's latest challenges and explore emergent issues. Each year, two focus areas will be chosen based on industry demand and challenges, and trending change, and this year's focus: generative artificial Intelligence and cybersecurity. Join us and your peers April 29-May 1 in Charlotte, North Carolina.



**LEARN MORE ABOUT ILTA:**

About ILTA  |  Membership  |  Virtual and In Person Events
Career Center  |  For Corporate Legal  |  ILTA Sponsor Directory



### Who Said It?

*Trust in yourself, embrace challenges as opportunities for growth, and strive to become the best version of yourself.*

Kimberly Washington or Susan Kilrain

Check your answer here.





Sharing ILTA SmartBrief with your network keeps the quality of content high and these newsletters free.

### Help Spread the Word

**SHARE**

Or copy and share your personalized link:

**smartbrief.com/ilta/?referrerId=nbwLxZoqPj**

JR - 01734
PRR-2025-0179





## 7 Ways to Retire Comfortably With $1,000,000+

Thousands of investors have used **The Definitive Guide to Retirement Income** to help prepare a comfortable retirement—get your free copy now!

**Learn More**

FISHER INVESTMENTS®

Powered by  LiveIntent



SmartBrief publishes more than 200 free industry newsletters - Browse our portfolio

Sign Up  |  Update Profile  |  Advertise with SmartBrief

Unsubscribe  |  Privacy policy

**CONTACT US: FEEDBACK  |  ADVERTISE**

SmartBrief

Copyright © 2024 SmartBrief. All Rights Reserved.
A division of Future US LLC
Full 7th Floor, 130 West 42nd Street, New York, NY, 10036.

**From:** Gene Thomas <gene.thomas@microsoft.com>
**To:** Undisclosed recipients:;
**Subject:** Microsoft Services | Proactive Weekly Mailing | January 11-15, 2021
**Date:** Sat, 9 Jan 2021 00:01:05 +0000
**Importance:** Normal
**Attachments:** [Proactive]Microsoft_Digital_Events.pdf; Microsoft_Security_Slate_-_January_7,_2021.pdf; [Proactive]Microsoft_Team_Blogs.pdf; [Proactive]Microsoft_Azure_Team_Blogs.pdf; Unified_News_-_January_2021.pdf
**Embedded:** unnamed
**Inline-Images:** image002.jpg

---

[EXTERNAL]

 Services Communications



Greetings!

Below is the weekly proactive mailing to keep you and your IT Staff well informed. If you have any questions regarding a product or service, please let me know!  Thank you!

| Microsoft Digital Events | A complete listing of online media events happening this week. |
|---|---|
| **Microsoft Security Slate** Jan. 7, 2021 | The Security Slate provides snapshots of the latest worldwide-security news, including security updates, threats, intelligence, privacy and the most up-to-date security information from Microsoft. |
| **FREE Webinars** | 1/12 10AM CT | Azure Sentinel: Machine Learning detections in the AI infused Azure Sentinel SIEM<br>New 1/12 NOON CT | Increase Control with Azure IaaS and Dedicated Hosts |

1/13 1PM CT | Cloud Adoption: Examine your cloud adoption plan

1/14 4PM CT | A beginner's guide to reinforcement learning

1/19 10AM CT | Azure Sentinel: Azure Notebooks Fundamentals – How to get started

New 1/19 11AM CT | Ask Microsoft Anything: Azure Migration

1/20 10AM CT | Surface for Business Live Event

1/20 10AM CT | Azure Defender for IoT: Leveraging OT Behavioral Analytics and Zero Trust for OT Cyber Resilience

New 1/20 11AM CT | Ask Microsoft Anything: Azure Data Explorer

1/20 NOON CT | Four Ways to Take Your Data Security to the Next Level

1/20 1PM CT | Cloud Adoption: Build a landing zone that supports your goals

New 1/20 2PM CT | Microsoft Tech Talk: Claims Analysis the Easy Way

1/21 10AM CT | Azure Sentinel: Auditing and monitoring your Azure Sentinel workspace

1/21 11AM CT | Windows 10 Office Hours: Managing Updates & Devices

1/21 NOON CT | Get Your App Up and Running with Kubernetes and KEDA

1/26 9AM CT | Microsoft Collaboratorium – Utilities Edition

1/26 10AM CT | Microsoft Teams Collaboratorium: Smarter Meetings

1/26 NOON-2PM CT | Teams Platform Roadshow

1/27 10AM CT | Introduction to Azure Purview

1/27 1PM CT | Cloud Adoption: Establish the right operating principles

1/28 10AM CT | Microsoft Teams Collaboratorium: Transform collaboration

New 1/28 10AM CT – 1/29 11AM CT | Ask Microsoft Anything: Dynamics 365 Marketing with Lori Lamkin, Vice President of Dynamics 365 Marketing

1/28 11AM-6PM CT | Windows Virtual Desktop Master Class

New 1/28 NOON CT | Ask Microsoft Anything: Azure HDInsight

New 1/28 NOON CT | Microsoft Tech Talk: Enterprise Landing Zones – How to Ease into Infra as code

1/28 1PM CT | Thrive in the remote and hybrid workplace with Microsoft Teams

New 2/2 10AM CT | Microsoft Teams Collaboratorium: Adapt and automate

2/3 10AM CT | Confidential computing nodes on Azure Kubernetes Service

2/3 1PM CT | Cloud Adoption: Drive agility in your business with Azure

New 2/4 10AM CT | Microsoft Teams Collaboratorium: Work freely and stay secure

2/4 10AM CT | Azure Sentinel: Accelerate your Azure Sentinel deployment with the all-in-one accelerator

2/4 11AM CT | Microsoft Tech Talk: Microsoft Teams Phone System

2/10 10AM CT | Extending Microsoft Information Protection with high value third party solutions

2/10 11AM CT | Cloud Adoption: Architect your solutions to optimize your workload

2/16 11AM CT | Microsoft Envision Digital Event

2/18 10AM CT | Azure Sentinel: Best practices for converting detection rules from Splunk, QRadar and ArcSight to Azure Sentinel rules

2/18 11AM CT | Windows 10 Office Hours: Managing Updates & Devices

New January Dates! **Microsoft Virtual Training Days** | Get the most of the Cloud with Microsoft Skilling Events (Azure Fundamentals, Dynamics 365, Microsoft 365)

New Jan./Feb. Dates! Dynamics 365 Tech Talk Series: Technical and functional best practices for Dynamics 365.

New Jan./Feb. Dates! The Art of Possible: Imagine a new way of working Learn how to transform the way you work & embrace change as a powerful tactic to ensure your success.

New January Dates! Get up & running with Microsoft Teams! Upgrade & End User Tips!

New January Dates! Test drive Microsoft Teams in a live cloud environment!

New January Dates! Test drive the latest Microsoft security, productivity and business tools in a live cloud environment!

New January Dates! Test drive the latest Microsoft cloud solutions in an online, hands on Azure environment.

| | |
|---|---|
| **Microsoft Team Blogs** | Get the latest news from the Microsoft Team Blogs (92 Microsoft Team blogs searched, 12 blogs have new articles. 22 new articles found searching from 28-Dec-2020 to 03-Jan-2021). |

| **Microsoft Azure Team Blogs** | Check out the latest Azure News! Articles from 28-Dec-2020 to 04-Jan-2021 regarding PaaS, IaaS, Networking, storage, Internet of Things, Monitoring & Management, and more! |
|---|---|

fac  twitt  link  vout  vam

Copyright ©Microsoft Corporation. All rights reserved.
Privacy Statement

Microsoft Corporation, One Microsoft Way, Redmond, WA 98052 USA





## Top of the News

[Nissan source code leaked online after Git repo misconfiguration](#)

*ZDNet*

A misconfigured Git server has led to the exposure of source code of mobile apps and internal tools developed and used by Nissan North America. The server contained its default username/password combination of "admin"/"admin."

[Ticketmaster admits it hacked rival company before it went out of business](#)

*Ars technica*

Ticketmaster has agreed to pay a $10 million criminal fine after admitting that one of its employees—who used to work for a rival company—provided Ticketmaster executives with internal and confidential financial documents from the previous employer.

[T-Mobile data breach exposed phone numbers, call records](#)

*BleepingComputer*

Beginning December 29, 2020, T-Mobile began texting affected customers that a "[security incident](#)" exposed CPNI (customer proprietary network information). T-Mobile told *BleepingComputer* that less than 0.2 percent of its customer based was affected. This is the company's fourth breach since 2018.

## Microsoft security news

[Forcepoint and Microsoft: Risk-based access control for the remote workforce](#)

*Microsoft Security Blog*

JR - 01739
PRR-2025-0179

This post describes how Forcepoint partnered with the Azure Active Directory team on a series of integrations designed to provide remote workers secure access to their cloud and legacy on-premise applications.

Privacy breaches: Using Microsoft 365 Advanced Audit and Advanced eDiscovery to minimize impact

*Microsoft Security Blog*

The Microsoft 365 Advanced Audit solution makes a range of data available that is focused on what will be useful to respond to crucial events and forensic investigations. Advanced Audit provides the following crucial events:

- MailItemsAccessed: Triggered when mail data is accessed by mail protocols and mail clients
- Send: Triggered when a user sends, replies to, or forwards an email message
- SearchQueryInitiatedExchange: Triggered when a user searches for items in an Exchange mailbox
- SearchQueryInitiatedSharePoint: Triggered when a user searches for items in SharePoint sites of the organization

Introducing Azure Health Bot—an evolution of Microsoft Healthcare Bot with new functionality

*Microsoft Azure Blog*

Microsoft Healthcare Bot service is moving to Azure, further empowering organizations to benefit from Azure's enhanced tooling, security, and compliance offerings. As a native Azure service, Azure Health Bot benefits from Azure's security investments and the 99.9 percent SLA commitment.

Attack simulation training in Microsoft Defender for Office 365 now Generally Available

*Microsoft Security and Compliance Blog*

Attack simulation training is an intelligent social engineering risk management tool that automates the creation and management of phishing simulations to help customers detect, prioritize, and remediate phishing risks.

How managed identities work on Azure resources

*Microsoft Apps on Azure Blog*

By assigning service principals to the identities on Azure AD, managed identities on Azure helps solve the challenge of how to store and retrieve source code without having to save any credentials.

[Why did my availability test fail while my website is still available?](#)

*Microsoft Azure Monitor Blog*

The new Availability Troubleshooting Report can help you understand why you may have problems accessing applications or alert you to potential issues while all metrics indicate it is healthy.

[What's new: Improved Analytics Preview Graph in public preview](#)

*Microsoft Azure Sentinel Blog*

Preview Graph runs a simulation against the last 50 evaluations of an existing scheduled analytic rule and outputs a graph indicating the number of alerts that the rule generated based on the average number of alerts expected per day.

[Detecting Azure Cost Anomalies](#)

*Microsoft Core Infrastructure and Security Blog*

The blog explains how to load cost data into Log Analytics to detect anomalies.

[Azure Sentinel: Using rule templates](#)

*Microsoft ITOps Talk Blog*

The post looks at some of the built-in templates you can activate to query and alert on activity data from different sources.

Note: Please see the Solorigate Resource Center ([https://aka.ms/solorigate](https://aka.ms/solorigate)) for the most up-to-date information from Microsoft on the recent SolarWinds attack.

