# Catalyst Report

## Complaint Description

**Description**

Was sold tickets to see U2 and Mumford and Sons.  We were unable to sit in our seats as they were blocked off by a huge light display.  The concert was sold out .My granddaughter and I stood for an hour waiting for the ushers to figure out what to do. They finally took us to unsellable seats and told us that was the best they could do .  The only view from the seats was the very side /back of the r side of the stage.  We ended up leaving the concert after Mumford and Sons.  I sent Ticketmaster  several emails- they declined to refund my money. See emails below
Subject: Re: Fw: Accessible Seating Tickets -> Accessible Seating - General
From: Rita Click (ritaclick@hotmail.com)
To: customer_support@ticketmaster.com (customer_support@ticketmaster.com)
Date received: Fri Jul 21 2017 14:02:52 GMT-0700 (Pacific Daylight Time)
This number to reach Ticketmaster is a joke. it's always busy. I am going to file a complaint with the Attorney Generals office . I was sold seats that weren't usable and not given a comparable alternative. This is unacceptable!

Subject: Re: Fw: Accessible Seating Tickets -> Accessible Seating - General
From: customer_support@ticketmaster.com (customer_support@ticketmaster.com)
To: ritaclick@hotmail.com (ritaclick@hotmail.com)
Date received: Fri Jul 21 2017 06:41:32 GMT-0700 (Pacific Daylight Time)
Hello Rita,
??
Thank you for contacting us, my name is Ashley and I'll be more than glad to assist you today! We have received a high volume of emails and are answering them in the order they were received.????Thank you for your patience and understanding.
??
I'm sorry to hear about the negative experience you and you're granddaughter encountered while attending an event for U2.????I'm so sorry we were unable to approve your request for a refund.????Please let us know if there is anything else we can do to assist.????????
??
If you have any questions, just reply to this email or you can contact our customer service department at 1-800-653-8000. Have a great weekend!
??
Sincerely,
Ashley
Ticketmaster Fan Support


On 7/19/2017 12:03 PM, Rita Click wrote:

Hi
I replied with requested information and have not received a response . Please let me know status of my request for a refund for seats sold to me that I could not use (seats could not be opened because huge light display blocking them), then was told to sit in seats that had no view (concert was sold out) ...


----------------------
From: Rita Click <ritaclick@hotmail.com>
Sent: Monday, July 3, 2017 1:26 AM
To: customer_support@ticketmaster.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
??

U2/Mumford and Sons
Century Link
Seattle Washington
5/14/17 at 630pm
8-46923/SEA
1173


----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Wednesday, June 21, 2017 4:22 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
??
Hello Rita Click,
We'll be happy to see what we can do for you,as soon as we confirm a couple more important pieces of info.
Please reply to this email with answers to the following and we'll complete your request right away:
Event Name:
Venue Name:
Venue City/State:
Event Day/Date/Time:
Order Number:
Last 4 digits of card on file:
If you need anything else, just reply to this email or visit Help on Ticketmaster.com!
Your fellow fan,
Isaac
Ticketmaster Fan Support
??


On 6/19/2017 11:55 PM, Rita Click wrote:
We were not relocated to an acceptable seat. They were seats ticketmaster didn't sell because they were on the very edge stadium seating and we were to the far right side of the stage . This is not good customer service. We had seats I paid for but could not use, then relocated after standing around an hour to seats that had no view. I feel I should be reimbursed.


----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Monday, June 19, 2017 2:03 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
??
Hi, Rita,
??
Thank you for reaching out to us. I am glad to assist you today. I apologize for the delayed response. We are currently experiencing a high email volume and we are working on replying to all emails in the order they were received.
??
I apologize for the negative experience you encountered at the event on May 14th. You did state "[You] told an usher, waited for a long time for reseating and was reseated on the very edge of the upper seating" but then you "moved and just sat in whatever empty seats [you] could find" because "[your] granddaughter was so disappointed with the lack of view". Unfortunately, our loss team has denied a refund for order #8-46923/SEA. I apologize for the inconvenience.
??
Should you have any other questions, please let us know. Have a great rest of your day!
??

Sincerely,
Maggie
Ticketmaster Fan Support


On 6/16/2017 5:33 PM, Rita Click wrote:

Hi
We were not relocated to another seat .We were left standing for an hour ,no one working there seemed to
know what to do. After waiting around I????found empty seats, was kicked out of those , found more empty
seats and were kicked out of those finally just left before U2.????Please reimburse me for the seats I paid for
but didn't get to use.



----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Friday, June 16, 2017 2:16 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
??
Hi Rita,
Thank you for reaching back out to us. I apologize if no one had reached out to you with the resolution of your
case. I regret to inform you that the request for a refund was denied by the venue due to the fact that you were
relocated. The original seat that you were relocated to was an unsold seat and that was the reason you had been
moved to that location. Again, we apologize for the frustration but all sales are now final.
I hope you have a great rest of your week and if you need anything else, just reply to this email or click Help
on Ticketmaster.com!
Sincerely,
Derrick
Ticketmaster Fan Support
??


On 6/14/2017 3:59 PM, Rita Click wrote:
Hi
I have not heard back regarding my inaccessible seats/refund. Could you please get back to me regarding
this???????Thank You!



----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Tuesday, May 23, 2017 6:35 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
??
Hi Rita,
I am very sorry that happened at the event but I'll be happy to help.
I reached out and requested a refund on your behalf due to what happened. Although, a refund is not
guaranteed, it would be the best action to take at this time. We should be getting back to you within 3-5 days.
I apologize for the inconvenience but I hope you have a great day.
If you need anything else, just reply to this email or click Help on Ticketmaster.com!
Sincerely,
Jordan M.
Ticketmaster Fan Support
??

On 5/21/2017 6:02 PM, Rita Click wrote:
email=@hotmail.com
first-name=
last-name=
phone-number=
eventDateRange=Event occurs in 7 days or less
eventName=U2
eventCity=Seattle
eventCountry=United States
eventState=Washington
orderNumber=Order #8-46923/SEA
usedCard=0530
question=Hi I would like reimbursement for mine and my granddaughters seats for U2/ Mumford and Sons as our seats were unusable.There was a large light display set up and we couldnt get to our seats. We told an usher , waited for a long time for reseating and was reseated on the very edge of the upper seating. My granddaughter was so disappointed with the lack of view. We moved and just sat in whatever empty seats we could find but got booted out by the rightful renters,,,,I filled out a complaint at the stadium but have heard nothing ..My Account Order #8-46923/SEA Thanks! U2: THE JOSHUA TREE TOUR 2017 CenturyLink Field, Seattle, WA Sun, May 14, 2017 06:30 PM U2: THE JOSHUA TREE TOUR 2017 CenturyLink Field, Seattle, WA Sun, May 14, 2017 06:30 PM Section 319??????Row DD??????Seat 19-21 US $35.00x3 US $8.25x3 US $4.00x3 US $141.75 Status: 1 Ticket - Sold Order Date Jan 17, 2017 Payment Info. VISA ************Amount US $144.75 Order Item Order Total Tickets/Items Subtotal US $141.75 Order Processing Fee US $3.00 eTickets Free! Total US $144.75

# Catalyst
# Complaint Cover Page

## 511052

## <u>Complaint</u>

| | | | |
|---|---|---|---|
| **Number** | **511052** | **Status** | **Closed** |
| Date | 7/21/2017 | **Assignee** | **Groff, Stephen W** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $94.50 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $144.75 |
| | | Estimated Savings | $0.00 |

## <u>Complainant</u>

| <u>Name</u> | <u>Phone Day</u> | <u>Phone Evening</u> | <u>Email</u> |
|---|---|---|---|
| **Rita  Click**<br>**4240 145th Ave SE**<br>**Bellevue, WA  98006** | **(425) 525-9036** | | **ritaclick@hotmail.com** |

## <u>Respondent(s)</u>

| <u>Name</u> | <u>Contact</u> | <u>Phone</u> | <u>Toll Free</u> | <u>Email</u> |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## <u>Referral(s)</u>

| <u>Name</u> | <u>Contact</u> | <u>Phone Contact</u> | <u>Phone</u> | <u>Email</u> |
|---|---|---|---|---|
| | | | | |

## <u>Practice(s)</u>

| <u>Code</u> | <u>Practice</u> |
|---|---|
| 022 | Failure To Adjust/Refund |
| 320 | Unsatisfactory Repair/Service |

## <u>Activities</u>

| <u>Date Added</u> | <u>Activity Type</u> | <u>Activity</u> |
|---|---|---|
| 7/21/2017 | Intake Notes | Used R-all for R. |
| 7/21/2017 | Email to Complainant | C-1stLetter To:  ritaclick@hotmail.com |
| 7/21/2017 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |

JR - 01788
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/9/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 9/1/2017 | Email from Respondent | 511052A |
| 9/1/2017 | Email to Complainant | C-ClosingPartialAdjusted To: ritaclick@hotmail.com |
| 9/1/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 9/1/2017 | Resolution-PART ADJUSTED | |

**511052**                    2 of 2

August 31, 2017

<u>Via Email</u>

RE:  Rita Click
File #:  511052

Dear Mr. Groff:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Attorney General's Office by Ms. Rita Click, who wrote to your office regarding her ticket purchase to U2: The Joshua Tree Tour 2017 at CenturyLink Field on May 14, 2017 .  We appreciate the opportunity to respond to her complaint.

Ms. Click states in her complaint that her seats for the event were blocked off by a huge light display, and that the box office relocated her to seats that were also obstructed.  She says that she left the event after the opening act, and is requesting a full refund for the two tickets she utilized to attend the event.

We are very sorry to hear that she had such a bad experience.  We have refunded her tickets in the amount of $94.50, and will be sending her a gift card in the amount of $100 towards her next Ticketmaster purchase.

We trust this explanation will be satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.

Sincerely,



Barrett Justice
Escalations Manager

**ticketmaster** ®

**1000 Corporate Landing** Charleston, WV 25311

SteGro.100     7/21/2017

C-1stLetter To:  ritaclick@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 21, 2017

Rita Click
4240 145th Ave SE
Bellevue, WA 98006

RE:  TicketMaster
File #:  511052

Dear Rita Click:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**511052**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**511052**

SteGro.100      7/21/2017

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 21, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Rita Click
File #:   511052

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Rita Click regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 511052 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**511052**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Rita Click

Address:
4240 145th Ave SE
Bellevue, WA 98006

Day Phone:
(210) 420-1205

Evening Phone:

E-mail Address:
ritaclick@hotmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**511052**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**511052**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Was sold tickets to see U2 and Mumford and Sons. We were unable to sit in our seats as they were blocked off by a huge light display. The concert was sold out .My granddaughter and I stood for an hour waiting for the ushers to figure out what to do. They finally took us to unsellable seats and told us that was the best they could do . The only view from the seats was the very side /back of the r side of the stage. We ended up leaving the concert after Mumford and Sons. I sent Ticketmaster several emails- they declined to refund my money. See emails below
Subject: Re: Fw: Accessible Seating Tickets -> Accessible Seating - General
From: Rita Click (ritaclick@hotmail.com)
To: customer_support@ticketmaster.com (customer_support@ticketmaster.com)
Date received: Fri Jul 21 2017 14:02:52 GMT-0700 (Pacific Daylight Time)
This number to reach Ticketmaster is a joke. it's always busy. I am going to file a complaint with the Attorney Generals office . I was sold seats that weren't usable and not given a comparable alternative. This is unacceptable!
Subject: Re: Fw: Accessible Seating Tickets -> Accessible Seating - General
From: customer_support@ticketmaster.com (customer_support@ticketmaster.com)
To: ritaclick@hotmail.com (ritaclick@hotmail.com)
Date received: Fri Jul 21 2017 06:41:32 GMT-0700 (Pacific Daylight Time)
Hello Rita,
 - -
Thank you for contacting us, my name is Ashley and I'll be more than glad to assist you today! We have received a high volume of emails and are answering them in the order they were received. - - - - Thank you for your patience and understanding.
 - -
I'm sorry to hear about the negative experience you and you're granddaughter encountered while attending an event for U2. - - - - I'm so sorry we were unable to approve your request for a refund. - - - - Please let us know if there is anything else we can do to assist. - - - - - - - -
 - -
If you have any questions, just reply to this email or you can contact our customer service department at 1-800-653-8000. Have a great weekend!
 - -
Sincerely,
Ashley
Ticketmaster Fan Support

**511052**

On 7/19/2017 12:03 PM, Rita Click wrote:

Hi

I replied with requested information and have not received a response . Please let me know
status of my request for a refund for seats sold to me that I could not use (seats could not be
opened because huge light display blocking them), then was told to sit in seats that had no view
(concert was sold out) ...

----------------------

From: Rita Click <ritaclick@hotmail.com>
Sent: Monday, July 3, 2017 1:26 AM
To: customer_support@ticketmaster.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General

 - -

U2/Mumford and Sons
Century Link
Seattle Washington
5/14/17 at 630pm
8-46923/SEA
1173

----------------------

From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Wednesday, June 21, 2017 4:22 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General

 - -

Hello Rita Click,

We'll be happy to see what we can do for you,as soon as we confirm a couple more important
pieces of info. Please reply to this email with answers to the following and we'll complete your
request right away:

Event Name:
Venue Name:
Venue City/State:
Event Day/Date/Time:
Order Number:
Last 4 digits of card on file:

If you need anything else, just reply to this email or visit Help on Ticketmaster.com!

Your fellow fan,

Isaac

Ticketmaster Fan Support

 - -

On 6/19/2017 11:55 PM, Rita Click wrote:

We were not relocated to an acceptable seat. They were seats ticketmaster didn't sell because
they were on the very edge stadium seating and we were to the far right side of the stage . This
is not good customer service. We had seats I paid for but could not use, then relocated after
standing around an hour to seats that had no view. I feel I should be reimbursed.

