# Catalyst Report

## Complaint Description

**Description**

I checked the NO box for ticket insurance and after I entered my credit card security number, the website changed it back to YES. I literally saw it change as I was placing my order but could not stop the transaction or go back. Ticketmaster should have the consumer review the order since they made a change to it, not me. I did not want ticket insurance and requested a refund. This should not be allowed and is deceptive. (Order #4-39285/SEA)

# Catalyst
# Complaint Cover Page

### 548304

## Complaint

| Number | 548304 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 5/6/2019 | | **Assignee** | **Winfield, Kristina** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Donald  Jocz** **25615 214th Ave SE** **Maple Valley, WA  98038** | **(253) 335-5978** | | **donjocz@hotmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster** **1000 Corporate Landing** **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 018 | Service Representation |
| 508 | Unordered/Unsolicited Merchandise |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 5/7/2019 | Email to Complainant | C-1stLetter To:  donjocz@hotmail.com |
| 5/7/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 5/7/2019 | Email from Respondent | 548304A |

JR - 02050
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/7/2019 | Email to Complainant | C-ClosingUnadjustedW-Response To: donjocz@hotmail.com |
| 5/7/2019 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 5/7/2019 | Resolution- CLOSED W/RESPONSE | |

**548304**                                              2 of 2



May 7, 2019

<u>Via Email</u>

**Re: Donald Jocz**
**File No.: 548304**

Ms. Kristina Winfield:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the Washington Attorney General's Office by Mr. Donald Jocz, who wrote to your office to complain that he did not purchase Event Ticket insurance when he bought tickets to The Chainsmokers scheduled at the Tacoma Dome on Tuesday, December 3, 2019.  Thank you for bringing his concerns to our attention.

As an additional service to consumers, we provide the opportunity to purchase Event Ticket Insurance from our partner, Allianz Global Assistance. The insurance is an optional benefit that provides full reimbursement when the buyer is unable to attend their event due to illness, airline delays, traffic accidents, or other covered reasons.

Attached is an example screenshot of the insurance offer that appears during the purchase process.  As you can see, the terms of the coverage are provided prior to submitting payment and finalizing the transaction.  The option to include the insurance is not automatically selected; rather, participation requires action on behalf of the consumer by either selecting "YES, Protect My Ticket Purchase" or "No" in order to proceed with the purchase process.  If neither option is selected, the insurance does not get included with the purchase.  The terms clearly state "By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to Allianz Global Assistance, who will charge your card on the terms described above."

We're sorry to hear that Mr. Jocz feels that the insurance offer wasn't clearly disclosed during the purchase process.  Full details of the coverage policy were provided and it very clearly states "You may cancel your Event Ticket Insurance within 10 days of the purchase date and receive a full refund of insurance fees paid".   If you are requesting a refund for the insurance please direct any questions to the insurer, Allianz Global Assistance directly by calling 1-800-424-3396 or by email at <u>eventservice@allianzassistance.com</u>.

We appreciate the opportunity to respond to his complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Pam Shafer
Consumer Support Specialist

**Recommended: Protect Your Ticket Purchase - Over 10 Million Tickets Protected!**

Get reimbursed up to 100% with Event Ticket Insurance for an additional $7.99/ticket

If you can't attend this event for any number of reasons like covered illness, airline delays, traffic accidents, if you are required to work, and more, you'll be reimbursed for this purchase. Why insure your tickets? Event ticket insurance insures your financial investment of the event tickets including taxes and shipping costs (up to the amount of your policy limits) should you not be able to attend the event for a covered reason. Coverage also includes parking and other event related items that have been added to your order. Terms, conditions and exclusions apply. See full Coverage Details. Event Ticket Protector insurance does not offer coverage for cancellation due to a personal change of plans. This charge is in addition to the order total displayed above and will be billed separately by Allianz Global Assistance. This optional coverage may duplicate coverage already provided by your personal auto insurance policy, homeowner's insurance policy, personal liability insurance policy or other source of coverage. This insurance is not required in connection with the insured's purchase of tickets. Insurance coverage is underwritten by Jefferson Insurance Company (NY, Administrative Office: Richmond, VA), rated "A+" (Excellent) by A.M. Best Co., under Jefferson Form No. 102-C or 102-P series, or Jefferson Form No. 105-C series or 105-P series. Allianz Global Assistance is a brand of AGA Service Company. AGA Service Company is the licensed producer and administrator of this plan and an affiliate of Jefferson Insurance Company. The insured shall not receive any special benefit or advantage because of the affiliation between AGA Service Company and Jefferson Insurance Company. By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to Allianz Global Assistance, who will charge your card on the terms described above.

Read what a recent customer had to say:

"Since tickets are purchased so far in advance to an event, you never know what may happen on the day of the event. So it is great to be covered - or have coverage. Very beneficial." - Kathy M., Orlando, FL

**Free Look Period: Within at least 10 days, depending on your state of residence, receive a full refund on your premium if you haven't filed a claim or departed for your event.**



○ No.

○ **YES**, Protect my Ticket Purchase to                    at                    on **(Highly Recommended)**

✓ Highly Recommended!

JR - 02053
PRR-2025-0179



JR - 02054
PRR-2025-0179

KriWin.100        5/7/2019

C-1stLetter To: donjocz@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 7, 2019

Donald Jocz
25615 214th Ave SE
Maple Valley, WA 98038

RE:  TicketMaster
File #:  548304

Dear Donald Jocz:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business within 14 calendar days, a courtesy reminder will be sent to the business reminding them that their response is due within the next 7 calendar days. If the business does not respond to our request, our office cannot compel the business to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**548304**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**548304**

KriWin.100          5/7/2019

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 7, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Donald Jocz
File #:  548304

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Donald Jocz regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 548304 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**548304**

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information
Name:
Donald Jocz

Address:
25615 214th Ave SE
Maple Valley, WA 98038

Day Phone:
(253) 335-5978

Evening Phone:

E-mail Address:
donjocz@hotmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -
Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

**548304**

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Names and addresses of any other businesses involved in your complaint:

Cost of item or service:
unknown

Date of transaction:
5/4/2019

Explain your complaint in detail:
I checked the NO box for ticket insurance and after I entered my credit card security number, the website changed it back to YES. I literally saw it change as I was placing my order but could not stop the transaction or go back. Ticketmaster should have the consumer review the order since they made a change to it, not me. I did not want ticket insurance and requested a refund. This should not be allowed and is deceptive. (Order #4-39285/SEA)
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational

**548304**

JR - 02059
PRR-2025-0179

purposes.
Signature Donald Jocz    Date   5/4/2019
Received via the Internet
City and State where signed Maple Valley, WA

**548304**

KriWin.100          5/7/2019

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Tuesday, May 07, 2019 11:19 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: File No.: 548304

Re: Donald Jocz
File No.: 548304

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**548304**

KriWin.100        5/7/2019

C-ClosingUnadjustedW-Response To:  donjocz@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 7, 2019

Donald Jocz
25615 214th Ave SE
Maple Valley, WA 98038

RE:  TicketMaster
File #:  548304

Dear Donald Jocz:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**548304**

JR - 02062
PRR-2025-0179

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure/ 548304A

**548304**

KriWin.100          5/7/2019

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 7, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Donald Jocz
File #:   548304

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Donald Jocz regarding your business. A copy of your response was provided to Donald Jocz. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**548304**

1-206-464-6684 for out-of-state callers

**548304**

# Catalyst Report

## Complaint Description

**Description**

I bought tickets on-line for a local music event.  I want to give my tickets to a friend but Ticketmaster says the only way I can do this is if my friend opens a Ticketmaster account.  I can't, for example, print out my tickets and give the paper copies to my friend for entry.  I think this is wrong -- my friend doesn't need or want a Ticketmaster account.  I think Ticketmaster does this only for marketing purposes and this is forced on me and my friend.  My friend becomes a forced customer and they can use his data for marketing purposes and sell/share that information, even if he closes his account after the event.  I think this is wrong, I bought the tickets and should be able to give them away without restraint. Please contact me if you would like documentation from my ticket transaction.

# Catalyst
# Complaint Cover Page

### 550335

## Complaint

| Number | 550335 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 6/19/2019 | | **Assignee** | **Winfield, Kristina** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Katja  Ellertson**<br>**7912 39th Ave SW**<br>**Seattle, WA  98136** | **(206) 985-6573** | | **ellert33@msn.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|
| | | | | |

## Practice(s)

| Code | Practice |
|------|----------|
| 303 | Questionable Quality Product/Service |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 6/19/2019 | Email to Complainant | C-1stLetter To:  ellert33@msn.com |
| 6/19/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 7/8/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 7/10/2019 | Email from Respondent | 550335A |

JR - 02067
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/10/2019 | Email to Complainant | C-ClosingPartialAdjusted To:  ellert33@msn.com |
| 7/10/2019 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 7/10/2019 | Resolution- CLOSED W/RESPONSE | |

**550335**                    2 of 2

July 10, 2019

**Via Email**

**RE:  Katja Ellertson**
**File No: 550335**

Ms. Kristina Winfield:

We are in receipt of the recent complaint submitted to the Washington Attorney General's Office of the Division of Consumer Protection by Ms. Katja Ellertson, who wrote to you regarding the transferring of tickets.  We welcome the opportunity to respond to her complaint.

Ms. Ellertson states in her complaint that she purchased tickets and will not be able to attend the event but wants to utilize Ticketmaster's Ticket Transfer to give her tickets away to a friend.  To transfer tickets on Ticketmaster.com the tickets will be surrendered from your Ticketmaster.com My Account to your friends Ticketmaster.com My Account to be accepted.  Once you transfer the tickets if the party you are sending the tickets to does not have a My Account they would need to set one up to accept/receive the tickets.  They can unsubscribe or opt-out of receiving anything Ticketmaster/Live Nation by emailing privacy@livenation.com or by writing us at

Live Nation Entertainment, Inc.
9348 Civic Center Drive
Beverly Hills, CA 90210
Attention: Privacy Officer, Legal

At purchase if available the hard copy ticket can be requested to be mailed or in most cases you can call and request an alternate pick-up if you do not want to utilize the Ticket Transfer option.

We appreciate the opportunity to respond to Ms. Ellertson's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,

Pam Shafer
Consumer Support Specialist



**ticketmaster** ®
**1000 Corporate Landing** Charleston, WV 25311

KriWin.100        6/19/2019

C-1stLetter To: ellert33@msn.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 19, 2019


Katja Ellertson
7912 39th Ave SW
Seattle, WA 98136


RE:   TicketMaster
File #:   550335

Dear Katja Ellertson:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business within 14 calendar days, a courtesy reminder will be sent to the business reminding them that their response is due within the next 7 calendar days. If the business does not respond to our request, our office cannot compel the business to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**550335**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**550335**

KriWin.100        6/19/2019

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 19, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Katja Ellertson
File #:   550335

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Katja Ellertson regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 550335 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**550335**

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information
Name:
Katja Ellertson

Address:
7912 39th Ave SW
Seattle, WA 98136

Day Phone:
(206) 985-6573

Evening Phone:

E-mail Address:
ellert33@msn.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -
Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing

**550335**

Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Names and addresses of any other businesses involved in your complaint:

Cost of item or service:

Date of transaction:

Explain your complaint in detail:
I bought tickets on-line for a local music event. I want to give my tickets to a friend but Ticketmaster says the only way I can do this is if my friend opens a Ticketmaster account. I can't, for example, print out my tickets and give the paper copies to my friend for entry. I think this is wrong -- my friend doesn't need or want a Ticketmaster account. I think Ticketmaster does this only for marketing purposes and this is forced on me and my friend. My friend becomes a forced customer and they can use his data for marketing purposes and sell/share that information, even if he closes his account after the event. I think this is wrong, I bought the tickets and should be able to give them away without restraint. Please contact me if you would like documentation from my ticket transaction.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational

**550335**

purposes.
Signature Katja Ellertson    Date   6/18/19
Received via the Internet
City and State where signed Seattle, WA

**550335**

KriWin.100          7/8/2019

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 8, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Katja Ellertson
File #:  550335

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 550335 is seven calendar days from the date of this letter. This complaint was filed by Katja Ellertson regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 550335 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**550335**

COMPLAINT SUMMARY
Consumer Information
Name:
Katja Ellertson

Address:
7912 39th Ave SW
Seattle, WA 98136

Day Phone:
(206) 985-6573

Evening Phone:

E-mail Address:
ellert33@msn.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -
Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:

**550335**

consumersupportwv@ticketmaster.com

Names and addresses of any other businesses involved in your complaint:

Cost of item or service:

Date of transaction:

Explain your complaint in detail:
I bought tickets on-line for a local music event. I want to give my tickets to a friend but Ticketmaster says the only way I can do this is if my friend opens a Ticketmaster account. I can't, for example, print out my tickets and give the paper copies to my friend for entry. I think this is wrong -- my friend doesn't need or want a Ticketmaster account. I think Ticketmaster does this only for marketing purposes and this is forced on me and my friend. My friend becomes a forced customer and they can use his data for marketing purposes and sell/share that information, even if he closes his account after the event. I think this is wrong, I bought the tickets and should be able to give them away without restraint. Please contact me if you would like documentation from my ticket transaction.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Katja Ellertson    Date   6/18/19
Received via the Internet
City and State where signed Seattle, WA

**550335**

KriWin.100          7/10/2019

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Wednesday, July 10, 2019 10:26 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: File No: 550335


RE:  Katja Ellertson
File No: 550335

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**550335**

KriWin.100        7/10/2019

C-ClosingPartialAdjusted To:  ellert33@msn.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 10, 2019


Katja Ellertson
7912 39th Ave SW
Seattle, WA 98136


RE:   TicketMaster
File #:   550335

Dear Katja Ellertson:

The Consumer Resource Center of the Attorney General's Office received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint; however, the Consumer Resource Center cannot compel a business to respond or to make an adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**550335**

submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure/ 550335A


**550335**

KriWin.100        7/10/2019

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 10, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Katja Ellertson
File #:   550335

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Katja Ellertson regarding your business. A copy of
your response was provided to Katja Ellertson. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**550335**

1-206-464-6684 for out-of-state callers

**550335**

JR - 02083
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

On March 9, 2019, I purchased tickets through Ticketmaster for a Michael McDonald concert to be held at Chateau Ste Michelle on July 25th 2019. Due to a work commitment requiring out of state travel during the time of the concert, we wanted to pass our tickets along to someone else who would be able to use them. The tickets were delivered electronically through the Ticketmaster app. When I attempted to transfer the tickets to someone else, I found that the link to transfer the tickets was disabled. When I contacted customer service for Ticketmaster, they said that transferring tickets was not available for this concert, and that I should just give my Ticketmaster login credentials to the person I wanted to transfer the tickets to so they could use MY account to get in to the concert.

When I purchased the tickets, the confirmation email had a link (screenshot attached) explaining how to transfer tickets, so I had every expectation that this would be permitted.
The Ticketmaster page explaining the transfer policy does NOT indicate that there would be circumstances under which transferring tickets would not be permitted.
When I purchased the tickets, there was even a link in the confirmation email

JR - 02084
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 551936

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **551936** | | **Status** | **Closed** |
| Date | 7/23/2019 | | **Assignee** | **Carroll, Camille** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Brian  Berry**<br>**824 NE 95th St**<br>**Seattle, WA  98115** | **(425) 213-0597** | | **brianberry@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 104 | Non-Fulfillment |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/23/2019 | Reviewed | Chateau Ste Michelle does not appear to be involved in the issues presented in the complaint |
| 7/23/2019 | Reviewed | Website address for Chateau Ste Michelle appears to be a email address; preferred correspondence will need to be changed |

**551936**                    1 of 2

JR - 02085
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/24/2019 | Intake Notes | Chateau Ste. Michelle removed as they do not seem to be subject of complaint.<br><br>Chateau Ste. Michelle preferred correspondence changed to email. |
| 7/24/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 7/24/2019 | Email to Complainant | C-1stLetter To:  brianberry@gmail.com |
| 8/12/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 8/20/2019 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 8/20/2019 | Email to Complainant | C-ClosingNoResponse To: brianberry@gmail.com |
| 8/29/2019 | Resolution- UNADJUSTED NO RESPONSE | |

**551936**                    2 of 2

CamCar.100        7/24/2019

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 24, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Brian Berry
File #:   551936

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Brian Berry regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 551936 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**551936**

Sincerely,

CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Brian Berry

Address:
824 NE 95th St
Seattle, WA 98115

Day Phone:
(425) 213-0597

Evening Phone:

E-mail Address:
brianberry@gmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**551936**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:

**551936**

Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On March 9, 2019, I purchased tickets through Ticketmaster for a Michael McDonald concert to be held at Chateau Ste Michelle on July 25th 2019. Due to a work commitment requiring out of state travel during the time of the concert, we wanted to pass our tickets along to someone else who would be able to use them. The tickets were delivered electronically through the Ticketmaster app. When I attempted to transfer the tickets to someone else, I found that the link to transfer the tickets was disabled. When I contacted customer service for Ticketmaster, they said that transferring tickets was not available for this concert, and that I should just give my Ticketmaster login credentials to the person I wanted to transfer the tickets to so they could use MY account to get in to the concert.
When I purchased the tickets, the confirmation email had a link (screenshot attached) explaining how to transfer tickets, so I had every expectation that this would be permitted.
The Ticketmaster page explaining the transfer policy does NOT indicate that there would be circumstances under which transferring tickets would not be permitted.
When I purchased the tickets, there was even a link in the confirmation email
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with

**551936**

the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Brian Berry    Date   7/22/2019

Received via the Internet

City and State where signed Seattle, WA

**551936**

JR - 02091
PRR-2025-0179

CamCar.100        7/24/2019

C-1stLetter To:  brianberry@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 24, 2019


Brian Berry
824 NE 95th St
Seattle, WA 98115


RE:   TicketMaster
File #:   551936

Dear Brian Berry:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**551936**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**551936**

CamCar.100      8/12/2019

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


August 12, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Brian Berry
File #:   551936

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 551936 is seven calendar days from the date of this letter. This complaint was filed by Brian Berry regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 551936 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure:


**551936**

COMPLAINT SUMMARY
Consumer Information

Name:
Brian Berry

Address:
824 NE 95th St
Seattle, WA 98115

Day Phone:
(425) 213-0597

Evening Phone:

E-mail Address:
brianberry@gmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**551936**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
On March 9, 2019, I purchased tickets through Ticketmaster for a Michael McDonald concert to

**551936**

JR - 02096
PRR-2025-0179

be held at Chateau Ste Michelle on July 25th 2019. Due to a work commitment requiring out of state travel during the time of the concert, we wanted to pass our tickets along to someone else who would be able to use them. The tickets were delivered electronically through the Ticketmaster app. When I attempted to transfer the tickets to someone else, I found that the link to transfer the tickets was disabled. When I contacted customer service for Ticketmaster, they said that transferring tickets was not available for this concert, and that I should just give my Ticketmaster login credentials to the person I wanted to transfer the tickets to so they could use MY account to get in to the concert.

When I purchased the tickets, the confirmation email had a link (screenshot attached) explaining how to transfer tickets, so I had every expectation that this would be permitted.

The Ticketmaster page explaining the transfer policy does NOT indicate that there would be circumstances under which transferring tickets would not be permitted.

When I purchased the tickets, there was even a link in the confirmation email

What do you think the business should do to resolve your complaint -

Explain if you have circled 'Other':

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Brian Berry    Date   7/22/2019

Received via the Internet

City and State where signed Seattle, WA

551936

CamCar.100      8/20/2019

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


August 20, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Brian Berry
File #:   551936

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by Brian Berry regarding your business and presented you an opportunity to provide our office with a written response to that complaint through our informal complaint resolution (ICR) process. As of today's date, you have not submitted a response and consequently we have closed this complaint. Brian Berry was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. We cannot compel either party to participate in our process or to resolve the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**551936**

Please include the complaint number given above on any complaint correspondence.

