# Catalyst Report

## Complaint Description

**Description**

hello
I would like some help with getting my refund for a concert that was suppose to happen 6/2/2020. Live nation has rescheduled as well it shows on the website they are refusing to issue a refund.

# Catalyst
# Complaint Cover Page

### 570611

## Complaint

| Number | 570611 | | Status | Closed |
|---|---|---|---|---|
| Date | 5/19/2020 | | **Assignee** | **Nash, Connor Michael** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $75.00 |
| NAICS | 454100-Electronic Shopping & Mail Order Houses | | Amount Disputed | $75.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Monica Marie Patterson**<br>**4842 S Bell St**<br>**Tacoma, WA  98408** | **(206) 817-2465** | | monicaregules17@gmail.com |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Groupon**<br>**600 W Chicago Ave Ste 620**<br>**Chicago, IL  60654** | **Kevin McCormick /**<br>**Jennifer Gonzalez** | **(877) 788-7858** | | **kmccormick@groupon.com;**<br>**jengonzalez@groupon.com** |
| Live Nation Entertainment Inc<br>9348 Civic Ctr Dr<br>Beverly Hills, CA  90210 | | (310) 360-3041 | (800) 653-8000 | reply@email.livenation.com;ian.putnam@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/19/2020 | Intake Notes | Per narrative, associated Live Nation as additional R; selected existing Catalyst entry |

JR - 03017
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/20/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: monicaregules17@gmail.com |
| 5/20/2020 | Email to Respondent | R-COVID-1stLetter To: kmccormick@groupon.com; dilee@groupon.com |
| 5/20/2020 | Email to Respondent | R-COVID-1stLetter To: DannyWilde@LiveNation.com |
| 5/26/2020 | Email from Respondent | |
| 5/26/2020 | Email to Complainant | C-ResponseOneRespondentPending To: monicaregules17@gmail.com |
| 5/29/2020 | Email to Respondent | R-COVID-2ndLetterCourtesyReminder To: DannyWilde@LiveNation.com |
| 6/3/2020 | Email to Complainant | C-ClosingNoResponse To: monicaregules17@gmail.com |
| 6/3/2020 | Email to Respondent | R-Closing-wNOResponse To: DannyWilde@LiveNation.com |
| 6/3/2020 | Email to Respondent | R-ClosingW-Response To: kmccormick@groupon.com; dilee@groupon.com |
| 6/3/2020 | Resolution-CLOSED ADJUSTED | |

JR - 03018
PRR-2025-0179



Extraordinary Event Policy*

# Extraordinary Event Policy*

We work with our venues and merchants to ensure that every GrouponLive event takes place as planned. When unavoidable circumstances that are beyond the control of Groupon and partners require the details of the event to be changed, Groupon's customer support team will notify all purchasers of the GrouponLive event with all the details we have.

**Cancelled Event.** If an event is cancelled and not rescheduled, we will automatically refund the amount paid to the purchaser.

**Rescheduled Event.** If an event is rescheduled, we will refund the amount paid upon request by the purchaser.

**Replacement of Performers.** Opening acts, individual performers and particular bands participating in a music festival are subject to change or cancellation at any time without notice.

**Replacement Vouchers or G-Pass tickets.** If your voucher or G-Pass ticket is lost or damaged, just print it again from your account. If you have any questions or concerns, feel free to  contact us here.

*This policy only applies to purchases made directly on groupon.com. If you are redirected from the Groupon "BUY" button to a third party's site, please contact the seller directly for any issues regarding your purchase or the event.

See Groupon's full Terms of Use  here  and GrouponLive FAQs  here.



12:18

81%

## Halsey 2021 Tour

Tue, Jun 01, 2021 at 07:00 PM, General Admission Lawn - 1 ticket to Halsey 2021 Tour at White River Amphitheatre

Expires on June 01, 2021 (378 days)

Call          Website

## Things You Should Know

Expires Tue, June 01, 2021

Final sale, subject to Extraordinary Event Policy.Limit 8/person, subject to ticket availability. Expiration varies depending on the event date. Ticket must be used and expires on date of event for option purchased. Must purchase G-Passes in the same transaction to sit together. ADA seating can't be guaranteed; contact box office prior to purchase for availability. Merchant reserves right to sub closer seat. Ticket value includes all fees. **Redeemable only on mobile device.** Valid only for date and time selected. Valid only for option purchased. Live Nation is issuer of tickets - discount reflects current ticket prices, which may change. Holder assumes all risk in connection w/ the event & releases Groupon & its affiliates, Ticketmaster, venue & their affiliates from any related claims. Upon purchase, we will provide your email to Ticketmaster to be used in accordance with Ticketmaster's Privacy Policy.

## View Voucher

# GROUPON

🗑  📋  🔀  ⋮

### Chat Name: Princess Regules,
### Chat Ticket ID : 882141282165543085

Hi there,

Thanks for chatting with me. Below,
you can see a complete transcript of
the conversation for your records. If
there's anything else I can help you
with, just reply to this email and I'll
go straight to the top of my pile.

Kind regards,

Shimrose A

---

### Princess Regules

May 20, 2020, 12:46:44 AM GMT+5:30

Princess Regules: Issue: How To Contact
Groupon Customer Support
Country Code: US
Princess Regules: The halsey concert is
rescheduled for next year i am asking for
a refund. I will not be in the state for that
concert rescheduled time. It states it is
now reschedule when I contacted
Groupon last week they said I have to
wait for it to say reschedule. I would like
my money refunded thank you and under
your policy it states that if the concert is
reschedule that you will refund the money
upon request
Princess Regules: It is in your policy
under Extraordinary event policy
Shimrose A: Hi Princess, thank you for
contacting Groupon Customer Support.
Princess Regules: If the concert is
rescheduled that GROUPON will refund
the amount paid upon request by the
purchaser
Princess Regules: Extraordinary event
policy states:
If the concert is rescheduled that
GROUPON will refund the amount paid
upon request by the purchaser
Shimrose A: Please allow me a moment
to look into this for you.
Princess Regules: I want a refund for the
halsey concert it was rescheduled and it
states on your website I would hat to
have to get a lawyer to get 75 dollars
back but this the 3rd time I have
requested my money back
Princess Regules: this is in all the
transcripts
Princess Regules: I want a money
refunded back to my card
Princess Regules: It is GROUPON policy
Shimrose A: Due to the nature of working
with ticket sellers, our GrouponLive deals
are typically final sale, unless the Fine
Print states otherwise. When these deals
are not final sale, our policy only allows
for refunds within 24 hours of purchase.
Shimrose A: We are actively working with
all of our partners to see if events will be
cancelled or rescheduled. If and when
plans change for this event, we'll let you
and all other impacted customers know.
Shimrose A: I request you to please wait
for a day or two once we get a
confirmation from the merchant that the
event was canceled we will issue a
refund.
Princess Regules: A: rescheduled we will issue
a refund
Princess Regules: It was reschedule
where is my refund
Princess Regules: Extraordinary event
states the concert is rescheduled that
GROUPON will refund the amount paid
upon request by the purchaser
Shimrose A: We have not yet received a
confirmation from the merchant
Shimrose A: I request you to please wait
for a day or two once we get a
confirmation from the merchant that the
event was canceled we will issue a
refund.
Princess Regules: You put it on your
webpage
Princess Regules: so are you falsely
advertising
Shimrose A: I am sorry about, once we
get an update on this we will issue a
refund.
Princess Regules: because if you go on
the website it clearly says rescheduled
and under your extraordinary policy
Shimrose A: Yes, I have checked that, is
just that we are waiting for an official
email from the merchant
Shimrose A: Once we get we will issue a
refund
Princess Regules: So you are holding my
money and many others even though you
know it is rescheduled
Princess Regules: hmmm seem like bad
business practices
Shimrose A: I am really sorry, as soon as
we get the email we will keep you
updated via _cooper_17219@hotmail.com_
Princess Regules: I'm forwarding all
information to my Attorney General of
Washington
Shimrose A: I've passed this issue along
to one of our account specialists so that
they can look into this further.
Shimrose A: Do you have any other
questions?
Princess Regules: Yes that is your
address
Princess Regules: To file a complaint
Princess Regules: 600 West Chicago
Avenue, Chicago, Illinois 60654
Princess Regules: Is this correct
Shimrose A: Just one moment while I
check on that.
Princess Regules: And what phone
number can the attorney give the
company a call to
Shimrose A: The above address is correct
Shimrose A: You can provide the address
as we do not have an inbound phone
number.
Shimrose A: Do you have any other
questions?
Princess Regules: No
Shimrose A: Thanks for contacting
Groupon. Have a great day!

**Need help? Click here**



Modify your subscription preferences here
Groupon Customer Support. 600 W. Chicago Avenue, Suite
400, Chicago IL 60654, USA.

