# Catalyst Report

## Complaint Description

**Description**

The tickets I purchased were for the Seattle dragons XFL game that was to happen on April 11th. The game was obviously canceled, but it has now been months I can't even get through on their customer service phone lines about my refund that I was supposed to receive in "4-6 weeks" it's now half way through June and still nothing and nobody to talk to on their end.

# Catalyst
# Complaint Cover Page

### 572747

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **572747** | | **Status** | **Closed** |
| Date | 6/15/2020 | | **Assignee** | **Groff, Stephen W** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $167.79 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $167.79 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Olivia  Burton**<br>**803 240th St SE**<br>**Bothell, WA  98021** | **(206) 618-9904** | | **oliviarburton@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 6/15/2020 | Intake Notes | Added COVID practice code to complaint.<br><br>Per narrative, C listed Seattle Dragons XFL. Not added separately.<br><br>Address not provided for R. Only associated the R-all. |

**572747**                                        1 of 2

JR - 03150
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 6/16/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: oliviarburton@gmail.com |
| 6/16/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 6/24/2020 | Email to Respondent | R-COVID-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 7/23/2020 | Email to Complainant | C-COVID-PriceGougeClosingNoResponse To: oliviarburton@gmail.com |
| 7/23/2020 | Email to Respondent | R-COVID-ClosingNoResponse To: consumersupportwv@ticketmaster.com |
| 7/23/2020 | Resolution- UNADJUSTED NO RESPONSE | |
| 8/4/2020 | Email from Respondent | Doc. D |
| 8/7/2020 | Reopened | Response received |
| 8/7/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: oliviarburton@gmail.com |
| 8/7/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 8/7/2020 | Resolution-CLOSED ADJUSTED | |

JR - 03151
PRR-2025-0179






1:20

< All Inboxes  **You Got Tickets To S...**    ∧    ∨

# Roughnecks

📅 Sat • Apr 11 2020 • 11:00 AM

📍 CenturyLink Field — Seattle, WA
   **Get Directions**

🎟 Sec CLB206, Row X, Seat 11 - 13

**View Mobile Ticket**



## With Ticketmaster SafeTix™ Your Phone Is Your Ticket

✓ In the Ticketmaster app, sign in to your account.

✓ Tap My Events to view your order.

✓ Add your ticket to your phone's digital wallet, then just tap and go to get in at the gate.

**Download the App**    **Learn More**

## Payment Summary    **View Details**

**Payment Method**
MasterCard —          **Total: $167.79**






JR - 03152
PRR-2025-0179

1:20

‹ All Inboxes **You Got Tickets To S...**    ⌃    ⌄

# Roughnecks

📅 Sat • Apr 11 2020 • 11:00 AM

📍 CenturyLink Field — Seattle, WA
**Get Directions**

🎟️ Sec CLB206, Row X, Seat 11 - 13

**View Mobile Ticket**



## With Ticketmaster SafeTix™ Your Phone Is Your Ticket

✓ In the Ticketmaster app, sign in to your account.

✓ Tap My Events to view your order.

✓ Add your ticket to your phone's digital wallet, then just tap and go to get in at the gate.

**Download the App**    **Learn More**

## Payment Summary    **View Details**

**Payment Method**
MasterCard —    **Total: $167.79**

1:20



🔒 my.ticketmaster.com

  **Event Details**

My Account › My Events › Event Details

# Seattle Dragons vs. Houston Roughnecks



**CANCELED**
Sat • Apr 11 • 11:00 AM
Seattle, WA — CenturyLink Field

# Your Order Has Been Updated

If you've submitted a request, we'll be reviewing it as soon as possible and will reach out with any updates along the way.

Order #
19-23523/SEA

By continuing past this page, you agree to our **Terms of Use.**

**Privacy Policy** | 1999-2020 Ticketmaster. All rights reserved.

1:20



🔒 my.ticketmaster.com

My Account  >  My Events

# My Events

**View My Listings** >

Upcoming    **Past Events**



S E A T T L E
# DRAGONS™

**CANCELED**

## Seattle Dragons Vs. Houston Roughnecks

📅 Sat • Apr 11 • 11:00 AM

📍 Seattle, WA — CenturyLink Field

Order # 19-23523/SEA

By continuing past this page, you agree to our **Terms of Use.**

**Privacy Policy** | 1999-2020 Ticketmaster. All rights reserved.

Via Email

7/30/2020

RE: Olivia Burtony

Hello,

We are in receipt of a recent complaint filed to your office by Olivia Burton. We appreciate this opportunity to address this complaint.

Olivia Burtony was issued a full refund on 03/22/2020 in the amount of $167.79. Since the desired resolution has been met, we consider this case resolved. We apologize for any delay and inconvenience.

If there are any questions or concerns, please do not hesitate to reach out to us. Again, we appreciate this opportunity.

Sincerely,

Tajai Holmes

Ticketmaster Consumer Escalations

SteGro.100     6/16/2020

C-COVID-PriceGouge-1stLetter-ICR To: oliviarburton@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 16, 2020

Olivia Burton
803 240th St SE
Bothell, WA 98021

RE: TicketMaster
File #: 572747

Dear Olivia Burton:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**572747**

JR - 03157
PRR-2025-0179

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**572747**

SteGro.100     6/16/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 16, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Olivia Burton
File #:   572747

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Olivia Burton regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 572747 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**572747**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Olivia Burton

Address:
803 240th St SE
Bothell, WA 98021

Day Phone:
(206) 618-9904

Evening Phone:

E-mail Address:
oliviarburton@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**572747**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
$167.79
Transaction Date:
2/29/2020


Explain your complaint in detail:
The tickets I purchased were for the Seattle dragons XFL game that was to happen on April 11th. The game was obviously canceled, but it has now been months I can't even get through on their customer service phone lines about my refund that I was supposed to receive in "4-6 weeks" it's now half way through June and still nothing and nobody to talk to on their end.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Olivia Burton    Date    06/13/2020

**572747**

Received via the Internet
City and State where signed Bothell, WA

**572747**

JR - 03162
PRR-2025-0179

SteGro.100        6/24/2020

R-COVID-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 24, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Olivia Burton
File #:   572747

Dear Consumer Support:

This letter is a courtesy reminder of our request for your written response to complaint # 572747
 filed by Olivia Burton regarding your business. We ask that you respond to this complaint in
writing within five business days from the date of this letter so that we may determine how to
proceed in this matter. Our practice is to send a courtesy reminder to provide you with another
opportunity to respond to the issues presented in the complaint regarding your business.

Please include the file # 572747 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRC@ATG.WA.GOV. Please reference the complaint number given
above on any complaint correspondence.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure

**572747**

COMPLAINT SUMMARY
Consumer Information

Name:
Olivia Burton

Address:
803 240th St SE
Bothell, WA 98021

Day Phone:
(206) 618-9904

Evening Phone:

E-mail Address:
oliviarburton@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Not Specified

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com

**572747**

Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
$167.79
Transaction Date:
2/29/2020


Explain your complaint in detail:
The tickets I purchased were for the Seattle dragons XFL game that was to happen on April 11th. The game was obviously canceled, but it has now been months I can't even get through on their customer service phone lines about my refund that I was supposed to receive in "4-6 weeks" it's now half way through June and still nothing and nobody to talk to on their end.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.


I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.


I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Olivia Burton    Date   06/13/2020
Received via the Internet
City and State where signed Bothell, WA


**572747**

SteGro.100          7/23/2020

C-COVID-PriceGougeClosingNoResponse To:  oliviarburton@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 23, 2020


Olivia Burton
803 240th St SE
Bothell, WA 98021


RE:  TicketMaster
File #:  572747

Dear Olivia Burton:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. The Consumer Resource Center (CRC) acts as a neutral third party to help resolve disputes. If a business refuses to respond or to make an adjustment, the CRC cannot compel them to do so through this informal process. We have completed our informal complaint resolution process and have closed your complaint. However, one of our Consumer Protection Attorneys reviewed your complaint and may follow up with the business or take formal action.

Even though the CRC closed your complaint, we will retain it in our complaint database. The Attorney General's Office monitors consumer complaints for unfair or deceptive practices that may warrant further attention or formal action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**572747**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions, or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**572747**

SteGro.100        7/23/2020

R-COVID-ClosingNoResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 23, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Olivia Burton
File #:   572747

Dear Consumer Support:

The Consumer Resource Center (CRC) recently contacted you regarding a consumer complaint
filed by Olivia Burton regarding your business and presented you with an opportunity to provide
our office a written response to that complaint through our Informal Complaint Resolution
(ICR) process. As of today's date, you have not submitted a response and consequently we have
closed this complaint. Olivia Burton was notified that the complaint was closed with no
response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process, the CRC acts
act as a neutral third party. The CRC cannot compel either party to participate in ICR or resolve
the complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. An
Assistant Attorney General reviewed this complaint and may consider taking formal action
against you under the Consumer Protection Act or other law. We may open a formal
investigation or take enforcement action at any time.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional

**572747**

information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**572747**

SteGro.100        8/4/2020

From: Tajai Holmes <tajai.holmes@ticketmaster.com>
Sent: Thursday, July 30, 2020 2:51 PM
To: Consumer Support - WV <consumersupportwv@Ticketmaster.com>; ATG MI CRC
Complaint Processing <crc@atg.wa.gov>
Subject: Re: 572747 : A notice from the Washington State Attorney General's Office

Please see attachment above. Thanks.


Tajai Holmes
Consumer Support - Specialist
1000 Corporate Landing
Charleston WV, 25311
tajai.holmes@ticketmaster.com

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any
attachments are intended solely for the addressee(s) and may contain confidential and/or legally
privileged information. If you are not the intended recipient of this message or if this message
has been addressed to you in error, please immediately alert the sender by reply e-mail and then
delete this message and any attachments. If you are not the intended recipient, you are notified
that any use, dissemination, distribution, copying, or storage of this message or any attachment
is strictly prohibited.

**572747**

SteGro.100          8/7/2020

C-ClosingAdjustedEnclosureIncluded To:  oliviarburton@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 7, 2020

Olivia Burton
803 240th St SE
Bothell, WA 98021

RE:   TicketMaster
File #:   572747

Dear Olivia Burton:

We received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office. This response completes our informal complaint resolution process and your complaint has been closed.

We monitor consumer complaints for possible unfair or deceptive trade practices that may warrant further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances support further action.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Thank you for contacting our office and taking part in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers

**572747**

1-206-464-6684 for out-of-state callers
Enclosure

**572747**

SteGro.100        8/7/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 7, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Olivia Burton
File #:   572747

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Olivia Burton regarding your business. A copy of your response was provided to Olivia Burton. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers

**572747**

1-206-464-6684 for out-of-state callers

**572747**

# Catalyst Report

## Complaint Description

**Description**

Order #
30-27152/SEA and Order #
4-59995/SEA

I purchased tickets to see a comedy show on March 28, 2020 as well as Marroon 5 concert.  When Washington state begin the COVID19 shutdown, the show was cancelled then rescheduled to August 8, 2020. Ticketmaster is denying refunds for all tickets they are selling even regardless if a person can not make the rescheduled date. Ticketmaster is essentially committing fraud against the consumer even though they say they will refund tickets rescheduled if a individual is unable to attend.  I would like my full entitled refund for these events.

# Catalyst
# Complaint Cover Page

### 573468

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 573468 | | **Status** | **Closed** |
| Date | 6/25/2020 | | **Assignee** | **Groff, Stephen W** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $465.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $812.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Richard  Zoller** **4410 6th Ave SE Unit 412** **Lacey, WA  98503** | **(360) 999-6030** | | **rzoller16@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** **1000 Corporate Landing** **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|
| | | | | |

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 6/25/2020 | Intake Notes | Added COVID practice code to complaint. |
| 6/26/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: rzoller16@gmail.com |
| 6/26/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |

JR - 03176
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/7/2020 | Email to Respondent | R-COVID-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 7/23/2020 | Email to Complainant | C-COVID-PriceGougeClosingNoResponse To: rzoller16@gmail.com |
| 7/23/2020 | Email to Respondent | R-COVID-ClosingNoResponse To: consumersupportwv@ticketmaster.com |
| 7/23/2020 | Resolution- UNADJUSTED NO RESPONSE | |
| 8/4/2020 | Email from Respondent | Doc. A |
| 8/7/2020 | Reopened | Response received |
| 8/7/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: rzoller16@gmail.com |
| 8/7/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 8/7/2020 | Resolution- CLOSED W/RESPONSE | |
| 8/11/2020 | Email from Complainant | Attachments; Docs. B & C |
| 8/11/2020 | Email to Complainant | C-ICRCompleted To:  rzoller16@gmail.com |
| 8/24/2020 | Email from Respondent | |

**573468**                    2 of 2

JR - 03177
PRR-2025-0179

Via Email

7/30/2020

RE: Richard Zoller

Hello,

We are in receipt of the recent complaint filed to your office by Richard Zoller. We appreciate this opportunity to address their complaint.