**More Microsoft headlines**

[Staying up to date on Intune new features, service changes, and service health](#)
[Enabling your organization for safe online meetings and collaboration with Microsoft Teams](#)
[Access storage accounts behind firewalls from logic apps within the same region](#)
[Nursing hackathon delivered innovative solutions designed to reimagine care delivery - webcast](#) – January 21, 2021, 11:00 AM Eastern Time
[Troubleshooting Third Party Updates in MEM CM Hierarchy](#)
[4 common analytics scenarios to build business agility](#)

**Azure Monitor Status**

[Experiencing Alerting failure for Log Search Alerts - 01/05 - Resolved](#)

**Azure Database Support Blog**

[LAUNCH: Azure SQL News and Data Exposed Update: January 2021 | Data Exposed Live](#)

See [Azure Status](#) for real-time updates on the status of Azure products and services by region.

## Attacks and breaches

[Data from August breach of Amazon partner Juspay dumped online](#)

*Threatpost*

Information of 35 million credit card users who use Juspay, which handles payments for Amazon and other online retailers in India, has been discovered online. The data was harvested from a breach of a Juspay server in August 2020.

[Over a third of TMT firms hit by security breach in 2020](#)

*Infosecurity*

More than one-third of technology, media, and telecoms (TMT) companies in the UK suffered a serious cyber incident in 2020, leading to a median loss of nearly USD40,000. Phishing accounted for 53 percent of incidents.

[Italian mobile operator offers to replace SIM cards after massive data breach](#)

*ZDNet*

Following a January 4, 2021, data breach, Ho Mobile, an Italian mobile operator owned by Vodafone, is offering to replace the SIM cards of all affected customers.

[Cyber attack on budget department in the Dominican Republic](#)

*Prensa Latina*

The General Budget Department of the Dominican Republic on December 27, 2020, suffered a cyberattack.

[Koei Tecmo discloses data breach after hacker leaks stolen data](#)

*BleepingComputer*

The Japanese game developer disclosed a data breach and took down their US and European websites after hackers leaked a forum database containing information on 65,000 users.

Malaysia's armed forces confirms cyber-attack on network

*The Straits Times*

The Malaysian Armed Forces (MAF) says that a December 29, 2020, cyberattack was an attempt to steal information from the government.

One million compromised accounts found at top gaming firms

*Infosecurity*

After investigating the top 25 publicly listed gaming companies based on revenue, researchers discovered nearly 1 million compromised accounts related to employee- and customer-facing resources.

## Threats and vulnerabilities

Cybercriminals ramp up exploits against serious Zyxel flaw

*Threatpost*

A vulnerability in the firmware of more than 100,000 Zyxel networking products could allow an attacker to log in with administrative privileges and take over the device.

Data stolen from Hackney Council posted on dark web by ransomware gang

*GrahamCluley.com*

The PYSA (Protect Your System Amigo) ransomware group has released files they claim to have stolen from the London borough council of Hackney during an attack in October 2020.

Related reading: Ransomware victims' data published via DDoSecrets

Nvidia warns windows gamers of high-severity graphics driver flaws

*Threatpost*

Nvidia on January 7, 2021, issued updates addressing 16 vulnerabilities affecting its graphics driver.

Researchers disclose details of FIN7 hacking group's malware

*Bank Info Security*

Researchers have discovered a new variant of JSSLoader, which the FIN7 hacking group has used for several years. FIN7 is a financially motivated hacking group known to use spear-phishing attacks to target victims.

Cyber criminals are taking aim at online gaming for their next big pay day

*ZDNet*

Nearly 1 million compromised accounts providing internal access to video game companies are for sale on the dark web, allowing attackers access to the company network or even the networks of other businesses that are part of the compromised target's supply chain.

Malware uses WiFi BSSID for victim identification

*ZDNet*

A new form of malware is collecting the Wi-Fi BSSID (basic service set identifier) against a free database of known BSSIDs and their last geographical location. The malware is thus able to determine the physical geographical location of the Wi-Fi access point the victim was using to access the internet.

Citrix adds NetScaler ADC setting to block recent DDoS attacks

*BleepingComputer*

Citrix has released a feature enhancement designed to block attackers from using the Datagram Transport Layer Security (DTLS) feature of Citrix ADC and Gateway devices in DDoS attacks.

PayPal users targeted in new SMS phishing campaign

*We Live Security*

SMS text messages claiming to be from PayPal inform users that their accounts have been "permanently limited" and that they need to click on the link to verify their identity.

## Security pro

10 fastest-growing cybersecurity skills to learn in 2021

*TechRepublic*

According to the latest report from Atlas VPN, the top-growing cybersecurity skills for 2021 to 2025 are application development security (expected demand to increase by 164 percent), cloud security (expected demand to increase by 115 percent), risk management (60 percent), and threat intelligence (41 percent).

## COVID-19's acceleration of cloud migration & identity-centric security

*DarkReading*

The article includes tips for updating access control methods that accommodate new remote working norms without sacrificing security.

## For cybersecurity, people are the new perimeter

*Fedscoop*

A traditional outside-in perimeter approach is no longer sufficient for keeping critical data and applications secure. With people as the new perimeter, zero trust is a must for securing newly distributed agency workforces and ensuring users identity.

## Tactics for effectively communicating cybersecurity risk to boards of directors outlined in new ISACA paper

*Global Banking and Finance Review*

"Reporting Cybersecurity Risk to the Board of Directors" outlines how cybersecurity and risk professionals can effectively communicate with their boards about cybersecurity and its link to business objectives.

## Five common excuses for lack of firmware security

*Infosecurity*

1. Bad actors need physical access to infiltrate the network.
2. The supply chain process has inherent security checks.
3. The firmware is already secure.
4. There are other things to prioritize.
5. Firmware attacks are not real.

# Government, regulatory, privacy

## FBI warns of Egregor ransomware extorting businesses worldwide

*BleepingComputer*

The US Federal Bureau of Investigation (FBI) on January 6, 2020, issued a security alert warning private sector companies that the Egregor ransomware operation is actively targeting and extorting businesses worldwide.

## Most public sector victims refuse to pay ransomware gangs

*Infosecurity*

New research suggests that 86 percent of public sector respondents targeted with ransomware refused to pay, compared to an average of 43 percent across all verticals.

NSA releases guidance on obsolete encryption tools

*Bank Info Security*

The National Security Agency (NSA) recommends that system administrators working at the Department of Defense, other US government agencies that oversee national security issues, and private firms and third parties that supply agencies with technology replace obsolete Transport Layer Security (TLS) and Secure Sockets Layer (SSL) network protocols.

Singapore changes the rules and will now use COVID-19 contact-tracing app data in criminal cases

*The Register*

The Singapore government will use data gathered by its TraceTogether COVID-19-coronavirus contact-tracing app in criminal investigations.

Even small nations have jumped into the cyber espionage game

*DarkReading*

The accessibility of commercial spyware and surveillance tools are making sophisticated attacks using a variety of zero-click exploits within the reach of smaller nations.

Washington sets IoT cybersecurity standards

*Semiconductor Engineering*

The article questions the robustness of the IoT Cybersecurity Improvement Act of 2020.

Related reading: White House releases maritime cybersecurity update

WhatsApp updates privacy policy to enable sharing more data with Facebook

*We Live Security*

WhatsApp is notifying users in many parts of the world that as of February 8, 2021, it will share some of their data with Facebook, the chat app's parent company.

Brazilians mostly unaware of data protection regulations

*ZDNet*

More than 70 percent of consumers in Brazil are not familiar with General Data Protection Regulations (GDPR); 90 percent feel their personal information is not appropriately protected by companies.

## Good, bad, ugly

### [Disgruntled former VP hacks company, disrupts PPE supply, earns jail term](#)

*ZDNet*

A former vice president for Stradis Healthcare, a medical equipment packaging company that facilitates the delivery of PPE (personal protective equipment), has been sentenced for sabotaging systems and causing shipment delays. The former employee created a fake account while employed at Stradis, then used it to maintain secret access and disrupt the company's systems.

### [IRS stimulus check scams aim to snatch your payment. Know these facts now](#)

*CNET*

As the second round of stimulus checks are being delivered by the IRS (Internal Revenue Service), remember the following:

1. The IRS will never text you.
2. The IRS won't call or email you to verify your information.
3. Official terminology is "economic impact payment." Be wary of communications that use "stimulus check" or "stimulus payment."
4. In most cases, you do not need to take any action to receive your payment.

### [TikTok faces legal action from 12-year-old girl in England](#)

*BBC*

The girl is hoping to take legal action against TikTok, claiming that the platform uses children's data unlawfully; she is supported by the Children's Commissioner for England. A court has ruled that she can remain anonymous if the case continues due to the risk of cyberbullying.

### [Adobe Flash rides off into the sunset](#)

*The Verge*

"It's over."

Related reading: [UPDATE: Adobe Flash Player end of support on December 31, 2020,](#) [Flash no longer supported by Adobe: How to remove it from Mac](#)

| Microsoft Blogs | Microsoft on Twitter | |
|---|---|---|
| [Microsoft 365 compliance center](#) | [Ann Johnson](#) | [Safer Online by MSFT](#) |

| | | |
|---|---|---|
| [Microsoft Azure Blog](#) | [Mark Russinovich](#) | [Security Response (MSRC)](#) |
| [Microsoft Lifecycle Policy](#) | [Alex Simons](#) | **Partner related** |
| [Microsoft Security Blog](#) | [Brad Smith](#) | [Microsoft Partner](#) |
| [Microsoft security help & learning](#) | [Microsoft Azure](#) | [Microsoft US Partner](#) |
| [Microsoft Security Intelligence](#) | [Microsoft on the Issues](#) | [Microsoft Partner UK](#) |
| [Microsoft Security Response Center](#) | [Microsoft Privacy](#) | [Microsoft Partner France](#) |
| [Security Update Guide](#) | [Microsoft Security](#) | [Microsoft NZ Partner](#) |
| [Windows 10 release information](#) | [MSFT Security Intel](#) | [MVPAwardProgram](#) |

*The Microsoft Security Slate is a customer-ready, weekly newsletter geared to Microsoft Premier customers and partners. The Slate provides a scannable, relevant, and consumable snapshot of the week's security news and headlines.*

*Many news sites require registration, charge a subscription fee, or restrict the number of articles; such policies can change without warning.*

*Microsoft is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by Microsoft of the site. The links are not under the control of Microsoft and Microsoft is not responsible for the contents of any linked site or any link contained in a linked site, or any changes or updates to such sites. Microsoft is not responsible for webcasting of any other form of transmission received from any linked site.*

*Please contact your Customer Success Account Manager for subscription assistance.*

<span style="color:red">Microsoft customers: Do not forward or redistribute.</span>

© 2021 Microsoft 

# MICROSOFT PREMIER & UNIFIED SERVICES

## MONTHLY NEWSLETTER – JANUARY 2021

| | |
|---|---|
| Top News | Exchange |
| Late Breaking News | Skype & Teams |
| How Microsoft does "IT" | System Center & IOT |
| Executive Briefings | Dynamics |
| Threat & Vulnerability Mgmt. | Office |
| Azure | Other Info |
| PowerShell | Developer |
| Windows | Monthly Reminders |
| Virtualization | Taste of Premier & Support Webcasts |
| SQL, Big Data & AI | Security Update Guidance |
| SharePoint | Support Lifecycle |

## MICROSOFT NEWS AND PRODUCT INFO FROM MICROSOFT.COM AND PRODUCT TEAM BLOGS

### TOP NEWS                                                                    BACK TO TOP

- The acceleration of hybrid learning for higher-ed students and faculty: Though the need to move online created challenges, it also inspired solutions that will have long-lasting effects on higher education.