----------------------

From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Monday, June 19, 2017 2:03 PM

**511052**

To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
 -  -
Hi, Rita,
 -  -
Thank you for reaching out to us. I am glad to assist you today. I apologize for the delayed
response. We are currently experiencing a high email volume and we are working on replying to
all emails in the order they were received.
 -  -
I apologize for the negative experience you encountered at the event on May 14th. You did state
"[You] told an usher, waited for a long time for reseating and was reseated on the very edge of
the upper seating" but then you "moved and just sat in whatever empty seats [you] could find"
because "[your] granddaughter was so disappointed with the lack of view". Unfortunately, our
loss team has denied a refund for order #8-46923/SEA. I apologize for the inconvenience.
 -  -
Should you have any other questions, please let us know. Have a great rest of your day!
 -  -
Sincerely,
Maggie
Ticketmaster Fan Support
On 6/16/2017 5:33 PM, Rita Click wrote:
Hi
We were not relocated to another seat .We were left standing for an hour ,no one working there
seemed to know what to do. After waiting around I -  -  - found empty seats, was kicked out of
those , found more empty seats and were kicked out of those finally just left before U2. -  -  -  -
Please reimburse me for the seats I paid for but didn't get to use.
----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Friday, June 16, 2017 2:16 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
 -  -
Hi Rita,
Thank you for reaching back out to us. I apologize if no one had reached out to you with the
resolution of your case. I regret to inform you that the request for a refund was denied by the
venue due to the fact that you were relocated. The original seat that you were relocated to was
an unsold seat and that was the reason you had been moved to that location. Again, we
apologize for the frustration but all sales are now final.
I hope you have a great rest of your week and if you need anything else, just reply to this email
or click Help on Ticketmaster.com!
Sincerely,
Derrick
Ticketmaster Fan Support
 -  -
On 6/14/2017 3:59 PM, Rita Click wrote:
Hi
I have not heard back regarding my inaccessible seats/refund. Could you please get back to me

**511052**

JR - 01798
PRR-2025-0179

regarding this - - - - - - Thank You!

----------------------

From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Tuesday, May 23, 2017 6:35 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
 - -
Hi Rita,
I am very sorry that happened at the event but I'll be happy to help.
I reached out and requested a refund on your behalf due to what happened. Although, a refund is not guaranteed, it would be the best action to take at this time. We should be getting back to you within 3-5 days.
I apologize for the inconvenience but I hope you have a great day.
If you need anything else, just reply to this email or click Help on Ticketmaster.com!
Sincerely,
Jordan M.
Ticketmaster Fan Support
 - -
On 5/21/2017 6:02 PM, Rita Click wrote:
email=@hotmail.com
first-name=
last-name=
phone-number=
eventDateRange=Event occurs in 7 days or less
eventName=U2
eventCity=Seattle
eventCountry=United States
eventState=Washington
orderNumber=Order #8-46923/SEA
usedCard=0530
question=Hi I would like reimbursement for mine and my granddaughters seats for U2/ Mumford and Sons as our seats were unusable.There was a large light display set up and we couldnt get to our seats. We told an usher , waited for a long time for reseating and was reseated on the very edge of the upper seating. My granddaughter was so disappointed with the lack of view. We moved and just sat in whatever empty seats we could find but got booted out by the rightful renters,,,,I filled out a complaint at the stadium but have heard nothing ..My Account Order #8-46923/SEA Thanks! U2: THE JOSHUA TREE TOUR 2017 CenturyLink Field, Seattle, WA Sun, May 14, 2017 06:30 PM U2: THE JOSHUA TREE TOUR 2017 CenturyLink Field, Seattle, WA Sun, May 14, 2017 06:30 PM Section 319 - - - - - - Row DD - - - - - - Seat 19-21 US $35.00x3 US $8.25x3 US $4.00x3 US $141.75 Status: 1 Ticket - Sold Order Date Jan 17, 2017 Payment Info. VISA ***********Amount US $144.75 Order Item Order Total Tickets/Items Subtotal US $141.75 Order Processing Fee US $3.00 eTickets Free! Total US $144.75
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE

**511052**

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Rita Click    Date    July 21 2017
Received via the Internet
City and State where signed Bellevue, WA

**511052**

SteGro.100        8/9/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 9, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Rita Click
File #:   511052

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 511052 is seven calendar days from the date of this letter. This complaint was filed by Rita Click regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 511052 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**511052**

COMPLAINT SUMMARY
Consumer Information

Name:
Rita Click

Address:
4240 145th Ave SE
Bellevue, WA 98006

Day Phone:
(210) 420-1205

Evening Phone:

E-mail Address:
ritaclick@hotmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**511052**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Was sold tickets to see U2 and Mumford and Sons. We were unable to sit in our seats as they

**511052**

JR - 01803
PRR-2025-0179

were blocked off by a huge light display. The concert was sold out .My granddaughter and I stood for an hour waiting for the ushers to figure out what to do. They finally took us to unsellable seats and told us that was the best they could do . The only view from the seats was the very side /back of the r side of the stage. We ended up leaving the concert after Mumford and Sons. I sent Ticketmaster several emails- they declined to refund my money. See emails below

Subject: Re: Fw: Accessible Seating Tickets -> Accessible Seating - General
From: Rita Click (ritaclick@hotmail.com)
To: customer_support@ticketmaster.com (customer_support@ticketmaster.com)
Date received: Fri Jul 21 2017 14:02:52 GMT-0700 (Pacific Daylight Time)
This number to reach Ticketmaster is a joke. it's always busy. I am going to file a complaint with the Attorney Generals office . I was sold seats that weren't usable and not given a comparable alternative. This is unacceptable!

Subject: Re: Fw: Accessible Seating Tickets -> Accessible Seating - General
From: customer_support@ticketmaster.com (customer_support@ticketmaster.com)
To: ritaclick@hotmail.com (ritaclick@hotmail.com)
Date received: Fri Jul 21 2017 06:41:32 GMT-0700 (Pacific Daylight Time)
Hello Rita,
 - -
Thank you for contacting us, my name is Ashley and I'll be more than glad to assist you today! We have received a high volume of emails and are answering them in the order they were received. - - - - Thank you for your patience and understanding.
 - -
I'm sorry to hear about the negative experience you and you're granddaughter encountered while attending an event for U2. - - - - I'm so sorry we were unable to approve your request for a refund. - - - - Please let us know if there is anything else we can do to assist. - - - - - - - -
 - -
If you have any questions, just reply to this email or you can contact our customer service department at 1-800-653-8000. Have a great weekend!
 - -
Sincerely,
Ashley
Ticketmaster Fan Support
On 7/19/2017 12:03 PM, Rita Click wrote:
Hi
I replied with requested information and have not received a response . Please let me know status of my request for a refund for seats sold to me that I could not use (seats could not be opened because huge light display blocking them), then was told to sit in seats that had no view (concert was sold out) ...
----------------------
From: Rita Click <ritaclick@hotmail.com>
Sent: Monday, July 3, 2017 1:26 AM
To: customer_support@ticketmaster.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
 - -
U2/Mumford and Sons
Century Link

**511052**

Seattle Washington
5/14/17 at 630pm
8-46923/SEA
1173
----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Wednesday, June 21, 2017 4:22 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
 -  -
Hello Rita Click,
We'll be happy to see what we can do for you,as soon as we confirm a couple more important
pieces of info. Please reply to this email with answers to the following and we'll complete your
request right away:
Event Name:
Venue Name:
Venue City/State:
Event Day/Date/Time:
Order Number:
Last 4 digits of card on file:
If you need anything else, just reply to this email or visit Help on Ticketmaster.com!
Your fellow fan,
Isaac
Ticketmaster Fan Support
 -  -
On 6/19/2017 11:55 PM, Rita Click wrote:
We were not relocated to an acceptable seat. They were seats ticketmaster didn't sell because
they were on the very edge stadium seating and we were to the far right side of the stage . This
is not good customer service. We had seats I paid for but could not use, then relocated after
standing around an hour to seats that had no view. I feel I should be reimbursed.
----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Monday, June 19, 2017 2:03 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
 -  -
Hi, Rita,
 -  -
Thank you for reaching out to us. I am glad to assist you today. I apologize for the delayed
response. We are currently experiencing a high email volume and we are working on replying to
all emails in the order they were received.
 -  -
I apologize for the negative experience you encountered at the event on May 14th. You did state
"[You] told an usher, waited for a long time for reseating and was reseated on the very edge of
the upper seating" but then you "moved and just sat in whatever empty seats [you] could find"
because "[your] granddaughter was so disappointed with the lack of view". Unfortunately, our
loss team has denied a refund for order #8-46923/SEA. I apologize for the inconvenience.

**511052**

- -
Should you have any other questions, please let us know. Have a great rest of your day!
- -
Sincerely,
Maggie
Ticketmaster Fan Support
On 6/16/2017 5:33 PM, Rita Click wrote:
Hi
We were not relocated to another seat .We were left standing for an hour ,no one working there seemed to know what to do. After waiting around I  -  -  -  found empty seats, was kicked out of those , found more empty seats and were kicked out of those finally just left before U2. -  -  -  -
Please reimburse me for the seats I paid for but didn't get to use.
----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Friday, June 16, 2017 2:16 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
- -
Hi Rita,
Thank you for reaching back out to us. I apologize if no one had reached out to you with the resolution of your case. I regret to inform you that the request for a refund was denied by the venue due to the fact that you were relocated. The original seat that you were relocated to was an unsold seat and that was the reason you had been moved to that location. Again, we apologize for the frustration but all sales are now final.
I hope you have a great rest of your week and if you need anything else, just reply to this email or click Help on Ticketmaster.com!
Sincerely,
Derrick
Ticketmaster Fan Support
- -
On 6/14/2017 3:59 PM, Rita Click wrote:
Hi
I have not heard back regarding my inaccessible seats/refund. Could you please get back to me regarding this -  -  -  -  -  -  - Thank You!
----------------------
From: customer_support@ticketmaster.com <customer_support@ticketmaster.com>
Sent: Tuesday, May 23, 2017 6:35 PM
To: ritaclick@hotmail.com
Subject: Re: Accessible Seating Tickets -> Accessible Seating - General
- -
Hi Rita,
I am very sorry that happened at the event but I'll be happy to help.
I reached out and requested a refund on your behalf due to what happened. Although, a refund is not guaranteed, it would be the best action to take at this time. We should be getting back to you within 3-5 days.
I apologize for the inconvenience but I hope you have a great day.
If you need anything else, just reply to this email or click Help on Ticketmaster.com!

**511052**

Sincerely,
Jordan M.
Ticketmaster Fan Support
 - -
On 5/21/2017 6:02 PM, Rita Click wrote:
email=@hotmail.com
first-name=
last-name=
phone-number=
eventDateRange=Event occurs in 7 days or less
eventName=U2
eventCity=Seattle
eventCountry=United States
eventState=Washington
orderNumber=Order #8-46923/SEA
usedCard=0530
question=Hi I would like reimbursement for mine and my granddaughters seats for U2/
Mumford and Sons as our seats were unusable.There was a large light display set up and we
couldnt get to our seats. We told an usher , waited for a long time for reseating and was reseated
on the very edge of the upper seating. My granddaughter was so disappointed with the lack of
view. We moved and just sat in whatever empty seats we could find but got booted out by the
rightful renters,,,,I filled out a complaint at the stadium but have heard nothing ..My Account
Order #8-46923/SEA Thanks! U2: THE JOSHUA TREE TOUR 2017 CenturyLink Field,
Seattle, WA Sun, May 14, 2017 06:30 PM U2: THE JOSHUA TREE TOUR 2017 CenturyLink
Field, Seattle, WA Sun, May 14, 2017 06:30 PM Section 319 - - - - - - Row DD - - - - -
Seat 19-21 US $35.00x3 US $8.25x3 US $4.00x3 US $141.75 Status: 1 Ticket - Sold Order
Date Jan 17, 2017 Payment Info. VISA ***********Amount US $144.75 Order Item Order
Total Tickets/Items Subtotal US $141.75 Order Processing Fee US $3.00 eTickets Free! Total
US $144.75
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By

JR - 01807
PRR-2025-0179

selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Rita Click    Date   July 21 2017
Received via the Internet
City and State where signed Bellevue, WA

**511052**

SteGro.100        9/1/2017

From: Barrett Justice [mailto:barrett.justice@ticketmaster.com]
Sent: Friday, September 01, 2017 7:31 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 511052 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Ms. Click is attached.

Barrett

**511052**

SteGro.100    9/1/2017

C-ClosingPartialAdjusted To: ritaclick@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 1, 2017


Rita Click
4240 145th Ave SE
Bellevue, WA 98006


RE:   TicketMaster
File #:   511052

Dear Rita Click:

The Consumer Resource Center of the Attorney General's Office received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint; however, the Consumer Resource Center cannot compel a business to respond or to make an adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**511052**

submit additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.
Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure


**511052**

JR - 01811
PRR-2025-0179

SteGro.100        9/1/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 1, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Rita Click
File #:   511052

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Rita Click regarding your business. A copy of your
response was provided to Rita Click. This concludes our informal complaint resolution process.
This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers

**511052**

1-206-464-6684 for out-of-state callers

**511052**

# Catalyst Report

## Complaint Description

**Description**

Live nation awarded litigants from their class action suit 2 free tickets to " selected" events. The voucher is supposed to be good till June 2020. There has not been a single eligible event since the award was granted. Now it's closed saying try again next year. What good is the voucher if live nation never made any events eligible.  Can you investigate if this is a sham offer? There us only one live nation venue, white river, in Washington . Http:settlement.livenation.cim/

# Catalyst
# Complaint Cover Page

## 512434

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **512434** | **Status** | **Closed** |
| Date | 8/18/2017 | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Kathy J Johnson**<br>**9547 Wallingford Ave N**<br>**Seattle, WA  98103** | **(296) 475-8586** | | **kjj99@hotmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Live Nation Entertainment Inc**<br>**9348 Civic Ctr Dr**<br>**Beverly Hills, CA  90210** | | **(310) 360-3041** | **(800) 653-8000** | **reply@email.livenation.com;ian.putnam@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 104 | Non-Fulfillment |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/18/2017 | Intake Notes | Per narrative only added Live Nation as an R. |
| | | Used an existing entry for R that matched the address found per web search. |
| | | Used an existing entry for C. Added phone number and email. |

JR - 01815<br>PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/22/2017 | Email to Complainant | C-1stLetter To:  kjj99@hotmail.com |
| 8/22/2017 | Form Letter to Respondent | R-1stLetter |
| 9/11/2017 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 9/15/2017 | Email from Respondent | Came with document 512434A |
| 9/15/2017 | Email to Complainant | C-ClosingPartialAdjusted To: kjj99@hotmail.com |
| 9/15/2017 | Form Letter to Respondent | R-ClosingW-Response |
| 9/15/2017 | Resolution-PART ADJUSTED | |

**512434**                    2 of 2

September 13, 2017

<u>**Via Email**</u>

RE: Kathy J Johnson
File No.: 512434

Mr. Wu:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Ms. Kathy J Johnson, who wrote to your office stating that Ticketmaster has not released any inventory for voucher redemption, and therefore is not in compliance with our obligations under the Schlesinger v. Ticketmaster class action settlement.  We appreciate the opportunity to respond to her complaint.