Sincerely,


CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers



COMPLAINT SUMMARY
Consumer Information

Name:
Brian Berry

Address:
824 NE 95th St
Seattle, WA 98115

Day Phone:
(425) 213-0597

Evening Phone:

E-mail Address:
brianberry@gmail.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**551936**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:

Transaction Date:


Explain your complaint in detail:
On March 9, 2019, I purchased tickets through Ticketmaster for a Michael McDonald concert to
be held at Chateau Ste Michelle on July 25th 2019. Due to a work commitment requiring out of
state travel during the time of the concert, we wanted to pass our tickets along to someone else
who would be able to use them. The tickets were delivered electronically through the
Ticketmaster app. When I attempted to transfer the tickets to someone else, I found that the link
to transfer the tickets was disabled. When I contacted customer service for Ticketmaster, they
said that transferring tickets was not available for this concert, and that I should just give my
Ticketmaster login credentials to the person I wanted to transfer the tickets to so they could use
MY account to get in to the concert.
When I purchased the tickets, the confirmation email had a link (screenshot attached) explaining
how to transfer tickets, so I had every expectation that this would be permitted.
The Ticketmaster page explaining the transfer policy does NOT indicate that there would be
circumstances under which transferring tickets would not be permitted.
When I purchased the tickets, there was even a link in the confirmation email
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

**551936**

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Brian Berry    Date   7/22/2019

Received via the Internet

City and State where signed Seattle, WA

**551936**

CamCar.100    8/20/2019

C-ClosingNoResponse To: brianberry@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 20, 2019

Brian Berry
824 NE 95th St
Seattle, WA 98115

RE: TicketMaster
File #: 551936

Dear Brian Berry:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's
date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate
communication between consumers and businesses to assist in resolving complaints. Through
this process we act as a neutral third party. If a business refuses to respond or to make an
adjustment, we cannot compel them to do so. We have completed our informal complaint
resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade
practices that may warrant further attention. Even though the Consumer Resource Center closed
your complaint, the complaint file is retained in our complaint database. Consumer complaints
assist us in identifying possible patterns and practices that may warrant further action by our
office. We may still open a formal investigation or take enforcement action against
TicketMaster pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If
you would like to pursue the matter further, you may wish to contact a private attorney. The
Washington State Bar Association (WSBA) offers research tools to locate private attorneys in
your area by offering listings for each County Bar Association. You may access the County Bar
Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-
bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**551936**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any correspondence.
Sincerely,

CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**551936**

# Catalyst Report

## Complaint Description

**Description**

Hello - thank you for your time.

I purchased tickets for the Marc Anthony concert on May 18, 2019. It was an anniversary gift for my wife. I recently lost my job, position eliminated, and am unable to fly to Las Vegas. I have contacted Ticketmaster several times to ask about a refund. They tell me "the venue does not allow refunds". I was also told to sell them via their site. The issue with that option is

1. They do not allow me to set the price. I purchased my tickets for $300 each sans the fees and tax. I wanted to sell them for $250 but was not allowed. The minimum price is $301. This I am sure due to the fees they charge for selling them as they go up as the asking price goes up.

2. When I looked online, I found seats extremely close to mine, that were selling on their site for $256. That puts me at a disadvantage because why would anyone pay $40 more for my tickets + the fees if they can get them for less.

3. The fees they wanted to charge me for selling them at the minimum ($301) would net me a loss of $215 in total.

It seems completely unfair for them to have these types of practices. I do not purchase tickets often, and when I do, I very rarely use Ticketmaster. I would like to file a formal complaint against them.

# Catalyst
# Complaint Cover Page

### 553449

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **553449** | **Status** | **Closed** |
| Date | 8/23/2019 | **Assignee** | **Groff, Stephen W** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $733.50 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $733.50 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | | Phone Day | Phone Evening | Email |
|---|---|---|---|---|
| **Jose  Varas**<br>**36909 SE Braeburn St**<br>**Snoqualmie, WA  98065** | | **(425) 677-4634** | | **jose_varas@hotmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| Ticketmaster<br>8800 W Sunset Blvd<br>West Hollywood, CA  90069 | | (310) 867-7000 | | |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/23/2019 | Intake Notes | Updated C's phone number. |
| 8/26/2019 | Email to Complainant | C-1stLetter To:  jose_varas@hotmail.com |
| 8/26/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |

**553449**                                  1 of 2

JR - 02105
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/24/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 10/1/2019 | Email to Complainant | C-ClosingNoResponse To: jose_varas@hotmail.com |
| 10/1/2019 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 10/1/2019 | Form Letter to Respondent | R-Closing-wNOResponse |
| 10/1/2019 | Resolution- UNADJUSTED NO RESPONSE | |
| 10/7/2019 | Email from Respondent | 553449B |
| 10/8/2019 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: jose_varas@hotmail.com |
| 10/8/2019 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 10/8/2019 | Reopened | Change resolution code |
| 10/8/2019 | Resolution-CLOSED ADJUSTED | |
| 10/8/2019 | Email from Complainant | |

**553449**                                    2 of 2

For Attorney General


I purchased tickets for the Marc Anthony concert on May 18, 2019. It was an anniversary gift for my wife. I recently lost my job, position eliminated, and am unable to fly to Las Vegas. I have contacted Ticketmaster several times to ask about a refund. They tell me "the venue does not allow refunds". I was also told to sell them via their site. The issue with that option is

1. They do not allow me to set the price. I purchased my tickets for $300 each sans the fees and tax. I wanted to sell them for $250 but was not allowed. The minimum price is $301. This I am sure due to the fees they charge for selling them as they go up as the asking price goes up.
2. When I looked online, I found seats extremely close to mine, that were selling on their site for $256. That puts me at a disadvantage because why would anyone pay $40 more for my tickets + the fees if they can get them for less.
3. The fees they wanted to charge me for selling them at the minimum ($301) would net me a loss of ~$215 in total.

It seems completely unfair for them to have these types of practices. I do not purchase tickets often, and when I do, I very rarely use Ticketmaster. I would like to file a formal complaint against them.

Original Receipt:



Minimum Ticket Price



But Tickets, a few seats from me are selling for $256 on the Ticketmaster site. I paid $300 for mine. Why would anyone pay more for my tickets?



Selling for **absolute** minimum. I am out $215



JR - 02111
PRR-2025-0179



October 7, 2019

<u>**Via Email**</u>

**File No.: 553449**
**Re: Jose Luis Varas**

Dear Mr. Stephen W. Groff:

We have received the recent complaint submitted to the State of Washington, Office of the Attorney General by Mr. Jose Varas who purchased tickets to Marc Anthony scheduled at the Zappos Theater on Sunday, September 15, 2019 and was not able to attend.  We appreciate the opportunity to respond to his complaint and we apologize for the delay in response.

After speaking with Mr. Varas and as a gesture of goodwill we have issued a full refund of $733.50 to his Visa card ending in [5a]   the funds should post to his account in 5-7 business days. He has my contact information for any further concerns.  We appreciate this opportunity to respond to his complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,


Pam Shafer
Consumer Support Specialist

SteGro.100        8/26/2019

C-1stLetter To:  jose_varas@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 26, 2019

Jose Luis Varas
36909 SE Braeburn St
Snoqualmie, WA 98065

RE:  TicketMaster
File #:  553449

Dear Jose Luis Varas:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**553449**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553449**

SteGro.100     8/26/2019

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 26, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Jose Luis Varas
File #:  553449

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Jose Luis Varas regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 553449 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**553449**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Jose Luis Varas

Address:
36909 SE Braeburn St
Snoqualmie, WA 98065

Day Phone:
(425) 677-4634

Evening Phone:

E-mail Address:
jose_varas@hotmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**553449**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Ticketmaster
8800 W Sunset Blvd
West Hollywood, CA 90069

About Your Complaint

Amount in Dispute:
733.50
Transaction Date:
May 18, 2019

Explain your complaint in detail:
Hello - thank you for your time.
I purchased tickets for the Marc Anthony concert on May 18, 2019. It was an anniversary gift for my wife. I recently lost my job, position eliminated, and am unable to fly to Las Vegas. I have contacted Ticketmaster several times to ask about a refund. They tell me "the venue does not allow refunds". I was also told to sell them via their site. The issue with that option is
1. They do not allow me to set the price. I purchased my tickets for $300 each sans the fees and tax. I wanted to sell them for $250 but was not allowed. The minimum price is $301. This I am sure due to the fees they charge for selling them as they go up as the asking price goes up.
2. When I looked online, I found seats extremely close to mine, that were selling on their site for $256. That puts me at a disadvantage because why would anyone pay $40 more for my tickets + the fees if they can get them for less.
3. The fees they wanted to charge me for selling them at the minimum ($301) would net me a loss of $215 in total.
It seems completely unfair for them to have these types of practices. I do not purchase tickets often, and when I do, I very rarely use Ticketmaster. I would like to file a formal complaint against them.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

**553449**

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Jose Varas    Date   08/22/2019

Received via the Internet

City and State where signed Snoqualmie, WA

**553449**

SteGro.100        9/24/2019

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


September 24, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Jose Luis Varas
File #:  553449

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 553449 is seven calendar days from the date of this letter. This complaint was filed by Jose Luis Varas regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 553449 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**553449**

COMPLAINT SUMMARY
Consumer Information

Name:
Jose Luis Varas

Address:
36909 SE Braeburn St
Snoqualmie, WA 98065

Day Phone:
(425) 677-4634

Evening Phone:

E-mail Address:
jose_varas@hotmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Ticketmaster

**553449**

8800 W Sunset Blvd
West Hollywood, CA 90069

About Your Complaint

Amount in Dispute:
733.50
Transaction Date:
May 18, 2019

Explain your complaint in detail:
Hello - thank you for your time.
I purchased tickets for the Marc Anthony concert on May 18, 2019. It was an anniversary gift for my wife. I recently lost my job, position eliminated, and am unable to fly to Las Vegas. I have contacted Ticketmaster several times to ask about a refund. They tell me "the venue does not allow refunds". I was also told to sell them via their site. The issue with that option is
1. They do not allow me to set the price. I purchased my tickets for $300 each sans the fees and tax. I wanted to sell them for $250 but was not allowed. The minimum price is $301. This I am sure due to the fees they charge for selling them as they go up as the asking price goes up.
2. When I looked online, I found seats extremely close to mine, that were selling on their site for $256. That puts me at a disadvantage because why would anyone pay $40 more for my tickets + the fees if they can get them for less.
3. The fees they wanted to charge me for selling them at the minimum ($301) would net me a loss of $215 in total.
It seems completely unfair for them to have these types of practices. I do not purchase tickets often, and when I do, I very rarely use Ticketmaster. I would like to file a formal complaint against them.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Jose Varas    Date   08/22/2019

**553449**

Received via the Internet
City and State where signed Snoqualmie, WA

**553449**

JR - 02122
PRR-2025-0179

SteGro.100          10/1/2019

C-ClosingNoResponse To:  jose_varas@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


October 1, 2019


Jose Luis Varas
36909 SE Braeburn St
Snoqualmie, WA 98065


RE:  TicketMaster
File #:  553449

Dear Jose Luis Varas:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**553449**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence. Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553449**

SteGro.100    10/1/2019

R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 1, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Jose Luis Varas
File #:  553449

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by Jose Luis Varas regarding your business and presented you an opportunity to provide our office with a written response to that complaint through our informal complaint resolution (ICR) process. As of today's date, you have not submitted a response and consequently we have closed this complaint. Jose Luis Varas was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. We cannot compel either party to participate in our process or to resolve the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**553449**

Please include the complaint number given above on any complaint correspondence.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**553449**

SteGro.100    10/1/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684

October 1, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Jose Luis Varas
File #:  553449

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by Jose Luis Varas regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Jose Luis Varas
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**553449**

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553449**

SteGro.100        10/7/2019

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Monday, October 07, 2019 2:24 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: File No.: 553449

File No.: 553449
Re: Jose Luis Varas

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**553449**

SteGro.100        10/8/2019

C-ClosingAdjustedEnclosureIncluded To:  jose_varas@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 8, 2019

Jose Luis Varas
36909 SE Braeburn St
Snoqualmie, WA 98065

RE:   TicketMaster and Ticketmaster
File #:   553449

Dear Jose Luis Varas:

We received the enclosed response from TicketMaster and Ticketmaster regarding the consumer complaint you filed with our office. Your complaint has been closed as this response completes our informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**553449**

**553449**

JR - 02131
PRR-2025-0179

SteGro.100        10/8/2019

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


October 8, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Jose Luis Varas
File #:   553449

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Jose Luis Varas regarding your business. A copy of
your response was provided to Jose Luis Varas. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers

**553449**

1-206-464-6684 for out-of-state callers

**553449**

SteGro.100    10/8/2019

From: Jose Luis <jose_varas@hotmail.com>
Sent: Tuesday, October 08, 2019 8:50 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553449 : A notice from the Washington State Attorney General's Office

Hello,

Thank you for the email. Yes, I received a response from them yesterday. I appreciate your assistance and Ticketmaster as well for providing me the courtesy.

Thanks

**553449**

# Catalyst Report

## Complaint Description

**Description**

Scalpers purchasing all tickets so by the afternoon of the public ticket sales there are only $800 to $1000 tickets available on December 15th for Michelle Obama tickets at the Tacoma Dome.  At the same time, there are still $161 tickets available in Vancouver BC.  Should not have to have pre-registered for an event to be able to get reasonable ticket prices.

# Catalyst
# Complaint Cover Page

### 541816

## Complaint

| | | | | |
|---|---|---|---|---|
| Number | 541816 | | Status | Closed |
| Date | 12/18/2018 | | **Assignee** | **Winfield, Kristina** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Rebecca  Chan**<br>**14754 23rd Ave NE**<br>**Shoreline, WA  98155** | **(206) 361-1575** | | **joyluck75@yahoo.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 303 | Questionable Quality Product/Service |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 12/18/2018 | Email to Complainant | C-1stLetter To:  joyluck75@yahoo.com |
| 12/18/2018 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 1/7/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |

**541816**                                    1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/22/2019 | Email to Complainant | C-ClosingNoResponse To: joyluck75@yahoo.com |
| 1/22/2019 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 1/22/2019 | Resolution- UNADJUSTED NO RESPONSE | |
| 3/27/2019 | Email from Respondent | 541816A |
| 3/27/2019 | Reopened | Response from R |
| 3/27/2019 | Email to Complainant | C-ClosingPartialAdjusted To: joyluck75@yahoo.com |
| 3/27/2019 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 3/27/2019 | Resolution- CLOSED W/RESPONSE | |

**541816**                    2 of 2

**ticketmaster** ®

March 27, 2019

<u>Via Email</u>

RE:  Rebecca Chan
File #:  541816

Dear Ms. Winfield:

We are in receipt of the recent complaint submitted to the Washington Attorney General's Consumer Protection Division by Ms. Rebecca Chan, who wrote to your office about the price of tickets for Michelle Obama at the Tacoma Dome.  We appreciate the opportunity to respond to her complaint and apologize for the delay in response.

Ticketmaster distributes tickets for live entertainment events as an agent on behalf of Ticketmaster's clients, who are venues, promoters, entertainers and sports franchises.  As an agent and ticketing services provider, Ticketmaster does not determine the number of tickets available for any event, nor does it determine the pricing of the tickets that are available.  The pricing and availability of tickets is determined by those with the responsibility of presenting the event such as the artist, the event promoter, and/or the venue.

We appreciate this opportunity to respond to her complaint.  Please do not hesitate to contact us with any further questions or inquiries.


Sincerely,

Barrett Justice
Escalations Manager

KriWin.100      12/18/2018

C-1stLetter To:  joyluck75@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

December 18, 2018

Rebecca Chan
14754 23rd Ave NE
Shoreline, WA 98155

RE:  TicketMaster
File #:  541816

Dear Rebecca Chan:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business within 14 calendar days, a courtesy reminder will be sent to the business reminding them that their response is due within the next 7 calendar days. If the business does not respond to our request, our office cannot compel the business to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**541816**

JR - 02139
PRR-2025-0179

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**541816**

KriWin.100     12/18/2018

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


December 18, 2018


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Rebecca Chan
File #:   541816

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Rebecca Chan regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 541816 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**541816**

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Rebecca Chan

Address:
14754 23rd Ave NE
Shoreline, WA 98155

Day Phone:
(206) 361-1575

Evening Phone:

E-mail Address:
joyluck75@yahoo.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -
Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

**541816**

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

**541816**

JR - 02143
PRR-2025-0179

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Scalpers purchasing all tickets so by the afternoon of the public ticket sales there are only $800 to $1000 tickets available on December 15th for Michelle Obama tickets at the Tacoma Dome. At the same time, there are still $161 tickets available in Vancouver BC. Should not have to have pre-registered for an event to be able to get reasonable ticket prices.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Rebecca Chan    Date   12/17/2018
Received via the Internet
City and State where signed Shoreline, WA

**541816**

KriWin.100          1/7/2019

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


January 7, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Rebecca Chan
File #:   541816

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 541816 is seven calendar days from the date of this letter. This complaint was filed by Rebecca Chan regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 541816 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**541816**

COMPLAINT SUMMARY
Consumer Information

Name:
Rebecca Chan

Address:
14754 23rd Ave NE
Shoreline, WA 98155

Day Phone:
(206) 361-1575

Evening Phone:

E-mail Address:
joyluck75@yahoo.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

**541816**

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:

Did you sign a contract -

Date of transaction:

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -

If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
Scalpers purchasing all tickets so by the afternoon of the public ticket sales there are only $800

**541816**

JR - 02147
PRR-2025-0179

to $1000 tickets available on December 15th for Michelle Obama tickets at the Tacoma Dome. At the same time, there are still $161 tickets available in Vancouver BC. Should not have to have pre-registered for an event to be able to get reasonable ticket prices.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Rebecca Chan    Date   12/17/2018
Received via the Internet
City and State where signed Shoreline, WA

**541816**

KriWin.100     1/22/2019

C-ClosingNoResponse To:  joyluck75@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


January 22, 2019


Rebecca Chan
14754 23rd Ave NE
Shoreline, WA 98155


RE:  TicketMaster
File #:  541816

Dear Rebecca Chan:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's
date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate
communication between consumers and businesses to assist in resolving complaints. Through
this process we act as a neutral third party. If a business refuses to respond or to make an
adjustment, we cannot compel them to do so. We have completed our informal complaint
resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade
practices that may warrant further attention. Even though the Consumer Resource Center closed
your complaint, the complaint file is retained in our complaint database. Consumer complaints
assist us in identifying possible patterns and practices that may warrant further action by our
office. We may still open a formal investigation or take enforcement action against
TicketMaster pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If
you would like to pursue the matter further, you may wish to contact a private attorney. The
Washington State Bar Association (WSBA) offers research tools to locate private attorneys in
your area by offering listings for each County Bar Association. You may access the County Bar
Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-
bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**541816**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**541816**

KriWin.100        1/22/2019

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

January 22, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Rebecca Chan
File #:   541816

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by Rebecca Chan regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Rebecca Chan
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**541816**

Please include the complaint number given above on any complaint correspondence.