◀  ↩  Reply

ConNas.100     5/20/2020

C-COVID-PriceGouge-1stLetter-ICR To:  monicaregules17@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 20, 2020


Monica Marie Patterson
4842 S Bell St
Tacoma, WA 98408


RE:   Groupon and Live Nation
File #:   570611

Dear Monica Marie Patterson:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding Groupon and Live Nation was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**570611**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570611**

ConNas.100     5/20/2020

R-COVID-1stLetter To:  kmccormick@groupon.com; dilee@groupon.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 20, 2020

Groupon
Attention: Kevin McCormick & Diana Lee
600 W Chicago Ave Ste 620
Chicago, IL 60654

RE:   Monica Marie Patterson
File #:   570611

Dear Kevin McCormick & Diana Lee :

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Monica Marie Patterson regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 570611 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**570611**

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure/570611A,B,C

COMPLAINT SUMMARY
Consumer Information

Name:
Monica Marie Patterson

Address:
4842 S Bell St
Tacoma, WA 98408

Day Phone:
(206) 817-2465

Evening Phone:

E-mail Address:
monicaregules17@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**570611**

Name of business that I am complaining about:
Groupon

Address:
600 W Chicago Ave Ste 620
Chicago, IL 60654

Phone:
(877) 788-7858

Email:
kmccormick@groupon.com; dilee@groupon.com
Names and contact information of any other businesses involved in your complaint:
Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

About Your Complaint

Amount in Dispute:
75.00
Transaction Date:
2/2020

Explain your complaint in detail:
hello
I would like some help with getting my refund for a concert that was suppose to happen
6/2/2020. Live nation has rescheduled as well it shows on the website they are refusing to issue
a refund.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational

**570611**

purposes.

Signature Monica Patterson    Date   5/19/2020

Received via the Internet

City and State where signed tacoma, wa

**570611**

JR - 03027
PRR-2025-0179

ConNas.100      5/20/2020

R-COVID-1stLetter To:  DannyWilde@LiveNation.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 20, 2020

Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

RE:   Monica Marie Patterson
File #:   570611

Dear Live Nation:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Monica Marie Patterson regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 570611 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**570611**

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure/570611A,B,C

COMPLAINT SUMMARY
Consumer Information

Name:
Monica Marie Patterson

Address:
4842 S Bell St
Tacoma, WA 98408

Day Phone:
(206) 817-2465

Evening Phone:

E-mail Address:
monicaregules17@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:

**570611**

Groupon

Address:
600 W Chicago Ave Ste 620
Chicago, IL 60654

Phone:
(877) 788-7858

Email:
kmccormick@groupon.com; dilee@groupon.com
Names and contact information of any other businesses involved in your complaint:
Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

About Your Complaint

Amount in Dispute:
75.00
Transaction Date:
2/2020

Explain your complaint in detail:
hello
I would like some help with getting my refund for a concert that was suppose to happen
6/2/2020. Live nation has rescheduled as well it shows on the website they are refusing to issue
a refund.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.

**570611**

Signature Monica Patterson    Date   5/19/2020
Received via the Internet
City and State where signed tacoma, wa

**570611**

JR - 03031
PRR-2025-0179

ConNas.100        5/26/2020

From: Jennifer Gonzalez <jengonzalez@groupon.com>
Sent: Thursday, May 21, 2020 9:09 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Kevin McCormick <kmccormick@groupon.com>
Subject: Monica Patterson File No. 570611

Re:  Monica Patterson File No. 570611


Dear Mr. Nash,

Thank you for reaching out to Groupon regarding this Groupon Live purchase.  We are happy to assist and provide explanations and insight to aid you in your inquiry.

Ms. Patterson purchased tickets to a Live event.  Groupon serves in this capacity to use our platform to connect customers with merchants.  As such, when a customer wants to cancel an order, in fairness to both parties, Groupon must reach out to the Merchant for input.  At the time Ms. Vital made this purchase, it was well documented on the deal page and further during the booking process itself, that the merchant would offer no refunds.

With the onset of COVID and the various changes we have all had to go through, Groupon contacted the merchant about Ms. Patterson's purchase seeking direction given the no refund policy.  We have been informed that this Live event will be rescheduled and all tickets will be honored at that time.  More particularly, we have been informed the merchant will not reimburse Groupon should Groupon refund any such ticket sales.

Groupon understands Ms. Patterson's frustration and we did act quickly when contacted by Ms. Patterson on May 20, 2020 and refunded her in the form of Groupon Bucks which never expire and can be used to purchase anything on the Groupon Website.  Ms. Patterson was not satisfied and that same day, prior to being contacted by your office, we refunded Ms. Patterson's payment at Groupon's expense.   Please allow up to 10 days for Ms. Patterson to see this refund post to her account.

If you have any further inquiries, please feel free to reach out to myself and Kevin McCormick (cc'd here).  We are happy to help provide any insight or additional information to aid your inquiry.


Sincerely,

Jennifer Gonzalez
Head of Escalated Merchant Investigations and Processes | GROUPON
jengonzalez@groupon.com


**570611**

ConNas.100        5/26/2020

C-ResponseOneRespondentPending To:  monicaregules17@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 26, 2020


Monica Marie Patterson
4842 S Bell St
Tacoma, WA 98408


RE:   Groupon and Live Nation
File #:   570611

Dear Monica Marie Patterson:

This letter is to inform you that our office received the enclosed reply from Groupon in response to the complaint you filed regarding Groupon and Live Nation, complaint # 570611.

As of the date of this letter, we have not yet received a response from Live Nation. We will continue to monitor your complaint for Live Nationresponse. If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before 06/02/2020.

Thank you for your patience as we work through the informal complaint resolution process. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.


Sincerely,


CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure

**570611**

From: Jennifer Gonzalez <jengonzalez@groupon.com>
Sent: Thursday, May 21, 2020 9:09 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Kevin McCormick <kmccormick@groupon.com>
Subject: Monica Patterson File No. 570611

Re:  Monica Patterson File No. 570611


Dear Mr. Nash,

Thank you for reaching out to Groupon regarding this Groupon Live purchase.  We are happy to assist and provide explanations and insight to aid you in your inquiry.

Ms. Patterson purchased tickets to a Live event.  Groupon serves in this capacity to use our platform to connect customers with merchants.  As such, when a customer wants to cancel an order, in fairness to both parties, Groupon must reach out to the Merchant for input.  At the time Ms. Vital made this purchase, it was well documented on the deal page and further during the booking process itself, that the merchant would offer no refunds.

With the onset of COVID and the various changes we have all had to go through, Groupon contacted the merchant about Ms. Patterson's purchase seeking direction given the no refund policy.  We have been informed that this Live event will be rescheduled and all tickets will be honored at that time.  More particularly, we have been informed the merchant will not reimburse Groupon should Groupon refund any such ticket sales.

Groupon understands Ms. Patterson's frustration and we did act quickly when contacted by Ms. Patterson on May 20, 2020 and refunded her in the form of Groupon Bucks which never expire and can be used to purchase anything on the Groupon Website.  Ms. Patterson was not satisfied and that same day, prior to being contacted by your office, we refunded Ms. Patterson's payment at Groupon's expense.   Please allow up to 10 days for Ms. Patterson to see this refund post to her account.

If you have any further inquiries, please feel free to reach out to myself and Kevin McCormick (cc'd here).  We are happy to help provide any insight or additional information to aid your inquiry.

Sincerely,

Jennifer Gonzalez
Head of Escalated Merchant Investigations and Processes | GROUPON
jengonzalez@groupon.com


**570611**

**570611**

JR - 03035
PRR-2025-0179

ConNas.100        5/29/2020

R-COVID-2ndLetterCourtesyReminder To:  DannyWilde@LiveNation.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 29, 2020


Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210


RE:   Monica Marie Patterson
File #:   570611

Dear Live Nation:

This letter is a courtesy reminder of our request for your written response to complaint # 570611 filed by Monica Marie Patterson regarding your business. We ask that you respond to this complaint in writing within five business days from the date of this letter so that we may determine how to proceed in this matter. Our practice is to send a courtesy reminder to provide you with another opportunity to respond to the issues presented in the complaint regarding your business.

Please include the file # 570611 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please reference the complaint number given above on any complaint correspondence.

Sincerely,


CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**570611**

COMPLAINT SUMMARY
Consumer Information

Name:
Monica Marie Patterson

Address:
4842 S Bell St
Tacoma, WA 98408

Day Phone:
(206) 817-2465

Evening Phone:

E-mail Address:
monicaregules17@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
Groupon

Address:
600 W Chicago Ave Ste 620
Chicago, IL 60654

Phone:
(877) 788-7858

Email:
kmccormick@groupon.com; dilee@groupon.com

**570611**

Names and contact information of any other businesses involved in your complaint:
Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

About Your Complaint

Amount in Dispute:
75.00
Transaction Date:
2/2020

Explain your complaint in detail:
hello
I would like some help with getting my refund for a concert that was suppose to happen 6/2/2020. Live nation has rescheduled as well it shows on the website they are refusing to issue a refund.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Monica Patterson   Date   5/19/2020
Received via the Internet
City and State where signed tacoma, wa

**570611**

ConNas.100        6/3/2020

C-ClosingNoResponse To:  monicaregules17@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 3, 2020


Monica Marie Patterson
4842 S Bell St
Tacoma, WA 98408


RE:  Live Nation
File #:   570611

Dear Monica Marie Patterson:

You recently filed a consumer complaint with our office regarding Live Nation. As of today's date, Live Nation has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against Live Nation pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding Live Nation. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**570611**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570611**

ConNas.100     6/3/2020

R-Closing-wNOResponse To:  DannyWilde@LiveNation.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 3, 2020

Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

RE:   Monica Marie Patterson
File #:   570611

Dear Live Nation:

We recently contacted you regarding a consumer complaint filed by Monica Marie Patterson regarding your business and presented you an opportunity to provide our office with a written response to that complaint through our Informal Complaint Resolution (ICR) process. As of today's date, you have not submitted a response and consequently we have closed this complaint. Monica Marie Patterson was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. We cannot compel either party to participate in our process or to resolve the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please

**570611**

include the complaint number given above on any complaint correspondence.