Since filing, Mr. Zoller used the self service refund button on 07/13/2020 on order 4-59995/SEA because the event organizer opened a 30 day window to request refunds 13-Jul-2020 to 12-Aug-2020, so he should expect a refund soon. Typically within 30 days from the request due to the high volume of refund requests during these unprecedented times.

Mr. Zollers second order 30-27152/SEA is unable to be refunded because the event organizer opened up the 30 day window for refunds from 01-May-2020 to 26-Jul-2020 and he didn't use the self service refund button inside his Ticketmaster account nor did he reach out to us to manually submit a refund request for him. We do apologize for any inconveniences.

If there are any questions or concerns, please do not hesitate to reach back out to us. Again, we appreciate this opportunity.

Sincerely,
Tajai Holmes
Ticketmaster Consumer Escalations

8/10/2020                                          Orders

Event Details

My Account  ›  My Events  ›  Event Details

## Deon Cole - Coleology Tour



**POSTPONED**
Date TBA
Seattle, WA — Moore Theatre

[ Get Directions ]

## Your Event Has Been Postponed: Your Tickets Are Still Valid

**When you can get your tickets**

Your tickets will be ready prior to event (we'll email you a reminder when they're ready).

✈ **Transfer Tickets**        ↻ Sell Tickets

### My Tickets (8)                                        📍 View map

◇ **Sec BCRC, Row E, Seat 3**

◇ **Sec BCRC, Row E, Seat 4**

◇ **Sec BCRC, Row E, Seat 5**
Accepted by ➡ Nicole Iwuoha

◇ **Sec BCRC, Row E, Seat 6**
Accepted by ➡ Nicole Iwuoha

◇ **Sec BCRC, Row E, Seat 7**
Accepted by ➡ Jessica Iwuoha

◇ **Sec BCRC, Row E, Seat 8**
Accepted by ➡ Jessica Iwuoha

◇ **Sec BCRC, Row E, Seat 9**

[ Live Chat ]

JR - 03179
PRR-2025-0179

8/10/2020                                                    Orders

Sec BCRC, Row E, Seat 10

## My Event Extras (1)

🛒  Moore Theatre Parking

Can't find something you've purchased? Check your order confirmation email or View Your Orders.

**Ticket Delivery**
Go Mobile

**Order #**
30-27152/SEA  View Receipt

By continuing post this page, you agree to our Terms of Use.

Privacy Policy | 1999-2020 Ticketmaster. All rights reserved.

Live Chat

JR - 03180
PRR-2025-0179

 Gmail

Richard Zoller <rzoller16@gmail.com>

**Deon Cole - Coleology Tour Has Been Postponed**

**Ticketmaster Fan Support** <Notification@email.ticketmaster.com>    Mon, Aug 3, 2020 at 1:03 PM
Reply-To: Ticketmaster Fan Support <reply-fec917737063057e-21_HTML-53432914-7222895-1@email.ticketmaster.com>
To: RZOLLER16@gmail.com

# Your Event Has Been Postponed

This is just a heads up — your tickets are still valid.

Hi Richard,

**The event organizer is still trying to reschedule your event; if they do, your tickets will remain good for the rescheduled date.**

 **Deon Cole - Coleology Tour**

Moore Theatre

Hang on to your tickets — we'll email you as soon as the status of your event changes or the new date is announced.

We understand that you might not be able to make it, so we've worked with the event organizer to make sure you have an option. This option will be available until the event organizer either cancels or reschedules the event, at which point you will receive a new communication about the status of your order.

Once an option is selected, it's final and cannot be changed.



**Request a Refund**

If you prefer a refund, you can request one here. We will process your refund in as soon as 30 days.

Request Refund

**Please Note:** If the tickets were transferred to you, the refund will go to the fan who originally purchased the tickets from Ticketmaster.

Thanks for your patience and understanding. We look forward to

JR - 03181
PRR-2025-0179

gathering and celebrating the live experience together again.

–Ticketmaster Fan Support

Stay Connected

Ticketmaster    |    About    |    Terms of Use    |
Privacy    |    International

1000 Corporate Landing Charleston, WV 25311

© 2020 Ticketmaster. All rights reserved.

JR - 03182
PRR-2025-0179

SteGro.100        6/26/2020

C-COVID-PriceGouge-1stLetter-ICR To:  rzoller16@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 26, 2020

Richard Zoller
17211 Leitner Rd SW
Rochester, WA 98579

RE:  TicketMaster
File #:  573468

Dear Richard Zoller:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**573468**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**573468**

SteGro.100      6/26/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 26, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Richard Zoller
File #:   573468

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Richard Zoller regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 573468 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**573468**

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Richard Zoller

Address:
17211 Leitner Rd SW
Rochester, WA 98579

Day Phone:
(360) 999-6030

Evening Phone:

E-mail Address:
rzoller16@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent - (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**573468**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
812.00
Transaction Date:
02/12/2020

Explain your complaint in detail:
Order #
30-27152/SEA and Order #
4-59995/SEA
I purchased tickets to see a comedy show on March 28, 2020 as well as Marroon 5 concert.
When Washington state begin the COVID19 shutdown, the show was cancelled then
rescheduled to August 8, 2020. Ticketmaster is denying refunds for all tickets they are selling
even regardless if a person can not make the rescheduled date. Ticketmaster is essentially
committing fraud against the consumer even though they say they will refund tickets
rescheduled if a individual is unable to attend. I would like my full entitled refund for these
events.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide

**573468**

information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Richard Zoller    Date   06/24/2020
Received via the Internet
City and State where signed Rochester, Wa

**573468**

SteGro.100          7/7/2020

R-COVID-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 7, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Richard Zoller
File #:   573468

Dear Consumer Support:

This letter is a courtesy reminder of our request for your written response to complaint # 573468
 filed by Richard Zoller regarding your business. We ask that you respond to this complaint in
writing within five business days from the date of this letter so that we may determine how to
proceed in this matter. Our practice is to send a courtesy reminder to provide you with another
opportunity to respond to the issues presented in the complaint regarding your business.

Please include the file # 573468 with your written response. You may respond by email or
United States Postal Service mail. If you have already sent your response, please accept our
thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint,
our email address is CRC@ATG.WA.GOV. Please reference the complaint number given
above on any complaint correspondence.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**573468**

COMPLAINT SUMMARY
Consumer Information

Name:
Richard Zoller

Address:
17211 Leitner Rd SW
Rochester, WA 98579

Day Phone:
(360) 999-6030

Evening Phone:

E-mail Address:
rzoller16@gmail.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com

**573468**

Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
812.00
Transaction Date:
02/12/2020

Explain your complaint in detail:
Order #
30-27152/SEA and Order #
4-59995/SEA
I purchased tickets to see a comedy show on March 28, 2020 as well as Marroon 5 concert.
When Washington state begin the COVID19 shutdown, the show was cancelled then
rescheduled to August 8, 2020. Ticketmaster is denying refunds for all tickets they are selling
even regardless if a person can not make the rescheduled date. Ticketmaster is essentially
committing fraud against the consumer even though they say they will refund tickets
rescheduled if a individual is unable to attend. I would like my full entitled refund for these
events.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party
(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with
the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature Richard Zoller   Date   06/24/2020
Received via the Internet
City and State where signed Rochester, Wa


**573468**

SteGro.100    7/23/2020

C-COVID-PriceGougeClosingNoResponse To:  rzoller16@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 23, 2020

Richard Zoller
17211 Leitner Rd SW
Rochester, WA 98579

RE:  TicketMaster
File #:  573468

Dear Richard Zoller:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. The Consumer Resource Center (CRC) acts as a neutral third party to help resolve disputes. If a business refuses to respond or to make an adjustment, the CRC cannot compel them to do so through this informal process. We have completed our informal complaint resolution process and have closed your complaint. However, one of our Consumer Protection Attorneys reviewed your complaint and may follow up with the business or take formal action.

Even though the CRC closed your complaint, we will retain it in our complaint database. The Attorney General's Office monitors consumer complaints for unfair or deceptive practices that may warrant further attention or formal action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**573468**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions, or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**573468**

SteGro.100        7/23/2020

R-COVID-ClosingNoResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 23, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Richard Zoller
File #:   573468

Dear Consumer Support:

The Consumer Resource Center (CRC) recently contacted you regarding a consumer complaint filed by Richard Zoller regarding your business and presented you with an opportunity to provide our office a written response to that complaint through our Informal Complaint Resolution (ICR) process. As of today's date, you have not submitted a response and consequently we have closed this complaint. Richard Zoller was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process, the CRC acts act as a neutral third party. The CRC cannot compel either party to participate in ICR or resolve the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. An Assistant Attorney General reviewed this complaint and may consider taking formal action against you under the Consumer Protection Act or other law. We may open a formal investigation or take enforcement action at any time.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional

**573468**

information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**573468**

SteGro.100          8/4/2020

From: Tajai Holmes <tajai.holmes@ticketmaster.com>
Sent: Thursday, July 30, 2020 5:55 PM
To: Consumer Support - WV <consumersupportwv@Ticketmaster.com>; ATG MI CRC
Complaint Processing <crc@atg.wa.gov>
Subject: Re: 573468 : A notice from the Washington State Attorney General's Office

Hello,

Please see attachment above. Thanks.



Tajai Holmes
Consumer Support - Specialist
1000 Corporate Landing
Charleston WV, 25311
tajai.holmes@ticketmaster.com

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**573468**

SteGro.100        8/7/2020

C-ClosingAdjustedEnclosureIncluded To:  rzoller16@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


August 7, 2020


Richard Zoller
17211 Leitner Rd SW
Rochester, WA 98579


RE:   TicketMaster
File #:   573468

Dear Richard Zoller:

We received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office. This response completes our informal complaint resolution process and your complaint has been closed.

Please let us know the exact amount you were refunded.

We monitor consumer complaints for possible unfair or deceptive trade practices that may warrant further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances support further action.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Thank you for contacting our office and taking part in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst

**573468**

Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**573468**

JR - 03198
PRR-2025-0179

SteGro.100        8/7/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 7, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Richard Zoller
File #:   573468

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Richard Zoller regarding your business. A copy of your response was provided to Richard Zoller. This concludes our informal complaint resolution process. This complaint has been closed.

Plesase let us know the exact amount of the pending refund.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst

**573468**

Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**573468**

SteGro.100      8/11/2020

From: Richard Zoller <rzoller16@gmail.com>
Sent: Monday, August 10, 2020 1:50 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 573468 : A notice from the Washington State Attorney General's Office

Morning Stephen,

I did receive a refund for the first event (Maroon 5) on August 3rd. However, Ticketmaster has lied, never enabled refunds on the second event Deon Cole (30-27152/SEA), as they claimed. I have been watching the application since they first postponed the event.

I called them last week when they postponed for a second time, and I received an email from them stating the event is postponed again. The email also said if I wanted a refund to click the link supplied in the email on August 3rd (email .pdf attached). The link was a dead end, my account page saying, "hold on to your tickets they are still valid.

I called them up to request a refund, hey claimed they are unable to give me a refund because I had transferred a couple of the tickets to family. I still had possession of four of the tickets. I stated to them; I do not expect a refund for the tickets that were transferred, I only want a refund for the tickets I still have. They told me Seattle Theatre Group and them (Ticketmaster) are not and will not be refunding me because of the transfers.

I honestly wish I could find an attorney that would file a lawsuit. It is a guarantee Ticketmaster and Seattle Theatre Group are doing this to multiple ticket holders. Some people just do not have knowledge of how to file complaints and take the hit financially.

Thanks
Richard Zoller

On Fri, Aug 7, 2020 at 10:39 AM ATG MI CRC Complaint Processing (prodappdb) <crc@atg.wa.gov> wrote:

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 7, 2020

Richard Zoller
17211 Leitner Rd SW
Rochester, WA 98579

**573468**

JR - 03201
PRR-2025-0179

SteGro.100    8/11/2020

C-ICRCompleted To:  rzoller16@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 11, 2020

Richard Zoller
17211 Leitner Rd SW
Rochester, WA 98579

RE:  TicketMaster
File #:  573468

Dear Richard Zoller:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office. We received the additional information you provided regarding complaint # 573468. The complaint was closed upon completion of our informal complaint resolution process and has been resolved to the fullest capabilities of the Consumer Resource Center.