- Food security, cancer research and more: meet the people making a difference in Seattle and beyond: n 2019, 77% of U.S. employees participated in what is called the Giving Campaign, by giving their time and by providing cash donations matched by the company. Here are three stories of the individuals and organizations involved, and the impact the program has on the community.

- Successful COVID-19 vaccine delivery requires strong tech partnerships: Technology plays an essential role in the secure, safe and equitable distribution of the vaccine and strategic partnerships will enable us to achieve our goals and meet the challenges ahead.

### LATE BREAKING NEWS                                                          BACK TO TOP

- A Roadmap to Coming Back Stronger from the Pandemic: Can we emerge from the pandemic stronger? That question and its possible answers are the subject of a special four-part series of podcasts discussed here.

- Zero Trust networking: Sharing lessons for leaders: Microsoft is implementing Zero Trust networking to support its Zero Trust initiative, and Microsoft network team is sharing lessons learned and best practices.

### HOW MICROSOFT DOES "IT"                                                     BACK TO TOP

1

- **Modernizing Microsoft consulting services with move to SAP on Microsoft Azure**: Microsoft consultants in the field support thousands of customers, and they can track project delivery, invoicing, and revenue with a modernized customer resource management solution.

- **Meet the Microsoft team bringing human connection back to holiday retail sales**: We know that our customers love getting personalized recommendations and product support from our retail associates. We wanted to ensure they would be able to have this same experience virtually.

## EXECUTIVE BRIEFINGS                                            BACK TO TOP

- **Microsoft adopts proactive method for preventing and mitigating failures**: Microsoft has always worked hard to ensure that its customers have reliable software tools, but it experiences problems as well. To reduce the severity and length of system failures, Core Services Engineering and Operations (CSEO)—the engineering organization at Microsoft that builds and manages the products, processes, and services that Microsoft runs on—has created a standard engineering set of tools to identify where failures might occur and how to address them.

- **Microsoft's digital security team answers your Top 10 questions on Zero Trust**: Our internal digital security team at Microsoft spends a fair amount of time talking to enterprise customers who face challenges similar to the ones we do when it comes to managing and securing our globally complex enterprise using a Zero Trust security model. While every organization is unique, and Zero Trust isn't a "one size fits all" approach, nearly every CIO, CTO, or CISO that we talk to is curious to learn more about our best practices.

## THREAT & VULNERABILITY MGMT.                                    BACK TO TOP

- **Important steps for customers to protect themselves from recent nation-state cyberattacks**: We also want to reassure our customers that we have not identified any Microsoft product or cloud service vulnerabilities in these investigations.

- Windows: **Mitigate zero-day vulnerabilities - threat and vulnerability management**: Once a zero-day vulnerability has been found, information about it will be conveyed through the following experiences in the Microsoft Defender Security Center.

- Azure: **Azure Defender for SQL**: It includes functionality for discovering and classifying sensitive data, surfacing and mitigating potential database vulnerabilities, and detecting anomalous activities that could indicate a threat to your database.

- Identity: **Securely manage and autofill passwords across all your mobile devices with Microsoft Authenticator**: These passwords can be synced across mobile and desktop, so you can seamlessly autofill passwords as you move across devices.

- Mobility: **Choose between Basic Mobility and Security or Intune**: Both Basic Mobility and Security and Intune are included in a variety of plans, described in the following table.

- 365: **Get email notifications on new incidents from Microsoft 365 Defender**: Get notifications based on incident severity or by device group. You can also choose to only be notified on the first update for each incident.

## AZURE                                                          BACK TO TOP

JR - 01750
PRR-2025-0179

- Azure AD workbook to help you assess Solorigate risk: The information in this workbook is available in Azure AD audit and sign in logs, but the workbook helps you collect and visualize the information in one view.

- Protecting Microsoft 365 from on-premises attacks: This document will show you how to configure your systems to protect your Microsoft 365 cloud environment from on-premises compromise.

- Video Indexer Introduces Expanded Regions, Multi-language Identification and Transcription and More.: Video Indexer provides the unique capability of automating the identification of spoken languages within a video for transcription.

## POWERSHELL                                                         BACK TO TOP

- Best of Showcase: How Microsoft employees turned to the Microsoft Power Platform in 2020: Sometimes it's best to solve problems yourself, especially in 2020. Citizen development became a big theme at large companies in 2020, including internally at Microsoft, where employees of all types and experience levels used the Microsoft Power Platform to solve challenges on their own.

- Analyzing Solorigate, the compromised DLL file that started a sophisticated cyberattack, and how Microsoft Defender helps protect customers: We, along with the security industry and our partners, continue to investigate the extent of the Solorigate attack. While investigations are underway, we want to provide the defender community with intelligence to understand the scope, impact, remediation guidance, and product detections and protections we have built in as a result. We have established a resource center that is constantly updated as more information becomes available at https://aka.ms/solorigate.

- How to Create Elastic Jobs in Azure SQL Database Using PowerShell | Data Exposed: In this episode of Data Exposed, Kate Smith walks us through the process of how to create Elastic Jobs for Azure SQL using PowerShell.

## WINDOWS                                                           BACK TO TOP

- Risky business – why sensitive company information is under greater threat than before: Mistakes that cost companies millions of dollars come in all shapes and forms. For one well-known credit agency, it was an unpatched framework in one of its databases. The oversite cost the agency around $575 million when personal information belonging to almost 150 million people was lost.

- 3 ways to get better organized in 2021: Our homes have never worked harder for us than they are right now. A home is our office, school, gym, sanctuary, and safe retreat from the world. That means it's more important than ever to have organization systems in place to keep key parts of your home humming along. See how these organization tips can help you achieve some of your New Year's resolutions.

- 20 ways classrooms came together in 2020 with Microsoft Education: This year, we saw millions of classrooms come together in unexpected ways. While it might not have been easy from behind a mask or computer screen, everyone in the Microsoft Education community—from principals and teachers to students and parents—have shown flexibility and resilience this year. The community has worked together to create engaging and inclusive learning environments, support one another, and even have fun. As we reflect on the year, we're sharing 20 highlights from Microsoft Education in 2020, and the technology that helped us get through it together.

## VIRTUALIZATION                                                    BACK TO TOP

JR - 01751
PRR-2025-0179

- Windows N-tier application on Azure: This reference architecture shows how to deploy virtual machines (VMs) and a virtual network configured for an N-tier application, using SQL Server on Windows for the data tier.

- Tutorial: Create a host pool to validate service updates: This allows you to monitor service updates before the service applies them to your standard or non-validation environment.

## SQL, BIG DATA & AI                                                          BACK TO TOP

- SQL Server Big Data Clusters CU8 release surfaces Encryption at Rest capabilities and more: We've also surfaced a number of documentation articles to help you plan and deploy more advanced Active Directory enabled BDC scenarios on Azure Kubernetes Services (AKS).

- How to Automate Disaster Recovery in SQL Server On-Prem | Data Exposed: MVP Edition: Join Chrissy LeMaire in this episode of Data Exposed as she demos how disaster recovery can be simplified using the SQL Community's SQL Server PowerShell module, dbatools.

- Introducing adutil - A tool to ease configuration of AD authentication for SQL on Linux/Containers: Until today, when configuring the AD authentication for SQL on Linux, for creation of "AD user for SQL Server and setting SPNs" you needed to switch from Linux to Windows machine and then switch back to Linux machine to continue with the rest of steps.

## SHAREPOINT                                                                  BACK TO TOP

- Over 200 million users rely on SharePoint as Microsoft is again recognized as a Leader in the 2020 Gartner Content Services Platforms Magic Quadrant Report: Today, SharePoint powers a growing number of experiences across Microsoft 365. From files, lists, and videos to engaging sites, custom apps, and knowledge solutions—on the desktop, web, mobile, and increasingly, inside Microsoft Teams, SharePoint is the most flexible content collaboration platform in the industry. And for the fourth year running, Microsoft has been recognized as a Leader in the Gartner Content Services Platforms Magic Quadrant for 2020. We are humbled by our customers' and partners' enthusiasm and the SharePoint ecosystem is growing faster than ever, passing a new milestone with more than 200 million monthly active users in the cloud.

- "SharePoint drives me crazy!" 🎙 – The Intrazone podcast: In this episode, Chris and I talk with Joanne Klein (SharePoint and Microsoft 365 consultant), Ruven Gotz (Director, Workplace eXperience Lead, Avanade) and Daniel Glenn (Microsoft 365 Practice Lead, InfoWorks) about what sent them to the crazy farm, and back. You'll hear their stories of tech-driven insanity, and why they all stuck with SharePoint through the years. The outcome: "lessons learned," promoted "best practices", and insights on a product that's matured as a service year over year.

- SharePoint Roadmap Pitstop: December 2020: To close out the year, December 2020 brought many a new offering: SharePoint site header updates, send pages to Yammer, "SharePoint Success" site template, add Microsoft Teams to SharePoint team sites update (aka, Teamify), Microsoft Lists adoption center, Microsoft Graph Toolkit v2.0, and more. Details and screenshots below, including our audible companion: The Intrazone Roadmap Pitstop: December 2020 podcast episode – all to help answer, "What's rolling out now for SharePoint and related technologies into Microsoft 365?" Blink. Breathe.

## EXCHANGE                                                                    BACK TO TOP

JR - 01752
PRR-2025-0179

- **Cumulative Update 8 for Exchange Server 2019**: Cumulative Update 8 for Microsoft Exchange Server 2019 was released on December 15, 2020. It includes fixes for nonsecurity issues and all previously released fixes for security and nonsecurity issues. These fixes will also be included in later cumulative updates for Exchange Server 2019. This update also resolves vulnerabilities, see Microsoft Common Vulnerabilities and Exposures CVE-2020-17117, CVE-2020-17132, CVE-2020-17141, CVE-2020-17142, CVE-2020-17143. This update also includes new daylight saving time (DST) updates for Exchange Server 2019.

- **Exchange Server supportability matrix**: The Exchange Server supportability matrix provides a central source for Exchange administrators to easily locate information about the level of support available for any configuration or required component for supported versions of Microsoft Exchange Server.

## SKYPE & TEAMS                                                                                       BACK TO TOP

- **Deploy Microsoft Teams Rooms with Microsoft 365 or Office 365**: The easiest way to set up user accounts is to configure them using remote Windows PowerShell. Microsoft provides SkypeRoomProvisioningScript.ps1, a script that will help create new user accounts, or validate existing resource accounts you have in order to help you turn them into compatible Microsoft Teams Rooms user accounts. If you prefer, you can follow the steps below to configure accounts your Microsoft Teams Rooms device will use.

- **Understand Microsoft Teams and Skype for Business coexistence and interoperability**: This article is part of the Project Definition stage of your upgrade journey, an activity you complete after you create a sponsorship coalition and project team and define the scope, goals, and vision for your project.

- **PSTN considerations for upgrading to Teams from Skype for Business on-premises**: This article describes Public Switched Telephone Network (PSTN) considerations when upgrading to Teams.

## SYSTEM CENTER & IOT                                                                                 BACK TO TOP

- IOT: **IoT Hub support for virtual networks with Private Link and Managed Identity**: By default, IoT Hub's hostnames map to a public endpoint with a publicly routable IP address over the internet. Different customers share this IoT Hub public endpoint, and IoT devices in over wide-area networks and on-premises networks can all access it.

- CM: **Deploy Windows 10 in a test lab using Microsoft Endpoint Configuration Manager**: This guide leverages the proof of concept (PoC) environment, and some settings that are configured in other guides.