The settlement agreement Ms. Johnson references was the product of extensive negotiations between the parties, and remains subject to judicial oversight in the court that approved it.  Both the agreement itself and a variety of additional information about it can be found, pursuant to the terms of the settlement, at http://ticketfeelitigation.com.  The agreement reflected a careful balance of numerous competing interests and, as relevant here, included several types of "vouchers" that were made available to class members.  Certain vouchers were for discounts on various types of purchases made through Ticketmaster; others were for rebates on shipping charges on certain orders; and a third category consisted of vouchers for a limited number of tickets for a limited set of live music events.

Specifically, with respect to the latter category, class members received vouchers that can, in limited circumstances, be redeemed for specified general admission concert tickets at designated Live Nation owned or operated venues, subject to availability.  Live Nation owns or operates 42 amphitheaters in the United States.  Additionally, at Live Nation's discretion the events selected for ticket voucher redemption may also include certain other concert halls, including Live Nation "clubs" such as the House of Blues.

The settlement agreement prescribes in great detail precisely how many vouchers are to be redeemed in each year covered by the agreement. Accordingly, in the first two years of the agreement (which went into effect in the spring of 2016), Ticketmaster complied with those obligations, designating hundreds of concerts as eligible for ticket voucher redemption, with more than $25 million worth of tickets actually redeemed. This redemption rate far outpaces the minimum requirements in the agreement itself. As a result, Ticketmaster has done substantially more than is required, as class counsel for the plaintiffs, Stephen Blonder, has acknowledged.

Ticketmaster is committed to our obligation under the settlement agreement, and as explained on concerts.livenation.com/microsite/settlement, Ticketmaster will make more tickets available for redemption in the future. We encourage class members like Ms. Johnson to continue to check the settlement website frequently for updated information regarding future ticket voucher redemption opportunities.  Additionally, she can sign up for email alerts to receive updates by visiting ticketfeelitigation.com, clicking the tab for "email subscription", and entering her email address.

We trust this information will sufficiently address her concerns.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

# ticketmaster ®

**1000 Corporate Landing** Charleston, WV 25311

AndWu.100     8/22/2017

C-1stLetter To:  kjj99@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

August 22, 2017

Kathy J Johnson
9547 Wallingford Ave N
Seattle, WA 98103

RE:  Live Nation
File #:   512434

Dear Kathy J Johnson:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding Live Nation was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**512434**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**512434**

AndWu.100      8/22/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

August 22, 2017


Live Nation
9348 Civic Center Dr
Beverly Hills, CA 90210


RE:   Kathy J Johnson
File #:   512434

Dear Live Nation:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Kathy J Johnson regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 512434 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


**512434**

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Kathy J Johnson

Address:
9547 Wallingford Ave N
Seattle, WA 98103

Day Phone:
(296) 475-8586

Evening Phone:

E-mail Address:
kjj99@hotmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:

**512434**

Live Nation

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
2 free ti

Did you sign a contract -

Date of transaction:
11/21/2014

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:

**512434**

JR - 01822
PRR-2025-0179

Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Live nation awarded litigants from their class action suit 2 free tickets to " selected" events. The voucher is supposed to be good till June 2020. There has not been a single eligible event since the award was granted. Now it's closed saying try again next year. What good is the voucher if live nation never made any events eligible. Can you investigate if this is a sham offer -  There us only one live nation venue, white river, in Washington . Http:settlement.livenation.cim/
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Kathy Johnson    Date   8/17/2017
Received via the Internet
City and State where signed Seattle , wa

**512434**

AndWu.100     9/11/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

September 11, 2017

Live Nation
9348 Civic Center Dr
Beverly Hills, CA 90210

RE:   Kathy J Johnson
File #:   512434

Dear Live Nation:

This letter is a courtesy reminder that the requested date for your written response to complaint # 512434 is seven calendar days from the date of this letter. This complaint was filed by Kathy J Johnson regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 512434 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

**512434**

Name:
Kathy J Johnson

Address:
9547 Wallingford Ave N
Seattle, WA 98103

Day Phone:
(296) 475-8586

Evening Phone:

E-mail Address:
kjj99@hotmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
Live Nation

Address:
9348 Civic Center Dr
Beverly Hills, CA 90210

Phone:

Toll-Free:

Fax:

E-mail:

**512434**

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
2 free ti

Did you sign a contract -

Date of transaction:
11/21/2014

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Live nation awarded litigants from their class action suit 2 free tickets to " selected" events. The
voucher is supposed to be good till June 2020. There has not been a single eligible event since
the award was granted. Now it's closed saying try again next year. What good is the voucher if
live nation never made any events eligible. Can you investigate if this is a sham offer -  There us
only one live nation venue, white river, in Washington . Http:settlement.livenation.cim/

**512434**

What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Kathy Johnson    Date   8/17/2017
Received via the Internet
City and State where signed Seattle , wa

**512434**

AndWu.100        9/15/2017

From: Barrett Justice [mailto:barrett.justice@ticketmaster.com]
Sent: Wednesday, September 13, 2017 7:50 AM
To: ATG MI CRC Complaint Processing
Subject: RE: Kathy J Johnson / File#: 512434

Hello,

Our response to the complaint from Ms. Kathy J. Johnson is attached.

Thanks,
Barrett


BARRETT JUSTICE
Escalations Manager
Ticketmaster
barrett.justice@ticketmaster.com
www.ticketmaster.com


**512434**

AndWu.100     9/15/2017

C-ClosingPartialAdjusted To: kjj99@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 15, 2017

Kathy J Johnson
9547 Wallingford Ave N
Seattle, WA 98103

RE:  Live Nation
File #:  512434

Dear Kathy J Johnson:

The Consumer Resource Center of the Attorney General's Office received the enclosed response from Live Nation regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint; however, the Consumer Resource Center cannot compel a business to respond or to make an adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**512434**

submit additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.
Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure


**512434**

AndWu.100      9/15/2017

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6686

September 15, 2017

Live Nation
9348 Civic Center Dr
Beverly Hills, CA 90210

RE:   Kathy J Johnson
File #:   512434

Dear Live Nation:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Kathy J Johnson regarding your business. A copy of your response was provided to Kathy J Johnson. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**512434**

**512434**

JR - 01832
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

I bought 8 tickets in early August for the Eagles concert to be held on Sept 30, 2017 in Seattle.  I went to check the website today and found that the tickets in the same section are now being sold for $30.00 per ticket less than what I paid.  Plus Ticketmaster added another $28.40 per ticket for fees.  I feel Ticket Master should credit back $240.00 ($30.00 per ticket times 8) for overcharging me in the first place.  As far as their fee prices, they should not be allowed to be in business for this exorbitant fee.

# Catalyst
# Complaint Cover Page

### 512994

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **512994** | | **Status** | **Closed** |
| Date | 8/30/2017 | | **Assignee** | **Mauchamer, Katherine** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Anne M King** <br> **7351 27th Ave NW** <br> **Seattle, WA  98117** | **(206) 714-8703** | **(206) 789-5722** | **anne.king2@comcast.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** <br> **1000 Corporate Landing** <br> **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 300 | Excessive Price or Charge |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/30/2017 | Intake Notes | Used R-all for R. |
| 9/6/2017 | Email to Complainant | C-1stLetter To:  anne.king2@comcast.net |
| 9/6/2017 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 9/25/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |

JR - 01834 <br> PRR-2025-0179

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 10/19/2017 | Email from Respondent | 512994A |
| 10/19/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 10/19/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To: anne.king2@comcast.net |
| 10/19/2017 | Resolution-UNADJUSTED | |

**512994**                    2 of 2

October 11, 2017

**<u>Via Email</u>**

RE:  Anne King
File #:  512994

Ms. Mauchamer:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Ms. Anne King, who wrote to your office regarding her recent ticket purchase to The Classic Northwest taking place at Safeco Field on September 30, 2017.  She states in her complaint that ticket prices decreased in the same section she purchased, and feels that she has been overcharged.  We appreciate the opportunity to respond to her complaint.

The ticket prices for The Classic Northwest were fine-tuned to match supply and demand, so they can change from one day to the next.   It helps to think of them like airline tickets, where prices go up or down depending on how many seats there are versus how many people want them at any given time. If lots of seats are left as the event approaches ticket prices might come down, while sudden fan demand at any time might make them go up. It's called "dynamic pricing", and it's used by many artists, teams, venues, and promoters to let the market determine what tickets are worth.

Although we are very sorry to hear that Ms. King is dissatisfied with her recent ticket purchase, our standard refund policy applies and we are unable to offer a  refund if the price goes down in price after they are purchased.  We appreciate this opportunity to respond to her complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager



**ticketmaster** ®

**1000 Corporate Landing** Charleston, WV 25311

JR - 01836
PRR-2025-0179

KatMau.100          9/6/2017

C-1stLetter To:  anne.king2@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

September 6, 2017

Anne King
7351 27th Ave NW
Seattle, WA 98117

RE:  TicketMaster
File #:  512994

Dear Anne King:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**512994**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**512994**

KatMau.100      9/6/2017

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 6, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Anne King
File #:   512994

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Anne King regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 512994 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**512994**

Sincerely,

KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Anne King

Address:
7351 27th Ave NW
Seattle, WA 98117

Day Phone:
(206) 789-5722

Evening Phone:

E-mail Address:
anne.king2@comcast.net

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**512994**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
$30@ticket

Did you sign a contract -

Date of transaction:
August 5, 20

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**512994**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I bought 8 tickets in early August for the Eagles concert to be held on Sept 30, 2017 in Seattle. I went to check the website today and found that the tickets in the same section are now being sold for $30.00 per ticket less than what I paid. Plus Ticketmaster added another $28.40 per ticket for fees. I feel Ticket Master should credit back $240.00 ($30.00 per ticket times 8) for overcharging me in the first place. As far as their fee prices, they should not be allowed to be in business for this exorbitant fee.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Anne King    Date   8/30/2017
Received via the Internet
City and State where signed Seattle, WA


**512994**

KatMau.100          9/25/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


September 25, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Anne King
File #:  512994

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 512994 is seven calendar days from the date of this letter. This complaint was filed by Anne King regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 512994 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**512994**

COMPLAINT SUMMARY
Consumer Information

Name:
Anne King

Address:
7351 27th Ave NW
Seattle, WA 98117

Day Phone:
(206) 789-5722

Evening Phone:

E-mail Address:
anne.king2@comcast.net

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**512994**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
$30@ticket

Did you sign a contract -

Date of transaction:
August 5, 20

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

**512994**

Explain your complaint in detail:

I bought 8 tickets in early August for the Eagles concert to be held on Sept 30, 2017 in Seattle. I went to check the website today and found that the tickets in the same section are now being sold for $30.00 per ticket less than what I paid. Plus Ticketmaster added another $28.40 per ticket for fees. I feel Ticket Master should credit back $240.00 ($30.00 per ticket times 8) for overcharging me in the first place. As far as their fee prices, they should not be allowed to be in business for this exorbitant fee.

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Anne King    Date   8/30/2017

Received via the Internet

City and State where signed Seattle, WA

**512994**

KatMau.100      10/19/2017

From: Barrett Justice [mailto:barrett.justice@ticketmaster.com]
Sent: Wednesday, October 11, 2017 7:44 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 512994 : A notice from the Washington State Attorney General's Office

Our response to this complaint is attached.

Barrett


BARRETT JUSTICE
Escalations Manager
Ticketmaster
barrett.justice@ticketmaster.com
www.ticketmaster.com


**512994**

KatMau.100       10/19/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

October 19, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Anne King
File #:   512994

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Anne King regarding your business. A copy of your response was provided to Anne King. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**512994**

1-206-464-6684 for out-of-state callers

**512994**

KatMau.100     10/19/2017

C-ClosingUnadjustedW-Response To:  anne.king2@comcast.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

October 19, 2017

Anne King
7351 27th Ave NW
Seattle, WA 98117

RE:  TicketMaster
File #:  512994

Dear Anne King:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**512994**

JR - 01850
PRR-2025-0179

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence. Sincerely,

KATHERINE MAUCHAMER
Consumer Services Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure 512994A        -km

**512994**

**CONSUMER COMPLAINT FORM**
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION

RECEIVED

File your complaint online at https://fortress.wa.gov/atg/formhandler/ago/ComplaintForm.aspx for faster processing.   The Washington State Office of the Attorney General can only process complaints that involve either Washington state residents or businesses located in Washington state.   Information marked with * is required.

## I.  CONSUMER INFORMATION

**\* Last Name:** Martin        **\* First Name:** Eleni        **Middle Initial:** T.

**\* Address:** 1220 Lake Park Dr SW    **\* City:** Tumwater   **\*State** WA        **\*Zip** 98512

**\* Contact Phone:** (360) 970-9212    **Alternate Phone:** (360) 705-4242

**\* E-Mail Address:**  eleni.t.martin@gmail.com

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent?
**(Optional)** ☐ YES ☒ NO

If English is not your first language, what is your first language? (Optional):

For our statistics, please select your age group (Optional): ☐ 18-29 ☐ 30-39 ☐ 40-49 ☒ 50-59 ☐ 59+ ☐ Under 18

## II.  ABOUT YOUR COMPLAINT

**\* Business Name:** Ticket Monster/Ticket Master    (* see tickets enclosed)

**\* Address:** 165 Madison Ave #202  **\* City:** New York   **\*State** NY     **\*Zip** 10016

**\* Business Phone:** (866) 217-4777    **E-Mail:** service@ticketmonster.  **Website:** com

Names/addresses/phone numbers of other businesses involved in your complaint:

**Transaction date:** 08/30/2015    **Amount in dispute: $** 594.00

**State your complaint and how you think this complaint can be resolved:** I purchased concert tickets through Ticket Monster/Ticket Master. The Janet Jackson concert was post-poned, then post-posted a second time, now it is postponed until some unknown date in the future. We requested a refund and Ticket Monster has failed to return our monies.