Sincerely,


KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




COMPLAINT SUMMARY
Consumer Information
Name:
Rebecca Chan

Address:
14754 23rd Ave NE
Shoreline, WA 98155

Day Phone:
(206) 361-1575

Evening Phone:

E-mail Address:
joyluck75@yahoo.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -
Yes

Names and addresses of any other complainants involved:
Business Information

**541816**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):
Names and addresses of any other businesses involved in your complaint:
Item or service purchased:
Cost of item or service:
Did you sign a contract -
Date of transaction:
Salesperson's name:
Was an advertisement involved -
Date and source of advertisement:

About Your Complaint

Have you complained to the business -
If YES, to whom (include position) -
What response did you receive -
If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -
If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -
If YES, identify the name and address of the attorney:
Is there a court or other legal proceeding pending -
If YES, please explain:

Explain your complaint in detail:
Scalpers purchasing all tickets so by the afternoon of the public ticket sales there are only $800
to $1000 tickets available on December 15th for Michelle Obama tickets at the Tacoma Dome.
At the same time, there are still $161 tickets available in Vancouver BC. Should not have to
have pre-registered for an event to be able to get reasonable ticket prices.
What do you think the business should do to resolve your complaint -

**541816**

Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Rebecca Chan    Date   12/17/2018
Received via the Internet
City and State where signed Shoreline, WA

**541816**

KriWin.100        3/27/2019

From: Barrett Justice <barrett.justice@ticketmaster.com>
Sent: Wednesday, March 27, 2019 11:13 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 541816 : A notice from the Washington State Attorney General's Office

Our response to this complaint is attached.  I apologize for the delayed response.  Let me know
if you have questions -

Barrett


BARRETT JUSTICE
Escalations Manager
Ticketmaster
barrett.justice@ticketmaster.com
www.ticketmaster.com

**541816**

KriWin.100     3/27/2019

C-ClosingPartialAdjusted To:  joyluck75@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

March 27, 2019

Rebecca Chan
14754 23rd Ave NE
Shoreline, WA 98155

RE:  TicketMaster
File #:  541816

Dear Rebecca Chan:

The Consumer Resource Center of the Attorney General's Office received the enclosed
response from TicketMaster regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint;
however, the Consumer Resource Center cannot compel a business to respond or to make an
adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If
you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-
bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be
reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**541816**

submit additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

Sincerely,


KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure/ 541816A

**541816**

JR - 02157
PRR-2025-0179

KriWin.100        3/27/2019

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

March 27, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Rebecca Chan
File #:  541816

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Rebecca Chan regarding your business. A copy of
your response was provided to Rebecca Chan. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

KRISTINA WINFIELD
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**541816**

1-206-464-6684 for out-of-state callers

**541816**

JR - 02159
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

After I received the announcement, on March 30, 2019, for the "postponement of the Rolling Stone concert" I have called the numbers presented to me (I have pics of some phone calls made to them), they never answer. I email them as well and I got no response. I asked for help American Express Blue, the credit card that I use to buy the tickets and they denied my claim, nobody can help me.

I bought 6 tickets to the Rolling Stone concert. I bought the tickets on December 2018, for the total amount of $3,405.60. For the reserved hotel (over 1000.00 dls). Members of my family were coming from Mexico for this concert, for them we had purchased the airplane tickets. We did everything ahead of time, so we would be ready for the concert. Last Saturday March 30, I receive an email announcing the concert is "postpone"!!!! My family and I had spend more than 6,000.00 dlrs all together.

The reason for the concert to be postpone is due to a heart surgery that Mr. Jagger needs to have urgent, he is the lead signer. I don't wish him bad, however he is an, almost 80 years old man, whom hasn't had a healthy life style, who is having a heart surgery!!!!

I want my money back only for the concert tickets, I am not asking for any other reimbursement. My family and I can't afford to pay for another airplane tickets again (for a "new date to be announced", nor go through another fiasco like this one, where we paid a motel night, that it is in the middle of the week! we can't go spend the weekend in Seattle because the motel reservations are during the week. Reservation was made for the concert.  I really doubt this guy is going get better enough to continue with the tour, if he does, hopefully, he is never going to be the same, and the show that we paid for, will never is going to be, no the way it should had happened.

I am asking for the total amount of the concert tickets, nothing else. My family and I did not cancelled nor "postpone" nothing, we did not broke the agreement. I am asking for help because we are not the ones who broke the agreement nor went back on our engagement.

I am pleading to you to help me to get back the $3,405.60, money that I paid in good faith for a concert that is not going to happen any time soon.

# Catalyst
# Complaint Cover Page

### 547055

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **547055** | | **Status** | **Closed** |
| Date | 4/9/2019 | | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $3,405.60 |
| | | | Estimated Savings | $3,405.60 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Rosie  Rivera**<br>**PO Box 4225**<br>**West Richland, WA  99353** | **(509) 554-1063** | | **rrosie2020@yahoo.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| American Express<br>1500 NW 136th Ave<br>MC Fl 05-03-17<br>Sunrise, FL  33323 | Freddy Escobar Jr | (801) 945-2082 | | regulatory.consumer.complaints@aexp.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 104 | Non-Fulfillment |
| 206 | Right To Cancel |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/15/2019 | Email to Complainant | C-1stLetter To:  rrosie2020@yahoo.com |

**547055**                    1 of 2

JR - 02161
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/15/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 4/15/2019 | Email to Respondent | R-1stLetter To: regulatory.consumer.complaints@aexp.com |
| 4/15/2019 | Phone Call from Complainant | |
| 4/16/2019 | Email from Complainant | Update from C |
| 4/16/2019 | Email to Complainant | C-ClosingAdjustedComplainantNotifiedUs To: rrosie2020@yahoo.com |
| 4/16/2019 | Resolution-CLOSED ADJUSTED | |
| 4/16/2019 | Email from Respondent | Response from Ticketmaster Came with document 547055F |
| 4/16/2019 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: rrosie2020@yahoo.com |
| 4/16/2019 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 4/16/2019 | Email from Complainant | |
| 4/26/2019 | Email from Respondent | Response from American Express Came with document 547055G |
| 4/26/2019 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: rrosie2020@yahoo.com |
| 4/26/2019 | Email to Respondent | R-ClosingW-Response To: regulatory.consumer.complaints@aexp.com |

**547055**                    2 of 2

Search for artist, event or venue

Concerts     Rosie     Help

My Account  ›  My Events  ›  Event Details  ›  Receipt

Sports

**ticketmaster**®

Arts &
Theater

# My Receipt

**This is not a ticket.** This cannot be used for entry.

Family

VIP

**The Rolling Stones: 2019 No Filter Tour -
Postponed**

Deals    **Billing Information**

TBA - CenturyLink Field - Seattle, WA

Order #
2900-0290-7886-8732-2

Resale Ticket
Sec 131, Row E, Seat 14-9          USD $480.00 x 6

Order Date
Tue, Dec 11, 2018

Fees
USD $87.60 (Service Fees) x 6

Name
Rosie Rivera

Ticket Delivery
Go Mobile                                    Free

Payment Info
AMEX                      USD
USD $3405.60           ***[5a]              $3405.60

Billing Address
PO Box 4225
West Richland, PW 99353

800-653-8000

POSTPONED: The Rolling Stones

From: Ticketmaster Fan Support (Notification@email.Ticketmaster.com)
To:    rrosie2020@yahoo.com
Date: Saturday, March 30, 2019 07:55 AM PDT

Hi Rolling Stones Fan,

The Rolling Stones have announced the postponement of their No Filter
Tour. The promoter is working on rescheduling your show now.

The Rolling Stones
CenturyLink Field
Wednesday, May 22nd at 7:30PM

## NEW DATE: To Be Announced

Hang on to your tickets - we'll email you as soon as the new date is
announced.

Questions? Please reply to this email, or get answers right now.

Thanks for being a fan!

Ticketmaster Fan Support

Ticketmaster, Attn: Fan Support, 1000 Corporate Landing, Charleston, WV 25311

Ticketmaster     |     Terms Of Use     |     Privacy     |     International

© 2019 Ticketmaster. All rights reserved

What are you looking for?    Help (http://help.ticketmaster.com/?tm_link=tm_ql_1)

(http://www.ticketmaster.com/?
tm_link=tm_logo)
Music (http://www.ticketmaster.com/section/concerts?tm_link=tm_music_header)    Sports (http://www.ticketmaster.com/section/sports?tm_link=tm_sports_header)
Greater Seattle Area (https://www.ticketmaster.com/verified?tm_link=tm_header_verified)

**What's New?**

NFL Tickets
(https://www.ticketmaster.com/h/nfltickets.html?
tm_link=help_nav_0_nfltickets)

Buy by Text
(https://www.ticketmaster.com/h/buybytext.html?
tm_link=help_nav_0_buybytext)

Taylor Swift Tour
(https://www.ticketmaster.com/h/taylorswiftreputationtour/index.html?
tm_link=help_nav_0_taylorswifttour)

Waiting Room
(https://www.ticketmaster.com/h/waitingroom.html?
tm_link=help_nav_0_waitingroom)

**Delivery, Returns & More**

Print Your Tickets
(https://www.ticketmaster.com/h/print.html?
tm_link=help_nav_1_print)

Find My Tickets
(https://www.ticketmaster.com/h/delivery.html?
tm_link=help_nav_1_shipping)

Refunds
(https://www.ticketmaster.com/h/returns.html?
tm_link=help_nav_1_return)

Lost or Destroyed Tickets
(https://www.ticketmaster.com/h/lost-
tickets.html?
tm_link=help_nav_1_lost)

Exchanges & Upgrades
(https://www.ticketmaster.com/h/exchanges.html?
tm_link=help_nav_1_exchanges)

**My Tickets**

Forgot Your Password?
(https://www.ticketmaster.com/member?
tm_link=help_nav_2_forgotpass)

Change Delivery Method
(https://www.ticketmaster.com/h/changedelivery.html?
tm_link=help_nav_2_changedelivery)

Canceled or Postponed
(https://www.ticketmaster.com/h/cancel.html?
tm_link=help_nav_2_canceled)

Mobile Tickets
(https://www.ticketmaster.com/h/mobile.html?
tm_link=help_nav_2_mobile)

Transfer Tickets
(https://www.ticketmaster.com/h/transfertickets.html?
tm_link=help_nav_2_transfertickets)

Selling Tickets
(https://www.ticketmaster.com/h/sellingtickets.html?
tm_link=help_nav_2_sellingtickets)

**Buying Tickets**

Verified Fan
(https://insider.ticketmaster.com/verifiedfan-
faq/)

Order Online
(https://www.ticketmaster.com/h/order-
online.html?
tm_link=help_nav_3_online)

Order by Phone
(https://www.ticketmaster.com/h/order-
by-phone.html?
tm_link=help_nav_3_phone)

Ticket Tips
(https://www.ticketmaster.com/h/help-
tips.html?
tm_link=help_nav_3_faqs)

Accessible Seating
(https://www.ticketmaster.com/h/accessible-
seating.html?
tm_link=help_nav_3_seating)

# Contact Us

### Required contact information

**First name** *

Rosie

**Last name** *

Rivera

**Email** *

rrosie2020@yayoo.com

### Your event and customer information

**Topic** *

Canceled/Postponed Event

**Order/Confirmation number**

2900-0290-7886-8732-2

(Example: 1-23456/FLO)

**Event Name & Event Date**

The Rolling Stones; 2019 No Filter Tour-Postponed

**Last 4 digits of Card used**

5al

Please enter the last 4 digits of the credit card number used to purchase.

Your internet security is important to us. We want to remind you not to share sensitive data such as full credit card or debit card information, banking information or other sensitive information via email.

### Your question

**Question** *

I want to get my money back for this event due to as of today I received an email notifying me of the "posponed" of the show. There were people coming from Mexico for that show. We have had reserved the hotel in Seattle since all of us were going from other towns to Seattle.  It is irritating and frustrating when we have asked for vacation time and spend all our time and effort preparing for this event.  Now is going to be schedule for another date!!!~! It is unacceptable!!!  I want to have a full refund of my money.

Submit



JR - 02166
PRR-2025-0179

AMERICAN EXPRESS
AMEX ASSURANCE COMPANY
PO BOX 981553
EL PASO TX 79998-9920



April 4, 2019



**RE:  Product:**      Purchase Protection
**Claim Number:**   [5a]
**Incident Date:**   March 30, 2019

Dear ROSIE RIVERA:

Thank you for your participation in Purchase Protection. We are writing to notify you of the status of your claim.

**What is the status of your claim?**
Your claim has been reviewed and is being denied as detailed below. Your claim is now considered closed.

**Why was my claim denied?**
Please find the reason for denial of your claim below.

- Under the **PURCHASES NOT COVERED** section of Purchase Protection it states:

  "The following purchases are not covered:...
  ...3. travelers checks, tickets of any kind, negotiable instruments (including, but not limited to, gift certificates, gift cards and gift checks), cash or its equivalent, rare stamps or coins;..."

**We are here to help**
At AMEX Assurance Company, we are committed to providing you the best possible benefit experience. If you have any questions or need any additional information about your claim, please call the Purchase Protection Claims Department at (800) 322-1277, and we will be happy to assist you. Thank you for your Card Membership.



April 15, 2019

<u>Via Email</u>

Re.: Rosie Rivera
File No.: 547055

Dear Mr. Andrew F. Wu:

We have received the recent complaint submitted to the State of Washington, Office of the Attorney General by Ms. Rosie Rivera who purchased tickets to The Rolling Stones scheduled at the Century Link Field that has been postponed.  We appreciate the opportunity respond to her complaint.

The Rolling Stones scheduled at the Century Link Field was original scheduled for May 22, 2019, the concert has been postponed with the new date to be announced.  All ticket buyers were notified via email on March 30, 2019 of the postponement.  Our records indicate that on April 12, 2019, she received a full refund of $3405.60 to her AMEX Card she provided at purchase.  If she has yet to receive these funds, she will need to follow-up with her financial instruction.

We appreciate this opportunity to respond to her complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,


Pam Shafer
Consumer Support Specialist



**American Express**
4315 S. 2700 W.
MC 020162
Salt Lake City, UT 84184

April 25, 2019

Andrew F Wu
Consumer Resource Center Specialist
Consumer Protection Division
Attorney General of the State of Washington
800 Fifth Ave, Suite 2000
Seattle, WA 98104

**File #: 547055**
**Ref: GC-4D9SI**

Account Ending in [5a]

Dear Mr. Wu,

We're writing in response to your recent correspondence about Rosie Rivera. The merchant issued credit for $3,405.60 for the charge.

Ms. Rivera called us on April 2, 2019 to file a Purchase Protection claim for the charge made on December 11, 2018 at Ticketmaster for $3,405.60. As explained in the letter of April 4, 2019, she included in her correspondence, we denied the claim as tickets of any kind are not covered by Purchase Protection. On April 13, 2019, the merchant issued credit to her account for $3,405.60.

I hope this letter has answered your questions and addressed your concerns.

Sincerely,

*M. Green*

Customer Advocate Services Team
American Express
Global Services Group, Salt Lake City, UT

AndWu.100      4/15/2019

C-1stLetter To:  rrosie2020@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

April 15, 2019

Rosie Rivera
PO Box 4225
West Richland, WA 99353

RE:   TicketMaster and American Express
File #:   547055

Dear Rosie Rivera:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster and American Express was
reviewed and determined to be appropriate for the informal complaint resolution services
offered by our Consumer Resource Center. This is an informal, voluntary process. Our office
acts as a neutral party to facilitate communication between consumers and businesses to assist in
resolving the complaint. We are prohibited by Washington State law from providing legal
advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was
sent to the business(es) with a request to provide our office with a response within 21 calendar
days. If a response is received, you will be notified and a copy of the response will be provided
to you. If our office has not received a response from the business(es) within 14 calendar days, a
courtesy reminder will be sent to the business(es) reminding them that their response is due
within the next 7 calendar days. If the business(es) do not respond to our request, our office
cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**547055**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**547055**

AndWu.100          4/15/2019

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


April 15, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Rosie Rivera
File #:   547055

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Rosie Rivera regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 547055 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**547055**

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Rosie Rivera

Address:
PO Box 4225
West Richland, WA 99353

Day Phone:
(509) 554-1063

Evening Phone:

E-mail Address:
rrosie2020@yahoo.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -
Spanish

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**547055**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
American Express
4315 S 2700 W
MC 020162
Salt Lake City, UT 84184

Item or service purchased:

Cost of item or service:
3,405.60

Did you sign a contract -

Date of transaction:
12/11/18

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

**547055**

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
After I received the announcement, on March 30, 2019, for the "postponement of the Rolling
Stone concert" I have called the numbers presented to me (I have pics of some phone calls made
to them), they never answer. I email them as well and I got no response. I asked for help
American Express Blue, the credit card that I use to buy the tickets and they denied my claim,
nobody can help me.
I bought 6 tickets to the Rolling Stone concert. I bought the tickets on December 2018, for the
total amount of $3,405.60. For the reserved hotel (over 1000.00 dls). Members of my family
were coming from Mexico for this concert, for them we had purchased the airplane tickets. We
did everything ahead of time, so we would be ready for the concert. Last Saturday March 30, I
receive an email announcing the concert is "postpone"!!!!
My family and I had spend more than 6,000.00 dlrs all together.
The reason for the concert to be postpone is due to a heart surgery that Mr. Jagger needs to have
urgent, he is the lead signer. I don't wish him bad, however he is an, almost 80 years old man,
whom hasn't had a healthy life style, who is having a heart surgery!!!!
I want my money back only for the concert tickets, I am not asking for any other
reimbursement. My family and I can't afford to pay for another airplane tickets again (for a
"new date to be announced", nor go through another fiasco like this one, where we paid a motel
night, that it is in the middle of the week! we can't go spend the weekend in Seattle because the
motel reservations are during the week. Reservation was made for the concert. I really doubt
this guy is going get better enough to continue with the tour, if he does, hopefully, he is never
going to be the same, and the show that we paid for, will never is going to be, no the way it
should had happened.
I am asking for the total amount of the concert tickets, nothing else. My family and I did not
cancelled nor "postpone" nothing, we did not broke the agreement. I am asking for help because
we are not the ones who broke the agreement nor went back on our engagement.
I am pleading to you to help me to get back the $3,405.60, money that I paid in good faith for a
concert that is not going to happen any time soon.

**547055**

What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Rosie Rivera    Date   04/06/2019
Received via the Internet
City and State where signed West Richland, Washington

**547055**

AndWu.100     4/15/2019

R-1stLetter To:  regulatory.consumer.complaints@aexp.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


April 15, 2019


American Express
Attention: Freddy Escobar Jr, Director Customer Advocacy
4315 S 2700 W
MC 020162
Salt Lake City, UT 84184


RE:   Rosie Rivera
File #:   547055

Dear Freddy Escobar Jr, Director Customer Advocacy:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Rosie Rivera regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 547055 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any

**547055**

complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Rosie Rivera

Address:
PO Box 4225
West Richland, WA 99353

Day Phone:
(509) 554-1063

Evening Phone:

E-mail Address:
rrosie2020@yahoo.com

Age Group (optional):
50-59

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -
Spanish

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

**547055**

Names and addresses of any other complainants involved:
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:
American Express
4315 S 2700 W
MC 020162
Salt Lake City, UT 84184

Item or service purchased:

Cost of item or service:
3,405.60

Did you sign a contract -

Date of transaction:
12/11/18

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

**547055**

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
After I received the announcement, on March 30, 2019, for the "postponement of the Rolling
Stone concert" I have called the numbers presented to me (I have pics of some phone calls made
to them), they never answer. I email them as well and I got no response. I asked for help
American Express Blue, the credit card that I use to buy the tickets and they denied my claim,
nobody can help me.
I bought 6 tickets to the Rolling Stone concert. I bought the tickets on December 2018, for the
total amount of $3,405.60. For the reserved hotel (over 1000.00 dls). Members of my family
were coming from Mexico for this concert, for them we had purchased the airplane tickets. We
did everything ahead of time, so we would be ready for the concert. Last Saturday March 30, I
receive an email announcing the concert is "postpone"!!!!
My family and I had spend more than 6,000.00 dlrs all together.
The reason for the concert to be postpone is due to a heart surgery that Mr. Jagger needs to have
urgent, he is the lead signer. I don't wish him bad, however he is an, almost 80 years old man,
whom hasn't had a healthy life style, who is having a heart surgery!!!!
I want my money back only for the concert tickets, I am not asking for any other
reimbursement. My family and I can't afford to pay for another airplane tickets again (for a
"new date to be announced", nor go through another fiasco like this one, where we paid a motel
night, that it is in the middle of the week! we can't go spend the weekend in Seattle because the
motel reservations are during the week. Reservation was made for the concert. I really doubt
this guy is going get better enough to continue with the tour, if he does, hopefully, he is never
going to be the same, and the show that we paid for, will never is going to be, no the way it
should had happened.
I am asking for the total amount of the concert tickets, nothing else. My family and I did not
cancelled nor "postpone" nothing, we did not broke the agreement. I am asking for help because
we are not the ones who broke the agreement nor went back on our engagement.
I am pleading to you to help me to get back the $3,405.60, money that I paid in good faith for a

**547055**

concert that is not going to happen any time soon.
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Rosie Rivera    Date   04/06/2019
Received via the Internet
City and State where signed West Richland, Washington

**547055**

ChrKie.100      4/15/2019

C called to say that the issue had beed resolved, asked how to inform our office. Advised C to reply to 1st letter email with any additional information.