Sincerely,


CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers




COMPLAINT SUMMARY
Consumer Information

Name:
Monica Marie Patterson

Address:
4842 S Bell St
Tacoma, WA 98408

Day Phone:
(206) 817-2465

Evening Phone:

E-mail Address:
monicaregules17@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information


**570611**

Name of business that I am complaining about:
Groupon

Address:
600 W Chicago Ave Ste 620
Chicago, IL 60654

Phone:
(877) 788-7858

Email:
kmccormick@groupon.com; dilee@groupon.com
Names and contact information of any other businesses involved in your complaint:
Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

About Your Complaint

Amount in Dispute:
75.00
Transaction Date:
2/2020

Explain your complaint in detail:
hello
I would like some help with getting my refund for a concert that was suppose to happen
6/2/2020. Live nation has rescheduled as well it shows on the website they are refusing to issue
a refund.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational

**570611**

purposes.
Signature Monica Patterson    Date   5/19/2020
Received via the Internet
City and State where signed tacoma, wa

**570611**

ConNas.100        6/3/2020

R-ClosingW-Response To:  kmccormick@groupon.com; dilee@groupon.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 3, 2020

Groupon
Attention: Kevin McCormick & Diana Lee
600 W Chicago Ave Ste 620
Chicago, IL 60654

RE:   Monica Marie Patterson
File #:   570611

Dear Kevin McCormick & Diana Lee :

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Monica Marie Patterson regarding your business. A
copy of your response was provided to Monica Marie Patterson. This concludes our informal
complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**570611**

1-206-464-6684 for out-of-state callers

**570611**

# Catalyst Report

## Complaint Description

**Description**

I bought 2 tickets for multiple shows back in January. I still have not received my tickets. I tried calling and each time they say they are their way. The last time I asked for a refund as the first show is now in 3 days. No ticket. When I asked about refunding they said they could only give a refund if cancelled and they had no knowledge of the show being cancelled. However, it says it's cancelled on their website. I am tired of the runaround. It's been almost 5 months now and no tickets. I paid a lot of money immediately for a service they have not provided.

# Catalyst
# Complaint Cover Page

### 570676

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **570676** | | **Status** | **Closed** |
| Date | 5/20/2020 | | **Assignee** | **Nash, Connor Michael** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $1,129.20 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $1,129.20 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Haley  Landsiedel** <br> **2682 SE Old Olympic Hwy** <br> **Shelton, WA  98584** | **(360) 915-3328** | | **Haleylynn1307@yahoo.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** <br> **1000 Corporate Landing** <br> **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 203 | Internet & Mobile device based transaction |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/20/2020 | Intake Notes | Added COVID practice code to complaint. <br><br> Address not provided for R. Only associated R-all. |
| 5/20/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: Haleylynn1307@yahoo.com |

**570676**                                    1 of 2

JR - 03048
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/20/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 5/29/2020 | Email to Respondent | R-COVID-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 6/3/2020 | Email from Respondent | |
| 6/3/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: Haleylynn1307@yahoo.com |
| 6/3/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 6/3/2020 | Resolution-CLOSED ADJUSTED | |

**570676**                    2 of 2

ConNas.100        5/20/2020

C-COVID-PriceGouge-1stLetter-ICR To:  Haleylynn1307@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 20, 2020

Haley Landsiedel
2682 SE Old Olympic Hwy
Shelton, WA 98584

RE:  TicketMaster
File #:  570676

Dear Haley Landsiedel:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**570676**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570676**

ConNas.100        5/20/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 20, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Haley Landsiedel
File #:   570676

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Haley Landsiedel regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the
date of this letter so that we may determine how to proceed in this matter. Our preference is to
receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your
response to the consumer. Please reference the file number 570676 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**570676**

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure




COMPLAINT SUMMARY
Consumer Information

Name:
Haley Landsiedel

Address:
2682 SE Old Olympic Hwy
Shelton, WA 98584

Day Phone:
(360) 915-3328

Evening Phone:

E-mail Address:
Haleylynn1307@yahoo.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**570676**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
1129.20
Transaction Date:
1/29/2020


Explain your complaint in detail:
I bought 2 tickets for multiple shows back in January. I still have not received my tickets. I tried calling and each time they say they are their way. The last time I asked for a refund as the first show is now in 3 days. No ticket. When I asked about refunding they said they could only give a refund if cancelled and they had no knowledge of the show being cancelled. However, it says it's cancelled on their website. I am tired of the runaround. It's been almost 5 months now and no tickets. I paid a lot of money immediately for a service they have not provided.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational

**570676**

purposes.
Signature Haley Landsiedel    Date   5/19/2020
Received via the Internet
City and State where signed Shelton, Wa

**570676**

ConNas.100          5/29/2020

R-COVID-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 29, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Haley Landsiedel
File #:  570676

Dear Consumer Support:

This letter is a courtesy reminder of our request for your written response to complaint # 570676 filed by Haley Landsiedel regarding your business. We ask that you respond to this complaint in writing within five business days from the date of this letter so that we may determine how to proceed in this matter. Our practice is to send a courtesy reminder to provide you with another opportunity to respond to the issues presented in the complaint regarding your business.

Please include the file # 570676 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please reference the complaint number given above on any complaint correspondence.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

**570676**

COMPLAINT SUMMARY
Consumer Information

Name:
Haley Landsiedel

Address:
2682 SE Old Olympic Hwy
Shelton, WA 98584

Day Phone:
(360) 915-3328

Evening Phone:

E-mail Address:
Haleylynn1307@yahoo.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com

**570676**

Names and contact information of any other businesses involved in your complaint:

About Your Complaint

Amount in Dispute:
1129.20
Transaction Date:
1/29/2020

Explain your complaint in detail:
I bought 2 tickets for multiple shows back in January. I still have not received my tickets. I tried calling and each time they say they are their way. The last time I asked for a refund as the first show is now in 3 days. No ticket. When I asked about refunding they said they could only give a refund if cancelled and they had no knowledge of the show being cancelled. However, it says it's cancelled on their website. I am tired of the runaround. It's been almost 5 months now and no tickets. I paid a lot of money immediately for a service they have not provided.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Haley Landsiedel   Date   5/19/2020
Received via the Internet
City and State where signed Shelton, Wa

**570676**

ConNas.100        6/3/2020

From: Ian Putnam <ian.putnam@ticketmaster.com>
Sent: Saturday, May 30, 2020 11:47 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 570676 : A notice from the Washington State Attorney General's Office

Hi,
We apologize for any delay in our response. Since this complaint has been filed, the event in question has been canceled. Refunds will be issued automatically to all ticketholders. If there are any questions or concerns, please feel free to reach back out to us.

Ian Putnam
Social Media Specialist
Ticketmaster
Ian.Putnam@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**570676**

JR - 03059
PRR-2025-0179

ConNas.100      6/3/2020

C-ClosingAdjustedEnclosureIncluded To:  Haleylynn1307@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 3, 2020

Haley Landsiedel
2682 SE Old Olympic Hwy
Shelton, WA 98584

RE:  TicketMaster
File #:  570676

Dear Haley Landsiedel:

We received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office. Your complaint has been closed as this response completes our informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**570676**

From: Ian Putnam <ian.putnam@ticketmaster.com>
Sent: Saturday, May 30, 2020 11:47 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 570676 : A notice from the Washington State Attorney General's Office

Hi,
We apologize for any delay in our response. Since this complaint has been filed, the event in question has been canceled. Refunds will be issued automatically to all ticketholders. If there are any questions or concerns, please feel free to reach back out to us.

Ian Putnam
Social Media Specialist
Ticketmaster
Ian.Putnam@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**570676**

JR - 03061
PRR-2025-0179

ConNas.100        6/3/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 3, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Haley Landsiedel
File #:   570676

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Haley Landsiedel regarding your business. A copy of your response was provided to Haley Landsiedel. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**570676**

1-206-464-6684 for out-of-state callers

**570676**

# Catalyst Report

## Complaint Description

**Description**

Purchased concert tickets on March 3, 2020 for a concert being held on July 7, 2020.  Concert event has been cancelled. Groupon extraordinary event policy states a full refund for cancelled events.
https://www.groupon.com/legal/extraordinaryeventpolicy
I was given "Groupon bucks" instead of my original refund. I have contacted Groupon by email, their chat system, and social media to get the same response I have included below.  Phone calls do not allow contact of a real person.  I am sure that I am not the only one this is happening to especially in these trying times.  This may be occuring all over the country.  Groupon is refusing to change their course and this may need some higher recourse.  I would appreciate some advice if your approach is not working.  Thank you.