Your detailed consumer complaint may assist us in identifying possible unfair and deceptive business practices which may warrant further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted. It is our policy to neither confirm nor deny the existence of an ongoing investigation.

Our informal complaint resolution process is a voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We cannot compel the business to respond or to resolve the complaint to your satisfaction. While our informal process for facilitating resolution of complaints is often effective and results in a satisfactory resolution for both parties, the outcome of the informal process on an individual complaint does not determine whether or not our office will take more formal action regarding the business practices described in your complaint.

Our office is prohibited from acting as an attorney for private individuals or as a judge or arbitrator in individual disputes. If you would like to pursue the matter further, you may wish to contact a private attorney for legal advice or the small claims court in your county.

General information about small claims court, including contact information, can be found by visiting the following website: https://www.courts.wa.gov/newsinfo/resources/ - fa=newsinfo_jury.scc&altMenu=smal.

**573468**

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice, which can be reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

The primary function of the Consumer Protection Division is to enforce the Consumer Protection Act RCW 19.86. Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection pursuant to the Public Records Act, RCW 42.56.

Sincerely,


STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**573468**

SteGro.100     8/24/2020

From: Aran Jenkins <aran.jenkins@ticketmaster.com>
Sent: Saturday, August 22, 2020 8:49 AM
To: Consumer Support - WV <consumersupportwv@Ticketmaster.com>; ATG MI CRC
Complaint Processing <crc@atg.wa.gov>; Andrew Bianchi (tm.com)
<andrew.bianchi@ticketmaster.com>
Subject: Re: 573468 : A notice from the Washington State Attorney General's Office

August 22, 2020
RE: Richard Zoller
Complaint # 573468

Hello Bob,
Thanks again for reaching out to us! We appreciate the opportunity to respond to this complaint.
We can confirm the refund amount on order 4-59995/SEA which was canceled on July 31 was
$465.00.

We appreciate this opportunity to respond to this complaint. Please do not hesitate to contact us
with any further questions or inquiries.
Sincerely,
Aran JenkinsTicketmaster Consumer Escalations
Aran.Jenkins@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

_____
From: ATG MI CRC Complaint Processing (prodappdb) <crc@atg.wa.gov>
Sent: Friday, August 7, 2020 1:39 PM
To: Consumer Support - WV <consumersupportwv@Ticketmaster.com>
Subject: 573468 : A notice from the Washington State Attorney General's Office

[EXTERNAL]

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

August 7, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

**573468**

RE:   Richard Zoller
File #:   573468

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Richard Zoller regarding your business. A copy of your response was provided to Richard Zoller. This concludes our informal complaint resolution process. This complaint has been closed.

Plesase let us know the exact amount of the pending refund.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

STEPHEN W. GROFF
Consumer Complaint Analyst
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**573468**

# Catalyst Report

## Complaint Description

**Description**

On March 1 I purchased four tickets to a play at the Paramount Theatre in Seattle for April 25.  The group presenting the program, STG Presents automatically linked me to the Ticketmaster website when I attempted to buy tickets from the STG website.  I assumed that Ticketmaster was acting as STG's ticket agent since there was no other way of buying tickets from STG on-line.  When the play was cancelled, this was the information I received from Ticketmaster:  "Unfortunately, the event organizer has had to cancel your event. The good news is that a refund will be processed automatically for you. Due to the unprecedented volume of cancellations, you should expect to receive your refund in as soon as 30 days from the date you received your initial email notification.  Please note : If the tickets were transferred to you, the refund will go to the fan who originally purchased the tickets from Ticketmaster."  I waited two months and then contacted STG about the status of the refund since they were the play's presenters.  They said the money had been refunded to Ticketmaster, that it looked like my tickets had been purchased from a "third-party reseller" and I would have to contact Ticketmaster and ask them to give me contact info for the "third-party reseller" and I would have to contact that entity to get my refund.  I WOULD HAVE NEVER purchased these tickets from a reseller had I known that's what I was doing from Ticketmaster's website.  I contacted Ticketmaster by email asking for contact information for the "third-party reseller" and this is the response:  "Your refund is being processed. No action is needed at this time.  We'll automatically refund your entire order, including all fees (except UPS, if applicable), provided that if merchandise was part of your order, it will be shipped to you. Please note that you should expect to receive your refund in as soon as 30 days.  Please Note: IF THE TICKETS WERE TRANSFERRED TO YOU, THE REFUND WILL GO TO THE FAN WHO ORIGINALLY PURCHASED THE TICKETS FROM TICKETMASTER."  They didn't give me the information I asked for and didn't tell me what actions I could take to recover my refund from the "third-party reseller."  It is now three months since I received notice that the program was cancelled and to-date neither Ticketmaster, the "third-party reseller" nor STG have refunded my money.  I have only received automatically generated information from Ticketmaster when I asked for information about how to obtain my refund from the "third-party reseller" and I consider Ticketmaster's trade practices deceptive.

# Catalyst
# Complaint Cover Page

### 573986

## Complaint

| Number | 573986 | | Status | Closed |
|---|---|---|---|---|
| Date | 7/2/2020 | | **Assignee** | **Holbrook, Ruth E** |
| Location | Bellingham - Consumer Protection Division | | Actual Savings | $146.07 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $146.07 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Joan Allen**<br>**505 Pine St #103**<br>**Edmonds, WA 98020** | **(206) 914-8453** | | **oenone54@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV 25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |
| Seattle Theatre Group<br>911 Pine St<br>Seattle, WA 98101 | | (206) 682-1414 | | ngaik@stgpresents.org;<br>alvinh@stgpresents.org |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/20/2020 | Email from Respondent | Seattle Theatre Group |
| 7/9/2020 | Email to Respondent | R-1stLetter To: consumersupportwv@ticketmaster.com |

**573986**                                    1 of 2

JR - 03207<br>PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 7/9/2020 | Email to Respondent | R-1stLetter To:  victoriac@stgpresents.org |
| 7/9/2020 | Email to Complainant | C-1stLetter To:  oenone54@gmail.com |
| 7/10/2020 | Email from Complainant | |
| 7/20/2020 | Email from Respondent | |
| 7/20/2020 | Email to Complainant | C-ResponseOneRespondentResolution To: oenone54@gmail.com |
| 7/20/2020 | Email to Respondent | R-ClosingW-Response To: victoriac@stgpresents.org |
| 7/20/2020 | Resolution-CLOSED ADJUSTED | |

**573986**                2 of 2

RutHol.100          7/9/2020

R-1stLetter To:  consumersupportwv@ticketmaster.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 9, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Joan Allen
File #:  573986

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Joan Allen regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from
the date of this letter so that we may determine how to proceed in this matter. Our preference is
to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your
response to the consumer. Please reference the file number 573986 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**573986**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Joan Allen

Address:
505 Pine St #103
Edmonds, WA 98020

Day Phone:
(206) 914-8453

Evening Phone:

E-mail Address:
oenone54@gmail.com

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:

**573986**

TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Seattle Theatre Group
911 Pine St
Seattle, WA 98101

About Your Complaint

Amount in Dispute:
$146.07
Transaction Date:
3/1/2020

Explain your complaint in detail:
On March 1 I purchased four tickets to a play at the Paramount Theatre in Seattle for April 25. The group presenting the program, STG Presents automatically linked me to the Ticketmaster website when I attempted to buy tickets from the STG website. I assumed that Ticketmaster was acting as STG's ticket agent since there was no other way of buying tickets from STG on-line. When the play was cancelled, this was the information I received from Ticketmaster: "Unfortunately, the event organizer has had to cancel your event. The good news is that a refund will be processed automatically for you. Due to the unprecedented volume of cancellations, you should expect to receive your refund in as soon as 30 days from the date you received your initial email notification. Please note : If the tickets were transferred to you, the refund will go to the fan who originally purchased the tickets from Ticketmaster." I waited two months and then contacted STG about the status of the refund since they were the play's presenters. They said the money had been refunded to Ticketmaster, that it looked like my tickets had been purchased from a "third-party reseller" and I would have to contact Ticketmaster and ask them to give me contact info for the "third-party reseller" and I would have to contact that entity to get my refund. I WOULD HAVE NEVER purchased these tickets from a reseller had I known that's what I was doing from Ticketmaster's website. I contacted Ticketmaster by email asking for contact information for the "third-party reseller" and this is the response: "Your refund is being processed. No action is needed at this time. We'll automatically refund your entire order, including all fees (except UPS, if applicable), provided that if merchandise was part of your order, it will be shipped to you. Please note that you should expect to receive your refund in as soon as 30 days. Please Note: IF THE TICKETS WERE TRANSFERRED TO YOU, THE REFUND WILL GO TO THE FAN WHO ORIGINALLY PURCHASED THE TICKETS FROM TICKETMASTER." They didn't give me the information I asked for and didn't tell me

**573986**

JR - 03211
PRR-2025-0179

what actions I could take to recover my refund from the "third-party reseller." It is now three months since I received notice that the program was cancelled and to-date neither Ticketmaster, the "third-party reseller" nor STG have refunded my money. I have only received automatically generated information from Ticketmaster when I asked for information about how to obtain my refund from the "third-party reseller" and I consider Ticketmaster's trade practices deceptive.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Joan Allen   Date   June 30, 2020
Received via the Internet
City and State where signed Seattle, WA

**573986**

RutHol.100          7/9/2020

R-1stLetter To:  victoriac@stgpresents.orgBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 9, 2020

Seattle Theatre Group
Attention: Victoria Contreras
911 Pine St
Seattle, WA 98101

RE:  Joan Allen
File #:  573986

Dear Victoria Contreras:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Joan Allen regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 573986 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**573986**

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Joan Allen

Address:
505 Pine St #103
Edmonds, WA 98020

Day Phone:
(206) 914-8453

Evening Phone:

E-mail Address:
oenone54@gmail.com

Age Group (optional):
59+

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:

**573986**

TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:
Seattle Theatre Group
911 Pine St
Seattle, WA 98101

About Your Complaint

Amount in Dispute:
$146.07
Transaction Date:
3/1/2020

Explain your complaint in detail:
On March 1 I purchased four tickets to a play at the Paramount Theatre in Seattle for April 25. The group presenting the program, STG Presents automatically linked me to the Ticketmaster website when I attempted to buy tickets from the STG website. I assumed that Ticketmaster was acting as STG's ticket agent since there was no other way of buying tickets from STG on-line. When the play was cancelled, this was the information I received from Ticketmaster: "Unfortunately, the event organizer has had to cancel your event. The good news is that a refund will be processed automatically for you. Due to the unprecedented volume of cancellations, you should expect to receive your refund in as soon as 30 days from the date you received your initial email notification. Please note : If the tickets were transferred to you, the refund will go to the fan who originally purchased the tickets from Ticketmaster." I waited two months and then contacted STG about the status of the refund since they were the play's presenters. They said the money had been refunded to Ticketmaster, that it looked like my tickets had been purchased from a "third-party reseller" and I would have to contact Ticketmaster and ask them to give me contact info for the "third-party reseller" and I would have to contact that entity to get my refund. I WOULD HAVE NEVER purchased these tickets from a reseller had I known that's what I was doing from Ticketmaster's website. I contacted Ticketmaster by email asking for contact information for the "third-party reseller" and this is the response: "Your refund is being processed. No action is needed at this time. We'll automatically refund your entire order, including all fees (except UPS, if applicable), provided that if merchandise was part of your order, it will be shipped to you. Please note that you should expect to receive your refund in as soon as 30 days. Please Note: IF THE TICKETS WERE TRANSFERRED TO YOU, THE REFUND WILL GO TO THE FAN WHO ORIGINALLY PURCHASED THE TICKETS FROM TICKETMASTER." They didn't give me the information I asked for and didn't tell me

**573986**

what actions I could take to recover my refund from the "third-party reseller." It is now three months since I received notice that the program was cancelled and to-date neither Ticketmaster, the "third-party reseller" nor STG have refunded my money. I have only received automatically generated information from Ticketmaster when I asked for information about how to obtain my refund from the "third-party reseller" and I consider Ticketmaster's trade practices deceptive.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Joan Allen    Date   June 30, 2020
Received via the Internet
City and State where signed Seattle, WA

**573986**

RutHol.100        7/9/2020

C-1stLetter To:  oenone54@gmail.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 9, 2020

Joan Allen
505 Pine St #103
Edmonds, WA 98020

RE:   TicketMaster and Seattle Theatre Group
File #:   573986

Dear Joan Allen:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive practices that may warrant enforcement of the Consumer Protection Act.