- DPM: **ReFS volume using DPM becomes unresponsive on Windows Server 2016**: This article helps to resolve an issue in which DPM or ReFS volume becomes unresponsive on Windows Server 2016.

- OM: **System Center Technologies for SDN**: This article reviews what System Center includes for use with Software Defined Networking (SDN).

- Orchestrator: **Migrate Orchestrator between environments**: This topic describes how to automatically move Orchestrator between environments. This could be useful when you want to just move to a new SQL Server 2008 R2 or if you want to move some or all of the components of Orchestrator.

- VMM: **Supported storage arrays**: This article details the supported arrays for System Center 2019 - Virtual Machine Manager (VMM).

## DYNAMICS                                                                                            BACK TO TOP

- **Welcome to Dynamics 365 Business Central**: Business Central is a business management solution for small and mid-sized organizations that automates and streamlines business processes and helps you manage your business. Highly adaptable and rich with features, Business Central enables companies to manage their business, including finance, manufacturing, sales, shipping, project management, services, and more.

- **Overview of Dynamics 365 App for Outlook**: Use Dynamics 365 App for Outlook to tap the power of Dynamics 365 apps while you're using Outlook on the desktop, web, or phone. When Dynamics 365 App for Outlook is installed, depending on which version of the app you have installed, you'll see a Dynamics 365 apps pane or window next to a selected Outlook email message, or when you're composing an email message or setting up a meeting or appointment.

- **Dynamics 365 media and entertainment accelerator**:  The Dynamics 365 media and entertainment accelerator expands Common Data Model and Microsoft Power Platform into the media and entertainment industries. Version 1.1 of the media and entertainment accelerator includes data entities and attributes that center on the theme of "fan and guest engagement."

- **Data protection and the GDPR**: Dynamics 365 Marketing is prepared to help organizations work in compliance with the GDPR when using the system, but some development work, consultancy assistance, or both, is still necessary. As part of a comprehensive, organization-wide effort, most organizations need to review and update all their information systems to come into complete compliance.

- **Cart module - Commerce | Dynamics 365**: A cart module shows the items that have been added to the cart before the customer proceeds to checkout. The module also shows an order summary and lets the customer apply or remove promotional codes. The cart module supports signed-in checkout and guest checkout. It also supports a Back to shopping link.

- **Design your digital content**: Dynamics 365 Marketing provides an advanced digital-content designer for creating, styling, and previewing the various types of digital content that you can produce and manage with the system.

- **Create a simple customer journey with email messaging**: As you engage potential customers, they start by discovering your product, evaluate whether it meets their needs, look for a good offer, and finally make a purchase. We call this process the customer journey. Use customer journeys to create a model that helps you guide the members of a selected marketing segment through this process by using automated messaging, activity generation, interactive decision points, and more.

- **Provision a Dynamics 365 Commerce evaluation environment**: To successfully provision a Commerce evaluation environment, you must create a project that has a specific product name and type. The environment and Commerce Scale Unit (CSU) also have some specific parameters that you must use when you expect to provision e-Commerce later. The instructions in this topic describe all the steps that are required to complete provisioning and the parameters that you must use.

- **Backup and restore environments - Power Platform**: Protecting your data in customer engagement apps (Dynamics 365 Sales, Dynamics 365 Customer Service, Dynamics 365 Field Service, Dynamics 365 Marketing, and Dynamics 365 Project Service Automation), and providing continuous availability of service are important. You have multiple options for backing up and restoring your environments.

- **Enrich customer profiles with brand and interest affinities**: Use proprietary data from the Microsoft Graph to enrich your customer data with brand and interest affinities. These affinities are determined based on data from people with similar demographics to your customers. This information helps you to better understand and segment your customers based on their affinities to specific brands and interests.

JR - 01754
PRR-2025-0179

- [Set up subscription lists and subscription centers](): A subscription center is a marketing page that known contacts can use to manage their communication preferences and contact details with your organization. All marketing email messages that you create by using Dynamics 365 Marketing must include a link to a subscription center.

## OFFICE BACK TO TOP

- [Overview of shared computer activation for Microsoft 365 Apps](): Shared computer activation lets you deploy Microsoft 365 Apps to a computer in your organization that is accessed by multiple users.
- [Microsoft Defender for Office 365](): If you're new to Microsoft Defender for Office 365 or learn best by doing, you may benefit from breaking initial Defender for Office 365 configuration into chunks, investigating, and viewing reports using this article as a reference.
- [Use sensitivity labels in Office apps](): Use the information in this article to help you successfully manage sensitivity labels in Office apps. For example, identify the minimum versions of apps you need to support built-in labeling, and understand interactions with the Azure Information Protection unified labeling client and compatibility with other apps and services.
- [Overview of the Office cloud policy service for Microsoft 365 Apps for enterprise](): The Office cloud policy service lets you enforce policy settings for Microsoft 365 Apps for enterprise (previously named Office 365 ProPlus) on a user's device, even if the device isn't domain joined or otherwise managed. When a user signs into Microsoft 365 Apps for enterprise on a device, the policy settings roam to that device.

## OTHER BACK TO TOP

- [Wonder Woman 1984 and Xbox to Surprise Children's Hospitals Across the Country](): Children at these hospitals will be able to power their dreams as they continue the healing process, while Xbox and Gamers Outreach help bring a sense of normalcy to patients and families alike.
- [Welcome to the Green Tech Community](): The community is a partnership between Developer Relations Green Cloud Advocacy and Microsoft's Worldwide Sustainability Community.

## DEVELOPER BACK TO TOP

- Azure: [#DevDecember Week 5: It's a (festive) wrap](): Each week, we asked for your #DevDecember thoughts, starting with the ways you grew this year as developer, and moving on to what communities had your back, what inspired you, and what projects and challenges you were most looking forward to in 2021.

- Windows: [Get a Windows 10 development environment](): Start building Windows applications quickly by using a virtual machine with the latest versions of Windows, the developer tools, SDKs, and samples ready to go

- Edge: [Sleeping Tabs in Microsoft Edge: Delivering better browser performance](): The Microsoft Edge team is on a mission to create a browser that keeps up with you and never slows you down.

- M365: [Office Add-ins community call–December 9, 2020](): We welcome you to submit questions and topic suggestions in advance of each call by using our short survey form.

- Bing: [Website Migration with Bing](): The following content migration guide is a blueprint to be adapted to individual website requirements and used for planned migrations.

JR - 01755
PRR-2025-0179

- Teams: How to create single sign-on authentication for tab apps with Microsoft Teams Toolkit for Visual Studio Code: With over 15,000 installs to date since its release this past summer, the Microsoft Teams Toolkit for Visual Studio Code has quickly become a popular tool that developers use to create, debug, and deploy Microsoft Teams apps.

## MONTHLY REMINDERS                                                    BACK TO TOP

- Microsoft Security Response Center: Protection, detection, and response.

- Malware Protection Center: The Microsoft Malware Protection Center (MMPC) provides world class antimalware research and response capabilities that support Microsoft's range of security products and services. With laboratories in multiple locations around the globe the MMPC is able to respond quickly and effectively to new malicious and potentially unwanted software threats wherever and whenever they arise.

- Security Update Guide (SUG): The Security Update Guide is the authoritative source of information on our security updates. It provides guidance, response, bulletin and advisory information and you can even get Security Update information through the API.

- CSS YouTube Channel for customers: Now customers get a seamless self-service experience across our support sites and social channels. Check out the new CSS channel on YouTube – view it, like it, subscribe to it. The more activity, the easier it is for customers to find us when they need our help.

- Microsoft Premier Support: The Microsoft Premier Support (MPS) site has been replaced by Services Hub for exclusive use of Premier Support customers. Please engage your CSAM to learn about and access this site to manage your Premier Support items.

- Premier Services Twitter: Microsoft Premier Services is now on Twitter!  This account will share new proactive offerings and product information, links to important articles on TechNet or Microsoft Blogs, important lifecycle updates, and security alerts.  Start following us today!

## TASTE OF PREMIER                                                     BACK TO TOP

Taste of Premier Episodes now on YouTube:

- What is a Power app and How Can I Build one Part 1
- Build a Power App - Part 2
- Azure Security Center
- Microsoft Incident Response and Compromise Recovery Part 1
- Build an Azure Network- Part 2
- Let's Build an Azure Network - Part 1
- Understanding Azure Storage
- Containerizing Applications
- Azure Sentinel
- Capture Network Traffic with Powershell 5.x or above
- What is Section 508?
- ASK! Capture Network Traffic with Netsh

8

- Microsoft in Healthcare
- Server 2019
- Using Containers with Azure Basics
- Getting Started with Azure
- Planning a Software Defined Network Infrastructure (Part 2)
- Planning a Software Defined Network Infrastructure
- Artificial Intelligence in action with Microsoft AI
- The Workplace of Tomorrow: How to Empower a Modern Workforce
- Log Analytics in Azure: How to transform your log data into insights & action
- How to mitigate rapid cyberattacks such as Petya and WannaCrypt
- Practical Microservices: Best Practices for implementing Microservices in your environment
- Remove Your Security Blockers: Introducing Project VAST
- Unified Write Filter for Windows 10
- Enterprise Threat Detection Service: An In-Depth Overview of Microsoft's Latest Cybersecurity Solution
- Windows Server 2016: (Part 1) Getting Started with Shielded VMs
- Added Security for Your Data and Applications: A Guided Tour of Azure Multi-Factor Authentication
- How to Simplify Device & Apps Management using Microsoft Intune
- Getting Started with Windows Containers
- "Great Eight" Windows 10 Tips, Features and Tools
- Windows Server 2016: Credential Theft Mitigation Features
- Microsoft Apps for iOS and Android Users
- How to Leverage the Azure Security Center & Microsoft Operations Management Suite for an Incident Response
- AppLocker: Another Layer in the Defense in Depth Against Malware
- What's New in PowerShell v5
- Windows Performance Toolkit: How to Analyze and Remedy Performance Issues in Your Systems
- The Trusted Cloud: Introduction to Security in a Cloud-Enabled World
- Privileged Access Workstations (PAWs): How to Prevent Attackers from Sensitive Accounts and Tasks
- So You Want to Work at Microsoft...
- 'Friendly Reminders on How to Protect and Mitigate your Environment from Malware
- Microsoft's CTO of Services, Norm Judah Describes How the Future Truly is NOW!
- How to Get the Most Out of Azure ExpressRoute in Your IT Environment
- PowerShell Basics: (Part 3) Real Word Script Examples
- PowerShell Basics: (Part 2) Real Word Examples for Our Most Common Cmdlets

9

- PowerShell Basics: (Part 1) Getting Started with PowerShell

  *Note: Taste of Premier is available via subscription via iTunes, on Channel 9, or via RSS.*

## SUPPORT WEBCASTS     BACK TO TOP

- Support Webcasts are now included in Microsoft Events: The Microsoft Events contains technical Webcasts, Podcasts, and Virtual Labs for a range of professionals using Microsoft products, tools and technologies. Choose a topic and refine your search with our Filter Tools.

## SECURITY UPDATE GUIDANCE     BACK TO TOP

- Please begin using the Security Update Guide (SUG) instead of Security Bulletin Archives: Support for Security Bulletin Archives is being deprecated as Microsoft moves to simplify the update terminology and process. Going forward please use the Security Update Guide (SUG) for a more relevant and customizable way to track updates.
- Microsoft Security Update Guide through December 2020

## SUPPORT LIFECYCLE     BACK TO TOP

Below, you will find the latest highlights from the Microsoft Support Lifecycle, as always please remember that the support lifecycle pages are the authoritative source for product support lifecycle information.