Please see: 1) my demand letter to Ticket Monster, 2) emails and payment information to my daughter, Alexandra James and Ticket Monster; 3) Denial of refund by Ticket Monster in email to Alexandra James; 4) my bank statement [WSECU] showing date of purchase for tickets

(next page) ➞

CONSUMER COMPLAINT PAGE 1 OF 2

(cont.)

8/30/2015 Debit - Ticket Monster ($594.00); 5) The (4) actual tickets for Janet Jackson concert; 6) our hotel accommodations for the night of the event (which we were able to cancel).

* Please see attached 2-page Consumer Complaint letter with additional details.

Thank you, Eleni Martin

360-970-9212

## III. ACKNOWLEDGEMENT & SIGNATURE (Required)*

I understand that by submitting this complaint to the Washington State Attorney General's Office my complaint and any response from the business and all communications with Attorney General's Office will become public records under state law. Public records are subject to disclosure in response to requests for public records and my complaint and all related documents may be disclosed to the public. Complaint information received by this office will be exported into the Federal Trade Commission's (FTC) database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide. The Attorney General's Office may refer complaints to a more appropriate agency.

By signing this complaint form, I understand that the Washington State Attorney General's Office will contact the party (ies) against which I have filed a complaint in an effort to reach an amicable resolution. I authorize the party (ies) against which I have filed a complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By submitting this consumer complaint, I understand that the Attorney General cannot answer legal questions or give legal advice to me and cannot act as my personal lawyer.

**I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.**

Signature: _____ Date: 4/17/2017 City: Tumwater State: WA

**Please Read Important Information:** If your complaint is submitted without the above acknowledgment and declaration signatures, we will not be able to process but will keep on file in our complaint database as a public record.

### Mail Complaints To:

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
800 5TH AVENUE, SUITE 2000 SEATTLE, WASHINGTON 98104-3188
PHONE 1-800-551-4636 OR (206) 464-6684  FAX (206) 389-2801

CONSUMER COMPLAINT PAGE 2 OF 2

Office of the Attorney General, Consumer Protection Division

Consumer Complaint

April 17, 2017

RE:  Janet Jackson, Unbreakable World Tour, Concert tickets for Jan. 13, 2016.

**Dear Attorney General's Office, Consumer Protection Division**:

 (ajames69504@gmail.com) and I, Eleni Martin, eleni.t.martin@gmail.com),
purchased 4 concert tickets for Janet Jackson's 'Unbreakable World Tour' that was
to occur on January 13, 2016at the Key Arena @ $165.00 each, minus a 10%
discount ($594.00).  This discount was through Alexandra's employer's credit
union. Please see (attached) emails from Ticket monster – Order Placed – Ticket
Order #118663.  The concert was postponed, then postponed again to some
unknown date into the future and we were denied a refund. We are seeking
assistance to try to recover the money 'stolen' from us by Ticket Monster.

The concert tickets were purchased by VISA debit account which was used to
purchase these tickets; date of purchase: Aug.30, 2015 for $594.00 (WSECU
statement and email receipt attached).

The January 13, 2016 concert was canceled and they originally stated they would
be rescheduling Janet's concert tour in Spring 2016, then we received notice saying
our concert was rescheduled for July 5, 2016; then that date was canceled.   Janet
Jackson finally came out with a public statement saying she is expecting a baby
and her concert is going to be in 2017 or later (at some undetermined date).

My daughter Alexandra requested a refund through Ticket Monster and they stated
they only give refunds if the concert is 'canceled'.  Janet's concert is 'postponed'.

We purchased 4 Janet Jackson concert tickets for the concert at Key Arena on
January 13, 2016.  $165.00 x 4 = $660.00.  Subtract 10% discount through
Alexandra's credit union ($66.00) = total purchase price of $594.00.

The receipt says 'Ticket Monster' and it lists the following address: 165 Madison Ave #202 New York, NY 10016, 1-866-217-4777. When we called the toll free number above we were not able to speak to anyone concerning this Ticket Monster refund.

The tickets were originally sold through Ticketmaster to Ticket Monster. (As you can see on the attached tickets) they were issued to: Bridget Leahy, Order #53-33679 SEA, then sold to Alexandra and I.

If we need to go into WA State Small Claims Court, that is what we will do. We want to sue 'Ticket Monster' (or whoever has received our $594.00). We are demanding a full refund of $594.00 as well as a finding of $400.00 late and/or inconvenience fees.

If we have to go to small claims court to resolve this matter I will seek Small claims court fees, reimbursement for missing work for court, and a finding of 12% interest on the total judgment amount of ($594.00 or $994.00, whichever is decided) until Ticket Monster repays us in full. Interest is to begin on the date we were supposed to be at the Janet Jackson concert (01/13/2016), to present.

Thank you for any and all assistance in the collection of our monies!


Sincerely,

Eleni T. Martin

| My contact information: | My daughter's contact information: |
|---|---|
| Eleni T. Martin | Alexandra James |
| 1220 Lake Park Dr. SW | 31264 S. 28th Ave, Apt. D |
| Tumwater, WA 98512 | Federal Way, WA 98003 |
| Eleni.t.martin@gmail.com | ajames69504@gmail.com |
| (360) 970-9212 | (253) 576-6996 |

*Consumer Complaint (p. 2)*

Ticket Monster/Ticketmaster
165 Madison Ave. #202
New York, NY 10016

RE: Demand for Janet Jackson concert tickets Refund and late/inconvenience fees

April 17, 2017

**Dear Ticket Monster Customer Service/Refunds Department**:

I am demanding the $594.00 refund of my (4) Ticket Monster/Ticket Master tickets ('Janet Jackson, Unbreakable World Tour') plus a fee of $100.00 inconvenience fee (for each ticket) for the inconvenience and the long wait for my refund. ($594.00 + 400.00 = $994.00.) Documentation is attached for the purchase of these tickets.

This demand of $994.00 is to be paid within 45 days of this letter. (Today's date is April 17, 2017.)

You may send my refund check as well as inconvenience/late fee to:

Eleni Toompas Martin
1220 Lake Park Dr. SW
Tumwater, WA 98512

If I haven't received my refund plus late/inconvenience fees by June 16, 2017, I will be going into WA State Small Claims Court and will ask for $594.00 for the refund of (4) Janet Jackson concert tickets, plus $400.00 late/inconvenience fees ($100 for each ticket), plus Small Court fees (approximately $50.00), and reimbursement for any time off from my full time employment with DSHS.

Thank you (in advance) for resolving this matter in a civil manner.

Eleni Toompas Martin

(360) 970-9212

Cc: Office of Attorney General, Consumer Protection Division

Eleni

c:             Eleni Martin <eleni.t.martin@gmail.com>
nt:            Tuesday, July 12, 2016 5:57 AM
fo:            Martin, Eleni (DSHS/HRD)
**Subject:**       Fwd: Ticket Monster - Order Placed - Ticket Order #118663

---------- Forwarded message ----------
From: **alexandra james** <ajames69504@gmail.com>
Date: Sun, Jul 10, 2016 at 12:44 PM
Subject: Fwd: Ticket Monster - Order Placed - Ticket Order #118663
To: Eleni Martin <eleni.t.martin@gmail.com>

---------- Forwarded message ----------
From: <service@ticketmonster.com>
Date: Aug 29, 2015 2:18 PM
Subject: Ticket Monster - Order Placed - Ticket Order #118663
To: <ajames69504@gmail.com>
Cc:



## Payment Information

| | |
|---|---|
| Order Number: | 118663 |
| Card type: | Visa |
| Card Number: | ***********[5a] |
| Exp Date: | 05-2017 |
| Total Charged: | 594.00 |

**Ticket Monster**
165 Madison Ave #202
New York, NY 10016
1-866-217-4777

**NOTE:** Stay tuned! We'll be sending
you a delivery update via email shortly.

## Billing Information

| | |
|---|---|
| Name: | Eleni Martin |
| Phone Number: | 2535766996 |
| Email: | ajames69504@gmail.com |
| Address: | 1220 Lake Park Drive SW |
| City: | Tumwater |
| State: | WA |
| Postal Code: | 98512 |
| Country: | US |

| Qty | Ticket | Event | Venue | Price | Total |
|---|---|---|---|---|---|
| 4 | Section: 103 | **Janet Jackson** | Key Arena | 165.00 | 660.00 |

1

JR - 01857
PRR-2025-0179

| Row: 13 | Wed Jan. 13th 2016, 8:00pm | 305 Harrison |
|---------|---------------------------|--------------|
|         |                           | Seattle, WA 98109 |

|  |  |
|--|--|
| Subtotal | 660.00 |
| Service Fees | 0.00 |
| Shipping | 0.00 |
| Discount | 66.00 |
| Total | 594.00 |

2

**eleni**

| | |
|---|---|
| .c: | Eleni Martin <eleni.t.martin@gmail.com> |
| ,nt: | Tuesday, July 12, 2016 5:57 AM |
| ro: | Martin, Eleni (DSHS/HRD) |
| **Subject:** | Fwd: Ticket Monster – Order Placed – Ticket Order #118663 |

---------- Forwarded message ----------
From: **alexandra james** <ajames69504@gmail.com>
Date: Sun, Jul 10, 2016 at 12:44 PM
Subject: Fwd: Ticket Monster - Order Placed - Ticket Order #118663
To: Eleni Martin <eleni.t.martin@gmail.com>


---------- Forwarded message ----------
From: <service@ticketmonster.com>
Date: Aug 29, 2015 2:18 PM
Subject: Ticket Monster - Order Placed - Ticket Order #118663
To: <ajames69504@gmail.com>
Cc:



## Payment Information

| | | |
|---|---|---|
| Order Number: | 118663 | |
| Card type: | Visa | |
| Card Number: | ************ [5a] | |
| Exp Date: | 05-2017 | |
| Total Charged: | 594.00 | |

**Ticket Monster**
165 Madison Ave #202
New York, NY 10016
1-866-217-4777

**NOTE:** Stay tuned! We'll be sending
you a delivery update via email shortly.

## Billing Information

| | |
|---|---|
| Name: | Eleni Martin |
| Phone Number: | 2535766996 |
| Email: | ajames69504@gmail.com |
| Address: | 1220 Lake Park Drive SW |
| City: | Tumwater |
| State: | WA |
| Postal Code: | 98512 |
| Country: | US |

| Qty | Ticket | Event | Venue | Price | Total |
|---|---|---|---|---|---|
| 4 | Section: 103 | **Janet Jackson** | Key Arena | 165.00 | 660.00 |

1

JR - 01859
PRR-2025-0179

**Martin, Eleni**

| | |
|---|---|
| **From:** | Eleni Martin <eleni.t.martin@gmail.com> |
| **Sent:** | Tuesday, July 12, 2016 5:58 AM |
| **To:** | Martin, Eleni (DSHS/HRD) |
| **Subject:** | Fwd: [Ticket Monster] Re: Janet Jackson |

---------- Forwarded message ----------
From: **alexandra james** <ajames69504@gmail.com>
Date: Sun, Jul 10, 2016 at 12:45 PM
Subject: Fwd: [Ticket Monster] Re: Janet Jackson
To: Eleni Martin <eleni.t.martin@gmail.com>

---------- Forwarded message ----------
From: "Dosha (Ticket Monster)" <service@ticketmonster.com>
Date: Apr 19, 2016 11:06 AM
Subject: [Ticket Monster] Re: Janet Jackson
To: "alexandra james" <ajames69504@gmail.com>
Cc:

##- Please type your reply above this line -##

A note from Ticket Monster is below. The ID number is #54925. To respond, simply reply to this email.

 **Dosha** (Ticket Monster)

Apr 19, 14:06

Dear Alexandra,

Thank you for contacting us regarding your order. Unfortunately, the Janet Jackson tour has been postponed. Since the original tickets will be honored for the new date, we are unable to provide a refund. If you can no longer use the tickets on the rescheduled date, we recommend you list them for sale on a secondary web site (i.e. StubHub). We sincerely apologize for the inconvenience, but please let us know if we can be of any additional assistance.

Thank you for using Ticket Monster!

The Ticket Monster Sales Team
866-217-4777

1

JR - 01860
PRR-2025-0179

[ticketmonster.com](ticketmonster.com) | [fb.com/ticketmonster](fb.com/ticketmonster)

 **alexandra james**

Apr 19, 13:57

Now that Janet Jackson canceled again can we get our money back?

This email is a service from Ticket Monster. Delivered by Zendesk

2

JR - 01861
PRR-2025-0179

**Martin, Eleni**

| | |
|---|---|
| **From:** | Eleni Martin <eleni.t.martin@gmail.com> |
| **Sent:** | Tuesday, July 12, 2016 5:58 AM |
| **To:** | Martin, Eleni (DSHS/HRD) |
| **Subject:** | Fwd: [Ticket Monster] Re: Janet Jackson |

---------- Forwarded message ----------
From: **alexandra james** <ajames69504@gmail.com>
Date: Sun, Jul 10, 2016 at 12:45 PM
Subject: Fwd: [Ticket Monster] Re: Janet Jackson
To: Eleni Martin <eleni.t.martin@gmail.com>

---------- Forwarded message ----------
From: "Dosha (Ticket Monster)" <service@ticketmonster.com>
Date: Apr 19, 2016 11:06 AM
Subject: [Ticket Monster] Re: Janet Jackson
To: "alexandra james" <ajames69504@gmail.com>
Cc:

##- Please type your reply above this line -##

A note from Ticket Monster is below. The ID number is #54925. To respond, simply reply to this email.

---

 **Dosha** (Ticket Monster)
Apr 19, 14:06

Dear Alexandra,

Thank you for contacting us regarding your order. Unfortunately, the Janet Jackson tour has been postponed. Since the original tickets will be honored for the new date, we are unable to provide a refund. If you can no longer use the tickets on the rescheduled date, we recommend you list them for sale on a secondary web site (i.e. StubHub). We sincerely apologize for the inconvenience, but please let us know if we can be of any additional assistance.

Thank you for using Ticket Monster!