**547055**

AndWu.100      4/16/2019

From: Rosie Rivera <rrosie2020@yahoo.com>
Sent: Monday, April 15, 2019 1:44 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: Re: 547055 : A notice from the Washington State Attorney General's Office

Dear Mr. Ferguson, and Andrew F. WU:

I have to thank you for your help and attention to my complaint. I am happy to let you know that
I had resolved my issue with Ticketmaster and American Express. We arrived to a resolution
Saturday, April 13th. I am most grateful for you help and rapid response to my problem.
If you need to contact me, please do so to this email, my phone number 509-554-1063, or my
mailing address; PO Box 4225, West Richland, WA 99353.

Respectfully
Rosie Rivera

Sent from my iPhone

**547055**

AndWu.100     4/16/2019

C-ClosingAdjustedComplainantNotifiedUs To:  rrosie2020@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

April 16, 2019

Rosie Rivera
PO Box 4225
West Richland, WA 99353

RE:   TicketMaster and American Express
File #:   547055

Dear Rosie Rivera:

Thank you for informing our office that you and TicketMaster and American Express have
resolved the issue presented in your consumer complaint. Your complaint is now closed.
Consumer complaints, including responses, are public records and are available to the public for
copying or inspection in compliance with the Washington State Public Records Act, RCW
42.56.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**547055**

AndWu.100        4/16/2019

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Monday, April 15, 2019 3:10 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: File No.: 547055

Re.: Rosie Rivera
File No.: 547055

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**547055**

AndWu.100        4/16/2019

C-ClosingAdjustedEnclosureIncluded To:  rrosie2020@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


April 16, 2019


Rosie Rivera
PO Box 4225
West Richland, WA 99353


RE:   TicketMaster
File #:   547055

Dear Rosie Rivera:

We received the enclosed response from TicketMaster regarding the consumer complaint you
filed with our office. Your complaint has been closed as this response completes our informal
complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**547055**

**547055**

JR - 02187
PRR-2025-0179

AndWu.100      4/16/2019

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

April 16, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Rosie Rivera
File #:   547055

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Rosie Rivera regarding your business. A copy of
your response was provided to Rosie Rivera. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW F. WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**547055**

1-206-464-6684 for out-of-state callers

**547055**

JR - 02189
PRR-2025-0179

AndWu.100        4/16/2019

From: Rosie Rivera <rrosie2020@yahoo.com>
Sent: Tuesday, April 16, 2019 9:41 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: Re: 547055 : A notice from the Washington State Attorney General's Office

Good morning
I am pleased to inform you that my issue had been resolved satisfactorily
I emailed you yesterday letting you know about this resolution.

Thank you very much for your help.
Respectfully
Rosie Rivera
Sent from my iPhone

**547055**

AndWu.100        4/26/2019

From: regulatory.consumer.complaints@aexp.com
Sent: Thu Apr 25, 2019 9:55 AM
To: CRCComplaints@ATG.WA.GOV
Subject: Response to Attorney general File No.: 547055 Rosie Rivera - GC-4D9SI

  American Express
4315 S. 2700 W.
MC 020162
Salt Lake City, UT 84184
Fax: (801) 945-2672

To: Andrew F. WU – Consumer Resource Center Specialist From: M. Green, Customer
Advocate Services
Email: CRCComplaints@ATG.WA.GOV Pages: 2, including cover sheet
Re: File # 547055 Date: April 25, 2019
Please find attached our response to your office.
*Please note this e-mail address is intended for the use of your office only. We ask that it is not
shared.

Customer Advocate Services Team
4315 South 2700 West, MC 020162, Salt Lake City, UT 84184
* Regulatory.Consumer.Complaints@aexp.com

**547055**

AndWu.100        4/26/2019

C-ClosingAdjustedEnclosureIncluded To:  rrosie2020@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

April 26, 2019

Rosie Rivera
PO Box 4225
West Richland, WA 99353

RE:   American Express
File #:   547055

Dear Rosie Rivera:

We received the enclosed response for your records from American Express regarding the
consumer complaint you filed with our office. Your complaint has been closed as this response
completes our informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**547055**

**547055**

JR - 02193
PRR-2025-0179

AndWu.100        4/26/2019

R-ClosingW-Response To:  regulatory.consumer.complaints@aexp.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


April 26, 2019


American Express
Attention: Freddy Escobar Jr, Director Customer Advocacy
4315 S 2700 W
MC 020162
Salt Lake City, UT 84184


RE:  Rosie Rivera
File #:  547055

Dear Freddy Escobar Jr, Director Customer Advocacy:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Rosie Rivera regarding your business. A copy of your response was provided to Rosie Rivera. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division

**547055**

1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**547055**

JR - 02195
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

I purchased tickets through Ticketmaster for the Rolling Stones. The amount for two tickets came to the amount of $ 588.00. The concert has been canceled and I am trying to get a refund. Upon trying to contact Ticketmaster I reach a recording that says ( Do to large call volumes hold) at this point the line goes dead and hang's up. My order # is 19132820

# Catalyst
# Complaint Cover Page

### 547438

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **547438** | | **Status** | **Closed** |
| Date | 4/16/2019 | | **Assignee** | **Carroll, Camille** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $588.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Roger Allen Deaver**<br>**265 E Rain St #4**<br>**Ocean Shores, WA  98569** | **(360) 440-1416** | | **rdeaver55@yahoo.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/17/2019 | Email to Complainant | C-1stLetter To:  rdeaver55@yahoo.com |
| 4/17/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 4/17/2019 | Email from Respondent | 547438A |
| 4/17/2019 | Email to Complainant | C-ClosingUnadjustedW-Response To: rdeaver55@yahoo.com |

**547438**                              1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 4/17/2019 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 4/17/2019 | Resolution-UNADJUSTED | |

**547438**                                    2 of 2

JR - 02198
PRR-2025-0179

April 17, 2019

<u>Via Email</u>

**RE: Roger Allen Deaver**
**File #:  547438**

Ms. Camille Carroll:

We are in receipt of the recent complaint submitted to the State of Ohio, Office of the Attorney General's Consumer Protection Division by Mr. Roger Allen Deaver, who wrote to your office concerning tickets purchased to The Rolling Stones.

A voice mail has been left at the phone number Mr. Deaver provided requesting him to contact us with details as the information he provided does not match any of the account information that we have on file.  Mr. Deaver returned my call and sent me the email he received.  The email was from the third-party resale site Viagogo.   Viagogo is not endorsed by or in any way affiliated with Ticketmaster, and we do not profit from purchases made through their marketplace.  He will need to contact their offices if he wishes to further escalate his concerns.

We trust this response adequately addresses Mr. Deaver's complaint.  Please do not hesitate to contact us with further questions or concerns.

Sincerely,

Pam Shafer
Consumer Support Specialist



**1000 Corporate Landing** Charleston, WV 25311

CamCar.100     4/17/2019

C-1stLetter To: rdeaver55@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


April 17, 2019


Roger Allen Deaver
265 E Rain St NE
Ocean Shores, WA 98569


RE:  TicketMaster
File #:  547438

Dear Roger Allen Deaver:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was
sent to the business(es) with a request to provide our office with a response within 21 calendar
days. If a response is received, you will be notified and a copy of the response will be provided
to you. If our office has not received a response from the business(es) within 14 calendar days, a
courtesy reminder will be sent to the business(es) reminding them that their response is due
within the next 7 calendar days. If the business(es) do not respond to our request, our office
cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**547438**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**547438**

CamCar.100      4/17/2019

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


April 17, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Roger Allen Deaver
File #:  547438

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Roger Allen Deaver regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 547438 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**547438**

Sincerely,

CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Roger Allen Deaver

Address:
265 E Rain St NE
Ocean Shores, WA 98569

Day Phone:
(360) 440-1416

Evening Phone:

E-mail Address:
rdeaver55@yahoo.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes

Names and addresses of any other complainants involved:

**547438**

Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Toll-Free:

Fax:
(304) 357-6149

E-mail:
consumersupportwv@ticketmaster.com

Name of owner or manager (if known):

Names and addresses of any other businesses involved in your complaint:

Item or service purchased:

Cost of item or service:
588.00

Did you sign a contract -

Date of transaction:
11-21-2018

Salesperson's name:

Was an advertisement involved -

Date and source of advertisement:

About Your Complaint

Have you complained to the business -

If YES, to whom (include position) -

What response did you receive -

**547438**

If you have not contacted the business, explain why:
Have you filed a complaint about this business with the Attorney General's Office before -


If yes, list the file number assigned to that complaint:
Have you contacted a private attorney -

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending -

If YES, please explain:

Explain your complaint in detail:
I purchased tickets through Ticketmaster for the Rolling Stones. The amount for two tickets
came to the amount of $ 588.00. The concert has been canceled and I am trying to get a refund.
Upon trying to contact Ticketmaster I reach a recording that says ( Do to large call volumes
hold) at this point the line goes dead and hang's up. My order # is 19132820
What do you think the business should do to resolve your complaint -
Explain if you have circled 'Other':

SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Roger Deaver    Date   4-15-19
Received via the Internet
City and State where signed Ocean Shore, WA.


**547438**

CamCar.100      4/17/2019

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Wednesday, April 17, 2019 2:44 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: File #: 547438

RE: Roger Allen Deaver
File #:   547438

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**547438**

CamCar.100     4/17/2019

C-ClosingUnadjustedW-Response To:  rdeaver55@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

April 17, 2019

Roger Allen Deaver
265 E Rain St NE
Ocean Shores, WA 98569

RE:  TicketMaster
File #:  547438

Dear Roger Allen Deaver:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**547438**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure: 547438A

**547438**

CamCar.100      4/17/2019

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


April 17, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Roger Allen Deaver
File #:   547438

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Roger Allen Deaver regarding your business. A
copy of your response was provided to Roger Allen Deaver. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,


CAMILLE CARROLL
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**547438**

1-206-464-6684 for out-of-state callers

**547438**

# Catalyst Report

## Complaint Description

**Description**

Purchased Blake Sheldon Tickets, only way to get them is viva phone or will call. Talked to a Representative 3 weeks ago and was told they could be mailed for a fee, paid fee. Today I called to see where Tickets were, now they can not mail them it is either by phone or will call. I reminded them about the American With Disabilities Act as I have MS plus extensive nerve damage in my Left Leg and it would be a Serious Inconvenience to spend that much time waiting in line twice, once at Will Call and again to Get Into The Show. Still they can not help me even though I already Paid for Mail Delivery. Show is Feb. 14, 2000 Thank You

# Catalyst
# Complaint Cover Page

### 559236

## Complaint

| Number | 559236 | | **Status** | **Closed** |
|--------|--------|--|-----------|-----------|
| Date | 12/26/2019 | | **Assignee** | **Holbrook, Ruth E** |
| Location | Bellingham - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Jeffery  Mortensen**<br>**8148 Balfour Valley Dr**<br>**Maple Falls, WA  98266** | **(360) 599-2983** | | **jeffery_mortensen@comcast.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 410 | Discrimination |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 12/30/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 12/30/2019 | Email to Complainant | C-1stLetter To:  jeffery_mortensen@comcast.net |
| 1/2/2020 | Email from Respondent | Attachment is document A. |
| 1/2/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: jeffery_mortensen@comcast.net |

**559236**                                1 of 2

JR - 02212
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/2/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 1/2/2020 | Resolution-CLOSED ADJUSTED | |

**559236**                          2 of 2

JR - 02213
PRR-2025-0179



December 31, 2019

**Via Email**

**RE: Jeffrey Mortensen**
**File #: 559236**

Dear Ms. Holbrook:

We are in receipt of the recent complaint submitted to the Consumer Protection Division of the
Washington Attorney General's Office by Mr. Jeffrey Mortensen, who wrote to your office
regarding his recent ticket purchase to Blake Shelton scheduled at Tacoma Dome on Friday,
February 14, 2019.  Thank you for bringing his concerns to our attention.

Mr. Mortensen states in his complaint that he was not aware that his tickets could not be
printed because this information was not disclosed at the time of purchase; however, the
delivery step of the purchase process did advise him that his tickets were only available by
mobile and required the purchaser to present his QR Code on the night of the event.

As a courtesy, his tickets were printed and mailed to the address he provided at purchase on
December 27, 2019.  After speaking with Mr. Mortensen he has received the mailed tickets.  We
appreciate this opportunity to respond to his complaint.  Please do not hesitate to contact us
with any further questions or inquiries.

Sincerely,

Pam Shafer
Consumer Support Specialist

RutHol.100     12/30/2019

R-1stLetter To:  consumersupportwv@ticketmaster.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


December 30, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Jeffery Mortensen
File #:   559236

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Jeffery Mortensen regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 559236 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**559236**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure


COMPLAINT SUMMARY
Consumer Information

Name:
Jeffery Mortensen

Address:
8148 Balfour Valley Dr
Maple Falls, WA 98266

Day Phone:
(360) 599-2983

Evening Phone:

E-mail Address:
jeffery_mortensen@comcast.net

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**559236**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
Tickets an
Transaction Date:
Nov 8, 2019

Explain your complaint in detail:
Purchased Blake Sheldon Tickets, only way to get them is viva phone or will call. Talked to a
Representative 3 weeks ago and was told they could be mailed for a fee, paid fee. Today I called
to see where Tickets were, now they can not mail them it is either by phone or will call. I
reminded them about the American With Disabilities Act as I have MS plus extensive nerve
damage in my Left Leg and it would be a Serious Inconvenience to spend that much time
waiting in line twice, once at Will Call and again to Get Into The Show. Still they can not help
me even though I already Paid for Mail Delivery. Show is Feb. 14, 2000 Thank You
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with

**559236**

JR - 02217
PRR-2025-0179

the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Jeffery Mortensen    Date   12/26/2019
Received via the Internet
City and State where signed Maple Falls, WA

**559236**

RutHol.100        12/30/2019

C-1stLetter To:  jeffery_mortensen@comcast.netBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

December 30, 2019

Jeffery Mortensen
8148 Balfour Valley Dr
Maple Falls, WA 98266

RE:  TicketMaster
File #:  559236

Dear Jeffery Mortensen:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was
sent to the business with a request to provide our office with a response within 21 calendar days.
If a response is received, you will be notified and a copy of the response will be provided to
you. If our office has not received a response from the business within 14 calendar days, a
courtesy reminder will be sent to the business reminding them that their response is due within
the next 7 calendar days. If the business does not respond to our request, our office cannot
compel the business to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business does not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**559236**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**559236**

RutHol.100          1/2/2020

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Tuesday, December 31, 2019 10:42 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: File No.: 559236

File No.: 559236
Re: Jeffery Mortensen

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**559236**

RutHol.100     1/2/2020

C-ClosingAdjustedEnclosureIncluded To:  jeffery_mortensen@comcast.netBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

January 2, 2020

Jeffery Mortensen
8148 Balfour Valley Dr
Maple Falls, WA 98266

RE:  TicketMaster
File #:  559236

Dear Jeffery Mortensen:

We received the enclosed response from TicketMaster regarding the consumer complaint you
filed with our office. Your complaint has been closed as this response completes our informal
complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**559236**

JR - 02222
PRR-2025-0179

**559236**

JR - 02223
PRR-2025-0179

RutHol.100          1/2/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

January 2, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Jeffery Mortensen
File #:   559236

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Jeffery Mortensen regarding your business. A copy
of your response was provided to Jeffery Mortensen. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers

**559236**

1-206-464-6684 for out-of-state callers

**559236**

JR - 02225
PRR-2025-0179

RECEIVED                    —\\

JAN 13 2020                 1/7/2020

CONSUMER PROTECTION DIVISION
SEATTLE

To: Seattle Consumer Protection Department
800 5th Ave
Seattle, WA 98104

### RE: STG Exorbitant fees via Ticketmaster

Hello,

I have recently wanted to get a ticket for a show at the Neptune, one of the venues managed by the
Seattle Theater Group (STG). When I reached the final stage of purchase, I was shocked to discover that
I'm being charged $13.5 fees on a $35 ticket. This constitutes almost 40% of the price (screenshot
attached). Apparently, STG has elected to use Ticketmaster for their ticket sales, despite these
exorbitant fees.

As you might be aware, Ticketmaster has been not only criticized about their draconian practices, but
also sued and fined for this in Canada (attached article). I am not sure why the US government hasn't
taken steps to protect the public, but since STG is in Seattle, I'm writing you today in the hopes that you
will take steps to protect me and other residents of Seattle. I'm sure STG can find other solutions that
would leave them ample profits without over-charging disproportional and meaningless fees.

Please help us?


                                        Sincerely

                                        Erez Benari
                                        8500 148th Ave NE #L1037
                                        Redmond, WA 98052

**NEPTUNE**

Nikki Glaser– Bang It Out
Fri 03/13 @ 9:30pm, Neptune Theatre

## Add to Order



**Donate to Frozen Sensory-Friendly Performance**
$1.00 - $10.00

Autism and other sensory challenges often prevent families from attending the theatre due to fear of disrupting quiet audiences or because of economic restraints. You can provide an opportunity for these individuals (and their family members) to experience a reduced-price sensory-friendly performance of Frozen on Saturday, February 22nd. PLEASE DONATE TODAY! 100% of your donation benefits STG's sensory-friendly performance of Frozen. More information can found here: https://www.stgpresents.or
...

Learn More »

| | | |
|---|---|---|
| Donation $1.00 | ⊖ 0 ⊕ | |
| Donation $5.00 | ⊖ 0 ⊕ | |
| Donation $10.00 | ⊖ 0 ⊕ | |

Any additional fees associated with each item will be displayed on the billing page. You may delete any item before you complete your order.

By continuing past this page, you agree to our Terms of Use.

SEC **MAINR**          ROW **K**          SEAT **1**



 verified tickets

Order Details

Cancel Order

1 Standard Adult ⌄                    $35.00
($35.00 x 1)

Fees
$8.00 (Service Fee) x 1                    $8.00
$1.50 (Facility Charge) x 1                $1.50
Order Processing Fee                      $4.00

Total                                     $48.50

**Next**

JR - 02227
PRR-2025-0179



BUSINESS NEWS  LEGAL  LIVE BUSINESS  TOP STORIES

# Ticketmaster Canada pays $4.5 million to settle case over misleading pricing

By Chris Cooke | Published on Friday 28 June 2019



Live Nation's Ticketmaster will pay CAN$4.5 million to settle a legal action pursued by the Canadian Competition Bureau over allegations that the ticketing firm misled consumers by not declaring all of its booking fees upfront. The payment to the regulator breaks down as a CAN$4 million fine and CAN$500,000 to cover the Bureau's legal costs.

Booking fees and commissions in the ticketing sector have long been controversial, of course. All the more so when they are added at the very final stage of the ticket purchasing process, increasing the total cost as the transaction is completed.

In the UK, this practice has most recently been in the spotlight in the context of the secondary ticketing market. Last year the Advertising Standards Authority demanded that ticket resale sites like StubHub and Viagogo – where fees and commissions are often significantly higher – declare the full cost of buying a ticket upfront.

However, in many countries both primary and secondary ticketing firms are accused of misleading customers with incomplete pricing information. For example, the issue came up in a recent debate on the ticketing business at large in the US.