# Catalyst
# Complaint Cover Page

### 570930

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **570930** | **Status** | **Closed** |
| Date | 5/21/2020 | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $64.00 |
| NAICS | 454100-Electronic Shopping & Mail Order Houses | Amount Disputed | $64.00 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Edmond  Flores**<br>**6734 Blade St SE**<br>**Lacey, WA  98513** | **(210) 882-8777** | | **edmond.g.flores@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Groupon**<br>**600 W Chicago Ave Ste 620**<br>**Chicago, IL  60654** | **Kevin McCormick /**<br>**Jennifer Gonzalez** | **(877) 788-7858** | | **kmccormick@groupon.com;**<br>**jengonzalez@groupon.com** |
| TicketMaster<br>1000 Corporate Landing<br>Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 996 | COVID-19 |

## Activities

JR - 03065
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/21/2020 | Intake Notes | Added COVID practice code to complaint. |
|  |  | C listed TicketMaster in the Co-R field. Added R-all as Co-R. |
| 6/3/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: edmond.g.flores@gmail.com |
| 6/3/2020 | Email to Respondent | R-COVID-1stLetter To: kmccormick@groupon.com; dilee@groupon.com |
| 6/3/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 6/10/2020 | Email from Respondent | Response from Groupon |
| 6/10/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: edmond.g.flores@gmail.com |
| 6/10/2020 | Email to Respondent | R-ClosingW-Response To: kmccormick@groupon.com; dilee@groupon.com |
| 6/10/2020 | Resolution-CLOSED ADJUSTED |  |

**570930**                    2 of 2



---

## An Important Message Regarding Your Groupon to See The Black Keys – Let's Rock Tour

1 message

---

**Groupon** <notify@r.groupon.com>                                              Wed, May 20, 2020 at 9:14 AM
To: eflores2@gwmail.gwu.edu

---

# GROUPON®

# Hi Edmond,
# IMPORTANT NOTICE

Thanks for checking out the Groupon to see The Black Keys – Let's Rock Tour.

We have some bad news: The Black Keys – Let's Rock Tour has been canceled. We're disappointed too, and we wanted to make sure you got your money back as soon as possible.

Shortly, we'll issue you a refund in the form of Groupon Bucks which will be available for use immediately.

Please don't hesitate to contact us at www.groupon.com/help if there's anything else we can do.

Regards,

Groupon Customer Support

You are receiving this email because eflores2@gwmail.gwu.edu is signed up to receive Groupon communications.
To adjust how often you receive Groupon emails, including managing your subscriptions, click here

JR - 03067
PRR-2025-0179

Delivered by Groupon Inc. 600 W. Chicago Avenue, Suite 400 Chicago, IL, 60654, USA

Need help? Have feedback? Feel free to contact us.



## Your Recent Chat with Groupon (#88477945)

1 message

**Groupon Customer Support** <support@groupon.com>                    Wed, May 20, 2020 at 11:38 AM
Reply-to: Groupon Customer Support <support@groupon.com>
To: Edmond Flores <eflores2@gmwail.gwu.edu>

⇑ Write Your Reply Above ⇑

# GROUPON

## Chat Name: Edmond Flores, Chat Ticket ID : 882142126928202549

Hi there,

Thanks for chatting with me. Below, you can see a complete transcript of the conversation for your records. If there's anything else I can help you with, just reply to this email and it'll go straight to the top of my pile.

Kind regards,

Tincy J.

----

**Edmond Flores**

May 21, 2020, 12:08:52 AM GMT+5:30

Edmond Flores: Issue: Canceled Orders and Events
Country Code: US

Refund for Event that was cancelled. I was not expecting "Groupon bucks" I wanted a full refund.
Tincy J: Hi Edmond, thank you for contacting Groupon Customer Support.

Tincy J: Can you tell me what the deal is called on our site, or provide an order number?

Tincy J: Is this the deal The Black Keys - Let's Rock Tour at White River Amphitheatre on July 7, 2020 at The Black Keys – Let's Rock Tour with Gary Clark Jr.

you are referring too?

Edmond Flores: It was a refund for a concert The Black Keys – Let's Rock Tour

Edmond Flores: number is 1000-124617-729752

Tincy J: While we understand that many merchants have temporarily closed, we want to show them that our customers will be there when they reopen. This is why we're encouraging our customers to hold on to their vouchers where expiration dates allow, and issuing Groupon Bucks in the event of refunds outside the cancellation window.

Edmond Flores: I don't need Groupon bucks. I need money to put food on my table. Your merchants can wait.

Tincy J: I understand this isn't your preferred resolution. At this point we've provided all of the options available, and I won't be able to issue a refund to your original form of payment.

Tincy J: Is there anything else I can help you with today?

Edmond Flores: How can I reach a resolution of a refund to my original payment?

Tincy J: Unfortunately, under our policy your purchase is no longer eligible for a refund to your original form of payment.

Tincy J: We know that these times are difficult for everyone and appreciate your understanding.

Edmond Flores: I will be opening a transaction dispute with my bank and PayPal. Under your policy's it states the entity that sold the ticket has total control of this. Ticketmaster is issuing refunds of the original payment.

Tincy J: If you want to officially file the dispute with your financial institution, then we have to let that process run its course. You should contact your financial institution and work with them directly to discuss a resolution.

Tincy J: I understand this isn't your preferred resolution. At this point we've provided all of the options available, and I won't be able to issue a refund to your original form of payment.

Need help? Click here



Modify your subscription preferences here.
Groupon Customer Support. 600 W. Chicago Avenue. Suite 400. Chicago IL, 60654, USA.

This email is a service from Groupon.



**Your Refund Has Been Processed**

1 message

**Groupon** <orders@r.groupon.com>                                    Wed, May 20, 2020 at 8:56 AM
Reply-to: support-autoreply@groupon.com
To: eflores2@gwmail.gwu.edu

# GROUPON®

# Hi Edmond,
# Your Refund Has Been Processed and Bucks Have Been Applied to Your Account

Your refunded order number is 1000-124617-729752 (placed on March 3, 2020)

## Order Details    **View Order Status**

| Description | Price |
| --- | --- |
|  Tue, Jul 07, 2020 at 07:00 PM, General Admission Lawn - 1 ticket to The Black Keys - Let's Rock Tour at White River Amphitheatre | $20.00 |
| Subtotal: | $20.00 |
| Bucks Refunded: | -$64.00 |
| Total Amount Refunded: | $64.00 |

JR - 03072
PRR-2025-0179

## Payment Details

Refund credited to:

Your Groupon account

Please note that all sales are final for this event.

Your order is governed by Groupon's Terms of Use and Privacy Statement. For more information about refunds, click here.

Need help? Have feedback? Feel free to contact us.

Delivered by Groupon Inc. 600 W. Chicago Avenue, Suite 400 Chicago, IL, 60654, USA

This email confirmation was sent to eflores2@gwmail.gwu.edu because you recently made a Groupon purchase.

6:26    94%

← **Groupon Help U.S.** ✓
@GrouponHelpUS ⓘ



G **Groupon Help U.S.** ✓ ... · 17h
Replying to @finished1003
This is not the experience that we want your to have.  Please send us a private message to let us know the email address that you use with your Groupon acc...

The email attached to my Groupon is ~~_____@_____.___edu~~. It is unfortunate that I would have to go through this great length to get your attention but when your chat line offers no resolution and disconnects after a few unhelpful responses what else are we to do.  Your phone lines are closed and offers no choices to help.

Yesterday, 1:28 PM ✓

Thanks for reaching out! If you haven't already, please send us the email address that you use on Groupon and our agents will reply

  Start a message 

  

6:36    

 **Groupon Help U.S.** ✔
@GrouponHelpUS 

 Hi there! We've received your message and someone from our Social Care team will respond to you as soon as they can. Thank you for your patience!

6:15 AM

 We are sorry for the difficulty, but at this time we're only able to offer Groupon Bucks.

6:16 AM

This is not acceptable. You are deliberately going against your own policy. You are defrauding your customer base during a time where customers can not spare any undue expenses. Your company is purposely not giving refunds during a pandemic.

6:22 AM ✔

  Start a message 

  

AndWu.100    6/3/2020

C-COVID-PriceGouge-1stLetter-ICR To:  edmond.g.flores@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 3, 2020

Edmond Flores
6734 Blade St SE
Lacey, WA 98513

RE:  Groupon and TicketMaster
File #:  570930

Dear Edmond Flores:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding Groupon and TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**570930**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570930**

AndWu.100    6/3/2020

R-COVID-1stLetter To:  kmccormick@groupon.com; dilee@groupon.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 3, 2020

Groupon
Attention: Kevin McCormick & Diana Lee
600 W Chicago Ave Ste 620
Chicago, IL 60654

RE:   Edmond Flores
File #:   570930

Dear Kevin McCormick & Diana Lee :

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Edmond Flores regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 570930 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**570930**

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Edmond Flores

Address:
6734 Blade St SE
Lacey, WA 98513

Day Phone:
(210) 882-8777

Evening Phone:

E-mail Address:
edmond.g.flores@gmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**570930**

Name of business that I am complaining about:
Groupon

Address:
600 W Chicago Ave Ste 620
Chicago, IL 60654

Phone:
(877) 788-7858

Email:
kmccormick@groupon.com; dilee@groupon.com
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

About Your Complaint

Amount in Dispute:
64.00
Transaction Date:
3/3/2020

Explain your complaint in detail:
Purchased concert tickets on March 3, 2020 for a concert being held on July 7, 2020. Concert event has been cancelled. Groupon extraordinary event policy states a full refund for cancelled events.
https://www.groupon.com/legal/extraordinaryeventpolicy
I was given "Groupon bucks" instead of my original refund. I have contacted Groupon by email, their chat system, and social media to get the same response I have included below. Phone calls do not allow contact of a real person. I am sure that I am not the only one this is happening to especially in these trying times. This may be occuring all over the country. Groupon is refusing to change their course and this may need some higher recourse. I would appreciate some advice if your approach is not working. Thank you.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