The complaint you submitted to our office regarding TicketMaster and Seattle Theatre Group was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
The process takes approximately four to six weeks to complete. A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 21 calendar days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business(es) within 14 calendar days, a courtesy reminder will be sent to the business(es) reminding them that their response is due within the next 7 calendar days. If the business(es) do not respond to our request, our office cannot compel the business(es) to respond.

If the business does not respond or does not resolve your complaint to your satisfaction:
If the business(es) do not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of

**573986**

additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**573986**

RutHol.100        7/10/2020

From: Joan Allen <oenone54@gmail.com>
Sent: Thursday, July 9, 2020 12:49 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 573986 : A notice from the Washington State Attorney General's Office

Thank you.  Very helpful.

**573986**

RutHol.100     7/20/2020

From: Jeff Beauvoir <jeffb@stgpresents.org>
Sent: Friday, July 17, 2020 2:49 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Victoria Contreras <victoriac@stgpresents.org>
Subject: Re: 573986 : A notice from the Washington State Attorney General's Office

Seattle Theatre Group
911 Pine St
Seattle, WA 98101


July 17, 2020


Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


RE: Joan Allen
File #: 573986

Dear Joan Allen:

Regarding your ticket purchase to The Paramount, our apologies for the lack of solution you got from Ticketmaster.  At our request, they have located your order and completed the refund as of July 16.  It could take up to 10 business days for the refund to show on your side.  Please feel free to contact me directly if you need more help with this: jeffb@stgpresents.org.  We hope to see you at the Paramount another time in the future.

Sincerely,

JEFF BEAUVOIR  |  DIRECTOR OF TICKETING

SEATTLE THEATRE GROUP
911 PINE ST.  |  SEATTLE, WA  98101

THE PARAMOUNT | THE MOORE | THE NEPTUNE
AND THROUGHOUT THE PACIFIC NORTHWEST
STGPRESENTS.ORG


**573986**

RutHol.100          7/20/2020

C-ResponseOneRespondentResolution To:  oenone54@gmail.comBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 20, 2020


Joan Allen
505 Pine St #103
Edmonds, WA 98020


RE:   TicketMaster and Seattle Theatre Group
File #:   573986

Dear Joan Allen:

This letter is to inform you that our office received the enclosed reply from Seattle Theatre Group in response to the complaint you filed regarding TicketMaster and Seattle Theatre Group, complaint # 573986. This response resolves your complaint with our office and your complaint is now closed.

As of the date of this letter, we have not yet received a response from TicketMaster. If TicketMaster sends us a response in the future, we will add that to your complaint as a public record and we will send you a copy for your information. Our office does not have authority to compel participation in our informal complaint resolution services.

Consumer complaints provide valuable information our office uses to identify patterns of unfair or deceptive trade practices that may warrant enforcement of the Consumer Protection Act.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**573986**

Enclosure

From: Jeff Beauvoir <jeffb@stgpresents.org>
Sent: Friday, July 17, 2020 2:49 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Victoria Contreras <victoriac@stgpresents.org>
Subject: Re: 573986 : A notice from the Washington State Attorney General's Office

Seattle Theatre Group
911 Pine St?
Seattle, WA 98101?
?
?
July 17, 2020?
?
?
Bob Ferguson?
ATTORNEY GENERAL OF WASHINGTON?
Consumer Protection Division - Consumer Resource Center?
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684?
?
?
RE: Joan Allen?
File #: 573986?
?
Dear Joan Allen:?
?
Regarding your ticket purchase to The Paramount, our apologies for the lack of solution you got from Ticketmaster.  At our request, they have located your order and completed the refund as of July 16.  It could take up to 10 business days for the refund to show on your side.  Please feel free to contact me directly if you need more help with this: jeffb@stgpresents.org.  We hope to see you at the Paramount another time in the future.?
?
Sincerely,?

JEFF BEAUVOIR  |  DIRECTOR OF TICKETING

SEATTLE THEATRE GROUP
911 PINE ST.  |  SEATTLE, WA  98101

THE PARAMOUNT | THE MOORE | THE NEPTUNE
AND THROUGHOUT THE PACIFIC NORTHWEST
STGPRESENTS.ORG

**573986**

RutHol.100     7/20/2020

R-ClosingW-Response To:  victoriac@stgpresents.orgBob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 20, 2020

Seattle Theatre Group
Attention: Victoria Contreras
911 Pine St
Seattle, WA 98101

RE:  Joan Allen
File #:  573986

Dear Victoria Contreras:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Joan Allen regarding your business. A copy of your response was provided to Joan Allen. This concludes our informal complaint resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and results in a satisfactory resolution for both parties, the outcome of an individual complaint does not determine whether or not our office will take more formal action. Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

RUTH E. HOLBROOK
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers

**573986**

1-206-464-6684 for out-of-state callers

**573986**

JR - 03224
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

I purchased tickets for a Justin Bieber concert. I was sent an email that due to a venue change I would be eligible for a refund. I have heard nothing about Covid effecting the event that was supposed to take place June 13th 2020. I have now asked for a refund not only due to the venue change but Covid concerns moving the event from and outdoor arena to an indoor arena. Ticketmaster is refusing to refund approximately 250 dollars.

JR - 03225
PRR-2025-0179

# Catalyst
# Complaint Cover Page

### 571152

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **571152** | | **Status** | **Closed** |
| Date | 5/26/2020 | | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $250.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Samantha Jo Payne** <br> **13115 10th Ave S** <br> **Tacoma, WA  98444** | **(253) 592-5835** | | **slowder18@gmail.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** <br> **1000 Corporate Landing** <br> **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 025 | Refund Policies |
| 203 | Internet & Mobile device based transaction |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/26/2020 | Intake Notes | Individual mentioned, not added. |
| 5/28/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: slowder18@gmail.com |

JR - 03226
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/28/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 6/8/2020 | Email to Respondent | R-COVID-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 6/8/2020 | Email from Complainant | |
| 6/8/2020 | Email to Complainant | C-ResponseOneRespondentPending To: slowder18@gmail.com |
| 6/16/2020 | Email to Respondent | R-COVID-ClosingNoResponse To: consumersupportwv@ticketmaster.com |
| 6/16/2020 | Email to Complainant | C-ClosingNoResponse To: slowder18@gmail.com |
| 6/16/2020 | Resolution- UNADJUSTED NO RESPONSE | |

**571152**                    2 of 2



# ticketmaster ®

Hi Live Event Fan!

Your event is still on, but it's being relocated - NEW VENUE, SAME DAY!

**Justin Bieber**
DATE: Saturday, June 13th, 2020
OLD VENUE: Empower Field
**NEW VENUE: Pepsi Center**

Due to unforeseen circumstances, the Justin Bieber concert at Empower Field is being relocated to **Pepsi Center**.

**Where will I be sitting?**
We will secure you comparable new seats that we hope you'll like just as much! You'll be receiving a second email from us with exact seat locations, but rest assured you have tickets to the show.

**Great, how do I get my new tickets?**
We will send you your new tickets via email, within the next two weeks, free of charge. (Discard the old tickets because they've been voided and can't get you in.)

**Actually, can I get a refund instead?**
Yes, simply reply to this email requesting a refund and we'll refund the

AntOgl.100        5/28/2020

C-COVID-PriceGouge-1stLetter-ICR To:  slowder18@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 28, 2020


Samantha Jo Payne
13115 10th Ave S
Tacoma, WA 98444


RE:  TicketMaster
File #:  571152

Dear Samantha Jo Payne:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney General's Office. The Attorney General's Office is very concerned with unlawful price gouging in response to natural disasters, pandemics, or other disruptions, including the recent corona virus outbreak. We can assure you we are monitoring price gouging carefully and will take enforcement action against entities that are unfairly exploiting the situation for their own gain. We are also watching out for businesses that may be deceptively claiming that their products can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and determined to be appropriate for the informal complaint resolution services offered by our Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral party to facilitate communication between consumers and businesses to assist in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with a response within 5 business days. If a response is received, you will be notified and a copy of the response will be provided to you. If our office has not received a response from the business (es) within 5 business days we will contact you and provide you with a status update on your complaint.

**571152**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571152**

AntOgl.100    5/28/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


May 28, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Samantha Jo Payne
File #:   571152

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Samantha Jo Payne regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 571152 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**571152**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Samantha Jo Payne

Address:
13115 10th Ave S
Tacoma, WA 98444

Day Phone:
(253) 592-5835

Evening Phone:

E-mail Address:
slowder18@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**571152**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
250.00
Transaction Date:


Explain your complaint in detail:
I purchased tickets for a Justin Bieber concert. I was sent an email that due to a venue change I would be eligible for a refund. I have heard nothing about Covid effecting the event that was supposed to take place June 13th 2020. I have now asked for a refund not only due to the venue change but Covid concerns moving the event from and outdoor arena to an indoor arena. Ticketmaster is refusing to refund approximately 250 dollars.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

**571152**

Signature Samantha Payne    Date   5/23/2020
Received via the Internet
City and State where signed Tacoma, WA

**571152**

JR - 03234
PRR-2025-0179

AntOgl.100    6/8/2020

R-COVID-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 8, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Samantha Jo Payne
File #:   571152

Dear Consumer Support:

This letter is a courtesy reminder of our request for your written response to complaint # 571152 filed by Samantha Jo Payne regarding your business. We ask that you respond to this complaint in writing within five business days from the date of this letter so that we may determine how to proceed in this matter. Our practice is to send a courtesy reminder to provide you with another opportunity to respond to the issues presented in the complaint regarding your business.

Please include the file # 571152 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please reference the complaint number given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**571152**

COMPLAINT SUMMARY
Consumer Information

Name:
Samantha Jo Payne

Address:
13115 10th Ave S
Tacoma, WA 98444

Day Phone:
(253) 592-5835

Evening Phone:

E-mail Address:
slowder18@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent - (optional):
Yes

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com

**571152**

Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
250.00
Transaction Date:


Explain your complaint in detail:
I purchased tickets for a Justin Bieber concert. I was sent an email that due to a venue change I would be eligible for a refund. I have heard nothing about Covid effecting the event that was supposed to take place June 13th 2020. I have now asked for a refund not only due to the venue change but Covid concerns moving the event from and outdoor arena to an indoor arena. Ticketmaster is refusing to refund approximately 250 dollars.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.
Signature Samantha Payne    Date   5/23/2020
Received via the Internet
City and State where signed Tacoma, WA


571152

AntOgl.100          6/8/2020

From: Samantha Payne <slowder18@gmail.com>
Sent: Friday, June 5, 2020 12:16 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 571152 : A notice from the Washington State Attorney General's Office

Good afternoon, the 5 business days have occurred and I have not recieved any new information. In reference to follow up and see if there has been any communication or information. Thank you.

This is in regard to File #:   571152

Samantha Payne

**571152**

AntOgl.100          6/8/2020

C-ResponseOneRespondentPending To:  slowder18@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 8, 2020

Samantha Jo Payne
13115 10th Ave S
Tacoma, WA 98444

RE:   TicketMaster
File #:   571152

Dear Samantha Jo Payne:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office. As of the date of this letter, we have not yet received a response from TicketMaster. We will continue to monitor your complaint for TicketMaster response. If the business does not respond, or your complaint is not resolved through our informal complaint resolution service, your complaint will be closed. However, you will be notified of additional options and resources that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before June 16, 2020.

Thank you for your patience as we work through the informal complaint resolution process. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571152**

**571152**

JR - 03240
PRR-2025-0179

AntOgl.100      6/16/2020

R-COVID-ClosingNoResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 16, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:  Samantha Jo Payne
File #:  571152

Dear Consumer Support:

The Consumer Resource Center (CRC) recently contacted you regarding a consumer complaint
filed by Samantha Jo Payne regarding your business and presented you with an opportunity to
provide our office a written response to that complaint through our Informal Complaint
Resolution (ICR) process. As of today's date, you have not submitted a response and
consequently we have closed this complaint. Samantha Jo Payne was notified that the complaint
was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process, the CRC acts
act as a neutral third party. The CRC cannot compel either party to participate in ICR or resolve
the complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. An
Assistant Attorney General reviewed this complaint and may consider taking formal action
against you under the Consumer Protection Act or other law. We may open a formal
investigation or take enforcement action at any time.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional

**571152**

information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571152**

AntOgl.100          6/16/2020

C-ClosingNoResponse To: slowder18@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 16, 2020

Samantha Jo Payne
13115 10th Ave S
Tacoma, WA 98444

RE:  TicketMaster
File #:  571152

Dear Samantha Jo Payne:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**571152**

reached Toll Free at 1-888-201-1014 or online at the following website: http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.
Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571152**

# Catalyst Report

## Complaint Description

**Description**

Major league baseball and the Mariners have refused to cancel games that are clearly not going to happen in any shape or form as promised.  I have tickets for a series starting Monday, and they have taken no action. They should cancel, refund, and then resell tickets when plans are made.  As of today, you can still buy tickets for this series even though it is absolutely not going to happen!  The owners and the league are basically keeping a zero interest loan while people who could put that money to better use during these times are being frozen out.  It is a shame.