**Key Products Transitioning from Mainstream to Extended Support, and from Extended Support to End of Support, and Service Pack Support Lifecycle Policy:**

- **Products reaching end of support in 2021**

- **Products reaching end of support in the next 12 months**

- **Products that reached end of support in the last 12 months**

- **Service Pack Support Lifecycle Policy**

**Microsoft Modern Lifecycle Policy**

Microsoft Lifecycle Policies have traditionally addressed two different product types: On-premises and Online Services. Microsoft has simplified these policies by extending existing support and servicing indefinitely for certain products and services.

For products governed by the Modern Lifecycle Policy, Microsoft will provide a minimum of 12 months' notification prior to ending support if no successor product or service is offered, excluding free services or preview releases. Products with existing Lifecycle Policies will continue to be supported according to **published end of support dates**.

10

**The Modern Lifecycle Policy requirements are defined below:**

1.Customers must stay current as per the servicing and licensing requirements published for the product or service.
2.Customers must have the rights to use the products or service.
3.Microsoft must currently offer support for the product or service.

The information on this page is subject to the **Microsoft Policy Disclaimer and Change Notice**. Return to this site periodically to review any such changes.

**Additional information can always be found here:**

**Microsoft Support Lifecycle**

http://support.microsoft.com/lifecycle

**Microsoft Support Lifecycle Policy FAQ**

https://support.microsoft.com/en-us/lifecycle#gp/lifePolicy

**Microsoft Support Lifecycle Service Pack Support Policy**

https://support.microsoft.com/en-us/gp/lifecycle#gp/gp_lifecycle_servicepacksupport

**Microsoft .NET Framework Support Lifecycle Policy**

http://support.microsoft.com/gp/framework_faq

**Internet Explorer Support Lifecycle Policy FAQ**

https://support.microsoft.com/en-us/gp/microsoft-internet-explorer

11

# //AzureReady

# AI + Machine Learning

Covering: Azure Batch AI, Azure Bot Service, Microsoft Genomics, Machine Learning services, Machine Learning Studio, Cognitive Services, Bing APIs, Computer Vision API, Content moderator, Custom Services, Emotion API, Face API, Language Understanding (LUIS), Linguistic Analysis API, QnA Maker API, Speaker Recognition API, Text Analytics API, Translator Speech API, Translator Text API, Web Language Model API

Top 10 HLS Blog Posts of 2020: Office Space Management, COVID-19 Tracking, Health Bot & Virtual Care

# Analytics

Covering: Azure Databricks, HDInsight, Data Factory, Stream Analytics, Data Lake Analytics, Event Hubs, Power BI, Azure Analysis Services, Apache Spark for HDInsight, Apache Storm for HDInsight, R Server for HDInsight, Data Catalog, Data Explorer

How to ingest data from Event Hub to Azure Data Explorer with 1-click
Lab: Serverless Synapse - From Spark to SQL On Demand
Storage configuration for external table is not accessible while query on Serverless
Lab: Serverless Synapse - From Spark to SQL On Demand

# Blockchain

Covering: Blockchain
No New Articles

# Compute

Covering: Virtual Machines, Functions, Batch, Service Fabric, Virtual Machine Scale Sets, Cloud Services, Linux Virtual Machines, SAP HANA on Azure Large Instances

A look back at Azure and the Community in 2020
Deploy SAP IQ-NLS HA Solution using Azure NetApp Files on SUSE Linux Enterprise Server.

# Containers

Covering: Container Registry, Container Instances, Azure Kubernetes Service (AKS), Web App for Containers

AzureFunBytes ? Modernizing Your Apps With Containers
Public preview: Support of Azure Container Registry across Availability Zones

# Databases

Covering: Azure SQL Database, Azure Cosmos DB, SQL Data Warehouse, Redis Cache, SQL Server Stretch Database, SQL Server on virtual machines, Table storage, Azure Database for PostgreSQL, Azure Database for MySQL

Migrate Large Azure MySQL Between Subscriptions

# Developer Tools

Covering: Visual Studio, Visual Studio Code, SDKs, Developer tool integrations, CLIs, Blockchain Workbench

South Africa: Microsoft Middle East & Africa - Interview with Julien Bertin | CodeStories

#DevDecember Week 5: It?s a (festive) wrap

MicroFrontends With Blazor WebAssembly

#DevDecember Week 4 Recap: Looking forward

#DevDecember Week 3 Recap: Inspiration

#DevDecember Week 2 Recap: Community


# DevOps

Covering: Azure DevOps, Azure DevTest Labs, DevOps tool integrations, Azure Lab Services

Announcing the GitHub Education Classroom Report 2020

# Hybrid

Covering: Microsoft Azure Stack, Azure Arc

Azure Stack Hub Operator certification - Az-600

# Identity

Covering: Azure Active Directory, Multi-factor Authentication, Azure Active Directory Domain Services, Azure Active Directory B2C

Azure AD workbook to help you assess Solorigate risk

Understanding "Solorigate"'s Identity IOCs - for Identity Vendors and their customers.

# Integration

Covering: Service Bus, Logic Apps, Event Grid, API Management

Azure Cost Anomalies

# Internet Of Things

Covering: IoT Hub, IoT Suite, IoT Edge, IoT Central, IoT solution accelerators, Time Series Insights, Azure Maps, Azure Sphere

No New Articles

# Management and Governance

Covering: Backup, Site Recovery, App Insights, Azure Advisor, Sceduler, Automation, Log Analytics, Azure Monitor, Security & Compliance, Protection & Recovery, Automation & Control, Insight & Analytics, Azure Service Health, Microsoft Azure portal, Azure Resource Manager, Cloud Shell, the Azure Resource Graph, Azure Policy, Cost Management, Azure Blueprints

A look back at Azure and the Community in 2020

Azure Automation is now available in Germany West Central

Azure portal December 2020 update

Monitoring for Azure Subscription Creation

Managing Hybrid Runbook Worker At Scale

How to learn Microsoft Azure in 2021

Azure Security and Frameworks

JR - 01761
PRR-2025-0179

# Media

Covering: Media services, Encoding, Live and On-Demand Streaming, Azure Media Player, Content Protection, Media Analytics, Video Indexer
No New Articles

# Migration

Covering: Azure Database Migration Service, Azure Migrate, Data Box
No New Articles

# Mixed Reality

Covering: Spatial Anchors, Remote Rendering, Digital Twins, Kinect DK
No New Articles

# Mobile

Covering: App Service (Mobile), Notification Hubs, Mobile apps, API apps, Visual Studio App Centre, Xamarin, Communication Services
No New Articles

# Networking

Covering: Content Delivery Network, ExpressRoute, Azure DNS, Firewall, Virtual Network, Traffic Manager, Load Balancer, VPN Gateway, Application Gateway, Network Watcher
Permit access only from Azure Front Door to Azure App Service as simply as possible

# Security

Covering: Azure Information Protection, Key Vault, Security Center, Azure DDoS Protection, Azure Advanced Threat Protection, Sentinel
Deploying and Managing Azure Sentinel - Ninja style
Azure Sentinel All-In-One Accelerator
Auditing Azure Sentinel activities
Protecting MSSP?s Intellectual Property in Azure Sentinel
Handling sliding windows in Azure Sentinel rules
SolarWinds Post-Compromise Hunting with Azure Sentinel
Enriching Windows Security Events with Parameterized Function
Microsoft Defender for Endpoint Upgrade Readiness MacOS Big Sur
New Year - New Official Azure Sentinel PowerShell Module!
Azure Security and Frameworks
The Ninja Training 2021 edition is out!
Azure Defender for IoT Raw-Data and ICS MITRE ATT&CK Matrix Mapping via Azure Sentinel
The FAQ companion to the Azure Sentinel Ninja training

# Storage

Covering: Storage, StorSimple, Data Lake Store, Blob Storage, Disk Storage, Managed Disks, Queue Storage, File Storage, Storage Explorer, Archive Storage

Scaling-out EDA Backend Workflows in Azure ? It?s Easier than You Think
Storage configuration for external table is not accessible while query on Serverless
Deploy SAP IQ-NLS HA Solution using Azure NetApp Files on SUSE Linux Enterprise Server.
Public preview | Azure NetApp Files : Application Consistent Snapshot tool (AzAcSnap)

# Web

Covering: App Service (Web), Content Delivery Network, Azure Search, Web apps, Azure SignalR Service, Communication
Services
Permit access only from Azure Front Door to Azure App Service as simply as possible

# Windows Virtual Desktop

Covering: Windows Virtual Desktop
Access Your Desktop And Applications From Anywhere
Azure Windows Virtual Desktop Architecture

Microsoft Digital Event Series

## Microsoft Digital Event Series: Week of January 11th 2021

The *Microsoft Digital Event Series* gives you a fast, convenient way to find and engage with content that is most relevant and helpful to you. Featuring both live and on-demand content, the series gives you a look at the month ahead while also letting you browse webcasts and videos by product and topic.

### What's inside:

- The **IT Professional** content offers in-depth information on how to plan, deploy, manage, and support Microsoft products and technologies.

- The **Developer** content connects developers with tools, technologies, and best practices to create stronger, more secure code faster.

- **Business Insights and Microsoft Dynamics** content gives executives and professionals relevant information about business management software and services that help organizations automate processes, make more profitable decisions, and accelerate growth.

### IT Professional

### FEATURED CONTENT

**Series Highlights:**

Optimize your Azure workloads with Azure Advisor Score
We've created Azure Advisor Score—to help you understand how well your Azure workloads are following best practices, assess how much you stand to gain by remediating issues, and prioritize the most impactful recommendations you can take to optimize your deployments.

Watch this series to help you navigate and adopt the cloud
Whether you are just embarking on your cloud journey or you are looking to maximize business value out of your existing cloud investments, you may want to leverage industry best practices and technical guidance we have compiled in Azure documentation, from working with many engineers, customers, and partners.

Microsoft introduces steps to improve internet routing security
The internet runs on the Border Gateway Protocol (BGP). A network or autonomous system (AS) is bound to trust, accept, and propagate the routes advertised by its peers without questioning its provenance. That is the strength of BGP and allows the internet to update quickly and heal failures.

Deliver productive and seamless user experiences with Azure Active Directory
Several months into the COVID-19 pandemic, many of us are still working remotely, and our organizations are still adjusting. Top of mind for every IT leader in this current landscape is meeting users' needs for seamless access to resources while safeguarding the business from cyber threats.

**NEW VIDEOS**

What is Azure Synapse Analytics? Generally Available now.

Consumer Tech Talks: Microsoft Customer Clear.Bank shares their journey and learnings

Internet of Things: Agentless IoT/OT security with Azure Defender for IoT

Internet of Things: Behind the scenes of a Workplace Health & Safety solution - Hands-on!

Internet of Things:  Bring your Digital Twins solutions to production with Azure

Internet of Things: RealEstateCore, a smart building ontology for digital twins

IT Ops Talk: Knowledge Mining on Azure Stack Edge

IT Ops Talk: Azure Unblogged - Azure Stack HCI

IT Ops Talk: Azure Unblogged - Security

IT Ops Talk: Azure Unblogged - GitHub

TWC9: Learn Together event, GitHub Universe, PowerShell Crescendo, and more!

Learn more about the newest live webcasts.

Back to top

## Developer

**FEATURED CONTENT**

**Series Highlights:**

There's more to Power Platform than low-code/no-code development
Power Platform is incredibly powerful and capable. If you are new to Power Platform, there are a lot of great reasons to check it out, but if you are already an organization using Office 365, you may be missing out.