---

The Ticket Monster Sales Team
866-217-4777

1

JR - 01862
PRR-2025-0179



**WSECU**

PO BOX WSECU | OLYMPIA, WA 98507
wsecu.org | 800.562.0999

Account Number: XXXXXX[5a]
Statement Date: 08/01/15 - 08/31/15
Page 1 of 3

4797

ELENI MARTIN
1220 LAKE PARK DR SW
TUMWATER, WA 98512-6914

Call Center/Loan Line: 800.562.0999<br>Visit us at wsecu.org<br>To Report a Lost or Stolen ATM/Debit/Credit Card: 866.861.5416

| CHECKING |
|---|

### ID 09: MONEY MOVER

| Date | Transaction Description | | Balance |
|---|---|---|---|
| **08/01/15** | **Beginning Balance** | | **-509.30** |
| 08/10/15 | Deposit ACH WASTATETREASURER | 1,186.40 | 677.10 |
| 08/10/15 | Withdrawal | -650.00 | 27.10 |
| 08/10/15 | Withdrawal at ATM #000000000139 WSECU 575 TROSPER RD SW TUMWATER WA | -500.00 | -472.90 |
| 08/10/15 | Withdrawal OD Privilege Fee | -27.00 | -499.90 |
| 08/25/15 | Deposit ACH WASTATETREASURER | 1,186.41 | 686.51 |
| 08/25/15 | Withdrawal POS #523714226941 FRED MEYER FRED MEYER 659 TUMWATER WA | -65.32 | 621.19 |
| 08/25/15 | Withdrawal | -600.00 | 21.19 |
| 08/25/15 | Withdrawal at ATM #000000003975 WSECU 575 TROSPER RD SW TUMWATER WA | -480.00 | -458.81 |
| 08/25/15 | Withdrawal OD Privilege Fee | -27.00 | -485.81 |
| 08/29/15 | Deposit by Check | 16,468.05 | 15,982.24 |
| 08/29/15 | Withdrawal by Check | -3,000.00 | 12,982.24 |
| 08/29/15 | Withdrawal | -500.00 | 12,482.24 |
| 08/29/15 | Withdrawal Transfer To BONNIN,ALESIA L XXXXXXXXXX Share 09 | -600.00 | 11,882.24 |
| 08/29/15 | Withdrawal Transfer To Share 01 | -8,000.00 | 3,882.24 |
| 08/29/15 | Withdrawal POS #524121448174 GROUP HEALTH COOPERATIVE OLYMPIA WA | -15.00 | 3,867.24 |
| 08/30/15 | Withdrawal Debit Card TICKET MONSTER 866-217-4777 NY | -594.00 | 3,273.24 |
| 08/30/15 | Withdrawal POS #524200121037 TJ MAXX OLYMPIA WA | -129.47 | 3,143.77 |
| 08/31/15 | Withdrawal ACH CAPITAL ONE | -1,322.91 | 1,820.86 |
| 08/31/15 | Withdrawal Adjustment Debit Card Credit Voucher T J MAXX #1303 OLYMPIA WA | 43.51 | 1,864.37 |
| **08/31/15** | **Ending Balance** | | **1,864.37** |

$594.00

3 total deposits: 18,840.86
16 total withdrawals: -16,467.19

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 54.00 | 486.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

JR - 01863
PRR-2025-0179

Ticket 1 - Eleni Martin (self)



**This is your ticket.**
Present this entire page at the event.

**ticketmaster®**

| ISSUED TO | BRIDGET LEAHY | SECTION | 103 | ROW | 13 | SEAT | 5 |

ORDER NUMBER 53-33679 SEA

© 2015 Ticketmaster. All rights reserved.

3687 5303 2651 2373

| KA0113 | 103 13 5 KEYARE | EKA0113 |
| 65.50 | ENTER AISLE 103 65.50 | 65.50 |
| 12.70 | LIVE NATION PRESENTS | FC 4.00 |
| 103 | JANET JACKSON | 103 |
| VI 30X | UNBREAKABLE WORLD TOUR | 531VIZIP |
| 13 5 | KEYARENA @ SEATTLE CENTER | 13 |
| ZIP0831 | * * * | K 35612 |
| K23JUL5 | WED JAN 13 2016 8:00 PM | 5 |



MAKE THE SWITCH
TO A NEW LEVEL OF PERFORMANCE

LEARN HOW AT PENNZOILSYNTHETICS.COM

**KEYARENA**

EVENTS
PRESALES
CONTESTS
OFFERS
AND MORE!

ALL AT YOUR
FINGERTIPS

This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.



DOWNLOAD THE
KEYARENA MOBILE APP

**Important Instructions:**

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket
  may prevent your admittance to the event.

| EKA0113 | Section: 103 | Row: 13 | Seat: 5 |

3687 5303 2651 2373

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

(daughter)
Ticket 2- Alexandra James



**This is your ticket.**
Present this entire page at the event.

**ticketmaster** ®

ISSUED TO    BRIDGET LEAHY          SECTION    103    ROW    13    SEAT    6

ORDER NUMBER 53-33679 SEA

103 13 6 KEYARE
ENTER AISLE 103 65.50
LIVE NATION PRESENTS
JANET JACKSON
UNBREAKABLE WORLD TOUR
KEYARENA @ SEATTLE CENTER
* * *
WED JAN 13 2016 8:00 PM

EKA0113
65.50
FC 4.00
103
531VIZIP
13
K 37404
6

7081 4518 9789 4953

© 2015 Ticketmaster. All rights reserved.



MAKE THE SWITCH
TO A NEW LEVEL OF PERFORMANCE

LEARN HOW AT PENNZOILSYNTHETICS.COM



KEYARENA

EVENTS
PRESALES
CONTESTS
OFFERS
AND MORE!

ALL AT YOUR
FINGERTIPS

This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.

DOWNLOAD THE
KEYARENA MOBILE APP

**Important Instructions:**

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

EKA0113    Section: 103    Row: 13    Seat: 6



7081 4518 9789 4953

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

*(daughter)*
Ticket 3 - Noli James

**This is your ticket.**
Present this entire page at the event.

**ticketmaster®**



ISSUED TO   BRIDGET LEAHY         SECTION   103   ROW   13   SEAT   7

ORDER NUMBER  53-33679 SEA

| KA0113 | 103 13 7 KEYARE | EKA0113 |
| 65.50 | ENTER AISLE 103 65.50 | 65.50 |
| 12.70 | LIVE NATION PRESENTS | FC 4.00 |
| 103 | JANET JACKSON | 103 |
| VI 30X | UNBREAKABLE WORLD TOUR | 531VIZIP |
| 13 | KEYARENA @ SEATTLE CENTER | 13 |
| ZIP0831 | * * * | K  39196 |
| K22JUL5 | WED JAN 13 2016 8:00 PM | 7 |

8102 6839 9875 3882

© 2015 Ticketmaster  All rights reserved.



**MAKE THE SWITCH**
TO A NEW LEVEL OF PERFORMANCE

LEARN HOW AT PENNZOILSYNTHETICS.COM



**KEYARENA**

EVENTS
PRESALES
CONTESTS
OFFERS
AND MORE!

ALL AT YOUR
FINGERTIPS

This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.

**DOWNLOAD THE
KEYARENA MOBILE APP**



**Important Instructions:**

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket
  may prevent your admittance to the event.

EKA0113    Section: 103        Row:  13    Seat:  7

**8102 6839 9875 3882**

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

  Thank you for choosing TicketFast®.

*( Best friend )*

Ticket 4- Kim Bresler



## This is your ticket.
Present this entire page at the event.

**ticketmaster** ®

| ISSUED TO | BRIDGET LEAHY | SECTION | 103 | ROW | 13 | SEAT | 8 |

ORDER NUMBER 53-33679 SEA

```
103 13 8 KEYARE          EKA0113
ENTER AISLE 103 65.50    65.50
LIVE NATION PRESENTS     FC 4.00
JANET JACKSON            103
UNBREAKABLE WORLD TOUR   531VIZIP
KEYARENA @ SEATTLE CENTER 13
* * *                    K  40988
WED JAN 13 2016 8:00 PM  8
```

1667 7998 0513 9885

© 2016 Ticketmaster. All rights reserved.



## KEYARENA

E V E N T S
P R E S A L E S
C O N T E S T S
O F F E R S
A N D  M O R E !

A L L  A T  Y O U R
F I N G E R T I P S

This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.



D O W N L O A D  T H E
K E Y A R E N A  M O B I L E  A P P

### Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket
  may prevent your admittance to the event.

EKA0113      Section: 103      Row: 13      Seat:   8

1667 7998 0513 9885

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

10/29/2015                                    Itinerary: Mediterranean Inn, Seattle

 **Expedia**

*Our hotel accommodations for Jan. 13, 2016 Concert night.*

*( We were able to cancel this room w/ no penalty.)*

*Eleni Martin*

## Mediterranean Inn, Seattle

Jan 13, 2016 - Jan 14, 2016    |    Itinerary # 7133511271675

---

### Mediterranean Inn
**Jan 13, 2016 - Jan 14, 2016 , 1 room| 1 night**

**CONFIRMED**
**Confirmation #        359576**

**We have confirmed your hotel reservation with the property.**

 425 Queen Anne Ave N, Seattle, WA, 98109 United States of America

**Tel: 1 (206) 428-4700, Fax: 1 (206) 428-4699**

### Check-in

- **Check-in time ends at midnight**
- **Minimum check-in age is 21**
- **Check-in time starts at 4 PM**
- **If a late check-in is planned, contact this hotel directly for their late check-in policy.**

### Important Hotel Information

Although Expedia does not charge a fee to change or cancel your booking, Mediterranean Inn may still charge a fee in accordance with its own rules & regulations.

- **Cancellations or changes made after 4:00 PM (Pacific Daylight Time (US & Canada); Tijuana) on Jan 12, 2016 or no-shows are subject to a hotel fee equal to 100% of the total amount paid for the reservation.**
- **View your** online itinerary **for additional rules and restrictions.**

| Room | **Double Room, Non Smoking, Kitchenette** |
|---|---|
| **Confirmation #:** | **359576** |
| **Reserved for** | **Kim Bresler** |
| | **2 adults** |
| **Requests** | **2 full beds, non-smoking room** |

### Price Summary

**Total**
**Collected by the hotel**                    **$214.89**

| **Room Price** | **$214.89** |
|---|---|
| **1 night** | **$179.00** |
| **Taxes & Fees** | **$35.89** |

All prices quoted in USD.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- **Self parking fee: USD 18 per night (in/out privileges)**
- **Cribs (infant beds) are available for an additional fee**

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

---

JR - 01868
PRR-2025-0179

10/29/2015                                    Itinerary: Mediterranean Inn, Seattle

JR - 01869
PRR-2025-0179

E. Martin
1220 Lake Park Dr SW
Tumwater, WA 98512

$1.40⁹
US POS
FIRST-CLA

071S01083
98502
000004493

Office of Attorney General
Consumer Protection Division
800. 5ᵗʰ Ave. Suite 2000
Seattle, WA  98104-3188

JR - 01870
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 503733

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **503733** | **Status** | **Closed** |
| Date | 4/21/2017 | **Assignee** | **Clark, Serina** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $594.00 |
| NAICS | 454100-Electronic Shopping & Mail Order Houses | Amount Disputed | $594.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Eleni T Martin**<br>**1220 Lk Park Dr SW**<br>**Tumwater, WA  98512** | **(360) 970-9212** | **(360) 705-4242** | **eleni.t.martin@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Ticket Monster**<br>**165 Madison Avenue #202**<br>**New York, NY  10016** | | **(866) 217-4777** | | **service@ticketmons ter.com** |
| TicketMaster<br>1000 Corporate Landing<br>Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv @ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 203 | Internet & Mobile device based transaction |

## Activities

JR - 01871
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/21/2017 | Intake Notes | Per narrative, associated Ticketmaster and Ticket Monster as co-Rs. |
| | | Used R-all for Ticketmaster. |
| | | Selected existing Catalyst entry for Ticket Monster with address matching that provided by C. |
| 4/21/2017 | Reviewed | Triaged Level 2: ICR appropriate |
| 4/24/2017 | Email to Respondent | R-1stLetterRevised To: service@ticketmonster.com |
| 4/24/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |
| 4/24/2017 | Email to Complainant | C-1stLetter To:  eleni.t.martin@gmail.com |
| 4/24/2017 | Email from Respondent | Auto reply from Ticket Monster. |
| 4/25/2017 | Email from Respondent | Email from Ticket Monster. |
| 4/26/2017 | Email to Complainant | C-ResponseOneRespondentResolution To: eleni.t.martin@gmail.com |
| 4/26/2017 | Email to Respondent | R-ClosingW-Response To: service@ticketmonster.com; consumersupportwv@ticketmaster.com |
| 4/26/2017 | Resolution-CLOSED ADJUSTED | |
| 4/27/2017 | Email from Respondent | Auto reply from Ticket Monster. |
| 9/1/2017 | Reviewed | A few pages were missing from doc 503733, scanned and added as doc 503733A. |
| 9/1/2017 | Records Management | Paper and electronic document compared and verified to be accurate, complete, and accessible. Paper file destroyed per Scan and Toss Policy on 09/01/2017 by AO. For doc 503733A. |

**503733**                    2 of 2

JR - 01872
PRR-2025-0179

503733A

| Row: 13 | Wed Jan. 13th 2016, 8:00pm | 305 Harrison Seattle, WA 98109 | |
|---------|---------------------------|---------------------------------|--|

| | |
|---|---|
| Subtotal | 660.00 |
| Service Fees | 0.00 |
| Shipping | 0.00 |
| Discount | 66.00 |
| Total | 594.00 |

2

JR - 01873
PRR-2025-0179

[ticketmonster.com](ticketmonster.com) | [fb.com/ticketmonster](fb.com/ticketmonster)

 **alexandra james**
Apr 19, 13:57

Now that Janet Jackson canceled again can we get our money back?