There representatives from both primary and secondary ticketing sites indicated that they would welcome new regulations forcing the upfront declaration of the total cost of any one ticket. That was on the basis that such transparency is consumer friendly, but no one wants

PLEASE NOTE: THIS WEBSITE USES COOKIES TO ENHANCE YOUR EXPERIENCE | YOU CAN MANAGE HOW COOKIES WORK IN YOUR BROWSER SETTINGS

CLICK HERE FOR FULL DETAILS ON OUR PRIVACY, DATA AND COOKIES POLICY |
CLICK HERE TO ACCEPT AND BROWSE

North of the border in Canada, the Competition Bureau reckoned there were already legal grounds to force ticketing firms to declare all their fees upfront. It called on the ticketing sector to do just that in July 2017, subsequently taking Ticketmaster to the Competition Tribunal seeking an injunction forcing the major ticketing agent to fall in line.

In a statement yesterday, the Bureau said that its "investigation concluded that Ticketmaster's advertised prices were not attainable because they added mandatory fees during the later stages of the purchasing process. In the Bureau's view, the price representations were misleading even though the amount of the fees was disclosed before consumers completed their transaction. The Bureau concluded that the additional fees often added more than 20% and, in some cases, over 65% to the advertised prices".

Confirming it had reached a settlement with Ticketmaster, it went on: "As part of a consent agreement registered with the Competition Tribunal, [Ticketmaster] will also establish a compliance program to ensure their advertising complies with the law and will implement new procedures to prevent advertising issues in the future".

The regulator also added that "Ticketmaster has already made a number of changes to its websites and mobile applications, and has applied these changes across Canada".

The Live Nation ticketing business honed in on that fact when responding to yesterday's confirmation of its multi-million dollar settlement with the Competition Bureau. "Last July, Ticketmaster was the first ticket company to voluntarily ensure total prices were displayed upfront to Canadian consumers", it said in a statement. "We look forward to the Competition Bureau and individual provinces ensuring that all other ticket marketplaces in the live event industry meet the same standards".

It went on: "Ticketmaster welcomes new consumer protection legislation across Canada to improve transparency, fight cheater bots that steal tickets, and reduce fraud in the secondary sales market and will continue to actively participate in federal and provincial conversations to create the safest ticketing environment for fans and event owners alike".

READ MORE ABOUT: Ticketmaster

SIGN UP TO **CMU DAILY** FOR FREE + THEN **GO PREMIUM** TO GET MORE



PLEASE NOTE: THIS WEBSITE USES COOKIES TO ENHANCE YOUR EXPERIENCE | YOU CAN MANAGE HOW COOKIES WORK IN YOUR BROWSER SETTINGS

CLICK HERE FOR FULL DETAILS ON OUR PRIVACY, DATA AND COOKIES POLICY | CLICK HERE TO ACCEPT AND BROWSE



Erez Benari
8500 148th Ave NE Apt L1037
Redmond, WA 98052



SEATTLE WA 980

09 JAN 2020 PM 3 L

USA FOREVER

TO:
SEATTLE CONSUMER PROTECTION
800 5TH AVE
SEATTLE WA 98104

98104-318800

JR - 02230
PRR-2025-0179

# Catalyst
# Complaint Cover Page

**560080**

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **560080** | **Status** | **Closed** | **CONFIDENTIAL** |
| Date | 1/15/2020 | **Assignee** | **Wu, Andrew** | |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 | |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $13.50 | |
| | | Estimated Savings | $0.00 | |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Erez  Benari**<br>**8500 148th Ave NE #L1037**<br>**Redmond, WA  98052** | | | |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| Seattle Theatre Group<br>911 Pine St<br>Seattle, WA  98101 | | (206) 682-1414 | | ngaik@stgpresents.org;<br>alvinh@stgpresents.org |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 300 | Excessive Price or Charge |
| 317 | Charge Above Estimate |

## Activities

**560080**                    1 of 2

JR - 02231
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 1/15/2020 | Intake Notes | Not on complaint form, marked confidential. |
| | | Ticketmaster and Seattle Theatre Group added per narrative. |
| | | Amount in dispute per narrative. |
| 1/15/2020 | Form Letter to Complainant | C-ICRAuthorizationLetter |
| 1/28/2020 | Resolution-CLOSED INQUIRY/INFORMATION | Due to no response from C for ICR Authorization |
| 2/6/2020 | Records Management | Document 560080 |
| | | Paper and electronic document compared and verified to be accurate, complete and accessible. Paper file destroyed per Scan and Toss Policy on 2/6/2020 by AWu. |

**560080**                     2 of 2

JR - 02232
PRR-2025-0179

AndWu.100        1/15/2020

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684

January 15, 2020

Erez Benari
8500 148th Ave NE #L1037
Redmond, WA 98052

RE:   TicketMaster and Seattle Theatre Group
File #:   560080

Dear Erez Benari:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your correspondence. Because the nature of your correspondence appears to be a
consumer complaint that we would normally send to the business requesting a response, we
need your authorization to proceed.

You may provide authorization by email or regular mail:

1. To provide authorization by email, send an email to CRC@ATG.WA.GOV referencing the
above complaint number in the subject line. The email should explicitly state that you authorize
our office to send your correspondence and any associated materials to the business and/or refer
to other agencies or organizations as appropriate.

2. To provide authorization by regular mail, complete our paper complaint form
(enclosed/attached) referencing the above complaint number. Please reference your previous
correspondence in the complaint description section on the form. Return the completed form to
our office at 800 5th Avenue, Suite 2000, Seattle, Washington, 98104-3188.

It is important to include the above referenced file number on all communications with our
office regarding this complaint. This will allow us to quickly access your file. Also, please be
sure to include all the contact information you have for the business including mailing address,
telephone number, fax number, and email address.

If you do not wish to participate in our informal complaint resolution process, no further action
is required. If we do not receive authorization from you within seven calendar days, we will
close your complaint without further processing and will maintain a copy in our files as a public
record.

Our office monitors consumer complaints for possible indications of patterns of unfair or

**560080**

deceptive trade practices. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted. It is our policy to neither confirm nor deny the existence of an ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce that to the public through a press release or on our website at http://www.atg.wa.gov.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**560080**

# Catalyst Report

## Complaint Description

**Description**

I believe Ticketmaster is engaged in monopolistic practices in the event ticket sale and resale industries. They have created contracts with most large event venues and music acts to be the exclusive ticket agency for those events, then proceed to charge up to 120% of the ticket price in fees. The consumer suffers because we are forced to pay that 120% in fees. The event venue suffers because they won't be able to book several popular music artists without a Ticketmaster contract. The artists suffer because Ticketmaster only pays them a fraction of the sticker price of the ticket. Everyone loses in this arrangement.

On top of all this, it was revealed in 2018 that Ticketmaster also runs its own scalping operation in order to increase the prices of its own tickets.[1] This has signs of price fixing, a pump-and-dump scam, and a ponzi scheme.

I urge the Attorney General's office to take action against Ticketmaster for price gouging concert goers, artists, and event venues.

[1] https://www.rollingstone.com/music/music-news/ticketmaster-cheating-scalpers-726353/

# Catalyst
# Complaint Cover Page

### 560908

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 560908 | | **Status** | **Closed** |
| Date | 2/3/2020 | | **Assignee** | **Holbrook, Ruth E** |
| Location | Bellingham - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Steven  Bock**<br>**8807 S D St**<br>**Tacoma, WA  98444** | **(253) 254-5374** | | **steven@stevenbock.me** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 062 | Price Gouging |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/3/2020 | Intake Notes | C did not provide contact info for R,. Used R-all.<br><br>Rolling Stones was mentioned but not subject of complaint. Not added seperately.<br><br>C matced previous catalyst entry. |
| 2/3/2020 | Email to Complainant | C-ThankYouForInformation To: steven@stevenbock.me |

**560908**                                     1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/3/2020 | Resolution-CLOSED INQUIRY/INFORMATION | |

**560908**                                    2 of 2

RutHol.100          2/3/2020

C-ThankYouForInformation To:  steven@stevenbock.meBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

February 3, 2020

Steven Bock
8807 S D St
Tacoma, WA 98444

RE:  TicketMaster
File #:  560908

Dear Steven Bock:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your consumer complaint regarding TicketMaster.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices. We may open a formal investigation or take enforcement action
pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that
further action is warranted. It is our policy to neither confirm nor deny the existence of an
ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce
that to the public through a press release or on our website at http://www.atg.wa.gov.

Consumer complaints are public records and are available to the public for copying or
inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRC@ATG.WA.GOV. Please include the complaint number given above
on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**560908**

JR - 02238
PRR-2025-0179

**560908**

JR - 02239
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

Ticketmaster in collaboration with its client fraudulently sold tickets without accurately listing the reason for a price increase while other tickets remained at a flat rate.when confronted, they refuse to accountability or explanation for their practices.

# Catalyst
# Complaint Cover Page

### 561671

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 561671 | | **Status** | **Closed** |
| Date | 2/19/2020 | | **Assignee** | **Kenderish, Kate** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $1,100.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $1,100.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Christopher  Granison**<br>**701 Alta St SW #C305**<br>**Olympia, WA  98502** | **(360) 556-1211** | | **CHRISTOPHER.GRANIS ON@GMAIL.COM** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportw v@ticketmaster.co m** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 203 | Internet & Mobile device based transaction |
| 300 | Excessive Price or Charge |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/19/2020 | Intake Notes | C did not provide contact information for R. Used R-all. |
| 2/20/2020 | Email to Complainant | C-1stLetter To: CHRISTOPHER.GRANISON@GMAIL.COM |
| 2/20/2020 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |

**561671**                                    1 of 2

JR - 02241
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 2/25/2020 | Email from Respondent | 561671A emailed R response |
| 2/25/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: CHRISTOPHER.GRANISON@GMAIL.COM |
| 2/25/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 2/25/2020 | Resolution-CLOSED ADJUSTED | |

**561671**                    2 of 2



February 24, 2020

<u>Via Email</u>

**RE:  Christopher Granison**
**File #:  561671**

 Ms. Kate Kenderish:

We are in receipt of the recent complaint submitted to the Consumer Protection Division – Consumer Resource Center Office of the Washington State Attorney General's Office by Mr. Christopher Granison.  Thank you for bringing his concerns to our attention.

Mr. Granison's complaint relates to his Platinum ticket purchase to Rage Against the Machine scheduled at the Moda Center on Saturday, April 25, 2020.  To satisfy his complaint, a refund was processed on February 19, 2020 for order # 57-50383/SEA in the amount of $1109.40 to the Discover Card that was used at purchase.  Please allow 7-10 business days to show as a credit.

We appreciate this opportunity to respond to Mr. Granison's complaint.  Please do not hesitate to contact us with any further questions or inquiries.

Sincerely,


Pam Shafer
Consumer Support Specialist

KatKen.100        2/20/2020

C-1stLetter To:  CHRISTOPHER.GRANISON@GMAIL.COM
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

February 20, 2020

Christopher Granison
701 Alta St SW #C305
Olympia, WA 98502

RE:  TicketMaster
File #:  561671

Dear Christopher Granison:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was
sent to the business with a request to provide our office with a response within 21 calendar days.
If a response is received, you will be notified and a copy of the response will be provided to
you. If our office has not received a response from the business within 14 calendar days, a
courtesy reminder will be sent to the business reminding them that their response is due within
the next 7 calendar days. If the business does not respond to our request, our office cannot
compel the business to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business does not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**561671**

JR - 02244
PRR-2025-0179

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.

Sincerely,


KATE KENDERISH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**561671**

KatKen.100        2/20/2020

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


February 20, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Christopher Granison
File #:   561671

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Christopher Granison regarding your business. Our office provides an
informal complaint resolution process to consumers and businesses to assist them in resolving
disputes. Many businesses find this informal, voluntary process beneficial in resolving
complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your
response to the consumer. Please reference the file number 561671 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**561671**

Sincerely,

KATE KENDERISH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Christopher Granison

Address:
701 Alta St SW #C305
Olympia, WA 98502

Day Phone:
(360) 556-1211

Evening Phone:

E-mail Address:
CHRISTOPHER.GRANISON@GMAIL.COM

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:

**561671**

TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
1,100
Transaction Date:
2/13/20


Explain your complaint in detail:
Ticketmaster in collaboration with its client fraudulently sold tickets without accurately listing
the reason for a price increase while other tickets remained at a flat rate.when confronted, they
refuse to accountability or explanation for their practices.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Christopher Granison     Date   02/18/20
Received via the Internet
City and State where signed Olympia, WA

**561671**

KatKen.100        2/25/2020

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Monday, February 24, 2020 1:20 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: File #: 561671

RE:   Christopher Granison
File #:   561671

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**561671**

KatKen.100        2/25/2020

C-ClosingAdjustedEnclosureIncluded To:  CHRISTOPHER.GRANISON@GMAIL.COM
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


February 25, 2020


Christopher Granison
701 Alta St SW #C305
Olympia, WA 98502


RE:  TicketMaster
File #:  561671

Dear Christopher Granison:

We received the attached response from TicketMaster regarding the consumer complaint you filed with our office. Your complaint has been closed as this response completes our informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


KATE KENDERISH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Attachment

**561671**

JR - 02250
PRR-2025-0179

**561671**

JR - 02251
PRR-2025-0179

KatKen.100       2/25/2020

R-ClosingW-Response To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

February 25, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Christopher Granison
File #:   561671

Dear Pam Shafer:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Christopher Granison regarding your business. A
copy of your response was provided to Christopher Granison. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

KATE KENDERISH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**561671**

JR - 02252
PRR-2025-0179

1-206-464-6684 for out-of-state callers

**561671**

JR - 02253
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim flam scam at which they are making millions of dollars at the consumer expense.  They sell tickets to third party distributor for $200. That seat does not appear as available until a time near the date of the event. Then, if you double click a place in seating that very seat will come up with a cost of $900.  If sold, then the lowest ticket is claimed to be invlaid at the event time when presented at the door. If refunded, these three co-conspirators make $700 ON ONE
SEAT!!  Or they find a seat that didn't sell - still making $700.  Or they offer a different event ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or maybe even a one-time opportunity for that person to be our or see a long-awaited favorite.
MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.

# Catalyst
# Complaint Cover Page

### 553543

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 553543 | | **Status** | **Closed** |
| Date | 8/26/2019 | | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 454100-Electronic Shopping & Mail Order Houses | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **James E Stevens** **328 Grandview Ave** **Sunnyside, WA  98944** | | | **doctorj@jimstevens.tv** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Tacoma Dome** **2727 East D St** **Tacoma, WA  98421** | | **(253) 272-3663** | **(800) 653-8000** | **ACook@tacomavenues.org; info@tacomadome.org** |
| StubHub Inc 360 Third St Ste 400 San Francisco, CA  94107 | | (415) 222-8400 | (866) 788-2482 | DL-SH-ECC@stubhub.com |
| TicketMaster 1000 Corporate Landing Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv @ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|
| Federal Trade Commission | | (202) 382-4357 | (877) 382-4357 | unknown |

## Practice(s)

| Code | Practice |
|---|---|
| 026 | Advertising |
| 203 | Internet & Mobile device based transaction |
| 214 | Crowdfunding |

**553543**                    1 of 3

JR - 02255
PRR-2025-0179

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 8/26/2019 | Intake Notes | C did not provide contact information for the R's. Used R-Alls for Stubhub and Ticket master. |
| | | Per websearch, located physical address for R, Tacoma Dome. |
| | | C matched previous catalyst entry. Used previous catalyst entry. |
| 8/27/2019 | Form Letter to Referral | AR-FYItoAgency |
| 8/27/2019 | Email to Complainant | C-1stLetterw-AGYReferral To: doctorj@jimstevens.tv |
| 8/27/2019 | Email to Respondent | R-1stLetter To:  casemanager@stubhub.com |
| 8/27/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 8/27/2019 | Form Letter to Respondent | R-1stLetter |
| 8/27/2019 | Email from Respondent | Reply from StubHub Inc. |
| 9/16/2019 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 9/16/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: casemanager@stubhub.com |
| 9/16/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 9/16/2019 | Email from Respondent | AutoReply from StubHub. |
| 9/23/2019 | Email from Respondent | |
| 9/23/2019 | Email to Complainant | C-ResponseOneRespondentPending To: doctorj@jimstevens.tv |
| 10/1/2019 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 10/1/2019 | Email to Complainant | C-ClosingNoResponse To:  doctorj@jimstevens.tv |
| 10/1/2019 | Email to Respondent | R-ClosingW-Response To: casemanager@stubhub.com |
| 10/1/2019 | Email to Respondent | R-ClosingW-Response To: ACook@tacomavenues.org |
| 10/1/2019 | Resolution-UNADJUSTED | TicketMaster did not respond. |
| | | StubHub Inc did not provide an additional response, only a reply the complaint was being reviewed. |
| 10/1/2019 | Email from Respondent | Reply from StubHub Inc. |
| 10/17/2019 | Email from Respondent | See doc 553543A. Response from TicketMaster. |
| 10/17/2019 | Email to Complainant | C-ClosingUnadjustedW-Response To: doctorj@jimstevens.tv |

JR - 02256
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 10/17/2019 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 10/21/2019 | Email from Complainant | |
| 10/21/2019 | Email to Complainant | C-PreICRLetter To:  doctorj@jimstevens.tv |

**553543**                              3 of 3

October 17, 2019

**Via Email**

**File No.: 553543**
**Re: James E Stevens**

Dear Mr. Ogle:

We are in receipt of the recent complaint submitted to the Consumer Protection Division Office of the Washington Attorney General by Mr. James E Stevens who wrote to your office accusing Ticketmaster of various improprieties relating to Ticketmaster Resale.  We appreciate the opportunity to clarify Ticketmaster's resale practices and our role in the matters cited in his complaint.

Ticketmaster is not affiliated with Stubhub while we do work with the Tacoma Dome.  Ticketmaster's "Fan to Fan Resale" platform offers fans of live entertainment the opportunity to purchase resale tickets directly from fans and other sellers.  We can offer more tickets than ever before, including tickets to high demand events that were previously sold out.  Our tickets are 100% verified, issued to the buyer in their name, and conveniently integrated directly on the interactive seat map.  Individual events generally feature a range of ticket prices, which are set by the seller, and may be priced above face value.

Ticketmaster takes its responsibility to fans as the ticketing agent for its clients very seriously.  We are dedicated to providing the highest levels of service, choice, convenience, and security, and are committed to doing so lawfully.  Ticketmaster does not divert inventory designated by our clients for primary sales into the resale market.  We work closely with local jurisdictions across the United States and Canada, with a myriad of different and sometimes conflicting local laws, to ensure legal compliance, so that the laws reflect the fast-changing marketplace. In fact, Ticketmaster's technology has been at the forefront of efforts to prevent unauthorized activity on its site by those using automated computer programs (or "bots") to unfairly and illegally access tickets.

We trust this response adequately addresses his complaint.  Please do not hesitate to contact us with further questions or concerns.

Sincerely,


Pam Shafer
Consumer Support Specialist

AntOgl.100     8/27/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684

August 27, 2019

Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580

RE:   Tacoma Dome, TicketMaster and StubHub Inc
File #:   553543

Dear Federal Trade Commission:

Enclosed, please find information our office received as a consumer complaint. We are
forwarding you a copy for your information because it may include information of interest to
your agency.
If you have questions about this complaint, please contact the Consumer Resource Center by
email at CRCComplaints@ATG.WA.GOV. Please include the complaint number given above
on any correspondence to our office.
Sincerely,
ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

Name:
James E Stevens

Address:
328 Grandview Ave
Sunnyside, WA 98944

Day Phone:

**553543**

Evening Phone:

E-mail Address:
doctorj@jimstevens.tv

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
Tacoma Dome

Address:
2727 East D St
Tacoma, WA 98421

Phone:

Email:
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
StubHub Inc
199 Fremont St Fl 4
San Francisco, CA 94118

About Your Complaint

Amount in Dispute:
None
Transaction Date:
02-09-2019

Explain your complaint in detail:
The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim

**553543**

flam scam at which they are making millions of dollars at the consumer expense. They sell tickets to third party distributor for $200. That seat does not appear as available until a time near the date of the event. Then, if you double click a place in seating that very seat will come up with a cost of $900. If sold, then the lowest ticket is claimed to be invlaid at the event time when presented at the door. If refunded, these three co-conspirators make $700 ON ONE SEAT!! Or they find a seat that didn't sell - still making $700. Or they offer a different event ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or maybe even a one-time opportunity for that person to be our or see a long-awaited favorite. MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.