**570930**

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Edmond Flores    Date   05/21/2020
Received via the Internet
City and State where signed Lacey, WA

**570930**

AndWu.100          6/3/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 3, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Edmond Flores
File #:   570930

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Edmond Flores regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 570930 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**570930**

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Edmond Flores

Address:
6734 Blade St SE
Lacey, WA 98513

Day Phone:
(210) 882-8777

Evening Phone:

E-mail Address:
edmond.g.flores@gmail.com

Age Group (optional):
Not Specified

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**570930**

Name of business that I am complaining about:
Groupon

Address:
600 W Chicago Ave Ste 620
Chicago, IL 60654

Phone:
(877) 788-7858

Email:
kmccormick@groupon.com; dilee@groupon.com
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

About Your Complaint

Amount in Dispute:
64.00
Transaction Date:
3/3/2020

Explain your complaint in detail:
Purchased concert tickets on March 3, 2020 for a concert being held on July 7, 2020. Concert event has been cancelled. Groupon extraordinary event policy states a full refund for cancelled events.
https://www.groupon.com/legal/extraordinaryeventpolicy
I was given "Groupon bucks" instead of my original refund. I have contacted Groupon by email, their chat system, and social media to get the same response I have included below. Phone calls do not allow contact of a real person. I am sure that I am not the only one this is happening to especially in these trying times. This may be occuring all over the country. Groupon is refusing to change their course and this may need some higher recourse. I would appreciate some advice if your approach is not working. Thank you.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against

**570930**

which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Edmond Flores    Date   05/21/2020

Received via the Internet

City and State where signed Lacey, WA

**570930**

JR - 03085
PRR-2025-0179

AndWu.100       6/10/2020

From: Jennifer Gonzalez <jengonzalez@groupon.com>
Sent: Tuesday, June 9, 2020 5:23 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Kevin McCormick <kmccormick@groupon.com>
Subject: Edmond Flores File No. 570930

Re: Edmond Flores File No. 570930


Dear Mr. Wu,

Thank you for reaching out to Groupon regarding this Groupon Live purchase.  We are happy to assist and provide explanations and insight to aid you in your inquiry.

Mr. Flores purchased tickets to a Live event.  Groupon serves in this capacity to use our platform to connect customers with merchants.  As such, when a customer wants to cancel an order, in fairness to both parties, Groupon must reach out to the Merchant for input.  Live events are generally non-refundable and we have had to work with Merchants individually to determine the path forward.

With the onset of COVID, there were many unknowns initially such as would concerts scheduled during the summer and fall be able to move forward, and rescheduling events were further complicated with performers' and venue availability.  We have offered credits, we have had to ask customers to wait while Groupon got further direction from merchants, and we have refunded where possible, at times even at Groupon's expense.

As many states are beginning to re-open, these Live events have either been postponed waiting for a firm future date that the venue is available as well as the performer is available, some events have already been rescheduled and unfortunately some events have been cancelled.

We refunded Mr. Flores' purchase to his credit card  prior to receiving your inquiry. Groupon understands Mr. Flores' frustration and we all look forward to finding our new normal amongst some very trying times.  If you have any further inquiries, please feel free to reach out to myself and Kevin McCormick (cc'd here).  We are happy to help provide any insight or additional information to aid your inquiry.


Sincerely,

Jennifer Gonzalez
Head of Escalated Merchant Investigations and Processes | GROUPON
jengonzalez@groupon.com


**570930**

AndWu.100     6/10/2020

C-ClosingAdjustedEnclosureIncluded To:  edmond.g.flores@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 10, 2020

Edmond Flores
6734 Blade St SE
Lacey, WA 98513

RE:  Groupon
File #:  570930

Dear Edmond Flores:

We received the enclosed response from Groupon regarding the consumer complaint you filed with our office. Your complaint has been closed as this response completes our informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**570930**

From: Jennifer Gonzalez <jengonzalez@groupon.com>
Sent: Tuesday, June 9, 2020 5:23 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Kevin McCormick <kmccormick@groupon.com>
Subject: Edmond Flores File No. 570930

Re: Edmond Flores File No. 570930


Dear Mr. Wu,

Thank you for reaching out to Groupon regarding this Groupon Live purchase.  We are happy to assist and provide explanations and insight to aid you in your inquiry.

Mr. Flores purchased tickets to a Live event.  Groupon serves in this capacity to use our platform to connect customers with merchants.  As such, when a customer wants to cancel an order, in fairness to both parties, Groupon must reach out to the Merchant for input.  Live events are generally non-refundable and we have had to work with Merchants individually to determine the path forward.

With the onset of COVID, there were many unknowns initially such as would concerts scheduled during the summer and fall be able to move forward, and rescheduling events were further complicated with performers' and venue availability.  We have offered credits, we have had to ask customers to wait while Groupon got further direction from merchants, and we have refunded where possible, at times even at Groupon's expense.

As many states are beginning to re-open, these Live events have either been postponed waiting for a firm future date that the venue is available as well as the performer is available, some events have already been rescheduled and unfortunately some events have been cancelled.

We refunded Mr. Flores' purchase to his credit card  prior to receiving your inquiry. Groupon understands Mr. Flores' frustration and we all look forward to finding our new normal amongst some very trying times.  If you have any further inquiries, please feel free to reach out to myself and Kevin McCormick (cc'd here).  We are happy to help provide any insight or additional information to aid your inquiry.

Sincerely,

Jennifer Gonzalez
Head of Escalated Merchant Investigations and Processes | GROUPON
jengonzalez@groupon.com


**570930**

AndWu.100      6/10/2020

R-ClosingW-Response To:  kmccormick@groupon.com; dilee@groupon.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 10, 2020


Groupon
Attention: Kevin McCormick & Diana Lee
600 W Chicago Ave Ste 620
Chicago, IL 60654


RE:  Edmond Flores
File #:  570930

Dear Kevin McCormick & Diana Lee :

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Edmond Flores regarding your business. A copy of your response was provided to Edmond Flores. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**570930**

1-206-464-6684 for out-of-state callers

**570930**

# Catalyst Report

## Complaint Description

**Description**

Order # 60-36372/NEV
I ordered tickets to La Reve in Las Vegas at the Wynn Casino in Las Vegas amounting to 217.13 these tickets were cancelled in late March due to the pandemic. The event date would have been April 18, 2020. Ticketmaster stated they would provide a refund in 30 days. Since the 30 days passed ticketmaster removed the customer service digital chat option, and they do not provide a customer service email nor a mailing address on their website anywhere, and I have yet to receive my refund, and now I can no longer ask about the status. The even was not postponed or rescheduled so even in accordance with ticketmaster's updated policies I am entitled to a refund. (Additionally, their new policy can't possibly be retroactive legally even though they stated they are, simply not how contracts work)

# Catalyst
# Complaint Cover Page

### 570116

## Complaint

| Number | 570116 | | Status | Closed |
|---|---|---|---|---|
| Date | 5/15/2020 | | **Assignee** | **Groff, Stephen W** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $217.13 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $217.13 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Drew Michael Davis**<br>**19706 86th Pl W**<br>**Edmonds, WA  98026** | **(360) 528-0489** | | **davisdsu@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/19/2020 | Reviewed | Complaint apparently not against Wynn Casino. |
| 5/19/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: davisdsu@gmail.com |
| 5/19/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |

JR - 03092
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/21/2020 | Email from Complainant | |
| 5/21/2020 | Email to Complainant | C-ClosingAdjustedComplainantNotifiedUs To: davisdsu@gmail.com |
| 5/21/2020 | Resolution-CLOSED ADJUSTED | |

**570116**                          2 of 2

SteGro.100        5/19/2020

C-COVID-PriceGouge-1stLetter-ICR  To:  davisdsu@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 19, 2020

Drew Michael Davis
21306 48th Ave W Unit C3
Mountlake Terrace, WA 98043

RE:  TicketMaster
File #:  570116

Dear Drew Michael Davis:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**570116**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**570116**

SteGro.100        5/19/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 19, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Drew Michael Davis
File #:   570116

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Drew Michael Davis regarding your business. Our office provides an
informal complaint resolution process to consumers and businesses to assist them in resolving
disputes. Many businesses find this informal, voluntary process beneficial in resolving
complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the
date of this letter so that we may determine how to proceed in this matter. Our preference is to
receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your
response to the consumer. Please reference the file number 570116 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**570116**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Drew Michael Davis

Address:
21306 48th Ave W Unit C3
Mountlake Terrace, WA 98043

Day Phone:
(360) 528-0489

Evening Phone:

E-mail Address:
davisdsu@gmail.com

Age Group (optional):
30-39

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**570116**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
217.13
Transaction Date:
03/05/2020

Explain your complaint in detail:
Order # 60-36372/NEV
I ordered tickets to La Reve in Las Vegas at the Wynn Casino in Las Vegas amounting to 217.13 these tickets were cancelled in late March due to the pandemic. The event date would have been April 18, 2020. Ticketmaster stated they would provide a refund in 30 days. Since the 30 days passed ticketmaster removed the customer service digital chat option, and they do not provide a customer service email nor a mailing address on their website anywhere, and I have yet to receive my refund, and now I can no longer ask about the status. The even was not postponed or rescheduled so even in accordance with ticketmaster's updated policies I am entitled to a refund. (Additionally, their new policy can't possibly be retroactive legally even though they stated they are, simply not how contracts work)
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide

**570116**

information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Drew Davis    Date   5/15/2020

Received via the Internet

City and State where signed Mountlake Terrace, WA

**570116**

SteGro.100     5/21/2020

From: Drew Davis <davisdsu@gmail.com>
Sent: Thursday, May 21, 2020 11:01 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 570116 : A notice from the Washington State Attorney General's Office

They miraculously refunded me right after this complaint was filed.