# Catalyst
# Complaint Cover Page

### 571650

## Complaint

| Number | 571650 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 5/31/2020 | | **Assignee** | **Cooper, Laurel** |
| Location | Seattle - Manufactured Housing Unit | | Actual Savings | $319.00 |
| NAICS | 713990-Amusement & Recreational Industries | | Amount Disputed | $319.00 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Timothy D Coley**<br>**PO Box 14722**<br>**Tumwater, WA  98511** | **(509) 988-0666** | | **timcoley@me.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **Seattle Mariners**<br>**PO Box 4100**<br>**Seattle, WA  98194-0100** | **Juliann Taube** | **(206) 346-4159** | **(206) 346-4001** | **jtaube@mariners.com** |
| TicketMaster<br>1000 Corporate Landing<br>Charleston, WV  25311 | Consumer Support | (304) 357-6146 | | consumersupportwv@ticketmaster.com |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 025 | Refund Policies |
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 6/2/2020 | Email to Respondent | R-COVID-1stLetter To:  sharsh@mariners.com; fancare@mariners.com |

JR - 03246
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 5/31/2020 | Intake Notes | Did not add Major League Baseball as an R. |
| | | C listed Ticketmaster with R. Added as Co-R. |
| | | Added COVID practice code to complaint. |
| 6/2/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: timcoley@me.com |
| 6/2/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 6/2/2020 | Email to Respondent | R-COVID-1stLetter To:  sharsh@mariners.com; fancare@mariners.com |
| 6/2/2020 | Correspondence Error | Email to Mariners bounced |

From: postmaster@SoDoLabs.onmicrosoft.com
<postmaster@SoDoLabs.onmicrosoft.com>
Sent: Tuesday, June 2, 2020 9:31 AM
To: ATG MI CRC Complaint Processing
Subject: Undeliverable: 571650 : A notice from
the Washington State Attorney General's Office

Your message to sharsh@mariners.com couldn't
be delivered.
sharsh wasn't found at mariners.com.
crc  Office 365  sharsh
Action Required   Recipient

Unknown To address

How to Fix It
The address may be misspelled or may not exist.
Try one or more of the following:
• Send the message again following these steps: In
Outlook, open this non-delivery report (NDR) and
choose Send Again from the Report ribbon. In
Outlook on the web, select this NDR, then select
the link "To send this message again, click here."
Then delete and retype the entire recipient address.
If prompted with an Auto-Complete List
suggestion don't select it. After typing the
complete address, click Send.
• Contact the recipient (by phone, for example) to
check that the address exists and is correct.
• The recipient may have set up email forwarding
to an incorrect address. Ask them to check that
any forwarding they've set up is working correctly.
• Clear the recipient Auto-Complete List in
Outlook or Outlook on the web by following the
steps in this article: Fix email delivery issues for
error code 5.1.10 in Office 365, and then send the

**571650**                                    2 of 3

JR - 03247
PRR-2025-0179

message again. Retype the entire recipient address before selecting Send.
If the problem continues, forward this message to your email admin. If you're an email admin, refer to the More Info for Email Admins section below.

Was this helpful? Send feedback to Microsoft.

_____

More Info for Email Admins
Status code: 550 5.1.10

This error occurs because the sender sent a message to an email address hosted by Office 365 but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the How to Fix It section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

The email address exists and is correct - Confirm that the recipient address exists, is correct, and is accepting messages.

Synchronize your directories - If you have a hybrid environment and are using directory synchronization make su

| Date | Type | Detail |
|------|------|--------|
| 6/3/2020 | Email from Respondent | 571650A<br>From Ticketmaster |
| 6/3/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 6/3/2020 | Email to Complainant | C-ResponseOneRespondentPending To: timcoley@me.com |
| 6/3/2020 | Email from Complainant | |
| 6/9/2020 | Email from Respondent | |
| 6/9/2020 | Email to Respondent | R-ClosingW-Response To: fancare@mariners.com |
| 6/9/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: timcoley@me.com |
| 6/9/2020 | Resolution-CLOSED ADJUSTED | |
| 6/10/2020 | Email from Respondent | Auto |

**571650**                    3 of 3

Via Email

6/3/2020

RE: 571650

Hello,
We are in receipt of a recent complaint filed to your office by Timothy Coley. We appreciate the opportunity to address this complaint.

Since filing, Mr. Coley has been given the opportunity to refund from his account. As of today, his refund has been requested. He should expect to see the refund in as little as 30 days. We apologize for any inconvenience this may cause.

Again, we appreciate this opportunity. If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,
Ian Putnam
Ticketmaster Consumer Escalations

LauCoo.100      6/2/2020

C-COVID-PriceGouge-1stLetter-ICR To: timcoley@me.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 2, 2020

Timothy D Coley
PO Box 14722
Tumwater, WA 98511

RE:   Seattle Mariners and TicketMaster
File #:   571650

Dear Timothy D Coley:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. The Attorney General's Office is very concerned with unlawful price gouging
in response to natural disasters, pandemics, or other disruptions, including the recent corona
virus outbreak. We can assure you we are monitoring price gouging carefully and will take
enforcement action against entities that are unfairly exploiting the situation for their own gain.
We are also watching out for businesses that may be deceptively claiming that their products
can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of
Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding Seattle Mariners and TicketMaster was
reviewed and determined to be appropriate for the informal complaint resolution services
offered by our Consumer Resource Center. This is an informal, voluntary process. Our office
acts as a neutral party to facilitate communication between consumers and businesses to assist in
resolving the complaint. We are prohibited by Washington State law from providing legal
advice or representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with
a response within 5 business days. If a response is received, you will be notified and a copy of
the response will be provided to you. If our office has not received a response from the business
(es) within 5 business days we will contact you and provide you with a status update on your
complaint.

**571650**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


LAUREL COOPER
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


**571650**

LauCoo.100       6/2/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 2, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Timothy D Coley
File #:   571650

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Timothy D Coley regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the
date of this letter so that we may determine how to proceed in this matter. Our preference is to
receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your
response to the consumer. Please reference the file number 571650 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**571650**

Sincerely,

LAUREL COOPER
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Timothy D Coley

Address:
PO Box 14722
Tumwater, WA 98511

Day Phone:
(509) 988-0666

Evening Phone:

E-mail Address:
timcoley@me.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent - (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**571650**

Name of business that I am complaining about:
Seattle Mariners

Address:
PO Box 4100
Seattle, WA 98194-0100

Phone:
(206) 346-4159

Email:
sharsh@mariners.com; fancare@mariners.com
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

About Your Complaint

Amount in Dispute:
319
Transaction Date:


Explain your complaint in detail:
Major league baseball and the Mariners have refused to cancel games that are clearly not going
to happen in any shape or form as promised. I have tickets for a series starting Monday, and
they have taken no action. They should cancel, refund, and then resell tickets when plans are
made. As of today, you can still buy tickets for this series even though it is absolutely not going
to happen! The owners and the league are basically keeping a zero interest loan while people
who could put that money to better use during these times are being frozen out. It is a shame.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information
received by this office will be exported into the FTC's database, Consumer Sentinel, a secure
online database. This data is then made available to thousands of civil and criminal law
enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against
which I have filed this complaint in an effort to reach an amicable resolution. I authorize the
party(ies) against which I have filed this complaint to communicate with and provide
information related to my complaint to the Washington State Attorney General's Office. By
selecting NO below, I acknowledge that the Attorney General's Office will not contact the party

**571650**

(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Timothy Coley    Date   May 29, 2020

Received via the Internet

City and State where signed Tumwater, WA

**571650**

LauCoo.100        6/2/2020

R-COVID-1stLetter To:  sharsh@mariners.com; fancare@mariners.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 2, 2020

Seattle Mariners
Attention: Susan Harsh
PO Box 4100
Seattle, WA 98194-0100

RE:  Timothy D Coley
File #:  571650

Dear Susan Harsh:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Timothy D Coley regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 571650 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**571650**

Sincerely,

LAUREL COOPER
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Timothy D Coley

Address:
PO Box 14722
Tumwater, WA 98511

Day Phone:
(509) 988-0666

Evening Phone:

E-mail Address:
timcoley@me.com

Age Group (optional):
40-49

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**571650**

JR - 03257
PRR-2025-0179

Name of business that I am complaining about:
Seattle Mariners

Address:
PO Box 4100
Seattle, WA 98194-0100

Phone:
(206) 346-4159

Email:
sharsh@mariners.com; fancare@mariners.com
Names and contact information of any other businesses involved in your complaint:
TicketMaster
1000 Corporate Landing
Charleston, WV 25311

About Your Complaint

Amount in Dispute:
319
Transaction Date:


Explain your complaint in detail:
Major league baseball and the Mariners have refused to cancel games that are clearly not going to happen in any shape or form as promised. I have tickets for a series starting Monday, and they have taken no action. They should cancel, refund, and then resell tickets when plans are made. As of today, you can still buy tickets for this series even though it is absolutely not going to happen! The owners and the league are basically keeping a zero interest loan while people who could put that money to better use during these times are being frozen out. It is a shame.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party

**571650**

(ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Timothy Coley    Date   May 29, 2020

Received via the Internet

City and State where signed Tumwater, WA

**571650**

JR - 03259
PRR-2025-0179

LauCoo.100     6/3/2020

From: consumer_support@ticketmaster.com <consumer_support@ticketmaster.com>
Sent: Wednesday, June 3, 2020 9:16 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: travis.cook@ticketmaster.com; andrew.bianchi@ticketmaster.com;
kent.bissell@ticketmaster.com
Subject: RE: 571650 Timothy Coley

**571650**

LauCoo.100        6/3/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 3, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Timothy D Coley
File #:   571650

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Timothy D Coley regarding your business. A copy
of your response was provided to Timothy D Coley. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

LAUREL COOPER
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**571650**

1-206-464-6684 for out-of-state callers

**571650**

JR - 03262
PRR-2025-0179

LauCoo.100          6/3/2020

C-ResponseOneRespondentPending To:  timcoley@me.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 3, 2020


Timothy D Coley
PO Box 14722
Tumwater, WA 98511


RE:   Seattle Mariners and TicketMaster
File #:   571650

Dear Timothy D Coley:

This letter is to inform you that our office received the enclosed reply from  TicketMaster in
response to the complaint you filed regarding Seattle Mariners and TicketMaster, complaint #
571650.

As of the date of this letter, we have not yet received a response from Seattle Mariners. We will
continue to monitor your complaint for Seattle Mariners' response. If the business does not
respond, or your complaint is not resolved through our informal complaint resolution service,
your complaint will be closed. However, you will be notified of additional options and resources
that may be available to assist you in the event you wish to pursue the matter further.

We will contact you regarding the status of your complaint on or before June 10, 2020.

Thank you for your patience as we work through the informal complaint resolution process. If
you have questions or would like to submit additional information regarding this complaint, our
email address is CRC@ATG.WA.GOV. Please include the complaint number given above on
any complaint correspondence.

Sincerely,


LAUREL COOPER
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571650**

Enclosure 571650A

**571650**

JR - 03264
PRR-2025-0179

LauCoo.100          6/3/2020

From: Tim Coley <timcoley@me.com>
Sent: Wednesday, June 3, 2020 1:45 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Re: 571650 : A notice from the Washington State Attorney General's Office

Thank you and thanks for the help. It is much appreciated.
Sent from my iPhone

**571650**

LauCoo.100          6/9/2020

From: Robertson, Melissa /SEA <mrobertson@mariners.com>
Sent: Monday, June 8, 2020 3:44 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Rivera, Fred /SEA <frivera@mariners.com>
Subject: Timothy D Coley, File # 571650

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684
Attn: LAUREL COOPER, Program Coordinator


Dear Ms. Cooper:

We are in receipt of the complaint filed by Timothy D Coley, File # 571650. We have
investigated his complaint and have confirmed the following. In December 2019, Mr. Coley
purchased tickets to three Seattle Mariners games against the Yankees at T-Mobile Park,
scheduled to be played in June 2020. On May 15, Mr. Coley emailed the Seattle Mariners
asking when those games would be designated as "cancelled." Later that same day on May 15,
the Mariners replied to Mr. Coley, stating that those games had not yet been officially
"postponed" by MLB, but once they were, Mr. Coley would be able to request a refund for
those tickets in his Ticketmaster account, through which he purchased the tickets. (See
attached email thread.)