Publishing Azure Container Instances from Docker CLI
At the latest DockerCon (virtual) Conference, Docker announced a more tightened partnership with Microsoft, boosting the adoption and integration of Docker containers for Windows Server as well as Azure-running containerized workloads.

Inside the Azure SDK Architecture
In this technical blog post, We'll dive into some of the architectural choices made by the Azure SDK team when designing our client libraries. The first thing we always tell people is that the new libraries focus on developer productivity.

Back to top

## NEW VIDEOS

Automate tasks from your desktop with Microsoft Power Automate Desktop

Automate legacy processes with RPA in Microsoft Power Automate

Robotic Process Automation (RPA) Step-by-Step Setup for Microsoft Power Automate Desktop

#LessCodeMorePower: Democratizing Community with the Power Platform

All Around Azure: What's New with Static Web Apps and Durable Functions

All Around Azure: Azure Storage - The Unsung Hero

Azure Enablement: Overview of Cloud Adoption Framework for Azure | Introduction Ep.1: Cloud Adoption…

Azure Friday: Enable unified data governance with Azure Purview

Azure Friday: Azure Arc enabled Kubernetes with GitOps

Azure Friday: Implement serverless APIs with Azure Functions and Azure API Management

On.NET: Deep Dive into Many-to-Many: A Tour of EF Core 5.0 pt. 2

On.NET: Modern Entity Framework: A Tour of EF Core 5.0 pt 1

On.NET: What is MSAL + Microsoft.Identity.Web

On.NET: gRPC Web with .NET

Tabs vs Spaces: VS Code: Remote Development with SSH, VMs, and WSL

Tabs vs Spaces: PowerToys: Utilities to customize Windows 10

Tabs vs Spaces: Windows Terminal: the secret to command line happiness!

Taste of Premier: Azure Logic Apps

Taste of Premier: Build a Power App – Part 2

Taste of Premier: Write your Own Power App – Part 1

The DevOpsLab: Farmer - Making Repeatable Azure Deployments Easy

The DevOpsLab: MLflow with Azure Machine Learning

The DevOps Lab:  Using your organizational DevTest benefits

The DevOps Lab: Building and deploying web apps with Static Web Apps

The Solutions Show with Corey:  Anyone can be a developer with Microsoft Dataverse for Teams!

The Solutions Show with Corey: How a global financial institution shuts down cyberthreats at scale with Microsoft Azure…

The Xamarin Show: Improved SAML Data Binding Diagnostics

Visual Studio Toolbox: Azure Application Insights Profiler

Visual Studio Toolbox: Troubleshooting .NET Core Project Templates

Visual Studio Toolbox: Add a Parameter to a .NET Core Project Template

Visual Studio Toolbox: Create a .NET Core Project Template for Visual Studio

Visual Studio Toolbox: Transient Error Handling with Polly Part 2

Visual Studio Toolbox: Transient Error Handling with Polly Part 1

Learn more about the newest live webcasts.

Back to top

## Business Insights and Microsoft Dynamics

**FEATURED CONTENT**

**Series Highlights**

Announcing the general availability of read/write XMLA endpoints in Power BI Premium
We are excited to announce the general availability of read/write XMLA endpoint in Power BI Premium. With XMLA endpoints, Power BI inherits a large ecosystem of developers, partners, BI tools, and solutions built over the years.

Enable the Dynamics 365 Sales Preview mobile app in Advanced Settings
Although it may seem counter-intuitive, now that many people are working from home at least some of the time, having a streamlined mobile app for your sales team has become critically important. Whether they're in the office, in their car, or just moving around their houses, sellers need to stay on top of their deals..

Robust warehouse execution with Dynamics 365 Supply Chain Management
If you're responsible for the smooth operation of warehouse operations across your organization, you know that managing inventory, machines, people, and resources efficiently while meeting tight delivery deadlines means that you need to have resilience in your supply chain. To help companies like yours execute mission-critical manufacturing and distribution processes without interruptions, we recently announced a preview for cloud and edge scale unit add-ins for Dynamics 365 Supply Chain management.

Back to top

## NEW VIDEOS

Azure Purview | Map, Discover, and Find Insights Across Data Sources

Dynamics 365 Finance: Asset leasing

Dynamics 365 Marketing: Create and manage content-rich social media posts

Power BI: Q&A enhancements

Azure Purview | Map, Discover, and find Insights Across Data Sources

AI Show:  Machine Learning Experiences in Azure Synapse

AI Show:  Tagging Audio using Deep Learning

AI Show: What's New in Text Analytics: Opinion Mining and Async API

AI Show: Introducing Text Analytics for Health

Data Exposed: How to Troubleshoot Elastic Jobs in Azure SQL Database

Data Exposed: Running & Monitoring Elastic Jobs in Azure SQL Database Using PowerShell and T-SQL

Data Exposed: How to Create Elastic Jobs in Azure SQL Database Using T-SQL

Data Exposed: How to Create Elastic Jobs in Azure SQL Database Using PowerShell

Data Exposed: The A to S of Azure Data Studio

Data Exposed: Understanding High-Performant, Hybrid Data Integration Using Azure Data Factory

Learn more about the newest live webcasts.

Back to top

**BlogMS Microsoft Team Blogs**

92 Microsoft Team blogs searched, 12 blogs have new articles. 22 new articles found searching from 28-Dec-2020 to 03-Jan-2021

**Categories:** Office and Microsoft 365, Enterprise identity, mobility, and security, Microsoft Azure and development, Windows, Operations, Management, and Deployment, General, Industry,

# Office and Microsoft 365

Microsoft SharePoint Blog Website | RSS Feed
SharePoint Roadmap Pitstop: December 2020 - 30-Dec-2020

Planner Blog Website | RSS Feed
Tasks in Teams mobile is rolling out to everyone - 30-Dec-2020

Microsoft Visio Blog Website | RSS Feed
Recapping Ignite with the five biggest Visio updates - 30-Dec-2020
Export workflows designed in Visio to Power Automate to quickly automate business processes - 29-Dec-2020
Export Visio diagrams to Power Automate is now generally available - 29-Dec-2020

## Enterprise identity, mobility, and security

Azure Active Directory Identity Blog Website | RSS Feed
Understanding "Solorigate"'s Identity IOCs - for Identity Vendors and their customers. - 30-Dec-2020
Azure AD workbook to help you assess Solorigate risk - 30-Dec-2020

Core Infrastructure and Security Blog Website | RSS Feed
Azure Cost Anomalies - 01-Jan-2021
Managing Hybrid Runbook Worker At Scale - 30-Dec-2020
Microsoft Defender for Endpoint Upgrade Readiness MacOS Big Sur - 29-Dec-2020
Monitoring for Azure Subscription Creation - 28-Dec-2020

# Microsoft Azure and development

Azure Data Explorer Website | RSS Feed
How to ingest data from Event Hub to Azure Data Explorer with 1-click - 28-Dec-2020

Azure Dev Community Blog Website | RSS Feed
#DevDecember Week 2 Recap: Community - 01-Jan-2021
#DevDecember Week 3 Recap: Inspiration - 01-Jan-2021
#DevDecember Week 4 Recap: Looking forward - 01-Jan-2021
#DevDecember Week 5: It's a (festive) wrap - 01-Jan-2021

Azure Status Monitoring Blog [Website](#) | [RSS Feed](#)
[Experienced Alerting failure for Log Search Alerts in China Gov- 01/01 - Resolved](#) - 01-Jan-2021
[Experiencing Alerting failure for Log Search Alerts in China Gov- 01/01 - Investigating](#) - 01-Jan-2021

Premier Developer Blog [Website](#) | [RSS Feed](#)
[MicroFrontends With Blazor WebAssembly](#) - 31-Dec-2020

## Windows, Operations, Management, and Deployment

IT Operations Talk Blog [Website](#) | [RSS Feed](#)
[A look back at Azure and the Community in 2020](#) - 28-Dec-2020

## General

Channel 9 [Website](#) | [RSS Feed](#)
[South Africa: Microsoft Middle East & Africa - Interview with Julien Bertin | CodeStories](#) - 28-Dec-2020

## Industry

Healthcare and Life Sciences Blog [Website](#) | [RSS Feed](#)
[Top 10 HLS Blog Posts of 2020: Office Space Management, COVID-19 Tracking, Health Bot & Virtual Care](#) - 30-Dec-2020

**Subject:** Microsoft Premier/Unified Open Enrollment Workshops - January 8, 2021

**Attachments:** Open_Enrollment_Workshops_and_Webcasts_for_Customer_Registration_-_January_8,_2021.xlsx

**Inline-Images:** image005.png; image006.png; image008.png

---

January 8, 2021

# Workshops

Microsoft Services

**Action:** Contact your Microsoft Customer Success Account Manager to enroll!

## Quick links

**Premier Remote Delivery Workshops**: A remote delivery is a workshop where the instructor is remote from all of the attendees.

## Attached

View the full list of open enrollment workshops and webcasts with additional content.  You can filter content by location, technology, workshop start date, or delivery type.

### Premier Remote Delivery Workshops

A Remote delivery is a workshop where the instructor is remote from all of the attendees.  This allows for customers to attend the workshop from a remote location (i.e. their home or office).  Remote deliveries are usually scheduled at 9am Central Time.  Please contact your CSAM for more information.

| Workshop Title | Technology | Start Date | End Date | Registration Closing Date |
|---|---|---|---|---|
| WorkshopPLUS - Secure DevOps: Application Security Principles and Practices - Open Workshop | Azure - Developer | 26-Jan-21 | 27-Jan-21 | 12-Jan-21 |
| WorkshopPLUS Remote - Office 365 Exchange Online: Administration and Configuration - Open Workshop | Office 365 | 26-Jan-21 | 29-Jan-21 | 12-Jan-21 |
| WorkshopPLUS - PowerShell Core: Fundamentals - Open Workshop | Windows Server | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |
| WorkshopPLUS - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Monitoring and Troubleshooting - Open Workshop | On-Prem Data Platform | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |
| WorkshopPLUS - Windows: Deploying and Managing Bitlocker in the Enterprise - Open Workshop | Security | 26-Jan-21 | 27-Jan-21 | 12-Jan-21 |
| WorkshopPLUS Remote - System Center Operations Manager: Configuration and Administration - Open Workshop | System Center Operations Manager | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |
| WorkshopPLUS Remote - Office 365 SharePoint Online: Administration and Configuration - Open Workshop | Office 365 | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |
| WorkshopPLUS - Windows PowerShell: Desired State Configuration - Open Workshop | Windows Server | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |
| WorkshopPLUS Remote - Microsoft Azure: Infrastructure as a Service - Open Workshop | Azure - Infrastructure | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |
| WorkshopPLUS Remote - Active Directory Federation Services: Deployment, Administration and Troubleshooting - Open Workshop | Active Directory | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |

| | | | | |
|---|---|---|---|---|
| WorkshopPLUS - Microsoft 365 Security and Compliance: Security Center - Open Workshop | Office 365 | 26-Jan-21 | 27-Jan-21 | 12-Jan-21 |
| WorkshopPLUS Remote - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Setup and Configuration - Open Workshop | On-Prem Data Platform | 26-Jan-21 | 28-Jan-21 | 12-Jan-21 |
| WorkshopPLUS Remote - Windows PowerShell: Foundation Skills - Open Workshop | Windows Server | 26-Jan-21 | 29-Jan-21 | 12-Jan-21 |
| WorkshopPLUS - Data AI: Reporting Services and Power BI Report Server - Open Workshop | Business Intelligence | 2-Feb-21 | 4-Feb-21 | 19-Jan-21 |
| WorkshopPLUS - Microsoft Azure: Application, Monitoring and Diagnostics for IT Professionals - Open Workshop | Azure - Infrastructure | 2-Feb-21 | 4-Feb-21 | 19-Jan-21 |
| WorkshopPLUS Remote - System Center Operations Manager: Configuration and Administration - Open Workshop | System Center Operations Manager | 2-Feb-21 | 4-Feb-21 | 19-Jan-21 |
| WorkshopPLUS Remote - Microsoft Azure: Hybrid Identity - Open Workshop | Azure - Security & Identity | 2-Feb-21 | 5-Feb-21 | 19-Jan-21 |
| WorkshopPLUS - System Center Configuration Manager: Operating System Deployment - Open Workshop | System Center Configuration Manager | 2-Feb-21 | 5-Feb-21 | 19-Jan-21 |
| WorkshopPLUS - Azure: Cloud and Datacenter Management with Azure Automation - Open Workshop | Azure - Infrastructure | 2-Feb-21 | 4-Feb-21 | 19-Jan-21 |
| WorkshopPLUS - Microsoft 365 Security and Compliance: Compliance Center - Open Workshop | Office 365 | 2-Feb-21 | 4-Feb-21 | 26-Jan-21 |
| WorkshopPLUS - PowerShell Core: Fundamentals - Open Workshop | Windows Server | 9-Feb-21 | 11-Feb-21 | 26-Jan-21 |
| WorkshopPLUS - Windows: Deploying and Managing Bitlocker in the Enterprise - Open Workshop | Security | 9-Feb-21 | 10-Feb-21 | 26-Jan-21 |
| WorkshopPLUS - Windows PowerShell: Desired State Configuration - Open Workshop | Windows Server | 9-Feb-21 | 11-Feb-21 | 26-Jan-21 |
| WorkshopPLUS Remote - Active Directory Federation Services: Deployment, Administration and Troubleshooting - Open Workshop | Active Directory | 9-Feb-21 | 11-Feb-21 | 26-Jan-21 |
| WorkshopPLUS Remote - Microsoft Endpoint Configuration Manager: Admin Concepts and Cloud Services - Open Workshop | System Center Configuration Manager | 9-Feb-21 | 12-Feb-21 | 2-Feb-21 |
| WorkshopPLUS - Advanced Support for Microsoft Teams 1 Day - Open Workshop | Teams | 9-Feb-21 | 9-Feb-21 | 2-Feb-21 |
| WorkshopPLUS - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Monitoring and Troubleshooting - Open Workshop | On-Prem Data Platform | 9-Feb-21 | 11-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - Office 365 SharePoint Online: Administration and Configuration - Open Workshop | Office 365 | 9-Feb-21 | 11-Feb-21 | 2-Feb-21 |

| | | | | |
|---|---|---|---|---|
| WorkshopPLUS - Microsoft Power Platform for Administrators - Open Workshop | Office 365 | 9-Feb-21 | 11-Feb-21 | 2-Feb-21 |
| WorkshopPLUS - Microsoft Azure: Security Best Practices - Open Workshop | Azure - Security & Identity | 9-Feb-21 | 11-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - Microsoft Azure: Infrastructure as a Service - Open Workshop | Azure - Infrastructure | 9-Feb-21 | 11-Feb-21 | 2-Feb-21 |
| WorkshopPLUS - Enterprise Mobile Device Management with Microsoft Intune - Open Workshop | Enterprise Mobility Suite | 9-Feb-21 | 11-Feb-21 | 2-Feb-21 |
| WorkshopPLUS - Microsoft 365 Security and Compliance: Compliance Center - Open Workshop | Office 365 | 9-Feb-21 | 11-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - Windows PowerShell: Foundation Skills - Open Workshop | Windows Server | 9-Feb-21 | 12-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - Office 365: Security and Compliance - Open Workshop | Office 365 | 9-Feb-21 | 11-Feb-21 | 26-Jan-21 |
| WorkshopPLUS - Security: Modern Authentication and Authorization - Open Workshop | Security | 16-Feb-21 | 18-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - DevOps: Fundamentals - Open Workshop | Developer - Visual Studio ALM, TFS | 16-Feb-21 | 19-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - Windows Server: Managing and Supporting Active Directory Certificate Services - Open Workshop | Security | 16-Feb-21 | 18-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - SQL Server: Performance Tuning and Optimization - Open Workshop | On-Prem Data Platform | 16-Feb-21 | 19-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - Microsoft Endpoint Manager: Advanced Concepts and Cloud Services - Open Workshop | System Center Configuration Manager | 16-Feb-21 | 18-Feb-21 | 2-Feb-21 |
| WorkshopPLUS - Windows PowerShell: Tool Building - Open Workshop | Windows Server | 16-Feb-21 | 18-Feb-21 | 2-Feb-21 |
| WorkshopPLUS Remote - Office 365 Exchange Online: Administration and Configuration - Open Workshop | Office 365 | 16-Feb-21 | 19-Feb-21 | 9-Feb-21 |
| WorkshopPLUS - Microsoft 365 Security and Compliance: Security Center - Open Workshop | Office 365 | 16-Feb-21 | 17-Feb-21 | 9-Feb-21 |
| WorkshopPLUS Remote - Windows PowerShell: Foundation Skills - Open Workshop | Windows Server | 16-Feb-21 | 19-Feb-21 | 9-Feb-21 |
| WorkshopPLUS - Office 365: Microsoft Teams Administration 1 Day - Open Workshop | Teams | 23-Feb-21 | 23-Feb-21 | 9-Feb-21 |
| WorkshopPLUS - Azure DevOps Services: Essentials - Open Workshop | Azure - Developer | 23-Feb-21 | 25-Feb-21 | 9-Feb-21 |
| WorkshopPLUS - .NET Core: Developing Cross-Platform Web Apps with ASP.NET Core - Open Workshop | .NET Framework 2.0, 3.1 | 23-Feb-21 | 26-Feb-21 | 9-Feb-21 |

| | | | | |
|---|---|---|---|---|
| WorkshopPLUS Remote - Office 365 Exchange Online: Troubleshooting - Open Workshop | Office 365 | 23-Feb-21 | 25-Feb-21 | 9-Feb-21 |
| WorkshopPLUS Remote - Windows PowerShell: IT Management - Open Workshop | Windows Server | 23-Feb-21 | 25-Feb-21 | 9-Feb-21 |
| WorkshopPLUS Remote - Windows Server 2019: New Features and Upgrade - Open Workshop | Windows Server | 23-Feb-21 | 26-Feb-21 | 9-Feb-21 |
| WorkshopPLUS Remote - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Setup and Configuration - Open Workshop | On-Prem Data Platform | 23-Feb-21 | 25-Feb-21 | 9-Feb-21 |
| WorkshopPLUS - Data AI: Business Analytics with Power BI - Open Workshop | Business Intelligence | 23-Feb-21 | 25-Feb-21 | 16-Feb-21 |
| WorkshopPLUS - Advanced Support for Microsoft Teams 1 Day - Open Workshop | Teams | 23-Feb-21 | 23-Feb-21 | 16-Feb-21 |
| WorkshopPLUS - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Monitoring and Troubleshooting - Open Workshop | On-Prem Data Platform | 23-Feb-21 | 25-Feb-21 | 16-Feb-21 |
| WorkshopPLUS Remote - Office 365 SharePoint Online: Administration and Configuration - Open Workshop | Office 365 | 23-Feb-21 | 25-Feb-21 | 16-Feb-21 |
| WorkshopPLUS - Microsoft Power Platform for Administrators - Open Workshop | Office 365 | 23-Feb-21 | 25-Feb-21 | 16-Feb-21 |
| WorkshopPLUS - Microsoft Azure: Security Best Practices - Open Workshop | Azure - Security & Identity | 23-Feb-21 | 25-Feb-21 | 16-Feb-21 |
| WorkshopPLUS Remote - Microsoft Azure: Infrastructure as a Service - Open Workshop | Azure - Infrastructure | 23-Feb-21 | 25-Feb-21 | 16-Feb-21 |
| WorkshopPLUS - Enterprise Mobile Device Management with Microsoft Intune - Open Workshop | Enterprise Mobility Suite | 23-Feb-21 | 25-Feb-21 | 16-Feb-21 |
| WorkshopPLUS - Microsoft 365 Security and Compliance: Security Center - Open Workshop | Office 365 | 23-Feb-21 | 24-Feb-21 | 16-Feb-21 |
| WorkshopPLUS Remote - Windows PowerShell: Foundation Skills - Open Workshop | Windows Server | 23-Feb-21 | 26-Feb-21 | 16-Feb-21 |
| WorkshopPLUS - Azure DevOps Services: Essentials - Open Workshop | Azure - Developer | 2-Mar-21 | 4-Mar-21 | 16-Feb-21 |
| WorkshopPLUS Remote - Office 365 Exchange Online: Troubleshooting - Open Workshop | Office 365 | 2-Mar-21 | 4-Mar-21 | 16-Feb-21 |
| WorkshopPLUS Remote - Windows PowerShell: IT Management - Open Workshop | Windows Server | 2-Mar-21 | 4-Mar-21 | 16-Feb-21 |
| WorkshopPLUS Remote - Windows Server 2019: New Features and Upgrade - Open Workshop | Windows Server | 2-Mar-21 | 5-Mar-21 | 16-Feb-21 |
| WorkshopPLUS - Office 365: Groups Administration - Open Workshop | Office 365 | 2-Mar-21 | 3-Mar-21 | 16-Feb-21 |