This email is a service from Ticket Monster. Delivered by Zendesk

2

SerCla.100        4/24/2017

R-1stLetterRevised To:  service@ticketmonster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 24, 2017

Ticket Monster
165 Madison Avenue #202
New York, NY 10016

RE:  Eleni T Martin
File #:  503733

Dear Ticket Monster:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Eleni T Martin regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 503733 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**503733**

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure (Attachment)

**503733**

SerCla.100     4/24/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 24, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Eleni T Martin
File #:  503733

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Eleni T Martin regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 503733 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**503733**

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure (Attachment)

**503733**

SerCla.100    4/24/2017

C-1stLetter To:  eleni.t.martin@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 24, 2017

Eleni T Martin
1220 Lk Park Dr SW
Tumwater, WA 98512

RE:  Ticket Monster and TicketMaster
File #:  503733

Dear Eleni T Martin:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding Ticket Monster and TicketMaster was
reviewed and determined to be appropriate for the informal complaint resolution services
offered by our Consumer Resource Center. This is an informal, voluntary process. Our office
acts as a neutral party to facilitate communication between consumers and businesses to assist in
resolving the complaint. We are prohibited by Washington State law from providing legal
advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**503733**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**503733**

SerCla.100        4/24/2017

From: Ticket Monster [mailto:service@ticketmonster.com]
Sent: Monday, April 24, 2017 9:26 AM
To: ATG MI CRC Complaint Processing
Subject: [Request received] 503733 : A notice from the Washington State Attorney General's Office

##- Please type your reply above this line -##
Your request (171013) has been received and is being reviewed by our support staff.
To add additional comments, reply to this email.

**503733**

SerCla.100        4/25/2017

From: Brian L [mailto:brian@ticketmonster.com]
Sent: Monday, April 24, 2017 5:04 PM
To: ATG MI CRC Complaint Processing
Cc: 'Victoria S'
Subject: file number 503733

Good Evening,

I want to thank you for taking the time to reach out regarding the issue Ms Martin has with her tickets for Janet Jackson.  This has been a very frustrating situation given the circumstances.  Our terms and conditions state that we will refund tickets to any canceled events.  If the event is rescheduled, the tickets purchased will in fact be valid on the rescheduled date.  As a courtesy to Ms Martin, we are willing to offer her a full refund for the amount she paid to us which is $594.00 even though the event has not been canceled.  If you can provide us with Ms Martin's address, we will send her a check out within 2-3 business days for this amount.

Please reach out if there is anything further you shall need from us regarding this case.

All the best,

Brian Lefton
www.TicketMonster.com
(540) 421-1421
Brian@TicketMonster.com
My Linkedin | Follow me on Google +
--
Like our Facebook Page
Recommend Ticket Monster to Friends, Family & Colleagues!


"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."


**503733**

SerCla.100    4/26/2017

C-ResponseOneRespondentResolution To:  eleni.t.martin@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 26, 2017

Eleni T Martin
1220 Lk Park Dr SW
Tumwater, WA 98512

RE:   Ticket Monster and TicketMaster
File #:   503733

Dear Eleni T Martin:

This letter is to inform you that our office received the enclosed reply from Ticket Monster in response to the complaint you filed regarding Ticket Monster and TicketMaster, complaint # 503733. This response resolves your complaint with our office and your complaint is now closed.

As of the date of this letter, we have not yet received a response from TicketMaster. If TicketMaster sends us a response in the future, we will add that to your complaint as a public record and we will send you a copy for your information. Our office does not have authority to compel participation in our informal complaint resolution services.

Consumer complaints provide valuable information our office uses to identify patterns of unfair or deceptive trade practices that may warrant enforcement of the Consumer Protection Act.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**503733**

JR - 01883
PRR-2025-0179

Enclosure

From: Brian L [mailto:brian@ticketmonster.com]
Sent: Monday, April 24, 2017 5:04 PM
To: ATG MI CRC Complaint Processing
Cc: 'Victoria S'
Subject: file number 503733

Good Evening,

I want to thank you for taking the time to reach out regarding the issue Ms Martin has with her tickets for Janet Jackson.  This has been a very frustrating situation given the circumstances.  Our terms and conditions state that we will refund tickets to any canceled events.  If the event is rescheduled, the tickets purchased will in fact be valid on the rescheduled date.  As a courtesy to Ms Martin, we are willing to offer her a full refund for the amount she paid to us which is $594.00 even though the event has not been canceled.  If you can provide us with Ms Martin's address, we will send her a check out within 2-3 business days for this amount.

Please reach out if there is anything further you shall need from us regarding this case.

All the best,

Brian Lefton
www.TicketMonster.com
(540) 421-1421
Brian@TicketMonster.com
My Linkedin | Follow me on Google +
--
Like our Facebook Page
Recommend Ticket Monster to Friends, Family & Colleagues!


"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

**503733**

SerCla.100    4/26/2017

R-ClosingW-Response To:  service@ticketmonster.com;
consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

April 26, 2017

Ticket Monster
165 Madison Avenue #202
New York, NY 10016
TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Eleni T Martin
File #:  503733

Dear Ticket Monster and Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Eleni T Martin regarding your business. A copy of
your response was provided to Eleni T Martin. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

**503733**

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**503733**

SerCla.100     4/27/2017

From: Ticket Monster [mailto:service@ticketmonster.com]
Sent: Wednesday, April 26, 2017 4:32 PM
To: ATG MI CRC Complaint Processing
Subject: [Request received] 503733 : A notice from the Washington State Attorney General's Office

##- Please type your reply above this line -##
Your request (172087) has been received and is being reviewed by our support staff.
To add additional comments, reply to this email.

**503733**

# Catalyst Report

## Complaint Description

**Description**

New Ticketmaster policy for U2 is that you have to present you credit card you purchased the ticket with and bring all the people with you.  That means if you can't go you can't sell them.  This is an anti scalping program.  ok, then why does "TicketMaster Verified" a fan-to-fan reselling site allow  ticket to be sold for $971.55 ea. That is scalping and Ticketmaster get service fees for the transaction.

This is wrong.  Also sending to our State Attorney General.

Be a great thing since I may have already purchased ticketmaster tickets for show later this year and maybe I can't go.

Thanks,

Jeremy

# Catalyst
# Complaint Cover Page

### 505846

## Complaint

| Number | 505846 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 5/15/2017 | | **Assignee** | **Clark, Serina** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Jeremy  Eisenman**<br>**820 Greenwood Blvd SW**<br>**Issaquah, WA  98027** | **(206) 406-8794** | **(206) 406-8794** | **jeremyeisenman@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 100 | Misrepresentation of Terms |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 5/15/2017 | Intake Notes | Used R-all for TicketMaster. |
| | | Verified via web search that TicketMaster Verified is a program affiliated with TicketMaster; did not associate. |
| 5/16/2017 | Email to Respondent | R-1stLetterRevised To: consumersupportwv@ticketmaster.com |

**505846**                              1 of 2

JR - 01889
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/16/2017 | Email to Complainant | C-1stLetter To:  jeremyeisenman@gmail.com |
| 6/5/2017 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 6/7/2017 | Email from Respondent | See doc 505846A that came attached to the email below. |
| 6/8/2017 | Email to Complainant | C-ClosingPartialAdjusted To: jeremyeisenman@gmail.com |
| 6/8/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 6/8/2017 | Resolution-PART ADJUSTED | |
| 6/8/2017 | Email from Respondent | Auto reply. |

**505846**                     2 of 2

June 6, 2017

<u>Via Email</u>

RE:  Jeremy Eisenman
File #:  505846

Dear Ms. Clark:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Mr. Jeremy Eisenman, who wrote to your office regarding the credit card entry policy for  "U2: The Joshua Tree Tour 2017". We welcome the opportunity to respond to his complaint.

Ticketmaster acts as a ticket seller on behalf of our event provider clients, who make all decisions regarding an event, including whether there will be delivery restrictions.  As an event's authorized ticketing company, Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible.  To ensure that more tickets remain in the hands of fans for the upcoming "U2: The Joshua Tree Tour 2017", select tickets are credit card entry only, which means that no hard copy tickets are issued.  To enter the facility, the cardholder who purchased the tickets is required to present their credit card at the door for admission. Although there are resale tickets available for some tour dates, seat locations restricted to credit card entry are not posted for resale, as these tickets are non-transferrable.

The below verbiage is displayed on the event page under "More info" and is available to review prior to selecting tickets.

**Some locations are CREDIT CARD ENTRY only; RESTRICTIONS APPLY: CREDIT CARD USED FOR PYMT AND ID REQ'D TO ENTER; TICKET IS NON TRANSFERABLE.**

- **SELECT LOCATIONS are Credit Card Entry ONLY.**
- **Credit Card Entry tickets for this event are NON-TRANSFERABLE.**
- **At ENTRY you must provide the CREDIT CARD USED TO PURCHASE AND MATCHING VALID PHOTO ID.**
- **Entire party MUST enter the venue at the same time.**

Additionally, the delivery information provided during the purchase process also indicates that the tickets are credit card entry.

We trust this explanation will be satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

# ticketmaster®

**1000 Corporate Landing** Charleston, WV 25311

SerCla.100        5/16/2017

R-1stLetterRevised To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

May 16, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Jeremy Eisenman
File #:   505846

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Jeremy Eisenman regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 505846 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**505846**

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure



COMPLAINT SUMMARY
Consumer Information

Name:
Jeremy Eisenman

Address:
820 Greenwood Blvd SW
Issaquah, WA 98027

Day Phone:
(206) 406-8794

Evening Phone:
(206) 406-8794

E-mail Address:
jeremyeisenman@gmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**505846**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**505846**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
New Ticketmaster policy for U2 is that you have to present you credit card you purchased the
ticket with and bring all the people with you. That means if you can't go you can't sell them.
This is an anti scalping program. ok, then why does "TicketMaster Verified" a fan-to-fan
reselling site allow ticket to be sold for $971.55 ea. That is scalping and Ticketmaster get
service fees for the transaction.
This is wrong. Also sending to our State Attorney General.
Be a great thing since I may have already purchased ticketmaster tickets for show later this year
and maybe I can't go.
Thanks,
Jeremy
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Jeremy Eisenman    Date    5/14/2017

**505846**

Received via the Internet
City and State where signed Issaquah, Washingotn

**505846**

JR - 01896
PRR-2025-0179

SerCla.100       5/16/2017

C-1stLetter To:  jeremyeisenman@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

May 16, 2017

Jeremy Eisenman
820 Greenwood Blvd SW
Issaquah, WA 98027

RE:  TicketMaster
File #:  505846

Dear Jeremy Eisenman:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the
business(es) with a request to provide our office with a response within 21 calendar days. If a
response is received, you will be notified and a copy of the response will be provided to you. If
our office has not received a response from the business(es) within 14 calendar days, a courtesy
reminder will be sent to the business(es) reminding them that their response is due within the
next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel
the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**505846**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**505846**

SerCla.100        6/5/2017

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

June 5, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Jeremy Eisenman
File #:   505846

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 505846 is seven calendar days from the date of this letter. This complaint was filed by Jeremy
Eisenman regarding your business. Our practice is to send a courtesy reminder to provide you
with the opportunity to respond in a timely manner.

Please include the file # 505846 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**505846**

COMPLAINT SUMMARY
Consumer Information

Name:
Jeremy Eisenman

Address:
820 Greenwood Blvd SW
Issaquah, WA 98027

Day Phone:
(206) 406-8794

Evening Phone:
(206) 406-8794

E-mail Address:
jeremyeisenman@gmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**505846**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:

**505846**

New Ticketmaster policy for U2 is that you have to present you credit card you purchased the ticket with and bring all the people with you. That means if you can't go you can't sell them. This is an anti scalping program. ok, then why does "TicketMaster Verified" a fan-to-fan reselling site allow ticket to be sold for $971.55 ea. That is scalping and Ticketmaster get service fees for the transaction.

This is wrong. Also sending to our State Attorney General.

Be a great thing since I may have already purchased ticketmaster tickets for show later this year and maybe I can't go.

Thanks,

Jeremy

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Jeremy Eisenman    Date   5/14/2017

Received via the Internet

City and State where signed Issaquah, Washingotn

**505846**

SerCla.100      6/7/2017

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Tuesday, June 06, 2017 11:21 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 505846 : A notice from the Washington State Attorney General's Office

Our response to this complaint is attached.


Barrett Justice
Ticketmaster - Consumer Support
Escalations Mgr.

**505846**

SerCla.100          6/8/2017

C-ClosingPartialAdjusted To: jeremyeisenman@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

June 8, 2017

Jeremy Eisenman
820 Greenwood Blvd SW
Issaquah, WA 98027

RE:  TicketMaster
File #:  505846

Dear Jeremy Eisenman:

The Consumer Resource Center of the Attorney General's Office received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint; however, the Consumer Resource Center cannot compel a business to respond or to make an adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at http://www.wsba.org/Legal-Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**505846**

submit additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.


Sincerely,


SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure (Attachment)

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Tuesday, June 06, 2017 11:21 AM
To: ATG MI CRC Complaint Processing
Subject: Re: 505846 : A notice from the Washington State Attorney General's Office

Our response to this complaint is attached.

Barrett Justice
Ticketmaster - Consumer Support
Escalations Mgr.

**505846**

SerCla.100          6/8/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


June 8, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Jeremy Eisenman
File #:   505846

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Jeremy Eisenman regarding your business. A copy
of your response was provided to Jeremy Eisenman. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

SERINA CLARK
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**505846**

1-206-464-6684 for out-of-state callers

**505846**

JR - 01907
PRR-2025-0179

SerCla.100        6/8/2017

From: DoNotReply@ticketmaster.com [mailto:DoNotReply@ticketmaster.com]
Sent: Thursday, June 08, 2017 3:00 PM
To: ATG MI CRC Complaint Processing
Subject: Re: 505846 : A notice from the Washington State Attorney General's Office

We got your email!
We are currently receiving a higher than normal number of inquiries. We apologize, as our
current response time is longer than we would like. We will get back to you as soon as possible;
however, please allow up to 24 hours.
What if my event is happening today!
If your event is today and you haven't heard from us within a few hours of your event's start
time, please call us at 800-653-8000. We'll be glad to answer any questions you have and get
you off to your event!
What if my event is not today
Check out the link below for some of our most common FAQ's. We hope that you'll find your
answer there.
http://www.ticketmaster.com/help
Please don't reply to this email as it won't get forwarded to a representative. Be assured that we
will answer your original email ASAP!
Thanks for being a fan!