SIGNATURE

I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature James Stevens    Date  8-25-19

Received via the Internet

City and State where signed Sunnyside, WA

**553543**

JR - 02261
PRR-2025-0179

AntOgl.100      8/27/2019

C-1stLetterw-AGYReferral To:  doctorj@jimstevens.tv
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 27, 2019

James E Stevens
328 Grandview Ave
Sunnyside, WA 98944

RE:   Tacoma Dome, TicketMaster and StubHub Inc
File #:   553543

Dear James E Stevens:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding Tacoma Dome, TicketMaster and StubHub
Inc was reviewed and determined to be appropriate for the informal complaint resolution
services offered by our Consumer Resource Center. This is an informal, voluntary process. Our
office acts as a neutral party to facilitate communication between consumers and businesses to
assist in resolving the complaint. We are prohibited by Washington State law from providing
legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was
sent to the business(es) with a request to provide our office with a response within 21 calendar
days. If a response is received, you will be notified and a copy of the response will be provided
to you. If our office has not received a response from the business(es) within 14 calendar days, a
courtesy reminder will be sent to the business(es) reminding them that their response is due
within the next seven calendar days. If the business(es) do not respond to our request, our office
cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**553543**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

It was also determined that the concerns presented in your complaint may be of interest to the following agency; a copy of your complaint was forwarded for review:

Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
www.ftc.gov
(877) 382-4357

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please reference the assigned complaint number referenced above.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**553543**

AntOgl.100        8/27/2019

R-1stLetter To: casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


August 27, 2019


StubHub Inc
Attention: Legal Department
199 Fremont St Fl 4
San Francisco, CA 94118


RE:   James E Stevens
File #:   553543

Dear Legal Department:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by James E Stevens regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 553543 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**553543**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

Name:
James E Stevens

Address:
328 Grandview Ave
Sunnyside, WA 98944

Day Phone:

Evening Phone:

E-mail Address:
doctorj@jimstevens.tv

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:

**553543**

Tacoma Dome

Address:
2727 East D St
Tacoma, WA 98421

Phone:

Email:
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
StubHub Inc
199 Fremont St Fl 4
San Francisco, CA 94118

About Your Complaint

Amount in Dispute:
None
Transaction Date:
02-09-2019

Explain your complaint in detail:
The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim
flam scam at which they are making millions of dollars at the consumer expense. They sell
tickets to third party distributor for $200. That seat does not appear as available until a time near
the date of the event. Then, if you double click a place in seating that very seat will come up
with a cost of $900. If sold, then the lowest ticket is claimed to be invlaid at the event time when
presented at the door. If refunded, these three co-conspirators make $700 ON ONE
SEAT!! Or they find a seat that didn't sell - still making $700. Or they offer a different event
ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or
maybe even a one-time opportunity for that person to be our or see a long-awaited favorite.
MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

**553543**

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature James Stevens    Date   8-25-19

Received via the Internet

City and State where signed Sunnyside, WA

**553543**

JR - 02267
PRR-2025-0179

AntOgl.100        8/27/2019

R-1stLetter To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


August 27, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  James E Stevens
File #:   553543

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by James E Stevens regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 553543 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**553543**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

Name:
James E Stevens

Address:
328 Grandview Ave
Sunnyside, WA 98944

Day Phone:

Evening Phone:

E-mail Address:
doctorj@jimstevens.tv

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:

**553543**

Tacoma Dome

Address:
2727 East D St
Tacoma, WA 98421

Phone:

Email:
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
StubHub Inc
199 Fremont St Fl 4
San Francisco, CA 94118

About Your Complaint

Amount in Dispute:
None
Transaction Date:
02-09-2019

Explain your complaint in detail:
The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim
flam scam at which they are making millions of dollars at the consumer expense. They sell
tickets to third party distributor for $200. That seat does not appear as available until a time near
the date of the event. Then, if you double click a place in seating that very seat will come up
with a cost of $900. If sold, then the lowest ticket is claimed to be invlaid at the event time when
presented at the door. If refunded, these three co-conspirators make $700 ON ONE
SEAT!! Or they find a seat that didn't sell - still making $700. Or they offer a different event
ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or
maybe even a one-time opportunity for that person to be our or see a long-awaited favorite.
MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

**553543**

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature James Stevens    Date   8-25-19

Received via the Internet

City and State where signed Sunnyside, WA

**553543**

JR - 02271
PRR-2025-0179

AntOgl.100        8/27/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684

August 27, 2019


Tacoma Dome
2727 East D St
Tacoma, WA 98421


RE:  James E Stevens
File #:  553543

Dear Tacoma Dome:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by James E Stevens regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 553543 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


**553543**

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


COMPLAINT SUMMARY
Consumer Information

Name:
James E Stevens

Address:
328 Grandview Ave
Sunnyside, WA 98944

Day Phone:

Evening Phone:

E-mail Address:
doctorj@jimstevens.tv

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
Tacoma Dome

Address:

**553543**

2727 East D St
Tacoma, WA 98421

Phone:

Email:
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
StubHub Inc
199 Fremont St Fl 4
San Francisco, CA 94118

About Your Complaint

Amount in Dispute:
None
Transaction Date:
02-09-2019

Explain your complaint in detail:
The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim
flam scam at which they are making millions of dollars at the consumer expense. They sell
tickets to third party distributor for $200. That seat does not appear as available until a time near
the date of the event. Then, if you double click a place in seating that very seat will come up
with a cost of $900. If sold, then the lowest ticket is claimed to be invlaid at the event time when
presented at the door. If refunded, these three co-conspirators make $700 ON ONE
SEAT!! Or they find a seat that didn't sell - still making $700. Or they offer a different event
ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or
maybe even a one-time opportunity for that person to be our or see a long-awaited favorite.
MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By

**553543**

selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.

Signature James Stevens    Date   8-25-19

Received via the Internet

City and State where signed Sunnyside, WA

**553543**

AntOgl.100        8/27/2019

From: casemanager@stubhub.com <casemanager@stubhub.com>
Sent: Tuesday, August 27, 2019 1:22 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553543 : A notice from the Washington State Attorney General's Office

Thank you for your email. We are currently looking into your request and will get back to you shortly.


Sincerely,
Case Management Team,
StubHub

**553543**

AntOgl.100          9/16/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684

September 16, 2019

Tacoma Dome
2727 East D St
Tacoma, WA 98421

RE:   James E Stevens
File #:   553543

Dear Tacoma Dome:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 553543 is seven calendar days from the date of this letter. This complaint was filed by James
E Stevens regarding your business. Our practice is to send a courtesy reminder to provide you
with the opportunity to respond in a timely manner.

Please include the file # 553543 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

**553543**

Name:
James E Stevens

Address:
328 Grandview Ave
Sunnyside, WA 98944

Day Phone:

Evening Phone:

E-mail Address:
doctorj@jimstevens.tv

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
Tacoma Dome

Address:
2727 East D St
Tacoma, WA 98421

Phone:

Email:
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
StubHub Inc
199 Fremont St Fl 4
San Francisco, CA 94118

**553543**

About Your Complaint

Amount in Dispute:
None
Transaction Date:
02-09-2019

Explain your complaint in detail:
The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim flam scam at which they are making millions of dollars at the consumer expense. They sell tickets to third party distributor for $200. That seat does not appear as available until a time near the date of the event. Then, if you double click a place in seating that very seat will come up with a cost of $900. If sold, then the lowest ticket is claimed to be invlaid at the event time when presented at the door. If refunded, these three co-conspirators make $700 ON ONE SEAT!! Or they find a seat that didn't sell - still making $700. Or they offer a different event ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or maybe even a one-time opportunity for that person to be our or see a long-awaited favorite. MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature James Stevens    Date   8-25-19
Received via the Internet
City and State where signed Sunnyside, WA

**553543**

AntOgl.100     9/16/2019

R-2ndLetterCourtesyReminder To:  casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

September 16, 2019

StubHub Inc
Attention: Legal Department
199 Fremont St Fl 4
San Francisco, CA 94118

RE:  James E Stevens
File #:   553543

Dear Legal Department:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 553543 is seven calendar days from the date of this letter. This complaint was filed by James
E Stevens regarding your business. Our practice is to send a courtesy reminder to provide you
with the opportunity to respond in a timely manner.

Please include the file # 553543 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**553543**

COMPLAINT SUMMARY
Consumer Information

Name:
James E Stevens

Address:
328 Grandview Ave
Sunnyside, WA 98944

Day Phone:

Evening Phone:

E-mail Address:
doctorj@jimstevens.tv

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
Tacoma Dome

Address:
2727 East D St
Tacoma, WA 98421

Phone:

Email:
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
StubHub Inc

**553543**

199 Fremont St Fl 4
San Francisco, CA 94118

About Your Complaint

Amount in Dispute:
None
Transaction Date:
02-09-2019

Explain your complaint in detail:
The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim flam scam at which they are making millions of dollars at the consumer expense. They sell tickets to third party distributor for $200. That seat does not appear as available until a time near the date of the event. Then, if you double click a place in seating that very seat will come up with a cost of $900. If sold, then the lowest ticket is claimed to be invlaid at the event time when presented at the door. If refunded, these three co-conspirators make $700 ON ONE SEAT!! Or they find a seat that didn't sell - still making $700. Or they offer a different event ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or maybe even a one-time opportunity for that person to be our or see a long-awaited favorite. MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature James Stevens    Date  8-25-19
Received via the Internet
City and State where signed Sunnyside, WA

**553543**

AntOgl.100      9/16/2019

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


September 16, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   James E Stevens
File #:   553543

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 553543 is seven calendar days from the date of this letter. This complaint was filed by James E
Stevens regarding your business. Our practice is to send a courtesy reminder to provide you
with the opportunity to respond in a timely manner.

Please include the file # 553543 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**553543**

COMPLAINT SUMMARY
Consumer Information

Name:
James E Stevens

Address:
328 Grandview Ave
Sunnyside, WA 98944

Day Phone:

Evening Phone:

E-mail Address:
doctorj@jimstevens.tv

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
Tacoma Dome

Address:
2727 East D St
Tacoma, WA 98421

Phone:

Email:
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311
StubHub Inc

**553543**

199 Fremont St Fl 4
San Francisco, CA 94118

About Your Complaint

Amount in Dispute:
None
Transaction Date:
02-09-2019

Explain your complaint in detail:
The game being played by Stub Hub, Ticket Master, and the Tacoma Dome is a mutual flim
flam scam at which they are making millions of dollars at the consumer expense. They sell
tickets to third party distributor for $200. That seat does not appear as available until a time near
the date of the event. Then, if you double click a place in seating that very seat will come up
with a cost of $900. If sold, then the lowest ticket is claimed to be invlaid at the event time when
presented at the door. If refunded, these three co-conspirators make $700 ON ONE
SEAT!! Or they find a seat that didn't sell - still making $700. Or they offer a different event
ticket for the same price - still making $700 and ruining the consumer's evening, outing, trip, or
maybe even a one-time opportunity for that person to be our or see a long-awaited favorite.
MAKING TENS OF MILLIONS OF DOLLARS at consumer's loss.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature James Stevens    Date   8-25-19
Received via the Internet
City and State where signed Sunnyside, WA

**553543**

AntOgl.100          9/16/2019

From: casemanager@stubhub.com <casemanager@stubhub.com>
Sent: Monday, September 16, 2019 11:58 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553543 : A notice from the Washington State Attorney General's Office

Thank you for your email. We are currently looking into your request and will get back to you shortly.

Sincerely,
Case Management Team,
StubHub

**553543**

AntOgl.100        9/23/2019

From: Cook, Adam <ACook@tacomavenues.org>
Sent: Monday, September 23, 2019 11:12 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: Response to File #553543

Dear Mr. Ogle,

This email is in response to your letter dated September 16, 2019 regarding File # 553543, a
complaint issued by James E. Stevens regarding the Tacoma Dome, 2727 East D St, Tacoma,
WA 98421.

In the aforementioned complaint, Mr. Stevens makes multiple unfounded accusations, including
that the Tacoma Dome sells tickets to a third party distributor, that tickets are invalidated based
on price point, that the Tacoma Dome, Ticketmaster and StubHub are co-conspirators in a plan
to overcharge consumers for event tickets.  Unfortunately, Mr. Stevens in no way provides any
type of evidence to support these baseless claims, and is completely incorrect in the assumptions
that he makes to fit his own misconceptions of how event ticketing works.

The facts of the matter as they relate to Mr. Stevens' experience with the Tacoma Dome,
Ticketmaster, and StubHub (assumed) are these:

The Tacoma Dome contracts with Ticketmaster to be the licensed ticket seller for all events that
occur at the facility.
Further, the Tacoma Dome specifically instructs all ticket buyers that Ticketmaster is the only
licensed ticket seller for Tacoma Dome events and that purchasing tickets through other sources
may result in fraudulent tickets.  See specific language below and at the following link:
https://www.tacomadome.org/events/box-office
Don't be duped! Ticketmaster is the exclusive ticket provider for all Tacoma Dome events and
the only authorized re-seller for tickets is Ticketmaster Verified Tickets. Tickets purchased from
sources other than Ticketmaster may not be valid. The Tacoma Dome is unable to honor or
replace invalid tickets. If you are subject to fraud, you may not have any recourse to recoup
your cash.
Neither Tacoma Dome nor Ticketmaster sells tickets directly to third-party ticket resellers.  For
further clarity pursuant to Mr. Stevens' complaint, neither the Tacoma Dome nor Ticketmaster
sells tickets directly to StubHub.  StubHub is a fully independent business with no connection to
either the Tacoma Dome or Ticketmaster.
Despite the Tacoma Dome's warning to the contrary, Mr. Stevens chose to purchase tickets to
an event at the Tacoma Dome through an unlicensed third party reseller; based on Mr. Stevens'
complaint, presumably StubHub.
Prior to the event for which he purchased tickets, Mr. Stevens called the Ticketmaster box office
at the Tacoma Dome and asked that our staff verify the authenticity of the tickets he had
purchased through the third party reseller.
Mr. Stevens was informed that the Ticketmaster staff could verify that the tickets were at one
time purchased from the Ticketmaster system and were still considered valid tickets.
Mr. Stevens was further informed that since he purchased the tickets from an unlicensed third-
party reseller, and based on the potential for fraudulent activity through third-party resellers, the

**553543**

Ticketmaster staff could not verify that the tickets would be authentic when Mr. Stevens presented them for entry to the Tacoma Dome for the event.

Unhappy with this response, Mr. Stevens' complaint was escalated to the Ticketmaster Box Office Manager.  Mr. Stevens left this Manager a voicemail message with unfounded accusations similar to those in his complaint.  He also stated that he did not know what he had paid for his tickets, further confirming that he purchased them through an unlicensed third-party reseller as the value for all tickets sold through Ticketmaster is printed clearly on the face of the ticket.

The Ticketmaster Box Office Manager made multiple attempts to call Mr. Stevens back and discuss his complaint and left at least one message on Mr. Stevens' voicemail.  Mr. Stevens never replied to these requests to assist him further.

Unfortunately, Mr. Stevens' situation is not uncommon for event guests who choose to purchase tickets through unlicensed third-party resellers.  This is why the Tacoma Dome and Ticketmaster so heavily promote that there is the potential for fraud through third-party resellers.  Additionally, related specifically to Mr. Steven's complaint, neither the Tacoma Dome nor Ticketmaster is affiliated with StubHub or other third-party ticket resellers.  Therefore Mr. Stevens' unsubstantiated claim against the Tacoma Dome and Ticketmaster is completely baseless and we are unable to assist him with any type of recompense for his troubles.

ADAM COOK
Deputy Director
253.593.7602
TACOMA VENUES & EVENTS
Tacoma Dome | Greater Tacoma Convention Center
Office of Arts & Cultural Vitality | Special Events

**553543**

AntOgl.100      9/23/2019

C-ResponseOneRespondentPending To:  doctorj@jimstevens.tv
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


September 23, 2019


James E Stevens
328 Grandview Ave
Sunnyside, WA 98944


RE:   Tacoma Dome, TicketMaster and StubHub Inc
File #:   553543

Dear James E Stevens:

This letter is to inform you that our office received the enclosed reply from Tacoma Dome in
response to the complaint you filed regarding Tacoma Dome, TicketMaster and StubHub Inc ,
complaint # 553543. StubHub Inc has notified our office that it has received your complaint and
it is being reviewed.

As of the date of this letter, we have not yet received a response from TicketMaster. We will
continue to monitor your complaint for TicketMaster response. If the business does not respond,
or your complaint is not resolved through our informal complaint resolution service, your
complaint will be closed. However, you will be notified of additional options and resources that
may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before October 1, 2019.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553543**

From: casemanager@stubhub.com <casemanager@stubhub.com>
Sent: Tuesday, August 27, 2019 1:22 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553543 : A notice from the Washington State Attorney General's Office

Thank you for your email. We are currently looking into your request and will get back to you shortly.

Sincerely,
Case Management Team,
StubHub

From: Cook, Adam <ACook@tacomavenues.org>
Sent: Monday, September 23, 2019 11:12 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: Response to File #553543

Dear Mr. Ogle,

This email is in response to your letter dated September 16, 2019 regarding File # 553543, a complaint issued by James E. Stevens regarding the Tacoma Dome, 2727 East D St, Tacoma, WA 98421.

In the aforementioned complaint, Mr. Stevens makes multiple unfounded accusations, including that the Tacoma Dome sells tickets to a third party distributor, that tickets are invalidated based on price point, that the Tacoma Dome, Ticketmaster and StubHub are co-conspirators in a plan to overcharge consumers for event tickets.  Unfortunately, Mr. Stevens in no way provides any type of evidence to support these baseless claims, and is completely incorrect in the assumptions that he makes to fit his own misconceptions of how event ticketing works.

The facts of the matter as they relate to Mr. Stevens' experience with the Tacoma Dome, Ticketmaster, and StubHub (assumed) are these:

1)     The Tacoma Dome contracts with Ticketmaster to be the licensed ticket seller for all events that occur at the facility.
2)     Further, the Tacoma Dome specifically instructs all ticket buyers that Ticketmaster is the only licensed ticket seller for Tacoma Dome events and that purchasing tickets through other sources may result in fraudulent tickets.  See specific language below and at the following link: https://www.tacomadome.org/events/box-office
a.     Don't be duped! Ticketmaster is the exclusive ticket provider for all Tacoma Dome events and the only authorized re-seller for tickets is Ticketmaster Verified Tickets. Tickets purchased from sources other than Ticketmaster may not be valid. The Tacoma Dome is unable to honor or replace invalid tickets. If you are subject to fraud, you may not have any recourse to recoup your cash.

**553543**

3)     Neither Tacoma Dome nor Ticketmaster sells tickets directly to third-party ticket resellers. For further clarity pursuant to Mr. Stevens' complaint, neither the Tacoma Dome nor Ticketmaster sells tickets directly to StubHub.  StubHub is a fully independent business with no connection to either the Tacoma Dome or Ticketmaster.

4)     Despite the Tacoma Dome's warning to the contrary, Mr. Stevens chose to purchase tickets to an event at the Tacoma Dome through an unlicensed third party reseller; based on Mr. Stevens' complaint, presumably StubHub.

5)     Prior to the event for which he purchased tickets, Mr. Stevens called the Ticketmaster box office at the Tacoma Dome and asked that our staff verify the authenticity of the tickets he had purchased through the third party reseller.

6)     Mr. Stevens was informed that the Ticketmaster staff could verify that the tickets were at one time purchased from the Ticketmaster system and were still considered valid tickets.