**570116**

SteGro.100        5/21/2020

C-ClosingAdjustedComplainantNotifiedUs To:  davisdsu@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 21, 2020

Drew Michael Davis
21306 48th Ave W Unit C3
Mountlake Terrace, WA 98043

RE:  TicketMaster
File #:  570116

Dear Drew Michael Davis:

Thank you for informing our office that you and TicketMaster have resolved the issue presented in your consumer complaint. Your complaint is now closed. Consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570116**

# Catalyst Report

## Complaint Description

**Description**

Ticketmaster "postponed" a concert by the band Tool at the Tacoma Dome On April 3, and, 5 weeks later is not offering refunds nor a new date. I've regularly checked their website where no updates about this event have been offered. I called today and they couldn't answer either when the show would be scheduled or when they would offer refunds. They are, effectively, holding my money hostage and i have exhausted my options. I'm hoping that there may be enough Washington State residents in my position that the AG will consider reviewing my complaint. Thank you in advance.

# Catalyst
# Complaint Cover Page

### 570124

## Complaint

| | | | |
|---|---|---|---|
| **Number** | **570124** | **Status** | **Closed** |
| Date | 5/15/2020 | **Assignee** | **Nash, Connor Michael** |
| Location | Seattle - Consumer Protection Division | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $418.72 |
| | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Salzmann Jerome D'Arcy**<br>**3058 128th Ave SE Unit 38**<br>**Bellevue, WA  98005** | **(512) 422-4187** | | **darcysalzmann@hotmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 318 | Charge:Service Not Performed/Product not delivered |
| 996 | COVID-19 |

## Activities

570124                                        1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/15/2020 | Intake Notes | Added COVID practice code to complaint. |
| | | C listed Live Nation and an individual in the Co-R field. Only added Live Nation as Co-R. |
| | | Per narrative, C listed Tacoma Dome. Did not add separately. |
| 5/17/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: darcysalzmann@hotmail.com |
| 5/17/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 5/17/2020 | Email to Respondent | R-COVID-1stLetter To: DannyWilde@LiveNation.com |
| 5/18/2020 | Email from Respondent | |
| 5/18/2020 | Reviewed | Per live nation email. removed from file |
| 5/18/2020 | Email to Respondent | R-ClosingW-Response To: DannyWilde@LiveNation.com |
| 5/26/2020 | Email from Respondent | 570124B |
| 5/26/2020 | Email to Complainant | C-ClosingUnadjustedW-Response To: darcysalzmann@hotmail.com |
| 5/26/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 5/26/2020 | Resolution-UNADJUSTED | |

**570124**                    2 of 2

JR - 03104
PRR-2025-0179


# My Receipt

**Print Receipt**

## Tool
TBA - Tacoma Dome - Tacoma, WA

---

### Standard Ticket

Sec 116, Row N, Seat 13-16 | USD $89.50 x 4

---

### Fees

USD $4.20 (Order Processing Fee)
USD $13.45 (Service Fee) x 4
USD $0.68 (Tax) x 4

---

### Ticket Delivery

eTickets | Free

---

USD $418.72

Via Email

5/22/2020

RE: 570124

Hello,
We are in receipt of a recent complaint filed to your office by Salzmann Jerome D'Arcy. We appreciate this opportunity to address this complaint.

Salzmann purchased tickets to Tool at the Moda Center which has since been postponed. At this time the event organizers are not offering refunds. When an event is postponed, a new date has not yet been set. We are working closely with event organizers to set new dates and work out the eligibility of refunds. We advise all ticket holders to hang on to their tickets as when a new date is announced, their tickets will be honored. Given the ever changing nature of this situation, we recommend all ticket holders keep an eye on their Ticketmaster account for up to date details regarding refund eligibility and new dates, as this may change any day. More details can be located here: https://blog.ticketmaster.com/refund-credit-canceled-postponed-rescheduled-events/

Again, we appreciate this opportunity. If there are any questions or concerns, please do not hesitate to reach out to us.

Sincerely,
Ian Putnam
Ticketmaster Consumer Escalations

ConNas.100     5/17/2020

C-COVID-PriceGouge-1stLetter-ICR To:  darcysalzmann@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 17, 2020


Salzmann Jerome D'Arcy
3058 128th Ave SE Unit 38
Bellevue, WA 98005


RE:  TicketMaster and Live Nation
File #:  570124

Dear Salzmann Jerome D'Arcy:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster and Live Nation was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**570124**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**570124**

ConNas.100      5/17/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 17, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Salzmann Jerome D'Arcy
File #:   570124

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Salzmann Jerome D'Arcy regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 570124 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**570124**

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure/570124A

COMPLAINT SUMMARY
Consumer Information

Name:
Salzmann Jerome D'Arcy

Address:
3058 128th Ave SE Unit 38
Bellevue, WA 98005

Day Phone:
(512) 422-4187

Evening Phone:

E-mail Address:
darcysalzmann@hotmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**570124**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

About Your Complaint

Amount in Dispute:
418.72
Transaction Date:
2/28/2020

Explain your complaint in detail:
Ticketmaster "postponed" a concert by the band Tool at the Tacoma Dome On April 3, and, 5 weeks later is not offering refunds nor a new date. I've regularly checked their website where no updates about this event have been offered. I called today and they couldn't answer either when the show would be scheduled or when they would offer refunds. They are, effectively, holding my money hostage and i have exhausted my options. I'm hoping that there may be enough Washington State residents in my position that the AG will consider reviewing my complaint. Thank you in advance.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By

**570124**

selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature D'Arcy Salzmann    Date   5/15/2020

Received via the Internet

City and State where signed Bellevue, WA

**570124**

ConNas.100      5/17/2020

R-COVID-1stLetter To:  DannyWilde@LiveNation.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 17, 2020


Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210


RE:   Salzmann Jerome D'Arcy
File #:   570124

Dear Live Nation:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Salzmann Jerome D'Arcy regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 570124 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

**570124**

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure/570124A

COMPLAINT SUMMARY
Consumer Information

Name:
Salzmann Jerome D'Arcy

Address:
3058 128th Ave SE Unit 38
Bellevue, WA 98005

Day Phone:
(512) 422-4187

Evening Phone:

E-mail Address:
darcysalzmann@hotmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:

**570124**

TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

About Your Complaint

Amount in Dispute:
418.72
Transaction Date:
2/28/2020

Explain your complaint in detail:
Ticketmaster "postponed" a concert by the band Tool at the Tacoma Dome On April 3, and, 5
weeks later is not offering refunds nor a new date. I've regularly checked their website where no
updates about this event have been offered. I called today and they couldn't answer either when
the show would be scheduled or when they would offer refunds. They are, effectively, holding
my money hostage and i have exhausted my options. I'm hoping that there may be enough
Washington State residents in my position that the AG will consider reviewing my complaint.
Thank you in advance.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party

**570124**

JR - 03115
PRR-2025-0179

(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature D'Arcy Salzmann    Date   5/15/2020

Received via the Internet

City and State where signed Bellevue, WA

**570124**

JR - 03116
PRR-2025-0179

ConNas.100      5/18/2020

From: Danny Wilde <DannyWilde@LiveNation.com>
Sent: Sunday, May 17, 2020 2:56 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: RE: 570124 : A notice from the Washington State Attorney General's Office

HI

Not sure why you have sent this to me, I have nothing to do with the Tacoma Dome, nor do I
work for Ticketmaster.

The only items that should come my way are those related to either The Gorge or White River
Amphitheatre. Recommend you send to Tacoma Dome management, City of Tacoma.

Kindest Regards

Danny

**570124**

ConNas.100     5/18/2020

R-ClosingW-Response To:  DannyWilde@LiveNation.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 18, 2020

Live Nation
9348 Civic Ctr Dr
Beverly Hills, CA 90210

RE:   Salzmann Jerome D'Arcy
File #:   570124

Dear Live Nation:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Salzmann Jerome D'Arcy regarding your business.
Livenation has been removed form the complaint.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570124**

**570124**

JR - 03119
PRR-2025-0179

ConNas.100        5/26/2020

From: consumer_support@ticketmaster.com <consumer_support@ticketmaster.com>
Sent: Friday, May 22, 2020 8:30 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 570124

Hi,
Please see our attached response.