Since that communication, MLB designated the Mariners series against the Yankees as
"postponed." If Mr. Coley were to log into his Ticketmaster account now, he would be able to
obtain a refund through Ticketmaster. Nonetheless, in the interest of resolving Mr. Coley's
complaint, we have reached out to Ticketmaster directly and requested an immediate, complete
refund for all of the Mariners tickets at issue. Ticketmaster is processing the request. We will
reach out to Mr. Coley to confirm when the refund is complete.


Please feel to reach out to me if you have any questions or would like to discuss further.


Best,
Melissa

  Melissa Robertson
Seattle Mariners
Vice President, Deputy General Counsel
phone (206) 346-4155 cell (206) 498-5531
T-Mobile Park - 1250 First Avenue South, Seattle, WA 98134


**571650**

LauCoo.100          6/9/2020

R-ClosingW-Response To:  fancare@mariners.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 9, 2020


Seattle Mariners
Attention: Susan Harsh
PO Box 4100
Seattle, WA 98194-0100


RE:   Timothy D Coley
File #:   571650

Dear Susan Harsh:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Timothy D Coley regarding your business. A copy
of your response was provided to Timothy D Coley. This concludes our informal complaint
resolution process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

LAUREL COOPER
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**571650**

1-206-464-6684 for out-of-state callers

**571650**

JR - 03268
PRR-2025-0179

LauCoo.100        6/9/2020

C-ClosingAdjustedEnclosureIncluded To:  timcoley@me.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 9, 2020

Timothy D Coley
PO Box 14722
Tumwater, WA 98511

RE:  Seattle Mariners and TicketMaster
File #:  571650

Dear Timothy D Coley:

We received the enclosed response from Seattle Mariners regarding the consumer complaint
you filed with our office. Your complaint has been closed as this response completes our
informal complaint resolution process.

Our office monitors consumer complaints for possible indications of patterns of unfair or
deceptive trade practices warranting further attention by our office. We may open a formal
investigation or take enforcement action pursuant to the Consumer Protection Act at any time if
the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please
include the complaint number given above on any complaint correspondence.

Sincerely,


LAUREL COOPER
Program Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**571650**

From: Robertson, Melissa /SEA <mrobertson@mariners.com>
Sent: Monday, June 8, 2020 3:44 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Rivera, Fred /SEA <frivera@mariners.com>
Subject: Timothy D Coley, File # 571650

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684
Attn:  LAUREL COOPER, Program Coordinator


Dear Ms. Cooper:

We are in receipt of the complaint filed by Timothy D Coley, File # 571650.  We have
investigated his complaint and have confirmed the following.  In December 2019, Mr. Coley
purchased tickets to three Seattle Mariners games against the Yankees at T-Mobile Park,
scheduled to be played in June 2020.  On May 15, Mr. Coley emailed the Seattle Mariners
asking when those games would be designated as "cancelled."  Later that same day on May 15,
the Mariners replied to Mr. Coley, stating that those games had not yet been officially
"postponed" by MLB, but once they were, Mr. Coley would be able to request a refund for
those tickets in his Ticketmaster account, through which he purchased the tickets.  (See
attached email thread.)

Since that communication, MLB designated the Mariners series against the Yankees as
"postponed."  If Mr. Coley were to log into his Ticketmaster account now, he would be able to
obtain a refund through Ticketmaster.  Nonetheless, in the interest of resolving Mr. Coley's
complaint, we have reached out to Ticketmaster directly and requested an immediate, complete
refund for all of the Mariners tickets at issue.  Ticketmaster is processing the request.  We will
reach out to Mr. Coley to confirm when the refund is complete.

Please feel to reach out to me if you have any questions or would like to discuss further.

Best,
Melissa

Melissa Robertson
Seattle Mariners
Vice President, Deputy General Counsel
phone (206) 346-4155 cell (206) 498-5531
T-Mobile Park - 1250 First Avenue South, Seattle, WA 98134

**571650**

JR - 03270
PRR-2025-0179

**571650**

JR - 03271
PRR-2025-0179

LauCoo.100     6/10/2020

-----Original Message-----
From: Fancare /SEA <fancare@mariners.com>
Sent: Tuesday, June 9, 2020 8:52 AM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Subject: Seattle Mariners

Dear Mariners Fan:


Thank you for your email and interest in the Seattle Mariners!


This is an automated response being sent to confirm that your email to the Seattle Mariners has
been received.


PLEASE ALLOW AT LEAST 48 HOURS FOR A RESPONSE.  All of our fan email is read
and forwarded to the department best suited to review each comment, question or concern.
When appropriate, you will receive a response from a Mariners representative regarding your
email.


IF YOU NEED IMMEDIATE ASSISTANCE:  Please call the Mariners Sales Consultants at
206-346-4001.  Representatives are available Monday through Friday, 8:30 am to 5:30 pm, with
weekend and extended hours in season during home games.


Thank you for taking the time to write to us, and Go Mariners!


The Seattle Mariners


**571650**

# Catalyst Report

## Complaint Description

**Description**

Hello, I purchase tickets to two concerts earlier this year that have been "postponed" due to the Covid 19 pandemic. However the promoters refuse to cancel the shows so they can retain the funds. I reached out to Ticketmaster for a refund and they refused and said it was at the promoter's discretion. I then asked for the promoter's contact info and they refused to provide it. Concerts will not be permitted until Phase 4 of the reopening which no one knows when that will be. These promoters have no right to keep people's money for concerts that may never happen.

# Catalyst
# Complaint Cover Page

### 571685

## Complaint

| Number | 571685 | | Status | Closed |
|--------|--------|--|--------|--------|
| Date | 5/31/2020 | | **Assignee** | **Wu, Andrew** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $821.63 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $821.63 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|------|-----------|---------------|-------|
| **Kyle D Jones**<br>**2433 Perry Ave**<br>**Bremerton, WA  98310** | **(206) 920-1229** | | **kylekdjkdj@yahoo.com** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|------|---------|-------|-----------|-------|
| **TicketMaster**<br>**1000 Corporate Landing**<br>**Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|------|---------|---------------|-------|-------|

## Practice(s)

| Code | Practice |
|------|----------|
| 996 | COVID-19 |

## Activities

| Date Added | Activity Type | Activity |
|------------|---------------|----------|
| 5/31/2020 | Intake Notes | Added COVID practice code to complaint. |
| | | Address not provided for R. Only associated R-all. |
| 6/5/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: kylekdjkdj@yahoo.com |
| 6/5/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |

**571685**                                      1 of 2

| Date Added | Activity Type | Activity |
|---|---|---|
| 6/7/2020 | Email from Respondent | Came with document 571685D - Response |
| 6/7/2020 | Email to Complainant | C-ClosingPartialAdjusted To: kylekdjkdj@yahoo.com |
| 6/7/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 6/7/2020 | Resolution-PART ADJUSTED | |

**571685**                    2 of 2

JR - 03275
PRR-2025-0179



◀ Ticketmaster ▪▪▪ 📶          1:23 PM          ⏰ 46% 🔋

AA          🔒 my.ticketmaster.com          ↻

💬 **Live Chat**          —    ✕

systems with a option for refunds or the
show as canceled. We will inform customers
of it. Sorry about this.
1:18 PM

Could you provide me with the names of the
promoters for the concerts I've paid for so I can
reach out to them directly?
1:20 PM



Michael A.
I am sorry we are not able to get that info
or give out that info. Sorry about this.
1:21 PM

Then I'll be filing a complaint with the WA
Attorney General's office.
1:22 PM

Type your message here

  



◀ Ticketmaster ᴴ 🛜        1:35 PM        ⏰ 43% 🔋

🔒 my.ticketmaster.com



# My Receipt

## Cher: Here We Go Again Tour

Mon • Oct 12 • 7:30 PM - Angel of The Winds Arena - Everett, WA

---

### Resale Ticket

Sec FLOOR, Row 29                    USD $224.00 x 2

---

### Fees

USD $2.95 (Order Processing Fee)
USD $43.12 (Service Fees) x 2

---

### Ticket Delivery

PDF                                          Free

---

USD $537.19

JR - 03277
PRR-2025-0179



◀ Ticketmaster  📶 🤶        1:35 PM              ⏰ 43% 🔋

🔒 my.ticketmaster.com



# My Receipt

## Tool

TBA - Tacoma Dome - Tacoma, WA

### Standard Ticket

Sec 105, Row U,                USD $125.00
Seat 7-6                              x 2

### Fees

USD $4.20 (Order Processing Fee)
USD $14.40 (Service Fee) x 2
USD $0.72 (Tax) x 2

### Ticket Delivery

eTickets                             Free

USD $284.44

JR - 03278
PRR-2025-0179

Via Email

6/6/2020

Re: 571685

Hello,

We are in receipt of a recent complaint filed to your office by Mr. Kyle Jones. We appreciate the opportunity to address this complaint.

Since filing, one the events in question, Tool, has been canceled. All ticket holders will be refunded automatically in as little as 30 days. We apologize for any inconvenience this may cause.

The other event purchased by Mr. Jones, Cher, has been rescheduled. This order was placed through our resale marketplace. Unfortunately refunds are not being offered for this order.

We appreciate this opportunity to address this complaint. If there are any questions or concerns, please feel free to reach back out to us.

Sincerely,
Ian Putnam
Ticketmaster Consumer Escalations

AndWu.100      6/5/2020

C-COVID-PriceGouge-1stLetter-ICR To:  kylekdjkdj@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 5, 2020

Kyle D Jones
2433 Perry Ave
Bremerton, WA 98310

RE:  TicketMaster
File #:  571685

Dear Kyle D Jones:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. The Attorney General's Office is very concerned with unlawful price gouging
in response to natural disasters, pandemics, or other disruptions, including the recent corona
virus outbreak. We can assure you we are monitoring price gouging carefully and will take
enforcement action against entities that are unfairly exploiting the situation for their own gain.
We are also watching out for businesses that may be deceptively claiming that their products
can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of
Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with
a response within 5 business days. If a response is received, you will be notified and a copy of
the response will be provided to you. If our office has not received a response from the business
(es) within 5 business days we will contact you and provide you with a status update on your
complaint.

**571685**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571685**

AndWu.100          6/5/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 5, 2020

TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311

RE:   Kyle D Jones
File #:   571685

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed
complaint filed by Kyle D Jones regarding your business. Our office provides an informal
complaint resolution process to consumers and businesses to assist them in resolving disputes.
Many businesses find this informal, voluntary process beneficial in resolving complaints with
their customers.

Our office acts as a neutral party throughout this process and facilitates communication between
consumers and businesses to assist the parties in resolving the complaint. We are prohibited by
Washington State law from providing legal advice or representing either party. Our office
monitors consumer complaints for possible indications of patterns of unfair or deceptive trade
practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the
date of this letter so that we may determine how to proceed in this matter. Our preference is to
receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your
response to the consumer. Please reference the file number 571685 in your response.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit
additional information regarding this complaint, our email address is CRC@ATG.WA.GOV.
Please include the complaint number given above on any complaint correspondence.

**571685**

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Kyle D Jones

Address:
2433 Perry Ave
Bremerton, WA 98310

Day Phone:
(206) 920-1229

Evening Phone:

E-mail Address:
kylekdjkdj@yahoo.com

Age Group (optional):
30-39

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**571685**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
821.63
Transaction Date:
Multiple


Explain your complaint in detail:
Hello, I purchase tickets to two concerts earlier this year that have been "postponed" due to the Covid 19 pandemic. However the promoters refuse to cancel the shows so they can retain the funds. I reached out to Ticketmaster for a refund and they refused and said it was at the promoter's discretion. I then asked for the promoter's contact info and they refused to provide it. Concerts will not be permitted until Phase 4 of the reopening which no one knows when that will be. These promoters have no right to keep people's money for concerts that may never happen.
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with

**571685**

the party(ies). My complaint will be kept by the Attorney General's Office for informational
purposes.
Signature KYLE JONES    Date   05/30/2020
Received via the Internet
City and State where signed Bremerton, WA

**571685**

JR - 03285
PRR-2025-0179

AndWu.100          6/7/2020

From: Ian Putnam <ian.putnam@ticketmaster.com>
Sent: Saturday, June 06, 2020 12:48 PM
To: ATG MI CRC Complaint Processing <crc@atg.wa.gov>
Cc: Travis Cook <travis.cook@ticketmaster.com>; Kent Bissell
<kent.bissell@ticketmaster.com>; Andrew Bianchi <andrew.bianchi@ticketmaster.com>
Subject: Re: 571685 : A notice from the Washington State Attorney General's Office

Hi,
Please see attached.