| Workshop | Category | | | |
|---|---|---|---|---|
| WorkshopPLUS - Advanced Support for Microsoft Teams 1 Day - Open Workshop | Teams | 2-Mar-21 | 2-Mar-21 | 23-Feb-21 |
| WorkshopPLUS Remote - Office 365 SharePoint Online: Administration and Configuration - Open Workshop | Office 365 | 2-Mar-21 | 4-Mar-21 | 23-Feb-21 |
| WorkshopPLUS - Enterprise Mobile Device Management with Microsoft Intune - Open Workshop | Enterprise Mobility Suite | 2-Mar-21 | 4-Mar-21 | 23-Feb-21 |
| WorkshopPLUS - Microsoft 365 Security and Compliance: Compliance Center - Open Workshop | Office 365 | 2-Mar-21 | 4-Mar-21 | 23-Feb-21 |
| WorkshopPLUS - Data AI: Reporting Services and Power BI Report Server - Open Workshop | Business Intelligence | 9-Mar-21 | 11-Mar-21 | 23-Feb-21 |
| WorkshopPLUS - Microsoft Azure: Application, Monitoring and Diagnostics for IT Professionals - Open Workshop | Azure - Infrastructure | 9-Mar-21 | 11-Mar-21 | 23-Feb-21 |
| WorkshopPLUS Remote - System Center Operations Manager: Configuration and Administration - Open Workshop | System Center Operations Manager | 9-Mar-21 | 11-Mar-21 | 23-Feb-21 |
| WorkshopPLUS Remote - Microsoft Azure: Hybrid Identity - Open Workshop | Azure - Security & Identity | 9-Mar-21 | 12-Mar-21 | 23-Feb-21 |
| WorkshopPLUS - System Center Configuration Manager: Operating System Deployment - Open Workshop | System Center Configuration Manager | 9-Mar-21 | 12-Mar-21 | 23-Feb-21 |
| WorkshopPLUS - Azure: Cloud and Datacenter Management with Azure Automation - Open Workshop | Azure - Infrastructure | 9-Mar-21 | 11-Mar-21 | 23-Feb-21 |
| WorkshopPLUS - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Monitoring and Troubleshooting - Open Workshop | On-Prem Data Platform | 9-Mar-21 | 11-Mar-21 | 2-Mar-21 |
| WorkshopPLUS - Microsoft Power Platform for Administrators - Open Workshop | Office 365 | 9-Mar-21 | 11-Mar-21 | 2-Mar-21 |
| WorkshopPLUS Remote - Microsoft Azure: Infrastructure as a Service - Open Workshop | Azure - Infrastructure | 9-Mar-21 | 11-Mar-21 | 2-Mar-21 |
| WorkshopPLUS - Microsoft 365 Security and Compliance: Compliance Center - Open Workshop | Office 365 | 9-Mar-21 | 11-Mar-21 | 2-Mar-21 |
| WorkshopPLUS Remote - Windows PowerShell: Foundation Skills - Open Workshop | Windows Server | 9-Mar-21 | 12-Mar-21 | 2-Mar-21 |
| WorkshopPLUS - Windows PowerShell: Tool Building - Open Workshop | Windows Server | 16-Mar-21 | 18-Mar-21 | 2-Mar-21 |
| WorkshopPLUS - Windows: Deploying and Managing Bitlocker in the Enterprise - Open Workshop | Security | 16-Mar-21 | 17-Mar-21 | 2-Mar-21 |
| WorkshopPLUS - Windows PowerShell: Desired State Configuration - Open Workshop | Windows Server | 16-Mar-21 | 18-Mar-21 | 2-Mar-21 |
| WorkshopPLUS Remote - Active Directory Federation Services: Deployment, Administration and Troubleshooting - Open Workshop | Active Directory | 16-Mar-21 | 18-Mar-21 | 2-Mar-21 |

| | | | | |
|---|---|---|---|---|
| WorkshopPLUS Remote - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Setup and Configuration - Open Workshop | On-Prem Data Platform | 16-Mar-21 | 18-Mar-21 | 2-Mar-21 |
| WorkshopPLUS Remote - Data AI: Business Analytics with Power BI - Open Workshop | Business Intelligence | 16-Mar-21 | 18-Mar-21 | 9-Mar-21 |
| WorkshopPLUS - Advanced Support for Microsoft Teams 1 Day - Open Workshop | Teams | 16-Mar-21 | 16-Mar-21 | 9-Mar-21 |
| WorkshopPLUS Remote - Office 365 SharePoint Online: Administration and Configuration - Open Workshop | Office 365 | 16-Mar-21 | 18-Mar-21 | 9-Mar-21 |
| WorkshopPLUS - Microsoft Azure: Security Best Practices - Open Workshop | Azure - Security & Identity | 16-Mar-21 | 18-Mar-21 | 9-Mar-21 |
| WorkshopPLUS - Enterprise Mobile Device Management with Microsoft Intune - Open Workshop | Enterprise Mobility Suite | 16-Mar-21 | 18-Mar-21 | 9-Mar-21 |
| WorkshopPLUS - Microsoft 365 Security and Compliance: Security Center - Open Workshop | Office 365 | 16-Mar-21 | 17-Mar-21 | 9-Mar-21 |
| WorkshopPLUS Remote - Windows PowerShell: Foundation Skills - Open Workshop | Windows Server | 16-Mar-21 | 19-Mar-21 | 9-Mar-21 |
| WorkshopPLUS - Office 365: Microsoft Teams Administration 1 Day - Open Workshop | Teams | 23-Mar-21 | 23-Mar-21 | 9-Mar-21 |
| WorkshopPLUS - Security: Modern Authentication and Authorization - Open Workshop | Security | 23-Mar-21 | 25-Mar-21 | 9-Mar-21 |
| WorkshopPLUS Remote - SQL Server: Performance Tuning and Optimization - Open Workshop | On-Prem Data Platform | 23-Mar-21 | 26-Mar-21 | 9-Mar-21 |
| WorkshopPLUS Remote - Microsoft Endpoint Manager: Advanced Concepts and Cloud Services - Open Workshop | System Center Configuration Manager | 23-Mar-21 | 25-Mar-21 | 9-Mar-21 |
| WorkshopPLUS Remote - Office 365 Exchange Online: Administration and Configuration - Open Workshop | Office 365 | 23-Mar-21 | 26-Mar-21 | 16-Mar-21 |
| WorkshopPLUS Remote - Microsoft Endpoint Configuration Manager: Admin Concepts and Cloud Services - Open Workshop | System Center Configuration Manager | 23-Mar-21 | 26-Mar-21 | 16-Mar-21 |
| WorkshopPLUS - SQL Server: AlwaysOn Availability Groups and Failover Cluster Instances - Monitoring and Troubleshooting - Open Workshop | On-Prem Data Platform | 23-Mar-21 | 25-Mar-21 | 16-Mar-21 |
| WorkshopPLUS - Microsoft Power Platform for Administrators - Open Workshop | Office 365 | 23-Mar-21 | 25-Mar-21 | 16-Mar-21 |
| WorkshopPLUS - Microsoft Azure: Security Best Practices - Open Workshop | Azure - Security & Identity | 23-Mar-21 | 25-Mar-21 | 16-Mar-21 |
| WorkshopPLUS Remote - Microsoft Azure: Infrastructure as a Service - Open Workshop | Azure - Infrastructure | 23-Mar-21 | 25-Mar-21 | 16-Mar-21 |

| | | | | |
|---|---|---|---|---|
| WorkshopPLUS - Microsoft 365 Security and Compliance: Security Center - Open Workshop | Office 365 | 23-Mar-21 | 24-Mar-21 | 16-Mar-21 |
| WorkshopPLUS Remote - Windows PowerShell: Foundation Skills - Open Workshop | Windows Server | 23-Mar-21 | 26-Mar-21 | 16-Mar-21 |

**Back to top**

**Gene Thomas**
Customer Success Account Manager
Pacific NW – State & Local Government
Office: +1 (425) 704-0098
Mobile: +1 (360) 440-4540
gene.thomas@microsoft.com

Azure | Azure Services | Azure Roadmap | Azure Pricing + Calculator | Azure Blog | Azure Trust Centre | AzureGovSupport | Azure Status | Case Studies

JR - 01777
PRR-2025-0179

# Document Produced in Native Format

JR - 01778
PRR-2025-0179

**From:** Legaltech News <legaltechnews@alm.com>
**To:** "Griffith, Rick (ATG)" <rick.griffith@atg.wa.gov>
**Subject:** With 'Healthy Level of Paranoia,' Firms Tweak Cyber Training for Remote Workforce
**Date:** Mon, 25 Jan 2021 15:31:07 -0500 (EST)
**Importance:** Normal

---

[EXTERNAL]



View in Browser

Legaltech News
## Afternoon Update

Jan 25, 2021

POWERED BY LAW.COM

**CYBERSECURITY** | ANALYSIS

### With 'Healthy Level of Paranoia,' Firms Tweak Cyber Training for Remote Workforce

By Victoria Hudgins

As lawyers and law firm staffers blend work and personal spaces, law firms say only a few adjustments to their cyber... **Read More**



**CORPORATE GOVERNANCE** | ANALYSIS

### New York's Biometric Law Wouldn't Break The Mold—Just Expand It

By Frank Ready

New York's proposed Biometric Privacy Act echoes many of the requirements and guidelines laid out in Illinois' own longstanding... **Read More**



SPONSORED BY ACCUSOFT

**Technology: Build or Buy? Learning Which is Best for Your Firm or Department**

Join this webcast to hear from expert panelists who will weigh the typical pros and cons that come with buying or building solutions **READ MORE**



**INNOVATION**   |   COMMENTARY

**Looking Back to Look Forward**

By George Psiharis, Clio

While so much change and transformation in a short time can feel overwhelming, it's an opportunity to reflect on what... **Read More**



**CYBERSECURITY**   |   NEWS

**First Enforcement Action Under Federal 'BOTS Act' Takes Aim at Alleged Ticket-Buying Scams**

By Jane Wester

Three New York-based companies and their owners were accused of circumventing Ticketmaster's restrictions on multiple... **Read More**



INNOVATION   |   COMMENTARY

### Top 10 Things We Learned About Legal Tech During a Pandemic

By Dan Broderick, BlackBoiler



As we head into 2021, BlackBoiler's Dan Broderick shares 10 things he learned about legal tech in 2020 that can prove... **Read More**

LAW FIRM HIRING   |   ANALYSIS

### Finding a Cultural Fit When Lateral Hiring Goes Virtual

By Justin Henry



"For the firm that's doing the recruiting, they've been layering in more rounds than normal just so they feel a little... **Read More**

CYBERSECURITY   |   ANALYSIS

### As Small, Midsize Firms Embrace the Cloud, Significant Cyber Gaps Remain

By Victoria Hudgins



A survey released by legal IT consulting firm LogicForce found that while most firms are letting go of their cloud fears,... **Read More**

LEGAL ETHICS AND ATTORNEY DISCIPLINE   |   ANALYSIS

### Responding to Online Criticism (General Rule: Don't)

By Anthony E. Davis

A recent ethics opinion from the ABA Standing Committee on Ethics and Professional Responsibility, Formal Opinion 496,... **Read More**



## SAVE THE DATE

### Legalweek(year)

Legalweek originally to be held in-person will now be a series of 5 interactive virtual events held throughout the year to guide legal leaders through the new legal landscape!



Legalweek(year) will bring together thousands of legal professionals for a new virtual experience that tackles the changing legal landscape and provides actionable insights to help legal leaders restructure, rebuild and reinvigorate today's law firms and legal departments. **Learn More**

## RESOURCES

### 4 Ways That AI is Transforming eDiscovery

*Sponsored by: Conduent*

As AI becomes more seamlessly integrated into various aspects of eDiscovery, learn how your organization/firm can gain huge bottom-line benefits and supercharge your eDiscovery process. **Learn More**

### Technology: Build or Buy? Learning Which is Best for Your Firm or Department

Webcast Date: Tuesday, January 26, 2021 | Expert panelists will weigh the typical pros and cons that come with buying or building solutions. **Learn More**

## MORE FROM THE ALM NETWORK

### NY Court Employee Arrested, Accused of Threatening to 'Go Back to the US Capitol' and Kill Government Officials | New York Law Journal

New York Law Journal

Brendan Hunt worked as an assistant court analyst in Office of Court Administration's Attorney Registration Unit, an... **Read More**

**Biden's $1.9T stimulus bill: 11 key elements of the relief plan | PropertyCasualty360**

New York Law Journal

In addition to the 'American Rescue Plan,' more legislation is expected out of the new administration that may impact... **Read More**

**Refusing Plea for Bond, Judge Says Lawyer at Capitol Riots Was 'Corrupted' | Daily Report**

New York Law Journal

You were at the Capitol on January 6, 2021, the judge said, adding that Calhoun and so-called patriots crossed a sacred... **Read More**

---

 Forward to a Friend

---

## CONNECT WITH LEGALTECH NEWS

  

This newsletter was sent to rick.griffith@atg.wa.gov

**Unsubscribe** | **Email Preferences** | **About Us** | **Privacy Policy**

Copyright © 2021 **ALM Media Properties, LLC.**
All Rights Reserved.



150 E 42nd St | New York, NY 10017 | 1-877-256-2472

Powered by powerinbox