**505846**

# Catalyst
# Complaint Cover Page

### 510350

## Complaint

| | | | |
|---|---|---|---|
| Number | **510350** | **Status** | **Closed** |
| Date | 7/7/2017 | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Randy  Gregory**<br>**13734 90th Ave NE**<br>**Kirkland, WA  98034** | **(425) 823-9599** | | **randolfo1@frontier.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 013 | Misrepresentation of product or service |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/7/2017 | Emailed/Faxed Complaint - New | |
| 7/7/2017 | Intake Notes | Complaint not submitted on complaint form. |
| | | All major address used for R as none provided by C. |
| 7/12/2017 | Email to Complainant | C-ICRAuthorizationLetter To: randolfo1@frontier.com |

**510350**                                      1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/12/2017 | Email from Complainant | |
| 7/12/2017 | Email to Complainant | C-1stLetter To:  randolfo1@frontier.com |
| 7/12/2017 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 7/31/2017 | Email from Respondent | Came with document 510350A |
| 7/31/2017 | Email to Complainant | C-ClosingUnadjustedW-Response To: randolfo1@frontier.com |
| 7/31/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 7/31/2017 | Resolution-UNADJUSTED | |
| 8/1/2017 | Email from Complainant | |
| 8/1/2017 | Email to Complainant | C-ICRCompleted To:  randolfo1@frontier.com |

**510350**                    2 of 2

July 26, 2017

<u>Via Email</u>

RE:  Jason Murphy
File #:  510769

Dear Mr. Wu:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Attorney General's Office by Mr. Randy Gregory, who wrote to your office regarding his ticket purchase to  Ed Sheeran at Tacoma Dome on July 29, 2017.  He states in his complaint that he was unaware of the delivery delay for mobile tickets and feels that we are failing to deliver his tickets in a timely manner.  We appreciate the opportunity to respond to his complaint.

A delivery delay is in place on all Ed Sheeran tour dates in order to mitigate ticket scalping and keep ticket prices low for fans.  Ticketmaster acts as a ticket seller on behalf of our event provider clients, who make all decisions regarding an event, including whether there will be delivery restrictions or delays.  Delivery options can vary depending on the artist, team or promoters restriction.  Each and every ticket our clients entrust us to distribute is made available for delivery in strict compliance with their instructions.

All delivery times are approximate and sometimes delivery may be delayed per the clients request such as in this case.  Mobile tickets for Ed Sheeran's show at the Tacoma Dome on July 29th are available to print on July 26th at 7:30PM.  When the delay has been lifted, an email is automatically generated so that fans know that their tickets are ready to print.  Additionally, we send event email reminders to ensure that fans don't forget about their upcoming event.

We trust this explanation will be satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager



**ticketmaster** ®

**1000 Corporate Landing** Charleston, WV 25311

JR - 01911
PRR-2025-0179

SteGro.100        7/7/2017

-----Original Message-----
From: ATG MI CPR Contact AGO
Sent: Friday, July 07, 2017 2:01 PM
To: ATG MI CRC Complaint Processing
Subject: FW: Contact AGO - Ticketmaster Not Delivering Concert Tickets After Purchase


-----Original Message-----
From: ATG WWW Email AGO temporary
Sent: Friday, July 07, 2017 1:06 PM
To: ATG MI CPR Contact AGO
Subject: FW: Contact AGO - Ticketmaster Not Delivering Concert Tickets After Purchase


-----Original Message-----
From: randolfo1@frontier.com [mailto:randolfo1@frontier.com]
Sent: Friday, July 7, 2017 11:55 AM
To: ATG WWW Email AGO temporary <emailago2@ATG.WA.GOV>
Subject: Contact AGO - Ticketmaster Not Delivering Concert Tickets After Purchase

The following message has been submitted to staff at the Attorney General's Office.  While we
make every effort to respond promptly, depending on the complexity of your request and the
volume of messages received, it may take more time for our staff to respond.  We appreciate
your patience. Please do not respond directly to this message as the ATG WWW Email AGO
mailbox is unmonitored.  If you need to reach us again, please return to this form:
https://fortress.wa.gov/atg/formhandler/ago/ContactForm.aspx

Gregory, Randy

Email Address: randolfo1@frontier.com

Address:
13734 90th Ave NE
Kirkland WA 98034

Address Type: Home

Phone: 4258239599
Phone Type: Home

Subject: Ticketmaster Not Delivering Concert Tickets After Purchase

Message: Hello. I purchased tickets through Ticketmaster on 3/27/17 for an Ed Sheeran concert
which is at the Tacoma Dome on 7/29/17, 7:30 PM. Shortly after purchasing, Ticketmaster sent

**510350**

an email which stated I can print out my tickets by clicking on a tab provided in the email, much like previous concert tickets I have purchased through them. I did this and it went to there website which said there is a delay in the delivery of the tickets. There was no indication this was the case when purchasing. I have frequently inquired about my tickets since and no one at Ticketmaster could tell me when they would be available until today (7/7/17 - they ignored some of my previous messages) and I have been told they will be available on 7/26/17, 3 days before the concert. They are supposed to be available for me to print on-line. They should not be selling something they don't have available, sit on my money for several months without delivering the product, not indicate when they will be available and then only provide availability at the last minute not giving leeway for something that can go wrong with delivery and possibly causing the consumer to forget or not receive the tickets in time for the concert. Purchased items should be delivered in a timely manner. I have never run into this before with any ticket agency and unfortunately Ticketmaster is the primary ticket agency for events such as these. I know I am not alone regarding this issue. I understand they use to only give 24 hours notice and changed to 3 days due to complaints. We'll see if they come when they stated. I would really appreciate it if you would look into this and also their fees and fee structure for their products. Thank you for your consideration and best regards, Randy Gregory

Previous Contact: No
Date:

Regarding:


Declared By Name and Date:
Name: Randy Gregory
Date: 7/7/17

Submitted on: 7/7/2017 11:55:10 AM

Consumer protection issues constantly change, with new scams and threats emerging every week.  To be automatically notified, please consider signing up for one or more of our newsletters (http://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions, consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter (http://www.twitter.com/agowa), YouTube (http://www.youtube.com/washingtonago) and Facebook (https://www.facebook.com/WAStateAttorneyGeneral).


510350

AndWu.100      7/12/2017

C-ICRAuthorizationLetter To:  randolfo1@frontier.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 12, 2017


Randy Gregory
13734 90th Ave NE
Kirkland, WA 98034


RE:  TicketMaster
File #:  510350

Dear Randy Gregory:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your correspondence. Because the nature of your correspondence appears to be a
consumer complaint that we would normally send to the business and request a response, we
need your authorization to proceed.

You may provide authorization by email or regular mail:

1. To provide authorization by email, send an email to CRCComplaints@atg.wa.gov referencing
the above complaint number in the subject line. The email should explicitly state that you
authorize our office to send your correspondence and any associated materials to the business
and/or refer to other agencies or organizations as appropriate.

2. To provide authorization by regular mail, complete our paper complaint form
(enclosed/attached) referencing the above complaint number. Please reference your previous
correspondence in the complaint description section on the form. Return the completed form to
our office at 800 5th Avenue, Suite 2000, Seattle, Washington, 98104-3188.

It is important to include the above referenced file number on all communications with our
office regarding this complaint. This will allow us to quickly access your file. Also, please be
sure to include all the contact information you have for the business including mailing address,
telephone number, fax number, and email address.

If you do not wish to participate in our informal complaint resolution process, no further action
is required. If we do not receive authorization from you within seven calendar days, we will
close your complaint without further processing and will maintain a copy in our files as a public
record.

**510350**

Consumer complaints are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56. Complaint information we receive is exported to the Federal Trade Commission's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**510350**

AndWu.100       7/12/2017

From: Randy Gregory [mailto:randolfo1@frontier.com]
Sent: Wednesday, July 12, 2017 11:50 AM
To: ATG MI CRC Complaint Processing
Subject: File # 510350

Dear Sir/Madam.
Per your 7/12/17 email regarding the above subject, I am authorizing you to proceed.

Thank you,
Randy Gregory

This communication contains information that may be confidential.  Except for personal use by
the intended recipient, or as expressly authorized by the sender, any person who receives this
information is prohibited from disclosing, copying, distributing, and/or using it.  If you have
received this communication in error, please immediately delete it and all copies, and promptly
notify the sender.  Nothing in this communication is intended to operate as an electronic
signature under applicable law.

**510350**

AndWu.100      7/12/2017

C-1stLetter To:  randolfo1@frontier.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 12, 2017

Randy Gregory
13734 90th Ave NE
Kirkland, WA 98034

RE:  TicketMaster
File #:  510350

Dear Randy Gregory:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**510350**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**510350**

AndWu.100      7/12/2017

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 12, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Randy Gregory
File #:   510350

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Randy Gregory regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 510350 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**510350**

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


-----Original Message-----
From: ATG MI CPR Contact AGO
Sent: Friday, July 07, 2017 2:01 PM
To: ATG MI CRC Complaint Processing
Subject: FW: Contact AGO - Ticketmaster Not Delivering Concert Tickets After Purchase


-----Original Message-----
From: ATG WWW Email AGO temporary
Sent: Friday, July 07, 2017 1:06 PM
To: ATG MI CPR Contact AGO
Subject: FW: Contact AGO - Ticketmaster Not Delivering Concert Tickets After Purchase


-----Original Message-----
From: randolfo1@frontier.com [mailto:randolfo1@frontier.com]
Sent: Friday, July 7, 2017 11:55 AM
To: ATG WWW Email AGO temporary <emailago2@ATG.WA.GOV>
Subject: Contact AGO - Ticketmaster Not Delivering Concert Tickets After Purchase

The following message has been submitted to staff at the Attorney General's Office. While we
make every effort to respond promptly, depending on the complexity of your request and the
volume of messages received, it may take more time for our staff to respond. We appreciate
your patience. Please do not respond directly to this message as the ATG WWW Email AGO
mailbox is unmonitored. If you need to reach us again, please return to this form:
https://fortress.wa.gov/atg/formhandler/ago/ContactForm.aspx

Gregory, Randy

Email Address: randolfo1@frontier.com

Address:

**510350**

13734 90th Ave NE
Kirkland WA 98034

Address Type: Home

Phone: 4258239599
Phone Type: Home

Subject: Ticketmaster Not Delivering Concert Tickets After Purchase

Message: Hello. I purchased tickets through Ticketmaster on 3/27/17 for an Ed Sheeran concert
which is at the Tacoma Dome on 7/29/17, 7:30 PM. Shortly after purchasing, Ticketmaster sent
an email which stated I can print out my tickets by clicking on a tab provided in the email, much
like previous concert tickets I have purchased through them. I did this and it went to there
website which said there is a delay in the delivery of the tickets. There was no indication this
was the case when purchasing. I have frequently inquired about my tickets since and no one at
Ticketmaster could tell me when they would be available until today (7/7/17 - they ignored
some of my previous messages) and I have been told they will be available on 7/26/17, 3 days
before the concert. They are supposed to be available for me to print on-line. They should not be
selling something they don't have available, sit on my money for several months without
delivering the product, not indicate when they will be available and then only provide
availability at the last minute not giving leeway for something that can go wrong with delivery
and possibly causing the consumer to forget or not receive the tickets in time for the concert.
Purchased items should be delivered in a timely manner. I have never run into this before with
any ticket agency and unfortunately Ticketmaster is the primary ticket agency for events such as
these. I know I am not alone regarding this issue. I understand they use to only give 24 hours
notice and changed to 3 days due to complaints. We'll see if they come when they stated. I
would really appreciate it if you would look into this and also their fees and fee structure for
their products. Thank you for your consideration and best regards, Randy Gregory

Previous Contact: No
Date:

Regarding:

Declared By Name and Date:
Name: Randy Gregory
Date: 7/7/17

Submitted on: 7/7/2017 11:55:10 AM

Consumer protection issues constantly change, with new scams and threats emerging every
week. To be automatically notified, please consider signing up for one or more of our
newsletters (http://eepurl.com/bd6bM5) to keep up-to-date on the latest AGO news, opinions,
consumer alerts, Ask the AG columns, and blog posts.

**510350**

You can also follow us on the social networking sites Twitter (http://www.twitter.com/agowa),
YouTube (http://www.youtube.com/washingtonago) and Facebook
(https://www.facebook.com/WAStateAttorneyGeneral).

**510350**

AndWu.100          7/31/2017

From: consumer_support@ticketmaster.com [mailto:consumer_support@ticketmaster.com]
Sent: Wednesday, July 26, 2017 2:14 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 510350 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Mr. Gregory is attached.

Thanks for your patience.

Barrett

BARRETT JUSTICE
Escalations Manager
Ticketmaster
barrett.justice@ticketmaster.com
www.ticketmaster.com

**510350**

AndWu.100      7/31/2017

C-ClosingUnadjustedW-Response To:  randolfo1@frontier.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 31, 2017


Randy Gregory
13734 90th Ave NE
Kirkland, WA 98034


RE:   TicketMaster
File #:   510350

Dear Randy Gregory:

Our office received the enclosed response to your complaint from TicketMaster. This concludes
our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center
cannot compel either party to participate in, or make any adjustments as a result of, our informal
complaint resolution process. This is a voluntary service and our office serves as a neutral third
party. We regret that we are unable to provide further assistance to you in resolving this
complaint. Our office monitors consumer complaints for possible indications of patterns of
unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at http://www.wsba.org/Legal-
Community/County-Bar-Associations.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**510350**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**510350**

AndWu.100     7/31/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 31, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Randy Gregory
File #:   510350

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Randy Gregory regarding your business. A copy of
your response was provided to Randy Gregory. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**510350**

1-206-464-6684 for out-of-state callers

**510350**

JR - 01927
PRR-2025-0179

AndWu.100        8/1/2017

From: Randy Gregory [mailto:randolfo1@frontier.com]
Sent: Monday, July 31, 2017 10:52 AM
To: ATG MI CRC Complaint Processing
Subject: RE: 510350 : A notice from the Washington State Attorney General's Office

Mr. Wu.
Thanks for nothing and siding with Ticketmaster. There is a reason why Ticketmaster lost to a class action lawsuit not long ago.

I will remember the responses from your office when the next election comes up for Attorney General.

Randy Gregory

This communication contains information that may be confidential.  Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it.  If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender.  Nothing in this communication is intended to operate as an electronic signature under applicable law.