7)     Mr. Stevens was further informed that since he purchased the tickets from an unlicensed third-party reseller, and based on the potential for fraudulent activity through third-party resellers, the Ticketmaster staff could not verify that the tickets would be authentic when Mr. Stevens presented them for entry to the Tacoma Dome for the event.

8)     Unhappy with this response, Mr. Stevens' complaint was escalated to the Ticketmaster Box Office Manager.  Mr. Stevens left this Manager a voicemail message with unfounded accusations similar to those in his complaint.  He also stated that he did not know what he had paid for his tickets, further confirming that he purchased them through an unlicensed third-party reseller as the value for all tickets sold through Ticketmaster is printed clearly on the face of the ticket.

9)     The Ticketmaster Box Office Manager made multiple attempts to call Mr. Stevens back and discuss his complaint and left at least one message on Mr. Stevens' voicemail.  Mr. Stevens never replied to these requests to assist him further.

Unfortunately, Mr. Stevens' situation is not uncommon for event guests who choose to purchase tickets through unlicensed third-party resellers.  This is why the Tacoma Dome and Ticketmaster so heavily promote that there is the potential for fraud through third-party resellers.  Additionally, related specifically to Mr. Steven's complaint, neither the Tacoma Dome nor Ticketmaster is affiliated with StubHub or other third-party ticket resellers. Therefore Mr. Stevens' unsubstantiated claim against the Tacoma Dome and Ticketmaster is completely baseless and we are unable to assist him with any type of recompense for his troubles.

ADAM COOK
Deputy Director
253.593.7602
TACOMA VENUES & EVENTS
Tacoma Dome | Greater Tacoma Convention Center
Office of Arts & Cultural Vitality | Special Events

**553543**

AntOgl.100          10/1/2019

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 1, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   James E Stevens
File #:   553543

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by James E Stevens regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. James E
Stevens was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**553543**

Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553543**

AntOgl.100        10/1/2019

C-ClosingNoResponse To:  doctorj@jimstevens.tv
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 1, 2019

James E Stevens
328 Grandview Ave
Sunnyside, WA 98944

RE:   StubHub Inc
File #:   553543

Dear James E Stevens:

You recently filed a consumer complaint with our office regarding StubHub Inc . As of today's date, StubHub Inc has not provided an additional response to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against StubHub Inc pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding StubHub Inc . If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**553543**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


From: casemanager@stubhub.com <casemanager@stubhub.com>
Sent: Monday, September 16, 2019 11:58 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553543 : A notice from the Washington State Attorney General's Office

Thank you for your email. We are currently looking into your request and will get back to you
shortly.


Sincerely,
Case Management Team,
StubHub

**553543**

AntOgl.100          10/1/2019

R-ClosingW-Response To:  casemanager@stubhub.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


October 1, 2019


StubHub Inc
Attention: Legal Department
199 Fremont St Fl 4
San Francisco, CA 94118


RE:   James E Stevens
File #:   553543

Dear Legal Department:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by James E Stevens regarding your business. A copy
of your response was provided to James E Stevens. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**553543**

1-206-464-6684 for out-of-state callers


From: casemanager@stubhub.com <casemanager@stubhub.com>
Sent: Monday, September 16, 2019 11:58 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553543 : A notice from the Washington State Attorney General's Office

Thank you for your email. We are currently looking into your request and will get back to you shortly.

Sincerely,
Case Management Team,
StubHub

**553543**

AntOgl.100        10/1/2019

R-ClosingW-Response To:  ACook@tacomavenues.org
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 1, 2019

Tacoma Dome
2727 East D St
Tacoma, WA 98421

RE:   James E Stevens
File #:   553543

Dear Tacoma Dome:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by James E Stevens regarding your business. A copy of your response was provided to James E Stevens. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553543**

**553543**

JR - 02299
PRR-2025-0179

AntOgl.100        10/1/2019

From: casemanager@stubhub.com <casemanager@stubhub.com>
Sent: Tuesday, October 01, 2019 3:23 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553543 : A notice from the Washington State Attorney General's Office

Thank you for your email. We are currently looking into your request and will get back to you shortly.

Sincerely,
Case Management Team,
StubHub

**553543**

AntOgl.100     10/17/2019

From: Pam Shafer <pam.shafer@ticketmaster.com>
Sent: Thursday, October 17, 2019 12:07 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: File No.: 553543

File No.: 553543
Re: James E Stevens

Our response to the above referenced complaint is attached.

Thank you
Pam Shafer | Consumer Support Specialist
Email: pam.shafer@ticketmaster.com
Phone: 304-357-6757 Fax: 304-357-6149
1000 Corporate Landing Charleston WV 25311

**553543**

AntOgl.100     10/17/2019

C-ClosingUnadjustedW-Response To:  doctorj@jimstevens.tv
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 17, 2019

James E Stevens
328 Grandview Ave
Sunnyside, WA 98944

RE:  TicketMaster
File #:  553543

Dear James E Stevens:

Our office received the enclosed response to your complaint from TicketMaster. This concludes
our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center
cannot compel either party to participate in, or make any adjustments as a result of, our informal
complaint resolution process. This is a voluntary service and our office serves as a neutral third
party. We regret that we are unable to provide further assistance to you in resolving this
complaint. Our office monitors consumer complaints for possible indications of patterns of
unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website https://www.wsba.org/connect-serve/other-
bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**553543**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

553543

AntOgl.100     10/17/2019

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


October 17, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   James E Stevens
File #:   553543

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by James E Stevens regarding your business. A copy
of your response was provided to James E Stevens. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**553543**

1-206-464-6684 for out-of-state callers

**553543**

JR - 02305
PRR-2025-0179

AntOgl.100     10/21/2019

From: Doctor Jim Stevens <doctorj@jimstevens.tv>
Sent: Friday, October 18, 2019 11:53 AM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 553543 : A notice from the Washington State Attorney General's Office

Dear Mr. Oogle,
Ticket Master needs to make it blatantly clear that the tickets sold are NOT automatically and
fully refunded.  They advertise as though the tickets are totally refundable.
Stub Hub did a good job getting our money back…we were lucky. The staff was courteous and
helpful, and I was very impressed. BUT that does not excuse the misleading
advertising of refunds. It needs to be as big as a barn.  Then the customer knows and buys at
their own INFORMED risk. The WAG should pass this on to the appropriate agency.
That would be an easy handoff if WAG cannot act upon making them accountable for the
advertising. It should NOT be the customer's duty to establish that policy. What is the law
and who, at the State level, enforces it.   If this is the end of your participation with an obvious
violation, then I am surprised and dismayed with the WAG.  Then it appears the WAG
has only a marginal interest in protecting the Citizens of WA.  Yet, I note that the WAG has
taken on monumental attacks on our elected President. I voted for Obama his first term and still
I find the attacks on President Trump by the WAG as ludicrous an damaging to our Nation and
respect in the eyes of the World.  It was my opinion the WAG has a major interest in
Preserving the safety, well-being, rights, and property of the WA Citizens.
Look forward to your response.
James E. Stevens

**553543**

AntOgl.100     10/21/2019

C-PreICRLetter To:  doctorj@jimstevens.tv
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 21, 2019

James E Stevens
328 Grandview Ave
Sunnyside, WA 98944

RE:  TicketMaster and StubHub Inc
File #:  553543

Dear James E Stevens:

Thank you for your recent correspondence regarding the consumer complaint you filed with our office, complaint number 553543. We appreciate the opportunity to provide you with additional information regarding the informal complaint resolution process, and the consumer complaint monitoring activity of our Consumer Resource Center.

A key priority for the Attorney General's Office is to safeguard consumers from fraud and unfair business practices. Consumers like you first alert us to scams and other emerging consumer issues.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive business practices that may warrant further attention by our office. While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action regarding the business practices described in your complaint.

A response from TicketMaster and StubHub Inc , or lack of a response, to your complaint may provide our office with additional information regarding the acts or practices identified in your complaint. In some cases, a consumer complaint may result in a business ceasing the practices identified in the complaint. For these reasons, completing the informal complaint resolution process is an important step in identifying unfair practices and determining if the practices warrant further investigation by our office.

It is our policy to neither confirm nor deny the existence of an ongoing investigation. If we file a lawsuit, or settle a matter with a business, that will be announced to the public through our website and in some cases a press release. Our website has information about recent settlements and other actions taken by the Attorney General's Office at www.atg.wa.gov.

**553543**

It is our goal to provide consumers with the best possible services, information, and resources to assist in resolving consumer issues. We accomplish this through our informal complaint resolution process, monitoring consumer complaints for unfair and deceptive practices, and providing consumers with information regarding consumer issues through consumer alerts and posting information on our website.

The primary function of the Consumer Protection Division is to enforce the Consumer Protection Act RCW 19.86. We will retain a copy of your complaint as a public record that is subject to disclosure pursuant to the Public Records Act RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553543**

# Catalyst Report

## Complaint Description

**Description**

I saw an ad on instagram for a concert I've been wanting to go to. The ad was promoting buy on get one free tickets (BOGO) in select sections. I was thrilled and went to buy some but upon getting to checkout i was getting charged for two tickets at not much of a discount from normal ticket prices. It made no sense to me so I emailed ticketmaster about it and their answer made me more confused/angry. It's not a BOGO offer, it's a cheaper ticket offer. The person who got back to me was nice enough to break it all down and then basically shows me it's not even a BOGO offer, and of course the service fees are ridiculous. Just doesn't seem right to say it's a buy one get one free offer when that's clearly not the case.

JR - 02309
PRR-2025-0179

# Catalyst
# Complaint Cover Page

**553870**

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **553870** | | **Status** | **Closed** |
| Date | 9/3/2019 | | **Assignee** | **Holbrook, Ruth E** |
| Location | Bellingham - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $0.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Matthew  Harris**<br>**2440 54th Pl SW #8**<br>**Seattle, WA  98116** | **(808) 640-2048** | | **mnharris138@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| Cheap Tickets Inc<br>500 W Madison St Ste 1000<br>Chicago, IL  60661 | | (800) 755-4333 | (800) 755-4333 | |
| Expedia<br>1111 Expedia Group Way W<br>Seattle, WA  98119 | | | (800) 615-1053 | globalescalations@expedia.com |
| Live Nation Entertainment Inc<br>9348 Civic Ctr Dr<br>Beverly Hills, CA  90210 | | (310) 360-3041 | (800) 653-8000 | reply@email.livenation.com;ian.putnam@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 026 | Advertising |
| 104 | Non-Fulfillment |
| 203 | Internet & Mobile device based transaction |

**553870**                                                1 of 3

JR - 02310
PRR-2025-0179

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 9/4/2019 | Reviewed | Instructions for Cheap Tickets say not to add separately from Expedia. Added Live Nation from R name and attachment; no address provided by C. |
| 9/5/2019 | Intake Notes | Per web searching contact info for Live Nation. Found address on Privacy Polict page. |
| 9/3/2019 | Intake Notes | C provided own email address for R. Added R-all for TicketMaster. |
| | | Per narrative, C listed BOGO. Not added separately. |
| | | Per narrative, C listed Cheap Tickets. Added separately and per Catalyst instruction, added Expedia R-all. |
| 9/4/2019 | Reviewed | Instructions for Cheap Tickets say not to add them separately from Expedia. Instructions for Expedia say do add Cheap Tickets separately. |
| | | Added Live Nation from R name and attachment; no address provided by C. |
| 9/5/2019 | Intake Notes | Per web searching contact info for Live Nation. Found address on Terms of Use page. With address found, full name of R found to be Live Nation Entertainment Inc. |
| 9/6/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 9/6/2019 | Email to Respondent | R-1stLetter To:  sabreu@expedia.com |
| 9/6/2019 | Form Letter to Respondent | R-1stLetter |
| 9/6/2019 | Email to Complainant | C-1stLetter To:  mnharris138@gmail.com |
| 9/9/2019 | Email from Respondent | Expedia (Cheap Tickets) |
| 9/9/2019 | Email to Complainant | C-ResponseOneRespondentPending To: mnharris138@gmail.com |
| 9/25/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 9/25/2019 | Form Letter to Respondent | R-2ndLetterCourtesyReminder |
| 10/11/2019 | Email to Complainant | C-ClosingNoResponse To: mnharris138@gmail.com |
| 10/11/2019 | Email to Respondent | R-ClosingW-Response To:  sabreu@expedia.com |
| 10/11/2019 | Form Letter to Respondent | R-ClosingW-Response |
| 10/11/2019 | Form Letter to Respondent | R-Closing-wNOResponse |

JR - 02311
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 10/11/2019 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 10/11/2019 | Resolution-UNADJUSTED | |

**553870**                              3 of 3



Thanks for contacting us.

Sorry for the confusion.

I did a side by side comparison on the BOGO tickets and Standard tickets.

In reality you are getting charged for two tickets when using the BOGO promo, but you are getting a discount.

These are the prices when using the **BOGO Promo**.

Face Value: **$34.85** x2
Service Fees: $27.20 x2

Order Processing Fee: $5.00

Total: $101.90

These are the prices when choosing just **Standard tickets** in the same section:

Face Value: **$44.75** x2
Service Fees: $30.50 x2

Order Processing Fee: $5.00

Total: 135.00

So you'll be basically getting a $33.10 discount.

Have additional questions? Just reply to this email and we'll be back in touch, or you can find answers on the spot in our FAQs.

Your fellow fan,
David A.
Ticketmaster Fan Support

Have a minute? Let us know how we're doing.

JR - 02314
PRR-2025-0179

**•Ill Verizon 🔊**        **9:04 AM**        **53% 🔋**

**Instagram**

**1,274 likes**

**whiteriveramp** Select tickets are now Buy One Get One Free to see The Original Misfits at White River Amphitheatre on Saturday, September 14th! This offer won't be around long, so make sure to tag a friend and get your tickets today. Click the link below or go to LiveNation.com for more information.

    

JR - 02315
PRR-2025-0179

RutHol.100          9/6/2019

R-1stLetter To:  consumersupportwv@ticketmaster.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

September 6, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Matthew Harris
File #:   553870

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Matthew Harris regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 553870 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**553870**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Matthew Harris

Address:
2440 54th Pl SW #8
Seattle, WA 98116

Day Phone:
(808) 640-2048

Evening Phone:

E-mail Address:
mnharris138@gmail.com

Age Group (optional):
30-39

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**553870**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Cheap Tickets, Inc.
500 W Madison St Ste 1000
Chicago, IL 60661
Live Nation Entertainment Inc
9348 Civic Center Dr
Beverly Hills, CA 90210
Expedia
333 108th Ave Ste 300
Bellevue, WA 98004

About Your Complaint

Amount in Dispute:

Transaction Date:


Explain your complaint in detail:
I saw an ad on instagram for a concert I've been wanting to go to. The ad was promoting buy on
get one free tickets (BOGO) in select sections. I was thrilled and went to buy some but upon
getting to checkout i was getting charged for two tickets at not much of a discount from normal
ticket prices. It made no sense to me so I emailed ticketmaster about it and their answer made
me more confused/angry. It's not a BOGO offer, it's a cheaper ticket offer. The person who got
back to me was nice enough to break it all down and then basically shows me it's not even a
BOGO offer, and of course the service fees are ridiculous. Just doesn't seem right to say it's a
buy one get one free offer when that's clearly not the case.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the

**553870**

information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Matthew Harris    Date  8/31/19
Received via the Internet
City and State where signed Seattle, WA

**553870**

RutHol.100          9/6/2019

R-1stLetter To:  sabreu@expedia.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

September 6, 2019

Expedia
Attention: Tier 3 Customer Service
333 108th Ave Ste 300
Bellevue, WA 98004

RE:  Matthew Harris
File #:   553870

Dear Tier 3 Customer Service:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Matthew Harris regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 553870 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**553870**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Matthew Harris

Address:
2440 54th Pl SW #8
Seattle, WA 98116

Day Phone:
(808) 640-2048

Evening Phone:

E-mail Address:
mnharris138@gmail.com

Age Group (optional):
30-39

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**553870**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Cheap Tickets, Inc.
500 W Madison St Ste 1000
Chicago, IL 60661
Live Nation Entertainment Inc
9348 Civic Center Dr
Beverly Hills, CA 90210
Expedia
333 108th Ave Ste 300
Bellevue, WA 98004

About Your Complaint

Amount in Dispute:

Transaction Date:


Explain your complaint in detail:
I saw an ad on instagram for a concert I've been wanting to go to. The ad was promoting buy on
get one free tickets (BOGO) in select sections. I was thrilled and went to buy some but upon
getting to checkout i was getting charged for two tickets at not much of a discount from normal
ticket prices. It made no sense to me so I emailed ticketmaster about it and their answer made
me more confused/angry. It's not a BOGO offer, it's a cheaper ticket offer. The person who got
back to me was nice enough to break it all down and then basically shows me it's not even a
BOGO offer, and of course the service fees are ridiculous. Just doesn't seem right to say it's a
buy one get one free offer when that's clearly not the case.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the

**553870**

information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Matthew Harris    Date   8/31/19
Received via the Internet
City and State where signed Seattle, WA

**553870**

RutHol.100          9/6/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684
September 6, 2019

Live Nation Entertainment Inc
9348 Civic Center Dr
Beverly Hills, CA 90210

RE:  Matthew Harris
File #:  553870

Dear Live Nation Entertainment Inc:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Matthew Harris regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 553870 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

Sincerely,

RUTH E. HOLBROOK

**553870**

Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Matthew Harris

Address:
2440 54th Pl SW #8
Seattle, WA 98116

Day Phone:
(808) 640-2048

Evening Phone:

E-mail Address:
mnharris138@gmail.com

Age Group (optional):
30-39

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:

**553870**

1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Cheap Tickets, Inc.
500 W Madison St Ste 1000
Chicago, IL 60661
Live Nation Entertainment Inc
9348 Civic Center Dr
Beverly Hills, CA 90210
Expedia
333 108th Ave Ste 300
Bellevue, WA 98004

About Your Complaint

Amount in Dispute:

Transaction Date:


Explain your complaint in detail:
I saw an ad on instagram for a concert I've been wanting to go to. The ad was promoting buy on
get one free tickets (BOGO) in select sections. I was thrilled and went to buy some but upon
getting to checkout i was getting charged for two tickets at not much of a discount from normal
ticket prices. It made no sense to me so I emailed ticketmaster about it and their answer made
me more confused/angry. It's not a BOGO offer, it's a cheaper ticket offer. The person who got
back to me was nice enough to break it all down and then basically shows me it's not even a
BOGO offer, and of course the service fees are ridiculous. Just doesn't seem right to say it's a
buy one get one free offer when that's clearly not the case.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

**553870**

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Matthew Harris    Date   8/31/19

Received via the Internet

City and State where signed Seattle, WA

**553870**

RutHol.100          9/6/2019

C-1stLetter To:  mnharris138@gmail.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

September 6, 2019

Matthew Harris
2440 54th Pl SW #8
Seattle, WA 98116

RE:  TicketMaster, Live Nation Entertainment Inc and Expedia (Cheap Tickets)
File #:   553870

Dear Matthew Harris:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. Consumer complaints provide valuable information that our office uses to
identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer
Protection Act.

The complaint you submitted to our office regarding TicketMaster, Live Nation Entertainment
Inc and Expedia was reviewed and determined to be appropriate for the informal complaint
resolution services offered by our Consumer Resource Center. This is an informal, voluntary
process. Our office acts as a neutral party to facilitate communication between consumers and
businesses to assist in resolving the complaint. We are prohibited by Washington State law from
providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was
sent to the businesses with a request to provide our office with a response within 21 calendar
days. If a response is received, you will be notified and a copy of the response will be provided
to you. If our office has not received a response from the businesses within 14 calendar days, a
courtesy reminder will be sent to the businesses reminding them that their response is due within
the next 7 calendar days. If the businesses do not respond to our request, our office cannot
compel the businesses to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the businesses do not respond, or your complaint is not resolved through our informal
complaint resolution service, your complaint will be closed. However, you will be notified of

**553870**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553870**

RutHol.100          9/9/2019

From: Sibel Abreu (ELCA) <sabreu@expediagroup.com>
Sent: Sunday, September 08, 2019 7:24 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Cc: Sibel Abreu (ELCA) <sabreu@expediagroup.com>
Subject: RE: 553870 : A notice from the Washington State Attorney General's Office

Dear Ms. Holbrook,

This complaint appears to relate to Ticketmaster/LiveNation. CheapTickets is not affiliated with
these businesses and it does not appear the customer tried to purchase tickets through
CheapTickets.