Thanks!
Ian
Ticketmaster Consumer Escalations

**570124**

ConNas.100     5/26/2020

C-ClosingUnadjustedW-Response To:  darcysalzmann@hotmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 26, 2020

Salzmann Jerome D'Arcy
3058 128th Ave SE Unit 38
Bellevue, WA 98005

RE:  TicketMaster
File #:  570124

Dear Salzmann Jerome D'Arcy:

Our office received the enclosed response to your complaint from TicketMaster. This concludes our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center cannot compel either party to participate in, or make any adjustments as a result of, our informal complaint resolution process. This is a voluntary service and our office serves as a neutral third party. We regret that we are unable to provide further assistance to you in resolving this complaint. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county if it is appropriate for your complaint.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**570124**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to
see if they can assist in mediating your dispute. You can obtain additional information about the
Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ -
fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute
Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of
our public record of this business's practices. Please note that consumer complaints, including
responses, are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please
include the complaint number given above on any complaint correspondence.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure/570124B

**570124**

ConNas.100        5/26/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 26, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Salzmann Jerome D'Arcy
File #:   570124

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Salzmann Jerome D'Arcy regarding your business.
A copy of your response was provided to Salzmann Jerome D'Arcy. This concludes our
informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**570124**

1-206-464-6684 for out-of-state callers

**570124**

JR - 03124
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

The concert I bought tickets for (Hellamega tour with Green Day, Fall Out Boy, and Weezer) was indefinitely postponed and Ticketmaster is refusing to provide refunds.

# Catalyst
# Complaint Cover Page

### 570158

## Complaint

| Number | 570158 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 5/15/2020 | | **Assignee** | **Nash, Connor Michael** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $208.40 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Amy  Nusbaum**<br>**1575 NW Leland St Apt 2**<br>**Pullman, WA  99163** | **(360) 703-1046** | | **atn1521@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|
| | | | | |

## Practice(s)

| Code | Practice |
|------|----------|
| 022 | Failure To Adjust/Refund |
| 203 | Internet & Mobile device based transaction |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 5/15/2020 | Intake Notes | Added COVID practice code to complaint.<br><br>C provided own contact info for R. Only associated R-all. |

**570158**                                        1 of 2

JR - 03126
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/17/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: atn1521@gmail.com |
| 5/17/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 5/19/2020 | Email from Respondent | 570158B |
| 5/19/2020 | Email to Complainant | C-ClosingUnadjustedW-Response To: atn1521@gmail.com |
| 5/19/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 5/19/2020 | Resolution-UNADJUSTED | |

**570158**                          2 of 2

2:01 

  77% 

← 🗑 ✉ ⋮

 **Ticketmaster F...** 12:10 PM ↩ ⋮

to me ⌄



# ticketmaster

# Your Event Has Been Postponed

## This is just a heads up — your tickets are still valid.

Hi Amy,

**The event organizer still plans to hold this event, and we're currently working with them to establish a new date.**

JR - 03128
PRR-2025-0179

  ‹

Via Email

5/18/2020

Re: Complaint No. 570158

Hi,
We are in receipt of a recent complaint filed to your office by Ms. Amy Nusbaum. We appreciate the opportunity to address this.

Mr. Nusbaum has purchased tickets to an event that has since been postponed. We encourage ticketholders to keep their tickets as they will be honored at the new date when it is announced. We apologize for any inconvenience this may cause. Given the unprecedented circumstances, event organizers are constantly assessing the situation and making determinations regarding refunds. If your event is not currently enabled for refunds, you can always check your Ticketmaster Account  later, as this status may change. Just go to your order to see if a refund link appears, which would indicate that your order is eligible for a refund. More details can be found here: https://blog.ticketmaster.com/guidelines-canceled-postponed-events/

Again, we appreciate this opportunity to address this complaint. If there are any questions or concerns, feel free to reach back out to us.

Sincerely,
Ian Putnam
Ticketmaster Consumer Escalations

ConNas.100      5/17/2020

C-COVID-PriceGouge-1stLetter-ICR To:  atn1521@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 17, 2020

Amy Nusbaum
1575 NW Leland St Apt 2
Pullman, WA 99163

RE:  TicketMaster
File #:  570158

Dear Amy Nusbaum:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**570158**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570158**

ConNas.100      5/17/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 17, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Amy Nusbaum
File #:  570158

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Amy Nusbaum regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the
date of this letter so that we may determine how to proceed in this matter. Our preference is to
receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your
response to the consumer. Please reference the file number 570158 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**570158**

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure/570158A

COMPLAINT SUMMARY
Consumer Information

Name:
Amy Nusbaum

Address:
1575 NW Leland St Apt 2
Pullman, WA 99163

Day Phone:
(360) 703-1046

Evening Phone:

E-mail Address:
atn1521@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**570158**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
208.40
Transaction Date:
9/16/2019

Explain your complaint in detail:
The concert I bought tickets for (Hellamega tour with Green Day, Fall Out Boy, and Weezer)
was indefinitely postponed and Ticketmaster is refusing to provide refunds.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Amy Nusbaum   Date  5/15/20
Received via the Internet
City and State where signed Pullman, WA

**570158**

ConNas.100     5/19/2020

From: consumer_support@ticketmaster.com <consumer_support@ticketmaster.com>
Sent: Monday, May 18, 2020 4:13 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: 570158 : A notice from the Washington State Attorney General's Office

Hi,
Please see attached.

Ian
Ticketmaster Social Care

**570158**

ConNas.100        5/19/2020

C-ClosingUnadjustedW-Response To:  atn1521@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

May 19, 2020

Amy Nusbaum
1575 NW Leland St Apt 2
Pullman, WA 99163

RE:  TicketMaster
File #:  570158

Dear Amy Nusbaum:

Our office received the enclosed response to your complaint from TicketMaster. This concludes
our informal complaint resolution process.

We realize you may disagree with TicketMaster's position. The Consumer Resource Center
cannot compel either party to participate in, or make any adjustments as a result of, our informal
complaint resolution process. This is a voluntary service and our office serves as a neutral third
party. We regret that we are unable to provide further assistance to you in resolving this
complaint. Our office monitors consumer complaints for possible indications of patterns of
unfair or deceptive trade practices warranting further attention by our office.

Our office is prohibited from acting as an attorney for private individuals or as a judge or
arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to
contact a private attorney for legal advice or the small claims court in your county if it is
appropriate for your complaint.

General information about small claims court, including contact information, can be found by
visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ -
fa=newsinfo_jury.scc&altMenu=smal.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website https://www.wsba.org/connect-serve/other-
bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be

**570158**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

You may also wish to contact the Washington State Dispute Resolution Center nearest you to see if they can assist in mediating your dispute. You can obtain additional information about the Dispute Resolution Centers at these websites: http://www.courts.wa.gov/court_dir/ - fa=court_dir.dispute or http://www.resolutionwa.org/. Please be aware that the Dispute Resolution Centers do not provide attorney referrals or legal advice.

We appreciate your bringing this matter to our attention. Your complaint will remain a part of our public record of this business's practices. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure/570158B

**570158**

ConNas.100     5/19/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 19, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Amy Nusbaum
File #:   570158

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Amy Nusbaum regarding your business. A copy of
your response was provided to Amy Nusbaum. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

CONNOR M. NASH
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**570158**

1-206-464-6684 for out-of-state callers

**570158**

JR - 03139
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 570404

## Complaint

| | | | | |
|---|---|---|---|---|
| Number | 570404 | **Status** | **Closed** | **CONFIDENTIAL** |
| Date | 5/18/2020 | **Assignee** | **McAdams, Jim** | |
| Location | Vancouver - Consumer Protection Division | Actual Savings | $0.00 | |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | Amount Disputed | $0.00 | |
| | | Estimated Savings | $0.00 | |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Jim  Dicus**<br>**11427 Taku Ln SE**<br>**Yelm, WA  98597** | **(360) 790-4956** | | **ljdicus2010@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 318 | Charge:Service Not Performed/Product not delivered |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/18/2020 | Emailed/Faxed Complaint - New | |
| 5/18/2020 | Emailed/Faxed Complaint - New | |

**570404**                              1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/18/2020 | Intake Notes | confidential |
| | | used r-all |
| 5/20/2020 | Email to Complainant | C-ICRAuthorizationLetter To: Ljdicus2010@gmail.com |
| 6/2/2020 | Resolution-CLOSED INQUIRY/INFORMATION | C did not return ICR authorization. |

**570404**                    2 of 2

JR - 03141
PRR-2025-0179

ConNas.100        5/18/2020

-----Original Message-----
From: ATG MI CPR Contact AGO
Sent: Monday, May 18, 2020 11:59 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: FW: Contact AGO - Consumer Protection

-----Original Message-----
From: ATG WWW Email AGO temporary
Sent: Wednesday, May 13, 2020 10:05 AM
To: ATG MI CPR Contact AGO <CPRcontact@ATG.WA.GOV>
Subject: FW: Contact AGO - Consumer Protection

-----Original Message-----
From: LJDICUS2010@GMAIL.COM <LJDICUS2010@GMAIL.COM>
Sent: Wednesday, May 13, 2020 9:17 AM
To: ATG WWW Email AGO temporary <emailago2@ATG.WA.GOV>
Subject: Contact AGO - Consumer Protection

The following message has been submitted to staff at the Attorney General's Office.  While we make every effort to respond promptly, depending on the complexity of your request and the volume of messages received, it may take more time for our staff to respond.  We appreciate your patience. Please do not respond directly to this message as the ATG WWW Email AGO mailbox is unmonitored.  If you need to reach us again, please return to this form:
https://gcc02.safelinks.protection.outlook.com/ -url=https%3A%2F%2Ffortress.wa.gov%2Fatg%2Fformhandler%2Fago%2FFContactForm.aspx&amp;data=02%7C01%7Ccrc%40atg.wa.gov%7Cd3b976928f7643668c5208d7fb5d8f47%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C0%7C637254251560102805&amp;sdata=MvaC%2Fp0PVxFyuQSy9Br8cg0te7JVxPpUHmvpEiI6d5A%3D&amp;reserved=0