Ian Putnam
Social Media Specialist
Ticketmaster
Ian.Putnam@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**571685**

AndWu.100        6/7/2020

C-ClosingPartialAdjusted To:  kylekdjkdj@yahoo.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 7, 2020


Kyle D Jones
2433 Perry Ave
Bremerton, WA 98310


RE:  TicketMaster
File #:  571685

Dear Kyle D Jones:

The Consumer Resource Center of the Attorney General's Office received the enclosed
response from TicketMaster regarding the consumer complaint you filed with our office.

We realize you may not consider this response a satisfactory resolution to your complaint;
however, the Consumer Resource Center cannot compel a business to respond or to make an
adjustment in resolution of a dispute. Your complaint has been closed accordingly.

We regret that we are unable to provide further assistance to you regarding this complaint. If
you would like to pursue the matter further, you may wish to contact a private attorney.

The Washington State Bar Association (WSBA) offers research tools to locate private attorneys
in your area by offering listings for each County Bar Association. You may access the County
Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-
bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for
assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be
reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 or over, you may call
CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We appreciate your bringing this matter to our attention. If you have questions or would like to

**571685**

JR - 03287
PRR-2025-0179

submit additional information regarding this complaint, our email address is
CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint
correspondence.

Sincerely,


ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**571685**

AndWu.100     6/7/2020

R-ClosingW-Response To: consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 7, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Kyle D Jones
File #:   571685

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Kyle D Jones regarding your business. A copy of
your response was provided to Kyle D Jones. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANDREW WU
Consumer Resource Center Specialist
Consumer Protection Division
1-800-551-4636 for in-state callers

**571685**

1-206-464-6684 for out-of-state callers

**571685**

JR - 03290
PRR-2025-0179

# Catalyst Report

## Complaint Description

**Description**

Dear Consumer Resource Center,

I purchased a ticket (receipt attached) for $30.50 through Ticketmaster for a concert on March 9th, 2020.

A few days before the concert, the venue (Neptune Theater) advised in an email that it would be offering a refund for all who chose not to attend the concert due to COVID-19 concerns. The venue also advised ticket holders to contact Ticketmaster to request a refund if they were unable to attend and had purchased their tickets through Ticketmaster.

On March 9th, I submitted a refund request to Ticketmaster for a refund since I had cold-like symptoms and had decided not to attend the concert. Ticketmaster sent an automated reply that they would have a customer support specialist reach out to me within 48-72 hours.

On April 6th, 2020 I again emailed Ticketmaster informing them I had not heard from their customer support team. Ticketmaster on April 7th instructed me to call their customer support line. This email thread is attached.

Within a few days I did call Ticketmaster from my cell phone (509-593-9604). I was on the phone for about half an hour with a customer support specialist who said someone would call me back. I asked when I could expect a call back. They said something to the effect of "I don't know, I'd give it a few weeks."

I have heard nothing from Ticketmaster since then. I would like a refund for $30.50 and an apology.

Sincerely,

Jordan Fuzie

# Catalyst
# Complaint Cover Page

### 571780

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | **571780** | | **Status** | **Closed** |
| Date | 6/1/2020 | | **Assignee** | **Ogle, Anthony** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $30.50 |
| NAICS | 711300-Promoters of performing arts, sports & similar eve | | Amount Disputed | $30.50 |
| | | | Estimated Savings | $0.00 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
| **Jordan  Fuzie** <br> **2102 S 69th Ave** <br> **Yakima, WA  98903** | **(509) 593-9604** | | **olivenix@proton.me** |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **TicketMaster** <br> **1000 Corporate Landing** <br> **Charleston, WV  25311** | **Consumer Support** | **(304) 357-6146** | | **consumersupportwv@ticketmaster.com** |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 022 | Failure To Adjust/Refund |
| 203 | Internet & Mobile device based transaction |
| 996 | COVID-19 |

## Activities

**571780**                    1 of 2

JR - 03292
PRR-2025-0179

| Date Added | Activity Type | Activity |
|---|---|---|
| 6/1/2020 | Intake Notes | R-all added. |
| | | COVID code added per narrative. |
| | | Updated C's address. |
| 6/2/2020 | Email to Respondent | R-COVID-1stLetter To: consumersupportwv@ticketmaster.com |
| 6/2/2020 | Email to Complainant | C-COVID-PriceGouge-1stLetter-ICR To: jfuzie@gmail.com |
| 6/10/2020 | Email to Respondent | R-COVID-2ndLetterCourtesyReminder To: consumersupportwv@ticketmaster.com |
| 6/18/2020 | Email to Respondent | R-COVID-ClosingNoResponse To: consumersupportwv@ticketmaster.com |
| 6/18/2020 | Email to Complainant | C-ClosingNoResponse To:  jfuzie@gmail.com |
| 6/18/2020 | Resolution- UNADJUSTED NO RESPONSE | |
| 7/1/2020 | Email from Respondent | See doc 571780C. |
| 7/1/2020 | Reopened | R provided a response. |
| 7/1/2020 | Email to Complainant | C-ClosingAdjustedEnclosureIncluded To: jfuzie@gmail.com |
| 7/1/2020 | Email to Respondent | R-ClosingW-Response To: consumersupportwv@ticketmaster.com |
| 7/1/2020 | Resolution-CLOSED ADJUSTED | |

**571780**                    2 of 2

5/31/2020                                                        Orders

Search for artist, event or venue        Concerts      Jordan Fuzie     Help

Sports

More

My Account  ›  My Events  ›  Event Details  ›  Receipt

## *ticketmaster* ®

# My Receipt

**This is not a ticket.** This cannot be used for entry.

## Pup

Mon • Mar 9 • 8:00 PM - Neptune Theatre - Seattle, WA

General Admission With Limited Seating

Sec GA1, (General Admission)          USD $20.50

Fees

USD $4.00 (Order Processing Fee)
USD $1.50 (Facility Charge)
USD $4.50 (Service Fee)

Ticket Delivery

eTickets                                    Free

**USD $30.50**

## Billing Information

**Order #**
15-32563/SEA

**Order Date**
Mon, Dec 9, 2019

**Name**
JORDAN FUZIE

**Payment Info**
VISA                    USD
***[5a]                  $30.50

**Billing Address**
5616 UNIVERSITY WAY
NEUNIT 12\
SEATTLE, WA 98105

JR - 03294
PRR-2025-0179

5/31/2020                                                    Orders

## We're Here to Help

Ticket Your Event

FAQs

Refunds and Exchanges

Contact Us

Custom Tickets

Gift Cards

N.Y. Registered Brokers

## Our Network

Live Nation

House of Blues

Front Gate Tickets

TicketWeb

TicketsNow

universe

NFL Ticket Exchange

NBATICKETS.com

NHL Ticket Exchange

## About Us

Who We Are

Insider Blog

Work With Us

Across the Globe

Innovation

Developer

Privacy Policy

## Friends & Partners

American Express

Allianz

AWS

## Get Our App

By continuing past this page, you agree to our Terms of Use.

© Ticketmaster.
2020

JR - 03295
PRR-2025-0179

5/31/2020                          Gmail - Re: General Information - 15-32563/SEA

 **Gmail**

**J F <jfuzie@gmail.com>**

## Re: General Information - 15-32563/SEA
4 messages

**DoNotReply@ticketmaster.com** <DoNotReply@ticketmaster.com>         Tue, Mar 10, 2020 at 6:15 AM
To: jfuzie@gmail.com

Hello,

Thanks for reaching out to us today. We are sending this to confirm that we have received your email and that a Fan
Support representative will get back to you within the next 48-72 hours.

If your event is happening today and you need immediate action, you can connect with us via chat or phone.

**Chat with us 24/7**

: Sign into your Ticketmaster account, locate your order under "Order Details", then click on the "Live Chat" button at the
bottom right of your screen.

**Call us**

at 1-800-653-8000 and one of our Fan Support representatives will be able assist you.

If your event is in the future, feel free to check out our

FAQs for answers to many of our most commonly asked questions. You can also check out "Ticketing 101" to learn
more about how ticketing works, new products, fan rights, our guarantee and more.

Please do not reply to this email as it will not reach a representative. Don't worry, we will answer
your original email as soon as possible.

> ----- Original Message -----
> **From:** jfuzie@gmail.com
> **To:** customer_support@ticketmaster.com
> **Sent:** Monday, March 9, 2020 5:12:51 PM GMT-04:00
> **Subject:** General Information - 15-32563/SEA

---

**J F** <jfuzie@gmail.com>                                          Mon, Apr 6, 2020 at 11:01 PM
To: customer_support@ticketmaster.com

Hello Ticketmaster,

I have not received an update regarding this support ticket, which was a request for a refund for an event I was unable to
attend for Covid-19-related reasons. Would you be able to provide an update?

Thank you,
Jordan Fuzie

[Quoted text hidden]

---

**DoNotReply@ticketmaster.com** <DoNotReply@ticketmaster.com>         Mon, Apr 6, 2020 at 11:03 PM
To: J F <jfuzie@gmail.com>

Hello,

JR - 03296
PRR-2025-0179

5/31/2020                                    Gmail - Re: General Information - 15-32563/SEA

Thanks for reaching out to us today. We are sending this to confirm that we have received your email and that a Fan Support representative will get back to you within the next 12-24 hours.

If your event is happening today and you need immediate action, you can connect with us via chat or phone.

**Chat with us 24/7**: Sign into your Ticketmaster account, locate your order under "Order Details", then click on the "Live Chat" button at the bottom right of your screen.

If your event is in the future, feel free to check out our FAQs for answers to many of our most commonly asked questions. You can also check out "Ticketing 101" to learn more about how ticketing works, new products, fan rights, our guarantee and more.

Please do not reply to this email as it will not reach a representative. Don't worry, we will answer your original email as soon as possible.

> ----- Original Message -----
> **From:** J F
> **To:** customer_support@ticketmaster.com
> **Sent:** Tuesday, April 7, 2020 2:01:53 AM GMT-04:00
> **Subject:** Fwd: General Information - 15-32563/SEA

---

**customer_support@ticketmaster.com** <customer_support@ticketmaster.com>          Tue, Apr 7, 2020 at 10:39 AM
To: jfuzie@gmail.com

Hi ,

Thanks for reaching out.


For this specific situation please give us a call to 1800-653-8000 for a faster resolution.

Have additional questions? Just reply to this email and we'll be back in touch, or you can find answers on the spot in our FAQs.

Your fellow fan,
Felix M.
Ticketmaster Fan Support

Have a minute? Let us know how we're doing.

[Quoted text hidden]

JR - 03297
PRR-2025-0179

Via Email

6/30/2020

RE: Case 571780

Hello,

We are in receipt of a recent complaint file to your office by Jordan Fuzie. We appreciate the opportunity to address this complaint.

We apologize for any inconvenience this has caused. We have issued a full refund to the card used for purchase. This should hit the cardholder's account in 3-7 business days.

If there are any questions or concerns, please feel free to reach back out to us.