**510350**

AndWu.100        8/1/2017

C-ICRCompleted To:  randolfo1@frontier.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


August 1, 2017


Randy Gregory
13734 90th Ave NE
Kirkland, WA 98034


RE:  TicketMaster
File #:  510350

Dear Randy Gregory:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received the additional information you provided regarding complaint # 510350. The
complaint was closed upon completion of our informal complaint resolution process and has
been resolved to the fullest capabilities of the Consumer Resource Center.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive
business practices which may warrant further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted. It is our policy to neither
confirm nor deny the existence of an ongoing investigation.

Our informal complaint resolution process is a voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We cannot compel the business to respond or to resolve the complaint to your
satisfaction. While our informal process for facilitating resolution of complaints is often
effective and results in a satisfactory resolution for both parties, the outcome of the informal
process on an individual complaint does not determine whether or not our office will take more
formal action regarding the business practices described in your complaint.

You may also want to consult with a private attorney to determine any legal options and
remedies that may be available to you. Legal options and remedies may be time sensitive. Our
office is prohibited by Washington State law from providing legal advice or representing either
party.

The primary function of the Consumer Protection Division is to enforce the Consumer
Protection Act RCW 19.86. Please note that consumer complaints, including responses, are

**510350**

public records and are available to the public for copying or inspection pursuant to the Public
Records Act, RCW 42.56.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**510350**

JR - 01930
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

I am contacting your department because Ticketmaster is using unfair and I would argue illegal ticketing practices now.  I purchased some tickets on 2/10/17 for a Lady Gaga show on 8/5/17 at the Tacoma Dome. Unfortunately a business trip has come up for me and now I am unable to attend the show with my sister as originally planned.  But with Ticketmaster's new "Credit Card Entry Only" policy for some shows, I am unable to give her the tickets to the show I bought her for her birthday.

Credit Card Entry - Swipe your card at the entrance to find your purchase and get a slip with your seat info. RESTRICTIONS APPLY: PROOF OF CREDIT CARD USED FOR PURCHASE AND VALID ID REQUIRED FOR ENTRY. TICKETS ARE NON-TRANSFERABLE. YOUR ENTIRE GROUP MUST ENTER AT THE SAME TIME.

More info on this policy here: http://www.ticketmaster.com/creditcardentry

I called customer support multiple times and was told I am the only person in the entire world able to use these tickets. No refund option, no transfer option, no resale option.  How is this legal?  They expect the seats to be empty and do not care if someone is standing at the door with my credit card trying to gain entry. If I am not physically there with the card and my ID, its a no go for my sister.  I proposed I give my sister a photocopy of my ID, a letter with my signature, the physical card, etc.  They will do nothing to help me.  When I couldn't get help on the phone, I tried emailing.  Here is the response:

Hello Jason,

Thanks for reaching out to us. We truly apologize for the delay in our response time. We are currently experiencing a very large volume of email requests. We truly appreciate your patience as we work through these requests. My name is Ian, and I would be glad to assist you with this matter.

We are understand that you purchased these tickets for your sister and would like to change the delivery method. However, the delivery method for these tickets has been restricted to credit card entry. We truly apologize for this inconvenience, but this is due to restrictions put in place by the promoter of the event. The cardholder will be required to be present for anyone attending to gain entry to this event. Once again, this is due to restrictions by the promoter that cannot be lifted. If you have any other questions or concerns, please be sure to contact us. We are always willing to help. Have a great day!
Questions? Please reply to this email, or get answers right now.

Sincerely,
Ian
Ticketmaster Fan Support

On 7/15/2017 12:54 PM, J M wrote:
first-name=Jason
last-name=Murphy
eventDateRange=Event occurs more than 7 days from now
eventName=Lady Gaga
eventCity=Tacoma, WA
eventCountry=United States
eventState=Washington
orderNumber=50-13182/SEA
usedCard=2141
question=I bought these tickets for my sister for her birthday. Can you please change the delivery on these to mobile download or mail them to me because I will be out of town and the tickets are for her not me. Can you

please help? Otherwise these tickets will go wasted :( I am a longtime and loyal customer.

The funny thing about this email is, if you look the event up you will notice there is an option for mobile tickets  or mailed physical tickets for this event!  But, they still insist they won't allow me to change the delivery method.  If they were mobile delivery or physical tickets I could transfer them.  What is going on?  It is so unfair and confusing.  Here is the link for the event page.  If you try to purchase tickets it lets you choose alternative delivery methods.  So why won't they allow the change for my tickets?

https://www1.ticketmaster.com/lady-gaga-joanne-world-tour-tacoma-washington-08-05-2017/event/0F005237DD8C4BD0?artistid=1249444&majorcatid=10001&minorcatid=1

The only other thing I could think of was to call my credit card company to put in a credit card dispute.  I don't expect it to hold though, since its a policy of Ticketmaster.  I think I am done buying event tickets now.  How can a consumer buy a ticket for a future event 6 months away and not be allowed to change their mind or plans?  A lot can happen in 6 months.  Is it fair for me to lose $211 when someone wants to use my tickets?

Ticketmaster will not help me.  All they care about is selling the ticket.  Will Washington State help?  The event date is approaching on 8/5/17 and I am afraid after the date I will have zero recourse or options.  At this point I just want my money back.  Can you help?  I wonder how many other consumers are in my situation.

# Catalyst
# Complaint Cover Page

### 510769

## Complaint

| Number | 510769 | | Status | Closed |
|---|---|---|---|---|
| Date | 7/18/2017 | | **Assignee** | **Kiefer, Christopher** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $211.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $211.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Jason  Murphy**<br>**1516 N 85th St**<br>**Seattle, WA  98103** | **(310) 926-6542** | | **jaysmurph@me.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 100 | Misrepresentation of Terms |
| 203 | Internet & Mobile device based transaction |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/18/2017 | Intake Notes | Used R-all for R. |
| 7/18/2017 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 7/18/2017 | Email to Complainant | C-1stLetter To:  jaysmurph@me.com |
| 7/26/2017 | Email from Respondent | see doc 510769A. |

**510769**                                    1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/26/2017 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 7/26/2017 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: jaysmurph@me.com |
| 7/26/2017 | Resolution-CLOSED ADJUSTED | |

**510769**                    2 of 2

JR - 01934
PRR-2025-0179

July 26, 2017

<u>Via Email</u>

RE:  Jason Murphy
File #:  510769

Dear Mr. Kiefer:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Attorney General's Office by Mr. Jason Murphy, who wrote to your office regarding his ticket purchase to  Lady Gaga's Joanne World Tour at Tacoma Dome on August 5, 2017.  He states in his complaint that he is unable to attend the event due to a business trip, and is unhappy that his tickets are restricted to credit card entry only, which prevents him from transferring his tickets.  We welcome the opportunity to explain our policy.

Ticketmaster acts as a ticket seller on behalf of our event provider clients, who make all decisions regarding an event, including whether there will be delivery restrictions.  As an event's authorized ticketing company, Ticketmaster does whatever it can to make the ticket purchase process as fair, efficient, and user-friendly as possible.  To ensure that more tickets remain in the hands of fans for Lady Gaga's tour, select tickets are credit card entry only, which means that no hard copy tickets are issued.  To enter the facility, the cardholder who purchased the tickets is required to present their credit card at the door for admission.

This restriction was displayed on the event and delivery sections of the purchase process and prior to submitting payment and finalizing his purchase.  The below text is displayed on the event page and available to review prior to selecting tickets states:

- **SELECT LOCATIONS are Credit Card Entry ONLY. Please click here for more information on Credit Card Entry.**
- **Credit Card Entry tickets for this event are NON TRANSFERABLE.**
- **At ENTRY you must provide the CREDIT CARD USED TO PURCHASE AND VALID PHOTO ID.**
- **Entire party MUST enter the venue at the same time.**

Despite the delivery restriction, we have spoken to Mr. Murphy and have issued a full refund in order to satisfy his complaint.  We trust this explanation will be satisfactory to fully resolve this matter.  Please don't hesitate to contact us with any further questions or inquiries.

Sincerely,

Barrett Justice
Escalations Manager

# ticketmaster®

**1000 Corporate Landing** Charleston, WV 25311

ChrKie.100     7/18/2017

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 18, 2017


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Jason Murphy
File #:   510769

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Jason Murphy regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 510769 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**510769**

Sincerely,

CHRISTOPHER KIEFER
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Jason Murphy

Address:
1516 N 85th St
Seattle, WA 98103

Day Phone:
(310) 926-6542

Evening Phone:

E-mail Address:
jaysmurph@me.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**510769**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
211.00

Did you sign a contract -

Date of transaction:
2/10/17

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**510769**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I am contacting your department because Ticketmaster is using unfair and I would argue illegal ticketing practices now. I purchased some tickets on 2/10/17 for a Lady Gaga show on 8/5/17 at the Tacoma Dome. Unfortunately a business trip has come up for me and now I am unable to attend the show with my sister as originally planned. But with Ticketmaster's new "Credit Card Entry Only" policy for some shows, I am unable to give her the tickets to the show I bought her for her birthday.
Credit Card Entry - Swipe your card at the entrance to find your purchase and get a slip with your seat info. RESTRICTIONS APPLY: PROOF OF CREDIT CARD USED FOR PURCHASE AND VALID ID REQUIRED FOR ENTRY. TICKETS ARE NON-TRANSFERABLE. YOUR ENTIRE GROUP MUST ENTER AT THE SAME TIME.
More info on this policy here: http://www.ticketmaster.com/creditcardentry
I called customer support multiple times and was told I am the only person in the entire world able to use these tickets. No refund option, no transfer option, no resale option. How is this legal -  They expect the seats to be empty and do not care if someone is standing at the door with my credit card trying to gain entry. If I am not physically there with the card and my ID, its a no go for my sister. I proposed I give my sister a photocopy of my ID, a letter with my signature, the physical card, etc. They will do nothing to help me. When I couldn't get help on the phone, I tried emailing. Here is the response:
Hello Jason,
Thanks for reaching out to us. We truly apologize for the delay in our response time. We are currently experiencing a very large volume of email requests. We truly appreciate your patience as we work through these requests. My name is Ian, and I would be glad to assist you with this matter.
We are understand that you purchased these tickets for your sister and would like to change the delivery method. However, the delivery method for these tickets has been restricted to credit card entry. We truly apologize for this inconvenience, but this is due to restrictions put in place by the promoter of the event. The cardholder will be required to be present for anyone attending to gain entry to this event. Once again, this is due to restrictions by the promoter that cannot be lifted. If you have any other questions or concerns, please be sure to contact us. We are always willing to help. Have a great day!
Questions -  Please reply to this email, or get answers right now.
Sincerely,

**510769**

Ian
Ticketmaster Fan Support
On 7/15/2017 12:54 PM, J M wrote:
first-name=Jason
last-name=Murphy
eventDateRange=Event occurs more than 7 days from now
eventName=Lady Gaga
eventCity=Tacoma, WA
eventCountry=United States
eventState=Washington
orderNumber=50-13182/SEA
usedCard=2141
question=I bought these tickets for my sister for her birthday. Can you please change the
delivery on these to mobile download or mail them to me because I will be out of town and the
tickets are for her not me. Can you please help -  Otherwise these tickets will go wasted :( I am a
longtime and loyal customer.
The funny thing about this email is, if you look the event up you will notice there is an option
for mobile tickets or mailed physical tickets for this event! But, they still insist they won't allow
me to change the delivery method. If they were mobile delivery or physical tickets I could
transfer them. What is going on -  It is so unfair and confusing. Here is the link for the event
page. If you try to purchase tickets it lets you choose alternative delivery methods. So why won't
they allow the change for my tickets -
https://www1.ticketmaster.com/lady-gaga-joanne-world-tour-tacoma-washington-08-05-
2017/event/0F005237DD8C4BD0 - artistid=1249444&majorcatid=10001&minorcatid=1
The only other thing I could think of was to call my credit card company to put in a credit card
dispute. I don't expect it to hold though, since its a policy of Ticketmaster. I think I am done
buying event tickets now. How can a consumer buy a ticket for a future event 6 months away
and not be allowed to change their mind or plans -  A lot can happen in 6 months. Is it fair for
me to lose $211 when someone wants to use my tickets -
Ticketmaster will not help me. All they care about is selling the ticket. Will Washington State
help -  The event date is approaching on 8/5/17 and I am afraid after the date I will have zero
recourse or options. At this point I just want my money back. Can you help -  I wonder how
many other consumers are in my situation.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

**510769**

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Jason Murphy    Date   7/17/17
Received via the Internet
City and State where signed Seattle, WA

**510769**

JR - 01941
PRR-2025-0179

ChrKie.100      7/18/2017

C-1stLetter To:  jaysmurph@me.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 18, 2017

Jason Murphy
1516 N 85th St
Seattle, WA 98103

RE:  TicketMaster
File #:  510769

Dear Jason Murphy:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately 4-6 weeks to complete. A copy of your complaint is sent to the business with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business within 14 calendar days, a courtesy reminder will be sent to the business reminding them that their response is due within the next 7 calendar days. If the business does not respond to our request, our office cannot compel the business to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**510769**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


CHRISTOPHER KIEFER
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**510769**

ChrKie.100     7/26/2017

From: Barrett Justice [mailto:barrett.justice@ticketmaster.com]
Sent: Wednesday, July 26, 2017 12:06 PM
To: ATG MI CRC Complaint Processing
Subject: RE: 510769 : A notice from the Washington State Attorney General's Office

Our response to the complaint from Mr. Murphy is attached.  Thanks for your patience.

Barrett


BARRETT JUSTICE
Escalations Manager
Ticketmaster
barrett.justice@ticketmaster.com
www.ticketmaster.com

**510769**

ChrKie.100          7/26/2017

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

July 26, 2017

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Jason Murphy
File #:  510769

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Jason Murphy regarding your business. A copy of
your response was provided to Jason Murphy. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

CHRISTOPHER F. KIEFER
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**510769**

1-206-464-6684 for out-of-state callers

**510769**

JR - 01946
PRR-2025-0179

ChrKie.100        7/26/2017

C-ClosingAdjustedEnclosureIncluded To:  jaysmurph@me.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686


July 26, 2017


Jason Murphy
1516 N 85th St
Seattle, WA 98103


RE:  TicketMaster
File #:  510769

Dear Jason Murphy:

We received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office. Your complaint has been closed as this response completes our informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


CHRISTOPHER F. KIEFER
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**510769**

**510769**

JR - 01948
PRR-2025-0179