Please let me know if you have any questions and please confirm I can close this complaint.

Thanks
Sibel

**553870**

RutHol.100        9/9/2019

C-ResponseOneRespondentPending To:  mnharris138@gmail.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

September 9, 2019

Matthew Harris
2440 54th Pl SW #8
Seattle, WA 98116

RE:   TicketMaster, Live Nation Entertainment Inc and Expedia
File #:   553870

Dear Matthew Harris:

This letter is to inform you that our office received the enclosed reply from Expedia (Cheap
Tickets) in response to the complaint you filed regarding TicketMaster, Live Nation
Entertainment Inc and Expedia, complaint # 553870.

As of the date of this letter, we have not yet received a response from TicketMaster and Live
Nation Entertainment Inc. We will continue to monitor your complaint for responses from
TicketMaster and Live Nation Entertainment Inc. If the business does not respond, or your
complaint is not resolved through our informal complaint resolution service, your complaint will
be closed. However, you will be notified of additional options and resources that may be
available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before October 11th, 2019.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given
above on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553870**

Enclosure

From: Sibel Abreu (ELCA) <sabreu@expediagroup.com>
Sent: Sunday, September 08, 2019 7:24 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Cc: Sibel Abreu (ELCA) <sabreu@expediagroup.com>
Subject: RE: 553870 : A notice from the Washington State Attorney General's Office

Dear Ms. Holbrook,

This complaint appears to relate to Ticketmaster/LiveNation. CheapTickets is not affiliated with
these businesses and it does not appear the customer tried to purchase tickets through
CheapTickets.

Please let me know if you have any questions and please confirm I can close this complaint.

Thanks
Sibel

**553870**

JR - 02332
PRR-2025-0179

RutHol.100     9/25/2019

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

September 25, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Matthew Harris
File #:   553870

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 553870 is seven calendar days from the date of this letter. This complaint was filed by
Matthew Harris regarding your business. Our practice is to send a courtesy reminder to provide
you with the opportunity to respond in a timely manner.

Please include the file # 553870 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**553870**

COMPLAINT SUMMARY
Consumer Information

Name:
Matthew Harris

Address:
2440 54th Pl SW #8
Seattle, WA 98116

Day Phone:
(808) 640-2048

Evening Phone:

E-mail Address:
mnharris138@gmail.com

Age Group (optional):
30-39

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Cheap Tickets, Inc.

**553870**

500 W Madison St Ste 1000
Chicago, IL 60661
Live Nation Entertainment Inc
9348 Civic Center Dr
Beverly Hills, CA 90210
Expedia
333 108th Ave Ste 300
Bellevue, WA 98004

About Your Complaint

Amount in Dispute:

Transaction Date:


Explain your complaint in detail:
I saw an ad on instagram for a concert I've been wanting to go to. The ad was promoting buy on
get one free tickets (BOGO) in select sections. I was thrilled and went to buy some but upon
getting to checkout i was getting charged for two tickets at not much of a discount from normal
ticket prices. It made no sense to me so I emailed ticketmaster about it and their answer made
me more confused/angry. It's not a BOGO offer, it's a cheaper ticket offer. The person who got
back to me was nice enough to break it all down and then basically shows me it's not even a
BOGO offer, and of course the service fees are ridiculous. Just doesn't seem right to say it's a
buy one get one free offer when that's clearly not the case.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Matthew Harris    Date   8/31/19
Received via the Internet
City and State where signed Seattle, WA

**553870**

RutHol.100        9/25/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684
September 25, 2019


Live Nation Entertainment Inc
9348 Civic Center Dr
Beverly Hills, CA 90210


RE:   Matthew Harris
File #:   553870

Dear Live Nation Entertainment Inc:

This letter is a courtesy reminder that the requested date for your written response to complaint
# 553870 is seven calendar days from the date of this letter. This complaint was filed by
Matthew Harris regarding your business. Our practice is to send a courtesy reminder to provide
you with the opportunity to respond in a timely manner.

Please include the file # 553870 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number
given above on any complaint correspondence.


Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


COMPLAINT SUMMARY
Consumer Information


**553870**

Name:
Matthew Harris

Address:
2440 54th Pl SW #8
Seattle, WA 98116

Day Phone:
(808) 640-2048

Evening Phone:

E-mail Address:
mnharris138@gmail.com

Age Group (optional):
30-39

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Cheap Tickets, Inc.
500 W Madison St Ste 1000
Chicago, IL 60661
Live Nation Entertainment Inc
9348 Civic Center Dr

**553870**

Beverly Hills, CA 90210
Expedia
333 108th Ave Ste 300
Bellevue, WA 98004

About Your Complaint

Amount in Dispute:

Transaction Date:

Explain your complaint in detail:
I saw an ad on instagram for a concert I've been wanting to go to. The ad was promoting buy on
get one free tickets (BOGO) in select sections. I was thrilled and went to buy some but upon
getting to checkout i was getting charged for two tickets at not much of a discount from normal
ticket prices. It made no sense to me so I emailed ticketmaster about it and their answer made
me more confused/angry. It's not a BOGO offer, it's a cheaper ticket offer. The person who got
back to me was nice enough to break it all down and then basically shows me it's not even a
BOGO offer, and of course the service fees are ridiculous. Just doesn't seem right to say it's a
buy one get one free offer when that's clearly not the case.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Matthew Harris    Date  8/31/19
Received via the Internet
City and State where signed Seattle, WA

**553870**

RutHol.100          10/11/2019

C-ClosingNoResponse To:  mnharris138@gmail.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 11, 2019

Matthew Harris
2440 54th Pl SW #8
Seattle, WA 98116

RE:   TicketMaster, Cheap Tickets, Inc., Live Nation Entertainment Inc and Expedia
File #:   553870

Dear Matthew Harris:

You recently filed a consumer complaint with our office regarding TicketMaster, Cheap
Tickets, Inc., Live Nation Entertainment Inc and Expedia. As of today's date, TicketMaster and
Live Nation Entertainment Inc have not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate
communication between consumers and businesses to assist in resolving complaints. Through
this process we act as a neutral third party. If a business refuses to respond or to make an
adjustment, we cannot compel them to do so. We have completed our informal complaint
resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade
practices that may warrant further attention. Even though the Consumer Resource Center closed
your complaint, the complaint file is retained in our complaint database. Consumer complaints
assist us in identifying possible patterns and practices that may warrant further action by our
office. We may still open a formal investigation or take enforcement action against
TicketMaster, Cheap Tickets, Inc., Live Nation Entertainment Inc and Expedia pursuant to the
Consumer Protection Act at any time if the facts and circumstances indicate that further action
is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster,
Cheap Tickets, Inc., Live Nation Entertainment Inc and Expedia. If you would like to pursue the
matter further, you may wish to contact a private attorney. The Washington State Bar
Association (WSBA) offers research tools to locate private attorneys in your area by offering
listings for each County Bar Association. You may access the County Bar Association listing on
the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-
specialty-bars.

**553870**

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553870**

RutHol.100      10/11/2019

R-ClosingW-Response To:  sabreu@expedia.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 11, 2019

Expedia
Attention: Tier 3 Customer Service
333 108th Ave Ste 300
Bellevue, WA 98004

RE:   Matthew Harris
File #:   553870

Dear Tier 3 Customer Service:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Matthew Harris regarding your business. A copy of
your response was provided to Matthew Harris. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers

**553870**

1-206-464-6684 for out-of-state callers

**553870**

JR - 02342
PRR-2025-0179

RutHol.100    10/11/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684
October 11, 2019


Cheap Tickets, Inc.
500 W Madison St Ste 1000
Chicago, IL 60661


RE:   Matthew Harris
File #:   553870

Dear Cheap Tickets, Inc.:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Matthew Harris regarding your business. A copy of your response was provided to Matthew Harris. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**553870**

RutHol.100     10/11/2019

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000? Seattle, WA 98104-3188? (206) 464-6684
October 11, 2019


Live Nation Entertainment Inc
9348 Civic Center Dr
Beverly Hills, CA 90210


RE:   Matthew Harris
File #:   553870

Dear Live Nation Entertainment Inc:

We recently contacted you regarding a consumer complaint filed by Matthew Harris regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Matthew Harris
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

Sincerely,


**553870**

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553870**

RutHol.100      10/11/2019

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 11, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Matthew Harris
File #:   553870

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by Matthew Harris regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Matthew Harris
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**553870**

Please include the complaint number given above on any complaint correspondence.

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**553870**

# Catalyst Report

## Complaint Description

**Description**

I purchased tickets to Shen Yun on 26 Sept. This morning (11 Oct) I received a voice mail that "this event went on sale by mistake" (her exact words), and that I could contact them to switch to "a different show".

Cut to the TicketMaster web site. Shen Yun is on sale for the exact same dates as the "mistake". Except that the exact same tickets (date, time, seat) are $30 more expensive.

TicketMaster's pages scream at us about "No Refunds". Given that the event is happening on the original schedule, this appears to be nothing more than a bait-and-switch "reverse refund".

Obviously, I have no insight into how many hundreds of people might have experienced this same extra charge, but I'm sure TicketMaster will provide the number to your office.

Thank you for any assistance you can offer in getting TicketMaster to honor their original agreements.

Robert S. "Steve" Dirickson

# Catalyst
# Complaint Cover Page

### 555882

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **555882** | **Status** | **Closed** |
| Date | 10/14/2019 | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $451.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Steve  Dirickson** **513 E Casino Rd** **Everett, WA  98208** | **(425) 736-3286** | | **s.dirickson@att.net** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** **1000 Corporate Landing** **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 013 | Misrepresentation of product or service |
| 203 | Internet & Mobile device based transaction |
| 316 | Billing Issues |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 10/14/2019 | Intake Notes | Individuals mentioned, not added. |
| 10/14/2019 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |
| 10/14/2019 | Email to Complainant | C-1stLetter To:  s.dirickson@att.net |

### 555882                                    1 of 2

JR - 02349
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 11/4/2019 | Email to Respondent | R-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 11/19/2019 | Email to Respondent | R-Closing-wNOResponse To: consumersupportwv@ticketmaster.com |
| 11/19/2019 | Email to Complainant | C-ClosingNoResponse To:  s.dirickson@att.net |
| 11/19/2019 | Resolution- UNADJUSTED NO RESPONSE | |
| 11/20/2019 | Email from Complainant | |

**555882**                    2 of 2

AntOgl.100     10/14/2019

R-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

October 14, 2019

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Steve Dirickson
File #:  555882

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Steve Dirickson regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRCComplaints@ATG.WA.GOV. We will provide a copy
of your response to the consumer. Please reference the file number 555882 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is
CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

**555882**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

COMPLAINT SUMMARY
Consumer Information

Name:
Steve Dirickson

Address:
513 E Casino Rd
Everett, WA 98208

Day Phone:
(425) 736-3286

Evening Phone:

E-mail Address:
s.dirickson@att.net

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**555882**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
$451
Transaction Date:
26 Sept 2019

Explain your complaint in detail:
I purchased tickets to Shen Yun on 26 Sept. This morning (11 Oct) I received a voice mail that
"this event went on sale by mistake" (her exact words), and that I could contact them to switch
to "a different show".
Cut to the TicketMaster web site. Shen Yun is on sale for the exact same dates as the "mistake".
Except that the exact same tickets (date, time, seat) are $30 more expensive.
TicketMaster's pages scream at us about "No Refunds". Given that the event is happening on the
original schedule, this appears to be nothing more than a bait-and-switch "reverse refund".
Obviously, I have no insight into how many hundreds of people might have experienced this
same extra charge, but I'm sure TicketMaster will provide the number to your office.
Thank you for any assistance you can offer in getting TicketMaster to honor their original
agreements.
Robert S. "Steve" Dirickson
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

**555882**

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Robert Dirickson    Date   11 October 2019

Received via the Internet

City and State where signed Everett, WA

**555882**

AntOgl.100      10/14/2019

C-1stLetter To:  s.dirickson@att.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


October 14, 2019


Steve Dirickson
513 E Casino Rd
Everett, WA 98208


RE:  TicketMaster
File #:  555882

Dear Steve Dirickson:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**555882**

JR - 02355
PRR-2025-0179

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**555882**

AntOgl.100          11/4/2019

R-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


November 4, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Steve Dirickson
File #:   555882

Dear Consumer Support:

This letter is a courtesy reminder that the requested date for your written response to complaint # 555882 is seven calendar days from the date of this letter. This complaint was filed by Steve Dirickson regarding your business. Our practice is to send a courtesy reminder to provide you with the opportunity to respond in a timely manner.

Please include the file # 555882 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**555882**

COMPLAINT SUMMARY
Consumer Information

Name:
Steve Dirickson

Address:
513 E Casino Rd
Everett, WA 98208

Day Phone:
(425) 736-3286

Evening Phone:

E-mail Address:
s.dirickson@att.net

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:

**555882**

About Your Complaint

Amount in Dispute:
$451
Transaction Date:
26 Sept 2019

Explain your complaint in detail:
I purchased tickets to Shen Yun on 26 Sept. This morning (11 Oct) I received a voice mail that "this event went on sale by mistake" (her exact words), and that I could contact them to switch to "a different show".
Cut to the TicketMaster web site. Shen Yun is on sale for the exact same dates as the "mistake". Except that the exact same tickets (date, time, seat) are $30 more expensive.
TicketMaster's pages scream at us about "No Refunds". Given that the event is happening on the original schedule, this appears to be nothing more than a bait-and-switch "reverse refund". Obviously, I have no insight into how many hundreds of people might have experienced this same extra charge, but I'm sure TicketMaster will provide the number to your office.
Thank you for any assistance you can offer in getting TicketMaster to honor their original agreements.
Robert S. "Steve" Dirickson
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Robert Dirickson     Date   11 October 2019
Received via the Internet
City and State where signed Everett, WA

**555882**

JR - 02359
PRR-2025-0179

AntOgl.100     11/19/2019

R-Closing-wNOResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


November 19, 2019


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Steve Dirickson
File #:   555882

Dear Consumer Support:

We recently contacted you regarding a consumer complaint filed by Steve Dirickson regarding
your business and presented you an opportunity to provide our office with a written response to
that complaint through our informal complaint resolution (ICR) process. As of today's date, you
have not submitted a response and consequently we have closed this complaint. Steve Dirickson
was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process we act as a
neutral third party. We cannot compel either party to participate in our process or to resolve the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. We
may open a formal investigation or take enforcement action pursuant to the Consumer
Protection Act at any time if the facts and circumstances indicate that further action is
warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.

**555882**

Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**555882**

JR - 02361
PRR-2025-0179

AntOgl.100     11/19/2019

C-ClosingNoResponse To:  s.dirickson@att.net
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

November 19, 2019

Steve Dirickson
513 E Casino Rd
Everett, WA 98208

RE:  TicketMaster
File #:  555882

Dear Steve Dirickson:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**555882**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**555882**

AntOgl.100       11/20/2019

From: Steve Dirickson <s.dirickson@att.net>
Sent: Tuesday, November 19, 2019 6:47 PM
To: ATG MI CRC Complaint Processing <CRCComplaints@ATG.WA.GOV>
Subject: RE: 555882 : A notice from the Washington State Attorney General's Office

I'm not at all surprised that TM chose to ignore this. Maybe I'll try to find out how many other
people experienced the same increase.

Thanks for pushing the rope as far as you could from your end ;-)


Steve Dirickson

**555882**

**From:** Samantha Hammond <shammond@naag.org>
**To:** Samantha Hammond <shammond@naag.org>
**Cc:** Brian Kane <bkane@naag.org>
**Subject:** *REMINDER* NAAG Business Session - Agenda/Attachments
**Date:** Mon, 9 Dec 2024 04:50:14 +0000
**Importance:** Normal
**Attachments:** Binder_-_Business_Session_12.09.24.pdf
**Inline-Images:** image213852.png; image178739.png; image903407.png; image455158.png; image362124.png

---

[EXTERNAL]

*This email is being sent to all Attorneys General, Chief Deputies/Chief's of Staff, and Executive Assistants.*

Good evening,

I wanted to forward a reminder for the 2024 NAAG Business Session taking place **Monday, December 9 at 12:45 pm Eastern.** If you are joining us in-person for the Capital Forum, this meeting will be held at the Capital Hilton, Congressional/Senate room.

If you are unable to attending the meeting in-person, Zoom call-in information is provided below for your convenience!

<u>If you are unable to attend this meeting (in-person or virtually), and you have not already established a proxy, please email me directly to confirm.</u>

Please reach out if you have any questions and we look forward to seeing several of you tomorrow morning.

Best,
Samantha

------------

# [2b]

Meeting ID: 820 3901 7484
Passcode: 947421

---

One tap mobile
Houston)
Tacoma)

---



**Samantha Hammond**
*Executive Assistant*

📱 (936) 689-5452

National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, DC  20036

shammond@naag.org

www.naag.org

**Register Today: Capital Forum, Dec. 9-11, District of Columbia**

**ATTORNEY GENERAL FERGUSON'S EVENT BRIEFING**

| AGO Staff Contact | |
|---|---|
|  | |
| Parking | |

**ATTORNEY GENERAL FERGUSON'S EVENT BRIEFING**

**KEY INFORMATION:**



**ATTORNEY GENERAL FERGUSON'S EVENT BRIEFING**



**ROOM SET UP:**  Round tables

**ATTORNEY GENERAL FERGUSON'S EVENT BRIEFING**

**AGENDA AND ATTACHMENTS:** We will provide a detailed agenda in the coming week when the full day's plan is confirmed.

**ADDITIONAL INFORMATION:**

**From:** "Ganga, Elaine L (ATG)" <elaine.ganga@atg.wa.gov>
**To:** ATG DL Core Leadership Team <CoreLeaders@ATG.WA.GOV>
**Subject:** March 2023 Monthly Report
**Date:** Tue, 11 Apr 2023 15:31:33 +0000
**Importance:** Normal
**Attachments:** 2023_March_Monthly_Report.pdf

---

Good Morning,

Attached is the March 2023 Monthly Report.


Thanks,
Elaine

**From:** "Bowers, Todd R (ATG)" <todd.bowers@atg.wa.gov>

**To:** ATG MI Admin Briefings <ADMBriefings@ATG.WA.GOV>, "Sushak, Karen (ATG)" <karen.sushak@atg.wa.gov>

**Cc:** "Esquibel, Shane (ATG)" <shane.esquibel@atg.wa.gov>, "Warren, Kim A (ATG)" <Kim.Warren@atg.wa.gov>, "Beneski, Kristin (ATG)" <kristin.beneski@atg.wa.gov>, "Aho, Brionna (ATG)" <brionna.aho@atg.wa.gov>, "Webb, Mike (ATG)" <mike.webb@atg.wa.gov>, "Melroy, Mark (ATG)" <mark.melroy@atg.wa.gov>, "Mark, Jonathan A. (ATG)" <jonathan.mark@atg.wa.gov>, "Kennedy, Travis (ATG)" <travis.kennedy@atg.wa.gov>, "Hanson, Amy (ATG)" <amy.hanson@atg.wa.gov>, "Black, Christina (ATG)" <christina.black@atg.wa.gov>

**Subject:** Memo for ANT Meeting this Friday ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED COMMUNICATION. DO NOT DISCLOSE.

**Date:** Wed, 22 May 2024 23:52:22 +0000

**Importance:** Normal

**Attachments:** InfoMemo-ANT_Mtg_5-22-24_-_Privileged.docx