Dicus, Jim

Email Address: LJDICUS2010@GMAIL.COM

Address:
11427 TAKU LN SE
YELM WA 98597-7627

Address Type: Home

**570404**

Phone: 13607904956
Phone Type: Home

Subject: Consumer Protection

Message: Can you please help me. I have waited patiently for my refunds from ticket master
buy have run out of options. My situation aa follows:
1. Purchase tickets to the Mariners vs Red Sox game on 11 Apr 20. Clearly that game has been
canceled.  Ticketmaster is not processing my refund.
I contacted them by phone and waited my turn for 50 minutes and eventually hung up being
frustrated. Tried the chat twice and was told out of order. The next day I tried again and got
through with a chat. After 45 minutes they said couldn't find record of my purchase. Yet I have
bano statement and I'm looking right at the tickets. I then received a call that stated the same
thing and showed no record of my purchase and I have to need an order#. These tickets were
bought 13 Dec 20 and I no longer have the email. The person also stated I must have bought the
tickets elsewhere and hung up. I'm now holding two tickets from ticketmaster from a game
canceled 11 Apr 20. Event code ESF0411. Reference code on my bank statement is 3584. Costs
$186.83

In addition I bought tickets to the 3 June 20 game mariners vs yankees purchased 19 Dec 19.
Reference code 4652 on my bank statement. I suspect I'll go through the same problem again
trying to get that game refund of $278.61. Clearly that game is cancelled too as baseball is not
expected to play till July 20 with no fans.

I don't understand why ticketmaster is being so difficult and what not refunding  my money. I
have spent hours with then but can't get anywhere. Please help.

Thank you
Jim Dicus

Previous Contact: No
Date:

Regarding:


Declared By Name and Date:
Name: Jim Dicus
Date: 13 Dec 20

Submitted on: 5/13/2020 9:16:44 AM

Consumer protection issues constantly change, with new scams and threats emerging every
week.  To be automatically notified, please consider signing up for one or more of our
newsletters (https://gcc02.safelinks.protection.outlook.com/ -
url=http%3A%2F%2Feepurl.com%2Fbd6bM5&amp;data=02%7C01%7Ccrc%40atg.wa.gov%7
Cd3b976928f7643668c5208d7fb5d8f47%7C2cc5baaf3b9742c9bcb8392cad34af3f%7C0%7C

**570404**

0%7C637254251560102805&amp;sdata=dBP2Xrj1WEovUDmtnqZmCB7l8Px1je5Dl7%2BP
%2FRY7NZY%3D&amp;reserved=0) to keep up-to-date on the latest AGO news, opinions,
consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter
(https://gcc02.safelinks.protection.outlook.com/ -
url=http%3A%2F%2Fwww.twitter.com%2Fagowa&amp;data=02%7C01%7Ccrc%40
atg.wa.gov%7Cd3b976928f7643668c5208d7fb5d8f47%7C2cc5baaf3b9742c9bcb8392cad34af3
f%7C0%7C0%7C637254251560102805&amp;sdata=O%2Br7z%2FS4%2BbdtHc3K9ySr6
vScENnfMOgJ8oTS0wgjsXU%3D&amp;reserved=0),
YouTube (https://gcc02.safelinks.protection.outlook.com/ -
url=http%3A%2F%2Fwww.youtube.com%2Fwashingtonago&amp;data=02%7C01%7Ccrc
%40atg.wa.gov%7Cd3b976928f7643668c5208d7fb5d8f47%7C2cc5baaf3b9742c9bcb8392cad
34af3f%7C0%7C0%7C637254251560102805&amp;sdata=cjYjqF9j3b2wmZlSutEJ%2BIv4
HWHGr6GCa6w8KT8osnE%3D&amp;reserved=0) and Facebook
(https://gcc02.safelinks.protection.outlook.com/ -
url=https%3A%2F%2Fwww.facebook.com%2FWAStateAttorneyGeneral&amp;data=02%7C
01%7Ccrc%40atg.wa.gov%7Cd3b976928f7643668c5208d7fb5d8f47%7C2cc5baaf3b9742c9
bcb8392cad34af3f%7C0%7C0%7C637254251560102805&amp;sdata=lr8nhJQvMu4d1
PEQWxWH2RfUcr3pltva8%2F01J3d0TxU%3D&amp;reserved=0).

**570404**

ConNas.100        5/18/2020

From: ATG MI CPR Contact AGO
Sent: Monday, May 18, 2020 11:49 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: FW: Thank You for Contacting the AGO


From: ATG WWW Email AGO temporary
Sent: Thursday, May 14, 2020 2:16 PM
To: ATG MI CPR Contact AGO <CPRcontact@ATG.WA.GOV>
Subject: FW: Thank You for Contacting the AGO


Emily Kok
Public Records Officer
Washington State Attorney General's Office
(360) 586-2741

From: Jim Dicus <ljdicus2010@gmail.com>
Sent: Thursday, May 14, 2020 10:39 AM
To: ATG WWW Email AGO temporary <emailago2@ATG.WA.GOV>
Subject: Re: Thank You for Contacting the AGO

Thank you for your response. This matter has been resolved and we no longer need your
assistance.

Thank you for your time
Jim Dicus


On Wed, May 13, 2020, 9:16 AM <emailago2@atg.wa.gov> wrote:
The following message has been submitted to staff at the Attorney General's Office. While we
make every effort to respond promptly, depending on the complexity of your request and the
volume of messages received, it may take more time for our staff to respond. We appreciate
your patience. Please do not respond directly to this message as the ATG WWW Email AGO
mailbox is unmonitored. If you need to reach us again, please return to this form:
https://fortress.wa.gov/atg/formhandler/ago/ContactForm.aspx

From: Dicus, Jim
Email Address: LJDICUS2010@GMAIL.COM
Address: 11427 TAKU LN SE
  YELM WA 98597-7627
Address Type: Home

**570404**

Phone: 13607904956 Phone Type: Home
Subject: Consumer Protection
Message:
Can you please help me. I have waited patiently for my refunds from ticket master buy have run out of options. My situation aa follows: 1. Purchase tickets to the Mariners vs Red Sox game on 11 Apr 20. Clearly that game has been canceled. Ticketmaster is not processing my refund. I contacted them by phone and waited my turn for 50 minutes and eventually hung up being frustrated. Tried the chat twice and was told out of order. The next day I tried again and got through with a chat. After 45 minutes they said couldn't find record of my purchase. Yet I have bano statement and I'm looking right at the tickets. I then received a call that stated the same thing and showed no record of my purchase and I have to need an order#. These tickets were bought 13 Dec 20 and I no longer have the email. The person also stated I must have bought the tickets elsewhere and hung up. I'm now holding two tickets from ticketmaster from a game canceled 11 Apr 20. Event code ESF0411. Reference code on my bank statement is 3584. Costs $186.83 In addition I bought tickets to the 3 June 20 game mariners vs yankees purchased 19 Dec 19. Reference code 4652 on my bank statement. I suspect I'll go through the same problem again trying to get that game refund of $278.61. Clearly that game is cancelled too as baseball is not expected to play till July 20 with no fans. I don't understand why ticketmaster is being so difficult and what not refunding my money. I have spent hours with then but can't get anywhere. Please help. Thank you Jim Dicus
Previous Contact: No Date:
Regarding:

Declared By Name and Date:
Name: Jim Dicus  Date: 13 Dec 20
Submitted on: 5/13/2020 9:16:44 AM

Consumer protection issues constantly change, with new scams and threats emerging every week. To be automatically notified, please consider signing up for one or more of our newsletters to keep up-to-date on the latest AGO news, opinions, consumer alerts, Ask the AG columns, and blog posts.

You can also follow us on the social networking sites Twitter, YouTube and Facebook.

**570404**

JimMcA.100        5/20/2020

C-ICRAuthorizationLetter To:  Ljdicus2010@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6684


May 20, 2020


Jim Allen Dicus
11427 Taku Ln SE
Yelm, WA 98597


RE:   TicketMaster
File #:   570404

Dear Jim Allen Dicus:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
We received your correspondence. Because the nature of your correspondence appears to be a
consumer complaint that we would normally send to the business requesting a response, we
need your authorization to proceed.

You may provide authorization by email or regular mail:

1. To provide authorization by email, send an email to CRC@ATG.WA.GOV referencing the
above complaint number in the subject line. The email should explicitly state that you authorize
our office to send your correspondence and any associated materials to the business and/or refer
to other agencies or organizations as appropriate.

2. To provide authorization by regular mail, complete our paper complaint form
(enclosed/attached) referencing the above complaint number. Please reference your previous
correspondence in the complaint description section on the form. Return the completed form to
our office at 800 5th Avenue, Suite 2000, Seattle, Washington, 98104-3188.

It is important to include the above referenced file number on all communications with our
office regarding this complaint. This will allow us to quickly access your file. Also, please be
sure to include all the contact information you have for the business including mailing address,
telephone number, fax number, and email address.

If you do not wish to participate in our informal complaint resolution process, no further action
is required. If we do not receive authorization from you within seven calendar days, we will
close your complaint without further processing and will maintain a copy in our files as a public
record.

**570404**

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted. It is our policy to neither confirm nor deny the existence of an ongoing investigation. If we file a lawsuit or settle a matter with a business we will announce that to the public through a press release or on our website at http://www.atg.wa.gov.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

JIM MCADAMS
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**570404**