Sincerely,
Ian Putnam
Ticketmaster Consumer Escalatiosn

AntOgl.100        6/2/2020

R-COVID-1stLetter To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 2, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Jordan Fuzie
File #:  571780

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Jordan Fuzie regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 5 business days from the date of this letter so that we may determine how to proceed in this matter. Our preference is to receive the response by email at CRC@ATG.WA.GOV. We will provide a copy of your response to the consumer. Please reference the file number 571780 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

**571780**

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Enclosure

COMPLAINT SUMMARY
Consumer Information

Name:
Jordan Fuzie

Address:
5616 University Wy NE #12
Seattle, WA 98105

Day Phone:
(509) 593-9604

Evening Phone:

E-mail Address:
jfuzie@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

**571780**

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com
Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
$30.50
Transaction Date:
12/9/2019


Explain your complaint in detail:
Dear Consumer Resource Center,
I purchased a ticket (receipt attached) for $30.50 through Ticketmaster for a concert on March
9th, 2020.
A few days before the concert, the venue (Neptune Theater) advised in an email that it would be
offering a refund for all who chose not to attend the concert due to COVID-19 concerns. The
venue also advised ticket holders to contact Ticketmaster to request a refund if they were unable
to attend and had purchased their tickets through Ticketmaster.
On March 9th, I submitted a refund request to Ticketmaster for a refund since I had cold-like
symptoms and had decided not to attend the concert. Ticketmaster sent an automated reply that
they would have a customer support specialist reach out to me within 48-72 hours.
On April 6th, 2020 I again emailed Ticketmaster informing them I had not heard from their
customer support team. Ticketmaster on April 7th instructed me to call their customer support
line. This email thread is attached.
Within a few days I did call Ticketmaster from my cell phone (509-593-9604). I was on the
phone for about half an hour with a customer support specialist who said someone would call
me back. I asked when I could expect a call back. They said something to the effect of "I don't
know, I'd give it a few weeks."
I have heard nothing from Ticketmaster since then. I would like a refund for $30.50 and an
apology.
Sincerely,
Jordan Fuzie
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and
may be disclosed to others in response to a Public Records Request. Complaint information

**571780**

received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Jordan Fuzie    Date   5/31/2020

Received via the Internet

City and State where signed Seattle, WA

**571780**

AntOgl.100        6/2/2020

C-COVID-PriceGouge-1stLetter-ICR To:  jfuzie@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 2, 2020

Jordan Fuzie
5616 University Wy NE #12
Seattle, WA 98105

RE:  TicketMaster
File #:  571780

Dear Jordan Fuzie:

Thank you for contacting the Consumer Protection Division of the Washington State Attorney
General's Office. The Attorney General's Office is very concerned with unlawful price gouging
in response to natural disasters, pandemics, or other disruptions, including the recent corona
virus outbreak. We can assure you we are monitoring price gouging carefully and will take
enforcement action against entities that are unfairly exploiting the situation for their own gain.
We are also watching out for businesses that may be deceptively claiming that their products
can kill, cure, or treat the corona virus without proof that those claims are true.

To stay informed about the corona virus outbreak, please visit the Washington Department of
Health website at https://www.doh.wa.gov/Emergencies/Coronavirus.

The complaint you submitted to our office regarding TicketMaster was reviewed and
determined to be appropriate for the informal complaint resolution services offered by our
Consumer Resource Center. This is an informal, voluntary process. Our office acts as a neutral
party to facilitate communication between consumers and businesses to assist in resolving the
complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

The following information describes our informal complaint resolution process:

Informal Complaint Resolution Process:
A copy of your complaint was sent to the business(es) with a request to provide our office with
a response within 5 business days. If a response is received, you will be notified and a copy of
the response will be provided to you. If our office has not received a response from the business
(es) within 5 business days we will contact you and provide you with a status update on your
complaint.

**571780**

Consumer complaints provide valuable information that our office uses to identify patterns of unfair or deceptive trade practices that may lead to enforcement of the Consumer Protection Act.

If you contact our office regarding your complaint, please reference the assigned complaint number referenced above.

Thank you for contacting our office. We hope this information is helpful.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571780**

AntOgl.100        6/10/2020

R-COVID-2ndLetterCourtesyReminder To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 10, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Jordan Fuzie
File #:  571780

Dear Consumer Support:

This letter is a courtesy reminder of our request for your written response to complaint # 571780 filed by Jordan Fuzie regarding your business. We ask that you respond to this complaint in writing within five business days from the date of this letter so that we may determine how to proceed in this matter. Our practice is to send a courtesy reminder to provide you with another opportunity to respond to the issues presented in the complaint regarding your business.

Please include the file # 571780 with your written response. You may respond by email or United States Postal Service mail. If you have already sent your response, please accept our thanks for your attention to this matter.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please reference the complaint number given above on any complaint correspondence.

Sincerely,


ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


Enclosure


**571780**

COMPLAINT SUMMARY
Consumer Information

Name:
Jordan Fuzie

Address:
5616 University Wy NE #12
Seattle, WA 98105

Day Phone:
(509) 593-9604

Evening Phone:

E-mail Address:
jfuzie@gmail.com

Age Group (optional):
18-29

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a
dependent -  (optional):
No

If English is not your first language, what is your first language -

Do you want the Attorney General's Office to send this business a copy of your complaint -

Yes
Business Information

Name of business that I am complaining about:
TicketMaster

Address:
1000 Corporate Landing
Charleston, WV 25311

Phone:
(304) 357-6146

Email:
consumersupportwv@ticketmaster.com

**571780**

Names and contact information of any other businesses involved in your complaint:


About Your Complaint

Amount in Dispute:
$30.50
Transaction Date:
12/9/2019


Explain your complaint in detail:
Dear Consumer Resource Center,
I purchased a ticket (receipt attached) for $30.50 through Ticketmaster for a concert on March 9th, 2020.
A few days before the concert, the venue (Neptune Theater) advised in an email that it would be offering a refund for all who chose not to attend the concert due to COVID-19 concerns. The venue also advised ticket holders to contact Ticketmaster to request a refund if they were unable to attend and had purchased their tickets through Ticketmaster.
On March 9th, I submitted a refund request to Ticketmaster for a refund since I had cold-like symptoms and had decided not to attend the concert. Ticketmaster sent an automated reply that they would have a customer support specialist reach out to me within 48-72 hours.
On April 6th, 2020 I again emailed Ticketmaster informing them I had not heard from their customer support team. Ticketmaster on April 7th instructed me to call their customer support line. This email thread is attached.
Within a few days I did call Ticketmaster from my cell phone (509-593-9604). I was on the phone for about half an hour with a customer support specialist who said someone would call me back. I asked when I could expect a call back. They said something to the effect of "I don't know, I'd give it a few weeks."
I have heard nothing from Ticketmaster since then. I would like a refund for $30.50 and an apology.
Sincerely,
Jordan Fuzie
SIGNATURE
I acknowledge that my complaint and attachments, once submitted, become public records and may be disclosed to others in response to a Public Records Request. Complaint information received by this office will be exported into the FTC's database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide.


I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.


I authorize the Washington State Attorney General's Office to contact the party(ies) against which I have filed this complaint in an effort to reach an amicable resolution. I authorize the party(ies) against which I have filed this complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By

**571780**

selecting NO below, I acknowledge that the Attorney General's Office will not contact the party (ies) named in my complaint and will not attempt to facilitate resolution of my complaint with the party(ies). My complaint will be kept by the Attorney General's Office for informational purposes.

Signature Jordan Fuzie    Date   5/31/2020

Received via the Internet

City and State where signed Seattle, WA

**571780**

JR - 03308
PRR-2025-0179

AntOgl.100      6/18/2020

R-COVID-ClosingNoResponse To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


June 18, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:  Jordan Fuzie
File #:  571780

Dear Consumer Support:

The Consumer Resource Center (CRC) recently contacted you regarding a consumer complaint
filed by Jordan Fuzie regarding your business and presented you with an opportunity to provide
our office a written response to that complaint through our Informal Complaint Resolution
(ICR) process. As of today's date, you have not submitted a response and consequently we have
closed this complaint. Jordan Fuzie was notified that the complaint was closed with no response.

Our ICR process is a voluntary, informal process intended to facilitate communication between
consumers and businesses to assist in resolving complaints. Through this process, the CRC acts
act as a neutral third party. The CRC cannot compel either party to participate in ICR or resolve
the complaint. We are prohibited by Washington State law from providing legal advice or
representing either party.

While our ICR process is often effective and results in a satisfactory resolution for both parties,
the outcome of an individual complaint does not determine whether or not our office will take
more formal action. Our Office monitors consumer complaints for possible indications of
patterns of unfair or deceptive trade practices warranting further attention by our office. An
Assistant Attorney General reviewed this complaint and may consider taking formal action
against you under the Consumer Protection Act or other law. We may open a formal
investigation or take enforcement action at any time.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.
We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please

**571780**

include the complaint number given above on any complaint correspondence.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571780**

AntOgl.100      6/18/2020

C-ClosingNoResponse To:  jfuzie@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

June 18, 2020

Jordan Fuzie
5616 University Wy NE #12
Seattle, WA 98105

RE:   TicketMaster
File #:   571780

Dear Jordan Fuzie:

You recently filed a consumer complaint with our office regarding TicketMaster. As of today's date, TicketMaster has not responded to your complaint.

Our informal complaint resolution process is a voluntary, informal process intended to facilitate communication between consumers and businesses to assist in resolving complaints. Through this process we act as a neutral third party. If a business refuses to respond or to make an adjustment, we cannot compel them to do so. We have completed our informal complaint resolution process and have closed your complaint.

The Attorney General's Office monitors consumer complaints for unfair or deceptive trade practices that may warrant further attention. Even though the Consumer Resource Center closed your complaint, the complaint file is retained in our complaint database. Consumer complaints assist us in identifying possible patterns and practices that may warrant further action by our office. We may still open a formal investigation or take enforcement action against TicketMaster pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

We regret that we were unable to assist in resolving your complaint regarding TicketMaster. If you would like to pursue the matter further, you may wish to contact a private attorney. The Washington State Bar Association (WSBA) offers research tools to locate private attorneys in your area by offering listings for each County Bar Association. You may access the County Bar Association listing on the WSBA website at https://www.wsba.org/connect-serve/other-bars/county-minority-specialty-bars.

If you cannot afford an attorney, and have a non-criminal legal problem, you may qualify for assistance from the NW Justice Project's CLEAR Coordinated Legal Advice. They may be

**571780**

reached Toll Free at 1-888-201-1014 or online at the following website:
http://www.nwjustice.org/about_njp/clear.html. In addition, if you are 60 years old or over, you
may call CLEAR SENIOR at 1-888-387-7111 regardless of income.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional
information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please
include the complaint number given above on any complaint correspondence.
Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**571780**

AntOgl.100        7/1/2020

From: Ian Putnam <ian.putnam@ticketmaster.com>
Sent: Tuesday, June 30, 2020 10:56 AM
To: Consumer Support - WV <consumersupportwv@Ticketmaster.com>; ATG MI CRC
Complaint Processing <crc@atg.wa.gov>
Cc: Andrew Bianchi <andrew.bianchi@ticketmaster.com>
Subject: Re: 571780 : A notice from the Washington State Attorney General's Office

Hi,
Please see attached. Thanks!

Ian Putnam
Social Media Specialist
Ticketmaster
Ian.Putnam@ticketmaster.com
1000 Corporate Landing Charleston, WV 25311

**571780**

AntOgl.100          7/1/2020

C-ClosingAdjustedEnclosureIncluded To:  jfuzie@gmail.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684

July 1, 2020

Jordan Fuzie
5616 University Wy NE #12
Seattle, WA 98105

RE:  TicketMaster
File #:  571780

Dear Jordan Fuzie:

We received the enclosed response from TicketMaster regarding the consumer complaint you filed with our office. This response completes our informal complaint resolution process and your complaint has been closed.

We monitor consumer complaints for possible unfair or deceptive trade practices that may warrant further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances support further action.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We hope this information is helpful. If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Thank you for contacting our office and taking part in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**571780**

1-206-464-6684 for out-of-state callers
Enclosure

**571780**

AntOgl.100          7/1/2020

R-ClosingW-Response To:  consumersupportwv@ticketmaster.com
Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division - Consumer Resource Center
800 Fifth Avenue, Suite 2000, Seattle, WA 98104 (206) 464-6684


July 1, 2020


TicketMaster
Attention: Consumer Support
1000 Corporate Landing
Charleston, WV 25311


RE:   Jordan Fuzie
File #:   571780

Dear Consumer Support:

The Consumer Protection Division of the Attorney General's Office received your written
response to the consumer complaint filed by Jordan Fuzie regarding your business. A copy of
your response was provided to Jordan Fuzie. This concludes our informal complaint resolution
process. This complaint has been closed.

While our informal process for facilitating resolution of complaints is often effective, and
results in a satisfactory resolution for both parties, the outcome of an individual complaint does
not determine whether or not our office will take more formal action. Our Office monitors
consumer complaints for possible indications of patterns of unfair or deceptive trade practices
warranting further attention by our office. We may open a formal investigation or take
enforcement action pursuant to the Consumer Protection Act at any time if the facts and
circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available
to the public for copying or inspection in compliance with the Washington State Public Records
Act, RCW 42.56.

Thank you for participating in our informal complaint resolution process.

Sincerely,

ANTHONY OGLE
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers

**571780**

JR - 03316
PRR-2025-0179

1-206-464-6684 for out-of-state callers

**571780**

JR - 03317
PRR-2025-0179